UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DL, et. al.,

    Plaintiffs

                                            Case Number: 1:05CV01437 (RCL)
                                            Judge: Royce C. Lamberth

   v.

DISTRICT OF COLUMBIA, et al.

    Defendants

CONSENT MOTION TO EXTEND DEFENDANTS' TIME TO MOVE OR ANSWER

       Defendants, by undersigned counsel, respectfully move this Court for an extension of time to and including September 12, 2005, in which to move or answer with respect to the complaint in this action.

       I am authorized to state by Shina Majeed, Esq., counsel for the plaintiffs, that she consents to the grant of this motion.

       The extension of time will enable defense counsel to undertake the necessary factual investigation and legal research into the issues raised in the complaint and will accommodate the press of other business, which is very heavy in the Office of the Attorney General for the District of Columbia and in the caseload of the undersigned counsel Daniel A. Rezneck.

       A proposed order is submitted with this motion.

                                                  Respectfully submitted,

                                                    ROBERT J. SPAGNOLETTI
                                                    Attorney General for the
                                                    District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
In charge of the Civil Division

EDWARD TAPTICH
Chief, Equity Section II

_____

/s/ DANIEL A. REZNECK
Senior Assistant Attorney
General for the District of
Columbia

441-4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-5691

Attorneys for defendants

## POINTS AND AUTHORITIES

1. Rule 6(b) of the Federal Rules of Civil Procedure
2. The inherent power of the Court.