UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DL et al.,

    Plaintiffs

  v.                              Case Number: 1: 05CV01437(RCL)

                                    Judge: Royce C. Lamberth

DISTRICT OF COLUMBIA et al.,

    Defendants

ORDER

Defendants having moved for an extension of time in which to move or answer with respect to the complaint in this action to and including September 12, 2005, and plaintiffs by their counsel having consent to the grant of this motion, it is hereby ORDERED that:

    1. Defendants' motion is granted.

    2. Defendants' time to move or answer with respect to the complaint in this action is extended to and including September 12, 2005.

Dated: _____                            _____
                                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Shina Majeed, Esq.
Terris, Pravlik & Millian, LLP
1121-12th St., N.W.
Washington, D.C. 20005
Daniel A. Rezneck
Office of the Attorney General for the District of Columbia
441-4th St., N.W. 6th floor South
Washington, D.C. 20001