UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DL, et al.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )     **Civil Action No. 05-1437 (RCL)** |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

**ORDER**

Upon consideration of the defendant's Consent Motion [2] for Extension of Time to Answer or otherwise respond to the complaint, and the entire record in this case, it is hereby

ORDERED that the defendant's Consent Motion [2] for Extension of Time to Answer or otherwise respond to the complaint, and the entire record in this case is GRANTED, it is further

ORDERED that defendant's time to move or answer be filed no later than September 12, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 18, 2005.