UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*,<br><br>            Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Assistant Attorney General Eden I. Miller as counsel on behalf of Defendant District of Columbia.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General of the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          **/s/ Edward P. Taptich**
          EDWARD P. TAPTICH [#012914]
          Chief, Equity Section 2

          **/s/ Eden I. Miller**
          EDEN I. MILLER [#483802]
          Assistant Attorney General
          441 Fourth Street, N.W., Sixth Floor South
          Washington, D.C. 20001
          (202) 724-6614 (direct line)
          (202) 727-3625 (facsimile)
**August 25, 2005**          Eden.Miller@dc.gov