UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                  )

DL [1] *et al.*, on behalf of themselves    )
and others similarly situated,          )
                                  )

         Plaintiffs,           )
                                  )

         v.               )      Civil Action No. 05-1437 (RCL)
                                  )

THE DISTRICT OF COLUMBIA, *et al.*   )
                                  )

         Defendants.         )
_____)

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs hereby move this Court to certify the plaintiff class pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1(b). In support of their motion, plaintiffs rely on the accompanying Memorandum of Law and accompanying exhibits. A proposed order is attached.

               Respectfully submitted,

               _____/s/_____
               BRUCE J. TERRIS (D.C. Bar No. 47126)
               KATHLEEN L. MILLIAN (D.C. Bar No.412350)
               SHINA MAJEED (D.C. Bar No. 491725)
               TERRIS, PRAVLIK & MILLIAN, LLP
               1121 12th Street, N.W.
               Washington, DC 20005
               (202) 682-2100

               _____/s/_____
               JEFFREY S. GUTMAN (D.C. Bar No. 416954)
               The George Washington University Law School
               2000 G Street, N.W.
               Washington, DC 20052
               (202) 994-7463

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

_____/s/_____
MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330

September 1, 2005