UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

Upon consideration of plaintiffs' motion to certify the plaintiff class pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1(b) of this Court, the memoranda of law and accompanying exhibits submitted in support and opposition thereto, the arguments of counsel, and the entire record herein, it is hereby

ORDERED that this case is certified to proceed as a class action pursuant to Rules 23(a) and 23 (b)(2) of the Federal Rules of Civil Procedure. The plaintiff class shall consist of:

> All children who are or may be eligible for special education and related services, who live in, or are wards of, the District of Columbia, and (1) whom defendants did not identify, locate, evaluate or offer special education and related services to when the child was between the ages of three and five years old, inclusive, or (2) whom defendants have not or will not identify, locate, evaluate or offer special education and related services to when the child is between the ages of three and five years old, inclusive.

_____               _____

DATE                                                              JUDGE ROYCE C. LAMBERTH

COPIES TO:

BRUCE J. TERRIS
KATHLEEN L. MILLIAN
SHINA MAJEED
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005

JEFFREY S. GUTMAN
The George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052

MARGARET A. KOHN
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036

DANIEL REZNECK
Senior Assistant Attorney General
for the District of Columbia
441-4th Street, NW, 6th Floor South
Washington, DC 20001