Table AF3

Estimated Resident Population for 1993, 2002 and 2003

for Children Ages 3-5

| STATE | -NUMBER- | | | CHANGE IN -NUMBER- | | PE -IN |
|---|---|---|---|---|---|---|
| | 1993 | 2002 | 2003 | 2003 LESS 1993 | 2003 LESS 2002 | 200 LE: 19! |
| ALABAMA | 176,371 | 175,876 | 176,842 | 471 | 966 | |
| ALASKA | 34,385 | 28,524 | 28,701 | -5,684 | 177 | -1( |
| ARIZONA | 191,920 | 243,786 | 252,131 | 60,211 | 8,345 | 3 |
| ARKANSAS | 104,164 | 109,995 | 110,015 | 5,851 | 20 | |
| CALIFORNIA | 1,575,896 | 1,482,325 | 1,475,142 | -100,754 | -7,183 | -( |
| COLORADO | 161,884 | 183,774 | 187,412 | 25,528 | 3,638 | 1: |
| CONNECTICUT | 146,617 | 133,021 | 130,385 | -16,232 | -2,636 | -1 |
| DELAWARE | 31,234 | 30,645 | 31,601 | 367 | 956 | |
| DISTRICT OF COLUMBIA | 23,651 | 17,341 | 16,962 | -6,689 | -379 | -2: |
| FLORIDA | 571,767 | 600,533 | 615,190 | 43,423 | 14,657 | |
| GEORGIA | 322,280 | 366,032 | 375,120 | 52,840 | 9,088 | 1( |
| HAWAII | 53,052 | 45,582 | 46,027 | -7,025 | 445 | -1: |
| IDAHO | 51,720 | 59,611 | 60,292 | 8,572 | 681 | 1( |
| ILLINOIS | 527,029 | 517,396 | 516,366 | -10,663 | -1,030 | -: |
| INDIANA | 241,994 | 258,210 | 261,340 | 19,346 | 3,130 | |
| IOWA | 116,396 | 109,749 | 108,568 | -7,828 | -1,181 | -( |
| KANSAS | 114,824 | 111,346 | 111,955 | -2,869 | 609 | -: |
| KENTUCKY | 155,363 | 159,396 | 160,689 | 5,326 | 1,293 | |
| LOUISIANA | 200,121 | 186,415 | 186,866 | -13,255 | 451 | -( |
| MAINE | 52,429 | 42,210 | 41,583 | -10,846 | | |

http://www.ideadata.org/tables27th/ar_af3.htm

PLAINTIFF'S EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| MARYLAND | 231,071 | 212,506 | 213,672 | -17,399 | 1,166 | |
| MASSACHUSETTS | 262,102 | 232,814 | 232,778 | -29,324 | -36 | -1 |
| MICHIGAN | 439,056 | 399,157 | 395,741 | -43,315 | -3,416 | |
| MINNESOTA | 208,394 | 195,209 | 194,264 | -14,130 | -945 | |
| MISSISSIPPI | 120,230 | 120,343 | 121,806 | 1,576 | 1,463 | |
| MISSOURI | 228,484 | 220,397 | 221,007 | -7,477 | 610 | |
| MONTANA | 37,368 | 32,178 | 32,020 | -5,348 | -158 | -1 |
| NEBRASKA | 72,581 | 69,421 | 69,728 | -2,853 | 307 | |
| NEVADA | 64,482 | 94,618 | 96,784 | 32,302 | 2,166 | 5 |
| NEW HAMPSHIRE | 52,942 | 45,774 | 44,704 | -8,238 | -1,070 | -1 |
| NEW JERSEY | 347,926 | 339,226 | 338,525 | -9,401 | -701 | |
| NEW MEXICO | 81,170 | 77,885 | 79,046 | -2,124 | 1,161 | |
| NEW YORK | 809,436 | 713,353 | 704,012 | -105,424 | -9,341 | -1 |
| NORTH CAROLINA | 299,031 | 333,554 | 343,711 | 44,680 | 10,157 | 1 |
| NORTH DAKOTA | 27,722 | 22,547 | 22,209 | -5,513 | -338 | -1 |
| OHIO | 481,889 | 444,320 | 442,352 | -39,537 | -1,968 | |
| OKLAHOMA | 141,288 | 141,604 | 142,291 | 1,003 | 687 | |
| OREGON | 129,511 | 136,274 | 136,064 | 6,553 | -210 | |
| PENNSYLVANIA | 501,122 | 429,410 | 425,810 | -75,312 | -3,600 | -1 |
| PUERTO RICO | . | . | . | . | . | |
| RHODE ISLAND | 42,827 | 38,054 | 37,540 | -5,287 | -514 | -1 |
| SOUTH CAROLINA | 163,500 | 159,531 | 163,029 | -471 | 3,498 | |
| SOUTH DAKOTA | 33,712 | 30,323 | 30,470 | -3,242 | 147 | |
| TENNESSEE | 214,680 | 222,659 | 223,980 | 9,300 | 1,321 | |
| TEXAS | 879,693 | 1,001,547 | 1,026,061 | 146,368 | 24,514 | 1 |
| UTAH | 104,870 | 127,452 | 131,340 | 26,470 | 3,888 | 2 |
| VERMONT | 25,827 | 19,896 | 19,534 | -6,293 | -362 | -2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VIRGINIA | 282,527 | 282,001 | 286,907 | 4,380 | 4,906 | |
| WASHINGTON | 237,713 | 237,689 | 236,912 | -801 | -777 | -( |
| WEST VIRGINIA | 64,584 | 60,705 | 60,600 | -3,984 | -105 | -( |
| WISCONSIN | 221,356 | 204,040 | 204,398 | -16,958 | 358 | -' |
| WYOMING | 20,949 | 18,455 | 18,342 | -2,607 | -113 | -1. |
| AMERICAN SAMOA | . | . | . | . | . | |
| GUAM | . | . | . | . | . | |
| NORTHERN MARIANAS | . | . | . | . | . | |
| VIRGIN ISLANDS | . | . | . | . | . | |
| BUR. OF INDIAN AFFAIRS | . | . | . | . | . | |
| U.S. AND OUTLYING AREAS | . | . | . | . | . | |
| 50 STATES AND D.C. | 11,681,140 | 11,524,709 | 11,588,824 | -92,316 | 64,115 | -( |

------------------

Population estimates are from the Population Estimates Program, U.S. Census Bureau, Population Divi:

The population estimates for 1993 are intercensal estimates based on the 1990 and 2000 censuses. For population data are July 1 estimates, released October 2004. These data are based on the 2000 decenni:

U.S. Department of Education, Office of Special Education Programs, Data Analysis System (DANS).