Table AA1

Number of Children Served Under IDEA, Part B

By Age Group,

2003

-AGE GROUP-

| STATE | 3-5 | 6-11 | 12-17 | 6-17 | 14-21 | 18-21 | 3-21 |
|---|---|---|---|---|---|---|---|
| ALABAMA | 7,843 | 36,845 | 43,203 | 80,048 | 32,686 | 5,165 | 93,056 |
| ALASKA | 1,968 | 7,941 | 7,400 | 15,341 | 5,099 | 650 | 17,959 |
| ARIZONA | 11,952 | 47,524 | 47,736 | 95,260 | 34,327 | 4,913 | 112,125 |
| ARKANSAS | 10,670 | 24,402 | 28,840 | 53,242 | 21,759 | 2,881 | 66,793 |
| CALIFORNIA | 61,950 | 285,774 | 302,394 | 588,168 | 215,682 | 25,645 | 675,763 |
| COLORADO | 9,673 | 33,871 | 34,943 | 68,814 | 25,747 | 3,960 | 82,447 |
| CONNECTICUT | 8,135 | 27,799 | 34,304 | 62,103 | 25,886 | 3,714 | 73,952 |
| DELAWARE | 2,031 | 7,586 | 8,013 | 15,599 | 5,835 | 787 | 18,417 |
| DISTRICT OF COLUMBIA | 301 | 4,199 | 7,092 | 11,291 | 6,214 | 1,650 | 13,242 |
| FLORIDA | 35,258 | 168,163 | 175,871 | 344,034 | 128,187 | 18,466 | 397,758 |
| GEORGIA | 20,260 | 86,021 | 78,829 | 164,850 | 53,988 | 5,838 | 190,948 |
| HAWAII | 2,284 | 8,489 | 11,731 | 20,220 | 8,520 | 762 | 23,266 |
| IDAHO | 3,807 | 12,290 | 11,914 | 24,204 | 8,491 | 1,081 | 29,092 |
| ILLINOIS | 32,718 | 132,360 | 138,588 | 270,948 | 101,859 | 14,445 | 318,111 |
| INDIANA | 18,439 | 75,518 | 70,132 | 145,650 | 52,066 | 7,807 | 171,896 |
| IOWA | 5,985 | 28,224 | 35,861 | 64,085 | 26,750 | 3,647 | 73,717 |
| KANSAS | 9,190 | 26,241 | 26,878 | 53,119 | 20,207 | 2,830 | 65,139 |
| KENTUCKY | 20,219 | 44,126 | 36,128 | 80,254 | 25,828 | 3,310 | 103,783 |
| LOUISIANA | 11,386 | 42,385 | 42,771 | 85,156 | 32,814 | 5,391 | 101,933 |
| MAINE | 4,647 | 14,999 | 16,585 | 31,584 | 12,050 | 1,553 | 37,784 |

