## Table AA10

### Percentage (Based on 2003 Population Estimates) of Children Served Under IDEA, Part B By Age Group, In 2003

**ALL DISABILITIES**

| STATE | 3-5 | 6-17 | 18-21 | 3-17 |
|---|---|---|---|---|
| ALABAMA | 4.44 | 10.65 | 2.02 | 9. |
| ALASKA | 6.86 | 11.71 | 1.45 | 10. |
| ARIZONA | 4.74 | 9.53 | 1.60 | 8. |
| ARKANSAS | 9.70 | 11.60 | 1.83 | 11. |
| CALIFORNIA | 4.20 | 9.22 | 1.26 | 8. |
| COLORADO | 5.16 | 9.01 | 1.56 | 8. |
| CONNECTICUT | 6.24 | 10.71 | 2.07 | 9. |
| DELAWARE | 6.43 | 11.61 | 1.76 | 10. |
| DISTRICT OF COLUMBIA | 1.77 | 16.31 | 6.08 | 13. |
| FLORIDA | 5.73 | 12.91 | 2.14 | 11. |
| GEORGIA | 5.40 | 10.89 | 1.18 | 9. |
| HAWAII | 4.96 | 10.27 | 1.03 | 9. |
| IDAHO | 6.31 | 9.66 | 1.20 | 9. |
| ILLINOIS | 6.34 | 12.48 | 2.02 | 11. |
| INDIANA | 7.06 | 13.41 | 2.22 | 12. |
| IOWA | 5.51 | 13.48 | 2.05 | 12. |
| KANSAS | 8.21 | 11.34 | 1.67 | 10. |
| KENTUCKY | 12.58 | 11.99 | 1.44 | 12. |
| LOUISIANA | 6.09 | 10.77 | 1.87 | 9. |

http://www.ideadata.org/tables27th/ar_aa10.htm

PLAINTIFF'S EXHIBIT

| | | | | |
|---|---|---|---|---|
| MAINE | 11.18 | 15.38 | 2.11 | 14.( |
| MARYLAND | 5.67 | 10.37 | 1.35 | 9.: |
| MASSACHUSETTS | 6.37 | 13.50 | 2.34 | 12. |
| MICHIGAN | 5.93 | 11.56 | 2.05 | 10.: |
| MINNESOTA | 6.69 | 11.23 | 1.60 | 10.: |
| MISSISSIPPI | 6.56 | 10.96 | 1.61 | 10. |
| MISSOURI | 6.85 | 12.65 | 2.11 | 11.: |
| MONTANA | 5.62 | 11.08 | 1.47 | 10. |
| NEBRASKA | 6.37 | 12.82 | 1.88 | 11.: |
| NEVADA | 5.10 | 10.05 | 1.32 | 9.( |
| NEW HAMPSHIRE | 5.78 | 12.53 | 2.08 | 11.: |
| NEW JERSEY | 5.48 | 14.64 | 2.41 | 12.! |
| NEW MEXICO | 7.16 | 12.73 | 2.16 | 11.( |
| NEW YORK | 7.90 | 11.82 | 2.21 | 11.( |
| NORTH CAROLINA | 6.12 | 11.98 | 1.57 | 10.: |
| NORTH DAKOTA | 6.76 | 11.54 | 1.76 | 10.( |
| OHIO | 4.44 | 11.39 | 2.32 | 10.( |
| OKLAHOMA | 5.46 | 13.71 | 2.23 | 12. |
| OREGON | 5.48 | 11.28 | 1.64 | 10. |
| PENNSYLVANIA | 5.74 | 11.87 | 2.01 | 10.' |
| PUERTO RICO | . | . | . | |
| RHODE ISLAND | 7.81 | 16.51 | 2.15 | 14.! |
| SOUTH CAROLINA | 7.25 | 13.69 | 1.89 | 12.. |
| SOUTH DAKOTA | 8.34 | 10.78 | 1.61 | 10.: |
| TENNESSEE | 4.97 | 11.27 | 1.84 | 10.( |
| TEXAS | 3.96 | 10.78 | 1.83 | 9.. |
| UTAH | 5.13 | 10.33 | 1.42 | 9. |

| | | | | |
|---|---|---|---|---|
| VERMONT | 7.05 | 11.59 | 2.01 | 10. |
| VIRGINIA | 5.72 | 12.22 | 1.96 | 10. |
| WASHINGTON | 5.49 | 10.23 | 1.55 | 9. |
| WEST VIRGINIA | 9.25 | 15.93 | 2.35 | 14. |
| WISCONSIN | 7.53 | 11.41 | 2.10 | 10. |
| WYOMING | 12.05 | 12.68 | 1.75 | 12. |
| AMERICAN SAMOA | . | . | . | |
| GUAM | . | . | . | |
| NORTHERN MARIANAS | . | . | . | |
| VIRGIN ISLANDS | . | . | . | |
| BUR. OF INDIAN AFFAIRS | . | . | . | |
| U.S. AND OUTLYING AREAS | . | . | . | |
| 50 STATES AND D.C. | 5.78 | 11.46 | 1.84 | 10. |

--------------------

Please see data notes for an explanation of individual state differences.
Percentage = Number of children served under IDEA ÷ Number of children in the population who are i
Population estimates are from the Population Estimates Program, U.S. Census Bureau, Population Divi
Estimates are for July 1, 2003, released October 2004.
Data based on the December 1, 2003 count, updated as of July 31, 2004.
U.S. Department of Education, Office of Special Education Programs, Data Analysis System (DANS).