UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL *et al.*, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>       Defendants. | Civil Action No. 05-1437 (RCL) |

AFFIDAVIT OF SHINA MAJEED

I, Shina Majeed, hereby depose and state:

1. I am one of the attorneys for plaintiffs in the above-captioned case.

2. I graduated from New York University Law School in 2000.

3. A copy of my resume is attached and is incorporated by reference.

4. From 2000 to 2002, I was a judicial law clerk to the Honorable Gladys Kessler of the United States District Court for the District of Columbia. From 2002 to 2005, I served as a Skadden Law Fellow and Staff Attorney at the Urban Justice Center in New York City and the Legal Aid Society for the District of Columbia, where I worked on a variety of civil matters.

5. I joined Terris, Pravlik & Millian, LLP in February 2005, where I practice federal litigation.

6. I have been investigating and researching this case since March 2005. I have expended at least 200 hundred hours conducting both legal and factual research, including (1) interviewing parents with young children, health care providers, day care staff, special education advocates and



PLAINTIFF'S EXHIBIT 6

others who work with young children with disabilities; (2) investigating and researching possible legal claims and theories; (3) researching child find programs in other jurisdictions and meeting with co-counsel and others to develop this lawsuit; and (4) reviewing responsive FOIA material and other DCPS materials pertaining to its Child Find program and services for three to five years olds in the District of Columbia.

    7. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2005.

*[signature]*

SHINA MAJEED

# Sameena Shina Majeed
3191 17th Street North, Arlington, VA, 22201; 703.525.04444; shinamajeed@hotmail.com

## EDUCATION
**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY, J.D., *cum laude*, 2000
**Honors:**   Eric Dean Bender Prize
Hays Civil Liberties Fellow, 1999-2000
*New York University Review of Law and Social Change*, Senior Articles Editor
Teaching Assistant, Civil Procedure I, Professor Helen Hershkoff, Fall 1999

**YALE COLLEGE**, New Haven, CT, B.A., *cum laude*, May 1995
**Honors:**   Distinction in the Sociology and Women's Studies major
Steere Prize in Women's Studies for the outstanding senior thesis

## LEGAL EXPERIENCE
**Terris, Pravlik, and Millian, LLP**
  *Associate.* Litigate civil rights and complex litigation in the federal courts *(Feb 2005 - )*.

**Legal Aid Society of the District of Columbia**
  *Skadden Law Fellow and Staff Attorney.* Represented individuals in government benefit, family law and housing cases. Established off-site legal clinic in South East D.C. for public benefits cases. Engaged in policy advocacy and community outreach on government benefit issues ( *Nov. 2003 - Feb. 2005)*.

**Urban Justice Center,** New York, NY
  *Skadden Law Fellow.* Represented individuals in public benefit cases. Established three off-site legal clinics. Substantially assisted in two class-action cases on behalf of welfare recipients. Conducted trainings and outreach *(Oct 2002 - Oct. 2003)*.

**United States District Court for the District of Columbia, The Honorable Gladys Kessler**
  *Law Clerk.* Substantially assisted in drafting opinions for half of docket. Assisted judge with all stages of civil litigation, including fact and expert discovery, dispositive motions, pre-trial, trial and post-trial matters *(2000 - 2002)*.

**Koob & Magoolaghan,** New York, NY
  *Legal Intern.* Drafted sections of briefs on state and federal questions of law for prisoner's rights litigation for public interest law firm. Wrote interrogatories and document requests *(Spring - Summer 2000)*.

**Civil Rights Clinic, NYU School of Law,** New York, NY
  *Student Practitioner.* Represented female inmates in federal class-action against NYS Department of Corrections in constitutional challenge to cross-gender pat-frisk policy *(Fall 1999-Spring 2000)*.

**Legal Aid Society, Civil Appeals and Law Reform Unit,** New York, NY
  *Legal Intern.* Wrote memoranda for class action lawsuits, including Medicaid class-action and a challenge to NYC's workfare program. Advocated for SSI and welfare recipients. Assisted in preparation of expert reports *(Summer 1999)*.

**NAACP Legal Defense Fund,** New York, NY
   *Legal Intern.* Wrote memoranda on procedural and constitutional questions for affirmative action, desegregation of public schools and employment discrimination cases *(Summer-Fall 1998).*

**Research, Education and Advocacy to Combat Homelessness (REACH),** New York, NY
   *Co-Chair.* Directed student homeless advocacy group; supervised walk-in legal clinics for clients with public assistance problems *(Fall 1997-Spring 2000 ).*

**Urban Justice Center Workfare Worker's Clinic,** New York, NY
   *Clinic Advocate.* Represented indigent clients with Workfare problems in fair hearings *(Fall 1998-1999).*

**Human Rights Watch,** New York, NY
   *Research Assistant.* Wrote memoranda on enforcement power of International Criminal Court *(1998).*