UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

AFFIDAVIT OF JEFFREY S. GUTMAN

I, Jeffrey S. Gutman, hereby depose and state:

1. I am one of the attorneys for plaintiffs in the above-captioned case.

2. I graduated from Harvard Law School in 1986.

3. A copy of my resume is attached and is incorporated by reference.

4. From 1987 to 1994, I was a Trial Attorney with the Federal Programs Branch, Civil Division, United States Department of Justice. In that capacity, I litigated constitutional, statutory and administrative law cases in this Court and in federal courts throughout the country.

5. Since 1994, I have taught at The George Washington University Law School and have continued to litigate cases in this court.

6. With co-counsel, I represent the certified plaintiff class in *Lightfoot v. District of Columbia*, Civil Action No. 01-1484 (CKK). Opinions in the *Lightfoot* case may be found at 2001 U.S.. Dist. LEXIS 25866 (D.D.C. Oct. 29, 2001) (denying motion for preliminary injunction); 2004 U.S. Dist. LEXIS (D.D.C. Jan. 14, 2004) (granting motion for class certification); 339 F. Supp. 2d

PLAINTIFF'S
EXHIBIT
7

78 (D.D.C. 2004) (granting plaintiffs' motion for partial summary judgment); 355 F. Supp. 2d 414

(D.D.C. 2005) (denying defendants' motion for reconsideration).

7. I also served as Chief Editor of the Federal Practice Manual for Legal Aid Attorneys (2d.

Ed. 2004) and continue to serve in that capacity for the Third Edition.

8. As a results of concerns expressed to me by special education attorneys, my students in the

Public Justice Advocacy Clinic and I began in late 2003 doing a factual and legal investigation into

the District of Columbia Public School's policies and procedures regarding the provision of free and

appropriate public education to children aged three through five and any programs DCPS had that

satisfied their "child find" obligations.

9. The factual investigation performed included, but is not limited to, reviewing results of

Freedom of Information Act ("FOIA") requests, consulting with special education lawyers and

specialists, contacting local pre-schools and daycare centers, interfacing with the U.S. Department

of Education and reviewing materials provided, talking with professionals from other jurisdictions,

reviewing statistical information, and meeting with parents and organizations active in special

education issues. My students and I also participated in meetings with one or more co-counsel on

many occasions between the fall of 2003 and summer of 2005 to discuss the factual and legal basis

for the instant lawsuit.

10. My students I also engaged in considerable legal research regarding the IDEA,

Rehabilitation Act, Due Process, local law and related issues concerning 28 U.S.C. 1983 and

administrative law. Both with and without co-counsel, my students and I studied, discussed and

analyzed a range of present and potential legal issues relevant to this litigation and studied similar

suits elsewhere.

11. On May 26, 2004, I participated in a meeting with Dr. Ray Bryant, then head of special

education at DCPS, co-counsel, and three attorneys from the Office of General Counsel, DCPS.

Dr. Bryant was unprepared for the meeting and excused himself prematurely. The meeting and

subsequent efforts to engage DCPS were not productive.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and

correct.

_____/s/_____

JEFFREY S. GUTMAN[1]

_____

[1]Mr. Gutman's Affidavit is unexecuted because he is out of the country.

# Jeffrey Stuart Gutman

2000 G St., N.W.
Washington, D.C. 20052
(202) 994-5797
Jgutman@law.gwu.edu

1712 Hobart St., N.W.
Washington, D.C. 20009
(202) 265-5999

## LEGAL EXPERIENCE

**The George Washington University Law School**, Washington, D.C.
*Professor of Clinical Law*, July 1, 2000 to present
*Associate Professor of Clinical Law*, July, 1996 to June 30, 2000
*Visiting Associate Professor of Clinical Law*, July, 1994 to June, 1996

*Associate Dean for Academic Affairs*, January 1, 2003 to present
*Assistant Dean for Academic Affairs*, May, 2000 to December, 2002
*Acting Assistant Dean of Students*, November, 1998 to April, 1999

Courseload includes teaching Civil Procedure and serving as Director of the Public Justice Advocacy Clinic.

Clinic caseload has included Social Security, local public benefits, probate, guardianship and conservatorship, other elder law matters, advocacy on child support enforcement and landlord tenant matters, prisoner rights cases and other federal civil litigation, including:

DL v. District of Columbia - federal class action challenging government's failure to provide special education services to children aged three through five.

Lightfoot v. District of Columbia - federal class action challenging government's termination of disability compensation benefits on Due Process and D.C. Administrative Procedure Act grounds.

