UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CORRECTION TO EXHIBITS 1 AND 3
TO PLAINTIFF'S MOTION TO CERTIFY THE CLASS

On September 1, 2005, plaintiffs filed their Motion to Certify the Class [#5]. Nine exhibits accompanied plaintiffs' motion. Plaintiff hereby files a corrected version of Exhibits 1 and 3. The last columns of data are not legible on the original versions of Exhibits 1 and 3. Those data are legible on the corrected version.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
KATHLEEN L. MILLIAN (D.C. Bar No.412350)
SHINA MAJEED (D.C. Bar No. 491725)
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

/s/
JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

                    2000 G Street, N.W.  
                    Washington, DC 20052  
                    (202) 994-7463  

                    /s/  
                    _____  
                    MARGARET A. KOHN (D.C. Bar No. 174227)  
                    Attorney at Law  
                    1320 19th Street, N.W., Suite 200  
                    Washington, DC 20036  
                    (202) 667-2330  

September 9, 2005