SAS Output



PLAINTIFF'S EXHIBIT

Table AF3

Estimated Resident Population for 1993, 2002 and 2003

for Children Ages 3-5

| STATE | -NUMBER- | | | CHANGE IN -NUMBER- | | PERCENTAGE CHANGE -IN NUMBER- | |
|---|---|---|---|---|---|---|---|
| | 1993 | 2002 | 2003 | 2003 LESS 1993 | 2003 LESS 2002 | 2003 LESS 1993 | 2003 LESS 2002 |
| ALABAMA | 176,371 | 175,876 | 176,842 | 471 | 966 | 0.27 | 0.55 |
| ALASKA | 34,385 | 28,524 | 28,701 | -5,684 | 177 | -16.53 | 0.62 |
| ARIZONA | 191,920 | 243,786 | 252,131 | 60,211 | 8,345 | 31.37 | 3.42 |
| ARKANSAS | 104,164 | 109,995 | 110,015 | 5,851 | 20 | 5.62 | 0.02 |
| CALIFORNIA | 1,575,896 | 1,482,325 | 1,475,142 | -100,754 | -7,183 | -6.39 | -0.48 |
| COLORADO | 161,884 | 183,774 | 187,412 | 25,528 | 3,638 | 15.77 | 1.98 |
| CONNECTICUT | 146,617 | 133,021 | 130,385 | -16,232 | -2,636 | -11.07 | -1.98 |
| DELAWARE | 31,234 | 30,645 | 31,601 | 367 | 956 | 1.18 | 3.12 |
| DISTRICT OF COLUMBIA | 23,651 | 17,341 | 16,962 | -6,689 | -379 | -28.28 | -2.19 |
| FLORIDA | 571,767 | 600,533 | 615,190 | 43,423 | 14,657 | 7.59 | 2.44 |
| GEORGIA | 322,280 | 366,032 | 375,120 | 52,840 | 9,088 | 16.40 | 2.48 |
| HAWAII | 53,052 | 45,582 | 46,027 | -7,025 | 445 | -13.24 | 0.98 |
| IDAHO | 51,720 | 59,611 | 60,292 | 8,572 | 681 | 16.57 | 1.14 |

