SAS Output

**PLAINTIFF'S EXHIBIT 3**

Table AA10

Percentage (Based on 2003 Population Estimates)

of Children Served Under IDEA, Part B

By Age Group,

In 2003

ALL DISABILITIES

| STATE | 3-5 | 6-17 | -AGE GROUP- 18-21 | 3-17 | 3-21 |
|---|---|---|---|---|---|
| ALABAMA | 4.44 | 10.65 | 2.02 | 9.47 | 7.86 |
| ALASKA | 6.86 | 11.71 | 1.45 | 10.84 | 8.77 |
| ARIZONA | 4.74 | 9.53 | 1.60 | 8.56 | 7.19 |
| ARKANSAS | 9.70 | 11.60 | 1.83 | 11.23 | 9.19 |
| CALIFORNIA | 4.20 | 9.22 | 1.26 | 8.28 | 6.83 |
| COLORADO | 5.16 | 9.01 | 1.56 | 8.25 | 6.84 |
| CONNECTICUT | 6.24 | 10.71 | 2.07 | 9.89 | 8.31 |
| DELAWARE | 6.43 | 11.61 | 1.76 | 10.62 | 8.74 |
| DISTRICT OF COLUMBIA | 1.77 | 16.31 | 6.08 | 13.45 | 11.69 |
| FLORIDA | 5.73 | 12.91 | 2.14 | 11.57 | 9.60 |
| GEORGIA | 5.40 | 10.89 | 1.18 | 9.80 | 8.01 |
| HAWAII | 4.96 | 10.27 | 1.03 | 9.27 | 7.33 |

9/8/2005

http://www.ideadata.org/tables27th/ar_aa10.htm

SAS Output                                                                                          Page 2 of 4

| | | | | | |
|---|---|---|---|---|---|
| IDAHO | 6.31 | 9.66 | 1.20 | 9.01 | 7.25 |
| ILLINOIS | 6.34 | 12.48 | 2.02 | 11.30 | 9.35 |
| INDIANA | 7.06 | 13.41 | 2.22 | 12.17 | 10.11 |
| IOWA | 5.51 | 13.48 | 2.05 | 12.00 | 9.68 |
| KANSAS | 8.21 | 11.34 | 1.67 | 10.73 | 8.69 |
| KENTUCKY | 12.58 | 11.99 | 1.44 | 12.10 | 9.78 |
| LOUISIANA | 6.09 | 10.77 | 1.87 | 9.87 | 8.05 |
| MAINE | 11.18 | 15.38 | 2.11 | 14.67 | 11.79 |
| MARYLAND | 5.67 | 10.37 | 1.35 | 9.50 | 7.82 |
| MASSACHUSETTS | 6.37 | 13.50 | 2.34 | 12.17 | 10.11 |
| MICHIGAN | 5.93 | 11.56 | 2.05 | 10.52 | 8.75 |
| MINNESOTA | 6.69 | 11.23 | 1.60 | 10.39 | 8.42 |
| MISSISSIPPI | 6.56 | 10.96 | 1.61 | 10.12 | 8.22 |
| MISSOURI | 6.85 | 12.65 | 2.11 | 11.56 | 9.49 |
| MONTANA | 5.62 | 11.08 | 1.47 | 10.13 | 8.05 |
| NEBRASKA | 6.37 | 12.82 | 1.88 | 11.59 | 9.37 |
| NEVADA | 5.10 | 10.05 | 1.32 | 9.06 | 7.60 |
| NEW HAMPSHIRE | 5.78 | 12.53 | 2.08 | 11.38 | 9.42 |
| NEW JERSEY | 5.48 | 14.64 | 2.41 | 12.91 | 10.85 |
| NEW MEXICO | 7.16 | 12.73 | 2.16 | 11.69 | 9.59 |

| | | | | | |
|---|---|---|---|---|---|
| NEW YORK | 7.90 | 11.82 | 2.21 | 11.09 | 9.19 |
| NORTH CAROLINA | 6.12 | 11.98 | 1.57 | 10.82 | 8.91 |
| NORTH DAKOTA | 6.76 | 11.54 | 1.76 | 10.68 | 8.42 |
| OHIO | 4.44 | 11.39 | 2.32 | 10.09 | 8.43 |
| OKLAHOMA | 5.46 | 13.71 | 2.23 | 12.10 | 9.83 |
| OREGON | 5.48 | 11.28 | 1.64 | 10.17 | 8.32 |
| PENNSYLVANIA | 5.74 | 11.87 | 2.01 | 10.78 | 8.87 |
| PUERTO RICO | . | . | . | . | . |
| RHODE ISLAND | 7.81 | 16.51 | 2.15 | 14.93 | 12.09 |
| SOUTH CAROLINA | 7.25 | 13.69 | 1.89 | 12.46 | 10.18 |
| SOUTH DAKOTA | 8.34 | 10.78 | 1.61 | 10.32 | 8.30 |
| TENNESSEE | 4.97 | 11.27 | 1.84 | 10.05 | 8.28 |
| TEXAS | 3.96 | 10.78 | 1.83 | 9.41 | 7.84 |
| UTAH | 5.13 | 10.33 | 1.42 | 9.19 | 7.47 |
| VERMONT | 7.05 | 11.59 | 2.01 | 10.85 | 8.78 |
| VIRGINIA | 5.72 | 12.22 | 1.96 | 10.98 | 9.00 |
| WASHINGTON | 5.49 | 10.23 | 1.55 | 9.34 | 7.62 |
| WEST VIRGINIA | 9.25 | 15.93 | 2.35 | 14.70 | 11.90 |
| WISCONSIN | 7.53 | 11.41 | 2.10 | 10.71 | 8.78 |
| WYOMING | 12.05 | 12.68 | 1.75 | 12.56 | 9.90 |

| | | | | |
|---|---|---|---|---|
| AMERICAN SAMOA | . | . | . | . |
| GUAM | . | . | . | . |
| NORTHERN MARIANAS | . | . | . | . |
| VIRGIN ISLANDS | . | . | . | . |
| BUR. OF INDIAN AFFAIRS | . | . | . | . |
| U.S. AND OUTLYING AREAS | | | | |
| 50 STATES AND D.C. | 5.78 | 11.46 | 1.84 | 10.38 | 8.56 |

---------------
Please see data notes for an explanation of individual state differences.
Percentage = Number of children served under IDEA ÷ Number of children in the population who are in that age group.
Population estimates are from the Population Estimates Program, U.S. Census Bureau, Population Division.
Estimates are for July 1, 2003, released October 2004.
Data based on the December 1, 2003 count, updated as of July 31, 2004.
U.S. Department of Education, Office of Special Education Programs, Data Analysis System (DANS).