UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 05-1437 (RCL) |

## ORDER

Upon consideration of defendants' Motion to Extend Time to Respond to Plaintiffs' Motion for Class Certification, the Oppositions and Replies thereto, it is hereby **ORDERED** that**:**

1. Defendants' motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that Defendants' time to respond to the motion for class action certification in this action is extended to and including October 31, 2005.


Dated: _____    _____
                                   UNITED STATES DISTRICT JUDGE