UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DL,** *et al.*, ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of Defendants' Motion [9] to Extend Time to Respond to Plaintiffs' Motion [5] to Certify Class, the Opposition [10] and Reply [11] thereto, and the record herein, it is hereby

ORDERED that Defendants' Motion [9] to Extend Time to Respond to Plaintiffs' Motion [5] to Certify Class is GRANTED. It is further

ORDERED that Defendants' time to respond to Plaintiffs' Motion [5] to Certify Class is extended to and including October 31, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on September 22, 2005.