UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

PLAINTIFFS' PROPOSED SCHEDULING ORDER

Upon consideration of the Rule 26(f) report, the Initial Scheduling Conference, and the entire record herein, it is hereby

ORDERED, that the parties may amend the pleadings or join parties in accordance with the Federal Rules of Civil Procedure; it is further

ORDERED, that initial disclosures shall be exchanged electronically within 14 days of the date of this Order; it is further

ORDERED, that fact discovery shall close 180 days after the date of this Order. Discovery propounded prior to the close of fact discovery shall be deemed timely; it is further

ORDERED, that the presumptive discovery limits shall apply except that plaintiffs and defendants shall each be allowed a maximum of 10 depositions, for a total of 20 depositions. Plaintiffs shall be allowed 35 interrogatories, and defendants shall be allowed 35 interrogatories. Plaintiffs and defendants shall each be limited to 25 requests for admissions; it is further

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

ORDERED, that the parties shall file either a consent motion for a protective order or separate motions for a protective order by October 31, 2005; it is further

ORDERED, that expert discovery shall close 90 days after the close of fact discovery. Plaintiffs' expert reports are due 30 days following the close of fact discovery. Defendants' expert reports are due 60 days following the close of fact discovery; it is further

ORDERED, that the parties request that motions for summary judgment be due 30 days after the close of all discovery; that oppositions thereto are due 30 days thereafter; and that replies are due 20 days after the filing of an opposition; it is further

ORDERED, that Plaintiffs' Reply to their Motion for Class Certification is due on November 30, 2005; it is further

ORDERED, that the parties pretrial conference shall be held 60 days after the close of all discovery or, if any dispositive motions are filed, 60 days after the rulings on all dispositive motions have been made; it is further

ORDERED, that a trial date shall be set for 60 days following the pre-trial conference.

_____          _____
DATE                                                              JUDGE ROYCE C. LAMBERTH