UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*,                )<br>                              )<br>    Plaintiffs,           )<br>                              )<br>    v.                         )<br>                              )<br>DISTRICT OF COLUMBIA, *et al.*,   )<br>                              )<br>    Defendants.          )<br>                              ) | Civil Action No. 05-1437 (RCL) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**PROPOSED SCHEDULING ORDER**

Defendants, through counsel, are in agreement with almost all of the points in Plaintiffs' proposed scheduling order. We do have one change to propose. Defendants urge that the fifth "ORDERED" paragraph be modified to provide that both sides be limited to 25 interrogatories, as provided in Federal Rule of Civil Procedure 33. There is no reason to treat interrogatories differently from depositions, as to which the parties have agreed to observe the presumptive limits in Federal Rule of Civil Procedure Rule 30(a)(2)(A).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

EDWARD P. TAPTICH
Chief, Equity Section 2

2

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614

October 7, 2005                    Attorneys for Defendants