**EXHIBIT A**
**Privacy Protection Statement for Confidential Information in**
*DL et al., v. District of Columbia, et al.*, **Civ. Action No. 05-1437 (RCL)**

My name is _____. I reside at
_____.

I am:

_____        An employee or student working for Terris, Pravlik & Millian, LLP.

_____        An employee or student working for Margaret A. Kohn, Esq.

_____        An employee or student working for Jeffrey S. Gutman of the George Washington University Law School.

_____        An expert retained by plaintiffs' counsel in *DL et al. v. District of Columbia.*

_____        Other (specify) _____.

I have read and received a copy of the Protective Order in *DL et al. v. District of Columbia,* and I agree to be bound by the requirements of that Order.

Pursuant to the Protective Order, I agree to protect all confidential information provided by defendants in the course of the lawsuit regarding any class member or their parent or guardian. I understand that I may not disclose or make public such information during the course of the litigation and after the litigation has concluded, unless plaintiffs' counsel has received the written consent of the parent or legal guardian.

I understand that this agreement and others like it will be maintained in a notebook by plaintiffs' counsel, which will be available to the Court and to defendants' counsel. In addition, I understand that any consent received from a parent or guardian will also be reviewed by the Court and defendants' counsel.

I understand that the U.S. District Court has the authority to enforce the Protective Order.

_____                                      _____
Date                                            Signature