UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification, the submissions of the parties, and the entire record in this case, it is hereby **ORDERED** that**:**

Plaintiffs' Motion is **DENIED**.


Dated: _____

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE