UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | Civil Action No. 05-1437 (RCL) |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss the Complaint, the submissions of the parties, and the entire record in this case, it is hereby **ORDERED** that**:**

Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Complaint is **DISMISSED.**


Dated:                                                              _____
                                                                                ROYCE C. LAMBERTH
                                                                                UNITED STATES DISTRICT JUDGE