# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the Rehabilitation Act, the submissions of the parties, and the entire record in this case, it is hereby **ORDERED** that**:**

Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Second Claim of the Complaint, which alleges a violation of Section 504 of the Rehabilitation Act, is **DISMISSED.**


Dated:   _____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE