UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
DL,[1/] *et al.*, on behalf of themselves     )
and others similarly situated,                )
                                              )
              Plaintiffs,                     )
                                              )
          v.                                  )          Civil Action No. 05-1437 (RCL)
                                              )
THE DISTRICT OF COLUMBIA, *et al.*            )
                                              )
              Defendants.                     )
_____)

**PLAINTIFFS' CONSENT MOTION TO AMEND SCHEDULING ORDER**

On October 11, 2005, the Court entered a Scheduling Order in this case. The Scheduling

Order did not provide deadlines for dispositive motions. On November 10, 2005, defendants filed

Defendants' Motion for Dismissal of the Complaint. On November 16, 2005, defendants filed a

second dispositive motion, Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of

Section 504 of the Rehabilitation Act. Under the time periods set forth in the Federal Rules of Civil

Procedure, plaintiffs' oppositions would be due on November 25, 2005, and November 30, 2005,

respectively.

Plaintiffs respectfully request that the Court amend the Scheduling Order and set a briefing

schedule for dispositive motions. Plaintiffs request that their opposition to Defendants' Motion for

Dismissal of the Complaint be due on December 10, 2005, and that plaintiffs' opposition to

Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the

Rehabilitation Act be due on December 16, 2005.

_____

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Defendants have filed several papers to which plaintiffs must respond during this same time period.  Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion For Class Certification is due on November 30, 2005, and plaintiffs' response to defendants' First Request for Production of Documents is due on December 10, 2005.  Plaintiffs' responses require a substantial amount of work.  Similarly, defendants' motions to dismiss are substantive motions requiring legal research and a detailed response.  Plaintiffs therefore request the extension of time within which to respond to defendants' motions to dismiss.

Defendants have consented to this motion.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
BRUCE J. TERRIS (D.C. Bar No. 47126)
KATHLEEN L. MILLIAN (D.C. Bar No.412350)
SHINA MAJEED (D.C. Bar No. 491725)
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100


_____/s/_____
JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052


_____/s/_____
MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036


November 22, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| DL,²/ *et al.*, on behalf of themselves ) and others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion to Amend the Scheduling Order, and the entire record herein, it is hereby

**ORDERED,** that plaintiffs' opposition to Defendants' Motion for Dismissal of the Complaint shall be due on December 10, 2005; it is further

**ORDERED,** that plaintiffs' opposition to Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the Rehabilitation Act shall be due on December 16, 2005.

_____                    _____
DATE                                JUDGE ROYCE C. LAMBERTH

---

² Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.