UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion [20] to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED that Plaintiffs' Consent Motion [20] to Amend the Scheduling Order is GRANTED. Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint shall be due on December 10, 2005; plaintiffs' Opposition to Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the Rehabilitation Act shall be due on December 16, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 22, 2005.