IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAKENDRA NELSON, a minor, by her mother )
and next friend, Wanda Clegg, et al., )
                                       )
            Plaintiffs,                )
                                       )
    v.                                 ) Civil Action No. 00-2930 (GK)
                                       ) IFP
DISTRICT OF COLUMBIA, et al.,          )
                                       )
            Defendants.                )
_____)

**ORDER OF CLASS CERTIFICATION**

FILED

DEC 2 1 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of Plaintiffs' Motion for Class Certification, defendants consent thereto, and the record in this case, this Court finds as follows:

1. That plaintiffs LaKendra Nelson and Jameika Andrews, with their mothers, Wanda Clegg and Gwendolyn Andrews, respectively, have claims typical of the claims of the class, do not have interests antagonistic to those of the class, and will fairly and adequately represent the members of the class;

2. That the class of students defined below, which currently exceeds 380 students with their respective parents or guardians when the student is a minor, is too numerous to make joinder of all members practicable;

3. That the class of students defined below, includes members who will join the class during the Court's jurisdiction over the parties in this matter, but who at this time cannot be identified because they will join the class as a result of illness, accident, reaching school age, or moving into the school district, making their joinder impossible;

4. That defendants are alleged to have refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive or corresponding declaratory r

PLAINTIFF'S EXHIBIT /2

respect to the class as a whole; and

5. That questions of law and fact common to the members of the class predominate over any questions affecting only individual members and that a class action is superior to other available methods for the fair and efficient adjudication of his controversy; and

6. That plaintiffs' counsel, Margaret A. Kohn and Lynn E. Cunningham, have the requisite expertise and experience to provide effective representation for the class members as well as the named plaintiffs; and

7. That the prerequisites for certification of a class pursuant to FR Civ. P 23(a) and (b)(2) have been met.

Therefore, it is this _____ day of December, 200_, hereby

ORDERED, that plaintiffs' motion is granted, and it is further,

ORDERED, that plaintiff class defined as

All current and future students of the District of Columbia Public School System ("DCPS") who, during the pendency of this Consent Decree, are disabled as defined by the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, and who have mobility impairments which prevent the unassisted use of stairs for rapid exit from school buildings.

is certified in this action pursuant to Rule 23(a) and (b)(2); and it is further

ORDERED, that the named plaintiffs identified at ¶1 herein above are certified as the representatives of the class; and it is further

ORDERED, that attorneys Lynn E. Cunningham and Margaret A. Kohn are designated class counsel herein.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

2

Copies to:

Margaret A. Kohn, Esq.
1320 19th Street NW #200
Washington, DC 20036
fax 202-667-2302

Lynn E. Cunningham
Jacob Burns Community Legal Clinics
George Washington University Law School
2000 G Street NW
Washington, DC 20052
fax 202-994-4946

Counsel for Plaintiffs

Cary D. Pollak, Esq.
Assistant Corporation Counsel for DC
Office of Corporation Counsel
441 4th Street NW 6 South
Washington, DC 20001

Counsel for Defendants