6/8/2004 2:43 PM

# DCPS Students, Age 3-5, Found Not Eligible Since 01/01/2001 Who were Given Services As A Result from Mediation, Settlement ...

| Not Eligible Date(s) | Eligibility Date After Hearing | Last Name | First Name | Student ID | DOB |
|---|---|---|---|---|---|
| 3/2/2001 | 12/11/2001 | | | | |
| 5/18/2001 | 8/7/2002 | | | | |
| 5/22/2001 | 10/9/2001 | | | | |
| 6/14/2001 | 1/23/2003 | | | | |
| 6/19/2001 | 12/11/2001 | | | | |
| 10/11/2001 | 10/15/2002 | | | | |
| 1/7/2002 | 3/26/2002 | | | | |
| 1/10/2002 | 7/24/2003 | | | | |
| 1/31/2002 | 10/25/2002 | | | | |
| 2/1/2002 | 6/7/2002 | | | | |
| 2/28/2002 | 12/19/2002 | | | | |
| 3/11/2002 | 2/10/2004 | | | | |
| 3/19/2002 | 4/1/2003 | | | | |
| 4/19/2002 | 4/28/2003 | | | | |
| 5/17/2002 | 12/17/2002 | | | | |
| 5/23/2002 | 11/21/2002 | | | | |
| 5/28/2002 | 5/29/2003 | | | | |
| 5/30/2002 | 6/13/2003 | | | | |
| 6/4/2002 | 6/13/2003 | | | | |
| 6/13/2002 | 5/14/2003 | | | | |
| 6/13/2002 | 8/20/2002 | | | | |
| 8/14/2002 | 12/12/2002 | | | | |
| 9/18/2002 | 5/12/2003 | | | | |
| 10/2/2002 | 10/3/2003 | | | | |
| 10/24/2002 | 6/11/2003 | | | | |
| 11/4/2002 | 3/29/2004 | | | | |
| 11/7/2002 | 10/28/2003 | | | | |
| 11/18/2002 | 2/24/2003 | | | | |
| 12/4/2002 | 2/5/2003 | | | | |
| 1/14/2003 | 2/17/2004 | | | | |
| 1/16/2003 | 2/13/2003 | | | | |
| 1/17/2003 | 5/2/2003 | | | | |
| 1/30/2003 | 5/8/2003 | | | | |
| 2/11/2003 | 12/15/2003 | | | | |
| 3/5/2003 | 1/21/2004 | | | | |
| 3/31/2003 | 3/29/2004 | | | | |
| 5/8/2003 | 10/28/2003 | | | | |

Answers Question #11

Page 1 of 2

PLAINTIFF'S EXHIBIT 13
ALL-STATE LEGAL®

6/8/2004  2:43 PM

# DCPS Students, Age 3-5, Found Not Eligible Since 01/01/2001 Who were Given Services As A Result from Mediation, Settlement ...

| Not Eligible Date(s) | Eligibility Date After Hearing | Last Name | First Name | Student ID | DOB |
|---|---|---|---|---|---|
| 6/9/2003 | 10/8/2003 | | | | |
| 6/10/2003 | 10/28/2003 | | | | |
| 6/11/2003 | 9/19/2003 | | | | |
| 8/21/2003 | 12/16/2003 | | | | |
| 9/2/2003 | 2/13/2004 | | | | |
| 9/16/2003 | 12/5/2003 | | | | |
| 12/4/2003 | 2/17/2004 | | | | |
| 12/4/2003 | 2/17/2004 | | | | |
| 2/18/2004 | 5/6/2004 | | | | |
| 4/13/2004 | 5/5/2004 | | | | |

Grand Total:

Answers Question #1