6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | | 1/4/2001 |
| | | | 1/4/2001 |
| | | | 1/10/2001 |
| | | | 1/11/2001 |
| | | | 1/12/2001 |
| | | | 1/13/2001 |
| | | | 1/16/2001 |
| | | | 1/18/2001 |
| | | | 1/19/2001 |
| | | | 1/24/2001 |
| | | | 1/29/2001 |
| | | | 1/29/2001 |
| | | | 2/2/2001 |
| | | | 2/15/2001 |
| | | | 2/21/2001 |
| | | | 2/27/2001 |
| | | | 2/28/2001 |
| | | | 3/13/2001 |
| | | | 3/15/2001 |
| | | | 3/28/2001 |
| | | | 3/28/2001 |
| | | | 4/9/2001 |
| | | | 4/10/2001 |
| | | | 4/11/2001 |
| | | | 5/10/2001 |
| | | | 5/25/2001 |
| | | | 5/30/2001 |
| | | | 6/7/2001 |
| | | | 6/11/2001 |
| | | | 6/14/2001 |
| | | | 6/21/2001 |
| | | | 10/1/2001 |
| | | | 10/2/2001 |
| | | | 10/15/2001 |
| | | | 10/19/2001 |
| | | | 10/24/2001 |
| | | | 10/25/2001 |
| | | | 10/26/2001 |
| | | | 10/29/2001 |
| | | | 11/13/2001 |
| | | | 11/19/2001 |
| | | | 11/20/2001 |

Answers Question #14

ALL-STATE LEGAL®
PLAINTIFF'S
EXHIBIT
14

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | | 11/29/2001 |
| | | | 12/4/2001 |
| | | | 12/5/2001 |
| | | | 12/13/2001 |
| | | | 1/2/2002 |
| | | | 1/2/2002 |
| | | | 1/2/2002 |
| | | | 1/2/2002 |
| | | | 1/9/2002 |
| | | | 1/23/2002 |
| | | | 1/28/2002 |
| | | | 2/1/2002 |
| | | | 2/8/2002 |
| | | | 2/12/2002 |
| | | | 2/14/2002 |
| | | | 2/19/2002 |
| | | | 3/18/2002 |
| | | | 3/19/2002 |
| | | | 3/26/2002 |
| | | | 3/26/2002 |
| | | | 3/27/2002 |
| | | | 3/27/2002 |
| | | | 3/28/2002 |
| | | | 3/28/2002 |
| | | | 3/28/2002 |
| | | | 3/28/2002 |
| | | | 4/8/2002 |
| | | | 4/8/2002 |
| | | | 4/10/2002 |
| | | | 4/24/2002 |
| | | | 4/29/2002 |
| | | | 4/29/2002 |
| | | | 4/30/2002 |
| | | | 5/7/2002 |
| | | | 5/9/2002 |
| | | | 5/17/2002 |
| | | | 6/3/2002 |
| | | | 9/10/2002 |
| | | | 9/12/2002 |
| | | | 9/13/2002 |
| | | | 9/24/2002 |

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | | 10/4/2002 |
| | | | 10/9/2002 |
| | | | 10/10/2002 |
| | | | 10/21/2002 |
| | | | 10/29/2002 |
| | | | 11/6/2002 |
| | | | 11/8/2002 |
| | | | 11/15/2002 |
| | | | 11/19/2002 |
| | | | 11/21/2002 |
| | | | 12/2/2002 |
| | | | 12/13/2002 |
| | | | 12/18/2002 |
| | | | 1/2/2003 |
| | | | 1/10/2003 |
| | | | 1/14/2003 |
| | | | 1/15/2003 |
| | | | 2/3/2003 |
| | | | 2/10/2003 |
| | | | 2/27/2003 |
| | | | 3/4/2003 |
| | | | 3/5/2003 |
| | | | 3/11/2003 |
| | | | 3/20/2003 |
| | | | 3/20/2003 |
| | | | 4/7/2003 |
| | | | 4/23/2003 |
| | | | 4/23/2003 |
| | | | 4/24/2003 |
| | | | 5/7/2003 |
| | | | 5/11/2003 |
| | | | 5/22/2003 |
| | | | 6/3/2003 |
| | | | 8/8/2003 |
| | | | 8/29/2003 |
| | | | 9/12/2003 |
| | | | 9/15/2003 |
| | | | 9/26/2003 |
| | | | 10/1/2003 |
| | | | 10/7/2003 |
| | | | 10/15/2003 |
| | | | 10/17/2003 |

