# Child Find

## Overview

The Individuals with Disabilities Education Act, (IDEA) Parts B and C, contains explicit requirements for states to actively identify children with disabilities and determine their eligibility for early intervention or special education and related services.

Part C of IDEA requires each state to have a "comprehensive child find system" to identify children birth to age three who are eligible for services and provide appropriate services as early as possible. The child find system under Part C must be consistent with Part B and meet additional requirements. The lead agency with the assistance of the state interagency coordinating council is to ensure that the system is coordinated with all other major efforts to locate and identify young children by other state health, education, social service and tribal agencies. The purpose of this comprehensive system is to define eligibility for services, describe a public awareness program, produce a central directory, establish screening and referral mechanisms, and provide timelines for agencies to act on referrals, evaluation and assessment. The comprehensive system targets primary referral sources including hospitals, physicians, parents, childcare providers, local education agencies, public health facilities, other social service providers and other medical providers. In the District of Columbia, the Part C Lead Agency is the District of Columbia Early Intervention program (DCEIP) within the Office of Early Childhood Development, Department of Human Services.

Part B of IDEA requires a state to have policies and procedures ensuring that all children birth through 21 in need of special education and related services, including children attending private schools, charter schools, students who are incarcerated and migrant or homeless children, are "identified, located and evaluated." These policies and procedures should link with the Part C program to ensure a seamless transition from Part C to Part B services. The District of Columbia Public Schools is the agency in the District of Columbia that provides Part B services.

It is recommended that a comprehensive child find system under IDEA contains seven elements (Bourland, B and Harbin, G, 1987)

1. Definition of Target Population
2. Public Awareness
3. Referral and Intake
4. Screening and Identification
5. Eligibility Determination
6. Tracking
7. Interagency Coordination

In 2000 the District of Columbia Public School system defined 14 objectives needed to create an exemplary school system for all children including those with disabilities (District of Columbia Public Schools, Policies and Procedures Manual, 2000). Two of the objectives are specifically related to the child find process:

1. "To develop "Child Find" procedures that enhance each school's ability to identify, locate, and evaluate children with disabilities, from age 3 to 21, who are in need of special education and related services, regardless of the severity of the disability. This includes Local Education Agencies, DCPS schools, LEA charter schools and private schools in the District of Columbia."

PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®
15

CF-DL 692

2. "To sustain an effective in-school screening and assessment program that facilitates early identification of children with disabilities who may need special education and related services."

The following plan is designed to fulfill the requirements of IDEA, Part B and assist DCPS in meeting the above objectives. Additionally, the policies and procedures created from this plan will enable the DCPS to identify children aged 3 to 5, in need of special education and related services, not currently enrolled in school. These policies will be the responsibility of an organized entity within DCPS, Division of Special Education, the **Office of Child Find (OCF)**. The Office of Child Find will oversee all activities related to child find as described below. The Office will be adequately staffed to assist families throughout the District. The Office will develop a web page on the DCPS web site that explains all child find procedures, posts schedules of screenings, provides public awareness information regarding the child find process, and provides family friendly information regarding health and development. The newly formed Office of Child Find will coordinate all child find activities and be the single point of entry for children coming into the system.

Specific guidance and recommendations for improvement in the DCPS child find process were also made by the Office of Special Education Programs' (OSEP) Continuous Improvement and Monitoring Process for DCPS in the 2001 OSEP Monitoring Report. The Child Find State Improvement Process promoted by OSEP provides a four-step process that is helpful in organizing a systematic plan for child find. The four steps are:

1. Analyzing current practices
2. Prioritizing needs
3. Developing an action plan
4. Implementing activities and strategies

An analysis of current practices, and policies and procedures (Step 1) has been completed. This report specifically addresses Steps 3 and 4, Developing an Action Plan and Implementing Activities and Strategies. Step 2, Prioritizing Needs are identified and included in Step 3, Developing an Action Plan.

*Developing an action plan* will be specifically addressed in this report. Building upon the DCPS, Division of Special Education's Strategic Plan, 2003 these policies and procedures will address the seven components of a comprehensive child find system as specified by Bourland and Harbin, 1987:

1. Definition of Target Population
2. Public Awareness
3. Referral and Intake
4. Screening and Identification
5. Eligibility Determination
6. Tracking
7. Interagency Coordination.

**CF-DL 693**

2

# 1.    Definition of Target Population

It is the responsibility of DCPS to locate and find all children from age birth through 21 years who are eligible for special education and related services. A student is eligible for special education and related services if he/she is identified as having a disability as defined under IDEA or determined to be developmentally delayed as defined by DCPS and needs special education and related services by reason of the disability. DCPS has defined, developmentally delayed, to be appropriate for children age 3 years through 9 years who experience severe developmental delays of at least two years below his or her chronological age and/or at least two standard deviations below the mean as measured by appropriate standardized diagnostic instruments and procedures, in one or more areas of development: physical, language and communication, social or emotional, sensory-motor or adaptive and because of these delays requires special education and related services. Children who may be eligible and are a target of child find procedures also include those with a known diagnosis or are at-risk due to birth history, environmental characteristics, or socioeconomic status.

Children whose medical diagnosis, developmental status or academic performance places them within one of the following 13 categories of disabilities or who have a developmental delay* may be eligible for services under IDEA:

1. Autism
2. Multiple Disabilities
3. Other Health Impairment
4. Speech-Language Impairment
5. Visual Impairment
6. Traumatic Brain Injury
7. Specific Learning Disability
8. Deaf-Blindness
9. Hearing Impairment
10. Deafness
11. Mental Retardation
12. Orthopedic Impairment
13. Emotional Disturbance
* Developmental Delay (ages 3-9 years only)

Children who received from DCEIP, may also be eligible to receive services from DCPS. In collaboration with the Transition Team the DCPS Office of Child Find will track and monitor the status of the children who received early intervention services.

Socio-environmental factors may also place a child at high risk for being eligible for special education and related services. Factors such as extreme poverty, homelessness, etc. place a child at increased risk for academic problems and school failure (Raver & Knitzer, 2002).

Birth history also places a child at risk. Conditions such as low birth weight and prematurity have been shown to increase the need for special education and related services. The Office of Child Find will outreach to these populations (Horwood, Mogridge, & Darlow, 1998).

A specific emphasis will be placed on preschool aged children (3 to 5). These children may not be currently enrolled in a school or early intervention program thus community outreach is critical.

Children already known to other agencies such as Child and Family Services, Head Start, the court system, Title V programs, Medicaid, and SCHIP initiatives are also targeted under the Child Find Program.

The Child Find Program will collaborate with public and private agencies, medical and therapeutic service providers, social services, DCEIP, the Office of Early Childhood Development and other appropriate programs to ensure that all possible groups of children targeted will receive screening, monitoring and/or tracking as necessary.

**CF-DL 694**

## 2.  Public Awareness

Public awareness is the ongoing effort that keeps the general public, families and all primary referral sources informed about special education and related services.    Information includes the scope and purpose of the system, how to make a referral, and how to gain access to a comprehensive, multidisciplinary evaluation and other services.

Currently, DCPS has four major public awareness efforts:

1. **Parent's Special Education Service Center.** The goal of this newly established Center is to assist families through the special education evaluation process. The Center targets those parents who are entering the special education system and going through the process of getting services for their children.  The Center:

   - Helps parents to understand the special education review and evaluation process
   - Fields questions and concerns from parents about school placement
   - Connects parents with various organizations and services related to special education, such as support groups and tutoring services
   - Facilitates scheduling Multidisciplinary Team or Individualized Education Program meetings.

   The Center has materials available in English, Spanish, Vietnamese, Chinese, Amharik and French.

2. **Parents Guide for Transition of Infants and Toddlers to Early Childhood.** This document, created by DCPS is currently in draft form.  The guide explains the process of transitioning from early intervention services through DCEIP to special education in DCPS.

3. **Web Page.** DCPS, Division of Special Education maintains a Web page outlining basic information regarding child find, eligibility for services, and services offered to children with disabilities within DCPS.

4. **Hotline.** In collaboration with the DC Early Intervention Program a hotline has been established for parents to call regarding referrals.

