# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Dismissal of Defendant District of Columbia Public Schools Superintendent Clifford Janey, the submissions of the parties, and the entire record in this case, it is hereby **ORDERED** that**:**

Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Superintendent Janey is

**DISMISSED** from this case**.**

Dated: _____          _____
                                  ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE