(In the Matter of DOL DOB 2/10/00 HOD October 28, 2005)

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of | |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ ) | **IMPARTIAL DUE PROCESS** |
| Date of Birth: February 10, 2000 ) | |
| ) | **HEARING OFFICER'S DECISION** |
| ) | |
| Petitioner, ) | Hearing Date: September 16, 2005 |
| ) | October 20, 2005 |
| v. ) | Held at: 825 North Capitol St. NE |
| ) | Washington, DC |
| ) | |
| District of Columbia Public Schools ) | |
| ("DCPS" or "District") ) | |
| Attending School: Van Ness ES ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Counsel for Student:                    Shina Majeed, Esq.
                                        1121 12th Street, NW
                                        Washington, DC  20008

Counsel for DCPS:                       Aaron Price, Esq.
                                        Office of General Counsel
                                        825 North Capitol St. NE
                                        Washington, DC  20002

## INTRODUCTION:

A Due Process Hearing was convened on September 16, 2005, and concluded on October 20, 2005, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002. The hearing was held pursuant to a hearing request submitted by the counsel for the student filed June 13, 2005.

## JURISDICATION:

The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17, the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

Plaintiffs' Exhibit
8

1

(In the Matter of DOL DOB 2/10/00 HOD October 28, 2005)

## DUE PROCESS RIGHTS:

The parent's counsel waived a formal reading of the due process rights.

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel and documents contained in the parties' disclosure statements, which were admitted into the record. The parties discussed the matter on the record and reached an agreement.

## FINDINGS OF FACT:

The Hearing Officer finds that the agreement reached on the record by the parties is in the best interest of the student and, therefore, a Hearing Determination is hereby issued incorporating the agreement as stated.

## ORDER:

1. DCPS shall provide the following services as compensatory education to the student: 30 minutes of occupational therapy and 30 minutes of psychological counseling per week for nine months.[1]

2. The student shall be provided extended school year (ESY) services during summer 2006.

3. This Order resolves all issues in this case and the Hearing Officer makes no additional findings.

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

**Coles B. Ruff, Esq.**
**Hearing Officer**
**Date: October 28, 2005**

Issued: 10/28/005

---

[1] These services are provided as compensatory education and are in addition to the services currently prescribed in the student's individualized educational program.

2

CF-DL 5299

(In the Matter of DOL  DOB 2/10/00  HOD October 28, 2005)

## In the MATTER OF ██████████████ V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| DL 1-3 | Parent's Disclosures | Yes |
| DCPS 1 | DCPS Witness List | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3

**CF-DL 5300**

(In the Matter of DOL .DOB 2/10/00  HOD October 28, 2005)

## In the MATTER OF ███████████ V. DCPS

### RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 6/13/05 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 6/15/05 | Notice of Due Process Hearing |
| | SETS Disposition Form |
| | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

· 4

CF-DL 5301

(In the Matter of DOL DOB 2/10/00 HOD October 28, 2005)

# INDEX OF NAMES

## In the MATTER OF [REDACTED] V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Specialist | Ms. Ginny Johnson |
| School Psychologist | |
| Regular Education Teacher | |
| Principal, Van Ness ES | Ms. Rosa Anderson |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | Ms. Tamila Ford |
| Child/Parent's Representative | Shina Majeed, Esq. Margaret Kohn, Esq. |
| School System's Representative | Aaron Price, Esq. |
| Parent's Educational Advocate | |
| Bright Beginnings | Ms. Erika Bugaj |
| Educational Consultant | Ms. Grace Dickerson |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

5

**CF-DL 5302**