# LAW OFFICES
## Harry Goldwater, Esq., LICSW
419- 7th Street, N.W. Ste.. 201 ! Washington, D.C. 20004
(202) 628-5017 ! Fax : (202)638-4279

Ms McDowell 6/14/05

## FAX COVER SHEET/MEMORANDUM

FROM: Harry Goldwater

TO: *Ms McDowell* DCPS Hearing Officer/ DCPS Attorney Advisor/ Student Hearing Office

FAX NUMBER: 442-5556, 4425098/97

DATE: ~~05/27/05~~ 6/14/05

SUBJECT: ████████ student / *Hearing Request*

NUMBER OF PAGES (INCLUDING COVER PAGE): ~~6~~ 7  *Also attached*

COMMENTS:

Dear Student Hearing Office: Undersigned court appointed special education advocate guardian ad litme attaches a Hearing Request. He will mail to the Student Hearing Office, and Attorney Advisor(s), the following documents and exhibits concerning the student:

1) Fax and notice of Brite Beginnings to Ginny Johnson

Undersigned will also call as witnesses:

1) Tamika Ford
2) Grace Dickerson, FLOCKathy O'Brien, CMDT coordinator, or designee, PGCPS
3) Erika Bugaj, Brite Beginnings
4) Ginny Johnson, Care Center

Undersigned reserves the right to call impeachment witnesses and rebuttal witnesses; to add other witnesses and documents, pursuant to rules relative to the 5-day rule; to have witnesses testify by phone, if not available to testify in person.

Sincerely,

Harry Goldwater
Court appointed GAL for ████████

CONFIDENTIALITY NOTICE: The information accompanying this fax is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying or distribution or the taking of any action in reliance on the content of the facsimiled information is legally prohibited.



Plaintiffs' Exhibit 9

# STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## REQUEST FOR MEDIATION/HEARING

- This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.
- This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   _x_ I REQUEST A HEARING

---

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: ▓▓▓▓▓▓▓▓▓▓   DOB: ▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓
Washington, D.C.

Present School of Attendance: None   Home School: Garrison ES/in temporary custody of CFSA

DCPS_____
DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: Harry Goldwater (GAL)

Address: 419- 7th Street, N.W.

Phone: (H)       (W) 2026285017 (Fax) 202 638 4279

Relationship to Student: ___ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency
**X Court appointed Guardian ad Litem**
PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: Harry Goldwater   Phone: (W) 202 628 5017 (Fax) 202 638 4279

Address: 419 -7th Street, N.W. #201, Washington, D.C. 20004

CF-DL 6897

Form 101

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: _June 20, 2005 @ 9am_  _June 20th 2005, 11am_  _June 23rd 2005 9am_

Mediation: _____  _____  _____

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

**Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you.** Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

   Interpreter
   ___ Foreign Language: N/A
   ___ Sign Language: N/A
   ___ Other _____

Special Communications N/A
Special Accommodation for Disability N/A
Other _____

CF-DL 6898



3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

Describe the nature of the problem: Student received IEP at Bright Beginnings, last year 6/16/04, and has attended two (2) other day care programs since that time, and had to be removed from those programs due to his overactive and occasionally non verbal and aggressive behaviors. It was and has been strongly suggested, by his IEP, that he needs a "therapeutic" day care or nursery program. He currently is without a placement, and parent, Tamika Ford, seeks assistance in determining an appropriate placement pursuant to her son's IEP.

2. Describe issues to be addressed at the mediation and/or hearing, with specificity:
1.      Placement of child pursuant to his IEP;
2.      Determine whether child is receiving FAPE, depending on whether more or other evaluations are needed to make a more appropriate placement.
3.      Evaluation and placement of child pursuant to consent to evaluation filed by Ms. Ford on or about 2/18/05 with the Care Center.
4.      Whether there is/was child find violation due to fact that DCPS/Ginny Johnson had notice of child's disability per notice of Brite Beginnings of IEP at Brite Beginnings on or about 6/16/04

Describe relevant facts relating to the problem:

Tamika Ford registered child/student as student in need of day treatment placement on or about 2/18/05 and filed appropriate documentation with Care Center on or about that date. Further, child attended Brite Beginnings in 2003-04 school year, in Head Start program therein, and had so-called IEP at Brite Beginnings on or about 6/16/04. Ginny Johnson of Care Center received notice of said IEP or IFSP meeting at Brite Beginnings and did not respond.

State how you would like to see the problem corrected:

Placement at an appropriate special education day care setting pursuant to his IEP/IFSP.

_____          5/27/05
Signature of Applicant/Parent (Required)       Date (Required)

MAIL, FAX, OR DELIVER APPLICATION TO:
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC  20002        FAX: (202) 442-5556

FOR OFFICE USE ONLY:
Case Number: _____
Student ID#: _____

**CF-DL 6899**

Form 101                                  Revised 30 June 2003