UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO OPPOSE DEFENDANTS'
MOTION FOR DISMISSAL OF DEFENDANT DISTRICT OF COLUMBIA PUBLIC
SCHOOLS SUPERINTENDENT CLIFFORD JANEY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs respectfully request that the Court extend the time until January 9, 2006, to respond to Defendants' Motion for Dismissal of Defendant District of Columbia Public Schools Superintendent Clifford Janey (hereafter "Defendants' Motion"). Defendants filed their motion on December 8, 2005. Under the time periods set forth in the Federal Rules of Civil Procedure, plaintiffs' opposition would be due on December 22, 2005. Defendants' counsel has consented to this extension.

Defendants' motion is their third motion to dismiss filed in the past month. Defendants' motion is a substantive filing requiring legal research and a detailed response. In addition to responding to these two motions this month, plaintiffs filed their Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification and answered Defendants' First Request for Production of Documents and Things to Plaintiffs. Plaintiffs also request the extension because of the holiday

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

schedule, staff absences, and press of other work in the office. A proposed order is attached.

                                         Respectfully submitted,

                                         _____/s/_____
                                         BRUCE J. TERRIS (D.C. Bar No. 47126)
                                         KATHLEEN L. MILLIAN (D.C. Bar No.412350)
                                         SHINA MAJEED (D.C. Bar No. 491725)
                                         TERRIS, PRAVLIK & MILLIAN, LLP
                                         1121 12th Street, N.W.
                                         Washington, DC 20005
                                         (202) 682-2100


                                         _____/s/_____
                                         JEFFREY S. GUTMAN (D.C. Bar No. 416954)
                                         The George Washington University Law School
                                         2000 G Street, N.W.
                                         Washington, DC 20052


                                         _____/s/_____
                                         MARGARET A. KOHN (D.C. Bar No. 174227)
                                         Attorney at Law
                                         1320 19th Street, N.W., Suite 200
                                         Washington, DC 20036

December 22, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Oppose Defendants' Motion for Dismissal of Defendant District of Columbia Public Schools Superintendent Clifford Janey, and the entire record herein, it is hereby

**ORDERED,** that plaintiffs' Consent Motion is granted; it is further

**ORDERED**, that plaintiffs' opposition to Defendants' Motion for Dismissal of Defendant District of Columbia Public Schools Superintendent Clifford Janey is due December 29, 2005.

_____                                       _____
DATE                                                                              JUDGE ROYCE C. LAMBERTH