UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE REPLIES TO PLAINTIFFS' OPPOSITIONS,
FILED ON DECEMBER 12, 2005, AND DECEMBER 16, 2005**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move this Court to enlarge the time to respond to: (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint, filed December 12, 2005 ["December 12, 2005, Opposition"]; and (2) Plaintiffs' Opposition to Defendants' Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the Rehabilitation Act, filed December 16, 2005 ["December 16, 2005, Opposition"]. Defendants request an enlargement of time to respond to the December 12, 2005, Opposition from today, December 22, 2005, to and including December 29, 2005. Defendants also request an enlargement of time to respond to the December 16, 2005, Opposition from December 29, 2005, to and including January 5, 2005.

Defendants seek these enlargements because the holidays have made both clients and staff members inaccessible to the undersigned counsel. Plaintiffs' counsel consents to both enlargements.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Corporation Counsel

                              GEORGE C. VALENTINE
                              Deputy Corporation Counsel
                              Civil Litigation Division

                              **/s/ Edward P. Taptich**
                              EDWARD P. TAPTICH [#012914]
                              Chief,   Equity Section 2

                              **/s/ Eden I. Miller**
                              EDEN I. MILLER [#483802]
                              Assistant Corporation Counsel
                              441 Fourth Street, N.W., Sixth Floor South
                              Washington, D.C. 20001
December 22, 2005              (202) 724-6614