UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D.L., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of Defendants' Consent Motion for Enlargement of Time to File Replies to Plaintiffs' Oppositions, Filed on December 12, 2005, and December 16, 2005, and the record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants must respond to Plaintiffs' December 12, 2005, Opposition no later than Thursday, December 29, 2005; and it is

**FURTHER ORDERED** that Defendants must respond to Plaintiffs' December 16, 2005, Opposition no later than Thursday, January 5, 2005.

Dated: _____          _____
                             United States District Judge Royce C. Lamberth