Exhibit 2

Case 1:05-cv-01437-RCL   Document 29-3   Filed 01/03/2006   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KAREN GRIFFIN

I, Karen Griffin, do hereby declare and state as follows:

1. My name is Karen Griffin. I am the Special Assistant of the District of Columbia Public Schools ("DCPS") Office of Special Education. I have held this position since July 6, 1999.

2. My job responsibilities include, but are not limited to, state reports, focusing on duties as the contact point with United States Department of Education's Office of Special Education Programs ("OSEP").

3. On June 18, 2002, OSEP sent DCPS a Monitoring Report regarding DCPS' Individuals with Disabilities Education Act ("IDEA") deficiencies, including Child Find noncompliance. See Plaintiffs' Exhibit 1. Prior to receiving the Monitoring Report from OSEP, DCPS did a self-assessment. From that self-assessment, DCPS created an Improvement Plan. OSEP then sent DCPS the Monitoring Report, which was based on DCPS' Improvement Plan. The Monitoring Report listed 185 areas of noncompliance.

4. Upon receipt of the letter, DCPS began to take corrective actions.

5. Implementing Child Find requirements has been a priority of DCPS. The Improvement Plan lists Child Find as one of the fourteen Strategies under the category of Early Childhood Transition.

6. On January 6, 2005, in a meeting with OSEP, DCPS submitted supportive documentation in response to OSEP's requests for information, including Child Find.

7. To date, DCPS has come into compliance with 145 of the 185 areas of noncompliance listed in the June 18, 2002, OSEP letter.

8. DCPS made subsequent submissions of supportive documents as attachments to reports on October 28, 2005, and December 2, 2005, addressing an additional 32 areas of the remaining 140 noncompliance areas, leaving only eight areas to be addressed.[1] DCPS is actively working to come into compliance with the remaining eight.

9. One of the items from the January 6, 2005 meeting relates to Child Find. As stated in the Improvement Plan, the Child Find target items are as follows:
   a. Evidence of Change
      i. the number of children identified and served by their third birthdays will increase quarterly from the baseline; and
      ii. the number of children identified and served before age 5 will increase quarterly from baseline.
   b. Data Source
      i. Child Find Policies and Procedures; and
      ii. SETS ("Special Education Tracking System") Management Reports.
   c. Person(s) Responsible:
      i. Early Childhood Staff.
   d. Identified Needs
      i. Early Childhood Coordinator unfrozen; and
      ii. Early Childhood Staff hired.
   e. Identified Assets
      i. General Supervision Enhancement Grant ("GSEG"); and
      ii. DCPS.

10. Further, DCPS has done the following with regard to Child Find:
    a. Set aside funding for Part C/Part B link via GSEG to establish baseline;
    b. Published Child Find Manual with guidelines and brochure; and
    c. Established marketing for outreach services including media (print and radio), Metro Buses, physician's offices and clinics, and the DCPS website.

11. Child Find is not an issue in the latest OSEP letter, November 2, 2005, which indicates that Child Find requirements have been satisfied.

12. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on December 28, 2005.**

Karen Griffin, DCPS Office of Special Education Special Assistant

---

[1] OSEP has not yet responded to DCPS' final submissions.

2