Exhibit 4

**CHILD FIND REFERENCE GUIDE**

**An activity of**

**DCChildFind**

*child find phone line: 202-727-8300*



putting the pieces together
to support the children

*together we stand ... for the children*

**REFERENCE GUIDE**

**DISTRICT OF COLUMBIA CHILD FIND
FOR CHILDREN BIRTH THROUGH TWENTY-ONE**

Outline

Introduction
    Purpose
    Intended Audience

Definition of Target Populations

Public Awareness, Identification and Outreach

Referral and Intake

Attachment A

**Introduction**

This document provides an overview to the child find system in the District of Columbia. Child Find is a comprehensive system established to identify, locate, refer and evaluate all infants, toddlers, preschool and school age children who are eligible for Part C early intervention and Part B special education services in the District of Columbia. This document will describe the elements of this system and how it is coordinated with other major efforts, including public and private agencies, to locate and identify children with delays in their development, or with disabilities or special health care needs. (See the Child Find Process in Figure 1).

This document is not designed to address all issues related to the child find process or the provision of services to children with disabilities in the District of Columbia. All issues regarding child find, special education and service provision are contained in specific policy and procedural documents that have been developed by the District of Columbia to ensure implementation of child find.

The intended audience for this document includes special education staff and service providers, administrators, physicians and child care providers and other public and private agencies that provide services to children and families in the District of Columbia.

**FIGURE 1
CHILD FIND PROCESS**



**Definition of Target Populations**

Child find applies to all children with disabilities from ages birth through twenty-one as defined by the Individuals with Disabilities Education Improvement Act of 2004 (IDEA). The IDEA assigns responsibility for child find to both its early intervention program under Part C and its public school special education program under Part B of the Act, although the Part C emphasis is on infants and toddlers with disabilities and the Part B focus in broader, birth through 21 years. Child find also includes transition from early intervention to special education for children who are identified before the age of three years.

Part C:
Children under three years of age with disabilities are children who are experiencing developmental delays of 50% in one or more areas of development (cognitive, physical, communication, social or emotional and adaptive) or have a diagnosed physical or mental condition that has a high probability of resulting in a developmental delay. If the evaluation results of a children birth through age two meets the definition of developmental delay in one or more of areas of development published in DCMR Title 22, Chapter 30, the results will form the basis for the development of the child's IFSP (Individualized Family Service Plan).

Part B:
Children with disabilities over the age of three are children with mental retardation, hearing impairments (including deafness), speech or language impairments, visual impairments (including blindness), serious emotional disturbance, orthopedic impairments, autism, traumatic brain injury, other health impairment, or specific learning disabilities and who, by reason thereof, need special education and related services. The District of Columbia also provides Part B special education services to children age three to six who are deemed to be developmentally delayed.

The presence of a disability is not sufficient to establish eligibility for special education. The disability must result in an educational deficit (including behavior) that requires specially designed instruction (special education) in order for the child to benefit from his/her educational program. In order to qualify for special education and related services, a child must require special education and related services due to his/her disability.

**Public Awareness, Identification and Screening**

Public Awareness

Public awareness is the ongoing joint effort of the District of Columbia Public School System and Early Intervention Program. This effort is intended to keep the general public, families and primary referral sources informed about early

intervention, special education and related services. Public awareness information is designed to inform the community and primary referral sources of the purpose and scope of the system, how to make a referral and how to gain access to specialized services. Public awareness strategies shall focus on the early identification and referral of infants, toddlers, early childhood and school-age children who are or may be eligible for early intervention and/or special education services. The goal is to reach the general public including all persons regardless of race, color, religion, national origin, mental status, sexual orientation, social economic status, gender, age or disability.

The public awareness efforts of Part B and C shall include all major strategies and venues for communicating the availability of services. These major efforts include print materials, electronic media, print media, audio, video, visual media, presentations and tangibles. (See Attachment A for material and activities). In the city's efforts to reach all audiences, all material will be available in multiple languages to include English, Spanish, Vietnamese, Chinese, French, and Amharic. The current major strategies for the public to access Part B and C services include:
- Child Find Phone Line – (727-8300)
- Web Page
- Central Directory

Identification

Primary Referral Sources:
There are many people who may note concerns about the developmental and educational needs of children. Referrals may come from the following sources:

| Parents and other family members | Teachers and other school personnel | Child and Family services |
|---|---|---|
| Hospitals | Physicians and other health care providers | Child care centers |
| Head Start & Early Head Start | Department of Health | WIC (Women Infants Children) |
| Homeless shelters | Crisis shelters | Domestic Abuse agencies |
| Police | Religious institutions | Child protective services |

Referrals may also be made by community, public and private agencies used by families with children. Public awareness efforts will be targeted for these individuals who are most likely to have contact with and therefore identify young children who may be eligible for early intervention services or special education.

Screening Activities

Screening and child find are thought of as synonymous terms, however, screening is a much more narrow term. Screening procedures offer an opportunity to determine whether a child needs further assessment. Screening often leads to referral for a comprehensive multidisciplinary evaluation to determine eligibility for services.

Periodic screening activities in vision and hearing, including routine newborn hearing screening are provided by the DC Department of Health. City-wide screening "events" are undertaken several times a year, publicized through newspapers and through flyers in various public agencies for children ages birth through five.

