# Exhibit 5, Redacted Version

(Unredacted Version is 40 pages and was filed under seal.  This exhibit contains several confidential documents regarding minor Plaintiffs).