UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DL**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 05-1437 (RCL) |
| | ) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon consideration of plaintiffs' Consent Motion [27] to Extend Time to Oppose Defendants' Motion for Dismissal fo Defendant District of Columbia Public Schools Superintendent Clifford Janey; and defendants' Consent Motion [28] for Enlargement of Time to File Replies to Plaintiffs' Oppositions Filed on December 12, 2005 and December 16, 2005, and the record herein, it is hereby

ORDERED that plaintiffs' Consent Motion [27] to Extend Time to Oppose Defendants' Motion for Dismissal fo Defendant District of Columbia Public Schools Superintendent Clifford Janey is GRANTED, *nunc pro tunc*. It is further

ORDERED that defendant's Consent Motion [28] for Enlargement of Time to File Replies to Plaintiffs' Oppositions is GRANTED, *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 13, 2006.