UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*,  )<br> )<br>Plaintiffs,  )<br> )<br>v.  )<br> )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br> )<br>Defendants.  )<br> ) | Civil Action No. 05-1437 (RCL) |

**DEFENDANTS' SUPPLEMENT TO THEIR DECEMBER 29, 2005,
REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR DISMISSAL OF THE COMPLAINT FOR
FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

Defendants here respectfully supplement their December 29, 2005, Reply to Plaintiffs' Opposition to Defendants' Motion for Failure to Exhaust Administrative, as indicated on page 5, footnote 4 of that filing.  The foregoing attachment, Defendants' Exhibit 2A, is a revised version of the Declaration of Karen Griffin, Defendants' Exhibit 2.  Defendants' Exhibit 2A is substantively the same Defendants' Exhibit 2.  In the present exhibit, however, Defendants have submitted attachments and refer to those attachments within the declaration.  Defendants also have corrected the typographical error on page 2, paragraph 8 of Defendants' Exhibit 2.[1]

                                                Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General of the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

---

[1] Exhibit 2, page 2, paragraph 8 incorrectly states that there are 140 remaining noncompliance areas.  The "140" has been changed to "40."

|  |  |
|---|---|
|  | **/s/ Edward P. Taptich** |
|  | EDWARD P. TAPTICH [#012914] |
|  | Chief, Equity Section 2 |
|  |  |
|  | **/s/ Daniel A. Rezneck** |
|  | DANIEL A. REZNECK [#31625] |
|  | Senior Assistant Attorney General |
|  | 441 Fourth Street, N.W., Sixth Floor South |
|  | Washington, D.C. 20001 |
|  |  |
|  | **/s/ Eden I. Miller** |
|  | EDEN I. MILLER [#483802] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W., Sixth Floor South |
| January 17, 2006 | Washington, D.C. 20001 |