UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENT TO THEIR DECEMBER 29, 2005, REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR DISMISSAL OF THE COMPLAINT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

On November 10, 2005, defendants filed their Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies (hereafter "Defendants' Motion"). On December 12, 2005, plaintiffs filed Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies (hereafter "Plaintiffs' Opposition"). On December 29, 2005, defendants filed their Reply to Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies (hereafter "Defendants' Reply" or "Def. Reply"). On January 17, 2006, and without seeking leave of the Court and without requesting an extension of time, defendants filed Defendants' Supplement to Their December 29, 2005, Reply to Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies (hereafter "Defendants' Supplemental Reply"). Plaintiffs move to strike

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Defendants' Supplemental Reply as unnecessary and untimely.

Defendants' Supplemental Reply contains 105 pages of new exhibits. These exhibits purport to support defendants' argument, which they made for the first time in their Reply Brief, that the District of Columbia Public Schools ("DCPS") does not have a "policy, pattern, and practice" of failing to comply with its Child Find obligations under the Individuals with Disabilities in Education Act ("IDEA"). *See* Def. Reply 5.

Defendants' Supplemental Reply is untimely. Under Local Civil Rule 7(d), defendants have "five days after service of the memorandum in opposition" to file their reply. Plaintiffs filed their memorandum in opposition on December 12, 2005. Defendants filed their Reply on December 29, 2005, after receiving an extension of time from this Court. However, defendants' Supplemental Reply was filed three weeks later, on January 17, 2006. Defendants did not request leave to file their Supplemental Reply. Nor did they request an extension of time within which to file this Supplemental Reply. Accordingly, Defendants' Supplemental Reply is untimely.

Moreover, consideration of these exhibits would not be appropriate on a motion to dismiss under Rule 12(b)(6). On a motion to dismiss, plaintiffs' allegations, including allegations regarding the District of Columbia's policy, pattern, and practice of Child Find violations, must be accepted as true. The court does not weigh the merits.

Finally, the defendants would suffer no prejudice if the Court were to strike their Supplemental Reply. The exhibits have no bearing on Defendants' Motion, which seeks to dismiss plaintiffs' case for failure to exhaust administrative remedies. By contrast, Defendants' Supplemental Reply and the attached exhibits go to the merits of plaintiffs' Child Find claims, which are in dispute.

Accordingly, Defendants' Supplemental Reply should be stricken. In the event that the

Supplemental Reply is not stricken, plaintiffs would like an opportunity to respond by filing a Sur-Reply.  Plaintiffs have filed with this motion their Consent Motion for Leave to File a Sur-Reply to Defendants' Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies.

## CONCLUSION

For the foregoing reasons, plaintiffs request that the Court strike Defendants' Supplemental Reply.  A proposed order is attached.

         Respectfully submitted,

         _____/s/_____
         BRUCE J. TERRIS (D.C. Bar No. 47126)
         SHINA MAJEED (D.C. Bar No. 491725)
         TERRIS, PRAVLIK & MILLIAN, LLP
         1121 12th Street, N.W.
         Washington, DC 20005

         JEFFREY S. GUTMAN (D.C. Bar No. 416954)
         The George Washington University Law School
         2000 G Street, N.W.
         Washington, DC 20052

         MARGARET A. KOHN (D.C. Bar No. 174227)
         Attorney at Law
         1320 19th Street, N.W., Suite 200
         Washington, DC 20036

January 20, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Plaintiffs' Motion to Strike Defendants' Supplement to Their December 29, 2005, Reply to Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint For Failure to Exhaust Administrative Remedies, and the entire record herein, it is hereby

ORDERED, that Plaintiffs' Motion to Strike is granted.

_____  _____
DATE                                                      JUDGE ROYCE C. LAMBERTH