UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) ) Plaintiffs, ) ) v. ) ) DISTRICT OF COLUMBIA, *et al.*, ) ) Defendants. ) ) | Civil Action No. 05-1437 (RCL) |

## ORDER

Upon consideration of Plaintiffs' Motion to Strike Defendants' Supplement to Their December 29, 2005, Reply to Plaintiffs' Opposition to Defendants' Motion for Dismissal of the Complaint for Failure to Exhaust Administrative Remedies, the submissions of the parties, and the entire record in this case, it is hereby **ORDERED** that**:**

Plaintiffs' Motion is **DENIED.**


Dated: _____ _____
 ROYCE C. LAMBERTH
 UNITED STATES DISTRICT JUDGE