UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion to Amend the Scheduling Order is granted; it is further

ORDERED that the scheduling order heretofore entered in this case is amended to provide that fact discovery shall close on September 30, 2006, and that expert discovery shall close 90 days after the close of fact discovery.

_____                    _____
DATE                              ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.