UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL, *et al.*,

    Plaintiffs,

v.                          Civil Action No. 05-1437 (RCL)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## SCHEDULING ORDER

Upon consideration of the Rule 26(f) report and the entire record herein, it is hereby

ORDERED that the parties may amend the pleadings or join parties in accordance with the Federal Rules of Civil Procedure; it is further

ORDERED that initial disclosures shall be exchanged electronically within 14 days of the date of this Order; it is further

ORDERED that fact discovery shall close 180 days after the date of this Order. Discovery propounded prior to the close of fact discovery shall be deemed timely; it is further

ORDERED that the presumptive discovery limits shall apply except that plaintiffs and defendants shall each be allowed a maximum of 10 depositions, for a total of 20 depositions. Plaintiffs shall be allowed 25 interrogatories, and defendants shall be allowed 25 interrogatories. Plaintiffs and defendants shall each be limited to 25 requests for admissions; it is further

ORDERED that the parties shall file either a consent motion for a protective order or separate motions for a protective order by October 31, 2005; it is further

ORDERED that expert discovery shall close 90 days after the close of fact discovery.

1


SPINDLE # _____
ITEM # _____

Plaintiffs' expert reports are due 30 days following the close of fact discovery. Defendants' expert reports are due 60 days following the close of fact discovery; it is further

ORDERED that the parties request that motions for summary judgment be due 30 days after the close of all discovery; that oppositions thereto are due 30 days thereafter; and that replies are due 20 days after the filing of an opposition; it is further

ORDERED that Plaintiffs' Reply to their Motion for Class Certification is due on November 30, 2005; it is further

ORDERED that, if any dispositive motions are filed, the court will conduct a status conference after the rulings on all dispositive motions have been made; at which dates will be set for pretrial and trial.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 7, 2005.