UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-1437 (RCL) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of the parties' Joint Motion [39] to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion [39] to Amend the Scheduling Order is GRANTED; and it is further

ORDERED that the Scheduling Order heretofore entered in this case is amended to provide that fact discovery shall close on September 30, 2006, and that expert discovery shall close 90 days after the close of fact discovery.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 30, 2006.