UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>    Defendants. | Civil Action No. 05-1437 (RCL) |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, plaintiffs move to compel defendants' responses to Plaintiffs' First Set of Requests for Production of Documents, which plaintiffs served on defendants on December 28, 2005.

Pursuant to Local Civil Rule 7(m), the parties have met and conferred on several occasions throughout the past few months in an attempt to resolve their disputes. The parties have resolved some but not all of their disputes. A memorandum of law and proposed order accompany this motion on the remaining issues.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
SHINA MAJEED (D.C. Bar No. 491725)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

                    Washington, DC  20005-4632
                    (202) 682-2100

                    Attorneys for Plaintiff

July 10, 2006