## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET
### OF REQUESTS FOR PRODUCTION OF DOCUMENTS

In accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure, the District of Columbia ("the District"), through the undersigned counsel, here provides responses to plaintiffs' first set of requests for production of documents.

### GENERAL OBJECTIONS

1. The District objects to the requests to the extent that they seek production of documents before January 1, 2003.

2. The District objects to the requests to the extent that they seek production of documents containing information as to individuals other than the six children who are named plaintiffs, in the absence of a class certification.

3. The District objects to the requests to the extent that they seek documents protected from disclosure by the District's deliberative process privilege for intra-agency and inter-agency communications. The District hereby claims such privileges, immunities, and protections to the extent implicated by each request. Inadvertent production of any documents so privileged does not constitute a



Plaintiffs' Exhibit
2

waiver of such a privilege, immunity, or protection or any other ground for objecting to the discovery request.

4. The District objects to the requests to the extent that they seek documents that are protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, immunity or protection. The District hereby claims such privileges, immunities, and protection to the extent implicated by each request. Inadvertent production of any documents so privileged, immune, or protected does not constitute a waiver of such a privilege, immunity, or protection or any other ground for objecting to the discovery request.

5. The District objects to the requests to the extent that they require the District to search for and produce documents that are not relevant to the claim or defense of any party or to the subject matter of the action, are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence, or otherwise exceed the scope of discoverable matters under the Federal Rules of Civil Procedure.

6. The District objects to the requests to the extent that they conflict with or purport to expand the District's obligations under the Federal Rules of Civil Procedure, the local rules, and any order in this case.

7. The District objects to the requests to the extent that they seek documents not in existence or not in the District's possession, custody, or control.

8. The District objects to the requests to the extent that they seek confidential information and will provide such information only pursuant to the protective order governing discovery in this action.

9. The District objects to the requests to the extent that they are unduly broad or unduly burdensome.

10. The District objects to the requests to the extent that they are vague, ambiguous, and/or not sufficiently particularized to permit defendants to determine what documents are sought and to make a meaningful response.

11. The District objects to the requests to the extent that they request documents that are within the possession, custody or control of plaintiffs or their attorneys and/or are as readily  or more readily obtainable from a source other than defendants.

12. Defendants object to Definition and Instruction No. 14 in plaintiffs' request as going beyond defendants' obligations under the Federal Rules of Civil Procedure.

13. Defendants object to Definition and Instruction No. 16 in plaintiffs' request as going beyond defendants' obligations under the Federal Rules of Civil Procedure.

14. Defendants object to Definition and Instruction No. 17 as going beyond defendants' obligations under the Federal Rules of Civil Procedure.

15. In responding to plaintiffs' first set of requests for the production of documents, defendants do not adopt, concede or admit any assumption, premise or proposition contained in any Request or the complaint herein.

## SPECIFIC RESPONSES

1. **Request:** All documents referred to in defendants' Initial Disclosures, dated October 25, 2005.

   **Response:** Subject to the General Objections above, the District will produce documents responsive to this request.

2. **Request:** All documents upon which defendants relied in their Answer to deny

any allegations made by plaintiffs in their complaint.

**Response:** Subject to the General Objections above, the District will produce documents responsive to this request. See also responses to other requests.

3. **Request:** All documents created from January 1, 2000, to the present, that were drafted or received by defendants, including by the District of Columbia Public Schools ("DCPS"), the Department of Human Services, and the Department of Health ("DOH"), that refer or relate to defendants' Child Find activities for children aged two through five years old who have resided in or are wards of the District of Columbia.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

4. **Request:** All prior and subsequent drafts or final versions of the document attached as Exhibit A.

**Response:** Subject to the General objections, the District will produce documents responsive to this request.

5. **Request:** All documents that related to the implementation of Exhibit A or of any subsequent drafts or final versions of Exhibit A.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

6. **Request:** All documents that defendants have drafted or have on file with the U.S. Department of Education, pursuant to 34 C.F.R. 300.125(a) and 34 C.F.R. 300.125(b).

**Response:** Subject to the General Objections, the District will produce documents

responsive to this request.

7. **Request:** All documents created from January 1, 2000 to the present that refer or relate to defendants' compliance or failure to comply with 20 U.S.C. 1412(a)(3)(A) and C.F.R. 300.125(a)(1) with respect to children aged two through five years old.

   **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

8. **Request:** All documents created from January 1, 2000 to the present that refer or relate to defendants' compliance or failure to comply with 5 D.C.M.R. 3002.1(d) and 3002.3(a) with respect to children aged three through five.

   **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

9. **Request:** The DCPS operating budget and actual spending for Child Find programs, efforts, and activities for Fiscal Years 2000 through the present including the proposed budget for FY 2006.

