CLOSED, SEALDC, STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:97-cv-05453-JP

| | |
|---|---|
| T.B. v. SCHOOL DISTRICT PHIL, et al | Date Filed: 08/26/1997 |
| Assigned to: HONORABLE JOHN R. PADOVA | Jury Demand: None |
| Demand: $0 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 20:1400 Civil Rights of Handicapped Child | Jurisdiction: Federal Question |

**Plaintiff**

**T.B.**
*A MINOR, WHO SUES BY HER MOTHER AND NEXT FRIEND, D.B.; ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **JENNIFER LOWMAN**
EDUCATION LAW CTR - PA
1315 WALNUT ST., 4TH FL
PHILADELPHIA, PA 19107
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LEONARD RIESER**
EDUCATION LAW CENTER
1315 WALNUT STREET
SUITE 400
PHILADELPHIA, PA 19107
215-789-2488
Email: lrieser@elc-pa.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCHOOL DISTRICT OF PHILADELPHIA**

represented by **ROBERT T. LEAR**
THE LAW OFFICES OF CARYL ANDREA OBERMAN
607 A NORTH EASTON ROAD
WILLOW GROVE, PA 19090
215-830-5025
Fax: 215-830-5027
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF EDUCATION**

represented by **SUE ANN UNGER**
OFFICE OF ATTORNEY GENERAL
LITIGATION SECTION
21 SOUTH 12TH STREET
3RD FLOOR

**Plaintiffs' Exhibit 4**

PHILADELPHIA, PA 19107
215-560-2127
Fax: 215-560-1031
Email: sunger@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/1997 | 1 | Complaint. filing fee $150 receipt #642044. (tj) (Entered: 08/27/1997) |
| 08/26/1997 |  | Summons(es) issued Forwarded: 2 originals to counsel 8/27/97. (tj) (Entered: 08/27/1997) |
| 08/26/1997 | 2 | MOTION by PLAINTIFF T.B. FOR PRELIMINARY INJUNCTION, MEMORANDUM. (tj) (Entered: 08/27/1997) |
| 08/26/1997 | 3 | MOTION by PLAINTIFF T.B. FOR CLASS CERTIFICATION, MEMORANDUM. (tj) (Entered: 08/27/1997) |
| 08/26/1997 |  | Standard Case Management Track. (tj) (Entered: 08/27/1997) |
| 09/10/1997 | 4 | ORDER THAT A PRELIMINARY INJUNCTION HEARING WILL BE ON 9/18/97 AT 11:30 A.M. IN COURTROOM 7A . A STATUS HEARING WILL BE HELD ON 10/7/97 AT 2:00 P.M. IN COURTROOM 7A . THIS CASE WILL BE PLACED IN THE SPECIAL CASE MANAGEMENT TRACK. ( SIGNED BY JUDGE JOHN R. PADOVA ) 9/10/97 ENTERED AND COPIES MAILED. (fe) (Entered: 09/10/1997) |
| 09/18/1997 | 5 | Response by DEFENDANT COMM OF PENN DPT EDU to plaintiff's MOTION FOR CLASS CERTIFICATION, Memorandum, Certificate of Service. (fe) (Entered: 09/18/1997) |
| 09/24/1997 | 6 | Certificate of service by PLAINTIFF T.B. re: served copy of motion for preliminary injunction and motion for class certification on 9/4/97, Certificate of Service. (fe) (Entered: 09/24/1997) |
| 09/24/1997 | 7 | Affidavit of: WILLIAM ALEXANDER re: served summons and complaint upon DEFENDANT SCHOOL DISTRICT PHIL. Served by: personal service on 9/4/97. (fe) (Entered: 09/24/1997) |
| 09/24/1997 | 8 | Affidavit of: RICHARD KREITZER re: served summons and complaint upon DEFENDANT COMM OF PENN DPT EDU. Served by: personal service on 9/4/97. (fe) (Entered: 09/24/1997) |
| 09/29/1997 | 9 | Reply by PLAINTIFF T.B. to Defendants' response to motion for CLASS CERTIFICATION, certificate of service. (jl) (Entered: 09/29/1997) |
| 09/29/1997 | 10 | Answer to Complaint and affirmative defenses by DEFENDANT COMM OF PENN DPT EDU (Attorney SUE ANN UNGER), Certificate of Service. (fe) (Entered: 09/30/1997) |
|  |  |  |

