CONSENT, PROTO

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
### CIVIL DOCKET FOR CASE #: 2:01-cv-00928-AEG

S v. School Bd Milwaukee, et al
Assigned to: Magistrate Judge Aaron E Goodstein
Demand: $0
Case in other court: Eastern District of Kentucky, 05-00047-WOB
Cause: 20:1400 Civil Rights of Handicapped Child

Date Filed: 09/13/2001
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2001 | 1 | COMPLAINT (Summons(es) issued); consent forms distributed for Magistrate Judge Goodstein (vlh, ) |
| 09/13/2001 | 2 | CERTIFICATE of interest by plaintiffs (vlh, ) (Entered: 09/14/2001) |
| 09/13/2001 | 3 | CERTIFICATE of interest (SEALED) by plaintiffs (vlh, ) (Entered: 09/14/2001) |
| 09/17/2001 | 4 | ORDER for random reassignment by Judge Lynn Adelman for Judge Reynolds: case randomly reassigned to Judge Charles N. Clevert (cc: all counsel) (vlh, ) (Entered: 09/18/2001) |
| 09/24/2001 | 5 | MOTION by plaintiff FOR ORDER FOR PERMISSION TO PROCEED ANONYMOUSLY , and TO SEAL CERTIFICATE OF INTEREST (ers, ) |
| 10/03/2001 | 6 | DECISION AND ORDER: by Judge Charles N. Clevert GRANTING motion FOR ORDER FOR PERMISSION TO PROCEED ANONYMOUSLY [5-1], GRANTING motion TO SEAL CERTIFICATE OF INTEREST [5-2] THAT the parties shall refer to any Plaintiff of proposed class members by their first name & last initial in any document filed w/ the court unless the documents are sealed upon a proper request by the parties. THAT the identification information beyond the Plaintiffs or proposed class members first name & last initial obtained during the course of discovery shall not be disclosed except as necessary for the prosecution of the case or the defense or upon a proper application to the court. (cc: all counsel) (ers, ) (Entered: 10/04/2001) |
| 10/05/2001 | 7 | REFUSAL to Consent to Proceed before Magistrate Judge by defendant Public Instruction, defendant Elizabeth Burmaster w/ attached Certificate of Service (ers, ) |
| 10/18/2001 | 8 | CONSENT to Proceed before Magistrate Judge by defendant Public Instruction, defendant Elizabeth Burmaster ( A Change from 10/4/01) (ers, ) Modified on 10/18/2001 |

**Plaintiffs' Exhibit 5**

| | | |
|---|---|---|
| 10/24/2001 | 9 | CONSENT to Proceed before Magistrate Judge by ALL plaintiffs (ers, ) |
| 10/24/2001 | 10 | CERTIFICATE Of Service by plaintiffs (ers, ) |
| 11/13/2001 | 11 | ANSWER & Affirmative Defenses by defendant Public Instruction, defendant Elizabeth Burmaster to [1-1] (ers, ) |
| 11/13/2001 | 12 | ANSWER by defendant Schools Milwaukee, defendant Spence Korte, defendant Board of Sch Dir Mil to [1-1] (ers, ) |
| 11/13/2001 | 13 | CERTIFICATE OF SERVICE by defendant Schools Milwaukee, defendant Spence Korte, defendant Board of Sch Dir Mil (ers, ) |
| 11/14/2001 | 14 | NOTICE by the Court ; Scheduling Conference set for 9:30 12/13/01 Joint Written Report outlining their discovery plan due 12/5/01 (cc: all counsel) (ers, ) (Entered: 11/16/2001) |
| 11/28/2001 | 15 | CONSENT to Proceed before Magistrate Judge by defendant Board of Sch Dir Mil, defendant Schools Milwaukee and defendant Spence Korte (vkb, ) (Entered: 11/29/2001) |
| 11/28/2001 | 16 | CERTIFICATE of service by defendant Schools Milwaukee, defendant Spence Korte and defendant Board of Sch Dir Mil (vkb, ) (Entered: 11/29/2001) |
| 11/28/2001 | 17 | ORDER by Judge Charles N. Clevert upon consent of parties, this case transferred to Mag Judge Aaron E. Goodstein for final disposition (cc: all counsel) (kah, ) (Entered: 11/29/2001) |
| 11/28/2001 | | Consent to Magistrate Jurisdiction (vkb) (Entered: 03/21/2005) |
| 12/03/2001 | 18 | NOTICE of hearing by the Court ; Rule 16 scheduling conference rescheduled for 9:30am on 12/19/01 (cc: all counsel) (vkb, ) (Entered: 12/04/2001) |
| 12/05/2001 | 19 | JOINT RULE 26 DISCOVERY PLAN by plaintiffs and defendants (vkb, ) (Entered: 12/06/2001) |
| 12/13/2001 | 20 | JOINT SCHEDULING CONFERENCE REPORT from plaintiffs, defendants (kah, ) (Entered: 12/14/2001) |
| 12/17/2001 | 21 | ATTORNEY APPEARANCE for defendant Board of Sch Dir Mil by Stuart Parsons, Gary M Ruesch, Michael Aldana, Lafayette L Crump (kah, ) |
| 12/19/2001 | 22 | HEARING MINUTES: by Mag Judge Aaron E. Goodstein ; any motions relating to discovery disputes are to be filed no later than 3/13/02; Rule 16 conference continued to 9:30am on 3/20/02; Joint Rule 26f report to be filed by 3/13/02 Court Reporter: Tape 2011 1-966 (vkb, ) Modified on 03/05/2002 (Entered: 12/20/2001) |
| 12/21/2001 | 23 | SCHEDULING ORDER by Mag Judge Aaron E. Goodstein; see hearing minutes (cc: all counsel) (vkb, ) (Entered: 12/27/2001) |
| 03/04/2002 | 24 | JOINT MOTION by plaintiffs and defendants Dept of Public Instruction |

