APPEAL, ECF

## U.S. District Court
### Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:03-cv-02489-DGT-RLM

D.D. v. New York City Board of Education et al  
Assigned to: Senior-Judge David G. Trager  
Referred to: Magistrate-Judge Roanne L. Mann  
Cause: 42:1983 Civil Rights Act  

Date Filed: 05/16/2003  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2003 | 1 | COMPLAINT against City Of New York, Angelo Gimondo, Joel Klein, Richard P. Mills, New York City Board of Education, New York City Department of Education, Nelly Real-Korb filing fee $ 150, receipt number 277630 Summons Issued, filed by D.D.. (Attachments: # 1 Civil Cover Sheet)(Villanueva, William) (Entered: 05/19/2003) |
| 05/16/2003 | 3 | Minute Entry for proceedings held before David G. Trager : Status Conference held on 5/16/2003. Counsel for the parties; RULINGS: Hearing on TRO and preliminary injunction adjourned to Wednesday 5/21/03 at 1:30. (Permaul, Jenny) (Entered: 05/29/2003) |
| 05/16/2003 | 7 | MEMORANDUM OF LAW in Support of Motion for Preliminary Injunction by D.D. (Piper, Francine) (Entered: 06/27/2003) |
| 05/19/2003 |  | Case reassigned to Judge David G. Trager. Judge Carol B. Amon no longer assigned to the case. Parties notified. (Bowens, Priscilla) (Entered: 05/23/2003) |
| 05/21/2003 | 4 | Minute Entry for proceedings held before Carol B. Amon : Status Conference held on 5/21/2003. Preliminary Injunction granted (Permaul, Jenny) (Entered: 05/29/2003) |
| 05/27/2003 | 2 | ORDER Defts. Board of Education and Department of Education shall comply withan implement the decision of the Hearing Officer Mindy Wolman dated 4/30/03. Signed by Judge David G. Trager on 5/21/03. (Greene, Donna) (Entered: 05/27/2003) |
| 06/10/2003 | 5 | ORDER endorsed on letter dated 6/5/03 from Martin Bowe to Judge Trager. Application for City defts. to respond to complaint by 7/2/03 is granted . Signed by Judge David G. Trager on 6/4/03. (Greene, Donna) (Entered: 06/10/2003) |
| 06/16/2003 | 6 | AMENDED COMPLAINT against Joe Blaize, Michael A. Johnson, Beth Marino, Michelle Fratti, City Of New York, Angelo Gimondo, Joel Klein, Richard P. Mills, New York City Board of Education, New York City Department of Education, Nelly Real-Korb, filed by A.C., B.T., D.D..(Greene, Donna) (Entered: 06/26/2003) |

Plaintiffs' Exhibit 6

| 06/19/2003 | 9 | Notice of MOTION to Certify Class by A.C., B.T., D.D.. (Greene, Donna) (Entered: 07/07/2003) |
|---|---|---|
| 06/19/2003 | 10 | Notice of MOTION for Preliminary Injunction by A.C., B.T., D.D.. (Greene, Donna) (Entered: 07/07/2003) |
| 06/19/2003 | 11 | MEMORANDUM OF LAW in Support of Motion for Temporary Restraining Order for named plfs. and re [10] Notice of MOTION for Preliminary Injunction by A.C., B.T., D.D.. (Greene, Donna) (Entered: 07/07/2003) |
| 06/19/2003 | 12 | MEMORANDUM OF LAW in Support re [9] Notice of MOTION to Certify Class by A.C., B.T., D.D.. (Greene, Donna) (Entered: 07/07/2003) |
| 06/24/2003 | 8 | AFFIDAVIT of Service for Amended Summons and Amended Complaint served on Michael Johnson, Beth Marino, Michelle Fratti, Joe Blaize on 6/23/03. (Piper, Francine) (Entered: 06/30/2003) |
| 07/14/2003 | 13 | SUMMONS Returned Executed Richard P. Mills served on 7/11/2003, answer due 7/31/2003. (Greene, Donna) (Entered: 07/17/2003) |
| 07/15/2003 | 14 | Minute Entry for proceedings held before David G. Trager : Status Conference held on 7/15/2003. Defts. to file answer to complaint and opposition papers to pltfs. motions for preliminary injunction and class certificatin by 10/8/03. Defts. shall also provide the court with updated statistics regarding the number of unplaced children with IEP's in August and Septemeber. (Greene, Donna) (Entered: 08/05/2003) |
| 08/07/2003 | 15 | Letter dated 6/20/03 from Jane Goldberg to Judge Trager, City dfts request that they be given a reasonable period of time to respond to plaintiff's voluminous papers seeking a preliminary injunction. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 16 | Letter dated 6/20/03 from Ilann Maazel to Judge Trager, pltff's propose that dft's serve opposition papers to their motion for preliminary injunction by 6/27; pltff's reply 7/1. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 17 | Letter dated 6/27/03 from Jane Goldberg to Judge Trager, reporting that City dfts have located placements for the additional plaintiff children, B.T. and A.C. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 18 | Letter dated 7/1/03 from Ilann Maazel to Judge Trager, requesting that the court set a briefing schedule for pltff's motion for a preliminary injunction. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 19 | Letter dated 7/1/03 from Jane Goldberg to Judge Trager, in response to pltff's letter dated 7/1/03 requesting that dfts respond to their motion for a preliminary injunction within one week, and also requesting an extension of time until 8/30/03 to respond to the Amended Class Action complaint. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 20 | Letter dated 7/1/03 from Ilaan Maazel to Judge Trager, clarifying some |

