CLOSED, ENE3, SuppressAnsRpt

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:94-cv-00320-WKS

Upper Valley Assoc, et al v. Mills, et al  
Assigned to: Chief Judge William K. Sessions, III  
Demand: $0  
Cause: 20:1401 Education: Handicapped Child Act  

Date Filed: 11/01/1994  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/1994 | 1 | COMPLAINT: CLASS ACTION; filing fee $120, receipt #6677 (Summon(es) and waiver(s) Issued) (law) (Entered: 11/01/1994) |
| 04/25/1995 | 3 | ANSWER to [1-1] complaint by defendants Richard Mills and Vt State Board of Ed ; stipulated discovery schedule due 5/25/95 (law) (Entered: 04/25/1995) |
| 04/25/1995 | 2 | ATTORNEY APPEARANCE for defendants Richard Mills and Vt State Board of Ed by Paul Carl Fassler, Geoffrey A. Yudien (law) (Entered: 04/25/1995) |
| 04/26/1995 | 4 | ENE LETTER re: potential evaluators sent; resp to ENE ltr due 5/15/95 (law) (Entered: 04/26/1995) |
| 05/04/1995 | 5 | ENE LETTER sent re: ENE Evaluator John H. Fitzhugh assigned (law) (Entered: 05/04/1995) |
| 06/19/1995 |   | File sent to Burlington (law) (Entered: 06/21/1995) |
| 06/19/1995 | 6 | ORDER OF REASSIGNMENT case reassigned to Judge J. G. Murtha ( Judge Fred I. Parker ) Cy to parties (law) (Entered: 06/21/1995) |
| 08/03/1995 | 7 | DISCOVERY CERTIFICATE: interrogatories propounded by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee to defendants Richard Mills, Vt State Board of Ed, (jse) Modified on 08/07/1995 (Entered: 08/03/1995) |
| 08/16/1995 | 9 | MEMORANDUM by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee in support of [8-1] motion to Extend Time (pjd) (Entered: 08/16/1995) |
| 08/16/1995 | 8 | MOTION by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee to Extend Time to file for class certification until 45 days after dfts' response to interrogatories (pjd) (Entered: 08/16/1995) |
| 08/18/1995 |   | File sent to Brattleboro (pjd) (Entered: 08/18/1995) |
| 08/29/1995 | 11 | MEMORANDUM by defendant Richard Mills, defendant Vt State Board of Ed in support of [10-1] motion to Dismiss Complaint for |

Plaintiffs' Exhibit 7

| | | |
|---|---|---|
| | | jurisdiction and failure to state a claim upon which relief can be granted (pjd) (Entered: 08/29/1995) |
| 08/29/1995 | 10 | MOTION by defendant Richard Mills, defendant Vt State Board of Ed to Dismiss Complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted (pjd) Modified on 08/29/1995 (Entered: 08/29/1995) |
| 09/07/1995 | 12 | STIPULATION AND ORDER pltfs have 45 days from service of dfts' motion to dismiss within which to respond ( Chief Judge J. G. Murtha ) Cy to parties (pjd) (Entered: 09/07/1995) |
| 09/26/1995 | 13 | DISCOVERY CERTIFICATE: answer to interrogatories filed by dfts Richard Mills and Vt State Board of Ed (epr) (Entered: 09/26/1995) |
| 09/26/1995 | 14 | DISCOVERY CERTIFICATE: answer to interrogatories filed by dfts Richard Mills and Vt State Board of Ed (epr) (Entered: 09/26/1995) |
| 10/17/1995 | 15 | MOTION by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee, and defendants Richard Mills, Vt State Board of Ed to Extend Time for Discovery (wjf) Modified on 10/18/1995 (Entered: 10/17/1995) |
| 10/17/1995 | | ENDORSED ORDER: denying motion to Extend Time for Discovery [15-1] without prejudice to renew upon submission of a proposed discovery schedule which provides for completion of discovery and trial readiness by 3/1/96 ( Chief Judge J. G. Murtha ) (wjf) (Entered: 10/17/1995) |
| 10/18/1995 | 16 | MEMORANDUM by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee in opposition to [10-1] motion to Dismiss Complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted (law) (Entered: 10/18/1995) |
| 10/30/1995 | 17 | MOTION with memorandum in support by all plaintiffs For Reassignment (of this case to Hon. William K. Sessions III) (law) (Entered: 10/30/1995) |
| 11/02/1995 | | ENDORSED ORDER: granting [17-1] motion For Reassignment (of this case to Hon. William K. Sessions III), case reassigned to Judge William K. Sessions III ( Chief Judge J. G. Murtha ) (pjd) (Entered: 11/03/1995) |
| 11/03/1995 | | File sent to Burlington (kac) (Entered: 11/03/1995) |
| 11/16/1995 | 18 | MOTION by all plaintiffs to Amend [1-1] complaint (law) (Entered: 11/16/1995) |
| 11/16/1995 | 19 | MEMORANDUM by all plaintiffs in support of [18-1] motion to Amend [1-1] complaint (law) (Entered: 11/16/1995) |
| 11/27/1995 | 20 | OBJECTIONS by dfts Richard Mills, Vt State Board of Ed to [18-1] motion to Amend [1-1] complaint (law) (Entered: 11/27/1995) |
| 11/27/1995 | 21 | MEMORANDUM by dfts Richard Mills, Vt State Board of Ed in support of [20-1] objection to motion to amend complaint (law) (Entered: 11/27/1995) |

