**MEMORANDUM OF AGREEMENT**
**BETWEEN**
**THE DEPARTMENT OF HUMAN SERVICES**
**OFFICE OF EARLY CHILDHOOD DEVELOPMENT**
**AND**
**THE DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

I.   **INTRODUCTION AND OVERVIEW**

This Memorandum of Agreement (MOA) is entered into between the Department of Human Services (DHS), Office of Early Childhood Development (OECD), Early Intervention Program (EIP) and the District of Columbia Public Schools (DCPS). DHS and DCPS agree to work together compiling information and sharing data for the purpose of developing a system of public awareness, child find and transition services for children with delays and disabilities. Further, DHS and DCPS agree to transfer from the District of Columbia Early Intervention Program (DCEIP) Part C eligible children to the District of Columbia Public Schools early childhood program.

The overall goal of the MOA is to:

A.   Strengthen the state system for the identification, evaluation, and monitoring of children with delays and disabilities as required by federal law;

B.   Promote and improve collaborative activities between DHS and DCPS to facilitate the identification and evaluation of children from birth through twenty-one (21) years of age;

C.   Build a continuum of coordinated services for Part C eligible children; and

D.   Ensure a smooth transition for Part C eligible children from DHS to programs providing special education services within DCPS or other appropriate programs.

II.   **DEFINITIONS**

A.   **Multidisciplinary Team**

A group of persons, including parents and other persons knowledgeable about the child, which interprets the meaning of the evaluation data and the placement options.

B.   **Assessment**

A process, which includes observation, testing, and test analysis, used to determine an individual's strengths and weaknesses in order to plan educational services.

Plaintiffs' Exhibit 8

002181

C. **Child Find**

A comprehensive system of policies and procedures that the District of Columbia follows to ensure all infants, toddlers and school age children in the city who are eligible for Part C Early Intervention and Part B Special Education services are located, identified and evaluated. This system is coordinated with all other major efforts conducted by public and private agencies responsible for administering the various education, health and social service programs relevant to the population that is eligible for Part C and Part B services in locating and identifying children.

D. **Evaluation**

A way of collecting information about a child's needs, strengths and interests. An evaluation is the process used to determine a child's eligibility for various developmental and educational programs and services.

E. **Individuals With Disabilities Education Act (IDEA)**

The federal law governing the rights of children with delays and disabilities to receive early intervention and special education services.

F. **Individualized Educational Program (IEP)**

A written description of the specialized services for a student with a disability that is developed, reviewed and revised in accordance with 20 U.S.C. §1414.

G. **Individualized Family Service Plan (IFSP)**

This plan of services is designed to assist with any changes that the family wants to see in their child and/or in themselves. An IFSP is federally required for any child who is Part C eligible.

H. **Part C Eligible**

Infants and toddlers who have delays in their development and/or have been diagnosed with a condition/disability that has a high probability of causing developmental delays. Developmental delays of infants and toddlers, birth through two (2) years, shall be considered to exist if infants or toddlers demonstrate a fifty percent (50%) delay in one (1) or more of the five (5) developmental areas.

I. **Part B Eligible**

A child who satisfies District registration and residency requirements and who has been evaluated in accordance with D.C. Mun. Regs. tit. five §§ 3005-3006 (1987),

as having one (1) of the following conditions and who, as a result of the impairment, needs special education and related services: autism; deaf-blindness; deafness; developmental delay; emotional disturbance; hearing impairment; mental retardation; multiple disabilities; orthopedic impairment; visual impairment, including blindness; traumatic brain injury; other health impairment; learning disability; speech or language impairment.

J. **Public Awareness**

The District of Columbia's process to create public awareness about early intervention and special education services that are available under the Individuals with Disabilities Education Act (IDEA) Part C and Part B. The public awareness activities focus on the early identification of children. The strategies include the preparation and dissemination of information and materials for parents on the availability of early intervention and special education services.

