**TERRIS, PRAVLIK & MILLIAN, LLP**

| | 1121 12TH STREET, N.W. | |
|---|---|---|
| BRUCE J. TERRIS | WASHINGTON, D.C. 20005-4632 | MICHAEL G. SHAW |
| CAROLYN SMITH PRAVLIK | (202) 682-2100 | LARA CARTWRIGHT-SMITH |
| KATHLEEN L. MILLIAN | FAX 202-289-6795 | LEMUEL B. THOMAS |
| SARAH A. ADAMS | tpminfo@tpmlaw.com | ALICIA C. ALCORN |
| | | SHINA MAJEED |
| | | SARA L. FAULMAN* |

MONICA WAGNER
LYNN E. CUNNINGHAM
Of Counsel

*Not Admitted D.C. Bar

**BY ELECTRONIC MAIL ONLY**

March 16, 2006

Daniel Rezneck
Senior Assistant Attorney General
for the District of Columbia
Office of the Attorney General
441-4th Street, N.W., 6th Floor South
Washington, DC 20001

    Re:   *DL v. District of Columbia*, D.D.C., Civ. No. 05-1437

Dear Mr. Rezneck:

    I am writing to follow up on our meet and confer conference call of yesterday regarding Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents ("Defendants' Responses"). At your request, I have listed some of the documents that we believe should have been produced as part of Defendants' Responses. These documents include:

- Annual State Application under Part B of the IDEA for Federal Fiscal Year 2004

- Grant Award Letter from the Office of Special Education Programs of the U.S. Department of Education ("OSEP") to the District of Columbia Public Schools ("DCPS"), dated September 17, 2004 (along with all "Special Conditions" attached as Enclosures)

- Verification Letter from OSEP to DCPS, dated June 8, 2004

- District of Columbia's Federal Fiscal Year ("FFY") 2002 Annual Performance Report ("APR"), submitted to OSEP on April 16, 2004

- District of Columbia's Federal Fiscal Year ("FFY") 2004 Annual Performance Report (if this was completed).

**Plaintiffs' Exhibit 9**

- All "Special Conditions Reports" issued prior to October 28, 2005, for the Reporting Periods prior to June 1, 2005-September 30, 2005, including Special Conditions Reports that were due on October 29, 2004, January 14, 2005, April 15, 2005, and June 17, 2005, and the reports submitted on November 1, 2004, and January 18, 2005

- All "Progress Reports" and "Final Progress Reports" due as part of the FFY 2002 APR and the FFY 2003 APR, including those dated March 31, 2004, July 16, 2004, October 29, 2004, February 27, 2005, and the report that was due 60 days from the date of the Letter from OSEP to DCPS, dated March 18, 2005

- Data and Analysis submitted by DCPS to OSEP on May 30, 2005, as required by the FFY 2004 Grant Award Letter

- Responses to the June 8, 2004 Verification Letter and various submissions, from DCPS to OSEP, dated August 20, 2004

- "Initial Improvement Plan" of February 2003, submitted by DCPS to OSEP

- "Revised Improvement Plan" of November 2003, submitted by DCPS to OSEP[1]

- Letter from OSEP to DCPS Approving the Revised Improvement Plan, dated February 27, 2004

- Letter from DCPS to OSEP, dated August 17, 2004

- Letter from OSEP to DCPS, dated December 15, 2004

- DCPS Monitoring Report, due to OSEP on January 13, 2006

The list above was compiled by reviewing Defendants' Responses to Document Requests 11-13, which relate to correspondence, reports, and the like between defendants and the Department of Education, the Office of Special Education Programs. The documents listed above are referred to or described in documents bates stamped and numbered: 3014-3017, 3037-3044, and 3060-3078, which you produced to us on February 23, 2006. This list is not exhaustive or comprehensive. We have provided this list merely to illustrate that Defendants' Responses are inadequate and incomplete.

---

1/ An Improvement Plan was produced as part of an appendix to DCPS's Special Conditions Report, dated October 28, 2005 (reporting period June 1, 2005-September 30, 2005). *See* Documents Bates Numbered 1020-1115. However, it is unclear whether this improvement plan is the Initial Improvement Plan of February 2003, the Revised Improvement Plan of November 2003, or another Improvement Plan altogether.

      While we look forward to receiving the documents listed above, we are concerned that their absence in the document production suggests a larger problem, namely that defendants have not completed a reasonable search for relevant and discoverable documents. In all likelihood, there are numerous documents about which we do not know (or cannot learn of by reading defendants' production) that are directly relevant to this case and that have not been produced. We ask that you conduct a reasonable search for all relevant documents in all areas where these documents are likely to be located. It is especially important to conduct a broader survey in the locations where the documents listed above are found in order to find further relevant documents about which plaintiffs have no knowledge.

      In addition, you had stated that you would be able to let us know on Friday, March 17, 2006, the date by when you will be able to complete Defendants' Responses.

      You also stated that you would be able to let us know on Friday, March 17, 2006, whether you would withdraw General Objections 1 and 2 if the Court were to grant class certification. As we explained over the telephone yesterday, if you will not withdraw these objections if the Court grants class certification, or you do not know at this time whether you would withdraw these objections if the Court grants class certification, we will need to file a motion to compel. We note that we have not yet decided whether to move to compel even if you inform us on Friday that you will withdraw the objections if the Court grants class certification.

      Finally, as the parties agreed during yesterday's telephone call, we are amenable to filing a Joint Motion to Amend the Scheduling Order to extend the fact and expert discovery deadlines. After we learn more about your plans to complete the discovery responses, we can discuss dates that are mutually convenient.

      Thank you for your attention to these matters. Please do not hesitate to call me at (202) 682-2100, ext. 109. I look forward to speaking with on Friday.

      Very truly yours,

      /s/

      Shina Majeed
      Counsel for Plaintiffs