UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.L., *et al.*,              ) | |
|                              ) | |
|    Plaintiffs, ) | |
|                              ) | |
|    v.          ) | Civil Action No. 05-1437 (RCL) |
|                              ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
|                              ) | |
|    Defendants. ) | |

**CONSENT MOTION OF DEFENDANTS TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY, FILED JULY 10, 2006**

    Defendants respectfully move the Court to extend their time in which to respond to plaintiffs' motion to compel discovery, which was filed on July 10, 2006, to and including July 31, 2006.

    I am authorized to state by plaintiffs' counsel that plaintiffs consent to the grant of the extension. A proposed order is submitted with this motion.

    The principal reason for the extension is as follows: Defendants were electronically served with the motion to compel and supporting papers in the evening of July 10, 2006. A response would ordinarily be due July 24, 2006. Counsel for the defendants Daniel A. Rezneck has been fully engaged all this week in preparation for the fairness hearing on the proposed Consent Decree in another class action suit against the defendants, Blackman v. District of Columbia, Civ. Act. No. 97-1629 (PLF), consolidated with Civ. Act. No. 97-2402 (PLF). Judge Friedman has scheduled the fairness hearing for 1:30 p.m. on Monday, July 17, 2006. Counsel for defendants will be devoting full time and attention to the fairness hearing at least through

July 17, 2006. The extension of time sought by this motion will simply add a week to defendants' time to respond. It will enable defendants' counsel to turn to the plaintiffs' motion and have the same time to prepare a response that he would have had if he had not been required to prepare for and participate in the fairness hearing in Blackman.

## POINTS AND AUTHORITIES

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure.

2. The inherent power of the Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

/s/_____
**DANIEL A. REZNECK [#31625]**
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691

EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
Eden.Miller@dc.gov

ATTORNEYS FOR DEFENDANTS