UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*,           )<br>                          )<br>    Plaintiffs,          )<br>                          )<br>    v.                    )<br>                          )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>                          )<br>    Defendants.           )<br>                          ) | Civil Action No. 05-1437 (RCL) |

## ORDER

Defendants having moved for an extension of time in which to respond to plaintiffs' motion to compel discovery filed July 10, 2006, and plaintiffs' having consented to the grant of the extension, on the basis of the submissions of the parties and the entire record in this case, it is hereby ORDERED that:

    Defendants' consent motion is granted, and the time of defendants in which to respond to plaintiffs' motion to compel discovery filed July 10, 2006, is extended to and including July 31, 2006.


Dated: _____    _____
                                                            ROYCE C. LAMBERTH
                                                            UNITED STATES DISTRICT JUDGE


Copies to:

Shina Majeed, Esq.
Terris, Pravlik & Millian, LLP
1121-12[th] St., N.W.
Washington, D.C. 20005

Daniel A. Rezneck, Esq.
Office of the Attorney General for the District of Columbia
441-4th St., N.W. 6th Floor South
Washington, D.C. 20001