UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants having moved for an extension of time in which to respond to plaintiffs' motion to compel discovery filed July 10, 2006, and plaintiffs' having consented to the grant of the extension, on the basis of the submissions of the parties and the entire record in this case, it is hereby ORDERED that:

Defendants' consent motion [42] is granted, and the time of defendants in which to respond to plaintiffs' motion to compel discovery filed July 10, 2006, is extended to and including July 31, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.