UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the submissions of the parties with respect to plaintiffs' motion to compel discovery filed July 10, 2006, and the entire record in this case, it is hereby:

**ORDERED** that plaintiffs' motion is **DENIED**.

Dated: _____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE