EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DOCUMENT INDEX

Defendant's Response to Plaintiffs' Request for Documents

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 00001 – 00220 | Files and Records relating to Frederick "Caleb" Davy | 1, 2, 14, 20-24, 33-35, 38, 44 | Yes |
| 00221 – 00715 | Files and Records relating to Jeremiah Bland | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 00716 – 00851 | Files and Records relating to Obed Umana-Lazo | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 00852 – 00891 | Files and Records relating to Destiny Cockrell | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 00892 – 00918, 02699 (this page is continuation of 00918) | Files and Records relating to DeShawn Laniyonu | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 00919 – 01018 | Files and Records relating to Trenton Franklin | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 01019 – 01115 | DCPS Special Conditions Report to OSEP – 2005 | 1, 2, 3, 5, 6, 7, 8, 10, 13, 18, 38 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 01116 – 01127 | Annual State Application Under Part B of IDEA for FY 2005 | 1, 2, 3, 11, 18 | No |
| 01128 – 01204 | Draft of Part B State Performance Plan for 2005-2010 | 1, 2, 3, 5, 6, 7, 8, 10, 18 | No |
| 01205 – 01212 | DHS: A Guide to DHS Programs | 1, 2, 3, 7, 14, 32 | No |
| 01213 – 01240 | DC Early Intervention Program | 1, 2, 3, 7, 14, 19, 32 | No |
| 01241 – 01244 | Staff Lists for DC EIP FY 2003, 2004, 2005 | 1, 3, 7, 8, 14, 29, 36, 37 | No |
| 01245 – 01338 | Transition Services for Families and Transition Orientation for Families | 1, 2, 3, 7, 8, 10, 14, 18, 19, 32, 38 | No |
| 01339 – 01453 | Transition Training for Early Intervention Providers | 1, 2, 3, 7, 8, 10, 14, 18, 19, 32, 38 | No |
| 01454 – 01513 | Training and Capacity Building for Early Identification and Referral | 1, 2, 3, 7, 8, 14, 29, 32, 36, 37 | No |
| 01514 – 01581 | Outreach and Community Events | 1, 2, 3, 7, 8, 32, 36, 37 | No |
| 01582 – 01595 | DC Child Find and Child Find Reference Guide | 1, 2, 3, 7, 8, 10, 14, 18, 31, 32, 33, 34, 38 | No |
| 01596 – 01634 | DC's Child Find, DC Child Find Phone Line, Screening and Media Outreach, Part B and Part C Collaborations | 1, 2, 3, 5, 7, 8, 10, 14, 18, 19, 30, 31, 32, 38 | No, except for 01615 – 01616, 01621, 01624 – 01627, 01630 – 01631 |
| 01635 – 01802 | A Universe of Services 2003-2004 Directory | 1, 2, 3, 7, 8, 14, 15, 32, 38 | No |
| 01803 | Spanish and English Early Intervention Brochure | 1, 2, 3, 7, 8, 32 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 01804 – 01815 | Is Your Baby Blooming—in Spanish and English | 1, 2, 3, 7, 8, 32 | No |
| 01816 – 01819 | DC Early Intervention Program | 1, 2, 3, 7, 8, 32 | No |
| 01820 | Birth to Six Prescreen Wheel | 1, 2, 3, 8, 7, 32 | No |
| 01821 – 01828 | Families Have Rights | 1, 2, 3, 7, 8, 32 | No |
| 01829 – 01830 | Family Centered Services and Transition | 1, 2, 3, 7, 8, 14, 32, 38 | No |
| 01831, 01832 | DC Early Intervention Program | 1, 2, 3, 7, 8, 32 | No |
| 01833 – 01837 | Spanish Version of Brochure on Early Intervention | 1, 2, 3, 7, 8, 32 | No |
| 01838 | Spanish Version of Birth to Six Prescreen Wheel | 1, 2, 3, 7, 8, 32 | No |
| 01839 – 01841 | Spanish Version of Brochure on Early Intervention | 1, 2, 3, 7, 8, 32 | No |
