EXHIBIT C

| Plaintiff's Request Number | Defendant's Responsive Documents |
|---|---|
| 9 | 2710-2810, 4532-4533<br>The District's response was: The District further states that there is no separate operating budget line in the DCPS budget for Child Find and no actual spending figures by DCPS for Child Find characterized as such. |
| 10 | 1019-1115, 1128-1204, 1245-1338, 1339-1453, 1582-1595, 1596-1634, 2037-2038, 2039, 2042-2118, 2148-2160, 2195-2200, 2365, 2366, 3082-3085, 3086, 3089-3090, 3091-3092, 3095-3096, 3098-3137, 3138-3158, 3159-3245, 3246-3268, 3279-3284, 3285, 3286, 3287, 3288-3292, 3293, 3294-3296, 3297-3298, 4415-4506, 4507-4527, 4529, 4528, 4530, 4531 |
| 11 | 1116–1127, 3006-3013, 3014-3059, 3887-3899 |
| 12 | 3014-3059, 3060-3078, 4404-4414 |
| 13 | 1019-1115, 2146, 3006-3013, 3014-3059 |
| 14 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 1205–1212, 1213-1240, 1241-1244, 1245-1338, 1339-1453, 1454-1513, 1582-1595, 1596-1634, 1635-1802, 1829-1830, 1894-1895, 1896-1904, 1905-1939, 1950-1954, 1955, 1956-1957, 1958-1959, 2042-2118, 2147, 2195-2200, 2203-2204, 2301, 2307-2321, 2322-2323, 2324-2326. 2327-2328, 2330-2331, 2333-2338, 2339, 2340-2341, 2342-2353, 2354-2361, 2362-2363, 2364, 2365, 2366, 2367, 2368-2408, 2409-2443, 2507-2526, 2527-2537, 2538-2580, 2704-2709, 3095-3096, 3761-3763, 3782-3790, 3791-3802, 3803-3869. 4025-4241, 4242-4402, 4403 |
| 15 | 1635-1802, 3081, 3082-3085, 3098-3137, 3138-3158, 3159-3245, 3246-3268, 3269, 3270-3278, 3279-3284, 3285, 3286, 3287, 3288-3292, 3293, 3294-3296, 3297-3298, 3302-3634, 3635-3659, 3660-3691, 3761-3763 |
| 16 | 2333-2338 |
| 17 | 3299-3301 |

| Plaintiff's Request Number | Defendant's Responsive Documents |
|---|---|
| 18 | 1019-1127, 1128-1204, 1245-1338, 1339-1453, 1582-1595, 1596-1634, 1894-1895, 1896-1904, 1905-1939, 1950-1954, 1955, 1956-1957, 1958-1959, 2037-2038, 2039, 2042-2118, 2119-2145, 2147, 2148-2160, 2195-2200, 2201-2202, 2203-2204, 2205-2217, 2265-2300, 2301, 2302-2306, 2307-2321, 2322-2323, 2324-2326, 2327-2328, 2339, 2340-2341, 2342-2353, 2354-2361, 2362-2363, 2364, 2365, 2366, 2367, 2368-2408, 2409-2443, 3079-3080, 3081, 3086, 3089-3090, 3091-3092, 3095-3096, 3887-3899, 4415-4506, 4507-4527, 4529, 4528, 4530, 4531 |
| 19 | 1213–1240, 1245-1338, 1339-1453, 1596-1634, 2042-2118, 3299-3301 |
| 20 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3782-3790, 3791-3802, 3803-3869, 3871-3886, 4025-4241, 4242-4402, 4403 |
| 21 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3791-3802, 3803-3869, 3871-3886, 4025-4241, 4242-4402 |
| 22 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3782-3790, 3791-3802, 3803-3869, 3871-3886, 4025-4241, 4242-4402, 4403 |
| 23 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3782-3790, 3791-3802, 3803-3869, 3780, 3871-3886, 4025-4241, 4242-4402, 4403 |
| 24 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3782-3790, 3791-3802, 3803-3869, 3780, 3871-3886, 4025-4241, 4242-4402, 4403 |
| 25 | 3780, 3871-3886 |
| 26 | 3871-3886 |
| 27 | 3780, 3871-3886 |
| 28 | 3871-3886 |

| Plaintiff's Request Number | Defendant's Responsive Documents |
|---|---|
| 33 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 1582-1595, 1940-1949, 1950-1954, 2148-2160, 2195-2200, 2203-2204, 2205-2217, 2218-2224, 2302-2306, 2307-2321, 2322-2323, 2365, 2444-2507, 3082-3085, 3087-3088, 3098-3137, 3138-3158, 3159-3245, 3246-3268, 3294-3296, 3782-3790, 3791-3802, 3803-3869, 4025-4241, 4242-4402, 4403, 4507-4527, 4529, 4528, 4530, 4531 |
| 34 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 1582-1595, 1940-1949, 2147, 2148-2160, 2195-2200, 2203-2204, 2205-2217, 2218-2224, 2302-2306, 2307-2321, 2322-2323, 2365, 2444-2507, 3082-3085, 3087-3088, 3098-3137, 3138-3158, 3159-3245, 3246-3268, 3294-3296, 3761-3763, 3782-3790, 3791-3802, 3803-3869, 4025-4241, 4242-4402, 4403, 4507-4527, 4529, 4528, 4530, 4531 |
| 35 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 3782-3790, 3791-3802, 3803-3869, 3780, 3871-3886, 4025-4241, 4242-4402, 4403 |
| 38 | 1-220, 221-715, 716-851, 852-891, 892-918, 919-1018, 1019-1115, 1245-1338, 1339-1453, 1582-1595, 1596-1634, 1635-1802, 1829-1830, 1894-1895, 1896-1904, 1905-1939, 1950-1954, 1958-1959, 1960-2036, 2042-2118, 2195-2200, 2203-2204, 2265-2300, 2307-2321, 2362-2363, 2366, 2801-3005, 3006-3013, 3299-3301, 3782-3790, 3791-3802, 3803-3869, 4025-4241, 4242-4402, 4403 |
| 39 | 2702-2703 |
| 40 | 2704-2709 |
| 41 | 2704-2709 |
| 42 | 2704-2709 |
| 43 | 2704-2709 |