UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*,  <br><br>    Plaintiffs,  <br><br>    v.  <br><br>DISTRICT OF COLUMBIA, *et al.*,  <br><br>    Defendants. | Civil Action No. 05-1437 (RCL) |

## ORDER

Upon consideration of the submissions of the parties with respect to defendants' motion to compel discovery filed August 1, 2006, and the entire record in this case, it is hereby:

**ORDERED** that defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that that plaintiffs' objections to producing documents relating to class members requested by defendants in Document Requests Nos. 5, 27, 30, 31, and 35 of their Rule 34 Request for production of documents are **OVERRULED**, and plaintiffs shall produce any documents responsive to these requests within 14 days from the date of this Order.

Date: _____

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE