UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Local Civil Rule 15.1, plaintiffs hereby move to amend for the first time their Complaint for Declaratory and Injunctive Relief in this putative class action. A memorandum of law and proposed order accompany this Motion. Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief is attached as Exhibit 1. Defendants have not consented to this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　BRUCE J. TERRIS (D.C. Bar No. 47126)
　　　　　　　　　　　　　　　　　　SHINA MAJEED (D.C. Bar No. 491725)
　　　　　　　　　　　　　　　　　　TERRIS, PRAVLIK & MILLIAN, LLP
　　　　　　　　　　　　　　　　　　1121 12th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 682-2100

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JEFFREY S. GUTMAN (D.C. Bar No. 416954)
　　　　　　　　　　　　　　　　　　The George Washington University Law School

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

2000 G Street, N.W.
Washington, DC 20052
(202) 994-7463

/s/
---
MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330