UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |  |
| Defendants. | ) ) |  |

PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS'
MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs respectfully request that the Court extend the time until Friday, August 18, 2006, to reply to Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel (hereafter "Defendants' Opposition"). Plaintiffs filed their Motion to Compel Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents on July 10, 2006 (hereafter "Plaintiffs' Motion to Compel"). Defendants received a one week extension to oppose Plaintiffs' Motion to Compel, to which plaintiffs consented, and filed their Opposition on July 31, 2006. Under the time periods set forth under Rules 5(d) and 6(e) of the Federal Rules of Civil Procedure and under Local Civil Rule 7(d), plaintiffs' reply memorandum would be due on August 10, 2006. Defendants' counsel has consented to this extension.

Defendants' Opposition is a substantive filing, with many exhibits and declarations, requiring

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

legal and fact research and a detailed response. In addition, plaintiffs are in the middle of responding to Defendants' Motion to Compel Production of Documents by Plaintiffs, which defendants filed on August 1, 2006, and which also requires legal research and a substantive response. On August 3, 2006, plaintiffs filed their Motion for Leave to File their First Amended Complaint and their First Amended Complaint.

       A proposed order is attached.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
SHINA MAJEED (D.C. Bar No. 491725)
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100


/s/
JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052


/s/
MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036

August 7, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to Reply to Defendants' Memorandum or Points and Authorities in Opposition to Plaintiffs' Motion to Compel, and the entire record herein, it is hereby

**ORDERED,** that plaintiffs' Consent Motion is granted; it is further

**ORDERED**, that plaintiffs' Reply to Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel is due on August 18, 2006.

_____              _____
DATE                                                               JUDGE ROYCE C. LAMBERTH