UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the submissions of the parties with respect to the plaintiffs' August 3, 2006, motion to amend the complaint, and the entire record in this case, it is hereby:

**ORDERED** that plaintiffs' motion is **DENIED**.


Dated: _____                    _____
                                        ROYCE C. LAMBERTH
                                        UNITED STATES DISTRICT JUDGE