UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

**PARTIAL LIST OF RESPONSIVE DOCUMENTS DEFENDANTS FAILED TO PRODUCE IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS[2]**

- Annual State Application under Part B of the IDEA for Federal Fiscal Year 2004

- Grant Award Letter from the Office of Special Education Programs of the U.S. Department of Education ("OSEP") to the District of Columbia Public Schools ("DCPS"), dated September 17, 2004 (along with all "Special Conditions" attached as Enclosures)

- Verification Letter from OSEP to DCPS, dated June 8, 2004

- District of Columbia's Federal Fiscal Year ("FFY") 2002 Annual Performance Report ("APR"), submitted to OSEP on April 16, 2004

- District of Columbia's Federal Fiscal Year ("FFY") 2004 Annual Performance Report (if this was completed).

---

1/ Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

2/ Plaintiffs identified these documents through research on the internet, on the DCPS website, on the U.S. Department of Education website, and by reading defendants' document production and noting documents referred to within those documents that have not been produced. This list is not exhaustive.

- All "Special Conditions Reports" issued prior to October 28, 2005, for the Reporting Periods prior to June 1, 2005-September 30, 2005, including Special Conditions Reports that were due on October 29, 2004, January 14, 2005, April 15, 2005, and June 17, 2005, and the reports submitted on November 1, 2004, and January 18, 2005

- All "Progress Reports" and "Final Progress Reports" due as part of the FFY 2002 APR and the FFY 2003 APR, including those dated March 31, 2004, July 16, 2004, October 29, 2004, February 27, 2005, and the report that was due 60 days from the date of the Letter from OSEP to DCPS, dated March 18, 2005

- Data and Analysis submitted by DCPS to OSEP on May 30, 2005, as required by the FFY 2004 Grant Award Letter

- Responses to the June 8, 2004 Verification Letter and various submissions, from DCPS to OSEP, dated August 20, 2004

- "Initial Improvement Plan" of February 2003, submitted by DCPS to OSEP

- "Revised Improvement Plan" of November 2003, submitted by DCPS to OSEP[3]

- Letter from OSEP to DCPS Approving the Revised Improvement Plan, dated February 27, 2004

- Letter from DCPS to OSEP, dated August 17, 2004

- Letter from OSEP to DCPS, dated December 15, 2004

- DCPS Monitoring Report, due to OSEP on January 13, 2006

- Part B Data Reports for each year 2000-2006, including:

    Table 1: Report of Children with Disabilities Receiving Special Education Under Part B of the IDEA

    Table 2: Personnel Employees to Provide Special Education and Related Services

    Table 3: Part B, IDEA Implementation of FAPE Requirements

    Table 5: Report of Children with Disabilities Unilaterally Removed or Suspended/Expelled for More than 10 Days

- Part C Data Reports for each year 2000-2006, including:

    Table 1: Reports of Infants and Toddlers Receiving Early Intervention Services in Accordance with IDEA, Part C

    Table 2: Report of Program Settings Where Early Intervention Services are Provided to Infants and Toddlers with Disabilities and Their Families in Accordance with Part C

    Table 3: Reports on Infants and Toddlers Exiting Part C

    Table 4: Report on Early Intervention Services on IFSPs Provided to Infants and Toddlers and Their Families in Accordance with Part C

    Table 5: Number and Type of Personnel (In Full-Time Equivalency of Assignment) Employed and Contracted to Provide Early Intervention Services for Infants and Toddlers with Disabilities

- Biennial Performance Report (March 31, 2004)(District's Use of Funds from July 1, 2001 through June 30, 2002 and July 1, 2002 through June 30, 2003)

- Annual Performance Reports for Part C of the IDEA for each year 2000-2006

- A Parents United For the D.C. Public Schools Civil Leader, Advisory Committee Report, "Separate and Unequal," The State of District of Columbia Public Schools 50 Years After Brown and Bollin (March 2005)

- U.S. Department of Education, Office of Special Education Programs, "Proceedings of the Combined Part C and Part B Data Managers' Meeting" (July 17-20, 2005)

- Council of the Great City Schools, "Financing Excellence in the District of Columbia Public Schools," Submitted to DCPS (2005)

- Council of the Great City Schools and The McKenzie Group, Rebuilding the D.C. Schools, "Final Report of the D.C. Public Schools Transition Project"

- Office of the District of Columbia Auditor, "Letter Report: Comprehensive Digest of the Implementation Status of Auditor Recommendations Pertaining to Audits Issued Between Fiscal Year 2002 and 2005" (March 4, 2005)

- Office of the District of Columbia Auditor, "Flawed Processes and Ineffective Systems of Accountability Pertaining to DCPS's Special Education Program Have Resulted in Costly Legal Fees and Exorbitant Charges for Related Services" (May

9, 2003)

- Letter from Stephanie Lee, U.S. Department of Education, Office of Special Education Programs, to Yvonne Gilchirst, D.C. Department of Human Services (December 12, 2003)

- U.S. Department of Education ("DOE"), Office of Special Education Programs ("OSEP"), Table AC1, August 30, 2001

- DCPS, Report of the Strategic Support Team of the Council of the Great City Schools, December 2003

- U.S. Department of Education, OSEP, National Early Intervention Longitudinal Study, Families' First Experiences With Early Intervention, January 2003

- U.S. Department of Education, OSEP, National Early Intervention Longitudinal Study, State to State Variations in Early Intervention Systems, September 1999

- Letters from OSEP to Paul L. Vance, Superintendent of Schools, DCPS, and to Carolyn W. Colvin, Director, Department of Human Services, July 30, 2002

- Thomas Hehir, DCPS Special Education Study: Assessment and Recommendations, October 2002

- Letter from OSEP toYvonne Gilchrist, Department of Human Services, June 26, 2003

- Part C State Improvement Plan, March 14, 2003

- DCPS's Strategic Support Team of the Council of the Great City Schools, Restoring Excellence to the District of Columbia Public Schools (December 2003)

- DC Appleseed Center, "A Time for Action: The Need To Repair the System for Resolving Special Education Disputes in the District of Columbia " (date unknown)

- Letter from Alexa Posny, Ph.D., OSEP, to Clifford Janey, DCPS, IDEA Part B Grant Award Letter (July 2006) (Enclosures A- E).