UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| DL, *et al.*, | ) |
|---|---|
| Plaintiffs, | ) Civil Action No.: 05-CV-1437 (RCL) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

DOCUMENT INDEX OF PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS AND
THINGS TO PLAINTIFFS[1/]

| BATES NUMBER | DESCRIPTION |
|---|---|
| 1-111 | District of Columbia, Board of Education, Proposed FY 2005 Operating Budget, April 19, 2004 |
| 113 -326 | District of Columbia Public Schools ("DCPS"), Proposed FY 2006 Operating Budget, January 12, 2005 |
| 327 - 343 | Webpage printouts from www.nectac.org and www.childfindidea.org, March 22, 2004 |
| 344-403 | Report, the Council for Exceptional Children, IDEA Requirements for Preschoolers with Disabilities, September 2000 |
| 404-420 | The National Early Childhood Technical Assistance Center, Eligibility Policies and Practices for Young Children under Part B of IDEA , October 2001 |

---

[1/]Documents described as "CONFIDENTIAL" are to be treated in accordance with the protective order filed in this case on October 31, 2005.

| 421-423 | U.S. Department of Education ("DOE"), Office of Special Education Programs ("OSEP"), Table AC1, August 30, 2001 |
|---|---|
| 424-436 | DOE, Twenty Fourth Annual Report to Congress on the Implementation of the IDEA (2002) |
| 437-440 | Data Table, U.S. Census Bureau, Profile of General Demographic Characteristics, District of Columbia (2000) |
| 441-445 | Webpage print-out from www.ideadata.org, March 22, 2004 |
| 446-448 | Table AH1 from www.ideadata.org, |
| 449-450 | State Child Count Data 1986-2003 |
| 441-456 | Table AF7 from www.ideadata.org, |
| 457-459 | Table AF3 from www.ideadata.org, |
| 460-462 | Table AA10 from www.ideadata.org, |
| 463-546 | Table AA10 from www.ideadata.org, |
| 547- 630 | Table AB1 from www.ideadata.org |
| 631-633 | Table AB6 from www.ideadata.org |
| 634-691 | Table AB9 from www.ideadata.org |
| 692-726 | Draft DCPS Child Find Document (undated) |
| 727-728 | Letter from DCPS to Jeffrey S. Gutman, regarding: Freedom of Information Act ("FOIA") Request, June 8, 2004 |
| 729-763 | Draft DCPS Child Find Document (undated) |
| 764- 1148 | DCPS SETS Printouts from DCPS in Response to December 12, 2004, FOIA Request by Jeffrey S. Gutman |
| 1194-1197 | Facsimile from Erika L. Pierson, DCPS, to Jeffrey S. Gutman, January 21, 2005 |
| 1198-1199 | Facsimile from Erika L. Pierson, DCPS, to Jeffrey S. Gutman, January 3, 2005 |
| 1201-1212 | DC Agenda, Annual Report Examining Changes in Neighborhood Conditions across DC, 2004 |

| 1213-1216 | Arlington Public Schools, Office of Special Education, Parent Resource Center, 2003-2004 |
| --- | --- |
| 1219 - 1285 | Arlington Public Schools Child Find Information, 2001 |
| 1307-1320 | DCPS Information, Draft Child Find Excerpt |
| 1321-1423 | DCPS, Report of the Strategic Support Team of the Council of the Great City Schools, December 2003 |
| 1424-1430 | OSEP, National Early Intervention Longitudinal Study, Families' First Experiences With Early Intervention, January 2003 |
| 1431-1455 | OSEP, National Early Intervention Longitudinal Study, State to State Variations in Early Intervention Systems, September 1999 |
| 1456-1470 | DOE, Twenty Fourth Annual Report to Congress on the Implementation of the IDEA, 2002 |
| 1471-1489 | National Academies Press, from Neurons to Neighborhoods: The Science of Early Childhood Development, 2000 |
| 1490-1492 | Education Law Center, Universal Screening, July 2000 |
| 1493-1509 | DCPS, Special Education Strategic Plan (undated) |
| 1510-1522 | Letters from OSEP to Paul L. Vance, Superintendent of Schools, DCPS, and to Carolyn W. Colvin, Director, Department of Human Services, July 30, 2002 |
| 1523-1548 | Thomas Hehir, DCPS Special Education Study: Assessment and Recommendations, October 2002 |
| 1549-1579 | Letter from OSEP to Andrew E. Jenkins, Superintendent of Public Schools, DCPS, January 26, 1990 |
| 1580-1638 | Letter from OSEP to Franklin L. Smith, Superintendent of Schools, DCPS, February 8, 1994 |
| 1639-1646 | Letter from OSEP to Franklin L. Smith, Superintendent of Schools, DCPS, June 12, 1995 |
| 1647-1809 | Part B of the IDEA, Assurances Regarding Implementation of the Requirements during Federal Fiscal Year 1998 |
| 1810-1975 | District of Columbia Monitoring Report (June 2002) |

