UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, ) | ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) |
| Defendants. | ) ) |

### ORDER

Upon consideration of plaintiffs' motion [46] for leave to file an Amended Complaint, the opposition, and the entire record in this case, it is hereby

ORDERED that plaintiffs' motion is GRANTED.  Plaintiffs have demonstrated that they have good reasons to amend their complaint, and that there is no undue delay, bad faith, or prejudice.  Furthermore, the Court will construe the various pending motions to apply to the First Amended Complaint in separate Memorandum Opinions and Orders issued this date.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.