**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DL**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1437 (RCL)** |
| | ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants' Motion [18] to Dismiss, the submissions of the

parties, and the entire record in this case, it is hereby

ORDERED that defendants' motion to dismiss is DENIED. It is further

ORDERED that Plaintiffs' Motion [35] to Strike Defendants' Supplement to their Reply

is GRANTED and Plaintiffs' Consent Motion [36] to File a Sur-reply is DENIED as MOOT.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.