UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on defendants' Motion [19] to Dismiss Section 504 Claim and defendants' Motion [23] to Dismiss Defendant Superintendent Janey. Upon consideration of these motions, submissions of the parties, and the entire record in this case, it is hereby

ORDERED that defendants' Motion [19] to Dismiss the Section 504 Claim is DENIED. It is further

ORDERED that defendants' Motion [23] to Dismiss Defendant Superintendent Janey is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.