UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of plaintiffs' motion [5] to certify the plaintiffs' class pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1(b) of this Court, the opposition and reply brief filed thereto, and the entire record herein, it is hereby

ORDERED that this case is certified to proceed as a class action pursuant to Rules 23(a) and 23 (b)(2) of the Federal Rules of Civil Procedure. The plaintiff class shall consist of:

> All children who are or may be eligible for special education and related services, who live in, or are wards of, the District of Columbia, and (1) whom defendants did not identify, locate, evaluate or offer special education and related services to when the child was between the ages of three and five years old, inclusive, or (2) whom defendants have not or will not identify, locate, evaluate or offer special education and related services to when the child is between the ages of three and five years old, inclusive.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.