UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
|       Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

## ORDER

Plaintiffs' ripe motion [41] to compel discovery and defendants' ripe motion [45] to compel discovery are both denied, without prejudice to renewed motions filed within 30 days of this date, after the parties:

(1) Consider the impact of today's decisions on class certification and the motions to dismiss, and

(2) Meet and confer, in person, through counsel, and seek to resolve any remaining differences.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 25, 2006.