UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION TO EXTEND TIME TO FILE RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court entered an order stating that "Plaintiffs' ripe motion [41] to compel discovery and defendants' ripe motion [45] to compel discovery are both denied, without prejudice to renewed motions filed within 30 days of this date, after the parties: (1) Consider the impact of today's decisions on class certification and the motions to dismiss, and (2) Meet and confer, in person, through counsel, and seek to resolve any differences." *See* Docket No. 59.

The parties, through counsel, have spoken over the telephone and over e-mail about the discovery issues in dispute. The parties plan to meet and confer in person to discuss the remaining discovery issues and settlement of the merits during the last week in September. The parties may need to meet again several times after this initial meeting.

Accordingly, because the parties are working together to resolve the discovery issues and possibly settle the case, the parties request an additional 30 days to file their renewed motions to

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

compel. A proposed order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| BRUCE J. TERRIS (D.C. Bar No. 47126) | DANIEL A. REZNECK [#31625] |
| SHINA MAJEED (D.C. Bar No. 491725) | Senior Assistant Attorney General |
| Terris, Pravlik & Millian, LLP | 441 Fourth Street, N.W., Sixth Floor South |
| 1121 12th Street, N.W. | Washington, DC 20001 |
| Washington, DC 20005-4632 | (202) 724-5691 |
| (202) 682-2100 | |
| | /s/ |
| /s/ | EDEN I. MILLER [#483802] |
| JEFFREY S. GUTMAN | Assistant Attorney General |
| (D.C. Bar No. 416954) | 441 Fourth Street, N.W., Sixth Floor South |
| The George Washington | Washington, DC 20001 |
| University Law School | *Attorneys for Defendant* |
| 2000 G Street, N.W. | |
| Washington, DC 20052 | |

/s/
MARGARET A. KOHN
(D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
*Attorneys for Plaintiff*

September 20, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [2] *et al.*, on behalf of themselves and others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE DISTRICT OF COLUMBIA, *et al.* )<br><br>Defendants. ) | Civil Action No. 05-1437 (RCL) |

PROPOSED ORDER

Upon consideration of the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by October 25, 2006.

_____                    _____
DATE                                                             JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.