UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 05-1437 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by October 25, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on September 26, 2006.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.