UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated, </br></br>　　　　　Plaintiffs, </br></br>　　v. </br></br> THE DISTRICT OF COLUMBIA, *et al.* </br></br>　　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )　Civil Action No. 05-1437 (RCL) </br> ) </br> ) </br> ) </br> ) |

**PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6(b) and 26 of the Federal Rules of Civil Procedure, the parties move this Court for a 90-day extension of time for completion of fact discovery from the present deadline of September 30, 2006, and for an extension of time for completion of expert discovery until 90 days after the completion of fact discovery.

On August 25, 2006, this Court issued numerous orders affecting the litigation of this case. The Court granted plaintiffs' Motion for Class Certification. *See* Docket No. 58. On the same day, the Court denied defendants' Motion for Dismissal of the Complaint, Motion for Dismissal of Plaintiffs' Claim of a Violation of Section 504 of the Rehabilitation Act, and Motion for Dismissal of Defendant District of Columbia Public Schools Superintendent Clifford Janey. *See* Docket Nos. 54-57. The Court denied, without prejudice, Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents and Defendants' Motion to Compel. *See* Docket No. 59. The Court ordered that both parties

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

may file renewed motions to compel in the event that they could not resolve their discovery disagreements. *Ibid.* Finally, this Court ordered parties to meet and confer in person within 30 days in light of these orders. *Ibid.*

As a result of these orders, the parties have begun discussing settlement of the case. The parties are also working together to narrow or eliminate the outstanding discovery disputes. The parties agree that a 90-day extension of the discovery deadline is necessary to afford the parties time to discuss settlement and, in the event that settlement cannot be reached, to resolve the discovery disputes and complete discovery. To date, the parties have completed the first phase of paper discovery but have taken no depositions. The outstanding discovery disputes relate to document discovery and must be resolved before the parties are able to begin the depositions.

Because both parties are attempting in good faith to settle the case and resolve the discovery disputes, we respectfully request that the Court grant the 90-day extension of discovery. A proposed order accompanies this motion.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| BRUCE J. TERRIS (D.C. Bar No. 47126) | DANIEL A. REZNECK [#31625] |
| SHINA MAJEED (D.C. Bar No. 491725) | Senior Assistant Attorney General |
| Terris, Pravlik & Millian, LLP | 441 Fourth Street, N.W., Sixth Floor South |
| 1121 12th Street, N.W. | Washington, DC 20001 |
| Washington, DC 20005-4632 | (202) 724-5691 |
| (202) 682-2100 | |

/s/
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052

/s/
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
*Attorneys for Defendants*

                /s/
_____
MARGARET A. KOHN
(D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
*Attorneys for Plaintiffs*

September 28, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL [2] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

ORDER

Upon consideration of the Parties Joint Motion to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED, that fact discovery shall close on December 30, 2006; it is further

ORDERED, that expert discovery shall close on March 30, 2006.

_____                                        _____
DATE                                                              JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.