UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*,  )  |  |
| )  |  |
| Plaintiffs,  )  |  |
| )  |  |
| v.  )  | Civil Action No. 05-1437 (RCL) |
| )  |  |
| DISTRICT OF COLUMBIA, *et al.*,  )  |  |
| )  |  |
| Defendants.  )  |  |

**ORDER**

Upon consideration of the parties' Joint Motion [64] to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED that fact discovery shall close on December 30, 2006; and it is further

ORDERED that expert discovery shall close on March 30, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2006.

1