UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STATUS REPORT AND MOTION TO EXTEND TIME TO FILE
RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court granted plaintiffs' Motion to Certify the Class, denied defendants' motions to dismiss the case, denied without prejudice the parties' motions to compel discovery responses, and ordered the parties to meet and confer in person in light of its orders. *See* Docket Nos. 53-59. Subsequent to this Court's orders, the parties began settlement discussions. On September 26, 2006, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by October 25, 2006." *See* Docket No. 63. Accordingly, the parties submit the following status report.

The parties have begun negotiations toward settling this case. The parties met in person on October 4, 2006, and again on October 23, 2006, for half-day sessions. Plaintiffs have drafted a preliminary settlement proposal. The parties met to discuss this proposal on October 23, 2006. The

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

defendants are considering the proposal. The parties intend to reconvene on November 16, 2006, to discuss revisions to the proposal.

In addition, the parties have come to some agreements on several of the discovery disputes and are working together to resolve the remaining disputes.

Accordingly, because the parties are working together in good faith to settle the case and to resolve the discovery issues, the parties request an additional 45 days until December 9, 2006, to file either a Joint Status Report or their renewed motions to compel. A proposed order accompanies this motion.

Respectfully submitted,

_____/s/_____
BRUCE J. TERRIS (D.C. Bar No. 47126)
SHINA MAJEED (D.C. Bar No. 491725)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005-4632
(202) 682-2100

_____/s/_____
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052

_____/s/_____
MARGARET A. KOHN
(D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
*Attorneys for Plaintiff*

_____/s/_____
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
(202) 724-5691

_____/s/_____
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
*Attorneys for Defendant*

October 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [2] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) THE DISTRICT OF COLUMBIA, *et al.* ) ) Defendants. ) ) | Civil Action No. 05-1437 (RCL) |

PROPOSED ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by December 9, 2006.

_____                              _____
DATE                                          JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.