UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of the parties' Joint Motion [64] to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED that fact discovery shall close on December 30, 2006; and it is further

ORDERED that expert discovery shall close on March 30, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 24, 2006.