UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record herein, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that the parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by December 9, 2006.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 15, 2006.