UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STATUS REPORT AND MOTION TO EXTEND TIME TO FILE RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court granted plaintiffs' Motion to Certify the Class, denied defendants' motions to dismiss the case, denied without prejudice the parties' motions to compel discovery responses, and ordered the parties to meet and confer in person in light of its orders. *See* Docket Nos. 53-59. Subsequent to this Court's orders, the parties began settlement discussions. On November 15, 2006, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by December 9, 2006." *See* Docket No. 68. Accordingly, the parties submit the following status report.

The parties have made progress toward settling this case. The parties met in person on October 4, 2006, October 23, 2006, and November 16, 2006, for half-day sessions. On October 19, 2006, plaintiffs drafted a preliminary settlement proposal, and defendants provided a written response to that proposal on November 16, 2006. The parties met to discuss these proposals on

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

October 23, 2006, and on November 16, 2006. The parties have agreed in principle to some important aspects of this case. The parties intend to reconvene on December 19, 2006, to discuss areas in which there is not yet agreement.

In addition, the parties have come to agreements on several of the discovery disputes and are working together to resolve the remaining disputes. On December 5, 2006, the defendants produced to the plaintiffs some additional documents.

Accordingly, because the parties are working together in good faith to settle the case and to resolve the discovery issues, the parties request until January 30, 2007, to file either a Joint Status Report or their renewed motions to compel.

A proposed order is attached.

                    Respectfully submitted,

| | |
|---|---|
| /s/ | |
| BRUCE J. TERRIS (D.C. Bar No. 47126) | EUGENE A. ADAMS |
| SHINA MAJEED (D.C. Bar No. 491725) | Interim Attorney General |
| Terris, Pravlik & Millian, LLP | for the District of Columbia |
| 1121 12th Street, N.W. | |
| Washington, DC 20005-4632 | GEORGE C. VALENTINE |
| (202) 682-2100 | Deputy Attorney General |
| | Civil Litigation Division |
| /s/ | |
| JEFFREY S. GUTMAN | **/s/ Edward P. Taptich** |
| (D.C. Bar No. 416954) | EDWARD P. TAPTICH |
| The George Washington | Chief, Equity Section 2 |
| University Law School | Bar Number 012914 |
| 2000 G Street, N.W. | |
| Washington, DC 20052 | **/s/ Daniel A. Rezneck** |
| | DANIEL A. REZNECK |
| /s/ | Senior Assistant Attorney General |
| MARGARET A. KOHN | Bar Number #31625 |
| (D.C. Bar No. 174227) | 441 Fourth Street, N.W., Sixth Floor South |
| Attorney at Law | Washington, DC 20001 |
| 1320 19th Street, N.W., Suite 200 | (202) 724-5691 |
| Washington, DC 20036 | |
| *Attorneys for Plaintiff* | |

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)

*Attorneys for Defendants*

December 7, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [2]/ *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by January 30, 2007.

_____                                           _____
DATE                                                                        JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.