UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rules 6(b) and 26 of the Federal Rules of Civil Procedure, the parties respectfully move this Court for a 90-day extension of time for completion of fact discovery from the present deadline of December 30, 2006, until March 30, 2007, and for a 90-day extension of time for completion of expert discovery from the present deadline of March 30, 2007, until July 2, 2007.

This extension of time is necessary because the parties are currently pursuing settlement and working to resolve discovery disputes.

Although much of the paper discovery has been completed and progress has been made to resolve pending discovery disputes, the outstanding discovery disputes relate to document discovery and must be resolved before the parties are able to begin taking depositions.

Because both parties are attempting in good faith to settle the case and resolve the discovery disputes, we respectfully request that the Court grant the 90-day extension of discovery.

A proposed order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| /s/<br>BRUCE J. TERRIS (D.C. Bar No. 47126)<br>SHINA MAJEED (D.C. Bar No. 491725)<br>Terris, Pravlik & Millian, LLP<br>1121 12th Street, N.W.<br>Washington, DC 20005-4632<br>(202) 682-2100 | EUGENE A. ADAMS<br>Interim Attorney General<br>for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
| /s/<br>JEFFREY S. GUTMAN<br>(D.C. Bar No. 416954)<br>The George Washington<br>University Law School<br>2000 G Street, N.W.<br>Washington, DC 20052 | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH<br>Chief, Equity Section 2<br>Bar Number 012914<br><br>**/s/Daniel A. Rezneck**<br>DANIEL A. REZNECK<br>Senior Assistant Attorney General<br>Bar Number #31625<br>441 Fourth Street, N.W.,<br>Sixth Floor South<br>Washington, DC 20001<br>(202) 724-5691 |
| /s/<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036 | |
| *Attorneys for Plaintiffs* | **/s/ Eden I. Miller**<br>EDEN I. MILLER<br>Assistant Attorney General<br>Bar Number 483802<br>441 Fourth Street, N.W.,<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6614<br>(202) 727-3625 (fax)<br><br>*Attorneys for Defendants* |

December 11, 2006