UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the parties' December 11, 2006, Motion to Amend the Scheduling Order and the entire record herein, it is, on this _____ day of _____, 2006, hereby

**ORDERED**, that the parties' Motion to Amend the Scheduling Order is **GRANTED**, and it is further

**ORDERED,** that fact discovery shall close on March 30, 2007, and it is further

**ORDERED**, that expert discovery shall close on July 2, 2007.

_____
DISTRICT JUDGE ROYCE C. LAMBERTH