UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, ) | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

Upon consideration of the parties' Joint Motion [72] to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED, that the parties' Joint Motion to Amend the Scheduling Order is GRANTED; it is further

ORDERED, that fact discovery shall close on March 30, 2007, and it is further

ORDERED, that expert discovery shall close on July 2, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, December 11, 2006.