UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DL [1] *et al.*, on behalf of themselves )
and others similarly situated,      )
                                    )
      Plaintiffs,              )
                                    )
    v.                            )   Civil Action No. 05-1437 (RCL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*  )
                                    )
      Defendants.              )
_____)

**PARTIES' JOINT STATUS REPORT AND MOTION TO EXTEND TIME TO FILE RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court granted plaintiffs' Motion to Certify the Class, denied defendants' motions to dismiss the case, denied without prejudice the parties' motions to compel discovery responses, and ordered the parties to meet and confer in person in light of its orders. *See* Docket Nos. 53-59. Subsequent to this Court's orders, the parties began settlement discussions. On December 11, 2006, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by January 30, 2007." *See* Docket No. 71. Accordingly, the parties submit the following status report.

The parties have made progress toward settling this case. The parties and principals met in person on October 4, 2006, October 23, 2006, November 16, 2006, and December 19, 2006, for half-day sessions. On October 19, 2006, plaintiffs drafted a preliminary settlement proposal, and defendants

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

provided a written response to that proposal on November 16, 2006. The parties discussed settlement proposals on November 16, 2006.

The parties have agreed in principle to some important aspects of this case. On December 9, 2006, plaintiffs provided written comments to defendants' proposals and identified areas of agreement and areas requiring further discussion. On December 19, 2006, the parties met to discuss areas of agreement where drafting of the settlement agreement could begin and areas requiring further discussion. During that meeting, defendants also agreed to provide plaintiffs with drafts of several pieces of the settlement agreement by the end of January 2007. The parties intend to reconvene in February 2007 once plaintiffs have received drafts from defendants.

In addition, the parties have come to agreements on several of the discovery disputes and are working together to resolve the remaining disputes. On December 5, 2006, defendants produced to plaintiffs some additional documents. On December 19, 2006, plaintiffs produced to defendants some additional documents. The parties are scheduled to meet and confer about additional discovery issues on January 29, 2007.

Accordingly, because the parties are working together in good faith to settle the case and to resolve the discovery issues, the parties request until March 31, 2007, to file either a Joint Status Report or their renewed motions to compel.

A proposed order is attached.

                                                 Respectfully submitted,

| | |
|---|---|
|     /s/                            | |
| BRUCE J. TERRIS (D.C. Bar No. 47126) | EUGENE A. ADAMS |
| SHINA MAJEED (D.C. Bar No. 491725) | Interim Attorney General |
| Terris, Pravlik & Millian, LLP | for the District of Columbia |
| 1121 12th Street, N.W. | |
| Washington, DC 20005-4632 | GEORGE C. VALENTINE |

<div style="display: flex;">
<div>

(202) 682-2100

         /s/
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052

         /s/
MARGARET A. KOHN
(D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
*Attorneys for Plaintiff*

</div>
<div>

Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK
Senior Assistant Attorney General
Bar Number #31625
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
(202) 724-5691


**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)

*Attorneys for Defendants*

</div>
</div>

January 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
DL [2] *et al.*, on behalf of themselves )
and others similarly situated, )
)
      Plaintiffs, )
)
      v. )    Civil Action No. 05-1437 (RCL)
)
THE DISTRICT OF COLUMBIA, *et al.* )
)
      Defendants. )
_____)

ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by March 31, 2007.

_____                         _____
DATE                                      JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.