UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
DL [1] *et al.*, on behalf of themselves )
and others similarly situated,         )
                                       )
            Plaintiffs,                )
                                       )
     v.                                )     Civil Action No. 05-1437 (RCL)
                                       )
THE DISTRICT OF COLUMBIA, *et al.*     )
                                       )
            Defendants.                )
_____)

**PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6(b) and 26 of the Federal Rules of Civil Procedure, the parties respectfully move this Court for a 90-day extension of time for completion of fact discovery from the present deadline of March 30, 2007, until June 29, 2007, and for a 90-day extension of time for completion of expert discovery from the present deadline of July 2, 2007, to October 1, 2007. There is good cause for the parties' request.

As set forth in the Parties' Joint Status Report and Motion to Extend Time to File Renewed Motions to Compel filed this same day, the parties have made significant progress towards settlement of this case. The parties are also working together to narrow or eliminate the outstanding discovery disputes. The parties agree that a 90-day extension of the discovery deadline is necessary to afford the parties time to continue settlement discussions and, in the event that settlement cannot be reached, to resolve the discovery disputes and complete discovery.

Because both parties are attempting in good faith to settle the case and resolve the discovery

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

disputes, we respectfully request that the Court grant the 90-day extension of discovery.

A proposed order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| /s/<br>BRUCE J. TERRIS (D.C. Bar No. 47126)<br>SHINA MAJEED (D.C. Bar No. 491725)<br>Terris, Pravlik & Millian, LLP<br>1121 12th Street, N.W.<br>Washington, DC 20005-4632<br>(202) 682-2100 | EUGENE A. ADAMS<br>Interim Attorney General<br>for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
| /s/<br>JEFFREY S. GUTMAN<br>(D.C. Bar No. 416954)<br>The George Washington<br>University Law School<br>2000 G Street, N.W.<br>Washington, DC 20052 | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH<br>Chief, Equity Section 2<br>Bar Number 012914<br><br>**/s/ Daniel A. Rezneck**<br>DANIEL A. REZNECK<br>Senior Assistant Attorney General<br>Bar Number 31625<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-5691 |
| /s/<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036<br>*Attorneys for Plaintiffs* | **/s/ Eden I. Miller**<br>EDEN I. MILLER<br>Assistant Attorney General<br>Bar Number 483802<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-6614<br>(202) 727-3625 (fax)<br>*Attorneys for Defendants* |

March 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DL [2] *et al.*, on behalf of themselves )
and others similarly situated,      )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 05-1437 (RCL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*  )
                                    )
        Defendants.                 )
_____)

ORDER

Upon consideration of the Parties Joint Motion to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED, that fact discovery shall close on June 29, 2007; it is further

ORDERED, that expert discovery shall close on October 1, 2007.

_____                              _____
DATE                                     JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.