UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DL [1] *et al.*, on behalf of themselves )
and others similarly situated,      )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )      Civil Action No. 05-1437 (RCL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*  )
                                    )
            Defendants.             )
_____)

**PARTIES' JOINT STATUS REPORT AND MOTION TO EXTEND TIME TO FILE RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court granted plaintiffs' Motion to Certify the Class, denied defendants' motions to dismiss the case, denied without prejudice the parties' motions to compel discovery responses, and ordered the parties to meet and confer in person in light of its orders. *See* Docket Nos. 53-59. Subsequent to this Court's orders, the parties began settlement discussions. On January 29, 2007, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by March 31, 2007." *See* Docket No. 75. Accordingly, the parties submit the following status report.

The parties have made progress toward settling this case. The parties and principals met in person on October 4, 2006, October 23, 2006, November 16, 2006, December 19, 2006, and January 22, 2007, for half-day sessions. The parties also met by telephonic conference on February 14, 2007, to discuss data issues related to both outstanding discovery and settlement.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

On October 19, 2006, plaintiffs drafted a preliminary settlement proposal, and defendants provided a written response to that proposal on November 16, 2006. The parties discussed settlement proposals on November 16, 2006.

The parties have agreed in principle to some important aspects of this case. On December 9, 2006, plaintiffs provided written comments to defendants' proposals and identified areas of agreement and areas requiring further discussion. On December 19, 2006, and January 22, 2007, the parties met to discuss areas of agreement where drafting of the settlement agreement could begin and areas requiring further discussion. During those meeting, defendants also agreed to provide plaintiffs with drafts of two pieces of the settlement agreement, namely, the "Comprehensive Child Find Manual," which describes the child find program for the District of Columbia Public School ("DCPS"), and an "Interagency MOA on Child Find," which is a memorandum of agreement ("MOA") entered into among DCPS, the Department of Human Services, the Department of Health, the Department of Mental Health, and Child and Family Services.

On February 15, 2007, defendants provided plaintiffs with a draft Interagency MOA on Child Find. On March 1, 2007, defendants provided plaintiffs with a draft Comprehensive Child Find Manual. Plaintiffs are in the process of reviewing and recommending changes to these documents. The parties are scheduled to meet by telephone on March 29, 2007, to discuss these and other matters related to continued drafting of a consent decree.

In addition, the parties have come to agreements on several of the discovery disputes and are working together to resolve the remaining disputes. On December 5, 2006, defendants produced to plaintiffs additional documents. On December 19, 2006, plaintiffs produced to defendants additional documents. The parties met about discovery and data issues related to both discovery and settlement on February 14, 2007. On February 22, 2007, plaintiff provided to defendant a detailed summary of

database discovery sought by plaintiffs. On March 20, 2007, defendants responded by letter to plaintiffs' database discovery requests explaining what data the DCPS Office of Information Technology could provide to plaintiffs. Plaintiffs are reviewing defendants' responses.

Accordingly, because the parties are working together in good faith to settle the case and to resolve the discovery issues, the parties request until June 29, 2007, to file either a Joint Status Report or their renewed motions to compel.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/<br>BRUCE J. TERRIS (D.C. Bar No. 47126)<br>SHINA MAJEED (D.C. Bar No. 491725)<br>Terris, Pravlik & Millian, LLP<br>1121 12th Street, N.W.<br>Washington, DC 20005-4632<br>(202) 682-2100 | EUGENE A. ADAMS<br>Interim Attorney General<br>for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
| /s/<br>JEFFREY S. GUTMAN<br>(D.C. Bar No. 416954)<br>The George Washington<br>University Law School<br>2000 G Street, N.W.<br>Washington, DC 20052 | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH<br>Chief, Equity Section 2<br>Bar Number 012914<br><br>**/s/ Daniel A. Rezneck**<br>DANIEL A. REZNECK<br>Senior Assistant Attorney General<br>Bar Number 31625<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-5691 |
| /s/<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036<br>*Attorneys for Plaintiff* | **/s/ Eden I. Miller**<br>EDEN I. MILLER<br>Assistant Attorney General<br>Bar Number 483802<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001 |

                                                       (202) 724-6614  
                                                       (202) 727-3625 (fax)  
                                                       *Attorneys for Defendants*

March 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DL [2] *et al.*, on behalf of themselves )
and others similarly situated,      )
                                    )
      Plaintiffs,                  )
                                    )
      v.                            )   Civil Action No. 05-1437 (RCL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*  )
                                    )
      Defendants.                  )
_____ )

ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that parties shall file such renewed motions or a Joint Status Report updating the Court on settlement of this case by June 29, 2007.

_____                        _____
DATE                                    JUDGE ROYCE C. LAMBERTH

---

[2] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.