# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

DL, *et al.*,                                    )
                                                 )
            Plaintiffs,                          )
                                                 )
    v.                                           )        Civil Action No. 05-1437 (RCL)
                                                 )
DISTRICT OF COLUMBIA, *et al.*,                  )
                                                 )
            Defendants.                          )
_____)

## ORDER

Upon consideration of the parties' Joint Status Report and Motion to Extend the Time to

File Renewed Motions to Compel Discovery Responses, and the entire record herein, it is hereby

ORDERED the parties' Joint Motion to Extend the Time to File Renewed Motions to

Compel Discovery Responses is GRANTED; and it is further

ORDERED that parties shall file such renewed motions or a Joint Status Report updating

the Court on settlement of this case by June 29, 2007.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.


1