UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DL**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 05-1437 (RCL) |
| | ) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Motion [76] to Amend the Scheduling Order, and the entire record herein, it is hereby

ORDERED that the Joint Motion [76] is GRANTED; it is further

ORDERED that fact discovery shall close on June 29, 2007; and it is further

ORDERED that expert discovery shall close on October 1, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.