UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DL [1] *et al.*, on behalf of themselves )
and others similarly situated,      )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 05-1437 (RCL)
                                    )
THE DISTRICT OF COLUMBIA, *et al.*  )
                                    )
        Defendants.                 )
_____)

**PARTIES' JOINT STATUS REPORT, MOTION TO AMEND SCHEDULING ORDER, AND MOTION TO EXTEND TIME TO FILE RENEWED MOTIONS TO COMPEL DISCOVERY RESPONSES**

On August 25, 2006, this Court granted plaintiffs' Motion to Certify the Class, denied defendants' motions to dismiss the case, denied without prejudice the parties' motions to compel discovery responses, and ordered the parties to meet and confer in person in light of its orders. *See* Docket Nos. 53-59. Subsequent to this Court's orders, the parties began settlement discussions. On April 23, 2007, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by June 29, 2007." *See* Docket No. 78. The Court also amended the scheduling order to extend the close of discovery until June 29, 2007, and the close of expert discovery until October 1, 2007. *See* Docket No. 79. Accordingly, the parties submit the following status report and request that the Court amend the scheduling order.

The parties have made progress toward settling this case. Through the fall of 2006, the parties

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

and principals met on many occasions to discuss settlement. They exchanged draft settlement proposals and discussed areas of agreement and areas in which further discussion was required.

On April 17, 2007, plaintiffs submitted to defendants a draft of a substantial part of a proposed consent decree for this case. The parties met on May 9, 2007, May 24, 2007, and June 21, 2007, to discuss the proposed settlement. While the parties intend to continue these settlement negotiations in good faith and believe that there is still a realistic possibility of settlement, plaintiffs would like to move forward with the litigation in light of the length of time this case has been pending.

Accordingly, the parties request that the Court set a scheduling conference and issue a new scheduling order in this case. Currently, by order dated April 23, 2007 [Docket No. 79], fact discovery closes on June 29, 2007, and expert discovery closes October 1, 2007. The parties request that fact discovery close on Friday, December 28, 2007, and that expert discovery close on Friday, March 28, 2008. The parties have agreed that depositions will begin in September 2007 and that the presumptive limits on depositions shall apply.[2] Either side may request additional time or more depositions where needed.

With respect to the outstanding discovery issues, the parties have produced additional documents in response to their respective Motions to Compel. Defendants have agreed to provide plaintiffs with the database discovery that is responsive to plaintiff's discovery requests by July 13, 2007. Plaintiffs will review the sufficiency of this response and determine whether there is any need for a renewed motion to compel. The parties therefore request that the deadline for filing any motions to compel discovery responses be extended until the close of all discovery.

---

[2] The Initial Scheduling Order of October 11, 2005 provided that "the presumptive discovery limits shall apply except that plaintiffs and defendants shall each be allowed a maximum of 10 depositions, for a total of 20 depositions * * *."

Even though the parties intend to resume litigation, they will continue to work together in good faith in their effort to settle the case and will advise the Court of developments toward that end.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>BRUCE J. TERRIS (D.C. Bar No. 47126)<br>SHINA MAJEED (D.C. Bar No. 491725)<br>Terris, Pravlik & Millian, LLP<br>1121 12th Street, N.W.<br>Washington, DC 20005-4632<br>(202) 682-2100 | LINDA SINGER<br>Attorney General<br>for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division |
| _____/s/_____<br>JEFFREY S. GUTMAN<br>(D.C. Bar No. 416954)<br>The George Washington<br>University Law School<br>2000 G Street, N.W.<br>Washington, DC 20052 | **/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH<br>Chief, Equity Section 2<br>Bar Number 012914<br><br>**/s/ Daniel A. Rezneck**<br>DANIEL A. REZNECK<br>Senior Assistant Attorney General<br>Bar Number 31625<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-5691 |
| _____/s/_____<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036<br>*Attorneys for Plaintiff* | **/s/ Eden I. Miller**<br>EDEN I. MILLER<br>Assistant Attorney General<br>Bar Number 483802<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-6614<br>(202) 727-3625 (fax)<br>*Attorneys for Defendants* |

June 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
DL [3] *et al.*, on behalf of themselves )
and others similarly situated, )
)
      Plaintiffs, )
)
  v. )   Civil Action No. 05-1437 (RCL)
)
THE DISTRICT OF COLUMBIA, *et al.* )
)
      Defendants. )
_____ )

ORDER

Upon consideration of the parties' Joint Status Report, Motion to Amend the Scheduling Order, and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that the parties' Joint Motion to Amend the Scheduling Order and Motion to Extend the Time to File Renewed Motions to Compel Discovery Responses is granted; it is further

ORDERED, that a Scheduling Conference is scheduled for ____, 2007; it is further

ORDERED, that fact discovery shall close on December 28, 2007, and that expert discovery shall close on March 28, 2007; it is further

ORDERED, that the parties may have until the close of all discovery to file renewed motions to compel discovery responses.

_____                                                            _____
DATE                                                                                 JUDGE ROYCE C. LAMBERTH

---

[3] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.