UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the parties' joint status report, motion to amend the scheduling order, and motion to extend time to file renewed motions to compel discovery responses, and the entire record herein, it is hereby

ORDERED that the parties' joint motion [80] to amend the scheduling order and motion to extend the time to file renewed motions to compel discovery responses is GRANTED; it is further

ORDERED that a Scheduling Conference is scheduled for 9:30 a.m. on August 9, 2007; it is further

ORDERED that fact discovery shall close on December 28, 2007, and that expert discovery shall close on March 28, 2008; and it is further

ORDERED that the parties may have until the close of all discovery to file renewed motions to compel discovery responses.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.