UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants. | Civil Action No. 05-1437 (RCL) |

## ORDER

Based on the representations of the parties at the scheduling conference held in open court on August 9, 2007, it is hereby ORDERED that the following schedule shall apply to this matter:

| | |
|---|---|
| Status Conference | 9:30 a.m. November 8, 2007 |
| Close of Fact Discovery | December 28, 2007 |
| Plaintiff's Expert Report | January 29, 2008 |
| Defendant's Expert Report | February 28, 2008 |
| Status Conference | 9:30 a.m. March 10, 2008 |
| Close of Expert Discovery | March 28, 2008 |
| Summary Judgment Motions | May 2, 2008 |
| Oppositions | June 2, 2008 |
| Replies | July 2, 2008 |
| Pretrial Conference | 4:30 p.m. September 3, 2008<br>(Joint Pretrial Statement & Motions in Limine due 11 |

1

          days prior to pretrial conference)

Trial          November 3, 2008

In accordance with Local Civil Rule 16.5(d)(5), the parties shall prepare a joint pretrial statement rather than separate pretrial statements for each party. The Joint Pretrial Statement shall be prepared as follows:

(a)   Counsel for plaintiffs shall arrange by advance notice a conference of counsel. The objective of the conference shall be the preparation of the Joint Pretrial Statement. In addition, counsel shall discuss prospects for settlement.

(b)   Counsel for plaintiffs shall file and serve the Joint Pretrial Statement no later than eleven days before the date of the pretrial conference. Submissions of all counsel shall be included in the statement.

(c)   The Joint Pretrial Statement shall include:

    1.   All the information required by Local Civil Rule 16.5(b);

    2.   Stipulated facts (both already agreed and proposed);

    3.   Stipulations concerning authenticity of documents and admissibility of exhibits;

    4.   A list of motions to be decided before or at the commencement of trial;

    5.   Proposed amendments to the pleadings;

    6.   An estimate of trial time;

    7.   Any waiver of jury trial.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 9, 2007.