UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), Sameena Shina Majeed, hereby withdraws her appearance as class-counsel in this case. Margaret A. Kohn, Jeffrey S. Gutman, and Bruce J. Terris remain class-counsel in this case.

　　　　　　　　　　　　　　　　　　　//s//
　　　　　　　　　　　　　　　　SAMEENA SHINA MAJEED (Bar No. 491725)
　　　　　　　　　　　　　　　　Terris, Pravlik & Millian, LLP
　　　　　　　　　　　　　　　　1121 12th Street, N.W.
　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　(202) 682-2100, ext 8483

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.