UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br>    Defendants. | Civil Action No. 05-1437 (RCL) |

**PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs respectfully request that the Court extend the time to respond to Defendants' First Set of Interrogatories until January 11, 2008. Defendants served their First Set of Interrogatories on plaintiffs on November 2, 2007. Under Rule 33(b)(3) of the Federal Rules of Civil Procedure, plaintiffs' responses are due on December 3, 2007. Defendants' counsel has consented to this extension.

The extension until January 11, 2008, is necessary because co-counsel, Jeffrey Gutman, who has much of the information requested, is unable to begin preparation of the responses until December 20, 2007, after administering law school final examinations in December. Moreover, in addition to collecting information responsive to Defendants' First Set of Interrogatories, plaintiffs have had to analyze during the last month three supplemental productions of documents from defendants, to prepare for three depositions, and have taken two depositions. Plaintiffs expect to receive additional supplemental responses to document requests made during the

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

depositions held in November. Three more depositions are scheduled during December. The length of the requested extension is also influenced by the coming holidays.

    A proposed order is attached.

Respectfully submitted,

/s/ Bruce J. Terris

BRUCE J. TERRIS (D.C. Bar No. 47126)
EMILY A. BENFER (D.C. Bar No. 499884)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005
(202) 682-2100


JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052
(202) 994-7463


MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330

November 28, 2007                      *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 05-1437 (RCL) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Reply to Defendants' First Set of Interrogatories, and the entire record herein,

IT IS this _____ day of _____ 2007,

**ORDERED,** that plaintiffs' Consent Motion is granted; it is further

**ORDERED**, that Plaintiffs' Response to Defendants' First Set of Interrogatories is due on or before January 11, 2008.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE