UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, [1] *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA,<br>a municipal corporation,<br>1350 Pennsylvania Ave, N.W., Suite #419<br>Washington DC 20004,<br><br>Michelle Rhee, in her<br>official capacity as Chancellor<br>of District of Columbia Public Schools,<br><br>　　　　and<br><br>Deborah Gist, in her<br>official capacity as<br>District of Columbia State Superintendent<br>of Education,<br><br>　　　　Defendants. | Civil Action No. 05-1437 (RCL) |

**PROPOSED ORDER**

Based on the Plaintiffs', D.L., *et al.,* Motion to Substitute Defendant, it is hereby ORDERED that the following shall apply to this matter:

　　1. District of Columbia Public Schools (hereinafter "DCPS") Chancellor Michelle Rhee and District of Columbia State Superintendent of Education Deborah Gist substitute Defendant Superintendent Clifford B. Janey in this action.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

    2.  The caption in this action is reformed to match the caption in this Order.


_____          _____
Date                                                                     Judge Royce C. Lamberth

Case 1:05-cv-01437-RCL    Document 85-2    Filed 11/28/2007    Page 2 of 2