UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) THE DISTRICT OF COLUMBIA, ) *et al.*, ) Defendants. ) ) | Civil Action No. 05-1437 (RCL) |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Reply to Defendants' First Set of Interrogatories, and the entire record herein,

IT IS hereby

**ORDERED,** that plaintiffs' Consent Motion is granted; it is further

**ORDERED**, that Plaintiffs' Response to Defendants' First Set of Interrogatories is due on or before January 11, 2008.

**SO ORDERED**.

_____

Signed by Royce C. Lamberth, United States District Court Judge, on December 5, 2007.