UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>Michelle Rhee, in her official capacity as Chancellor of District of Columbia Public Schools,<br><br>    and<br><br>Deborah Gist, in her official capacity as District of Columbia State Superintendent of Education,<br><br>    Defendants. | Civil Action No. 05-1437 (RCL) |

**ORDER**

Based on the Plaintiffs', D.L., *et al.,* unopposed Motion [85] to Substitute Defendant, it is hereby ORDERED that the following shall apply to this matter:

District of Columbia Public Schools (hereinafter "DCPS") Chancellor Michelle Rhee and District of Columbia State Superintendent of Education Deborah Gist are substituted for Defendant Superintendent Clifford B. Janey in this action.

Signed by United States District Judge Royce C. Lamberth on December 11, 2007.

---

[1]/ Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.