UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

**PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6(b) and 26 of the Federal Rules of Civil Procedure, the parties respectfully move this Court for an extension of time for completion of fact discovery from December 28, 2007, until after the Court has ruled on plaintiffs' forthcoming Motion to Compel and for an extension of time for completion of expert discovery until 90 days after the completion of fact discovery.

The Court's present Scheduling Order, a copy of which is attached, was entered pursuant to a consent agreement of the parties. The Scheduling Order provided that fact discovery would close on December 28, 2007. Expert discovery closes on March 28, 2008, approximately 90 days after the close of fact discovery.

The parties have conferred and agree that they will not be able to complete discovery by these dates. In light of several outstanding issues, the parties request that the scheduling order be amended so that, if Plaintiffs' Motion to Compel is granted, defendants will respond by producing documents ordered by the Court within 30 days of the order, fact discovery will close 60 days after either

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

defendants have produced documents responsive to the Court's order or the Plaintiffs' Motion to Compel is denied, and expert discovery will close 90 days after the close of fact discovery. The new proposed schedule follows the structure of the scheduling order and makes no changes in it, except as to the dates for the completion of fact and expert discovery and the submission of expert reports. The reasons for the extension are as follows:

1. The parties disagree as to documents that are within the scope of discovery. Defendants have withheld information responsive to document requests because they believe that discovery should be limited to the named plaintiffs who brought the action through their representatives. Defendants also believe that materials predating 2003 are not discoverable. Defendants have also objected to other requests for the production of documents on relevancy and other grounds.

Due to the disagreement, parties believe that completion of fact discovery under the present deadline, which is only about two weeks away, is impractical. The parties cannot complete essential discovery within this limited time since documentary discovery is not completed and depositions can not be completed until defendants have produced all documents responsive to plaintiffs' document requests.

2. Defendants have produced 7,117 pages of documents and have agreed to produce more. Nevertheless, plaintiffs believe that there are many documents responsive to plaintiffs' requests for the production of documents that have not been produced and will not be produced in supplemental documentary productions. Defendants dispute that there are many outstanding documents. Although the parties have conferred in an effort to resolve the discovery disputes, some disputes have not been resolved. Accordingly, because resolution of all issues was not achieved, the parties will be seeking the Court's intervention. Plaintiffs are preparing to file a motion to compel no later than January 31,

2008.

     3. Plaintiffs will have taken four depositions by the end of December. Because documentary production is not completed and plaintiffs believe that of the documents that have been withheld are relevant to the remaining depositions, three depositions and the Rule 30(b)(6) deposition have not been scheduled. The requested extension will enable the parties to digest any documents produced as a result of this Court's order on Plaintiffs' Motion to Compel, plan and take their depositions, and make allowance for the schedules of both plaintiffs' and defendants' witnesses.

     4. The extension will also allow the parties time to identify and work with expert witnesses. Both sides anticipate presenting experts in this case. Plaintiffs have identified potential expert witnesses. However, the experts' involvement is suspended until the production of documents. The experts will need to review thousands of pages of documents and deposition testimony in order to prepare their reports. Since this is an equity suit, to be tried to the Court, both sides wish to offer as complete a presentation to the Court as they can, a task that is not possible under the present discovery schedule. Judicial efficiency in administering the case will be promoted by the extension.

     For these reasons, we respectfully request the Court to grant the extension. A proposed order accompanies this motion. As we have indicated, in all other respects the present scheduling order will remain in effect.

                            Respectfully submitted,

| /s/ | /s/ |
|---|---|
| BRUCE J. TERRIS (D.C. Bar No. 47126) | LINDA SINGER |
| EMILY A. BENFER (D.C. Bar No. 499884) | Attorney General for the District of Columbia |
| Terris, Pravlik & Millian, LLP | |
| 1121 12th Street, N.W. | |
| Washington, DC  20005-4632 | |
| (202) 682-2100 | |

| | |
|---|---|
| _____/s/_____<br>JEFFREY S. GUTMAN<br>(D.C. Bar No. 416954)<br>The George Washington<br>University Law School<br>2000 G Street, N.W.<br>Washington, DC 20052<br><br>_____/s/_____<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036<br>*Attorneys for Plaintiff* | _____/s/_____<br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>_____/s/_____<br>Ellen Efros Chief, Equity I Section<br>(D.C. Bar No. 250746)<br><br>_____/s/_____<br>DANIEL A. REZNECK<br>Senior Assistant Attorney General<br>(D.C. Bar No. 31625)<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, DC 20001<br>(202) 724-5691<br>Daniel.Rezneck@dc.gov<br><br>_____/s/_____<br>EDEN I. MILLER<br>Assistant Attorney General<br>(D.C. Bar No. 483802)<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6614<br>(202) 727-3625 (fax)<br>Eden.Miller@dc.gov |

December 20, 2007