UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　Defendants. | Civil Action No. 05-1437 (RCL) |

ORDER

Upon consideration of the parties' Joint Motion [88] to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED that the parties' Joint Motion to Amend the Scheduling Order is granted; it is further

ORDERED that the following schedule shall apply to this matter:

| | |
|---|---|
| Plaintiffs' Motion to Compel | January 31, 2008 |
| Defendants Reply to Plaintiffs' Motion to Compel | March 1, 2008 |
| Close of Fact Discovery | If Plaintiffs' Motion to Compel is granted, defendants shall produce the ordered documents within 30 days and fact discovery shall close 60 days after either defendants have produced documents responsive to the Court's order or Plaintiffs' Motion to Compel has been denied |

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

| | |
|---|---|
| Close of Expert Discovery | 90 days after the close of fact discovery |
| Plaintiffs' Expert Reports | 40 days after the close of fact discovery |
| Defendants' Expert Reports | 80 days after the close of fact discovery |
| Summary Judgment Motions | May 2, 2008 |
| Oppositions | June 2, 2008 |
| Replies | July 2, 2008 |
| Pretrial Conference | 4:30 p.m. September 3, 2008 (Joint Pretrial Statement & Motions in Limine due 11 days prior to pretrial conference) |
| Trial | November 3, 2008 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.