UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE DISTRICT OF COLUMBIA, *et al.* )<br><br>Defendants. ) | Civil Action No. 05-1437 (RCL) |

### CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES

On April 23, 2007, this Court entered an order stating that the "the parties shall file such renewed [Motions to Compel Discovery Responses] or a Joint Status Report updating the Court on settlement of this case by June 29, 2007." *See* Docket No. 78. On January 3, 2008, this Court granted Parties' Joint Motion to Amend the Scheduling Order and ordered that Plaintiffs' Motion to Compel be filed by January 31, 2008. *See* Docket No. 89. The Court also ordered that Defendants' Reply to Plaintiffs' Motion to Compel be filed by March 1, 2008. *Ibid.*

Plaintiffs were prepared to file Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' First, Second, and Third Set of Requests for Production of Documents and Plaintiffs' First Set of Interrogatories (hereafter "Plaintiffs' Motion to Compel") on January 31, 2008. However, due to defendants' actions on January 30, 2008, which are described in detail below, plaintiffs request that the Court grant an extension of time of five days to allow plaintiffs to file Plaintiffs' Motion to

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Compel no later than Tuesday, February 5, 2008. Defendants' counsel has consented to this extension. Based on this Court's Order of January 3, 2008, defendants' response would continue to be due on March 1, 2008.

On January 30, 2008 at 5:22 pm, defendants produced Defendants' Tenth Supplemental Response to Plaintiffs' Request for Documents. *See* E-mail from Eden Miller, Counsel for Defendants, to Emily Benfer, Counsel for Plaintiffs, January 30, 2008, and E-Mail Attachment (Index to Defendants' Tenth Supplemental Response to Plaintiffs' Requests for Documents), attached as Plaintiffs' Exhibit A. These documents were responsive to Plaintiffs' First Document Requests, which were served on December 28, 2005. Plaintiffs' Motion to Compel would have included most of these documents as well as numerous other documents that defendants have still not produced. Thus, like defendants' practice of producing documents at the last minute on the eve or day of scheduled depositions, defendants produced documents relevant to the motion to compel on the evening before the motion was due in this Court.

Plaintiffs have not had the opportunity to review and analyze the documents in any detail. However, we have noted that the 17 newly produced documents, 666 pages in total, are not only responsive to Plaintiffs' First Document Requests, they were all in defendants custody and control long before their production (8 documents predate the fall of 2007; 6 documents are from 2006; 1document is from 2004; and 1 document is from 2003). *See* Exhibit A. In fact, defense counsel indicated, on January 18, 2008, that she had in her custody, at that time, at least three of the documents produced in Defendants' Tenth Supplemental Production on January 30, 2008. *See* E-mails between Eden Miller, Counsel for Defendants, and Emily Benfer, Counsel for Plaintiffs,

January 18, 2008, attached as Plaintiffs' Exhibit B.[2/]  Despite plaintiffs' request on January 18, 2008, that defendants provide the documents in their possession (*see* Pl. Ex. B), defendants withheld the documents for 12 days until the eve of the deadline for plaintiffs to file their motion to compel.

Defendants' complete lack of regard for the Federal Rules of Civil Procedure have, once again, further delayed the litigation and unfairly burdened plaintiffs, by forcing plaintiffs' counsel to spend their time modifying a completed motion to compel based on document production which should have occurred long ago.

Accordingly, the plaintiffs request that the Court extend the time to file Plaintiffs' Motion to Compel to February 5, 2008, and uphold the current due date of Defendants' Reply to Plaintiffs' Motion to Compel of March 1, 2008.

A proposed order is attached.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
EMILY A. BENFER (D.C. Bar No. 499884)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632
(202) 682-2100

/s/
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052

---

[2]The documents described in Plaintiffs' Exhibit B were again requested by plaintiffs in a letter to defendants on December 19, 2008.

                                                      /s/
                                    MARGARET A. KOHN
                                    (D.C. Bar No. 174227)
                                    Attorney at Law
                                    1320 19th Street, N.W., Suite 200
                                    Washington, DC 20036
                                    *Attorneys for Plaintiff*

January 31, 2008