## Emily A. Benfer

**From:** Miller, Eden (OAG) [eden.miller@dc.gov]
**Sent:** Wednesday, January 30, 2008 5:22 PM
**To:** Emily A. Benfer
**Cc:** Rezneck, Daniel (OAG)
**Subject:** DL Class Action: Index for the 10th Supplement

Hi, Emily:

Attached, please find the District's 10th Supplemental Index.  My intern will be delivering the documents to you shortly.

Thank you,
Eden

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Plaintiffs' Exhibits
A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

TENTH SUPPLEMENTAL DOCUMENT INDEX

**Defendants' Tenth Supplemental Response to Plaintiffs' Requests for Documents**

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 7118-7140 | District of Columbia Public Schools ("DCPS") Early Childhood Special Education Strategic Plan, dated fall of 2006 | **P's First Doc Req:** 3, 5, 6, 7, 8, 10, 18, 21, 24, 26, 37 | No. |
| 7141-7163 | DCPS Early Childhood Special Education Strategic Plan, dated fall of 2007 | **P's First Doc Req:** 3, 5- 8, 10-12, 18, 21, 24, 26, 36, 37 | No. |
| 7164-7165 | DCPS Job Announcement for Education Program Specialist, current position of Chanda Whitaker of the Central Assessment Referral and Evaluation ("CARE") Center | **P's First Doc Req:** 1, 10, 18, 37 | No. |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 7166-7367 | Office of the State Superintendent of Education Transition Team Report on Early Childhood at the CARE Center, dated 12/07. | **P's First Doc Req:** 3, 5, 7, 8, 10, 14, 18, 21, 32, 36, 37 | No. |
| 7368-7409 | Internal DCPS Early Childhood Office Registration Tracking Log, updated through mid-November 2007 (redacted version previously produced at 6805-6846) | **P's First Doc Req:** 1, 2, 3, 7, 8, 10, 14, 18, 19, 33-35, 38<br><br>**P's Third Doc Req:** 1 | Yes. This document is confidential and subject to the <u>D.L.</u> Protective Order. |
| 7410-7444 | Internal DCPS Early Childhood Office Transition Tracking Log, updated through mid-November 2007 (redacted version previously produced at 6670-6804) | **P's First Doc Req:** 1, 2, 3, 7, 8, 10, 14, 18, 19, 33-35, 38<br><br>**P's Third Doc Req:** 1 | Yes. This document is confidential and subject to the <u>D.L.</u> Protective Order. |
| 7445-7457 | Report Generated from Department of Human Services ("DHS") and DCPS Transition Database, current through 10/24/07, (redacted version previously produced at 5979-5992) | **Ps' First Doc Req:** 1, 2, 3, 7, 8, 10, 14, 18, 19, 33-35, 38<br><br>**Ps' Third Doc Req:** 1, 2 | Yes. This document is confidential and subject to the <u>D.L.</u> Protective Order. |
| 7458-7609 | DHS DC Early Intervention Program Transition Log, 2003 to 2006 (previously produced only with regard to named plaintiffs 3299-3391) | **Ps' First Doc Req:** 1, 2, 3, 5, 7, 8, 17, 19, 38, 44 | Yes. This document is confidential and subject to the <u>D.L.</u> Protective Order. |
| 7610-7634 | DHS Comprehensive Dedicated Service Coordination, updated through 12/27/06 | **Ps' First Doc Req:** 3 | Yes. This document is confidential and subject to the <u>D.L.</u> Protective Order. |

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 7635-7652 | Information regarding Database for DHS DC Early Intervention Program, compiled by Joan Christopher and given to her successor in fall of 2004 | Ps' First Doc Req: 3, 14 | No, except for pages 7643-7644, which are confidential and subject to the D.L. Protective Order. |
| 7653-7670 | Interagency Collaboration and Services Integration Commission ("ICSIC") Presentation regarding Goal 1 Children are Ready for School, dated 08/15/07 | Ps' First Doc Req: 14, but only marginally relevant as the goal is for all children to be ready for school. | No. |
| 7671 | ICSIC Informal Meeting Notes of Laura Kiesler of the Office of the Deputy Mayor for Education, dated 08/15/07 | Ps' First Doc Req: 14, but only marginally relevant as the goal is for all children to be ready for school. | No. |
| 7672-7713 | Memorandum of Agreement regarding Provision of Information for ICSIC, with signatures dated fall of 2007 (do not yet have signatures for all members of ICSIC) | Ps' First Doc Req: 14, but only marginally relevant as the focus is not on preschool children, transition or Child Find. | No. |
| 7714-7749 | DCPS Annual Performance Report, dated FFY 2006 (2005-2006 school year)[1] | Ps' First Doc Req: 1, 3, 5, 6, 7, 8, 38 | No. |
| 7750-7760 | Part B Child Count Data for 2005, dated 02/01/06 | Ps' First Doc Req: 1, 3, 5, 6, 7, 8, 24, 26, 35 | No. |

[1] Please note that there was no Annual Performance Plan for the 2004-2005 school year (FFY 2005). Also, the Annual Performance Plan for the 2006-2007 school year (FFY 2007) is not due until February of 2008.

| BATES NUMBER | DOCUMENT DESCRIPTION | RELEVANT REQUEST NUMBER | CONFIDENTIAL OR PRIVILEGED |
|---|---|---|---|
| 7761-7773 | Part B Educational Environment Data for 2005, dated 02/01/06 | **Ps' First Doc Req:** 1, 3, 5, 6, 7, 8, 24, 26, 35 | No. |
| 7774-7784 | Part B Child Count Data for 2006, dated 02/01/07 | **Ps' First Doc Req:** 1, 3, 5, 6, 7, 8, 24, 26, 35 | No. |

**January 30, 2008**