# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
DL, *et al.*, on behalf of themselves          )
and others similarly situated,                 )
                                               )
          Plaintiffs,                          )
                                               )
          v.                                   )          Civil Action No. 05-1437 (RCL)
                                               )
THE DISTRICT OF COLUMBIA, *et al.*             )
                                               )
          Defendants.                          )
_____)

## ORDER

Upon consideration of Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and Plaintiffs' First Set of Interrogatories, and the entire record herein, it is hereby

ORDERED, that plaintiffs' motion is granted; it is further

ORDERED, that defendants' General Objections to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and the objections stated in Defendants' Response to Plaintiffs' First Set of Interrogatories are overruled; it is further

ORDERED, that defendants shall file new responses to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and Plaintiffs' First Set of Interrogatories without withholding any documents or information based on General Objections; it is further

ORDERED, that defendants' objection to requests pertaining to non-named plaintiffs is overruled and defendants shall provide all documents requested in Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information requested in Plaintiffs' First Set of Interrogatories regarding individuals other than the named plaintiffs; it is further

ORDERED, that defendants' objection to producing information predating 2003 is overruled and defendants shall provide all documents requested in Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information requested in Plaintiffs' First Set of Interrogatories for the years 2000 to the present; it is further

ORDERED, that defendants shall produce all confidential information responsive to plaintiffs' discovery requests pursuant to the protective order entered in this action; it is further

ORDERED, that defendants shall provide plaintiffs with a privilege log for all documents withheld on the basis of privilege; it is further

ORDERED, that defendants shall make a thorough search for all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents, including e-mails, faxes, memoranda, letters, case files, and computer files; it is further

ORDERED, that defendants shall produce all documents enumerated in Plaintiffs' Exhibit L; it is further

ORDERED, that defendants shall submit to this Court and to the plaintiffs a statement certifying the method that defendants used to search for documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and stating in detail the actions that defendants took, including the kinds of documents for which a search was made and the locations in which defendants searched, and that such statement shall be submitted within 30 business days of this Order; it is further

ORDERED, that defendants shall produce all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information responsive to Plaintiffs' First Set of Interrogatories within 30 business days of this Order; it is further

ORDERED, that defendants shall provide complete answers to Plaintiffs' First Set of

Interrogatories without reliance on extrinsic material such as pleadings or documents produced; that defendants shall not answer plaintiffs' interrogatories by referencing most or all of the documents defendants have produced; that if defendants opt to produce business records in response to plaintiffs' interrogatories pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, defendants shall identify the specific documents that answer the interrogatories and affirm that all of the information requested can be found in the documents; it is further

ORDERED, that defendants shall immediately cease the automatic deletion of e-mails in accounts held by staff members of the CARE Center, the Department of Human Services Early Intervention Program, the Office of the State Superintendent, the Office of the Chancellor, the Office of the Deputy Mayor for Education, and any other government agency department that may reasonably be expected to correspond with the CARE Center or the Department of Human Services Early Intervention Program, and preserve all e-mails and other documents that may reasonably be related to the subject matter of this litigation; it is further

ORDERED, that defendants shall, in a certified statement, explain the defendants' treatment of electronic information in their custody since the onset of this litigation in July 2005, including the automatic deletion of e-mails, the whereabouts of any e-mails relevant to this litigation, the means that may be used to retrieve such e-mails, and whether any such e-mails have been irretrievably lost; it is further

ORDERED, that defendants shall immediately cease the destruction of evidence related to the subject matter of this litigation, including complaints related in any way to the special education of children aged two years, eight months, to five years; it is further

ORDERED, that upon the completion of discovery, defendants shall certify that they responded fully to all document requests and that no other responsive documents exist as of the time

of certification; and it is further

ORDERED, that defendants shall certify that they have provided all information responsive to Plaintiffs' First Set of Interrogatories; and it is further

ORDERED that, pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure, defendants shall pay plaintiffs' reasonable attorneys' fees and expenses incurred in filing Plaintiffs' Motion to Compel.


_____                          _____
DATE                                              ROYCE C. LAMBERTH
                                             UNITED STATES DISTRICT JUDGE