http://www.ideadata.org/tables27th/ar_aa1.htm

PLAINTIFF'S EXHIBIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MARYLAND | 12,105 | 45,728 | 51,973 | 97,701 | 36,644 | 4,059 | 113,865 |
| MASSACHUSETTS | 14,822 | 62,926 | 73,611 | 136,537 | 54,786 | 7,683 | 159,042 |
| MICHIGAN | 23,465 | 98,826 | 104,280 | 203,106 | 76,684 | 11,721 | 238,292 |
| MINNESOTA | 12,987 | 45,653 | 50,699 | 96,352 | 37,695 | 4,854 | 114,193 |
| MISSISSIPPI | 7,994 | 29,596 | 26,353 | 55,949 | 19,619 | 2,905 | 66,848 |
| MISSOURI | 15,140 | 59,025 | 62,433 | 121,458 | 46,594 | 6,995 | 143,593 |
| MONTANA | 1,798 | 8,038 | 8,748 | 16,786 | 6,357 | 851 | 19,435 |
| NEBRASKA | 4,445 | 19,675 | 18,398 | 38,073 | 13,410 | 2,043 | 44,561 |
| NEVADA | 4,933 | 19,188 | 19,590 | 38,778 | 13,634 | 1,490 | 45,201 |
| NEW HAMPSHIRE | 2,586 | 11,785 | 15,476 | 27,261 | 11,501 | 1,464 | 31,311 |
| NEW JERSEY | 18,545 | 104,761 | 107,504 | 212,265 | 79,424 | 10,462 | 241,272 |
| NEW MEXICO | 5,656 | 19,846 | 23,754 | 43,600 | 17,903 | 2,558 | 51,814 |
| NEW YORK | 55,588 | 162,610 | 201,677 | 364,287 | 152,531 | 22,790 | 442,665 |
| NORTH CAROLINA | 21,018 | 84,088 | 81,822 | 165,910 | 57,890 | 7,028 | 193,956 |
| NORTH DAKOTA | 1,501 | 5,748 | 6,047 | 11,795 | 4,592 | 748 | 14,044 |
| OHIO | 19,659 | 100,019 | 119,279 | 219,298 | 91,121 | 14,921 | 253,878 |
| OKLAHOMA | 7,769 | 38,336 | 42,083 | 80,419 | 31,598 | 4,857 | 93,045 |
| OREGON | 7,453 | 32,161 | 33,230 | 65,391 | 23,974 | 3,239 | 76,083 |
| PENNSYLVANIA | 24,459 | 106,963 | 128,266 | 235,229 | 95,930 | 13,571 | 273,259 |
| PUERTO RICO | 8,806 | 39,330 | 27,281 | 66,611 | 17,802 | 2,515 | 77,932 |
| RHODE ISLAND | 2,930 | 13,402 | 14,616 | 28,018 | 10,590 | 1,275 | 32,223 |
| SOUTH CAROLINA | 11,818 | 48,331 | 46,469 | 94,800 | 33,865 | 4,459 | 111,077 |
| SOUTH DAKOTA | 2,540 | 8,094 | 6,323 | 14,417 | 4,751 | 803 | 17,760 |
| TENNESSEE | 11,121 | 50,688 | 54,957 | 105,645 | 41,386 | 5,861 | 122,627 |
| TEXAS | 40,607 | 206,319 | 235,211 | 441,530 | 174,426 | 24,634 | 506,771 |
| UTAH | 6,733 | 25,976 | 22,598 | 48,574 | 16,483 | 2,438 | 57,745 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VERMONT | 1,378 | 4,893 | 6,667 | 11,560 | 5,113 | 732 | 13,670 |
| VIRGINIA | 16,422 | 69,686 | 78,452 | 148,138 | 58,870 | 8,228 | 172,788 |
| WASHINGTON | 13,010 | 53,297 | 51,786 | 105,083 | 37,882 | 5,580 | 123,673 |
| WEST VIRGINIA | 5,604 | 21,542 | 21,351 | 42,893 | 16,128 | 2,275 | 50,772 |
| WISCONSIN | 15,393 | 47,714 | 57,866 | 105,580 | 45,018 | 6,855 | 127,828 |
| WYOMING | 2,211 | 5,321 | 5,315 | 10,636 | 3,923 | 583 | 13,430 |
| AMERICAN SAMOA | 138 | 542 | 433 | 975 | 258 | 22 | 1,135 |
| GUAM | 200 | 885 | 1,199 | 2,084 | 909 | 176 | 2,460 |
| NORTHERN MARIANAS | 69 | 236 | 325 | 561 | 248 | 39 | 669 |
| VIRGIN ISLANDS | 179 | 514 | 918 | 1,432 | 789 | 141 | 1,752 |
| BUR. OF INDIAN AFFAIRS | 344 | 3,585 | 4,064 | 7,649 | 2,718 | 350 | 8,343 |
| U.S. AND OUTLYING AREAS | 680,142 | 2,770,084 | 2,970,267 | 5,740,351 | 2,187,041 | 305,700 | 6,726,193 |
| 50 STATES, D.C., P.R. | 679,212 | 2,764,322 | 2,963,328 | 5,727,650 | 2,182,119 | 304,972 | 6,711,834 |

----------------------

Please see data notes for an explanation of individual state differences.

Data based on the December 1, 2003 count, updated as of July 31, 2004.

U.S. Department of Education, Office of Special Education Programs, Data Analysis System (DANS).