Withers v. District of Columbia - federal challenge to government's termination and recoupment of emergency foster care benefits to foster parents.

Administrative responsibilities have included curriculum planning and development, hiring and supporting 200 upper-level adjunct faculty, chairing Curriculum, Journal Advisory and Enrichment Program Series Committees and completing special projects related to the academic program of the law school.

**U.S. Department of Justice, Civil Division, Federal Programs Branch**
November, 1987 - June, 1994
*Trial Attorney*

Litigation of federal constitutional and administrative law cases. Personal responsibility for developing case strategy, drafting memoranda of law, conducting pre-trial discovery, delivering oral argument and examining witnesses in federal district court cases such as:

AAPS v. Clinton, 813 F. Supp. 82 (D.D.C.), rev'd, 997 F.2d 898 (D.C. Cir. 1993) - defended Federal Advisory Committee Act challenge to President's Task Force on National Health Care Reform.

NTEU v. United States, 788 F. Supp. 4 (D.D.C. 1992), aff'd, 990 F.2d 1271 (D.C. Cir. 1993), aff'd in part and rev'd in part, 513 U.S. 454 (1995) - defended constitutionality of Ethics in Government Act provision barring federal employees from receiving honoraria for speeches, articles and appearances.

Specter v. Garrett, 777 F. Supp. 1226 (E.D. Pa. 1991), rev'd, 971 F.2d 936 (3d Cir. 1992), rev'd, 511 U.S. 462 (1994) and Cohen v. Rice, 800 F. Supp. 999 (D. Me. 1992), aff'd, 992 F.2d 376 (1st Cir. 1993) - defended (with co-counsel) challenges to military base closures under Defense Base Closure and Realignment Act of 1990.

NRA v. Brady, unreported decisions affirmed at 914 F.2d 475 (4th Cir. 1990) and 999 F.2d 772 (4th Cir. 1993) - defended challenges to ATF regulations implementing amendments to Gun Control Act and claim for attorney's fees under the Act.

Illinois v. Cheney, 726 F. Supp. 219 (C.D. Ill. 1989) and NFFE v. Cheney, 727 F. Supp. 17 (D.D.C. 1989), review denied, 905 F.2d 400 (D.C. Cir. 1990) - defended constitutional challenges to 1988 Base Closure and Realignment Act.

*Awards*

Department of Justice Special Achievement Award (1993, 1991, 1990, 1988)
Department of Justice Meritorious Award (1992, 1989)

**The Hon. Earl B. Gilliam, U.S. District Judge for the Southern District of California**
San Diego   August, 1986 to August, 1987
*Judicial Law Clerk*

Drafted opinions, orders and bench memoranda recommending disposition of pending civil and criminal motions for federal district judge.

2

## EDUCATION

**Harvard Law School**, Class of 1986
J.D., *cum laude*

> Notes Editor, Harvard Civil Rights - Civil Liberties Law Review
> Associate Editor, Harvard International Law Journal

**Stanford University**, Class of 1983
B.A. with distinction in Political Science and Economics
Phi Beta Kappa

> Director, Stanford Committee on Political Education
> Teaching Assistant, Seminar on Presidential Decisionmaking

## PROFESSIONAL AND PUBLIC SERVICE

Editor-in-Chief, Federal Practice Manual for Legal Aid Attorneys (2nd edition, 2004).
available at www.povertylaw.org, (3rd edition, expected 2006).

Co-Chair, Steering Committee, District of Columbia Bar Administrative Law and
Agency Practice Section, 1999-2000.

Member, Steering Committee, District of Columbia Bar Administrative Law and Agency
Practice Section, 1997-1999, 2000-2003.

Editor, Administrative Procedure chapter, The District of Columbia Practice
Manual (6th, 7$^{t}$, 8th and 12th eds.).

Chairman, Board of Directors, D.C. Law Students in Court Program, 1998-99.

Member, Board of Directors, D.C. Law Students in Court Program, 1996-98, 1999-2001.

Member, Board of Trustees, Temple Sinai, 1999-2001.

Member, Board of Directors, Sinai Assisted Housing Foundation, 1995-99.

Occasional speaking at attorney training programs and testimony before D.C. City
Council.

3

## BAR ADMISSIONS

California, 1986
District of Columbia, 1989

## PERSONAL

Nominated by D.C. Judicial Nomination Commission as one of three nominees to serve as an Associate Judge, District of Columbia Superior Court, July, 2003.

Married to Stacy L. Brustin, Associate Professor of Clinical Law, Catholic University of America, Columbia School of Law

Two children: Benjamin, born January 12, 1996, and Julia, born June 15, 1998.

4