SAS Output   Page 2 of 4

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| ILLINOIS | 527,029 | 517,396 | 516,366 | -1,030 | -2.02 | -0.20 |
| INDIANA | 241,994 | 258,210 | 261,340 | 3,130 | 7.99 | 1.21 |
| IOWA | 116,396 | 109,749 | 108,568 | -1,181 | -6.73 | -1.08 |
| KANSAS | 114,824 | 111,346 | 111,955 | 609 | -2.50 | 0.55 |
| KENTUCKY | 155,363 | 159,396 | 160,689 | 1,293 | 3.43 | 0.81 |
| LOUISIANA | 200,121 | 186,415 | 186,866 | 451 | -6.62 | 0.24 |
| MAINE | 52,429 | 42,210 | 41,583 | -627 | -20.69 | -1.49 |
| MARYLAND | 231,071 | 212,506 | 213,672 | 1,166 | -7.53 | 0.55 |
| MASSACHUSETTS | 262,102 | 232,814 | 232,778 | -36 | -11.19 | -0.02 |
| MICHIGAN | 439,056 | 399,157 | 395,741 | -3,416 | -9.87 | -0.86 |
| MINNESOTA | 208,394 | 195,209 | 194,264 | -945 | -6.78 | -0.48 |
| MISSISSIPPI | 120,230 | 120,343 | 121,806 | 1,463 | 1.31 | 1.22 |
| MISSOURI | 228,484 | 220,397 | 221,007 | 610 | -3.27 | 0.28 |
| MONTANA | 37,368 | 32,178 | 32,020 | -158 | -14.31 | -0.49 |
| NEBRASKA | 72,581 | 69,421 | 69,728 | 307 | -3.93 | 0.44 |
| NEVADA | 64,482 | 94,618 | 96,784 | 2,166 | 50.09 | 2.29 |
| NEW HAMPSHIRE | 52,942 | 45,774 | 44,704 | -1,070 | -15.56 | -2.34 |
| NEW JERSEY | 347,926 | 339,226 | 338,525 | -701 | -2.70 | -0.21 |
| NEW MEXICO | 81,170 | 77,885 | 79,046 | 1,161 | -2.62 | 1.49 |
| NEW YORK | 809,436 | 713,353 | 704,012 | -9,341 | -13.02 | -1.31 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| NORTH CAROLINA | 299,031 | 333,554 | 343,711 | 44,680 | 10,157 | 14.94 | 3.05 |
| NORTH DAKOTA | 27,722 | 22,547 | 22,209 | -5,513 | -338 | -19.89 | -1.50 |
| OHIO | 481,889 | 444,320 | 442,352 | -39,537 | -1,968 | -8.20 | -0.44 |
| OKLAHOMA | 141,288 | 141,604 | 142,291 | 1,003 | 687 | 0.71 | 0.49 |
| OREGON | 129,511 | 136,274 | 136,064 | 6,553 | -210 | 5.06 | -0.15 |
| PENNSYLVANIA | 501,122 | 429,410 | 425,810 | -75,312 | -3,600 | -15.03 | -0.84 |
| PUERTO RICO | . | . | . | . | . | . | . |
| RHODE ISLAND | 42,827 | 38,054 | 37,540 | -5,287 | -514 | -12.35 | -1.35 |
| SOUTH CAROLINA | 163,500 | 159,531 | 163,029 | -471 | 3,498 | -0.29 | 2.19 |
| SOUTH DAKOTA | 33,712 | 30,323 | 30,470 | -3,242 | 147 | -9.62 | 0.48 |
| TENNESSEE | 214,680 | 222,659 | 223,980 | 9,300 | 1,321 | 4.33 | 0.59 |
| TEXAS | 879,693 | 1,001,547 | 1,026,061 | 146,368 | 24,514 | 16.64 | 2.45 |
| UTAH | 104,870 | 127,452 | 131,340 | 26,470 | 3,888 | 25.24 | 3.05 |
| VERMONT | 25,827 | 19,896 | 19,534 | -6,293 | -362 | -24.37 | -1.82 |
| VIRGINIA | 282,527 | 282,001 | 286,907 | 4,380 | 4,906 | 1.55 | 1.74 |
| WASHINGTON | 237,713 | 237,689 | 236,912 | -801 | -777 | -0.34 | -0.33 |
| WEST VIRGINIA | 64,584 | 60,705 | 60,600 | -3,984 | -105 | -6.17 | -0.17 |
| WISCONSIN | 221,356 | 204,040 | 204,398 | -16,958 | 358 | -7.66 | 0.18 |
| WYOMING | 20,949 | 18,455 | 18,342 | -2,607 | -113 | -12.44 | -0.61 |
| AMERICAN SAMOA | . | . | . | . | . | . | . |

SAS Output                                                                                                                                Page 4 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| GUAM | . | . | . | . | . | . |
| NORTHERN MARIANAS | . | . | . | . | . | . |
| VIRGIN ISLANDS | . | . | . | . | . | . |
| BUR. OF INDIAN AFFAIRS | . | . | . | . | . | . |
| U.S. AND OUTLYING AREAS | . | . | . | . | . | . |
| 50 STATES AND D.C. | 11,681,140 | 11,524,709 | 11,588,824 | -92,316 | 64,115 | -0.79 | 0.56 |

---

Population estimates are from the Population Estimates Program, U.S. Census Bureau, Population Division.

The population estimates for 1993 are intercensal estimates based on the 1990 and 2000 censuses. For 2002 and 2003, population data are July 1 estimates, released October 2004. These data are based on the 2000 decennial census.

U.S. Department of Education, Office of Special Education Programs, Data Analysis System (DANS).