Answers Question #14

6/7/2004   4:31 PM

# Teacher Assistant Team – Early Intervention Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| ███ | ███ | | 10/21/2003 |
| | | | 10/24/2003 |
| | | | 10/30/2003 |
| | | | 11/3/2003 |
| | | | 11/3/2003 |
| | | | 11/5/2003 |
| | | | 11/7/2003 |
| | | | 11/10/2003 |
| | | | 11/12/2003 |
| | | | 11/12/2003 |
| | | | 11/12/2003 |
| | | | 11/19/2003 |
| | | | 11/24/2003 |
| | | | 12/1/2003 |
| | | | 12/2/2003 |
| | | | 12/3/2003 |
| | | | 12/4/2003 |
| | | | 12/4/2003 |
| | | | 12/4/2003 |
| | | | 12/10/2003 |
| | | | 12/15/2003 |
| | | | 12/16/2003 |
| | | | 1/5/2004 |
| | | | 2/2/2004 |
| | | | 2/2/2004 |
| | | | 2/2/2004 |
| | | | 2/12/2004 |
| | | | 2/12/2004 |
| | | | 2/18/2004 |
| | | | 2/18/2004 |
| | | | 3/4/2004 |
| | | | 3/4/2004 |
| | | | 3/11/2004 |
| | | | 3/12/2004 |
| | | | 3/16/2004 |
| | | | 3/30/2004 |
| | | | 4/15/2004 |
| | | | 5/7/2004 |
| | | 1/3/2001 | |
| | | 1/4/2001 | |
| | | 1/4/2001 | |
| | | 1/5/2001 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 1/8/2001 | |
| | | 1/8/2001 | |
| | | 1/9/2001 | |
| | | 1/10/2001 | |
| | | 1/10/2001 | |
| | | 1/11/2001 | |
| | | 1/12/2001 | |
| | | 1/12/2001 | |
| | | 1/16/2001 | |
| | | 1/16/2001 | |
| | | 1/16/2001 | 2/14/2001 |
| | | 1/17/2001 | |
| | | 1/19/2001 | |
| | | 1/19/2001 | 5/22/2001 |
| | | 1/24/2001 | |
| | | 1/25/2001 | |
| | | 1/26/2001 | |
| | | 1/26/2001 | |
| | | 1/26/2001 | |
| | | 1/29/2001 | |
| | | 1/29/2001 | |
| | | 1/30/2001 | |
| | | 1/30/2001 | |
| | | 1/31/2001 | |
| | | 1/31/2001 | |
| | | 1/31/2001 | |
| | | 2/1/2001 | |
| | | 2/1/2001 | |
| | | 2/1/2001 | 2/26/2001 |
| | | 2/1/2001 | 11/22/2002 |
| | | 2/1/2001 | 1/8/2003 |
| | | 2/2/2001 | |
| | | 2/2/2001 | |
| | | 2/5/2001 | |
| | | 2/6/2001 | |
| | | 2/6/2001 | |
| | | 2/7/2001 | |
| | | 2/7/2001 | |
| | | 2/7/2001 | |
| | | 2/7/2001 | |
| | | 2/9/2001 | |
| | | 2/9/2001 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 2/9/2001 | |
| | | 2/12/2001 | |
| | | 2/12/2001 | |
| | | 2/12/2001 | |
| | | 2/12/2001 | 2/16/2001 |
| | | 2/13/2001 | |
| | | 2/13/2001 | |
| | | 2/14/2001 | |
| | | 2/14/2001 | |
| | | 2/14/2001 | |
| | | 2/14/2001 | |
| | | 2/15/2001 | |
| | | 2/15/2001 | |
| | | 2/15/2001 | |
| | | 2/15/2001 | |
| | | 2/16/2001 | |
| | | 2/20/2001 | |
| | | 2/21/2001 | 2/1/2002 |
| | | 2/26/2001 | |
| | | 2/26/2001 | 2/6/2002 |
| | | 2/26/2001 | 2/12/2002 |
| | | 2/26/2001 | 2/19/2002 |
| | | 2/27/2001 | |
| | | 2/27/2001 | |
| | | 2/28/2001 | |
| | | 3/1/2001 | |
| | | 3/1/2001 | |
| | | 3/2/2001 | |
| | | 3/2/2001 | |
| | | 3/6/2001 | |
| | | 3/6/2001 | |
| | | 3/6/2001 | |
| | | 3/7/2001 | |
| | | 3/7/2001 | |
| | | 3/7/2001 | |
| | | 3/7/2001 | |
| | | 3/8/2001 | |
| | | 3/8/2001 | 10/5/2001 |
| | | 3/9/2001 | |
| | | 3/9/2001 | |
| | | 3/9/2001 | |
| | | 3/9/2001 | 3/19/2001 |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| ███ | ███ | 3/12/2001 | |
| | | 3/12/2001 | |
| | | 3/13/2001 | |
| | | 3/14/2001 | |
| | | 3/15/2001 | |
| | | 3/15/2001 | |
| | | 3/15/2001 | 3/20/2001 |
| | | 3/15/2001 | 3/27/2001 |
| | | 3/15/2001 | 3/27/2001 |
| | | 3/16/2001 | |
| | | 3/19/2001 | |
| | | 3/19/2001 | |
| | | 3/19/2001 | |
| | | 3/20/2001 | |
| | | 3/20/2001 | |
| | | 3/22/2001 | |
| | | 3/23/2001 | |
| | | 3/23/2001 | |
| | | 3/26/2001 | |
| | | 3/27/2001 | |
| | | 3/28/2001 | |
| | | 3/28/2001 | |
| | | 3/28/2001 | 6/5/2001 |
| | | 4/4/2001 | |
| | | 4/4/2001 | |
| | | 4/9/2001 | 9/19/2001 |
| | | 4/9/2001 | 2/11/2002 |
| | | 4/10/2001 | |
| | | 4/10/2001 | |
| | | 4/10/2001 | |
| | | 4/10/2001 | |
| | | 4/11/2001 | |
| | | 4/16/2001 | |
| | | 4/26/2001 | |
| | | 4/26/2001 | |
| | | 4/27/2001 | |
| | | 4/30/2001 | |
| | | 5/1/2001 | |
| | | 5/2/2001 | |
| | | 5/2/2001 | 11/20/2001 |
| | | 5/4/2001 | |
| | | 5/4/2001 | |