The DCPS child find public awareness program described here will:

1. provide continuous, ongoing activities throughout the District,

2. involve the major public and private organizations that have a direct interest in young children including parent groups, advocates, and other organizations,

3. reach the general public including persons with disabilities and

4. include a variety of methods for disseminating information.

*Target Audiences*
The primary audience for child find public awareness activities are parents and caregivers of young children, especially those between 3 and 5 years.  Once established, the office of Child Find (OCF) in cooperation with communications offices of DCPS and DC government will develop strategies, activities and materials specifically for discrete targeted audiences

Additional audiences include parents and caregivers of all school aged children; educators and childcare providers of children and youth from birth through 21; physicians and other health

5

practitioners such as nurse practitioners, therapists, audiologists, etc.; health insurance plans, including Medicaid, and managed care organizations; community-based care providers such as the Boys and Girls Clubs, scouts, church groups, sport organizations, and parent organizations.

*Materials Identification and Development*

The Office of Child Find will develop a variety of high quality materials to be disseminated widely throughout the city to promote child find activities. Given the variety of audiences it is imperative that the materials will be developed in a variety of formats including print, electronic, video, telecommunication, and presentations. All materials will be produced in multiple languages, specifically English, Spanish, Vietnamese, French, Farsi and Chinese.

All materials will include the DCPS Office of Child Find logo, phone number, web page address, and office address. This information will be designed in an easily recognizable manner to create a "branding" of the process.

The goal of the Office of Child Find will be to ensure that new and updated public awareness materials are produced. Materials to be developed include but are not limited to:

1. Print

   - Pamphlets/brochures explaining the child find process in DC, highlighting contact information.
   - Growth and development charts for children under 5
   - Academic achievement charts for children 5 years through high school
   - Fact sheets on warning signs, disabilities, and intervention strategies such as behavior management strategies
   - Parent educational materials on a variety of topics such as the importance of reading to toddlers and young children, and how to incorporate learning into everyday activities
   - Newsletters
   - Published reports
   - Local resource guides
   - News releases will be distributed announcing monthly schedules of screenings to a range of media that reflects the diversity of the population served by DCPS.

2. Electronic Media

   - A Child Find Web page, as part of DCPS Web site, will be updated and maintained by the DCPS web master from information and materials provided by OCF. The site will contain all print materials in a downloadable format
   - A resource list of service providers and special needs related topics will also be posted

3. Video

   - A video explaining the child find process will be provided to community groups, public libraries, schools, and other organizations
   - The video will be shared with local TV media outlets for use as a Public Service Announcement (PSA)
   - The video will be provided to the local public access channel DCPS cable Channel 28

4. Audio

   - Audio tapes will be developed explaining the child find process

6

**CF-DL 696**

- Audio PSA will be distributed to relevant radio stations within the metropolitan DC area

5. Presentations

- The staff of the Office of Child Find will contact community-based organizations, schools, and childcare providers to offer presentations on the child find process and other child development, early childhood, and educational issues.

6. Tangibles

- Give-aways (examples: magnets, key chains, water bottles calendars and children's coloring pages/books)
- Child Find screenings and presentations will be included in the school calendar that is distributed by the school system

To determine which materials will be developed during each quarter the following process has been developed to review existing materials and to produce targeted materials that will increase the likelihood of success. Each quarter, the Office of Child Find staff will plan material development and refinement based on the following process:

1. Identify goal/purpose of the quarterly campaign.

2. Determine how products/material will benefit the target audience.

3. Describe target audience including cultural, language and/or demographic differences.

4. Evaluate and select material types specific to each target audience.

5. Ensure content accuracy.

6. Determine distribution methods specific to each target audience.

7. Create/update distribution list. The Office of Child Find will maintain a distribution list including name, address, phone numbers, email, and preferred mode of communication. Distribution list should contain but not be limited to: parents and caregivers of school age children, child care providers, local educational leaders, community-based program providers, advocates, social service providers, the clergy, and the education community, including charter and private schools

8. Create a schedule, identifying key dates for development, production and distribution for each piece of public awareness material.


_Distribution Strategies and Techniques_
To be effective public awareness activities must take place in a variety of venues.  As noted above there are some distribution sites that are specific to a target audience, others are more general.  The DCPS Office of Child Find will include in its public awareness activities a distribution plan targeted to the audience and a general distribution plan. The following lists possible general distribution points:

1. Medical Providers' Offices
2. Public Health Locations
3. Metro Trains, Stations and Buses
4. Child Care Providers
5. Preschools
6. Social Service Agencies
7. Child Care Referral Agencies
8. WIC Sites
9. All DC Public Schools and Offices
10. Private Schools
11. Pharmacies
12. Hospital Nurseries
13. Childbirth Instructors

7

CF-DL 697

14. District of Columbia Child and Family Services Office
15. Grocery Stores
16. Mental Health Clinics, Providers, Agencies
17. Office Of Early Childhood Development and all child care providers within the OECD systems
18. Places Of Worship
19. Malls and Shopping Centers
20. Family Support and Counseling Centers
21. Libraries
22. Community Centers
23. Recreation Centers
    32. DC Jail and Juvenile Justice System
    33. Incarcerated Youth Initiative
    34. The Archdiocese of Washington
    35. LEA and Independent Charter Schools
    36. UPO Head Start Programs
24. Bowling Alleys
25. Laundromats
26. Children's Shops
27. Bookstores – Children's Section and/or Parenting Section
28. Educator and Provider Trainings such as: In-services, Workshops, Conferences, Conventions
29. Community Events/Fairs Service Centers for Specific Ethnic, Cultural, Religious Groups

Local TV and Radio Stations
31. District of Columbia Family Court System

Additionally, distribution techniques will be considered within the plan. Possible distribution techniques include:

1. Word-of-mouth marketing

2. Community events

3. Speakers Bureaus /Presentations

4. Website

5. Public Service Announcements (PSA)

6. Earned Media (positive media coverage gained through coverage in news stories); requires staff to:
   • Identify journalists, editors, and stations
   • Develop relationships with media outlets
   • Send news releases
   • Hold press conferences
   • Write editorials and letters to the editor,
   • Pitch quality stories.

7. Additional Media Options
   • News Releases
   • Editorials, Letters to the Editor
   • Talk Shows
   • Classified Ads
   • Community Calendar Listings

8

**CF-DL 698**

The distribution plan will incorporate a variety of methods and techniques. All strategies, however, will

1. be attention getting, clear, relevant, persuasive, credible, and likely to generate desired behavior/action,

2. include, if appropriate, support materials,

3. be culturally competent and

4. be coordinated with other child serving systems within the District, such as social service , mental health and social welfare agencies.

9

CF-DL 699

## Sample Public Awareness Materials and Activities

| Audience | Materials | Community Distribution |
|---|---|---|
| Consumers (Families) | • Newsletters<br>• Brochures<br>• Fact Sheets<br>• Resource Directory/Telephone Books<br>• Public Service Announcements<br>• Growth Charts<br>• Posters<br>• Magnets, Pens, Post-its<br>• School Supplies | • Health Fairs, Kid Fairs, Baby Fairs<br>• TV, Radio<br>• Website<br>• Toll-Free Resource And Referral Tie-In<br>• Screening Events<br>• Public Libraries<br>• Community-Based Establishments (Ex. Grocery Stores, Beauty Parlors, Barbershops<br>• Community-Based Newspapers |
| Hospitals and Physicians | • Laminated Referral Guide<br>• Fax Referral Form<br>• Posters<br>• Rolodex Cards<br>• Magnets<br>• Pens<br>• Brochures<br>• Orientation Video | • Service Coordinators In Maternity/Birthing Areas<br>• Pediatric Departments<br>• Pediatrician Offices<br>• Community-Based Health Clinics<br>• Walk-In Urgent Care |
| Child Care Providers | • Posters<br>• Developmental Calendars/Guidebook<br>• Brochures<br>• Fact Sheets<br>• Educational Materials<br>• Growth Charts<br>• Orientation Video | • Mail<br>• Website<br>• Personnel Visits<br>• Educational Programming Activities<br>• Annual Head Start<br>• Conference<br>• Annual Early Childhood Conference<br>• Early Childhood Institute, UDC |
| Specialists (ex. Audiologists) | • Service Guidelines<br>• Brochures<br>• Rolodex Cards<br>• Magnets<br>• Orientation Video<br>• Fact Sheets<br>• Eligibility Procedures | • Conferences<br>• Mail<br>• Website<br>• Professional Association Meetings<br>• Training Programs |
| Insurance Plans | • Fact Sheets<br>• Eligibility Procedure<br>• Rolodex Cards<br>• Magnets | • Mail<br>• Website<br>• Meetings |
| Educational and Parent Organizations | • Orientation Video<br>• Brochures<br>• Fact Sheets<br>• Educational Materials<br>• Growth Charts<br>• Family Activity Brochures<br>• Resource Manuals | • Mail<br>• Website<br>• Meetings |
| Department of Children and Family Services | • Specially Tailored Referral Guide<br>• Orientation Video<br>• Fact Sheets<br>• Educational Materials<br>• Newsletters<br>• Growth Charts<br>• Family Activity Brochures | • Mail<br>• Website<br>• Meetings |

CF-DL 700

*Tracking and Evaluation*

Tracking

The Office of Child Find, with the support of DCPS and City communications office, will develop a system of tracking all out reach efforts. This includes all types of printed material, video and audio spots and word of mouth. Referral trends will be determined quarterly.