DC Public Schools Division of Special Education conducts screening activities and evaluations throughout the year for children suspected of having a disability. Information is provided through local radio stations, in newspaper or television ads, in flyers and other forms of advertising. Screening activities are arranged to include highly-mobile children and children in public and private schools within the District of Columbia.

Other Public and Private Agencies

Other agencies in the District of Columbia are engaged in activities directed towards child find. These include Healthy Start, Child Check, Head Start, Social services, family court, mobile health facilities, Supplemental Security Income, etc.

**Referral to Part B or C**

Children, birth through age two are referred to the DC Early Intervention Program (Part C) for an evaluation (with parental consent) by a multidisciplinary team to determine whether the child is eligible for services under the Part C Program. Eligible children and families receive services and supports (as specified in the IFSP) to enhance the child's development. When a child does not meet the criteria for services under Part C, but still requires support, the program may refer the family to other appropriate community services or providers of therapeutic service.

Children ages 3-21 (with parental consent) are referred for an evaluation at the CARE (Central Assessment Referral & Evaluations) Center located at the Shaw Junior High School, the Teacher Assistance Teams (TAT) housed at their neighborhood school or other designated multidisciplinary team. If eligible, the results of the evaluation form the basis for development of the child's IEP (Individualized Education Program).

6

Attachment A

The District of Columbia Early Intervention Program and Public School System shall plan and implement a public awareness distribution plan that will include strategies such as but not limited to: Grocery Stores, Libraries, Places of Worship, Community Centers, Hospitals, Schools, and other private and public agencies, etc.

**Public Awareness Materials and Activities**

| <u>Audience</u> | *Materials* | *Community Distribution* |
|---|---|---|
| Consumers (Families) | <ul><li>Newsletters</li><li>Brochures</li><li>Fact Sheets</li><li>Resource Directory/Telephone Books</li><li>Public Service Announcements</li><li>Growth Charts</li><li>Posters</li><li>Magnets, Pens, Post-its</li><li>School Supplies</li></ul> | <ul><li>Health Fairs, Kid Fairs, Baby Fairs</li><li>TV, Radio</li><li>Website</li><li>Toll-Free Resource And Referral Tie-In</li><li>Screening Events</li><li>Public Libraries</li><li>Community-Based Establishments (Ex. Grocery Stores, Beauty Parlors, Barbershops</li><li>Community-Based Newspapers</li></ul> |
| Hospitals and Physicians | <ul><li>Laminated Referral Guide</li><li>Fax Referral Form</li><li>Posters</li><li>Rolodex Cards</li><li>Magnets</li><li>Pens</li><li>Brochures</li><li>Orientation Video</li></ul> | <ul><li>Service Coordinators In Maternity/Birthing Areas</li><li>Pediatric Departments</li><li>Pediatrician Offices</li><li>Community-Based Health Clinics</li><li>Walk-In Urgent Care</li></ul> |
| Child Care Providers | <ul><li>Posters</li><li>Developmental Calendars/Guidebook</li><li>Brochures</li><li>Fact Sheets</li><li>Educational Materials</li><li>Growth Charts</li><li>Orientation Video</li></ul> | <ul><li>Mail</li><li>Website</li><li>Personnel Visits</li><li>Educational Programming Activities</li><li>Annual Head Start Conference</li><li>Annual Early Childhood Conference</li><li>Early Childhood Institute, UDC</li></ul> |
| Specialists (ex. Audiologists) | <ul><li>Service Guidelines</li><li>Brochures</li><li>Rolodex Cards</li><li>Magnets</li><li>Orientation Video</li><li>Fact Sheets</li><li>Eligibility Procedures</li></ul> | <ul><li>Conferences</li><li>Mail</li><li>Website</li><li>Professional Association Meetings</li><li>Training Programs</li></ul> |
| Insurance Plans | <ul><li>Fact Sheets</li><li>Eligibility Procedure</li><li>Rolodex Cards</li><li>Magnets</li></ul> | <ul><li>Mail</li><li>Website</li><li>Meetings</li></ul> |
| Educational and | <ul><li>Orientation Video</li></ul> | <ul><li>Mail</li></ul> |

7

| Parent Organizations | <ul><li>Brochures</li><li>Fact Sheets</li><li>Educational Materials</li><li>Growth Charts</li><li>Family Activity Brochures</li><li>Resource Manuals</li></ul> | <ul><li>Website</li><li>Meetings</li></ul> |
|---|---|---|
| Department of Children and Family Services | <ul><li>Specially Tailored Referral Guide</li><li>Orientation Video</li><li>Fact Sheets</li><li>Educational Materials</li><li>Newsletters</li><li>Growth Charts</li><li>Family Activity Brochures</li></ul> | <ul><li>Mail</li><li>Website</li><li>Meetings</li></ul> |
| Other Government and Private Agencies | <ul><li>Posters</li><li>Referral Guide</li><li>Rolodex Cards</li><li>Eligibility Materials</li><li>Presentations</li></ul> | <ul><li>Mail</li><li>Web Site</li><li>Meetings</li><li>Trainings</li></ul> |

8