   **Response:** See the General Objections. The District further states that there is no separate operating budget line in the DCPS budget for Child Find and no actual spending figures by DCPS for Child Find characterized as such.

10. **Request:** All documents that relate to the programs and activities of the Child Find Office of the DCPS Office of Special Education, housed at the Centralized, Assessment, Referral, Evaluation ("CARE") Center since it opened with respect to children aged two through five years old. Include any documents that relate to programs and activities of any predecessor office of the Child Find Office.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

11. **Request:** All documents that relate to the Annual State Application under Part B of the IDEA submitted by defendants to the United States Department of Education, Office of Special Education Programs, for federal fiscal years 2000 through present including FY 2006.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

12. **Request:** All documents created from January 1, 2000 to the present, provided to defendants from the U.S. Department of Education, Office of Special Education Programs ("OSEP"), about DCPS's IDEA activities for children aged two through five years old, including reports, assessments, evaluations, reviews, monitoring, correspondence and recommendations to DCPS from OSEP.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

13. **Request:** All documents created from January 1, 2000 to the present, provided by defendants to OSEP about DCPS's IDEA activities for children aged two through five years old, including reports, assessments, evaluations, reviews, monitoring, correspondence, and recommendations. This includes all documents provided by defendants to OSEP in response to documents identified in Document Request 12 above.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

14. **Request:** All documents created from January 1, 2000 to the present, related to coordination and collaboration between DCPS and other agencies within the District of Columbia regarding Child Find and transition services for children ages two through five years old with disabilities, including all memoranda of agreements or memoranda of understanding, all documents referred to in those agreements of memoranda, and all documents developed or maintained pursuant to those agreements or memoranda.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

15. **Request:** All documents created from January 1, 2000 to present, related to coordination and collaboration between DCPS and other non-profit or private groups, including contractors within the District of Columbia regarding Child Find and transition services for children with disabilities aged two through five years old including all memoranda of agreements, memoranda of understanding, all documents referred to in those agreements or memoranda, and all documents developed or maintained pursuant to those agreements or memoranda.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

16. **Request:** All documents created from January 1, 2000 to the present, that include recommendations made to defendants in the form of a letter, report, analysis, or the like by private or non-profit contractors with respect to enhancements, improvements, and changes to defendants' Child Find activities or programs.

**Response:** Subject to the General Objections, the District will produce

documents, if any, responsive to this request.

17. **Request:** The Transition Tracking Log report referred to in the Memorandum of Agreement between DCPS and DHS dated July 13, 2004 (hereafter "MOA"), for each month beginning in January 2000 and continuing each month thereafter through the present. This request encompasses any predecessor report to the Transition Tracking Log report.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

18. **Request:** All documents that reflect actions taken (or not taken) by DCPS to perform its responsibilities under the MOA, including under Sections III.C and III.E, and under paragraphs 5, 6, 9, 12, 14-18 of Attachment A to the MOA.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

19. **Request:** All documents containing the information referred to in Attachment B of the MOA, including the reports and information that the Part C Child Find Coordinator provides to the Part B Child Find Coordinator.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

20. **Request:** All documents including any computer databases, created from January 1, 2000 to the present that contain data or information about intake requests received by DCPS on the Child Find hotline or through other means regarding children aged two through five years old regarding special education and related services. This request encompasses information about the number of requests, the

dates of these requests, and the outcome of these requests. This request encompasses intake requests made by any party including by parents, teachers, DCPS staff at day care centers, physicians, and other community members.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

21. **Request:** All documents, including any computer databases, created from January 1, 2000 to the present that contain data or information about screenings conducted by DCPS of children aged two through five years old. This document request encompasses documents that contain information on the number of screenings, the dates of these screenings, the method of screenings, and the actions taken by DCPS following such screenings, including the dates of such actions.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

22. **Request:** All documents, including any computer databases, created from January 1, 2000 to the present that contain data or information about screenings conducted by DCPS of children aged two through five years old. This document request encompasses documents with information about the numbers of referrals made, the dates of these referrals, the basis for making such referrals, and whether these referrals resulted in an evaluation or IEP and, if so, the dates of such referrals or IEPs. This request encompasses information about referrals made by any party, including by parents, teachers, DCPS staff, guardian ad litems, staff of the Child and Family Services Agency ("CFSA"), staff at day care centers, physicians, professionals associated with the D.C. Superior Court, and other community

members.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

23. **Request:** All documents, including any computer databases, created from January 1, 2000 to the present that contain data or information about evaluations requested and/or conducted by DCPS (or review of evaluations conducted by DCPS) of children aged two through five years old for special education and related services. This document request encompasses documents that provide the number of evaluations, the dates of such evaluations, the types of evaluations conducted, whether these evaluations resulted in an eligibility determination, and the actions taken by DCPS following such evaluations, including the dates on which such actions were taken.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

24. **Request:** All documents with information about the number of children aged two through five years old who were found to be eligible for special education and related services for each year since January 1, 2000 including documents that contain information about the dates of their eligibility, of their referral for evaluations, and of the "Notice of Placement" or "Notice of Prior Action."