| | | |
|---|---|---|
| 09/29/1997 | | ISSUE JOINED. (fe) (Entered: 09/30/1997) |
| 10/07/1997 | 11 | Answer to Complaint and affirmative defense by DEFENDANT SCHOOL DISTRICT PHIL (Attorney ROBERT T. LEAR), Certificate of Service. (fe) (Entered: 10/07/1997) |
| 10/08/1997 | 12 | Report of Pretrial Conference held on 10/7/97. (fe) (Entered: 10/08/1997) |
| 10/08/1997 | 13 | SCHEDULING ORDER THAT ALL DISCOVERY SHALL PROCEED FORTHWITH AND CONTINUE IN SUCH MANNER AS WILL ASSURE THAT ALL REQUESTS FOR AND RESPONSES TO DISCOVERY WILL BE SERVED, NOTICED AND COMPLETED BY 2/10/98. A STATUS CONFERENCE WILL BE HELD ON 11/17/97 AT 9:30 A.M. IN CHAMBERS. DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN 2/24/98. ALL PARTIES SHALL PREPARE AND FILE WITH THE CLERK OF COURT THEIR PRETRIAL MEMORANDA IN ACCORDANCE WITH THIS ORDER AND LOCAL RULE OF CIVIL PROCEDURE 16.1(c) AS FOLLOWS: PLAINTIFFS - ON OR BEFORE 4/13/98. DEFENDANTS - ON OR BEFORE 4/20/98. A FINAL PRETRIAL CONFERENCE FOR THIS MATTER WIL BE HELD ON 4/27/98 AT 9:30 A.M. IN CHAMBERS (ROOM 7614), ETC. ( SIGNED BY JUDGE JOHN R. PADOVA ) 10/8/97 ENTERED AND COPIES MAILED AND FAXED. (fe) (Entered: 10/08/1997) |
| 10/15/1997 | 14 | ORDER THAT THE RULE 16 SCHEDULING ORDER IS AMENDED AS FOLLOWS: PARAGRAPH NO. 2 SHOULD READ AS FOLLOWS: ON OR BEFORE 1/6/98, COUNSEL FOR PLAINTIFF SHALL SERVE UPON COUNSEL FOR DEFENDANT THE INFORMATION REFERRED TO IN FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B) BY EXPERT REPORT, DEPOSITION, OR ANSWER TO EXPERT INTERROGATORY, ETC. ( SIGNED BY JUDGE JOHN R. PADOVA ) 10/15/97 ENTERED AND COPIES MAILED; 10/16/97 COPIES FAXED. (fe) (Entered: 10/16/1997) |
| 10/15/1997 | 15 | ORDER THAT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION IS DISMISSED AS MOOT IN VIEW OF THE SCHOOL DISTRICT'S AGREEMENT TO READMIT T.B. (SIGNED BY JUDGE JOHN R. PADOVA) 10/16/97 ENTERED AND MAILED; 10/15/97 COPIES FAXED. (fe) Modified on 10/16/1997 (Entered: 10/16/1997) |
| 11/03/1997 | 16 | Response by DEFENDANT COMM OF PENN DPT EDU to plaintiff's MOTION FOR CLASS CERTIFICATION, Certificate of Service. (fe) (Entered: 11/04/1997) |
| 11/21/1997 | 17 | PROTECTIVE ORDER THAT THE SCHOOL DISTRICT OF PHILADELPHIA IS AUTHORIZED TO RELEASE TO PLAINTIFFS AND TO THE DEFENDANT PENNSYLVANIA DEPARTMENT OF EDUCATION THE SCHOOL RECORDS OF STUDENTS FOR WHOM THE DISTRICT HAS PROPOSED TRANSFER TO A REMEDIAL DISCIPLINARY SCHOOL OR EXPULSION, SUBJECT TO THE CONDITIONS SET FORTH HEREIN, ETC. ( SIGNED BY |