| | | |
|---|---|---|
| | | and Elizabeth Burmaster for protective order ; proposed order attached (vkb, ) (Entered: 03/05/2002) |
| 03/04/2002 | 25 | BRIEF by plaintiffs and State defendants in support of joint motion for protective order [24-1] (vkb, ) (Entered: 03/05/2002) |
| 03/08/2002 | 26 | MOTION by plaintiff for declaratory order (vkb, ) (Entered: 03/11/2002) |
| 03/08/2002 | 27 | BRIEF by plaintiffs in support of motion for declaratory order [26-1] (vkb, ) (Entered: 03/11/2002) |
| 03/08/2002 | 28 | LETTER from the court to plaintiffs; the court has received plaintiffs' motion for a declaratory order, however, before the court will consider this motion compliance with Civil Local Rule 37.1 is necessary (vkb, ) (Entered: 03/11/2002) |
| 03/08/2002 | 29 | PROTECTIVE ORDER by Mag Judge Aaron E. Goodstein: see order for details (cc: all counsel) (vkb, ) (Entered: 03/11/2002) |
| 03/13/2002 | 30 | JOINT RULE 26 DISCOVERY PLAN by plaintiffs and defendants (vkb, ) |
| 03/13/2002 | 31 | LETTER from plaintiffs in response to letter from the court dated 03/08/02 re: Motion for Declaratory Order that was filed. (kah, ) (Entered: 03/15/2002) |
| 03/19/2002 | 32 | MOTION of the Milwaukee Teachers' Education Association to intervene (vkb, ) (Entered: 03/20/2002) |
| 03/19/2002 | 33 | BRIEF in support of motion to intervene [32-1] by the Milwaukee Teachers' Education Association (vkb, ) (Entered: 03/20/2002) |
| 03/19/2002 | 34 | AFFIDAVIT of Sam Carmen in support of motion of the Milwaukee Teachers' Education Association to intervene (vkb, ) (Entered: 03/20/2002) |
| 03/19/2002 | 35 | LETTER from Milwaukee Teachers Education Assoication re: plaintiffs Motion for Declaratory Order (vkb, ) (Entered: 03/20/2002) |
| 03/20/2002 | 36 | HEARING MINUTES: by Mag Judge Aaron E. Goodstein status hearing held 3/20/02 ; defendant to respond to plaintiffs' motion for declaratory order by 4/03/02; plaintiff to respond by 4/17/02; parties to respond to Milwaukee Teachers Education Association's motion to intervene and its letter requesting notice of informal interviews and depositions no later than 4/03/02; MTEA to respond by 4/10/02; initial disclosures to be exchanged by 5/20/02; plaintiffs to disclose expert witnesses by 7/22/02; defendants by 9/06/02; motion for class certification due by 10/31/02; responses by 12/16/02 and reply by 1/10/03 Court Reporter: John Schindhelm (vkb, ) Modified on 03/25/2002 (Entered: 03/21/2002) |
| 03/22/2002 | 37 | SCHEDULING ORDER II by Mag Judge Aaron E. Goodstein: see hearing minutes (cc: all counsel) (vkb, ) (Entered: 03/25/2002) |
| 03/28/2002 | 38 | MOTION by plaintiffs to compel (vkb, ) |

| | | |
|---|---|---|
| 03/28/2002 | 39 | BRIEF by plaintiffs in support of motion to compel [38-1] (vkb, ) |
| 03/28/2002 | 40 | SECOND AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb, ) |
| 04/03/2002 | 41 | LETTER from defendants Department of Public Instruction and Elizabeth Burmaster stating that they do not object to MTEA's motion to intervene nor do they object to the request in MTEA's 3/19/02 letter (vkb, ) (Entered: 04/04/2002) |
| 04/03/2002 | 42 | LETTER from plaintiffs in response to MTEA's motion to intervene and request in MTEA's 3/19/02 letter (vkb, ) (Entered: 04/04/2002) |
| 04/03/2002 | 43 | LETTER from defendants MPS, Spence Korte and Board of Sch Dir stating that they do not object to MTEA's motion to intervene and that their position with regard to plaintiffs' interviewing bargaining unit members is stated in their brief in opposition to plaintiffs' motion for a declaratory ruling (vkb, ) (Entered: 04/04/2002) |
| 04/03/2002 | 44 | BRIEF by defendant MPS, Spence Korte and Board of Sch Dir Mil in opposition to plaintiffs' motion for declaratory order [26-1] (vkb, ) (Entered: 04/04/2002) |
| 04/08/2002 | 45 | LETTER from plaintiffs re: discovery disupte (vkb, ) (Entered: 04/09/2002) |
| 04/10/2002 | 46 | LETTER from the Court to plaintiff; the court will consider the motion to complel; the defendant shall respond no later than 4/19/02 and any reply must be filed no later than 5/03/02 (vkb, ) (Entered: 04/11/2002) |
| 04/10/2002 | 47 | MOTION by defendants Department of Public Instruction and Elizabeth Burmaster for hearing on parent objections to proposed release of student records (vkb, ) (Entered: 04/11/2002) |
| 04/10/2002 | 48 | DOCUMENTS received from defendants Department of Public Instruction and Elizabeth Burmaster; copies of documents containing personally identifiable student information regarding the three students whose parents or guardians have objected to the release of certain documents pursuant to the Court's Protective Order (SEALED) (vkb, ) (Entered: 04/11/2002) |
| 04/11/2002 | 49 | ORDER by Mag Judge Aaron E. Goodstein granting motion for hearing on parent objections to proposed release of student records [47-1] (cc: all counsel) (vkb, ) (Entered: 04/12/2002) |
| 04/11/2002 | 49 | NOTICE of hearing by the Court ; hearing on parent objections set for 9:00am on 5/1/02 in Courtroom 254 (cc: all counsel) (vkb, ) (Entered: 04/12/2002) |
| 04/15/2002 | 50 | SUPPLEMENTAL DOCUMENTS relating to the hearing on objections to the release of certain documents by defendants Department of Public Instruction and Elizabeth Burmaster (SEALED) (vkb, ) (Entered: 04/16/2002) |
| 04/17/2002 | 51 | REPLY BRIEF by plaintiffs in support of motion for declaratory order |