| | | |
|---|---|---|
| | | apparent misunderstandings in Ms. Goldberg's letter. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 21 | Letter dated 7/2/03 from Janice Birnbaum to Judge Trager, requesting that the court extend the City dft's time until 8/30/03 to respond to amended complaint; City dft's also request that a reasonable briefing schedule be set to respond to pltff's motion for a preliminary injunction. (Piper, Francine) (Entered: 08/07/2003) |
| 08/07/2003 | 22 | Letter dated 7/11/03 from Ilann M. Maazel to Judge Trager, requesting that the court set a briefing schedule for the preliminary injunction motion. (Piper, Francine) (Entered: 08/07/2003) |
| 08/11/2003 | 23 | Letter dated 8/7/03 from Jane Goldberg to Judge Trager, requesting that the court mmediately modify or vacate its order of 5/21/03, concerning the implementation of a pre-school placement and services for the minor plaintiff, since the pltff's circumstances have changed materially. (Piper, Francine) (Entered: 08/11/2003) |
| 08/18/2003 | 24 | ORDER, (endorsed on letter dated 8/12/03 from Jane Goldberg to Judge Trager), application to modify the 5/21/03 order so that City dfts may discontinue paying for SEIT services that are provided by Theracare is Granted. ( Signed by Judge David G. Trager on 8/12/03) (Piper, Francine) (Entered: 08/18/2003) |
| 08/25/2003 | 25 | ORDER setting initial conference for 10/16/03 at 12:00 p.m. before Mag. Mann. Signed by Judge Roanne L. Mann on 8/18/03. (Greene, Donna) (Entered: 08/25/2003) |
| 09/11/2003 | 26 | TRANSCRIPT of Proceedings held on 7/15/03 before Judge Judge Trager. Court Reporter: Burton H. Sulzer. Ilann M. Maazel, Esq. and Matthew Brinckerhoff, Esq. for the pltf. Jane R. Goldberg, Esq. and Martin Bowe, Esq. for NYC. Steven Banks, Esq. and Bruce B. McHale, Esq. for NYS. (Greene, Donna) (Entered: 09/17/2003) |
| 10/14/2003 | 27 | ORDER endorsed on letter dated 9/26/03 from Steven L. Banks to Judge Trager. Application for an extension unitl 10/29/03 to respond to pltfs. amended ocmplaint and motion is granted. Signed by Judge David G. Trager on 10/1/03. (Greene, Donna) (Entered: 10/14/2003) |
| 10/16/2003 | 28 | Letter dated 10/7/03 from Ilann Maazel to Mag. Mann, opposing dft's request to postpone the initial pretrial conference scheduled for 10/16. (Piper, Francine) (Entered: 10/16/2003) |
| 10/16/2003 | 29 | Letter dated 10/8/03 from Jane R. Goldberg to Mag. Mann, City dft's request that the initial disclosure and the initial conference be adjourned until the court's decision on the motion for class certification. (Piper, Francine) (Entered: 10/16/2003) |
| 10/16/2003 | 30 | Letter dated 10/7/03 from Steven Banks to Mag. Mann, dft's requests that the initial pretrial conference scheduled for 10/16/03, including the time for automatic disclosures, be adjourned until after the court's decision on the motion for class certification. (Piper, Francine) (Entered: 10/16/2003) |