| | | |
|---|---|---|
| 12/08/1995 | 22 | REPLY by all plaintiffs to response to [18-1] motion to Amend [1-1] complaint (pjd) (Entered: 12/08/1995) |
| 12/18/1995 | 23 | STIPULATED DISCOVERY ORDER setting discovery cutoff 30 days after Court's ruling on dfts' motion to dismiss ( Judge William K. Sessions III ) Cy to parties (pjd) (Entered: 12/18/1995) |
| 12/19/1995 | 24 | DISCOVERY CERTIFICATE: interrogatories and requests for production of documents propounded by dfts Richard Mills, Vt State Board of Ed to pltfs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee (law) (Entered: 12/19/1995) |
| 02/14/1996 | | LETTER sent to counsel re: ene session date; response due 2/28/96 (see left side of file) (law) (Entered: 02/22/1996) |
| 02/22/1996 | | RECEIVED telephone call re: ene session date; counsel are waiting for ruling on motion to dismiss (filed 8/28/95) as it is a depositive motion (if denied will go forward with ene) (law) (Entered: 02/22/1996) |
| 02/27/1996 | 25 | ORDER granting [8-1] motion to Extend Time to file for class certification until 45 days after dfts' response to interrogatories, motion for class certification due by 3/22/96 brief deadline set for 3/22/96 ( Judge William K. Sessions III ) Cy to parties (pjd) (Entered: 02/27/1996) |
| 03/22/1996 | 26 | MOTION by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee to Certify Class (pjd) (Entered: 03/22/1996) |
| 03/22/1996 | 27 | MEMORANDUM by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee in support of [26-1] motion to Certify Class (pjd) (Entered: 03/22/1996) |
| 03/29/1996 | 28 | MOTION by defendants Richard Mills, Vt State Board of Ed to Extend Time to respond to motion for class certification , and for order compelling response to first discovery request (pjd) Modified on 03/29/1996 (Entered: 03/29/1996) |
| 03/29/1996 | 29 | MEMORANDUM by defendants Richard Mills, Vt State Board of Ed in support of [28-1] motion to Extend Time to respond to motion for class certification, [28-2] motion for order compelling response to first discovery request (pjd) (Entered: 03/29/1996) |
| 04/10/1996 | 30 | MEMORANDUM by pltfs Upper Valley Assoc, Winnie Pineo and Michelle Vannamee in opposition to [28-1] motion to Extend Time to respond to motion for class certification and discovery order (epr) (Entered: 04/10/1996) |
| 05/01/1996 | 31 | OPINION AND ORDER ( Judge William K. Sessions III ) granting [18-1] motion to Amend [1-1] complaint, denying motion to Dismiss. Cy to parties (pjd) (Entered: 05/01/1996) |
| 05/01/1996 | 32 | ORDER granting [28-1] motion to Extend Time to respond to motion for class certification, granting [28-2] motion for order compelling response to first discovery request, response to dfts' first set of interrogatories and |