K. **Part C Prior Written Notice**

A written notice provided to the family, and other participants, early enough to ensure that they will be able to attend any scheduled meeting as required in the Individuals with Disabilities Education Act (IDEA), 34 CFR § 303 (1993).

L. **Part B Prior Notice**

Notification to parents:

1. Form letter of invitation sent to parents inviting them to a meeting for a discussion related to a level of eligibility or delivery of services.

2. Checklist and summary of information provided to parents after discussions and determinations have concluded with either the development of an IEP or notification of ineligibility with the completion of the Prior Notice.

M. **Least Restrictive Environment (LRE)**

To ensure, to the maximum extent appropriate, children with disabilities including children in private institutions or other care facilities, are educated with children who are non-disabled, and that special classes, separate schooling or other removal of children with disabilities from the regular educational environment occur only if the nature or severity of the disability is such that education in regular classes with the use of supplemental aids and services cannot be achieved satisfactorily.

DCPS 567

002183

N.  **Early Childhood Transition Services**

The processes for exiting the Part C system into Part B or another appropriate program.

O.  **Transition Conference**

Meeting held for children two (2) years six (6) months of age to begin formal planning for exit from the Part C system into Part B or another appropriate program.

## III. SCOPE OF SERVICES

A.  **DHS**

DHS is the lead agency for the federal Part C program for infants and toddlers with disabilities under the Individuals with Disabilities Education Act (IDEA). As a requirement of IDEA, the District must ensure that potentially eligible children are identified and evaluated. Those children found eligible must receive appropriate intervention and be transitioned in a timely manner from DCEIP to DCPS, or other appropriate programs, in order to ensure the continuation of necessary services by the child's third (3rd) birthday.

DHS/OECD, plans, coordinates and implements the state-based childcare subsidy program for infants and children, coordinates Head Start, offers parent education services and implements the Part C program for infants and toddlers with delays and disabilities. The Part C program is known as the DCEIP.

B.  **DCPS**

DCPS is responsible for the identification and education of all eligible students with disabilities within the jurisdiction beginning at age three (3) through twenty-one (21) years of age. In compliance with IDEA, DCPS is required to identify all children at risk of requiring special education and to ensure the seamless transition of eligible children from DCEIP to DCPS.

C.  **Joint Responsibilities of DHS and DCPS**

In order to accomplish these activities systematically, the collaboration and sharing of information between DCPS and DCEIP is critical.

DHS and DCPS shall:

1.  Develop public awareness materials that offer information about available services for children who may have delays or disabilities in the District of Columbia;

2. Design and implement public awareness activities that offer information, provide screenings and showcase available services in the District of Columbia;

3. Develop and implement child find activities that lead to identification of children who may have delays or disabilities;

4. Develop statewide policies and procedures for identification and referral of children to the Child Find System;

5. Develop and implement a plan for educating and jointly training DCPS and DHS staff, contract service providers and other agencies regarding the District of Columbia's Child Find System;

6. **Agree annually on a budget for funding of public awareness materials (i.e. brochures, posters, notebooks and media announcements);**

7. Develop and maintain a shared database for the purpose of child find and transition;

8. Develop policies and procedures for the implementation of the transition process;

9. Develop a series of joint letters for the Transition Services Process;

10. Develop and maintain a joint Transition Training Manual for both families and providers;

11. Participate in the Transition Conference for all children exiting the Part C system;

12. Work collaboratively to ensure the completion of the transition process for all eligible children. (See Attachment A); and

13. Develop procedures to ensure the privacy and confidentiality of children referred for Child Find and/or transition.

D. **Responsibilities of DHS**

DHS shall:

1. Identify and report all Part C eligible children to the Part B Early Childhood Coordinator at the time the child is two (2) years old or at the time of eligibility determination if over age two (2) years;