| 01842 – 01852, 01847 | Brochure on Early Intervention | 1, 2, 3, 7, 8, 32 | No |
| 01853 – 01854 | Spanish Version of Birth to Six Prescreen Wheel | 1, 2, 3, 7, 8, 32 | No |
| 01855 – 01866 | Brochure on Early Intervention | 1, 2, 3, 7, 8, 32 | No |
| 01867 – 01893 | Child Care Services in the District of Columbia | 1, 2, 3, 7, 8, 32, 36, 37 | No |
| 01894 – 01895 | DCPS News Release and AFRO News Story on MOA | 1, 2, 3, 7, 8, 14, 18, 30, 31, 32, 38 | No |
| 01896 – 01904 | Child Find Reference Guide | 1, 2, 3, 4, 5, 7, 8, 14, 18, 31, 32, 34, 38 | No |
| 01905 – 01939 | Draft of Child Find Reference Guide | 1, 2, 3, 4, 5, 7, 8, 14, 18, 32, 38 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 01940 – 01949 | Memorandum from DCPS State Improvement Office to Principals, Re: Student Support Teams, dated 09/16/05 | 1, 2, 3, 5, 7, 8, 29, 30, 31, 33, 34 | No |
| 01950 – 01954 | DC Office of Early Childhood Development: Strengthening Families and Securing Futures | 1, 2, 3, 5, 7, 8, 14, 18, 30, 33, 32, 38 | No |
| 01955 | Article about MOA in the Washington AFRO American | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32 | No |
| 01956 – 01957 | DCPS News Release about MOA, dated 01/05/05 | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32 | No |
| 01958 – 01959 | DCPS and DHS Flyer for monthly Transition Orientation for Families | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32, 38 | No |
| 01960 – 02036 | DCPS Annual Performance Report for Grant Year 07/1/03 through 06/30/04 (partial, see 02811 – 03005 for complete document) | 1, 2, 3, 5, 6, 7, 8, 38 | No |
| 02037 – 02038 | DCPS Evaluation Process with Guidelines for C.A.R.E. Center | 1, 2, 3, 5, 7, 8, 10, 18, 31, 32 | No |
| 02039 | DCPS Consent for Evaluation Form | 1, 2, 3, 5, 7, 8, 10, 18, 30 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 02040 | Teacher Assistance Team Alternative Instructional Strategies Review Form | 1, 2, 3, 5, 7, 8, 30 | No |
| 02041 | Coversheet for DCPS Procedural Manual for Parents | 1, 2, 3, 5, 7, 8, 30, 31, 32 | No |
| 02042 – 02118 | DCPS and DC EIP Transition Information | 1, 2, 3, 5, 7, 8, 10, 14, 18, 19, 30, 32, 38 | No |
| 02119 – 02145 | DC Office of Early Childhood: Child Care Services in DC | 1, 2, 3, 5, 7, 8, 18, 32 | No |
| 02146 | 10/28/05, Letter from DCPS to US Dept. of Ed., Re: Special Conditions Submissions | 1, 2, 3, 5, 6, 7, 8, 13 | No |
| 02147 | DCPS Infants and Toddlers to Early Childhood at a Glance | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32, 34 | No |
| 02148 – 2160 | C.A.R.E. Center Package | 1, 2, 3, 5, 7, 8, 10, 18, 30, 31, 32, 33, 34 | No |
| 02161 – 02180 | C.A.R.E. Center Procedures | 1, 2, 3, 5, 7, 8, 10, 18, 30, 32, 33, 34 | No |
| 02181 – 02194 | MOA Between DHS Office of Early Childhood Development and DCPS | 1, 2, 3, 5, 7, 8, 10, 14, 18, 32, 33, 34, 38 | No |
| 02195 – 2200 (see 2366 for a better copy) | DCPS and DHS Child Find Poster | 1, 2, 3, 5, 7, 8, 10, 14, 18, 30, 31, 32, 33, 34, 38 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 02201 – 02202 | DCPS Child Find Information on DCPS website | 1, 2, 3, 5, 7, 8, 18, 30, 32 | No |
| 02203 – 02204 | DCPS and DHS Child Find Pamphlet | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32, 33, 34, 38 | No |
| 02205 – 02217 | DCPS Office of Special Education Policies and Procedures Manual, Chapter II | 1, 2, 3, 5, 7, 8, 18, 31, 32, 33, 34 | No |