| | |
|---|---|
| 1981-1982 | Letter from DCPS to Jeffrey S. Gutman, September 5, 2003 |
| 1983-1994 | Chapter IV, Child Find Document, DCPS |
| 1995-2031 | Child Find information for Fairfax County and Arlington County, Virginia, and Montgomery County, Maryland |
| 2032-2035 | Facsimile From DCPS to Jeffrey Gutman, January 21, 2005, concerning Child Find Agreement |
| 2036-2047 | 2004 Issue Scan, DC Agenda |
| 2048-2055 | Washington Child Development Council information |
| 2056-2111 | District of Columbia Monitoring Report (June 2002) |
| 2112-2159 | DCPS information; Procedural Safeguards Manuals |
| 2162-2468 | DCPS Resource Manual |
| 2469-2491 | Facsimile from Joan Christopher, DCEIP, to Gwendolyn Gage, OSEP, June 30, 2003 |
| 2492-2493 | Letter from OSEP to Yvonne Gilchrist, Department of Human Services, June 26, 2003 |
| 2494-2700 | Information from DHS regarding DCEIP, including grant agreements with Georgetown University Child Development Center, St. John's Community Services, Mary's Center for Maternal & Child Care, Inc., National Children's Center, Out Came the Sun, Inc., and Proyecto Nino/Project Child |
| 2701-2722 | Part C State Improvement Plan, March 14, 2003 |
| 2723-2751 | Letter from OSEP to Andrew Jenkins, Superintendent of Public Schools, March 17, 1999 |
| 2752-2766 | District of Columbia State Application for a FY 2003 grant award under Part C of the IDEA, June 9, 2003 |
| 2767-2827 | DCEIP Information, including MOA dated April 1, 2002, and correspondence from the Office of Early Childhood Development |
| 2828-3012 | DCEIP 2003-2004 Directory and DCEIP Manual |

| | |
|---|---|
| 3018-3021 | Letter from DHS to Jeffrey S. Gutman, August 8, 2003 regarding FOIA request; Memorandum from George Valentine to Barbara F. Kamara, July 17, 2003, regarding FOIA request |
| 3022-3030 | DHS documents related to Part C Improvement Plan |
| 3031-3063 | DCPS and CARE Center Child Find brochures and Child Find Document excerpt |
| 3064-3106 | DCPS Special Education Policies and Procedures Manual |
| 3107-3144 | DCPS and CARE Center Child Find brochures, Power Point, and Reference Guide |
| 3145-3215 | DCPS Training Agenda, Successful Case Management as Measured in SETS, February 10, 2003 |
| 3216-3238 | DCPS Orientation Agenda, April 23, 2003 |
| 3239-3426 | Interaction Institute for Social Change, Essential Facilitation for IEP Meetings |
| 3427-3593 | DCPS, Staff Development Extended School Year & Compensatory Education, December 17, 2003 |
| 3594-3668 | DCPS materials and forms related to IEPs, MDTs, Assistive Technology, Non-Public Day programs, MAPT Referrals, and Dedicated Aides. |
| 3669-3743 | DCMR Rules and Regulations |
| 3747-3780 | DCPS forms and guidance regarding truancy and attendance plans |
| 3781-3805 | DCPS Procedural Manual for parents, DCPS Training Calendars, and brochures. |
| 3806-3846 | DCPS, Division of Special Education forms |
| 3847-3908 | DCPS Training Materials on Alternate Assessment Program, IDEA, IEP's, Least Restrictive Environment ("LRE"), and TAT Process |
| 3909-3910 | Letter from Jeffrey S. Gutman to Dr. Len Yearwood, FOIA Officer, July 7, 2003, FOIA Request |
| 3911-3912 | Letter from Raymond Bryant to Principals, September 17, 2002 |