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 5/5/2001 | |
| | | 5/7/2001 | |
| | | 5/7/2001 | |
| | | 5/7/2001 | |
| | | 5/7/2001 | |
| | | 5/7/2001 | |
| | | 5/10/2001 | |
| | | 5/11/2001 | |
| | | 5/11/2001 | |
| | | 5/11/2001 | |
| | | 5/11/2001 | 9/5/2002 |
| | | 5/14/2001 | |
| | | 5/15/2001 | |
| | | 5/15/2001 | |
| | | 5/22/2001 | |
| | | 5/24/2001 | |
| | | 5/25/2001 | |
| | | 5/25/2001 | |
| | | 5/30/2001 | |
| | | 6/4/2001 | |
| | | 6/4/2001 | |
| | | 6/4/2001 | |
| | | 6/8/2001 | |
| | | 6/12/2001 | |
| | | 6/13/2001 | |
| | | 6/13/2001 | 6/25/2001 |
| | | 6/18/2001 | |
| | | 6/19/2001 | |
| | | 6/20/2001 | |
| | | 7/6/2001 | |
| | | 7/12/2001 | |
| | | 7/18/2001 | |
| | | 7/24/2001 | |
| | | 7/31/2001 | |
| | | 8/20/2001 | |
| | | 8/30/2001 | |
| | | 8/30/2001 | 9/27/2001 |
| | | 8/31/2001 | |
| | | 9/2/2001 | |
| | | 9/3/2001 | |
| | | 9/5/2001 | |
| | | 9/5/2001 | |

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 9/6/2001 | |
| | | 9/6/2001 | . |
| | | 9/6/2001 | |
| | | 9/7/2001 | |
| | | 9/10/2001 | |
| | | 9/10/2001 | |
| | | 9/14/2001 | |
| | | 9/14/2001 | |
| | | 9/14/2001 | 10/29/2001 |
| | | 9/14/2001 | 11/27/2001 |
| | | 9/17/2001 | |
| | | 9/20/2001 | |
| | | 9/21/2001 | |
| | | 9/25/2001 | |
| | | 9/25/2001 | |
| | | 9/25/2001 | |
| | | 9/26/2001 | |
| | | 9/27/2001 | |
| | | 9/27/2001 | |
| | | 9/28/2001 | |
| | | 9/28/2001 | |
| | | 9/30/2001 | |
| | | 10/1/2001 | |
| | | 10/1/2001 | |
| | | 10/2/2001 | |
| | | 10/2/2001 | |
| | | 10/2/2001 | 1/14/2002 |
| | | 10/3/2001 | |
| | | 10/3/2001 | |
| | | 10/4/2001 | |
| | | 10/4/2001 | |
| | | 10/4/2001 | 10/5/2001 |
| | | 10/5/2001 | |
| | | 10/9/2001 | |
| | | 10/9/2001 | |
| | | 10/10/2001 | |
| | | 10/12/2001 | |
| | | 10/13/2001 | |
| | | 10/16/2001 | |
| | | 10/18/2001 | |
| | | 10/18/2001 | |
| | | 10/18/2001 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| ███ | ███ | 10/19/2001 | |
| | | 10/19/2001 | |
| | | 10/19/2001 | |
| | | 10/19/2001 | |
| | | 10/20/2001 | |
| | | 10/21/2001 | |
| | | 10/22/2001 | |
| | | 10/23/2001 | |
| | | 10/23/2001 | 12/4/2001 |
| | | 10/24/2001 | |
| | | 10/25/2001 | |
| | | 10/25/2001 | |
| | | 10/26/2001 | |
| | | 10/26/2001 | 12/5/2001 |
| | | 10/26/2001 | 12/18/2001 |
| | | 10/26/2001 | 1/13/2002 |
| | | 10/26/2001 | 2/14/2003 |
| | | 10/26/2001 | 1/21/2004 |
| | | 10/26/2001 | 2/27/2004 |
| | | 10/29/2001 | |
| | | 10/29/2001 | |
| | | 10/30/2001 | |
| | | 10/30/2001 | |
| | | 10/31/2001 | |
| | | 10/31/2001 | |
| | | 11/1/2001 | |
| | | 11/2/2001 | |
| | | 11/2/2001 | |
| | | 11/2/2001 | |
| | | 11/2/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | |
| | | 11/5/2001 | 2/19/2002 |
| | | 11/5/2001 | 2/19/2002 |
| | | 11/5/2001 | 2/19/2002 |
| | | 11/5/2001 | 3/28/2002 |
| | | 11/5/2001 | 3/28/2002 |
| | | 11/5/2001 | 3/28/2002 |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 11/5/2001 | 3/28/2002 |
| | | 11/5/2001 | 4/1/2002 |
| | | 11/5/2001 | 4/8/2002 |
| | | 11/6/2001 | 11/19/2001 |
| | | 11/7/2001 | |
| | | 11/8/2001 | |
| | | 11/8/2001 | |
| | | 11/8/2001 | |
| | | 11/8/2001 | |
| | | 11/8/2001 | 3/19/2002 |
| | | 11/13/2001 | |
| | | 11/15/2001 | |
| | | 11/15/2001 | |
| | | 11/16/2001 | |
| | | 11/16/2001 | |
| | | 11/16/2001 | |
| | | 11/16/2001 | |
| | | 11/18/2001 | |
| | | 11/18/2001 | |
| | | 11/19/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/20/2001 | |
| | | 11/21/2001 | |
| | | 11/26/2001 | 5/12/2003 |
| | | 11/27/2001 | 11/30/2001 |
| | | 11/27/2001 | 12/11/2001 |
| | | 11/27/2001 | 10/9/2002 |
| | | 11/28/2001 | |
| | | 11/29/2001 | |
| | | 11/29/2001 | |
| | | 11/30/2001 | |
| | | 12/2/2001 | |
| | | 12/4/2001 | |