1. All contacts will be asked where/how they found out about Child Find

2. At initial client telephone and in-person contact they will also be asked where he/she normally turns to for information for his/her family, and when reasonable, record general demographic information.

3. DCPS will use reference codes to identify event, location, organization or individual who provided initial referral.

4. Develop and utilize a database to track information and maintain mailing lists.

5. Internet-tracking will be based on click-throughs or page impressions.

6. Referral and material requests and materials sent will be maintained in a data base.

The tabulated results and customer information are very valuable information. Therefore, staff will be trained to gather information and the data will be routinely backed up for safekeeping. This information will be shared with the appropriate offices within DCPS and the city government.

Evaluation

The evaluation plan will consist of strategies to answer the following questions:

1. Did the public awareness efforts reach the various audiences for whom they were targeted?
   - Each of the new products developed will be tracked to determine the number of persons who received the information.
   - Each of the new products will be tracked to determine the location and level of need of persons who received the information.

2. Did the audiences who received information through public awareness activities find the information useful?
   - All pieces of information given to an individual will include an evaluation sheet that can be faxed or mailed back to DCPS.
   - All presentations will include an evaluation component.
   - Twice yearly a phone survey will be conducted to 10% of known recipients of information through the public awareness efforts and consumer satisfaction questions will be asked.

3. Did the identification rates of children with disabilities increase?
   - Proper communication led families to service providers for follow-up
   - Children were registered at the local school if 2.8 years

*Collaboration*

The DCPS Office of Child Find will collaborate with a variety of agencies in developing, distributing, and tracking public awareness materials. Specific agencies will include but not be limited to: DCEIP, Child and Family Services, the DC Government Office of Communication, and DCPS Office of Early Childhood, and the Department of Human Services, Office of Early Childhood Development (OECD).

11

## 3.    Referral and Intake

According to the policies of DCPS (Section 3004 of Chapter 30, of the Board of Rules Title 5 of the D.C. Municipal Regulations) children eligible under IDEA are identified by four primary methods:

1. *Classroom teacher*
   For children enrolled in a DCPS classroom the classroom teacher or other school personnel are the first to raise concerns related to academic performance, behavior, or developmental skill acquisition. These concerns are raised by poor performance on classroom tests, classroom work, standardized testing, or by the child's behavior such as inattention, socialization, or poor work habits.

2. *Transition from Part C*
   The Part C, Early Intervention Program in the District of Columbia has established a comprehensive transition program for all children receiving early intervention starting at the age of 2 years. DCEIP outlines a step-by-step process of transition that begins at age 2 years (DC EIP Transition Guidelines, 2002) and involves personnel from DCPS Early Childhood, Special Education in addition to the early intervention personnel providing services to the child and family.

3. *Parental Referral*
   Parents can request an evaluation to determine eligibility for special education and related services.

4. *Hotline*
   In collaboration with DCEIP, there is a referral hotline available to families or others. Individuals can call the Hotline and provide information regarding the referral. The information is shared with appropriate staff at the DCPS Parent Service Center for follow-up.

The first three methods identify children who are currently in an educational or early intervention program. The Hotline identifies a variety of children but is specifically targeted to infants and toddlers birth to 3 years of age. To ensure early identification of children and prevent school failure prior to being identified within a classroom the DCPS will expand the referral process to include a variety of early childhood, health, social service provider agencies, and the DC Superior Court, Family Court Division. The Teacher Assistance Team and Individualized Education Program processes establish the procedures for early identification by teachers and other school personnel across the system. (See 2003-2004 DCPS Reference Guide)

### Early Childhood Plan

A formal screening and referral plan will be developed through the establishment of interagency and collaborative agreements with DCPS and OECD. A formal screen (see below, Screening and Identification of Young Children)) will be done with each child receiving childcare under the OECD Child Care program at the age of 2 years. If the child fails a screen at age 2 the child will be referred to DCEIP for a full developmental evaluation and determination of need for Early Intervention services. If the child is found to be at risk, he/she will be re-screened by the Office of Child Find (OCF) at three-month intervals or as appropriate. If the child passes the screen, he/she will be re-screened annually by OCF until school age. As the child approaches three years of age, the screening history will be reviewed by OCF and if appropriate a referral will be made by OCF to DCPS for full multidisciplinary evaluation to determine eligibility for IDEA services.

**CF-DL 702**

## *Health Provider Plan*

Under Health Check (formerly Early Periodic Screening and Diagnostic Treatment program) early and periodic screening by health providers is a covered benefit under Medicaid. The program covers children and youth from birth through 21. Few pediatric health practitioners are aware of this or routinely conduct screenings under this program. DCPS, Office of Child Find, will develop:

1. a simple screening format that can be incorporated into routine physical examinations,

2. a public awareness campaign to call attention to the format and procedures, and

3. an on-going campaign to remind practitioners to conduct the screening and inform the DCPS of the results.

The mobile pediatric health care vans are potentially rich sources of referrals within DC. Both Children's Hospital National Medical Center and Georgetown University Hospital, Department of Pediatrics have a mobile health care system. Both these institutions conduct medical evaluations and follow-up visits on a van that goes to a variety of sites on a weekly basis within the city, primarily wards 7 and 8. The Office of Child Find will develop, with the providers on the vans, a system of screening each child being seen by the van personnel with referrals made to DCPS if the child fails the screen.

## *Social Service Provider Plan*

It is estimated that 50% of children in the foster care system (Jaudes & Shapiro, 1999) have developmental delays and may benefit from special education and related services. It is imperative that DCPS collaborate closely with the social service agencies, both public and private, to insure that children within this system are identified as early as possible. This is true for children who are living in transitional housing as well. DCPS, Office of Special Education will develop interagency agreements with the District of Columbia's Child and Family Services Agency, private social service agencies, such as Catholic Charities and Lutheran Social Services, to ensure that screens are conducted on each child entering the system and on a regular basis as the child moves through the system. The agreements will outline the screening procedures acceptable to the DCPS system and the mechanisms for referral. Results of the screening will be shared with DCPS.

## *Family Court Plan*

In the District of Columbia there are two specific factors that require DCPS to engage in a collaborative referral mechanism with the DC Superior Court System. First, as noted above 50% of children within the foster care system have some amount of developmental delay, behavioral concern, or socialization difficulty. Second, the DC Superior Court is under mandate to develop a "one judge-one family" system for children and youth followed under the Family Court System. As the program evolves one judge will be assigned a family and have jurisdiction over a variety of issues including making recommendations for and referral to DCPS Special Education. DCPS OSE will develop with DC Superior Court a specific referral mechanism to ensure timely screening and/or evaluation to determine eligibility for and benefit from appropriate special education and related services.

13

**CF-DL 703**

### Educator Plan

DC Public Schools: DCPS has in place a system of referral from the classroom teacher or other school personnel. This system must be formalized and institutionalized across the system through continual, on-going teacher training. Currently if a teacher suspects that a child is having difficulty she refers the child to the school-based Teacher Assistance Team (**TAT**), which is a general education process. The TAT will then informally observe the child, review existing documentation, and discuss the child's performance and behavior with appropriate school personnel and family to develop a comprehensive plan that assists and supports the child within the classroom. After a period of implementation of the TAT the plan is reassessed and a determination is made for the need to continue a referral for a full multidisciplinary diagnostic evaluation to determine if special education services are necessary.