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

25. **Request:** All documents with information about the number of children aged three through five years old who were found ineligible for special education and

related services each year since January 1, 2000.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

26. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the number of children aged three through five years old who received or are receiving special education services from DCPS or with DCPS funding, including information relating to the dates of referral, the dates of evaluation, the dates of eligibility, and the dates of Notice of Placement or Notice of Prior Action for these children.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

27. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the reasons why any children aged two through five years old who were referred to DCPS or whose parents consented to evaluations were found to be ineligible for special education and related services.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

28. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the reasons why any children aged two through five years old who were referred to DCPS or whose parents consented to evaluations were not or are not receiving special education and related services.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

29. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the training and supervision of staff of defendants regarding Child Find programs, activities and efforts for children aged two through five years old.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

30. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the training, outreach, or instruction of staff of DCPS, private or parochial schools, preschools, day care centers, or other locations or programs providing care for children aged two through five years old on the identification of potential disabilities.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

31. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the training, outreach, or instructions of staff of DCPS, private or parochial schools, preschools, day care centers, or other locations or programs providing care for children aged two through five years old on the process for making a referral to DCPS for evaluations for children suspected of having disabilities.

    **Response:** Subject to the General Objections, the District will produce documents responsive to this request.

32. **Request:** All documents created from January 1, 2000 to the present, referring or relating to public awareness activities undertaken by defendants in order to identify, locate, evaluate and offer special education and related services to

children aged three through five year old.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

33. Request: All documents created from January 1, 2000 to the present, referring or relating to DCPS' referral and intake processes for children with disabilities aged two through five years old, including but not limited to all directives issued by defendants to special education coordinators or their equivalents, principals, school counselors (public and private), private school administrators, day care providers, and CFSA.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

34. **Request:** All documents created from January 1, 2000 to the present referring or relating to DCPS' screening and identification process for children aged two through five years old with delays or disabilities.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

35. **Request:** All documents including reports generated from SETS, ENCORE, and any other database, maintained by defendants referring or relating to defendants' tracking of students aged two through five years old who have been screened, referred, identified, evaluated, or found eligible for special education and related services from January 1, 2000 to present.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

36. **Request:** All documents created from January 1, 2000 to the present referring or relating to the number of staff members involved in implementing defendants' Child Find activities for children aged two through five years old, including staff employed by DCPS, DHS, and DOH.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

37. **Request:** All documents created from January 1, 2000 to the present, referring or relating to the job descriptions, responsibilities, and qualifications of all staff members involved in implementing defendants' Child Find activities for children aged two through five years old, including staff employed by DCPS, DHS, and DOH.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

38. **Request:** All documents referring or relating to the transitioning of children from Part C, Early Intervention Program to Part B, including any documents with data on the numbers of children who have been transitioned each year since 2000.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

39. **Request:** A list of children from January 1, 2000 to the present, residing in or wards of the District of Columbia who receive or received Supplemental Security Income ("SSI") including documents that indicate their dates of births, whether they are receiving special education services from DCPS, the dates each parent applied for services, the dates DCPS found them eligible for services, and the

dates on which each child began receiving services.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

40. **Request:** A list of children from January 1, 2000, residing in or wards of the District of Columbia entered in the D.C. Linkage and Tracking system for each year beginning on January 1, 2000 to present.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

41. **Request:** All documents created from January 1, 2000 to the present, which identify the dates of birth of each child listed in the D.C. Linkage Tracking System and the rationale for their entry into the system.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

42. **Request:** All documents which identify whether and when each child listed in the D.C. Linkage and Tracking System from January 1, 2000 to the present, was referred to any District of Columbia office, department, or agency for (a) screening, (b) intakes or (c) evaluations for special education; and whether when such a child was (d) offered special education services and (e) started receiving such services.

**Response:** Subject to the General Objections, the District will produce documents responsive to this request.

43. **Request:** All documents created from January 1, 2000 to the present, referring or relating to any communication between the D.C. Linkage and Tracking System

and DCPS.

**Response:** Subject to the General Objections, the District will produce

documents, if any, responsive to this request.

44. **Request:** A list of children from January 1, 2000 to the present, who have

received services from the DHS Early Intervention Program, including their dates

of birth and whether these children are receiving special education services from

DCPS. If they are receiving services, please provide the date of referral or the date

on which the parent provided consent transition, the date of eligibility, and the

date on which services began.

**Response:** Subject to the General Objections, the District will produce documents

responsive to this request.

<div style="margin-left:40%">

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

EDWARD P. TAPTICH
Chief, Equity Section 2

**/s/ Daniel A. Reznek**
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614

</div>

December 27, 2006