| | | |
|---|---|---|
| | | JUDGE JOHN R. PADOVA ) ENTERED AND COPIES MAILED AND FAXED. (fe) (Entered: 11/21/1997) |
| 11/21/1997 | | Certain documents governed by Protective Order. (fe) (Entered: 11/21/1997) |
| 12/01/1997 | 18 | MEMORANDUM AND ORDER THAT PLAINITFF'S MOTION FOR CLASS CERTIFICATION IS GRANTED AND THE CLASS IS CERTIFIED AS FOLLOWS, ETC. ( SIGNED BY JUDGE JOHN R. PADOVA ) 12/2/97 ENTERED AND COPIES MAILED. (fe) (Entered: 12/02/1997) |
| 12/30/1997 | 19 | MOTION BY PLAINTIFF T.B. FOR EXTENSION OF TIME , CERTIFICATE OF SERVICE. (fe) (Entered: 12/30/1997) |
| 01/02/1998 | 20 | ORDER THAT EACH OF THE DEADLINES CONTAINED IN THE SCHEDULING ORDER ENTERED ON 10/8/97, AND AMENDED ON 10/16/97, IS EXTENDED BY ONE MONTH. ( SIGNED BY JUDGE JOHN R. PADOVA ) 1/2/98 ENTERED AND COPIES MAILED. (fe) (Entered: 01/02/1998) |
| 03/19/1998 | 21 | UNOPPOSED MOTION BY PLAINTIFF T.B. TO VACATE SCHEDULING ORDER , CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (fe) (Entered: 03/19/1998) |
| 03/19/1998 | 22 | MOTION BY PLAINTIFF T.B. FOR PRELIMINARY APPROVAL OF PROPOSED STIPULATION AND NOTICE TO THE CLASS , CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (fe) (Entered: 03/19/1998) |
| 03/20/1998 | 23 | ORDER THAT THE SCHEDULING ORDER, AS AMENDED, IS VACATED UNTIL FURTHER NOTICE. ( SIGNED BY JUDGE JOHN R. PADOVA ) 3/23/98 ENTERED AND COPIES MAILED; 3/20/98 COPY FAXED. (fe) Modified on 03/23/1998 (Entered: 03/23/1998) |
| 03/25/1998 | 24 | STIPULATION AND ORDER THAT THE COURT WILL HOLD A HEARING ON WHETHER TO GRANT FINAL APPROVAL OF THE PROPOSED STIPULATION ON 5/13/98 AT 10:00 A.M. ( SIGNED BY JUDGE JOHN R. PADOVA ) 3/26/98 ENTERED AND COPIES MAILED AND FAXED. (fe) (Entered: 03/26/1998) |
| 05/13/1998 | 25 | Petition of PLAINTIFF T.B. for leave to settle or compromise minor's action. (jl) (Entered: 05/13/1998) |
| 05/13/1998 | 26 | STIPULATION AND ORDER RE: SETTLEMENT. ( SIGNED BY JUDGE JOHN R. PADOVA ) 5/13/98 ENTERED AND COPIES MAILED. (fe) Modified on 05/13/1998 (Entered: 05/13/1998) |
| 05/13/1998 | 27 | Minute entry: Hearing on 5/13/98 at 10:10 a.m. re: the court approves stipulation of settlement. (fe) (Entered: 05/13/1998) |
| 05/15/1998 | 28 | ORDER THAT THE COMPROMISE SETTLEMENT OF THE ABOVE CAPTIONED ACTION BETWEEN PLAINTIFF, T.B., A MINOR, BY HER MOTHER AND NEXT FRIEND, D.B. AND DEFENDANT THE |

|  |  | SCHOOL DISTRICT OF PHILADELPHIA IN THE GROSS AMOUNT OF $32,000, IS HEREBY APPROVED, ETC. ( SIGNED BY JUDGE JOHN R. PADOVA ) 5/15/98 ENTERED AND COPIES MAILED AND FAXED. (fe) (Entered: 05/15/1998) |
|---|---|---|
| 07/09/1998 |  | Case closed (kv) (Entered: 07/14/1998) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/10/2006 14:13:44 ||||
| PACER Login: | tp0024 | Client Code: | 810 |
| Description: | Docket Report | Search Criteria: | 2:97-cv-05453-JP |
| Billable Pages: | 3 | Cost: | 0.24 |