| | | [26-1] (vkb, ) (Entered: 04/18/2002) |
|---|---|---|
| 04/19/2002 | 52 | BRIEF by defendants Board of Sch Dir Mil, MPS and Spence Korte in opposition to plaintiffs' motion to compel [38-1] (vkb, ) (Entered: 04/22/2002) |
| 04/19/2002 | 53 | AFFIDAVIT of Gary Ruesch in support of defendants Milwaukee Board of School Directors, Milwaukee Public Schools and Spence Korte's response to plaintiffs' motion to compel (vkb, ) (Entered: 04/22/2002) |
| 04/29/2002 | 54 | LETTER from Susie Smith, mother of Beatrice Smith, stating that she does not object to the release of information about her daughter and she does not intend on appearing at the hearing on this matter (vkb, ) |
| 05/01/2002 | 55 | HEARING MINUTES: by Mag Judge Aaron E. Goodstein ; hearing held 5/1/02 ; parties agree to draft letter to parents which will give parents more information as to the disemination of information; parties have not appeared; Court states that parties have waived objections due to non-appearance; Court Reporter: Kristin Wurgler, Schindhelm (vkb, ) (Entered: 05/02/2002) |
| 05/01/2002 | 56 | ORDER AUTHORIZING RELEASE by Mag Judge Aaron E. Goodstein; because the parents or guardians failed to appear, the court, in the exercise of its discretion, concludes that the parents have waived their objections to the release of information; the defendants may release the documents in accordance with the protective order; the plaintiffs and defendants agree to work on revising the letter sent to parents concerning the release of information in an effort to make it more consumer friendly (cc: all counsel) (vkb, ) (Entered: 05/02/2002) |
| 05/03/2002 | 57 | REPLY BRIEF by plaintiffs in support of motion to compel [38-1] (vkb, ) |
| 05/03/2002 | 58 | ORDER by Mag Judge Aaron E. Goodstein denying without prejudice MTEA's motion to intervene [32-1]; denying plaintiffs' motion for declaratory order [26-1] but the court establishes the informal discovery procedure set forth in this order at pages 9-10; denying plaintiffs' motion to compel [38-1] (cc: all counsel) (vkb, ) (Entered: 05/06/2002) |
| 06/12/2002 | 59 | REQUEST by defense attorney Bruce Olson for a telephone status conference re: parents objections to release of documents (vkb, ) (Entered: 06/13/2002) |
| 06/17/2002 | 60 | NOTICE of hearing by the Court ; Telephonic scheduling conference to discuss parents' objections set for 8:30am on 6/27/02 (cc: all counsel) (vkb, ) |
| 06/24/2002 | 61 | LETTER from plaintiffs re: 6/27/02 hearing (vkb, ) |
| 06/27/2002 | 62 | HEARING MINUTES: by Mag Judge Aaron E. Goodstein; John and Rosa Malave called but not available; because they failed to appear the court concludes that the parents have waived their objections to the release of information; the plaintiffs and defendants agree to work on revising the letter sent to parents in an effort to make it more consumer |