| | | |
|---|---|---|
| 10/16/2003 | 31 | ORDER, The deadline for serving automatic disclosure is adjourned sine die. If the case does not appear to be settling, the initial conference will go forward on 11/7/03, at which time the court will determine whether and to what extent to permit discovery to proceed. (Signed by Judge Roanne L. Mann on 10/9/03) (Piper, Francine) (Entered: 10/16/2003) |
| 11/04/2003 | 32 | ORDER, (endorsed on letter dated 10/27/03 from Jane Goldberg to Judge Trager), application granted. (Signed by Judge David G. Trager on 10/30/03). (Piper, Francine) (Entered: 11/04/2003) |
| 11/04/2003 | 33 | Letter from Steven L. Banks to Mag. Mann, dated 10/28/03 advising that the parties are still exploring several proposals, because it is unlikely that a settlement will be finalized in the near term, the parties will meet with the court on 1/7/03 as scheduled. (Greene, Donna) (Entered: 11/04/2003) |
| 11/07/2003 | 34 | Minute Entry for proceedings held before Roanne L. Mann : Initial Conference Hearing held on 11/7/2003. Fact Discovery to be completed by 4/30/04. Next conference (settlement) scheduled for 7/13/04 10:00. Automatic disclosure shall be completed by 12/1/04. Pleadings may be amended and new parties added until 3/12/04. Pltfs. non-medical expert disclosure shall be served by 5/28/04; defts. is due 6/28/04. Medical expert disclosure and expert depositions are deferred until after the settlement conference. (Greene, Donna) (Entered: 11/13/2003) |
| 11/10/2003 | 36 | ANSWER to Amended Complaint by Joe Blaize, City Of New York, Michelle Fratti, Michael A. Johnson, Joel Klein, Beth Marino, New York City Board of Education, New York City Department of Education. (Piper, Francine) (Entered: 11/17/2003) |
| 11/14/2003 | 35 | ORDER endorsed on letter dated 11/10/03 from Jane R. Goldberg to Judge Trager. Application to extend time until 11/21/03 in which to file the stipulation as the parties continue to negotiate clas definition. Signed by Judge David G. Trager on 11/10/03. (Greene, Donna) (Entered: 11/14/2003) |
| 11/20/2003 | 37 | Letter dated 11/13/03 from Jane Goldberg to Judge Trager, advising that the NYC Dept of Education has reduced the number of children waiting for services by fifty percent since August 2003. (Piper, Francine) (Entered: 11/20/2003) |
| 12/04/2003 | 38 | ORDER endorsed on letter dated 11/20/03 from Jane R. Goldberg to Judge Trager. Application for defts. to serve opposition to class certification together with their responsive papers to pltfs. motion for a preliminary injunction by 12/8/03 is granted. Signed by Judge David G. Trager on 11/20/03. (Greene, Donna) (Entered: 12/04/2003) |
| 12/09/2003 | 39 | Municipal Defts. Memorandum of Law in opposition ot pltfs. motions for a preliminary injunction and class certification. (Greene, Donna) (Entered: 12/19/2003) |
| 12/09/2003 | 40 | Declaration of Jane R. Goldberg in opposition to pltfs. request for a preliminary injunction and motion for class certification. (Greene, Donna) (Entered: 12/19/2003) |

| | | |
|---|---|---|
| 12/09/2003 | 42 | Notice of MOTION to Dismiss by Richard P. Mills. (Greene, Donna) (Entered: 01/20/2004) |
| 12/09/2003 | 43 | MEMORANDUM OF LAW in Support re [42] Notice of MOTION to Dismiss and in opposition to pltfs. motion for preliminary injunction and class certification by Richard P. Mills. (Greene, Donna) (Entered: 01/20/2004) |
| 12/09/2003 | 44 | MEMORANDUM OF LAW in Opposition re [42] Notice of MOTION to Dismiss by Joe Blaize, Michelle Fratti, Angelo Gimondo, Michael A. Johnson, Joel Klein, Beth Marino, New York City Board of Education, New York City Department of Education, Nelly Real-Korb. (Greene, Donna) (Entered: 01/20/2004) |
| 12/09/2003 | 45 | REPLY MEMORANDUM OF LAW in Support re [42] Notice of MOTION to Dismiss by Richard P. Mills. (Greene, Donna) (Entered: 01/20/2004) |
| 12/09/2003 | 46 | AFFIDAVIT OF Rebecca Cort in opposition to pltfs. motions for preliminary injunction and class certification. (Greene, Donna) (Entered: 01/20/2004) |
| 12/19/2003 | 41 | Plaintiffs' reply memorandum in support of [9] Notice of MOTION to Certify Class, [10] Notice of MOTION for Preliminary Injunction and in opposition to deft Mills' motion to dismiss. (Chee, Alvin) (Entered: 12/23/2003) |
| 01/14/2004 | 47 | MEMORANDUM OF LAW in Opposition re [9] Notice of MOTION to Certify Class, [10] Notice of MOTION for Preliminary Injunction by Joe Blaize, City Of New York, Michelle Fratti, Michael A. Johnson, Joel Klein, Beth Marino, New York City Board of Education, New York City Department of Education. (Piper, Francine) (Entered: 01/23/2004) |
| 01/14/2004 | 48 | Declaration of Jane R. Goldberg in opposition to pltff's request for a preliminary injunction and motion for class certification. (Piper, Francine) (Entered: 01/23/2004) |
| 03/24/2004 | 50 | Minute Entry for proceedings held before David G. Trager : Status Conference held on 3/24/2004. Motion hearing held. Decision reserved. The parties shall submit to the court by 4/2/04 letter briefs regarding the possible appointment of a special master, and other proposals for settlement or mediation. (Piper, Francine) (Entered: 04/01/2004) |
| 03/31/2004 | 49 | MEMORANDUM AND ORDER, the ADA and Section 504 claims against the City defts are dismissed. Pltfs. motion for a preliminary injunction is denied. Signed by Judge David G. Trager on 3/30/04. (Greene, Donna) c/m (Entered: 04/01/2004) |
| 04/05/2004 | 51 | TRANSCRIPT of Proceedings held on 3/24/04 before Judge USDJ David G. Trager. For the plt: Ilann Maazel & Matthew Brinckerhoff. For the dft: Jane Goldberg, Martine Bone, & Steven L. Banks. Official Transcriber: Rosalie Lombardi. Transcription Service: Transcription Plus II. (Noh, Kenneth) (Entered: 04/05/2004) |