| | | |
|---|---|---|
| | | requests for production due 6/1/96 ( Judge William K. Sessions III ) Cy to parties (pjd) (Entered: 05/01/1996) |
| 05/01/1996 | 33 | AMENDED COMPLAINT by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee , amending [1-1] complaint (pjd) (Entered: 05/01/1996) |
| 05/03/1996 | | LETTER sent to counsel re: ene session date; response due 5/10/96 (law) (Entered: 05/03/1996) |
| 05/30/1996 | 34 | DISCOVERY CERTIFICATE: answers to defts' interrogatories and requests for production of documents filed by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee (jam) Modified on 05/31/1996 (Entered: 05/30/1996) |
| 06/07/1996 | 35 | DISCOVERY CERTIFICATE: request for admissions by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee (pjd) (Entered: 06/07/1996) |
| 06/10/1996 | 36 | DISCOVERY CERTIFICATE: amended answer to interrogatories filed by dfts Richard Mills and Vt State Board of Ed (epr) (Entered: 06/10/1996) |
| 06/10/1996 | 37 | OBJECTION by defendants Richard Mills, Vt State Board of Ed to [26-1] motion to Certify Class (pjd) (Entered: 06/10/1996) |
| 06/10/1996 | 38 | MEMORANDUM IN SUPPORT OF OBJECTION [37-1] by defendants Richard Mills, Vt State Board of Ed and in opposition to [26-1] motion to Certify Class (pjd) (Entered: 06/10/1996) |
| 06/14/1996 | 39 | ENE REPORT by evaluator John H. Fitzhugh no settlement reached (law) (Entered: 06/14/1996) |
| 06/18/1996 | 40 | DISCOVERY CERTIFICATE: interrogatories propounded by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee to defendant Richard Mills (pjd) (Entered: 06/18/1996) |
| 06/19/1996 | 41 | STIPULATION by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee, defendants Richard Mills, Vt State Board of Ed re: reply to objection to motion for class certification due 7/3/96 (pjd) (Entered: 06/19/1996) |
| 07/01/1996 | 42 | DISCOVERY CERTIFICATE: notice of deposition by dfts Richard Mills and Vt State Board of Ed (epr) (Entered: 07/01/1996) |
| 07/01/1996 | 43 | MOTION by dfts Richard Mills and Vt State Board of Ed for Order of Substitution of Parties (epr) (Entered: 07/01/1996) |
| 07/02/1996 | | ENDORSED ORDER: granting [41-1] stipulation extending response deadline for objection to motion for class certification to 7/3/96 ( Judge William K. Sessions III ) (pjd) Modified on 07/12/1996 (Entered: 07/02/1996) |
| 07/03/1996 | 44 | SUPPLEMENTAL MEMORANDUM by all pltfs in support of [26-1] motion to Certify Class (kac) (Entered: 07/03/1996) |