2.  Identify and report all children determined "not eligible" for Part C who have delays and are recommended for therapy services as well as those who went through the eligibility process and had no concerns identified, to the Part B Early Childhood Coordinator, or designee, **on a monthly basis;**

3.  Identify and report all children over three (3) years who fail a developmental screening conducted by Part C Child Find grantees to the Part B Child Find Coordinator;

4.  Coordinate and monitor the implementation of the identified transition process (See Attachment A) by Part C providers for all Part C eligible children beginning at age two (2) years;

5.  Inform Part B of all transition conferences at least ninety (90) days prior to the child's third (3rd) birthday, to be held by formal invitation with a minimum of three (3) weeks notice unless agreed upon by Part B for a date sooner;

6.  Ensure the development of a transition plan during the transition conference that identifies the child's needs and services and addresses what steps are to be taken to complete transition for the Part C eligible children by age three (3) years;

7.  Provide copies of all current relevant information for Part C eligible children (evaluations, assessments, progress reports, IFSP, medical reports) to Part B and any other pertinent information, with consent from the family, at the transition conference. Additional information identified on the transition plan will be provided to Part B;

8.  Develop and maintain a tracking system for all Part C eligible children through the transition process to completion and at the start of the new program or services; and

9.  Identify trends and program needs to DCPS Early Childhood Coordinator quarterly.

E.  **Responsibilities of DCPS**

DCPS shall:

1.  Outline the process to receive referrals from DHS/DCEIP grantees of children three (3) years old and over who fail a developmental screening and need evaluation services;

2.  Establish procedures for the process of referral, transition and provision of services to preschool children who may be eligible for special education in

      compliance with Federal IDEA, Part B, 619, in the District of Columbia. The goal is to create an efficient, smooth and effective transition when children who are receiving Part C services reach three (3) years of age;

3. DCPS will begin the transition process by receiving personally identifiable information from the Part C Lead Agency of eligible children who have reached the age of two (2) years;

4. As the Local Education Agency (LEA), participate in the Transition Conference for all Part C eligible children;

5. In accordance with DC Municipal Regulations and IDEA, by the child's third (3rd) birthday, determine eligibility for special education and provide a prior notice, develop an Individualized Education Program (IEP) and determine an appropriate placement based on the least restrictive environment (LRE) available that will meet the needs and goals outlined in the IEP, and provide written prior notice to parents; and

6. Consider data received from DCEIP in program planning. Provide to Part C the data necessary to complete the transition tracking process.

F. **Target Population**

The target population includes:

1. Part C eligible children from birth to three (3) years of age; and

2. Children from birth through twenty-one (21) years of age at risk of requiring special education.

IV. **STUDENT RECORDS**

DHS and DCPS agree that all student records shall be treated as confidential in compliance with all federal and District laws and regulations regarding the confidentially of student records. DHS and DCPS will identify procedures to maintain secure record keeping systems and ensure the confidentiality of all program information. This includes locked file cabinets with access limited to project staff and, with varying levels of security, limiting access to the database. Confidential information shall only be collected and used for the purposes identified in this MOA and shall be shared only with those persons needing to complete referrals and ensure the receipt of services by eligible children and their families.

## V. CONFIDENTIALITY AND INFORMATION SHARING

DHS and DCPS shall adhere to all confidentiality requirements required by the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and 45 CFR 160 and 162 Federal Register August 17, 2000- Standards for Electronic Transactions. (See Attachment A)

DHS and DCPS shall adhere to all confidentiality requirements mandated by the Family Educational Records and Privacy Act (FERPA) 34 C.F.R. Part 99. All findings, reports, studies, and evaluations developed from sharing participation data will preserve the identities of the children and their families. Information released will only be in aggregate formats, unless project staff as stated in Section E above needs specific information.

Designated DHS staff persons will share and exchange data on other potentially eligible clients to increase the availability of services to children who may be eligible for Part B services.