| 02218 – 02224 | DCPS Student Support Team Information | 1, 2, 3, 5, 7, 8, 29, 30, 31, 33, 34 | No |
| 02225 – 02264 | DCPS Declaration of Education, Strategic Plan, May 2005 | 1, 2, 3, 5, 7, 8, 32 | No |
| 02265 – 02300 | Draft of Child Find Reference Guide (duplicate) | 1, 2, 3, 4, 7, 8, 18, 32, 38 | No |
| 02301 | DC Early Intervention Program Coversheet | 1, 2, 3, 5, 7, 8, 14, 18 | No |
| 02302 – 02306 | DC EIP Intake Overview and Procedures | 1, 2, 3, 5, 7, 8, 18, 30, 31, 32, 33, 34 | No |
| 02307 – 02321 | DC EIP Child Find Overview | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32, 33, 34, 38 | No |
| 02322 – 02323 | DC EIP Child Find Outreach and Identification Policies | 1, 2, 3, 5, 7, 8, 14, 18, 30, 31, 32, 33, 34 | No |
| 02324 – 02326 | DC EIP Priority Criteria for Part C Identification and Referral | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 02327 – 02328 | DC EIP Child Find Statistics for Fiscal Year 2000 and 2001 | 1, 2, 3, 5, 7, 8, 14, 18, 32 | No |
| 02329 | DC EIP Annual Data and Statistics Comparison | 1, 2, 3, 5, 7, 8, 30, 32 | No |
| 02330 – 02331 | DC EIP Child Find Public Awareness Accomplishments for Fiscal Year 2003 and 2004 | 1, 2, 3, 5, 7, 8, 14, 30, 32 | No |
| 02332 | DC EIP Child Find Information Distribution for the Year, dated 06/04 | 1, 2, 3, 5, 7, 8, 30, 32 | No |
| 02333 – 02338 | HSC Foundation Letter to DC EIP, Re: Final Numbers on Pre-school Early Detection Strategies Initiative, dated 04/16/03 | 1, 2, 3, 5, 7, 8, 14, 16, 30, 32 | No |
| 02339 | DC EIP Media Outreach Coversheet | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02340 – 2341 | DHS Answers, Please! Baseline Questionnaire: DC EIP | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02342 – 2353 | DC EIP Outreach on WJLA/ ABC 7 | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02354 – 2361 | DC EIP Outreach on Radio One, Washington, D.C. | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02362 – 02363 | DCPS and DHS Child Find Pamphlet (duplicate) | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32, 38 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 02364 | DC EIP Mailings and Information Distribution Coversheet | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02365 | DCPS and DHS Letter to DC Physicians about Child Find, dated 03/15/05 | 1, 2, 3, 5, 7, 8, 10, 14, 18, 30, 31, 32, 33, 34 | No |
| 02366 | DCPS and DHS Child Find Poster | 1, 2, 3, 5, 7, 8, 10, 14, 18, 30, 32, 38 | No |
| 02367 | Letter from DHS to DC EIP Vendors and Subgrantees, Re: DC EIP Brochures and Reporting Unusual Incidents, dated 12/23/98 | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02368 – 02408 | DC EIP Distribution/Mailing Lists with Letters | 1, 2, 3, 5, 7, 8, 14, 18, 30, 32 | No |
| 02409 – 02443 | Draft of Child Find Reference Guide (duplicate) | 1, 2, 3, 4, 7, 8, 14, 18, 30, 32 | No |
| 02444 – 02507 | Student Support Teams Manual (duplicate) | 1, 2, 3, 5, 7, 8, 29, 30, 31, 33, 34 | No |
| 02507 – 02526 (mistake in Bates Stamping) | MOU Between DHS/OECD and DOH/MFHA | 1, 2, 3, 5, 7, 8, 14 | No |
| 02527 – 02537 | DC Linkage and Tracking System, Developmental Assessment Forms | 1, 2, 3, 5, 7, 8, 14 | No |