| | |
|---|---|
| 3913-4000 | Formula Grant Policy Manual Revisions, May 29, 2001 |
| 4001-4011 | Excerpt from DCPS Manual on special education process |
| 4012-4050 | Appendix A to unknown DCPS Document, Abbreviations, and Definitions |
| 4051-4068 | Procedural Manual for DCPS students |
| 4069-4445 | Letter Response from DCPS to Jeffrey Gutman, September 5, 2003, and June 8, 2004, regarding FOIA requests |
| 4446-4447 | Letter from DCPS to Jeffrey S. Gutman, June 8, 2004 regarding FOIA Request |
| 4448-4482 | DCPS Child Find Draft Document |
| 4483-4651 | Documents submitted for due process hearing for DL **CONFIDENTIAL** |
| 4661-4920 | Documents related to OUL **CONFIDENTIAL** |
| 4921-5259 | Reports, including: (1) DCPS's Strategic Support Team of the Council of the Great City Schools, Restoring Excellence to the District of Columbia Public Schools (December 2003); (2) U.S. Department of Education, Twenty-Fourth Annual Report to Congress (2002); (3) SRI International, National Early Intervention Longitudinal Study (September 1999); (4) District of Columbia Monitoring Report (June 2002); and (5) DC Appleseed Center, A Time for Action (date unknown) |
| 5260-5287 | Child Find information from Montgomery County, Maryland, Atlanta, Georgia, and Fairfax County, Virginia |
| 5288-5589 | Documents related to DL **CONFIDENTIAL** |
| 5668 | Receipt from Lexxus ChildCare Development Center, Inc. related to JB's reimbursement claim **CONFIDENTIAL** |
| 5670-5831 | Documents related to JB **CONFIDENTIAL** |

| | |
|---|---|
| 5832-5855<br>5865-5870 | Documents related to TF<br>**CONFIDENTIAL** |
| 5934-5983,<br>6024,<br>6025-6133 | Documents related to FD<br>**CONFIDENTIAL** |
| 6166-6338 | Documents related to JB<br>**CONFIDENTIAL** |
| 6351-6387 | Documents related to DC<br>**CONFIDENTIAL** |
| 6397 | Letter from Jeffrey S. Gutman to Erika Pearson, May 26, 2004 |
| 6402-6405 | Facsimile from Erika L. Pierson, DCPS, to Jeffrey S. Gutman, January 21, 2005 |
| 6406-6407 | Letter from Jeffrey S. Gutman to Dr. Raymond W. Bryant, DCPS, March 24, 2004 |
| 6416-6435 | MCI/DCLTS Intake Risk Summary Report 2002 |
| 6436-6782 | Documents related to OUL<br>**CONFIDENTIAL** |
| 6783-6784 | Letter from Jeffrey S. Gutman to Dr. Raymond W. Bryant, March 24, 2004 |
| 6785- 6800 | Class action retainer agreements for OUL and DC<br>**CONFIDENTIAL** |
| 6801-6880 | No documents in this range |
| 6881-6894 | Excerpt of class action retainer agreement for plaintiff OUL, TF and FD<br>**CONFIDENTIAL** |
| 6895-6939 | Documents related to OUL<br>**CONFIDENTIAL** |
| 6940-6943 | Class action retainer agreement  JB<br>**CONFIDENTIAL** |
| 6944-6948 | Documents related to FD<br>**CONFIDENTIAL** |

| BATES NUMBER | DESCRIPTION |
|---|---|
| 6949-6952 | Retainer agreement for JB |
| 6957 | E-mail from Jack Schreibman to Margaret A. Kohn, February 28, 2005 |
| 6958-6959 | Letter from Monica Davy to Zondra Johnson, October 18, 2005 **CONFIDENTIAL** |
| 6960 | Facsimile from Monica Davy to Betty Jones, August 19, 2005 |
| 6961-6962 | Letter from Monica Davy to Betty Jones, August 19, 2005 **CONFIDENTIAL** |
| 6963 | Appointment-reminder letter from Office of Early Childhood Development to Monica Davy, June 15, 2004 |
| 6964 | Receipt from S. Crawford to Monica Davy concerning Procedural Manual for Parents, May 24, 2004 |
| 6969-6970 | IEP Report Card for FD, July 2, 2001 **CONFIDENTIAL** |
| 6971 | Letter from Nicole Johnson, Physical Therapist, to Monica Davy, April 8, 2005 |
| 6972, 6974-6985 6987-6999 | Documents related to FD **CONFIDENTIAL** |
| 7001 | E-mail from Margaret A. Kohn to Jack Schreibman, February 28, 2005 |
| 7003-7004 | E-mail from Jack Schreibman to Margaret A. Kohn, February 28, 2005 |
| 7005 | E-mail from Margaret A. Kohn to Jack Schreibman, February 28, 2005 |
| 7006-7007, 7009-7013 | Documents related to FD **CONFIDENTIAL** |
| 7014-7015 | E-mail from Jack Schreibman to Monica Davy, February 28, 2005 |