Answers Question #1-

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 12/4/2001 | |
| | | 12/4/2001 | 2/21/2002 |
| | | 12/6/2001 | |
| | | 12/7/2001 | |
| | | 12/7/2001 | |
| | | 12/7/2001 | |
| | | 12/7/2001 | |
| | | 12/7/2001 | |
| | | 12/7/2001 | |
| | | 12/10/2001 | |
| | | 12/10/2001 | |
| | | 12/10/2001 | 1/23/2002 |
| | | 12/10/2001 | 2/11/2002 |
| | | 12/10/2001 | 9/24/2002 |
| | | 12/10/2001 | 9/25/2003 |
| | | 12/11/2001 | 3/13/2002 |
| | | 12/11/2001 | 5/7/2002 |
| | | 12/12/2001 | |
| | | 12/12/2001 | |
| | | 12/12/2001 | |
| | | 12/12/2001 | |
| | | 12/12/2001 | |
| | | 12/13/2001 | |
| | | 12/13/2001 | 3/7/2002 |
| | | 12/14/2001 | |
| | | 12/17/2001 | |
| | | 12/18/2001 | |
| | | 12/20/2001 | |
| | | 12/20/2001 | |
| | | 12/20/2001 | |
| | | 12/20/2001 | |
| | | 12/20/2001 | 11/15/2002 |
| | | 1/2/2002 | |
| | | 1/2/2002 | |
| | | 1/3/2002 | |
| | | 1/3/2002 | |
| | | 1/3/2002 | 4/10/2002 |
| | | 1/4/2002 | |
| | | 1/4/2002 | |
| | | 1/4/2002 | |
| | | 1/7/2002 | |
| | | 1/8/2002 | |

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 1/8/2002 | |
| | | 1/9/2002 | |
| | | 1/9/2002 | |
| | | 1/9/2002 | 4/11/2002 |
| | | 1/11/2002 | |
| | | 1/11/2002 | 1/24/2001 |
| | | 1/15/2002 | |
| | | 1/15/2002 | 1/28/2002 |
| | | 1/15/2002 | 5/7/2002 |
| | | 1/16/2002 | |
| | | 1/16/2002 | |
| | | 1/17/2002 | |
| | | 1/19/2002 | |
| | | 1/19/2002 | |
| | | 1/22/2002 | |
| | | 1/22/2002 | 2/11/2002 |
| | | 1/23/2002 | |
| | | 1/23/2002 | |
| | | 1/23/2002 | |
| | | 1/24/2002 | |
| | | 1/24/2002 | |
| | | 1/24/2002 | |
| | | 1/24/2002 | 10/9/2002 |
| | | 1/25/2002 | |
| | | 1/25/2002 | |
| | | 1/25/2002 | |
| | | 1/26/2002 | |
| | | 1/28/2002 | |
| | | 1/28/2002 | 2/20/2002 |
| | | 1/29/2002 | |
| | | 1/29/2002 | |
| | | 1/29/2002 | |
| | | 1/29/2002 | 2/13/2002 |
| | | 1/29/2002 | 3/7/2002 |
| | | 1/30/2002 | |
| | | 1/30/2002 | |
| | | 1/30/2002 | |
| | | 1/30/2002 | |
| | | 1/30/2002 | 4/9/2002 |
| | | 1/31/2002 | |
| | | 2/1/2002 | |
| | | 2/1/2002 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 2/1/2002 | 2/22/2002 |
| | | 2/4/2002 | |
| | | 2/4/2002 | |
| | | 2/4/2002 | |
| | | 2/4/2002 | |
| | | 2/4/2002 | |
| | | 2/4/2002 | |
| | | 2/5/2002 | |
| | | 2/5/2002 | |
| | | 2/5/2002 | |
| | | 2/6/2002 | |
| | | 2/6/2002 | |
| | | 2/6/2002 | |
| | | 2/6/2002 | |
| | | 2/6/2002 | 3/14/2002 |
| | | 2/6/2002 | 6/5/2002 |
| | | 2/7/2002 | |
| | | 2/7/2002 | |
| | | 2/7/2002 | 2/22/2002 |
| | | 2/7/2002 | 4/17/2002 |
| | | 2/7/2002 | 3/14/2003 |
| | | 2/7/2002 | 1/22/2004 |
| | | 2/8/2002 | |
| | | 2/11/2002 | |
| | | 2/11/2002 | 2/23/2002 |
| | | 2/12/2002 | |
| | | 2/12/2002 | |
| | | 2/12/2002 | |
| | | 2/13/2002 | |
| | | 2/13/2002 | |
| | | 2/13/2002 | |
| | | 2/13/2002 | |
| | | 2/13/2002 | |
| | | 2/13/2002 | |
| | | 2/14/2002 | |
| | | 2/14/2002 | |
| | | 2/14/2002 | 5/10/2002 |
| | | 2/15/2002 | |
| | | 2/19/2002 | |
| | | 2/19/2002 | |
| | | 2/19/2002 | |
| | | 2/20/2002 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 2/20/2002 | |
| | | 2/20/2002 | |
| | | 2/25/2002 | 4/11/2002 |
| | | 2/25/2002 | 9/18/2002 |
| | | 2/26/2002 | |
| | | 2/26/2002 | |
| | | 2/26/2002 | |
| | | 2/26/2002 | |
| | | 2/28/2002 | |
| | | 2/28/2002 | |
| | | 2/28/2002 | |
| | | 2/28/2002 | 3/4/2002 |
| | | 2/28/2002 | 3/7/2002 |
| | | 2/28/2002 | 3/27/2002 |
| | | 3/1/2002 | |
| | | 3/1/2002 | |
| | | 3/4/2002 | |
| | | 3/4/2002 | |
| | | 3/4/2002 | |
| | | 3/4/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/5/2002 | |
| | | 3/6/2002 | |
| | | 3/6/2002 | 9/16/2002 |
| | | 3/6/2002 | 3/26/2003 |
| | | 3/7/2002 | |
| | | 3/8/2002 | |
| | | 3/8/2002 | |
| | | 3/8/2002 | 9/12/2002 |
| | | 3/11/2002 | |
| | | 3/11/2002 | |
| | | 3/11/2002 | |
| | | 3/11/2002 | |
| | | 3/11/2002 | 4/5/2002 |
| | | 3/12/2002 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 3/13/2002 | |
| | | 3/14/2002 | |
| | | 3/14/2002 | |
| | | 3/14/2002 | |
| | | 3/18/2002 | |
| | | 3/19/2002 | |
| | | 3/19/2002 | |
| | | 3/22/2002 | |
| | | 3/22/2002 | |
| | | 3/26/2002 | |
| | | 3/26/2002 | 4/1/2002 |
| | | 3/27/2002 | 6/14/2002 |
| | | 3/28/2002 | |
| | | 3/28/2002 | |
| | | 4/1/2002 | |
| | | 4/3/2002 | |
| | | 4/9/2002 | |
| | | 4/9/2002 | |
| | | 4/10/2002 | |
| | | 4/11/2002 | 9/9/2002 |
| | | 4/12/2002 | |
| | | 4/12/2002 | |
| | | 4/12/2002 | |
| | | 4/12/2002 | |
| | | 4/18/2002 | |
| | | 4/19/2002 | |
| | | 4/24/2002 | 6/7/2002 |
| | | 4/25/2002 | |
| | | 4/25/2002 | |
| | | 4/26/2002 | |
| | | 4/30/2002 | |
| | | 5/1/2002 | |
| | | 5/2/2002 | |
| | | 5/2/2002 | |
| | | 5/2/2002 | |
| | | 5/2/2002 | 6/7/2002 |
| | | 5/7/2002 | |
| | | 5/7/2002 | |
| | | 5/7/2002 | |
| | | 5/9/2002 | |
| | | 5/9/2002 | |
| | | 5/9/2002 | |