Private Schools: According to IDEA '97 it is the responsibility of DCPS to identify children that may benefit from special education and related services who attend private schools, including parochial schools. DCPS will establish memoranda of agreement with the private schools in the DC metropolitan region that serve DC residents and the parochial schools establishing a referral mechanism.

Charter Schools: Children who attend Charter Schools retain the right for special education and related services. It is the responsibility of DCPS to identify those children who may be in need. DCPS will collaborate with the LEA Charter schools in DC to develop a referral mechanism that insures timely sharing of information.

### DC Early Intervention Program Plan

A natural source of referrals will continue to come from the DC Early Intervention Program (DCEIP). DCEIP has a specific system of transition that involves DCPS OSE Early Childhood division, Figure 1. This system must continue to operate and a specific person within the Office of Child Find will be designated as the person to collaborate with transition personnel. For those children whose families choose not to transition to a DC Public School, DCEIP will inform DCPS of their status and they will be tracked within the Special Education Tracking System (SETS). Those children not found eligible for DCPS special education and related services will also be tracked by DCPS to ensure because of their high-risk status that they receive early identification as appropriate. Some of these children may be eligible for services under Section 504 of the Rehabilitation Act; thus DCPS must be aware of and monitor their status over time.

### Office of Early Childhood within DCPS

The Office of Early Childhood within DCPS provides pre-kindergarten and Head Start to eligible 3-5 year olds. The DCPS OCF will collaborate with the Office of Early Childhood to ensure that all of the students are screened and referred to DCPS, OSE as appropriate.

### Supplemental Security Income

Many children with disabilities are eligible to receive benefits from the Supplemental Security Income program. DCPS will collaborate whenever possible with SSI to ensure that DCPS will be notified of those children receiving SSI benefits because of a disability that may benefit from special education and related services.

14

**CF-DL 704**

Figure 1:            **The Transition Process From Part C to Part B**
(DCPS Parent Guide)

Part C Transition Coordinator sends data base information on a monthly basis to Part B DCPS Education Coordinator on infants and toddlers who are exiting from early intervention services and who may be eligible for preschool services from the District of Columbia

↓

DCPS Early Childhood Education Specialist participates in the IDEA mandated Part C Transition Conference with the child's Service Coordinator and parent when child is 2 years, 6 months old. Evaluations are reviewed, the local neighborhood school is identified, the child is observed and program options discussed. The child's parent receives the DCPS Parent's Guide with appropriate school registration and health forms.

↓

The neighborhood school DCPS Early Childhood Education Specialist notifies by letter that the child's parent will be registering the child as a non-attending student at the age of 2 years, 8 months.

↓

The parent registers the child with evaluations, IFSP and other appropriate documentation, including residency requirements. The parent's signature is secured on page 4 of 4 of the TAT form and the Consent to Evaluate Form.

↓

The child's information is entered into SETS and forwarded to the school's Multidisciplinary Team. The MDT team reviews the evaluations, conducts any further assessments, arranges an IEP meeting for determination of eligibility, service provisions and appropriate placement options. → The IEP meeting must take place prior to the child's third birthday to meet IDEA compliance regulations.

↓

If eligible, an IEP is written and a Notice of Eligibility for Educational Placement is issued.

15

**CF-DL 705**

# 4.    Screening and Identification

Screening, evaluation, and assessment are distinct processes with different purposes under the provisions of Part C and Part B. Screening (including developmental and health screening) includes activities to identify children who may need further evaluation in order to determine the existence of a delay in development or a particular disability.

Through the referral mechanisms described above, DCPS will have a ready source of individuals available to screen children across the age span. However, the DCPS Office of Child Find will also conduct screenings and liaison with the above referral sources to increase the likelihood that all potential children are identified.

*Coordination and Transparenting for Parents* WHAT DOES THIS MEAN???

*Direct Screening Services*

1. Through the Office of Child Find, DCPS will screen children, age 2.6 years through 5 years. These screenings will be free to families and will include vision and hearing. The screenings will be conducted weekly at a specific site in each of the four quadrants of the City. The screenings will also be conducted during all District-wide sponsored events such as the Taste of DC and other community-wide festivals/celebrations such as Adams-Morgan Day.

2. The Office of Child Find will collaborate with the DCEIP to expand existing screening activities. Currently the DCEIP contracts with providers in the City to perform community based screenings with high-risk populations of children aged birth to three years of age. Often, older siblings are present and many times parents voice concerns about the older children including school failure. With an expansion of the screening program the screeners can immediately intervene and provide appropriate advice to families regarding referral to DCPS or doing a screen at the time of the visit. Immediacy is often the key with the families as many are in transitional housing or are homeless thus maintaining contact becomes difficult.

3. At specific entities within the District such as libraries, recreation sites, museums, etc. Child Find staff will be available to conduct screenings as described in section.

4. All children entering kindergarten in a DC public school will be screened using a standardized, validated tool. Procedures for follow-up through the TAT process or referral for multidisciplinary evaluation will be done according to existing procedures.

5. The Office of Child Find will use standardized, validated tools to conduct the screenings appropriate for the child's age. The following tools are readily available and have a direct testing component as well as family, caregiver, or teacher questionnaires. Some of these tools are domain specific (i.e. Pediatric Symptom Checklist) and others are parent completed (i.e. Ages and Stages Questionnaires). Thus, the information gleaned from the screening will appropriately refer children for follow-up. See Appendix A for an annotation of these tools.

   - Ages and Stages Questionnaires
   - Battelle Developmental Inventory Screening Tool
   - Comprehensive Identification Process
   - Denver Developmental Screening Test II
   - Developmental Activities Screening Inventory II
   - Developmental Indicators for the Assessment of Learning-Revised
   - Developmental Profile II

16

**CF-DL 706**

- First Step
- Minnesota Child Development Preschool Inventory
- Parents Evaluation of Developmental Status
- Pediatric Symptom Checklist

*Liaisons Services (OSE)*

DCPS will establish a team of four Child Find Liaisons, through existing structures/offices, one in each quadrant of the city. The liaisons will collaborate with

1. all child care programs subsidized through the Office of Early Childhood Development, all Head Start programs, and any other child care program as requested.

2. the DCEIP, Project ROSE coordinators in each major teaching hospital within the District. Child Find liaisons will expand Project ROSE functions to include, encouraging pediatricians and other pediatric health providers to screen children as part of each well child check from birth through adolescence.

*Community Outreach*

1. In addition to the Child Find Screenings described above, DCPS will offer, through the Office of Child Find, weekly screenings throughout the City. The screenings will take place in all wards and schedules will be posted and advertised. Screenings will be conducted in the native language of the child.

Results of the screenings will be shared with the child's family and provided to DCPS, Division of Special Education. The referral process, based on the results of the screen, is described above.

In order to implement a comprehensive system of referral, DCPS, Office of Child Find will conduct a series of training events to instruct specific providers (preschool teachers, family child care providers, day care center providers) in screening procedures and referral mechanisms.

17

**CF-DL 707**

Figure 2:                    **Office of Child Find
                            Screening Process**

The screening process begins at intake.  Intake can be from a phone call to the office, from the Hotline,
through a specific request from preschool programs, Head Start, child-care programs, District wide
screening events, etc.



## 5.    Eligibility Determination

In order to be eligible for IDEA services the MDT must determine that the child has one of the following disabilities and that the child, by reason of that disability, requires special education and related services.