| | | |
|---|---|---|
| | | friendly; draft of the revised letter to plaintiffs' counsel by 7/9/02 ; telephone hearing held 6/27/02 Court Reporter: None (vkb, ) (Entered: 06/28/2002) |
| 06/28/2002 | 63 | ORDER AUTHORIZING RELEASE OF DOCUMENTS by Mag Judge Aaron E. Goodstein; because Juan and Rosa Malave failed to appear, the court, in the exercise of its discretion, concludes that the parents have waived their objections to the release of information; the defendants may release the documents in accordance with the protective order; see hearing minutes (cc: all counsel) (vkb, ) (Entered: 07/01/2002) |
| 07/15/2002 | 64 | LETTER from plaintiffs; the parties have agreed to modify dates for sharing certain information; the response deadlined to plaintiffs Second Set of Interrogatories and Request for Production of Documents Directed Towards Defendnats MBSD, MPS and Spence Korte and plaintiff's Rule 34 Request related to the deposition of Carol Topinka is exntended to 7/31/02; plaintiff shall disclose the names, CV, and other expert experience of their experts by 8/02/02; plaintiffs shall disclose their experts' reports by 8/16/02; all defendants shall disclose the names, CV, and other expert experience of their experts by 9/06/02; all defendants shall disclose their experts' reports by 9/20/02 (vkb, ) (Entered: 07/16/2002) |
| 08/27/2002 | 65 | JOINT MOTION by plaintiffs and defendants for protective order (vkb, ) (Entered: 08/28/2002) |
| 08/28/2002 | 66 | PROTECTIVE ORDER by Mag Judge Aaron E. Goodstein : granting motion for protective order [65-1] (cc: all counsel) (vkb, ) (Entered: 08/30/2002) |
| 09/11/2002 | 67 | RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTION by defendants Board of Sch Dir Mil, MPS and Spence Korte to enlarge the time to serve their expert report (vkb, ) (Entered: 09/12/2002) |
| 09/13/2002 | 68 | ORDER by Mag Judge Aaron E. Goodstein granting defendants motion to enlarge the time to serve their expert report [67-1]; granted on the condition that the report is delivered to plaintiffs' counsel on or before 9/27/02; the deadline for the filing of the motion for class certification is extended to 11/07/02; the date for responding is extended to 12/23/02; and the date for reply is extended to 1/17/03 (cc: all counsel) (vkb, ) (Entered: 09/16/2002) |
| 09/16/2002 | 69 | BRIEF IN OPPOSITION TO MPS DEFENDANTS' MOTION TO ENLARGE TIME by plaintiffs [67-1] (vkb, ) (Entered: 09/17/2002) |
| 09/16/2002 | 70 | THIRD AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb, ) (Entered: 09/17/2002) |
| 09/25/2002 | 71 | RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTION by plaintiffs for leave to file a supplemental complaint (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 72 | PROPOSED First Supplemental Complaint submitted by plaintiffs (vkb, ) (Entered: 09/26/2002) |

| | | |
|---|---|---|
| 09/25/2002 | 73 | MOTION by plaintiffs for preliminary injunction (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 74 | BRIEF by plaintiffs in support of motion for preliminary injunction [73-1] (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 75 | DECLARATION of Maurice A in support of Motion for Preliminary Injunction (unsigned) (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 76 | DECLARATION of Laura Owens in support of motion for preliminary injunction (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 77 | DECLARATION of Michael J Bachhuber in support of motion for preliminary injunction (vkb, ) (Entered: 09/26/2002) |
| 09/25/2002 | 78 | RULE 7.4 EXPEDITED NON-DISPOSITVE MOTION by plaintiffs to file signed copy of declaration under seal (vkb, ) (Entered: 09/26/2002) |
| 09/27/2002 | 79 | NOTICE of hearing by the Court setting telephone hearing on plaintiff's motion for leave to file a supplemental complaint [71-1] for 4:00pm on 10/9/02; defendants shall file their written response in accordance with Civil LR 7.4(b); plaintiffs shall file a proposed supplemental complaint that meets the requirements of Civil LR 15 in that "the entire pleading as amended" must be reproduced and it "may not incorporate any prior pleading by reference"; this shall be filed no later than 10/04/02 (cc: all counsel) (vkb, ) (Entered: 09/30/2002) |
| 10/01/2002 | 80 | LETTER from Attorney Roxane Crawford stating that she will not be participating in the 10/09/02 hearing; the Milw Board of School Directors will be represented by Quarles & Brady at the hearing (vkb, ) (Entered: 10/02/2002) |
| 10/03/2002 | 81 | MOTION by plaintiffs to compel (vkb, ) (Entered: 10/04/2002) |
| 10/03/2002 | 82 | BRIEF by plaintiffs in support of motion to compel [81-1] (vkb, ) (Entered: 10/04/2002) |
| 10/03/2002 | 83 | FOURTH AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb, ) (Entered: 10/04/2002) |
| 10/04/2002 | 84 | PROPOSED First Amended and Supplemental Complaint submitted by plaintiff (vkb, ) (Entered: 10/07/2002) |
| 10/04/2002 | 85 | BRIEF by state defendants Public Instruction and Elizabeth Burmaster in opposition to plaintiffs' motion for leave to file a supplemental complaint [71-1] (vkb, ) (Entered: 10/07/2002) |
| 10/04/2002 | 86 | BRIEF by defendants MPS, Board of Sch Dir Mil and William Andrekopolous in opposition to plaintiffs' motion for leave to file a supplemental complaint [71-1] (vkb, ) (Entered: 10/07/2002) |
| 10/08/2002 | 87 | LETTER BRIEF by MPS defendants in opposition to plaintiffs' motion to compel [81-1] (vkb, ) Modified on 10/09/2002 (Entered: 10/09/2002) |
| 10/09/2002 | 88 | ATTORNEY APPEARANCE for movants MPS, Board of Sch Dir Mil, |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | William Andrekopolous by William P Croke and Todd M Rowe (vkb, ) (Entered: 10/10/2002)                                                                                                                                                                                                                                                                                                          |
| 10/09/2002 | 89  | MOTION by movants MPS, Board of Sch Dir Mil and William Andrekopolous to bring in third-party defendant (vkb, ) (Entered: 10/10/2002)                                                                                                                                                                                                                                                           |
| 10/09/2002 | 90  | BRIEF by movants MPS, Board of Sch Dir Mil and William Andrekopolous in support of motion to bring in third-party defendant [89-1] (vkb, ) (Entered: 10/10/2002)                                                                                                                                                                                                                                |
| 10/09/2002 | 91  | AFFIDAVIT of William P Croke in support of motion to bring in third-party defendant (vkb, ) (Entered: 10/10/2002)                                                                                                                                                                                                                                                                               |
| 10/09/2002 | 92  | HEARING MINUTES: by Mag Judge Aaron E. Goodstein on motion for leave to file a supplemental complaint [71-1] and motion to compel [81-1]; the court will DENY plaintiffs' motion for leave to file a supplemental complaint [71-1]; the court lacks jurisdiction; plaintiffs' motion to compel [81-1] is GRANTED; defendants to state reasons for denial within 10 days; Court Reporter: Recorded 4:02:26 - 4:44:31 (vkb, ) (Entered: 10/10/2002) |
| 10/11/2002 | 93  | ORDER by Mag Judge Aaron E. Goodstein; see hearing minutes (cc: all counsel) (vkb, )                                                                                                                                                                                                                                                                                                            |
| 10/23/2002 | 94  | PLAINTIFF'S STATEMENT regarding response brief to MPS defendants' motion for leave to bring in third-party defendant docketed as BRIEF IN OPPOSITION to motion to bring in third-party defendant [89-1] (vkb, ) (Entered: 10/24/2002)                                                                                                                                                           |
| 10/25/2002 | 95  | REPLY BRIEF by defendants Board of Sch Dir Mil, MPS, and William Andrekopolous in support of their motion to bring in third-party defendant [89-1] (vkb, ) (Entered: 10/28/2002)                                                                                                                                                                                                                |
| 11/06/2002 | 96  | NOTICE of hearing by the Court setting hearing on motion to bring in third-party defendant [89-1] for 9:00am on 11/18/02 (cc: all counsel) (vkb, ) (Entered: 11/07/2002)                                                                                                                                                                                                                         |
| 11/07/2002 | 97  | MOTION by plaintiffs for class certification (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                                                                                      |
| 11/07/2002 | 98  | BRIEF by plaintiffs in support of motion for class certification [97-1] (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                                                           |
| 11/07/2002 | 99  | MOTION by plaintiffs to file signed copy of declarations in support of motion for class certification under seal (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                  |
| 11/07/2002 | 100 | Signed copy of declarations in support of plaintiffs' Motion for Class Certification filed under SEAL (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                             |
| 11/07/2002 | 101 | DOCUMENTS received from plaintiffs; Volume 2 - Affidavit of Counsel, Deposition Excerpts, Exhibits (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                                |
| 11/07/2002 | 102 | DOCUMENTS received from plaintiffs; Volume 3 - Experts' Vitae, Experts' Reports (vkb, ) (Entered: 11/08/2002)                                                                                                                                                                                                                                                                                   |