| | | |
|---|---|---|
| 04/08/2004 | 52 | ORDER endorsed on letter dated 4/2/04 from Ilann M. Maazel to Judge Trager. Application granted. Pltfs. shall file their submission until 4/7/04. Defts. shall file their submission until 4/9/04. Signed by Judge David G. Trager on 4/7/04. (Greene, Donna) (Entered: 04/08/2004) |
| 04/08/2004 | 53 | Letter dated 4/7/04 from Ilann M. Maazel to Judge Trager, plff's request that the court appoint a master. (Piper, Francine) (Entered: 04/08/2004) |
| 04/13/2004 | 54 | SCHEDULING ORDER: Initial Conference set for 5/7/2004 12:00 PM in Courtroom B before Magistrate-Judge Roanne L. Mann.. Signed by Judge Roanne L. Mann on 04/13/04. (Maynard, Pat) (Entered: 04/13/2004) |
| 04/16/2004 | 55 | Letter from Jane R. Goldberg to Judge Trager dated 4/9/04 City defts. oppose the appointment of a special master which pltfs. first suggested at the March 24th conference and again in their letter dated 4/7/04. In the event that the Court decides that it will consider further the issue of whether or not to appoint a special master, City defts request the opportunity to be heard on that issue. (Greene, Donna) (Entered: 04/16/2004) |
| 04/16/2004 | 56 | Letter from Steven L. Banks to Judge Trager dated 4/9/04 deft. Mills opposes the request by pltfs. for appointment of a Special Master in this action. (Greene, Donna) (Entered: 04/16/2004) |
| 04/23/2004 | 57 | ORDER endorsed on letter dated 4/12/04 from Ilann M. Maazel to Judge Trager. Application granting Pltf. request for a short extension to move the court for reconsideration of its March 30 Order denying pltfs. motion for a preliminary injunction until 4/23/04. Signed by Judge David G. Trager on 4/12/04. (Greene, Donna) (Entered: 04/23/2004) |
| 04/26/2004 | 58 | ORDER endorsed on letter dated 4/14/04 from Steven L. Banks to Judge Trager. Application granted. Deft. Mills time to answer the amended complaint extended until 5/14/04. Signed by Judge David G. Trager on 4/14/04. (Greene, Donna) (Entered: 04/26/2004) |
| 04/26/2004 | 63 | Notice of MOTION for Reconsideration by A.C., B.T., D.D.. (Greene, Donna) (Entered: 05/10/2004) |
| 04/26/2004 | 64 | Plaintiffs Motion for Partial Reconsideration of the Court's Memorandum and Order dated March 30, 2004.(Greene, Donna) (Entered: 05/10/2004) |
| 04/29/2004 | 66 | NOTICE OF APPEAL as to 49 Memorandum & Opinion filed 3/31/04, by attorney for D.D., A.C., B.T.. Filing fee $ 255.00, receipt number 293310. Affidavit of service attached. Forms C and D mailed to attorney Ilann M. Maazel at 545 Madison Ave., 3rd Floor, New York, NY. 10022. USCA notified. Acknowledgment requested. (McGee, Mary Ann) (Entered: 05/10/2004) |
| 04/30/2004 | 65 | Letter dated 4/30/04 from Ilann Maazel, Esq. to MJ Mann requesting an extension of expert discovery. (Chee, Alvin) (Entered: 05/10/2004) |
| 05/04/2004 | 59 | ORDER, the parties joint request for a two-month extension of the fact discovery deadline, until 6/30/04 is granted. (Signed by Judge Roanne L. |