| | | |
|---|---|---|
| 07/08/1996 | 45 | DISCOVERY CERTIFICATE response to request for admissions by defendants Richard Mills, Vt State Board of Ed (pjd) (Entered: 07/08/1996) |
| 07/16/1996 | 46 | DISCOVERY CERTIFICATE: all dfts responses to pltfs' interrogatories & requests for production Set II (kac) (Entered: 07/16/1996) |
| 07/17/1996 | 47 | OPINION AND ORDER ( Judge William K. Sessions III ) granting [26-1] motion to Certify Class Cy to parties (law) (Entered: 07/17/1996) |
| 07/18/1996 | 48 | RESPONSE by plaintiffs Upper Valley Assoc, Winnie Pineo, Michelle Vannamee to [43-1] motion for Order of Substitution of Parties (pjd) (Entered: 07/18/1996) |
| 08/19/1996 | 49 | ORDER granting in part, denying in part [43-1] motion for Order of Substitution of Parties; successors in office are now party defts in their official capacities, former office holders remain party dfts in individual capacities ( Judge William K. Sessions III ) Cy to parties (pjd) (Entered: 08/19/1996) |
| 08/19/1996 | | Added party Douglas Walker pursuant to [49-1] order (pjd) (Entered: 08/19/1996) |
| 10/31/1996 | 50 | NOTICE OF HEARING: pretrial conference set for 10:30 11/20/96 in Burlington Cy to parties (gmg) (Entered: 10/31/1996) |
| 11/08/1996 | 51 | REVISED NOTICE OF HEARING: pretrial conference set for 9:30 a.m. 11/25/96 Cy to parties (gmg) (Entered: 11/08/1996) |
| 11/25/1996 | | MINUTE ENTRY: by Judge William K. Sessions III (Ct Rptr: off record), pretrial conference held; O. Whitman Smith, Esq. present for pltfs; Paul Fassler, Esq. present for dfts. Parties inform Court that a consent decree is in the process of being completed. Initial paperwork will be submitted by Christmas. Case is to be taken of trial list. (jam) (Entered: 11/25/1996) |
| 02/03/1997 | | RECEIVED letter from Atty Smith re: Status of Consent Decree; expect by mid-march to report to Court as to status of negotiations (law) (Entered: 02/04/1997) |
| 05/16/1997 | 52 | STIPULATION OF SETTLEMENT by defendants VT Bd of Education, Douglas Walker, Richard Mills, plaintiffs Michelle Vannamee, Winnie Pineo, Upper Valley Assoc (pjd) (Entered: 05/16/1997) |
| 05/29/1997 | 53 | NOTICE OF CLASS ACTION SETTLEMENT regarding the disposition of complaints to the Vermont Dpartment of Education re: [52-1] stipulation; hearing on settlement set foe 7/28/97 at 9:30 ( Judge William K. Sessions III ) Cy to parties (pjd) Modified on 05/30/1997 (Entered: 05/29/1997) |
| 05/29/1997 | 54 | PLAN AND SCHEDULE OF DISTRIBUTION OF NOTICE [54-1] ( Judge William K. Sessions III ) Cy to parties (pjd) (Entered: 05/29/1997) |

| 05/30/1997 | 55 | NOTICE OF HEARING: in court hearing to review settlement agreement set for 9:30 7/28/97 Cy to parties (gmg) (Entered: 05/30/1997) |
|---|---|---|
| 06/20/1997 | 56 | REVISED NOTICE OF HEARING: hearing set for 10:00 7/28/97 to review settlement agreement. Cy to parties (gmg) (Entered: 06/20/1997) |
| 07/22/1997 | 57 | CERTIFICATION of publication of Susan F. Boyd by defendants VT Bd of Education, Douglas Walker re: distribution of settlement agreement (pjd) (Entered: 07/22/1997) |
| 07/28/1997 |  | MINUTE ENTRY: by Judge William K. Sessions III (Ct Rptr: Nichols), in court hearing held to review settlement agreement. Whitman Smith, Esq. present for pltfs. Paul Fassler, Esq. present for dfts. Court makes inquiries. No objections were rec'd re: proposed settlement agreement by either side. Court approves stipulation & will execute the consent decree. (jam) (Entered: 07/28/1997) |
| 07/28/1997 | 58 | CONSENT DECREE ( Judge William K. Sessions III ) for Michelle Vannamee, Winnie Pineo, Upper Valley Assoc against VT Bd of Education, Douglas Walker, Richard Mills case closed Cy to parties (pjd) (Entered: 07/29/1997) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/10/2006 15:08:56 ||||
| PACER Login: | tp0024 | Client Code: | 810 |
| Description: | Docket Report | Search Criteria: | 2:94-cv-00320-WKS |
| Billable Pages: | 4 | Cost: | 0.32 |