## VI. IMPLEMENTATION PLAN

A specific work plan and protocol shall be mutually developed for the implementation of this MOA. (See Attachment A)

## VII. DURATION OF MOA

This MOA between DHS, DCEIP, and DCPS becomes effective on the date approved and signed by all parties.

## VIII. AMENDMENT/MODIFICATION OF THE TERMS AND CONDITIONS

DHS and DCPS reserve the right to request, in writing, modification or renegotiation of the terms and conditions of this MOA at any time. With the agreement of both parties, modification to this document shall be incorporated in the form of an amendment dated and signed by the authorized representative of the District of Columbia Department of Human Services and the District of Columbia Public Schools. Minor modifications may be made by memorandum to the signatories. The parties will review this MOA annually.

DCPS 572

002188

IX.  **EFFECTIVE DATE**

This MOA shall be effective as of the date executed.

IN WITNESS WHEREOF, the parties hereto have signed this MOA as of the date and year written below:

**For the Department of Human Services:**

_____  9/13/04
Yvonne Gilchrist                Date
Director

_____  1/5/05
Barbara F. Kamara               Date
Executive Director
Office of Early Childhood Development

Contact Person:
Joan Christopher
Part C Coordinator/Program Manager
Department of Human Services

**For the District of Columbia Public Schools:**

_____  10/8/04
Clifford B. Janey, Ed.D         Date
Superintendent
District of Columbia Public Schools

_____  9/28/04
Ray Bryant, Ph.D.               Date
Chief State School Officer
Office of Special Education
District of Columbia Public Schools

Contact Person:
TBA
Part B Early Child Find Coordinator
Office of Special Education
District of Columbia Public Schools

9

DCPS 573

002189

Attachment A

EARLY CHILDHOOD TRANSITION SERVICES PROCESS – PART "C" & "B"

1. The Part C Transition Coordinator will maintain the transition data base and update monthly for all eligible children. The data base will take the form of a printed "Transition Tracking Log" report for distribution to the Part B Early Childhood Coordinator until such time as a shared data base is developed. Information on the tracking log will include:

    - child and parent information (DOB, Parent Name and Address);
    - agency providing services;
    - insurance/funding information;
    - disability, service and health needs;
    - record of notifications to family;
    - record of consent and orientation participation;
    - record of Part B meeting notification;
    - record of transition conference date;
    - identification of neighborhood school;
    - record of registration (date; ID #; referral to special education);
    - record of MDT & IEP meeting dates;
    - record of placement and start date;
    - record of Part C family placement follow-up;
    - record of completion of parent survey

2. The Part C Transition Coordinator will identify and report all eligible two year olds to the Part B Early Childhood Coordinator on a monthly basis. (children over age two years will be reported at the time of entry into DCEIP) The report will be submitted via the printed Transition Tracking Log. The Log will identify the month/year of submission and will be submitted by disk or email..

3. The Part C Transition Coordinator and Part B Early Childhood Coordinator will sponsor joint letters to families for the purpose of guiding them through the transition process.

4. The Part C Transition Coordinator will complete a bi-monthly mailing of letters developed jointly (with a Part B attachment to the introductory letter) to the parents of eligible children for the purpose of guiding the family through the transition process:
    - At age 2 years: "Introduction to Transition" letter encouraging participation in Transition Orientation for Families and outlining basics of transition (enclosures include Families Have Rights" reference, "Transition Services" brochure, "Options" reference and orientation flyer)
    - At age 2 yrs, 5 months: "Transition Conference" letter reminding family of need for conference at age 2 yrs, 6 months (orientation flyer enclosed)
    - After Transition Conference: "Next Steps" letter with a copy of the signed transition plan enclosed encouraging the family to implement the plan
    - Three months before the 3rd birthday: "Almost 3" letter reminding family that child will be aging out of Part C. Family offered encouragement to complete the process and seek assistance as needed