| 02538 – 02580 | Guide to DC EIP Management Information System (Database) | 1, 2, 3, 5, 7, 8, 14 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 02581 – 02698 (02699 is a continuation of 00892 – 00918, see above) | FOIA Requests, dated 12/12/03 and 04/19/05; and DCPS Responses, dated 03/08/04, 06/08/04, and 06/03/05 | 1, 2, 3 | No |
| 02700 – 02701 | DCPS Motion to Dismiss Claim of Deshawn Oluwatope, dated 09/28/05 | 1, 2 | Yes |
| 02702 – 02703 | DC MAA SSI Recipients Under 18 for Calendar Years 2003 – 2006 | 1, 2, 39 | Yes (produced only as to the six named plaintiffs) |
| 02704 – 02709 | DC Linkage and Tracking System from 2003 – 2006, Blank Charts | 1, 2, 3, 5, 7, 8, 14, 40, 41, 42, 43 | No (produced only as to the six named plaintiffs—none were listed) |
| 02710 – 02810 | DCPS Special Education Budget for Fiscal Years 2003, 2004, and 2005 | 1, 2, 3, 5, 7, 8, 9 | No |
| 02811 – 03005 | DCPS Annual Performance Report for Grant Year 07/1/03 through 06/30/04 | 1, 2, 3, 5, 6, 7, 8, 38 | No |
| 03006 – 03013 | Letter from DCPS to US Dept. of Education, Re: Submission of Eligibility Documents for FFY 2003 IDEA Grant Awards, dated 05/09/03 | 1, 2, 3, 5, 6, 7, 8, 11, 13, 38 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03014 – 03059 | Letter from US Dept. of Education to DCPS, Re: Conditional Approval of Eligibility Documents for FFY 2005 with DCPS Part B Annual State Application FFY 2005, dated 08/05/05 | 1, 2, 3, 5, 6, 7, 8, 11, 12, 13 | No |
| 03060 – 03078 | Letter from US Dept. of Education to DCPS, Re: DCPS' 04/16/04, Submission, dated 03/18/05 | 1, 2, 3, 5, 7, 8, 12 | No |
| 03079 – 03080 | DCPS Press Briefing, Re: DCPS Outreach to Latino Communities, dated 11/19/04 | 1, 2, 3, 5, 7, 8, 18, 30, 31, 32 | No |
| 03081 | Letter from Advocates for Justice and Education to Zondra Johnson, Re: Her Participation in the Third Annual Instituto de Liderazgo Padre a Padre, dated 06/24/05 | 1, 2, 3, 5, 7, 8, 15, 18, 30, 31, 32 | No |
| 03082 – 03085 | DCPS and Head Start Collaboration | 1, 2, 3, 5, 7, 8, 10, 15, 30, 31, 32, 33, 34 | No |
| 03086 | Letter from Mayor's Committee on Persons with Disabilities to Zondra Johnson, RE: 25th Annual Conference, Children with Disabilities: Birth to Eight, dated 01/23/06 | 1, 2, 3, 5, 7, 8, 10, 18, 30, 31, 32, 37 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03087 – 03088 | DCPS Pamphlet on Teacher Assistance Team for DCPS Employees | 1, 2, 3, 5, 7, 8, 29, 30, 31, 33, 34 | No |
| 03089 – 03090 | DCPS Job Description for Education Coordinator (Zondra Johnson) | 1, 2, 10, 18 | No |
| 03091 – 03092 | DCPS Job Description for Education Specialists | 1, 2, 10, 18, 37 | No |
| 03093 – 03094 | DCPS Job Description for Special Education Coordinator | 1, 2, 36, 37 | No |
| 03095 – 03096 | Draft of DCPS Early Childhood Screening/Assessment Process | 1, 2, 3, 5, 7, 8, 10, 14, 18, 30 | No |
| 03097 | DCPS List of Schools that have begun an Early Childhood Initiative (not limited to Special Education), as of 02/06. | 1, 2, 3, 5, 7, 8, 32 | No |
| 03098 – 03137 | First Annual DCPS OSE and Private-Religious Schools Conference, dated 10/22/03 | 1, 2, 5, 7, 8, 10, 15, 29, 30, 31, 32, 33, 34 | No (redaction of parents' and students' names and personal information) |
| 03138 – 03158 | Second Annual DCPS OSE and Private-Religious Schools Conference, dated 10/25/04 | 1, 2, 3, 5, 7, 8, 10, 15, 29, 30, 31, 32, 33, 34 | No |