| | |
|---|---|
| 7017-7018,<br>7020-7028,<br>7030-7033,<br>7035-7043 | Documents related to FD<br>**CONFIDENTIAL** |
| 7044 | E-mail from Jack Schreibman to Monica Davy, March 24, 2005 |
| 7045 | Facsimile from Zondra Johnson to Margaret A. Kohn, February 19, 2005<br>**CONFIDENTIAL** |
| 7047-7052,<br>7054-7067 | Documents related to FD<br>**CONFIDENTIAL** |
| 7071–7076,<br>7078 | *Education Life* Article: Raising Ross, April 13, 2003 |
| 7080-7087 | Documents related to FD<br>**CONFIDENTIAL** |
| 7088 | Facsimile from Monica Davy to DCPS, December 23, 2004 |
| 7089-7142 | Documents related to FD<br>**CONFIDENTIAL** |
| 7143-7176 | District of Columbia Public Schools Special Conditions Reports (Reporting Period June 1, 2005–September 30, 2005), October 28, 2005 |
| 7220 | Letter from Margaret A. Kohn to Jeff Kaplan regarding FD, December 20, 2005<br>**CONFIDENTIAL** |
| 7221-7280 | No documents in this range. |
| 7281–7283 | Letter from Margaret A. Kohn to Zondra Johnson regarding FD, May 25, 2005<br>**CONFIDENTIAL** |
| 7284-7287 | Facsimile from Monica Davy to Margaret A. Kohn regarding vendor of supportive chair for FD, November 22, 2005.<br>**CONFIDENTIAL** |

| 7288-7289 | Letter from Margaret A. Kohn to Jeff Kaplan regarding FD, October 21, 2005 **CONFIDENTIAL** |
|---|---|
| 7290-7291 | Facsimile from Margaret A. Kohn to Jeff Kaplan regarding FD settlement agreement compliance, October 21, 2005 **CONFIDENTIAL** |
| 7292-7293 | Facsimile from Margaret A. Kohn to Daniel Rezneck regarding letter from Kohn to Jeff Kaplan, October 21, 2005 **CONFIDENTIAL** |
| 7294-7295 | Letter from Monica Davy to Zondra Johnson regarding FD and Noyes Elementary School, October 18, 2005 **CONFIDENTIAL** |
| 7297-7303 | Letter from Margaret A. Kohn to Zondra Johnson regarding FD's IEP meeting of May 13, 2005, May 16, 2005 **CONFIDENTIAL** |
| 7304-7305 | Memorandum from Wayne Ryan to Zondra Johnson regarding meeting of March 16, 2005, March 18, 2005 **CONFIDENTIAL** |
| 7306-7307 | E-mail from Margaret A. Kohn to Jeff Kaplan regarding letter about FD, October 21, 2005 **CONFIDENTIAL** |
| 7309-7314 | E-mail from Margaret A. Kohn to Jeff Kaplan regarding more appropriate chair, October 28, 2005 **CONFIDENTIAL** |
| 7316-7318 | Pictures of FD sitting in chair suggested by Monica Davy, October 28, 2005 **CONFIDENTIAL** |
| 7319-7323 | E-mail from Jeff Kaplan to Margaret A. Kohn regarding more appropriate chair, November 4, 2005 **CONFIDENTIAL** |
| 7324-7326 | Letter from Margaret A. Kohn to Jeff Kaplan regarding equipment for FD, November 22, 2005 **CONFIDENTIAL** |

| | |
|---|---|
| 7327-7330 | Facsimile from Monica Davy to Margaret A. Kohn regarding vendor of supportive chair for FD, November 22, 2005<br>**CONFIDENTIAL** |
| 7331-7333 | Letter from Margaret A. Kohn to Jeff Kaplan regarding FD, December 1, 2005<br>**CONFIDENTIAL** |
| 7334-7338 | Letter from Margaret A. Kohn to Jeff Kaplan regarding FD, December 20, 2005<br>**CONFIDENTIAL** |
| 7339-7346 | Due Process Complaint Notice, September 15, 2001<br>**CONFIDENTIAL** |
| 7347-7349 | Scheduling Memorandum, January 4, 2006<br>**CONFIDENTIAL** |