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 5/10/2002 | |
| | | 5/13/2002 | |
| | | 5/13/2002 | 12/2/2002 |
| | | 5/13/2002 | 3/31/2003 |
| | | 5/14/2002 | |
| | | 5/14/2002 | |
| | | 5/15/2002 | |
| | | 5/15/2002 | |
| | | 5/15/2002 | |
| | | 5/16/2002 | |
| | | 5/16/2002 | |
| | | 5/17/2002 | |
| | | 5/17/2002 | |
| | | 5/17/2002 | |
| | | 5/20/2002 | |
| | | 5/20/2002 | |
| | | 5/21/2002 | |
| | | 5/22/2002 | |
| | | 5/29/2002 | |
| | | 5/31/2002 | |
| | | 6/4/2002 | |
| | | 6/5/2002 | |
| | | 6/6/2002 | |
| | | 6/10/2002 | |
| | | 6/10/2002 | |
| | | 6/10/2002 | |
| | | 6/12/2002 | |
| | | 6/12/2002 | |
| | | 6/13/2002 | |
| | | 6/14/2002 | |
| | | 6/14/2002 | |
| | | 6/14/2002 | |
| | | 6/14/2002 | |
| | | 6/17/2002 | |
| | | 6/18/2002 | |
| | | 6/18/2002 | |
| | | 6/25/2002 | |
| | | 6/27/2002 | |
| | | 8/26/2002 | |
| | | 9/3/2002 | |
| | | 9/3/2002 | |
| | | 9/3/2002 | |