1. Autism
2. Multiple Disabilities
3. Other Health Impairment
4. Speech-Language Impairment
5. Visual Impairment
6. Traumatic Brain Injury
7. Specific Learning Disability
8. Deaf-Blindness
9. Hearing Impairment
10. Deafness
11. Mental Retardation
12. Orthopedic Impairment
13. Emotional Disturbance
* Developmental Delay (ages 3-9 years only)

A comprehensive, multidisciplinary evaluation in the suspected areas of disability, must be conducted to determine the nature of the child's disability and the extent that it is interfering with his or her educational performance. DCPS, Office of Academic Services, Division of Special Education, Policies and Procedures Manual describes the procedures in place for eligibility determination (see pages IV-3 through IV-9). A team of trained examiners conducts the evaluations. The areas evaluated include those areas of development impacting the child's learning, access to the general education curriculum, or related to the suspected disability. The child is assessed individually in all the areas related to the suspected disability, including, as appropriate, health, vision, hearing, social and emotional status, cognition, academic performance, communication, and motor abilities. The evaluations consist of a variety of valid testing instruments and in the native language of the child. The evaluation must be sufficiently comprehensive to identify all of the child's special education and related service needs, whether or not commonly linked to the disability category in which the child has been identified.

19

CF-DL 709

## 6.    Tracking

The US Department of Education, Office of Special Education, monitoring report (2002) that the establishment and implementation of the Special Education Tracking System (SETS) was a strength of the Division of Special Education. Currently monthly SETS reports are distributed to all Central office personnel and school principals. These reports, categorized by school and division, include new and previously identified special education students, referrals, new and total non-public placements, due process requests, percentages of students receiving transportation and percentage of students receiving Medicaid.

**What is SETS?:** The key to managing the special education process at the local school is the maintenance of a current data base. This database represents the local school's understanding that there are a series of interconnected and interdependent steps that occur throughout the special education process. The Special Education Tracking System (SETS) allows each school to manage each step of the process for every special education student in its population. Information contained in the database assists the local school to manage, forecast, and pinpoint specific deficiencies in its special education programming.

**The SETS Management Reports** are a set of explicit and prescriptive diagnostic reports. These reports support the local school and are used at the district level to drive strategic decision making, resource allocation, meet external reporting requirement, monitor compliance, and a host of other functions. This is why it is not only important that local school maintain SETS data for its own effectiveness, but each school's data collectively demonstrates special education management performance for the district as a whole.

**The EZ Compliance Forms** provide the local schools with the ability to complete all required special education forms on-line. There are a number of compliance checks and balances built within the software to prevent data entry errors, ensure consistent logic for service prescriptions and eliminate incomplete forms. When the forms are completed using the EZ Compliance Forms, the student's record can follow the student electronically from school to school in the case of a transfer or promotion to reduce the possibility of lost records. This process can be affected for student's transitioning from Part C to Part B services as well. Electronic records also allow central administration staff to access and monitor the documented process without having to request hard copies of the records from the school, particularly in the case of hearing requests.

**The Encounter Tracker** software is designed for the related service providers to electronically document the actual provision of services to students. Encounter Tracker is integrated in the SETS system which allows DCPS to analyze any gaps between the services prescribed via the IEP as captured in the EZ Compliance Forms and SETS and the actual delivery of service as captured in Encounter Tracker. This allows for more accurate planning and monitoring for program needs for students within DCPS.

To create a seamless transition between DCEIP and DCPS, DCEIP information, now being kept manually, must be entered into SETS, on a regular basis for the tracking of these students. DCEIP staff will be trained in procedures for entering and maintaining the data. The key to thorough tracking of special education students is a single point of entry into the system, registration in the local school as non-attending students, and on-going monitoring of SETS data.

CF-DL 710

Ideally: the criteria information for tracking kids in Part E (either manual or else) will be made on ?, periodic basis to Part B for tracking of these students.

It is the newly established policy of DCPS to register and evaluate children for determination of eligibility for special education and related services beginning at the age of two years eight months. Adjusting the age from 2.10 months to 2.6 months aligns the timeline for registration in DCPS as non-attending and the required transition meeting of DCEIP, DCPS and the families. When children are referred to the neighborhood schools through the Office of Child Find screenings or are in the process of transitioning from Part C they are registered as non-attending students in the local school and residency is verified. Principals have been made aware that children must be registered with the local school first before they can be registered with or assigned to Head Start, pre-kindergarten, or preschool special education services division. The child is then entered in the Student Information System (SIS) and eligibility determination is held with the Multidisciplinary Team; if eligible the child is entered in SETS. Each school has identified a SETS coordinator who is responsible for entering and maintaining accurate data gathered from local school records and activities.

Principals are held accountable for the accuracy of their school's data. The principals' evaluations include SETS responsibilities. Principals must submit regular reports that are collected and shared monthly in the Division of Special Education. The Special Education Strategic Plan calls for a Board ruling or Superintendent Directive for at least one full day of special education in-service in each school building (Strategic Plan, Section 1.2). If passed, this would heighten awareness and knowledge of special education processes and compliance issues.

Regular training on SETS procedures has been conducted since the implementation of the system in 2001 (Strategic Plan, Section 4.4.4). Through the Division of Special Education, Assistant Superintendents are provided reports on attendance at SETS trainings and knowledge gaps in schools on SETS data and entries (Strategic Plan, Section 4.4.5).

Sharing of information allows early identification for future needs to develop programs. Also within the city agency …

CF-DL 711

## 7.    Interagency Coordination

The DCPS Office of Child Find will coordinate and collaborate with a variety of public and private entities to ensure that a comprehensive child find system is implemented.

The framework for participation in a comprehensive interagency partnership joins efforts of DCPS and partner agencies to assure that a combination of strategies will be offered through a coordinated and integrated approach.  An Interagency Steering Committee for coordination of child find activities will be composed of representatives from each participating agency.

A priority activity for this task force is to ensure that all agencies that provide care or services for children and youth or for the parents and caregivers of students are working in a coordinated way toward the common goal of identification and service provision for students with disabilities. The interagency task force will collaborate with the Office of Child Find to establish procedures, develop materials, and implement public awareness activities that will:

1.  provide information regarding child find, special education services, developmentally and educationally related practices,

2.  increase the number of referrals made to DCPS for screenings and eligibility determination,

3.  reduce redundancy of child find/identification efforts,

4.  decrease time from referral to implementation of appropriate services and supports,

5.  insure that all children who may be eligible for services receive services in a timely fashion.

A first step toward this was made on July 29, 2003 when representatives from the DCPS Parent Special Education Service Center, Triad Health Services, Department of Human Services (DHS), DC Early Intervention Program (DCEIP) and Office of Special Education (OSEP) came together at the invitation of DCPS Special Education, to address the issue of coordination of Child Find between DCPS and DCEIP.  This meeting proved to be a good beginning for conversations and actions to define a smooth child find process. Task Force members participated in a complete sharing and explanation of existing processes and procedures within each agency.  Gaps in communication and support were identified and discussed. Strategies to improve coordination and program effectiveness were planned. The Task Force will continue to identify shared goals and clarify ways the agencies can work together to improve the child find system in the District of Columbia.

The Steering Committee will collaborate with DCPS to recommend strategies to strengthen system-wide coordination and implementation of child find plans.  A regular schedule of Steering Committee meetings will be established to assure each partner is working continuously to implement interagency agreements.  Appendix C lists various examples of how other states have coordinated interagency efforts for child find activities.

The interagency task force will include, but not be limited to, representatives of the following agencies:

1. Federal Department of Education
2. Office of Early Childhood Development
3. DC Early Intervention Program
4. Department of Health (newborn hearing screening)

22

CF-DL 712

5. Children and Family Services
6. Early Head Start/Head Start
7. Public Health District Offices
8. DC Chapter of the American Academy of Pediatrics
9. Family Advocacy Support Association (FASA)
10. Special Education Service Center
11. Calvary Bilingual Multicultural Learning Center (CBMLC)
12. The Columbia Heights Shaw Family Support Collaborative
13. East of the River Collaborative
14. Edgewater-Brookland Family Support Collaborative
15. Charter Schools, LEA
16. Juvenile Justice System

Additional public and private agencies will be identified for collaboration and their participation will be included as needs are identified. The OCF will initiate communication and information sessions with local hospitals and clinics particularly: Children's Hospital, Washington Hospital Center, Georgetown University Hospital, George Washington University Hospital, Howard University Medical Center, and Greater Southeast Community Hospital.

The successful child find program will continually promote mutual interdependence among agencies and establish processes and opportunities for the regular exchange of information.