| | | |
|---|---|---|
| 11/07/2002 | 103 | DOCUMENTS received from plaintiffs; Volume 4 - Declarations (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 104 | DECLARATION of Terri Fuller in support of motion for class certification (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 105 | DECLARATION of Pat Patterson in support of motion for class certification (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 106 | DECLARATION of Flora Y (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 107 | DECLARATION of Vickie S (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 108 | DECLARATION of Julie B (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 109 | DECLARATION of Rhonda D (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 110 | DECLARATION of Lynn M (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 111 | DECLARATION of Christine W (copy filed) (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 112 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Spence Korte 10/24/02 (vkb, ) Modified on 11/08/2002 (Entered: 11/08/2002) |
| 11/07/2002 | 113 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Susan Ristow 5/24/02 (vkb, ) Modified on 11/08/2002 (Entered: 11/08/2002) |
| 11/07/2002 | 114 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Elliot Weiman 7/01/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 115 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Georgette Rodriguez 6/10/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 116 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Robert Plath 7/11/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 117 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Suzanne Lundin 6/24/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 118 | ORIGINAL SEALED TRANSCRIPT filed; Examination of Jack L Frye-Osier 7/02/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 119 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Kaye Reynolds 10/09/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 120 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of John Gardner 5/31/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 121 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Stephanie Petska 10/04/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 122 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Audrey Potter 10/07/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 123 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Carol R Topinka 5/30/02 (vkb, ) (Entered: 11/08/2002) |