DCPS 574

July 13, 2004

002190

Attachment A

5. The Part B Early Childhood Coordinator will complete a bi-monthly mailing to eligible children's parents for the purpose of reminding the family of the availability of Part B services via letters:
    - Two months after transition conference: "Reminder" for registration with DCPS; and annually thereafter:
    - "Child Find" letter to any family who has not registered their child for DCPS

6. The Part B Early Childhood Coordinator will complete a bi-monthly mailing to all children found "not eligible" for Part C, but receiving services through a different funding source, for the purpose of inviting the family to access Part B services:
    - At age 2 years, 7 months and annually thereafter: "Child Find" letter outlining available Part B services and the process for accessing special education

7. Each Part C program and eligibility evaluation site will have a designated Part B liaison who will work directly with the program for the purpose of completing the transition process for all eligible children.

8. Part C providers (service coordinators) will identify all eligible children at age 2 years, 5 months for the scheduling of a transition conference to be held when the child is 2 years, 6 months through a formal invitation of the need for a transition conference:
    - Will identify a date and schedule the conference with the families consent;
    - Will complete the "Invitation to the IFSP Meeting" prior notice letter and include the designated Part B liaison as an invited participant with at least a three (3) week lead;
    - Will send a copy of the invitation to the family and include a copy of "Families Have Rights". This mailing will include a flyer "invitation" to consider registering for DCPS special education and the information the parent should bring to the meeting to complete registration;
    - Will send a copy of the invitation to the designated Part B liaison at least three (3) weeks prior to the meeting date. The services coordinator will maintain a copy of the confirmation.
    - Will send a copy of the invitation to the Part C Transition Coordinator
    - Will confirm the meeting with all parties
    - Parents not choosing DCPS will have information data added to Child Find Services List.

9. The Part B Early Childhood Liaison for each agency will attend the transition conference for all eligible children who are 2 years, 6 months or older. The liaison will prepare and bring a "DCPS Transition Package" to be given to the family during the meeting. The package will include:
    - "Transition Conference Meeting Notes" for completion at the meeting
    - A copy of Part B Procedural Safeguards
    - A sample copy of the TAT4 (referral to special education) and Consent for Evaluation forms to be completed during registration
    - A copy of the letter for principals regarding registration at 2 yrs, 8 months
    - A registration receipt

DCPS 575

July 13, 2004      002191

- Residency Verification list
- Public Schools Directory
- Parents' Special Education Service Center notice
- ~~Health and dental forms for completion by the family~~

10. The Part C Service Coordinator will prepare for the conference by:
    - Obtaining a copy of all the current reports including any medical reports necessary to identify needed services and the IFSP;
    - Putting together a conference package that includes the IFSP cover sheet and Transition Plan page of the IFSP;
    - Obtaining a copy of the Transition Planning Meeting "Consent To Release Information" form;
    - Obtaining a Transition Orientation Manual for Families;
    - Obtaining a copy of the current health certificate (if appropriate)

11. The Part C Service Coordinator will facilitate the transition conference:
    - Introduce the purpose of the meeting;
    - Verbally review the Families Have Rights brochure;
    - Complete the IFSP Transition Plan as the meeting progresses;
    - Discuss the child's progress and current needs (summarize);
    - Identify current service needs;
    - Identify program needs;
    - Identify any parent concerns, needed equipment, medical assistance;
    - Address tasks on the assignment list for completion
    - Share information regarding program options utilizing the reference in the manual
    - Make available a Head Start registration package as appropriate

12. The Part B Early Childhood Liaison at the Transition Conference will:
    - Complete the Transition Conference Meeting Notes;
    - ~~Explain the student's right to access the general education curriculum;~~
    - Discuss available options in the District of Columbia Public School system;
    - Share the process for accessing Part B services and identify the neighborhood school;
    - Review Part B Procedural Safeguards and have the parent sign the form acknowledging receipt;
    - Review the meeting notes with the family and assist them in identifying next steps and completing the parent plan section;
    - Provide and offer assistance with DCPS forms required to initiate the process for all families selecting to access the general education curriculum (i.e. complete necessary forms, verify residency and obtain copies of birth certificate, social security card, TAT4, Consent to Evaluate.)