| 03159 – 03245 | Third Annual DCPS OSE and Private-Religious Schools Conference, dated 11/03/05 | 1, 2, 3, 5, 7, 8, 10, 15, 29, 30, 31, 32, 33, 34 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03246 – 03268 | Some of the documents distributed at the Third Annual DCPS OSE and Private-Religious Schools Conference, dated 11/03/05 | 1, 2, 3, 5, 7, 8, 10, 15, 29, 30, 32, 33, 34 | No |
| 03269 | Some Meetings and Workshops Coversheet | 1, 2, 3, 7, 8, 15 | No |
| 03270 – 03278 | DCPS City Wide Training, dated 03/17/04 | 1, 2, 3, 5, 7, 8, 15, 29, 30, 32 | No |
| 03279 – 03284 | Private-Religious Signing Ceremony for First Statement of Services Agreement Between DCPS and Private-Religious Schools, dated 06/02/04 | 1, 2, 3, 5, 7, 8, 10, 15, 30, 32 | No |
| 03285 | Letter from Dr. Bryant to Private and Religious Programs, Re: Students Attending Private-Religious Schools, dated 03/16/05 | 1, 2, 3, 7, 8, 10, 15, 30 | No |
| 03286 | Letter from C.A.R.E. Center to Parents, Re: Residency Requirement | 1, 2, 3, 7, 8, 10, 15, 30, 32 | No |
| 03287 | Washington Scholarship Fund Fair: C.A.R.E. Center Represented | 1, 2, 3, 10, 15, 30, 32 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03288 – 03292 | C.A.R.E. Center Program with parents, DCPS personnel, and private-religious program personnel, 05/16/05 | 1, 2, 3, 5, 7, 8, 10, 15, 29, 30, 32 | No (guardians' and students' names, as well as personal contact information, redacted) |
| 03293 | Private-Religious Steering Committee Meeting Agenda (sample), dated 07/21/05 | 1, 2, 3, 5, 7, 8, 10, 15, 30, 32 | No |
| 03294 – 03296 | Parent Empowerment Group Meeting with C.A.R.E. Center Guest Speaker, dated 10/01/05 | 1, 2, 3, 5, 7, 8, 10, 15, 30, 31, 32, 33, 34 | No (guardians' and students' names, as well as personal contact information, redacted) |
| 03297 – 03298 | Private-Religious Steering Committee Meeting Agenda (another sample), dated 09/22/05 | 1, 2, 3, 5, 7, 8, 10, 15, 30, 32 | No |
| 03299 – 03301 | DC EIP Transition Log for Named Plaintiffs with Entries | 1, 2, 3, 5, 7, 8, 17, 19, 38, 44 | Yes (Information for those children who are not named plaintiffs redacted) |
| 03302 – 03634 | US Dept. of Health and Human Services Head Start Program Performance Standards and Other Regulations | 1, 2, 3, 5, 7, 8, 15 | No |
| 03635 – 03659 | DCPS Head Start Programs Procedures Framework and Operational Procedures from US HHS | 1, 2, 3, 5, 7, 8, 15, 30 | No |
| 03660 – 3691 | US HHS On-Site Review with Head Start Review Report, 04/11/05 and Letter from US HHS to DCPS, dated 10/03/05 | 1, 2, 3, 5, 7, 8, 15 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03692 – 03706 | DCPS Draft of Student Support Team Member Chart for the 2005-2006 School Year | 1, 2, 3, 5, 7, 8, 36, 37 | No. Two columns of the chart were removed because they contain personal information: "Telephone" and "Email." |
| 03707 – 03708 | DCPS Parents' Special Education Service Center Flyer, in both English and Spanish | 1, 2, 3, 5, 7, 8, 30, 32 | No |
| 03709 – 3760 | DHS Recommended Reading List for Children from Birth to Five Years Old, in Spanish and English | 1, 2, 3 | No |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL, *et al.*,            )
                         )
         Plaintiffs,     )
                         )
    v.                   )   Civil Action No. 05-1437 (RCL)
                         )
DISTRICT OF COLUMBIA, *et al.*, )
                         )
         Defendants.     )