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 9/4/2002 | |
| | | 9/5/2002 | |
| | | 9/5/2002 | |
| | | 9/5/2002 | 11/8/2002 |
| | | 9/6/2002 | |
| | | 9/9/2002 | |
| | | 9/9/2002 | |
| | | 9/9/2002 | |
| | | 9/10/2002 | |
| | | 9/10/2002 | |
| | | 9/11/2002 | 9/20/2002 |
| | | 9/12/2002 | |
| | | 9/12/2002 | |
| | | 9/13/2002 | |
| | | 9/16/2002 | |
| | | 9/16/2002 | 11/4/2002 |
| | | 9/16/2002 | 9/8/2003 |
| | | 9/18/2002 | 9/26/2002 |
| | | 9/20/2002 | |
| | | 9/20/2002 | |
| | | 9/24/2002 | |
| | | 9/24/2002 | 9/30/2002 |
| | | 9/25/2002 | |
| | | 9/26/2002 | |
| | | 9/26/2002 | |
| | | 9/26/2002 | 10/29/2002 |
| | | 9/30/2002 | |
| | | 9/30/2002 | |
| | | 10/1/2002 | |
| | | 10/1/2002 | |
| | | 10/2/2002 | |
| | | 10/2/2002 | |
| | | 10/2/2002 | |
| | | 10/3/2002 | |
| | | 10/3/2002 | |
| | | 10/4/2002 | |
| | | 10/4/2002 | |
| | | 10/7/2002 | |
| | | 10/8/2002 | |
| | | 10/9/2002 | |
| | | 10/9/2002 | |
| | | 10/9/2002 | 10/23/2002 |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 10/10/2002 | |
| | | 10/11/2002 | |
| | | 10/11/2002 | 11/1/2002 |
| | | 10/16/2002 | |
| | | 10/16/2002 | |
| | | 10/17/2002 | |
| | | 10/17/2002 | |
| | | 10/19/2002 | 4/4/2003 |
| | | 10/21/2002 | |
| | | 10/22/2002 | |
| | | 10/23/2002 | |
| | | 10/23/2002 | |
| | | 10/23/2002 | 2/28/2003 |
| | | 10/23/2002 | 6/4/2004 |
| | | 10/25/2002 | |
| | | 10/25/2002 | |
| | | 10/28/2002 | |
| | | 10/29/2002 | |
| | | 10/29/2002 | |
| | | 10/29/2002 | 4/24/2003 |
| | | 11/1/2002 | |
| | | 11/4/2002 | |
| | | 11/4/2002 | |
| | | 11/4/2002 | 1/28/2003 |
| | | 11/4/2002 | 6/12/2003 |
| | | 11/6/2002 | |
| | | 11/6/2002 | |
| | | 11/6/2002 | 12/20/2002 |
| | | 11/7/2002 | |
| | | 11/7/2002 | |
| | | 11/7/2002 | |
| | | 11/8/2002 | |
| | | 11/8/2002 | |
| | | 11/13/2002 | |
| | | 11/13/2002 | |
| | | 11/14/2002 | 12/19/2002 |
| | | 11/18/2002 | |
| | | 11/18/2002 | |
| | | 11/18/2002 | |
| | | 11/18/2002 | 1/10/2003 |
| | | 11/18/2002 | 9/17/2003 |
| | | 11/19/2002 | |

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 11/19/2002 | |
| | | 11/19/2002 | |
| | | 11/20/2002 | |
| | | 11/20/2002 | |
| | | 11/20/2002 | |
| | | 11/21/2002 | |
| | | 11/21/2002 | |
| | | 11/22/2002 | |
| | | 11/22/2002 | |
| | | 11/22/2002 | |
| | | 11/25/2002 | |
| | | 11/26/2002 | |
| | | 11/26/2002 | |
| | | 11/27/2002 | |
| | | 11/27/2002 | 5/21/2003 |
| | | 12/4/2002 | |
| | | 12/4/2002 | |
| | | 12/4/2002 | |
| | | 12/4/2002 | |
| | | 12/4/2002 | |
| | | 12/5/2002 | 1/9/2003 |
| | | 12/6/2002 | |
| | | 12/9/2002 | |
| | | 12/9/2002 | |
| | | 12/10/2002 | |
| | | 12/10/2002 | |
| | | 12/10/2002 | |
| | | 12/10/2002 | 1/14/2003 |
| | | 12/10/2002 | 1/28/2003 |
| | | 12/10/2002 | 1/15/2004 |
| | | 12/11/2002 | 1/14/2003 |
| | | 12/12/2002 | |
| | | 12/12/2002 | |
| | | 12/12/2002 | |
| | | 12/13/2002 | |
| | | 12/13/2002 | |
| | | 12/13/2002 | 1/3/2003 |
| | | 12/16/2002 | |
| | | 12/16/2002 | |
| | | 12/17/2002 | |
| | | 12/17/2002 | |
| | | 12/17/2002 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | |
| | | 12/18/2002 | 1/3/2003 |
| | | 12/19/2002 | |
| | | 12/19/2002 | |
| | | 12/20/2002 | |
| | | 1/2/2003 | |
| | | 1/3/2003 | |
| | | 1/6/2003 | |
| | | 1/6/2003 | |
| | | 1/7/2003 | |
| | | 1/7/2003 | |
| | | 1/8/2003 | |
| | | 1/8/2003 | |
| | | 1/8/2003 | |
| | | 1/8/2003 | |
| | | 1/8/2003 | |
| | | 1/9/2003 | |
| | | 1/9/2003 | 1/10/2003 |
| | | 1/9/2003 | 1/27/2003 |
| | | 1/10/2003 | |
| | | 1/10/2003 | |
| | | 1/10/2003 | |
| | | 1/10/2003 | |
| | | 1/13/2003 | |
| | | 1/14/2003 | |
| | | 1/14/2003 | |
| | | 1/14/2003 | |
| | | 1/14/2003 | 11/8/2002 |
| | | 1/16/2003 | 2/27/2003 |
| | | 1/17/2003 | |
| | | 1/21/2003 | |
| | | 1/21/2003 | |
| | | 1/21/2003 | |
| | | 1/22/2003 | |
| | | 1/22/2003 | |
| | | 1/24/2003 | |