23

**CF-DL 713**

# Summary

The Child Find system under the auspices of the DC Public School system is a comprehensive program of early identification, monitoring, and support. The program proposed in this document was designed to ensure that the seven elements of a comprehensive child find program are developed. The seven elements as outlined in IDEA, support a family-centered, community-based, collaborative, comprehensive, and flexible program. The seven areas of impact are:

1. Definition of Target Population
2. Public Awareness
3. Referral and Intake
4. Screening and Identification
5. Eligibility Determination
6. Tracking
7. Interagency Coordination

These seven areas have been addressed in this report. Policies and procedures must be adopted that document and add to practices by DCPS to extend to what is currently in place in both DCPS and other agencies that share child find responsibilities.

The corner stone of the DCPS child find program is the establishment of the **Office of Child Find (OCF)**. This office will coordinate all efforts related to child find for children birth to twenty-one (21) within the District of Columbia. It will be the responsibility of the OCF to ensure that the District adheres to the policies related to child find set out by the Department of Education, Office of Special Education and Rehabilitation Services under the Individuals with Disabilities Education Act (IDEA). It is crucial that this office be established in order to meet the requirements of IDEA and ensure a coordinated effort for child find.

The fourth and final step of the Child Find Improvement Process promoted by OSEP is to implement activities and strategies. The following action steps delineate priority activities for initiating a comprehensive Child Find System.

**Action Steps**

1. Establish an adequately staffed Office of Child Find. The office should support a minimum of four, full-time professional staff members and one full-time administrative assistant. This office has the responsibility of coordinating all child find efforts. It conducts weekly screenings in the 4 quadrants of the city and communicates regularly with other agencies within the city.

2. DCPS, OSE will develop policies and procedures consistent with this plan and obtain approval through appropriate channels with DCPS and the Board of Education as necessary

3. The staff of OCF, the Parents Special Education Service Center, DC Early Intervention Program, and representatives from the DCPS Office of Communications and the Mayor's office of communication will develop a variety of high quality public awareness materials to be disseminated widely throughout the city to promote child find activities. The team will review what has been successful in other states have done and adapt as necessary to implement within DCPS. (see Appendix B Resources, Electronic).

24

4. Develop memorandum of understandings with the following city agencies, allowing sharing of information regarding a child's developmental status, disability status, academic performance as appropriate for age:

- Part C, DC Early Intervention Program (review the current memorandum and make necessary changes for smoother transition i.e. data sharing and tracking)
- Supplemental Social Security Income (SSI)
- Medicaid
- Health Services for Children with Special Needs
- Children and Family Services
- DC Superior Court, Family Court Division

5. Analyze referral trends quarterly to determine number of referrals made to DCPS, OSE

6. Establish a planned schedule for providing direct screenings to children from age 2.6 years through 5 years. These screenings will be free to families and will include vision and hearing. The screenings will be conducted weekly at a specific site in each of the four quadrants of the City. The screenings will also be conducted during all District-wide sponsored events such as the Taste of DC and other community-wide festivals/celebrations for example, Adams-Morgan Day.

7. Meet with the technical office of DCPS Student Information System (SIS), the 4GL and SETS representatives to coordinate tracking of newly identified children, and in collaboration with DCEIP set up a trigger within the system for those children at 2.6 months for transition meetings and tracking.

8. Arrange for a series of trainings for DCEIP in the procedures for entering and maintaining data in SETS.

9. Develop a Child Find Web page on the DCPS Web site that explains all child find procedures, posts schedules of screenings, provides public awareness information regarding the child find process, and provides family friendly information regarding health and development and links to resources within the system.

10. Meet with, and establish an agreement between Office of Child Find and DCEIP that ensures that OCF also tracks and monitors the status of the children who received early intervention services.

11. Meet with Technical Assistance providers and trainers to plan a series of training events coordinated by Office of Child Find (OCF) to instruct service providers and preschool teachers in screening procedures and referral mechanisms

12. Establish a schedule of meetings of the Interagency Steering Committee for Child Find.

13. Establish an evaluation plan.

25

**CF-DL 715**

# References

Bourland, B., & Harbin, G. (1987). US Department of Education Grant awarded to Child Development Center, University of North Carolina, Chapel Hill, NC.

Horwood, L.J., Mogridge, N., & Darlow, B.A., 1998, Cognitive, educational, and behavioral outcomes at 7 to 8 years in a national very low birth weight cohort. *Archives of the Diseases of Children, Fetal-Neonatal Edition, 79*, F12-F20.

Jaudes, P & Shapiro, L (1999). Child abuse and developmental disabilities. In J Silver, BJ Master & T Haecker (Eds.). *Young Children and Foster Care*. Baltimore: Paul H. Brookes Publishing Co., Inc.

Raver, C., & Knitzer, J. (2002). Promoting the Emotional Well-Being of Children and Families Policy Paper No. 3: *Ready to Learn: What Research Tells Policy Makers About Strategies to Promote Social and Emotional School Readiness Among Three and Four-Year-Old Children.* National Center for Children in Poverty, New York, NY.

DC Public Schools, (2003). *Section 3004 of Chapter 30, of the Board of Rules Title 5 of the D.C. Municipal Regulations*, Washington, DC: Author

DC Early Intervention Program, (2002). *Transition Guidelines*, Washington, DC: Author

# Appendix A - Screening tools

*Ages & Stages Questionnaires (ASQ) – Second Edition*
Authors: Diane Bricker, Jane Squires
Age Range: 20 questionnaires for children aged four to sixty months
Areas Tested: Each questionnaire contains thirty items covering five areas of development: communication, gross motor, fine motor, problem solving, personal-social

*Ages & Stages Questionnaires: Social Emotional (ASQ: SE)*
Authors: Jane Squires, Diane Bricker, and Elizabeth Twombly
Age Range: Eight questionnaires for children aged six to sixty months
Area Tested: Social and emotional behavior

*Battelle Developmental Inventory, Screening (BDI-S)*
Authors: Jean Newborg, John Stock, Linda Wnek
Age Range: Birth through eight years.
Areas tested: Personal-social, adaptive, motor, communication, cognitive

*Denver-II*
Author: William K. Frankenburg, Josiah Dodds, Phillip Archer, Beverly Bresnick, Patrick Maschka, Norman Edelman, and Howard Shapiro
Age Range: One week to six years, six months of age
Areas Tested: Personal-social, fine motor-adaptive, language, gross motor, Test Behavior

*Developmental Activities Screening Inventory II (DASI)*
Author: R.Fewell, M.B. Lanley
Age Range: 6 months to 5 years
Areas Tested: fine motor, initiative behavior, identification, classification, matching, number concepts, response to commands

*Developmental Indicators for the Assessment of Learning-Revised (DIAL-R)*
Authors: C. Mardell-Czudnowski, D.S. Goldenburg
Age Range: 2 1/2 years to 5 1/2 years
Areas Tested: Gross motor, fine motor, communication, concepts

Developmental Profile II
Authors: G. Alpern, T. Boll, M. Shearer
Age Range: birth to 12 years
Areas Tested: Physical, self-help, social, academic, communication

*First Step: Screening Test for Evaluation Preschoolers (Firstep)*
Author: Lucy Miller
Age Range: 2 years, 9 months to 6 years, 2 months
Areas Tested: Cognition, communication, motor, social-emotional, adaptive-behavior, parent-teacher scale

*Minnesota Child Development Preschool Inventory (MCD-PI)*
Author: H. Ireton, E. Thwing
Age Range: 2 years to 6 years
Areas Tested: Development, behavior

*Parent's Evaluations of Developmental Status (PEDS)*
Author: F. Glascoe
Age range: birth to 8 years
Areas Tested: General development, behavior

*Pediatric Symptom Checklist (PDS)*
Author: M. Jellinek, M. Murphy, J. Robinson
Age Range: 4 to 16 years
Areas Tested: Emotional status, behavior

27

**CF-DL 717**

# Appendix B - Resources

## Electronic

The following list contains Web sites devoted to various elements of the child find process in addition to general resources on early childhood special education services.