| | | |
|---|---|---|
| 11/07/2002 | 124 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Janice Duff 7/15/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 125 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Richard Brigham 5/29/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 126 | ORIGINAL SEALED TRANSCRIPT filed; Volume 2 Deposition of Richard Brigham 6/13/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 127 | ORIGINAL SEALED TRANSCRIPT filed; Deposition of Patricia A Yahle 5/22/02 (vkb, ) (Entered: 11/08/2002) |
| 11/07/2002 | 128 | ORIGINAL SEALED TRANSCRIPT filed; Volume 2 Deposition of Patricia A Yahle 6/05/02 (vkb, ) (Entered: 11/08/2002) |
| 11/18/2002 | 129 | Minute Entry for proceedings held before Judge Aaron E Goodstein: Motion Hearing held on 11/18/2002 re [99] Motion to File signed copy of declarations in support of motion for class certification under seal and [89] Motion to Add Party as third party defendant; court will GRANT motion to maintain signed declarations under seal; court will order substitution of the new superintendent in place of Spence Korte; plaintiff has no objection to adding 3rd pary defendant so long as it does not impede movement of the case; court will only bring in National Union and USF&G if the parties will consent to proceed before the magistrate; National Union to discuss and advise the court; Atty Fredrickson to advise the court within 7 days (Tape #9:04:10 - 9:40:04) (vkb) Modified on 11/19/2002 (vkb, ). (Entered: 11/19/2002) |
| 11/19/2002 | 130 | ORDER signed by Judge Aaron E Goodstein; plaintiff's Motion to file signed copy of declarations in support of motion for class certification under seal is GRANTED; defendants' Motion to bring in third party is TAKEN UNDER ADVISEMENT; National Union Fire Ins Co is to advise the court, in writing by 11/25/02, whether or not it will consent to Magistrate Judge jurisdiction if the defendants' motion is granted; pursuant to Rule 25(d), William Andrekopolous is substituted as Superintendent of Milw Public Schools replacing Spence Korte (cc: all counsel) (vkb) (Entered: 11/21/2002) |
| 11/20/2002 | 131 | MOTION by plaintiffs to Compel answers to plaintiffs' third set of interrogatories and request for production of documents (vkb) (Entered: 11/22/2002) |
| 11/20/2002 | 131 | MOTION by plaintiffs for Leave to Exceed Interrogatories Limit (vkb) (Entered: 11/22/2002) |
| 11/20/2002 | 132 | BRIEF in Support of plaintiffs' [131] MOTION to Compel and [131] MOTION for Leave (vkb) (Entered: 11/22/2002) |
| 11/20/2002 | 133 | FIFTH AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb) (Entered: 11/22/2002) |
| 12/02/2002 | 134 | LETTER from National Union; National Union has chosen not to consent to magistrate jurisdiction and wishes to maintain its full, unencumbered rights to bring in third-parties to any action in which it is named (vkb) |

| | | (Entered: 12/03/2002) |
|---|---|---|
| 12/11/2002 | 135 | BRIEF in Opposition re [131] plaintiffs' MOTION to Compel answers to plaintiffs' third set of interrogatories and request for production of documentsand re [131] MOTION by plaintiffs for Leave to Exceed Interrogatories Limit filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 12/12/2002) |
| 12/11/2002 | 136 | AFFIDAVIT of Lafayette L Crump in support of response to plaintiffs' motion to compel and to seek responses to additional interrogatories (vkb) (Entered: 12/12/2002) |
| 12/23/2002 | 137 | BRIEF in Opposition re [97] Motion to Certify Class filed by State Defendants (vkb) |
| 12/23/2002 | 138 | AFFIDAVIT of Bruce A Olsen (vkb) |
| 12/23/2002 | 139 | AFFIDAVIT of Sherri Honaker (vkb) |
| 12/23/2002 | 140 | BRIEF in Opposition re [97] plaintiffs' Motion to Certify Class filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 12/24/2002) |
| 12/23/2002 | 141 | AFFIDAVIT of Patricia Yahle in support of Milwaukee Board of School Directors, Milwaukee Public Schools and William Andrekopoulos's Brief in Opposition to Plaintiffs' Motion for Class Certification (vkb) (Entered: 12/24/2002) |
| 12/24/2002 | 142 | REPLY BRIEF in Support re [131] MOTION to Compel and [131] MOTION to Seek Responses to additional interrogatories beyond those permitted by rule filed by Plaintiffs (vkb) |
| 12/24/2002 | 143 | SIXTH AFFIDAVIT of Jeffrey Sptizer-Resnick (vkb) |
| 01/03/2003 | 144 | LETTER from MPS defendants clarifying a point in their brief in opposition to plaintiffs' motion to compel and to seek responses to additional interrogatories (vkb) (Entered: 01/06/2003) |
| 01/17/2003 | 145 | REPLY BRIEF in Support re [97] Motion to Certify Class filed by Plaintiffs (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 146 | AFFIDAVIT of Monica Murphy in support of motion for class certification (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 147 | MOTION to Enlarge Page Limits for its Reply Brief in Support of Plaintiffs' Motion for Class Certification by Plaintiffs (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 148 | MOTION to Strike the Affidavit of Patricia Yahle by Plaintiffs (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 149 | BRIEF in Support re [148] MOTION to Strike the Affidavit of Patricia Yahle filed by Plaintiffs (vkb) (Entered: 01/21/2003) |
| | | |