13. ~~The Part C Service Coordinator at the Transition Conference will:~~
    - Review the Transition Plan and have the family sign in agreement. All participants will sign the IFSP cover sheet
    - Give copies of all documents to the parent and to the Part B Liaison

**DCPS 576**   July 13, 2004   002192

- Forward a copy of all documents to the Part C Transition Coordinator

14. The Part C Transition Coordinator and Part B Early Childhood Coordinator will update the transition data base on a monthly basis to reflect the completion of tasks related to the transition process.

15. Assist families with registration at the DCPS C.A.R.E. Center. Collect and Review all registration documents, including birth certificate, health certificate, dental form and proof of residency verification.

16. When a child's third birthday occurs when school is not in session the IEP team will determine the date when services under the IEP beginning services will be available for three olds with needs in the critical life skills area.

17. Provide and offer assistance with DCPS forms required to initiate the process for all families selecting to access the general education curriculum (i.e. complete necessary forms, verify residency and obtain copies of birth certificate, social security card, TAT4, Consent to Evaluate.)

18. Part B Transition Liaison will:

   - Collect all evaluations, including the Individualized Family Service Plan (IFSP) and any medical information

   - Provide parent with copy of Procedural Safeguards Manuel and have parent sign the form acknowledging receipt

   - Request consent from parent to conduct evaluations

   - Enter data into SETS, provide copies of assessments to Multidisciplinary Team (MDT) at the C.A.R.E Center

   - Review the evaluation data, conduct observations and any further assessments as deemed necessary.

   - Schedule MDT/Eligibility Meeting with Parent

   - Send Letter of Invitation (timeline)

   - Send Letter of Confirmation (timeline)

   - Hold MDT/Eligibility/IEP and Placement meetings:

     ❖ Review evaluations and discuss findings with parent to determine eligibility and disability

     ❖ Develop an Individualized Education Plan (IEP) if the student is found eligible for special education and related services

DCPS 577

July 13, 2004        002193

Child Find Process – Part "C" & "B"

1. Part C child find vendors provide screenings in a variety of settings throughout the District of Columbia. Children who fail screenings (three years and over) are referred to the Part C office. The Part C Child Find Coordinator will forward this information to the Part B Child Find Coordinator. Information forwarded will include child and parent's information and child's date of birth and a copy of the screening results.

2. The Part C Child Find Coordinator will identify and report all children found to be "not eligible" for Part C services to the Part B Child Find Coordinator on a monthly basis. Information forwarded will include demographic information on the child and parent (i.e. name, address, phone, child's date of birth).

3. The Part B Child Find Coordinator or Designee will complete a bi-monthly mailing to all children found "not eligible" for Part C services but receiving therapeutic services for the purpose of inviting the family to access Part B services. Beginning when the child is 2 years 6 months, and:

    - At age 2 years, 6 months and annually thereafter: Child Find letter outlining available Part B services and the process for accessing special -education.

4. The Part C Child Find Coordinator will generate two separate reports on a monthly basis:

    - The first report will include children "not eligible" and who have been identified as having delays.
    - The second report will include "not eligible" children who have been evaluated but have no delays identified.

5. The Part C office staff will retrieve messages from the Child Find Phone Line and record all calls. Calls for information and/or services for children over three years of age will be forwarded to the Part B Child Find Coordinator.

6. The Part C Child Find Coordinators will forward draft copies to the Part B Child Find Coordinator any material developed for distribution that contains information inclusive of both parities for the purpose of review and approval.

7. The Part B Child Find Coordinator will forward draft copies to the Part C Child Find Coordinator any material developed for distribution that contains information inclusive of both parities for the purpose of review and approval.

7/13/04

DCPS 578

002194