## FIRST SUPPLEMENTAL DOCUMENT INDEX

Defendant's First Supplemental Response to Plaintiffs' Request for Documents

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03761 – 03763 | DCPS, Office of Special Education Statement of Services Agreement For Private-Religious Schools | 1, 2, 3, 5, 7, 8, 14, 15, 29, 30, 31, 32, 34 | No |
| 03764 – 03781 | DCPS Procedural Manual For Parents (complete version—cover sheet also at # 02041) | 1, 2, 3, 5, 7, 8, 30, 31, 32 | No |
| 03782 – 03790 | Files and Records relating to DeShawn Laniyonu | 1, 2, 14, 20 – 24, 33 – 35, 38, 44 | Yes |
| 03791 – 03802 | Files and Records relating to Frederick "Caleb" Davy | 1, 2, 14, 20 – 24, 33 – 35 38, 44 | Yes |
| 03803 – 03869 | Files and Records relating to Trenton Franklin | 1, 2, 14, 20 – 24, 33 – 35, 38, 44 | Yes |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03870 | DCPS Summary of ENCORE Data: Number of Eligibility Determinations for Special Education Services for Children in DC, Ages 3-5, Based on Outcomes of Eligibility Meetings held between January 1, 2003, and January 1, 2006. Also, includes relevant ENCORE data for four of the six Named Plaintiffs. | 1, 2, 3, 5, 23, 24, 25, 27, 35 | The summary information is not confidential or privileged, but the specific ENCORE Data is confidential. |
| 03871 – 03886 | ENCORE Database Screenshots for the Six Named Plaintiffs, through March 14, 2006 | 1, 2, 3, 5, 20 – 28, 35 | Yes |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>            Defendants. | Civil Action No. 05-1437 (RCL) |

### SECOND SUPPLEMENTAL DOCUMENT INDEX

**Defendant's Second Supplemental Response to Plaintiffs' Request for Documents**

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 03887 – 03899 | Annual State Application Under Part B of IDEA for FY 2006 (Draft) | 1, 2, 3, 11, 18 | No |
| 03900 – 04024 | DCPS Master Education Plan, February 2006 | 1, 2, 3, 7, 8, 29, 32 | No |
| 04025 – 04241 | Files and Records relating to Frederick "Caleb" Davy | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 04242 – 04402 | Files and Records relating to DeShawn Laniyonu Oluwatope | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |
| 04403 | Files and Records relating to Trenton Franklin | 1, 2, 14, 20-24, 33-35 38, 44 | Yes |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | Civil Action No. 05-1437 (RCL) |

### THIRD SUPPLEMENTAL DOCUMENT INDEX

Defendants' Third Supplemental Response to Plaintiffs' Request for Documents

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 04404 – 04414 | Letter, dated 03/30/06, from US Dept. of Education to DCPS, Re: DCPS' Part B State Performance Plan for 2005-2010 | 1, 2, 3, 5, 7, 8, 12 | No |
| 04415 – 04506 | DCPS' Part B State Performance Plan for 2005-2010 (final version) (draft version previously produced at 01128 – 01204) | 1, 2, 3, 5, 6, 7, 8, 10, 18 | No |
| 04507 – 04527, 04529 | DCPS C.A.R.E. Center Preschool Assessment Process, finalized 04/18/06 and currently in effect, with blank forms used in the process (04529 is the coversheet of DCPS Procedural Manual for Parents). | 1, 2, 3, 5, 7, 8, 10, 18, 30, 32, 33, 34 | No |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 04528 | C.A.R.E. Center Contact Log (blank) | 1, 2, 3, 5, 7, 8, 10, 18, 30, 32, 33, 34 | No |
| 04530 | C.A.R.E. Center Schedule for Screenings/Observations, dated March 22, 2006 | 1, 2, 3, 5, 7, 8, 10, 18, 30, 32, 33, 34 | Yes |
| 04531 | C.A.R.E. Center Child Find/Transition Telephone Log (Screenings) | 1, 2, 3, 5, 7, 8, 10, 18, 30, 32, 33, 34 | Yes |
| 04532 – 04533 | DCPS Special Education Budget for Fiscal Year 2006 (local funds (0100) only, with regard to breakdown at 04533) | 1, 2, 3, 5, 7, 8, 9 | No |
| 04534 – 04544 | DCPS Draft of Student Support Team Member Chart for the 2005-2006 School Year, updated as of 03/16/06 (previous draft produced at 03692 – 03706) | 1, 2, 3, 5, 7, 8, 36, 37 | No. Two columns of the chart were removed because they contain personal information about staff members: "Telephone" and "Email." |