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 1/27/2003 | |
| | | 1/27/2003 | |
| | | 1/28/2003 | |
| | | 1/28/2003 | |
| | | 1/28/2003 | |
| | | 1/29/2003 | |
| | | 1/30/2003 | |
| | | 1/30/2003 | |
| | | 1/30/2003 | |
| | | 1/30/2003 | |
| | | 1/31/2003 | |
| | | 2/3/2003 | |
| | | 2/3/2003 | 3/26/2003 |
| | | 2/4/2003 | |
| | | 2/6/2003 | |
| | | 2/6/2003 | 3/20/2003 |
| | | 2/10/2003 | 3/28/2003 |
| | | 2/11/2003 | |
| | | 2/11/2003 | |
| | | 2/11/2003 | |
| | | 2/11/2003 | |
| | | 2/13/2003 | |
| | | 2/13/2003 | |
| | | 2/14/2003 | |
| | | 2/14/2003 | |
| | | 2/21/2003 | |
| | | 2/21/2003 | 2/24/2003 |
| | | 2/21/2003 | 4/22/2003 |
| | | 2/25/2003 | |
| | | 2/26/2003 | |
| | | 2/27/2003 | |
| | | 2/28/2003 | |
| | | 3/3/2003 | |
| | | 3/4/2003 | |
| | | 3/5/2003 | |
| | | 3/5/2003 | |
| | | 3/5/2003 | |
| | | 3/6/2003 | |
| | | 3/6/2003 | |
| | | 3/6/2003 | |
| | | 3/6/2003 | |
| | | 3/6/2003 | 3/19/2003 |

6/7/2004   4:31 PM

# Teacher Assistant Team – Early Intervention Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| ████ | ████ | 3/7/2003 | |
| | | 3/7/2003 | |
| | | 3/10/2003 | |
| | | 3/10/2003 | |
| | | 3/10/2003 | |
| | | 3/10/2003 | |
| | | 3/11/2003 | |
| | | 3/11/2003 | |
| | | 3/12/2003 | |
| | | 3/12/2003 | |
| | | 3/13/2003 | |
| | | 3/13/2003 | |
| | | 3/13/2003 | |
| | | 3/13/2003 | |
| | | 3/13/2003 | 4/19/2004 |
| | | 3/17/2003 | |
| | | 3/17/2003 | |
| | | 3/20/2003 | 4/2/2003 |
| | | 3/21/2003 | |
| | | 3/21/2003 | |
| | | 3/25/2003 | |
| | | 3/25/2003 | |
| | | 3/25/2003 | 5/20/2003 |
| | | 3/26/2003 | |
| | | 3/27/2003 | |
| | | 3/27/2003 | |
| | | 3/31/2003 | |
| | | 3/31/2003 | 4/3/2003 |
| | | 4/1/2003 | |
| | | 4/2/2003 | |
| | | 4/2/2003 | |
| | | 4/2/2003 | |
| | | 4/2/2003 | |
| | | 4/2/2003 | |
| | | 4/3/2003 | |
| | | 4/3/2003 | |
| | | 4/3/2003 | |
| | | 4/4/2003 | |
| | | 4/4/2003 | |
| | | 4/7/2003 | |
| | | 4/7/2003 | |
| | | 4/7/2003 | |

Answers Question #14

6/7/2004  4:31 PM

## Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 4/8/2003 | |
| | | 4/8/2003 | |
| | | 4/8/2003 | |
| | | 4/10/2003 | |
| | | 4/11/2003 | |
| | | 4/11/2003 | |
| | | 4/23/2003 | |
| | | 4/24/2003 | |
| | | 4/28/2003 | |
| | | 4/30/2003 | |
| | | 5/4/2003 | |
| | | 5/5/2003 | |
| | | 5/7/2003 | |
| | | 5/9/2003 | |
| | | 5/12/2003 | |
| | | 5/12/2003 | |
| | | 5/22/2003 | |
| | | 5/22/2003 | |
| | | 5/22/2003 | |
| | | 5/22/2003 | |
| | | 5/23/2003 | |
| | | 6/3/2003 | |
| | | 6/3/2003 | 6/27/2003 |
| | | 6/6/2003 | |
| | | 6/11/2003 | |
| | | 6/18/2003 | |
| | | 6/18/2003 | |
| | | 6/19/2003 | |
| | | 6/19/2003 | |
| | | 7/18/2003 | |
| | | 7/31/2003 | |
| | | 8/5/2003 | |
| | | 8/5/2003 | |
| | | 8/28/2003 | |
| | | 9/2/2003 | |
| | | 9/3/2003 | 12/13/2003 |
| | | 9/3/2003 | 2/5/2004 |
| | | 9/4/2003 | |
| | | 9/8/2003 | 10/6/2003 |
| | | 9/10/2003 | |
| | | 9/10/2003 | |
| | | 9/15/2003 | |