### *General Resources*

The Office of Special Education Programs (OSEP) is dedicated to improving results for infants, toddlers, children and youth with disabilities ages birth through 21 by providing leadership and financial support to assist states and local districts.
http://www.ed.gov/about/offices/list/osers/osep/index.html

The nation's leading resource on the first years of life.
http://zerotothree.org/

The Division for Early Childhood (DEC) is one of seventeen divisions of the Council for Exceptional Children (CEC) - the largest international professional organization dedicated to improving educational outcomes for individuals with exceptionalities, students with disabilities, and/or the gifted. DEC is especially for individuals who work with or on behalf of children with special needs, birth through age eight, and their families. Founded in 1973, the Division is dedicated to promoting policies and practices that support families and enhance the optimal development of children. Children with special needs include those who have disabilities, developmental delays, are gifted/talented, or are at risk of future developmental problems.
www.dec-sped.org

Homepage of Supplemental Security Income (SSI) - a Federal income supplement program funded by general tax revenues (*not* Social Security taxes):
• It is designed to help aged, blind, and disabled people, who have little or no income; and
• It provides cash to meet basic needs for food, clothing, and shelter.
www.ssa.gov/notices/supplemental-security-income

State CSHCN – Children with Special Health Care Needs – Program
Organization and financing of care for children and youth with special health needs
Under web page of Institute for Child Health Policy
www.ichp.edu/cshcn

NHeLP – National Health Law Program – 30 Years of Working for Justice in Health Care for Low Income People
www.healthlaw.org

First Signs is dedicated to the early identification and intervention of children with developmental delays and disorders
www.firstsigns.org

**CF-DL 718**    28

National Information Center for Children and Youth with Disabilities
NICHCY is here to share information about disabilities in children and youth. We invite you to:
- explore our Web site,
- read our publications and share them with others,
- let us connect you with resources in your state and in the United States, and
- call us free of charge to talk with our information staff about your special concerns.

We're bilingual, too! Feel free to call us, email us, or write us in English or Spanish. It would be our pleasure to help you.
http://www.nichcy.org/

IDEA Partnerships between administrators, family/advocates, policymakers and service providers
This site is designed to:
- Answer your questions about the Individuals with Disabilities Education Act
- Keep you informed about IDEAS That Work
- Support your efforts to help ALL children learn, progress and realize their dreams

www.ideapractices.org


## *Definition of Target Population*

SEEK - Strategies for Effective and Efficient Keiki (Child) Find
The Goal: To develop, evaluate, and disseminate methods for improving access to early intervention (E.I.) services, which are provided under Part C of the Individuals with Disabilities Education Act (IDEA).
Objective One: Describe the current ways infants and toddlers are identified, assessed and enrolled in E.I. services (i.e. Child Find) and evaluate the equity, effectiveness, friendliness and efficiency of Child Find.
Objective Two: Identify/develop, pilot, revise, demonstrate and evaluate innovative strategies to improve Child Find, based on evaluation findings.
SEEK is unique in its comprehensive research design, which includes measurements in comparison as well as intervention communities to examine the effectiveness of project strategies. SEEK is also unusual in databased targeting of specific weaknesses in Primary Care Provider (PCP)awareness, attitudes, and skills.
www.seek.hawaii.edu


## *Public Awareness*

Infant Toddler Early Intervention Program – Washington State Department of Social and Health Services - Includes on website a link to ITEIP Marketing & Outreach Kit: Please Ask – Babies Can't Wait – For Finding and Serving Children Birth to Three (September 2000, Version 1.1). ITEIP = Infant Toddler Early Intervention Program.
http://www.wa.gov/dshs/iteip/prog8.html

National Early Childhood TA Center (NECTEC)– Section on Public Awareness
http://www.nectac.org/topics/earlyid/pubaware.asp and

NECTAS: State & Community Approaches to Early Identification Mediated Audio Conference
http://www.nectac.org/topics/earlyid/StateLocalCall/StateLocalCall_home.asp

How Marketing Plans Work, by Lee Ann Obringer.
http://money.howstuffworks.com/marketing-plan.htm


### *Referral and Intake*

SEEK - Strategies for Effective and Efficient Keiki (Child) Find
www.seek.hawaii.edu


### *Screening and Identification*

American Academy of Pediatrics – Policy Statement - Developmental Surveillance and Screening of
Infants and Young Children (RE0062)
www.aap.org/policy/re0062.html

Zero to Five: Developmental Screening Tools
www.icyf.msu.edu/publicats/z5dissem/screenng.html

Case Based Pediatrics For Medical Students and Residents, Department of Pediatrics, University of
Hawaii John A. Burns School of Medicine / Chapter I.3. Developmental Screening of Infants,
Toddlers and Preschoolers Jeffrey K. Okamoto, MD    October 2002
www.hawaii.edu/medicine/pediatrics/pedtext/s01c03.html

Canadian Task Force on Preventive Health Care
CTF Full Text Review: Preschool Screening for Developmental Problems
Prepared by John W. Feightner, MD, MSc, FCFP, Department of Family Medicine, The University
of Western Ontario. The Task Force finalized these recommendations in March 1993
www.ctfphc.org/Full_Text/Ch26full.htm

Pervasive Developmental Disorders screening test and Directions
http://www.firstsigns.org/downloads/I_PDDST_II_5_01_01.PDF
http://www.firstsigns.org/downloads/PDDST_II_Directions.PDF
Additional First Signs Downloads
www.firstsigns.org/downloads/

ADC Online – Archives of Disease in Childhood – Baird et al.  84:468-475 (June)
Current Topic:  Screening and surveillance for autism and pervasive developmental disorders
www.fetalneonatal.com/cgi/content/full/archdischild;84/6/468

Mind-Steps Website – Innovative Learning Solutions to Brighten Your Child's Future
The developmental screening and referral inventory - David B. Goldstein, Ph.D.
www.mind-steps.com/assessments/DSRI.htm

Family Practice Notebook.com – a Family Medicine Resource
Developmental Evaluation
www.aroundcharlotte.com/PED49.htm

30

CF-DL 720

Pediatric Development and Behavior
Developmental-Behavioral Pediatrics On-Line Community—dbpeds.org
Developmental Screening
Frances P. Glascoe Ph.D. and Henry L. Shapiro MD
http://www.dbpeds.org/articles/dbtesting

### *Eligibility Determination*

Massachusetts Department of Education / Special Education Eligibility Determination
Special Education Eligibility / Initial and Reevaluation Determination
http://www.doe.mass.edu/sped/iep/forms/pdf/ED1.pdf

This section examines several key issues involved in special education services as mandated under the Individuals with Disabilities Education Act (IDEA) as amended in 1997.
Special Education – LD In Depth
www.ldonline.org/ld_indepth/special_education

eLibrary search - Unlimited access to 17 million documents: newspapers, magazines, photographs, maps, encyclopedias & more.
http://ask.elibrary.com/login.asp?

Idaho Department of Education – Special Education:  Welcome to the Bureau of Special Education. To enable all students to achieve high academic standards and quality of life, the Special Education Bureau works collaboratively with districts, agencies, and parents to ensure students receive quality, meaningful, and needed services.
www.sde.state.id.us/SpecialEd

Department of Special Education – Peoria Unified School District No. 11 - The Multidisciplinary Evaluation Team (MET) is a school district team of qualified professionals, including the parent, which determines whether a child is eligible for special education based on evaluation results. The team will adhere to state and federal regulations in making eligibility decisions.
NOTICE: This online manual provides a concise summary of procedures used in the Peoria District. It is not, however, a substitute for the district's official *Special Education Procedures Manual* that is available for use at all district schools.
http://specialed.peoriaud.k12.az.us/met1.htm

Eligibility for Special Education
www.slc.sevier.org/eligib.htm

Advocating the Legal Rights of Texans with Disabilities
Implementing the Client Assistance Program for Rehabilitation Clients
www.advocacyinc.org/ideast3a_text.htm

*Questions Often Asked About Special Education Services*
www.kidsource.com/NICHCY/special_ed.html

31

**CF-DL 721**

### *Tracking*

Strategies for Effective and Efficient Keiki (Child) Find
www.seek.hawaii.edu


### *Interagency Coordination*

Quality Interagency Coordination Task Force (QUIC) Fact Sheet
The goal of the Quality Interagency Coordination Task Force (QuIC) is to ensure that all Federal agencies that purchase, provide, study, or regulate health care services are working in a coordinated way toward the common goal of improving the quality of care. The QuIC seeks to provide information to help people make choices, to improve the care purchased and delivered by the Government, and to develop the infrastructure needed to improve the health care system.
http://www.quic.gov/about/quicfact.htm


Dynamic Community Connections Project: A Process Model for Enhancing Public Awareness & Child Find in Rural Areas - Public Awareness and Child Find are the entryway for families to access Infant and Toddler Program services. The Federal Government realized this when designing the Part C Early Intervention (EI) program. Federal Regulations require each state to implement a Public Awareness Program and a Comprehensive Child Find System.
Link to information from multiple states regarding state and local public awareness and child find activities that have been effective in rural communities and regions.
http://ruralinstitute.umt.edu/dccpchildfind/survey.htm

CF-DL 722

## Print

The following are general texts on early childhood development, disabilities, or the special education/early intervention system

Accardo, P., & Whitman, B, (1996). *Dictionary of developmental disabilities terminology.* Baltimore: Paul H.,Brookes Publishing Co.