| | | |
|---|---|---|
| 01/17/2003 | 150 | AFFIDAVIT of Monica Murphy in support of Motion to Strike the Affidavit of Patricia Yahle (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 151 | DECLARATION of Ayoka Huff in support of Motion to Strike Pat Yahle Affidavit (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 152 | TRANSCRIPT of Deposition of Ada Rivera on 12/11/02; in judge's file (vkb) (Entered: 01/21/2003) |
| 01/17/2003 | 153 | TRANSCRIPT of Deposition of Elise Frattura, PhD held on 10/18/02; in judge's file (vkb) (Entered: 01/21/2003) |
| 02/10/2003 | 154 | BRIEF in Opposition re [148] plaintiffs' MOTION to Strike Affidavit of Patricia Yahle filed by City of Milwaukee Defendants(vkb) |
| 02/10/2003 | 155 | AFFIDAVIT of Patricia Yahle in opposition to plaintiff's motion to strike (vkb) |
| 02/10/2003 | 156 | AFFIDAVIT of Joann Buhr in opposition to plaintiff's motion to strike (vkb) |
| 02/10/2003 | 157 | AFFIDAVIT of Richard Desotelle in opposition to plaintiffs' motion to strike (vkb) |
| 02/24/2003 | 158 | REPLY BRIEF in Support re [148] MOTION to Strike the Affidavit of Patricia Yahle filed by Plaintiffs (vkb) |
| 05/23/2003 | 159 | DECISION & ORDER REGARDING CLASS CERTIFICATION signed by Judge Aaron E Goodstein on 05/23/03: IT IS ORDERED that Pltf's [147] Motion for Leave to File Excess Pages is GRANTED; FURTHER ORDERED that the pltfs submit an amended class certification motion by 06/23/03; defts to submit their response by 07/14/03; pltfs reply due by 07/21/03; FURTHER ORDERED that Deft's [148] Motion to Strike the affidavit of Patricia Yahle is DENIED WITHOUT PREJUDICE . (cc: all counsel) (kah, ) (Entered: 05/27/2003) |
| 05/27/2003 | 160 | LETTER from the Court to counsel; regarding some unresolved matters in this case, plaintiffs' motion to compel which was filed on 11/20/02 and defendants motion to add a third-party defendant which was filed 10/9/02. Plaintiffs counsel should submit a letter indicating which interrogatories need to be answered and which documents should be produced. Plaintiffs letter should be submitted nolater than 6/6/03, and defendants respond no later than 6/16/03, no reply is required. Defendants are to advise the court in writing no later than 6/6/0 3as to whether they are still pursuing their motion to add a third-party defendant.(eeb, ) Modified on 5/27/2003 (eeb, ). |
| 06/06/2003 | 161 | LETTER from Milwaukee defendants (movants) confirming that the motion to add a third-party in this case was effectively withdrawn by Atty. Fredrickson's 12/02/02 letter (vkb) (Entered: 06/09/2003) |
| 06/06/2003 | | MARGINAL ORDER by Judge Aaron E Goodstein that the clerk is directed to have the docket reflect that [89] defendants'/movants' Motion to Add a Third-Party Defendant has been WITHDRAWN (motion |

| | | |
|---|---|---|
| | | terminated and movants terminated) (cc: all counsel)(vkb) (Entered: 06/09/2003) |
| 06/06/2003 | 162 | LETTER from plaintiffs indicating which interrogatories need to be answered and which documents need to be produced (vkb) (Entered: 06/12/2003) |
| 06/06/2003 | 163 | SEVENTH AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb) (Entered: 06/12/2003) |
| 06/16/2003 | 164 | LETTER from Milwaukee defendants requesting that the Court deny plaintiffs' Motion to Compel and deny plaintiffs' Motion to File Additional Interrogatories as moot, or, in the alternative, limit plaintiffs' additional interrogatories to those that have already been answered (vkb) (Entered: 06/18/2003) |
| 06/23/2003 | 165 | AMENDED MOTION for Class Certification by Plaintiffs (vkb) (Entered: 06/24/2003) |
| 06/23/2003 | | ***Motions terminated: [97] Motion to Certify Class filed by plaintiffs; amended motion filed (vkb) (Entered: 06/24/2003) |
| 06/23/2003 | 166 | BRIEF in Support re [165] Amended MOTION for Class Certification filed by Plaintiffs (vkb) (Entered: 06/24/2003) |
| 06/23/2003 | 167 | Eighth AFFIDAVIT of Jeffrey Spitzer-Resnick (vkb) (Entered: 06/24/2003) |
| 06/24/2003 | 168 | CERTIFICATE OF SERVICE of Amended Motion for Class Certification by Plaintiffs (vkb) (Entered: 06/25/2003) |
| 07/14/2003 | 169 | BRIEF in Opposition re [165] plaintiffs' Amended MOTION for Class Certification filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 07/15/2003) |
| 07/14/2003 | 170 | AFFIDAVIT of Nancy Fuhrman in opposition to plaintiff's amended motion for class certification (vkb) (Entered: 07/15/2003) |
| 07/14/2003 | 171 | AFFIDAVIT of Patricia Yahle in support of Milwaukee Board of School Directors, MPS, and William Andrekopoulos' brief in opposition to plaintiffs' amended motion for class certification (SEALED per the 8/01/03 order) (vkb) (Entered: 07/15/2003) |
| 07/15/2003 | 172 | BRIEF in Opposition re [165] plaintiffs' Amended MOTION for Class Certification filed by Defendants Elizabeth Burmaster and Department of Public Instruction (vkb) |
| 07/21/2003 | 173 | REPLY BRIEF in Support re [165] MOTION to Certify Class filed by Plaintiff Lamont A. (eeb, ) (Entered: 07/22/2003) |
| 07/21/2003 | 174 | NINTH AFFIDAVIT of Jeffrey Spitzer-Resnick (eeb, ) (Entered: 07/22/2003) |
| 07/23/2003 | 175 | JOINT MOTION to Seal Affidavit of Patricia Yahle and Attached |