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 9/17/2003 | 11/18/2003 |
| | | 9/25/2003 | |
| | | 9/25/2003 | |
| | | 9/25/2003 | 1/12/2004 |
| | | 9/29/2003 | |
| | | 9/30/2003 | |
| | | 10/6/2003 | |
| | | 10/7/2003 | |
| | | 10/9/2003 | |
| | | 10/9/2003 | |
| | | 10/9/2003 | |
| | | 10/9/2003 | |
| | | 10/10/2003 | |
| | | 10/10/2003 | |
| | | 10/14/2003 | |
| | | 10/14/2003 | |
| | | 10/15/2003 | |
| | | 10/19/2003 | |
| | | 10/20/2003 | |
| | | 10/20/2003 | 11/20/2003 |
| | | 10/21/2003 | |
| | | 10/21/2003 | |
| | | 10/21/2003 | |
| | | 10/21/2003 | |
| | | 10/22/2003 | |
| | | 10/22/2003 | |
| | | 10/23/2003 | |
| | | 10/24/2003 | |
| | | 10/24/2003 | |
| | | 10/24/2003 | |
| | | 10/27/2003 | |
| | | 10/28/2003 | 11/24/2003 |
| | | 10/30/2003 | |
| | | 10/30/2003 | |
| | | 10/30/2003 | |
| | | 10/30/2003 | 1/30/2004 |
| | | 10/31/2003 | |
| | | 11/3/2003 | |
| | | 11/3/2003 | 1/13/2004 |
| | | 11/3/2003 | 3/29/2004 |
| | | 11/5/2003 | |
| | | 11/5/2003 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 11/6/2003 | |
| | | 11/7/2003 | . |
| | | 11/10/2003 | |
| | | 11/10/2003 | 1/23/2004 |
| | | 11/12/2003 | |
| | | 11/12/2003 | |
| | | 11/13/2003 | |
| | | 11/14/2003 | |
| | | 11/17/2003 | |
| | | 11/17/2003 | |
| | | 11/17/2003 | 1/12/2004 |
| | | 11/20/2003 | |
| | | 11/21/2003 | |
| | | 11/21/2003 | |
| | | 11/21/2003 | |
| | | 11/24/2003 | |
| | | 11/25/2003 | |
| | | 12/1/2003 | |
| | | 12/1/2003 | |
| | | 12/1/2003 | |
| | | 12/1/2003 | |
| | | 12/1/2003 | 2/5/2004 |
| | | 12/3/2003 | |
| | | 12/8/2003 | |
| | | 12/9/2003 | 3/1/2004 |
| | | 12/10/2003 | |
| | | 12/10/2003 | |
| | | 12/10/2003 | |
| | | 12/11/2003 | |
| | | 12/15/2003 | |
| | | 12/15/2003 | |
| | | 12/15/2003 | 2/23/2004 |
| | | 12/15/2003 | 3/9/2004 |
| | | 12/16/2003 | |
| | | 12/16/2003 | |
| | | 12/16/2003 | |
| | | 12/16/2003 | |
| | | 12/17/2003 | |
| | | 12/17/2003 | 3/28/2003 |
| | | 12/17/2003 | 2/25/2004 |
| | | 12/18/2003 | |
| | | 12/19/2003 | 3/12/2004 |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 12/22/2003 | |
| | | 1/5/2004 | |
| | | 1/5/2004 | |
| | | 1/5/2004 | 3/1/2004 |
| | | 1/5/2004 | 5/17/2004 |
| | | 1/6/2004 | |
| | | 1/7/2004 | |
| | | 1/8/2004 | |
| | | 1/9/2004 | |
| | | 1/13/2004 | |
| | | 1/13/2004 | |
| | | 1/14/2004 | |
| | | 1/14/2004 | |
| | | 1/14/2004 | |
| | | 1/16/2004 | |
| | | 1/20/2004 | |
| | | 1/20/2004 | |
| | | 1/23/2004 | |
| | | 1/28/2004 | |
| | | 1/29/2004 | |
| | | 1/29/2004 | |
| | | 1/30/2004 | |
| | | 2/2/2004 | |
| | | 2/2/2004 | 3/1/2004 |
| | | 2/3/2004 | |
| | | 2/3/2004 | |
| | | 2/5/2004 | |
| | | 2/9/2004 | |
| | | 2/10/2004 | |
| | | 2/12/2004 | |
| | | 2/12/2004 | |
| | | 2/12/2004 | |
| | | 2/12/2004 | |
| | | 2/12/2004 | |
| | | 2/13/2004 | |
| | | 2/18/2004 | |
| | | 2/23/2004 | |
| | | 2/24/2004 | |
| | | 2/25/2004 | |
| | | 3/1/2004 | |
| | | 3/3/2004 | |
| | | 3/3/2004 | |

Answers Question #14

6/7/2004  4:31 PM

## Teacher Assistant Team - Early Intervention
## Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 3/4/2004 | |
| | | 3/5/2004 | |
| | | 3/8/2004 | |
| | | 3/8/2004 | |
| | | 3/8/2004 | |
| | | 3/8/2004 | |
| | | 3/9/2004 | |
| | | 3/9/2004 | |
| | | 3/9/2004 | |
| | | 3/9/2004 | |
| | | 3/10/2004 | |
| | | 3/10/2004 | |
| | | 3/12/2004 | |
| | | 3/15/2004 | |
| | | 3/19/2004 | |
| | | 3/22/2004 | |
| | | 3/23/2004 | |
| | | 3/23/2004 | |
| | | 3/23/2004 | |
| | | 3/23/2004 | 4/20/2004 |
| | | 3/25/2004 | 4/19/2004 |
| | | 3/26/2004 | |
| | | 3/26/2004 | |
| | | 3/29/2004 | |
| | | 3/29/2004 | |
| | | 3/29/2004 | |
| | | 3/30/2004 | |
| | | 3/31/2004 | |
| | | 3/31/2004 | |
| | | 4/1/2004 | |
| | | 4/1/2004 | |
| | | 4/1/2004 | |
| | | 4/13/2004 | |
| | | 4/14/2004 | |
| | | 4/15/2004 | |
| | | 4/15/2004 | |
| | | 4/16/2004 | |
| | | 4/26/2004 | |
| | | 4/26/2004 | |
| | | 4/27/2004 | |
| | | 5/6/2004 | |
| | | 5/11/2004 | |

Answers Question #14

6/7/2004  4:31 PM

# Teacher Assistant Team – Early Intervention
# Process  Since 01/01/2001

| Student ID | SSN | TAT Initial | TAT Reviewed |
|---|---|---|---|
| | | 5/11/2004 | |
| | | 5/12/2004 | |
| | | 5/13/2004 | |
| | | 5/14/2004 | |
| | | 5/19/2004 | |
| | | 5/21/2004 | |
| | | 5/24/2004 | |

**Grand Total:** 1178