Asher, I. (1996). *Occupational therapy assessment tools: An annotated index* (2nd ed.). Bethesda, MD: American Occupational Therapy Association.

Aylward, G.P. (1994). *Practitioner's guide to developmental and psychological testing.* New York: Plenum Publishing Corporation

Bagnato, S.J., Neisworth, J.T., & Munson, S.M. (1997). *Linking assessment and early intervention: An authentic curriculum-based approach.* Baltimore, MD: Paul H. Brookes Publishing Co.

Batshaw, M (Ed.). (2002). *Children with disabilities* (5th ed.). Baltimore MD: Paul H.,Brookes Publishing Co.

Bergen, D. (1994). *Assessment methods for infants and toddlers: Transdisciplinary team approaches.* Teachers College Press

Catlett, C., & Winton, P.W. (2001). *Resource guide: Selected early childhood/ early intervention training materials (10th ed.).* Chapel Hill: NC. Frank Porter Graham Child Development Center.

Flanagan, D.P., Genshaft, J.L., & Harrison, P.L., (Eds.). (1997). *Contemporary intellectual assessment: Theories, tests, and issues.* New York: Guilford Press.

Gibbs, E.D., Teti, D.M. (Eds.). (1990). *Interdisciplinary assessment of infants: A guide for early intervention professionals.* Baltimore, MD: Paul H. Brookes Publishing Co.

Guralnick, M.J., (Ed.). (2000). *Interdisciplinary clinical assessment of young children with developmental disabilities.* Baltimore, MD: Paul H. Brookes Publishing Co.

King-Thomas, L., Hacker, B.J. (Eds.). (1987). *A therapists guide to pediatric assessment.* Boston: Little, Brown & Co.

Kurtz, L., Dowirk, P., Levy, S., & Batshaw, M. (Eds.). (1996). *Handbook of developmental disabilities: Resources for interdisciplinary care.* Gaithersburg, MD: Aspen Publishers, Inc.

McEwen, I. (Ed.). (2000). *Providing physical therapy services under Parts C and B of the Individuals with Disabilities Education Act (I.D.E.A).* Alexandria , VA: American Physical Therapy Association, Section on Pediatrics.

McLean, M.E., Bailey, D.B., &Wolery, M. (1996). *Assessing infants and preschoolers with special needs.* Prentice Hall Career and Technology.

33

Meisels, S.J. & Fenichel, E. (Eds.). (1996). *New visions for the developmental assessment of infants and young children.* Washington, D.C.: Zero To Three: National Center for Infants, Toddlers and Families

Rowan, L., Meyden, RV., & Pehrson, C. (1999). *Serving families of diverse cultures.* Logan, UT: SKI-HI Institute.

Sandell, S., Mclean, M.E., & Smith, B.J. (2000). *DEC recommended practices in early intervention/early childhood special education.* Denver: Sopris West

CF-DL 724

# Appendix C - Examples of Interagency Collaboration

Juneau, Alaska
http://ruralinstitute.umt.edu/dccpchildfind/surveys/aklocal.htm
- We collaborate with other groups and attend staff meetings with physicians. We also collaborate with Head Start, Parents as Teachers, Healthy Families, Family and Youth Services. Public Health nurses usually are the best source.

Columbus, Nebraska
http://ruralinstitute.umt.edu/dccpchildfind/surveys/nelocal.htm#colu
- All the agencies are good about collaborating. They are willing to hang up posters and disseminate other information.
- There is also a Planning Region Team that includes representatives from agencies throughout the seven areas we provide services.

Panhandle Region, Nebraska
http://ruralinstitute.umt.edu/dccpchildfind/surveys/nelocal.htm#pan
- There is an interagency coordinating council, in which they all work together on child find and collaborating with numerous agencies.

Laguna, New Mexico
http://ruralinstitute.umt.edu/dccpchildfind/surveys/nmlocal.htm
- We have an ICC in Laguana that sponsors an annual conference that's called Celebrating Our Young Children and also sponsors some outreach activities. The ICC meets quarterly. The representatives on that committee are pretty much the same people that participate in child find and the tribal governor appoints those representatives. They are more than just strongly urged to come. The ICC is important in terms of how they collaborate with other service providers.

Durham, North Carolina
http://ruralinstitute.umt.edu/dccpchildfind/surveys/nclocal.htm
- They collaborate with the Local Health Department, Mental Health, public schools and development evaluation centers, which are state organizations. Also collaborate with Head Starts, non-profit agencies, local childcare resource and referral agencies, non-profit parent support agencies, and a state funded program called Smart Start.

East Tennessee
http://ruralinstitute.umt.edu/dccpchildfind/surveys/TNlocal.htm
- They have representatives on a local interagency council that meets every other month and on an Intermountain Collaborative team where just representatives from Birth to Three programs come together. The agency has a task force that looks at Public Awareness.

Northwest Tennessee and Fond du Lac, Wisconsin
http://ruralinstitute.umt.edu/dccpchildfind/surveys/TNlocal.htm#Fond
http://ruralinstitute.umt.edu/dccpchildfind/surveys/WIlocal.htm#Fond

- March is Healthy Baby Month so all the agencies pitch in a hundred dollars each to run radio and print ads through the Month of March. They also run advertisements throughout the year

35

**CF-DL 725**

in local papers and in community flyers. They really try to concentrate on keeping a target month such as March and a target month to send information out to physicians.

- Each year a packet of information is sent out to referral sources. They have started to use a Physician Liaison, which has seemed to work very well. They identified the doctor that had the most number of referral and approached her about being a physician liaison. She accepted and it has worked really well. The agency sends the informational packets to her and she sends the information to the doctors. Then if the doctors have questions they call her. Works well because she is a practicing pediatrician with a strong interest in Early Intervention. In addition she knows when a new doctor comes to town and can get the information out to them. She also attends the Birth to Three Early Childhood Network, which is comprised of many agencies that deal with Birth to Five. They meet twice a year at the local hospital. At least 50 people show up for this meeting. The number that attends help everyone become familiar with each other thus enhancing a more collaborative approach. Diane feels that using other doctors is the best avenue to use for reaching other doctors.

Dennison, Texas
http://ruralinstitute.umt.edu/dccpchildfind/surveys/txlocal.htm
- They are part of the community management team that works in conjunction with the Children's Mental Health Program. They are also part of a community resource-coordinating group that is comprised of agencies that work with children through the age of 17. There are about 7 agencies mandated by the State to sit on that group. All six counties have a community resource-coordinating group and they have staff members who are assigned to be members of each group.
- Other groups/organization that the agency has personnel participate on are a local health coalition and an association for retarded citizens. Every county has an individual social service group or networking group that gets together either once a month or quarterly and talks about what is going on in their programs. They always have someone present at those meetings.

Richland, Washington
http://ruralinstitute.umt.edu/dccpchildfind/surveys/walocal.htm#Fond
- We purchased a van in conjunction with Success by Six. The van has the logos and telephone numbers of both agencies on it. Public health nurses operate the van and drive it around the community providing developmental information, assessing children and then make referrals if appropriate. Parents can call to have the van and personnel come to their home. Ads are run on TV providing information about the van and the number to call to ask about it. They automatically go to homes of newborns and provide parents with developmental information and a number to call in the future if they have any concerns. This program started October 1999, but they did not get the van into the community until May 2000, so the program is very new. But it appears at this time that it has been successful in reaching the more rural populations.

36

CF-DL 726