| | | |
|---|---|---|
| | | Documents Submitted Therewith (vkb) (Entered: 07/24/2003) |
| 07/23/2003 | 176 | Copy of [169] defendants' BRIEF in Opposition to [165] plaintiffs' Amended MOTION for Class Certification; appendices properly attached; filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 07/24/2003) |
| 07/28/2003 | 177 | DOCUMENTS RECEIVED from plaintiffs; first page from Exhibit B of the Ninth Affidavit of Jeffrey Spitzer-Resnick (vkb) (Entered: 07/29/2003) |
| 07/29/2003 | 178 | MOTION to Strike the Milwaukee Defendants' Brief in Opposition to Plaintiffs' Amended Motion for Class Certification with Appendices by Plaintiffs (vkb) |
| 07/29/2003 | 179 | DECLARATION of Michael J Bachhuber in support of plaintiffs' motion to strike the Milwaukee defendants' brief in opposition to plaintiffs' amended motion for class certification with appendices (vkb) |
| 07/29/2003 | 180 | BRIEF in Opposition re [178] plaintiffs' MOTION to Strike filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) |
| 07/30/2003 | 181 | MOTION for Summary Judgment by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 07/31/2003) |
| 07/30/2003 | 182 | BRIEF in Support re [181] MOTION for Summary Judgment filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (Appendix C SEALED per 8/08/03 order) (vkb) Modified on 8/8/2003 (vkb) (Entered: 07/31/2003) |
| 08/01/2003 | 184 | DECISION AND ORDER by Judge Aaron E Goodstein that the plaintiffs shall submit their second amended class certification motion by not later than 8/22/03; the defendants shall file their response by no later than 9/08/03; and any reply must be filed by no later than 9/18/03; IT IS FURTHER ORDERED that [73] plaintiffs' Motion for Preliminary Injunction is DENIED as moot; IT IS FURTHER ORDERED that [131] plaintiffs' Motion to Compel is DENIED without prejudice; IT IS FURTHER ORDERED that the parties' [175] joint Motion to Seal the affidavit of Patricia Yahle, along with all of the supporting documents, is GRANTED; IT IS FURTHER ORDERED that the [178] plaintiffs' Motion to Strike the Milwaukee defendants' brief in opposition to the amended motion for class certification is DENIED; IT IS FURTHER ORDERED that [181] the Milwaukee defendants' Motion for Summary Judgment is DENIED without prejudice; terminating [165] plaintiffs' Motion to Certify Class (cc: all counsel) (vkb) (Entered: 08/05/2003) |
| 08/04/2003 | 183 | Joint MOTION to Seal Appendix C to the Brief in Support of Motion for Summary Judgment by the parties (vkb) (Entered: 08/05/2003) |
| 08/05/2003 | 185 | ORDER AMENDING DECISION AND ORDER REGARDING CLASS |

| | | |
|---|---|---|
| | | CERTIFICATION by Judge Aaron E Goodstein; due to an editorial error, that portion of the Order of 8/01/03 which reads as follows "It is further ordered that the Milwaukee defendants' motion for summary judgment is denied with prejudice" shall be amended to read as follows: IT IS FURTHER ORDERED that the Milwaukee defendants' motion for summary judgment is denied without prejudice; in all other respects, the Order of 8/01/03 remains unchanged (cc: all counsel)(vkb) (Entered: 08/06/2003) |
| 08/08/2003 | | MARGINAL ORDER by Judge Aaron E Goodstein GRANTING [183] joint Motion to Seal Appendix C to the Brief in Support of Motion for Summary Judgment (cc: all counsel) (vkb) |
| 08/22/2003 | 186 | Second Amended MOTION for Class Certification by Plaintiffs(vkb) (Entered: 08/25/2003) |
| 09/08/2003 | 187 | BRIEF in Opposition re [186] plaintiffs' Second Amended MOTION for Class Certification filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools; affidavit of Patricia Yahle in support of brief in opposition attached with exhibits (vkb) (Entered: 09/09/2003) |
| 09/09/2003 | 188 | BRIEF in Opposition re [186] plaintiffs' Second Amended MOTION for Class Certification filed by Defendants Elizabeth Burmaster and Department of Public Instruction (vkb) |
| 09/09/2003 | 189 | AFFIDAVIT of Elliot Weiman (vkb) |
| 09/09/2003 | 190 | AFFIDAVIT of Jack Marker (vkb) |
| 09/18/2003 | 191 | REPLY BRIEF in Support re [186] plaintiff's Second Amended Motion for Class Certification filed by Plaintiffs (vkb) (Entered: 09/19/2003) |
| 09/18/2003 | 192 | SECOND MOTION to Strike the Affidavit of Patricia Yahle (a Rule 7.4 Expedited Non-Dispositive Motion) by Plaintiffs (vkb) (Entered: 09/19/2003) |
| 09/26/2003 | 193 | BRIEF in Opposition re [192] plaintiffs' Second MOTION to Strike the Affidavit of Patricia Yahle filed by Defendants William Andrekopolous, Milwaukee Board of School Directors and Milwaukee Public Schools (vkb) (Entered: 09/29/2003) |
| 09/26/2003 | 194 | SUPPLEMENTAL AFFIDAVIT of Patricia Yahle in support of Milwaukee Board of School Directors', Milwaukee Publice Schools' and William Andrekopoulos' Brief in Opposition to Plaintiffs' Second Amended Motion for Class Certification (vkb) (Entered: 09/29/2003) |
| 11/14/2003 | 195 | DECISION AND ORDER by Judge Aaron E Goodstein GRANTING IN PART [186] plaintiffs' Motion for Class Certification; the class is defined as follows: those students eligible for special education services from the Milwaukee Public School System who are, have been or will be either denied or delayed entry or participation in the processes which result in properly constituted meeting between the IEP team and the parents or guardians of the student; IT IS FURTHER ORDERED that the caption |