UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL [1] *et al.*, on behalf of themselves )
and others similarly situated, )
    )
    Plaintiffs, )
    )
v.   )   Civil Action No. 05-1437 (RCL)
    )
THE DISTRICT OF COLUMBIA, *et al.* )
    )
    Defendants. )

PLAINTIFFS' FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiffs hereby request that defendants forward copies of the documents requested below to plaintiffs' attorneys within 30 days of service.

I

DEFINITIONS AND INSTRUCTIONS

1.    "Defendants" shall mean defendants and any of their agencies, departments, branches, divisions, offices, other sub-entities, or any other District of Columbia entity that defendants communicate with, take direction from or rely on with in regard to special education or early childhood matters and any administrators, managers, employees, consultants, or other agents of any of these entities.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

Plaintiffs' Exhibit A

2. "Document" shall include, but not be limited to: (a) analyses, charts, forms, graphs, letters, maps, memoranda, minutes, notes, e-mail, facsimile transmissions, records, reports, studies, and all other forms of written communication; (b) data compilations from which information can be obtained or translated, if necessary, by defendants through detection devices into reasonably usable form; and (c) films, photographs, slides, phonorecords, tape recordings, and all other forms of electronic and/or mechanical information.

3. "Intake request" shall have the same meaning as it is used in defendants' draft Child Find document, attached as Exhibit A, and includes, but is not limited to, a request to DCPS or the Parent Call Center by telephone, in writing or in person by any person, including parent, family member, teacher, physician, social worker, friend, etc., regarding a child aged three through five who may be eligible for special education services.

4. "Person" shall mean an individual, corporation, partnership, government agency, or other organization.

5. "Public Awareness activity" or "Public Awareness effort" shall mean an action taken to increase the understanding of families and the general public in Washington, D.C., about the availability of special education and related services.

6. "Referral" should have the same meaning as it is used in defendants' draft Child Find document, attached as Exhibit A.

7. "Relate," "relate to," "relating to" or "refer to" means states, contains, describes, discusses, explains, involves, refers to, or relates to in any way. An interrogatory or request for production of documents may "relate," "relate to," or "refer to" an individual or entity without specifically mentioning or discussing that individual or entity by name.

8. "Screening" should have the same meaning as it is used in defendants' Child Find document, attached as Exhibit A.

9. "Tracking" should have the same meaning as it is used in defendants' Child Find document, attached as Exhibit A.

10. "Transition" or "transition services" shall mean the process by which children as early as two years and eight months are transferred from IDEA services under Part C to IDEA services under Part B.

11. Words of gender shall be construed as including all genders, without limitation.

12. Words in the singular shall be construed to mean the plural or vice versa, as appropriate.

13. These requests for production of documents seek all information in the possession, control, or custody of defendants and their employees, agents, consultants, contractors, servants, attorneys, and assigns, as of the date on which the document requests are served.

14. If defendants are unable to respond to a request for production of documents or part thereof, defendant shall state why it is unable to supply the information sought and fully describe the efforts made to locate the information.

15. If the response to a request for production of documents consists in whole or in part of an objection relating to, or founded upon, any privilege or immunity:

    (a) State the privilege or immunity claimed and state in detail the facts and reasoning on which the claim of such privilege or immunity is based;

    (b) Describe the nature of the communication or document (*e.g.*, letter, memorandum, telephone call, in person conversation, etc.);

  (c) State the date of the communication or document;

  (d) Identify the person who created or originated the communication or document;

  (e) Identify the person who originated the communication or sent the document;

  (f) Identify the person who received the communication or document;

  (g) Identify each person who participated in the communication or who saw the document;

  (h) Identify each person to whom some or all of the contents of the communication or document were communicated; and

  (i) State the subject matter of the communication or document.

16. If the response to a request for production of documents consists in whole or in part of an objection relating to burdensomeness, with respect to each such response:

  (a) Provide such information or documents as can be ascertained without undue burden; and

  (b) State in detail the facts and reasoning on which the objection to providing any additional information or document is based, including:

   (i) A description of the process or method required to obtain any information or document not provided;

   (ii) The number of files and/or documents that would need to be searched;

   (iii) The number of employee hours required to conduct the search; and

   (iv) The estimated cost of the search; and

  (c) State in detail whether the information not provided is available in documents or other sources and, if so:

        (i)      Identify the documents or other sources; and

        (ii)     State whether the documents will be made available for inspection and copying.

17. If the response to a request for production of documents consists in whole or in part of any other objection, state in detail the facts and reasoning on which the objection is based.

18. These requests for production of documents are to be deemed continuing in nature to the extent required by Rule 26(e) of the Federal Rules of Civil Procedure. Supplemental responses are required in the event defendants subsequently obtain or become aware of the existence of information or documents that differ from or are in addition to that contained in its earlier responses.

II

REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All documents referred to in defendants' Initial Disclosures, dated October 25, 2005.

2. All documents upon which defendants relied in their Answer to deny any allegations made by plaintiffs in their complaint.

3. All documents created from January 1, 2000, to the present, that were drafted or received by defendants, including by the District of Columbia Public Schools ("DCPS"), the Department of Health ("DOH"), and the Department of Human Services ("DHS"), that refer or relate to defendants' Child Find activities for children aged two through five years old who have resided in or are wards of the District of Columbia.

4. All prior and subsequent drafts or final versions of the document attached as Exhibit A.

5. All documents that related to the implementation of Exhibit A or of any subsequent drafts or final versions of Exhibit A.

6. All documents that defendants have drafted or have on file with the U.S. Department of Education, pursuant to 34 C.F.R. 300.125(a) and 34 C.F.R. 300.125(b).

7. All documents created from January 1, 2000, to the present, that refer or relate to defendants' compliance or failure to comply with 20 U.S.C. 1412(a)(3)(A) and 34 C.F.R. 300.125(a)(1) with respect to children aged two through five years old.

8. All documents created from January 1, 2000, to the present that refer or relate to defendants' compliance or failure to comply with 5 D.C.M.R. 3002.1(d) and 3002.3(a) with respect to children aged three through five.

9. The DCPS operating budget and actual spending for Child Find programs, efforts, and activities for Fiscal Years 2000 through the present, including the proposed budget for FY 2006.

10. All documents that relate to the programs and activities of the Child Find Office of the DCPS Office of Special Education, housed at the Centralized, Assessment, Referral and Evaluation ("CARE") Center since it opened with respect to children aged two through five years old. Include any documents that relate to programs and activities of any predecessor office of the Child Find Office.

11. All documents that relate to the Annual State Application under Part B of the IDEA submitted by defendants to the United States Department of Education, Office of Special Education Programs, for federal fiscal years 2000 through the present, including FY 2006.

12. All documents created from January 1, 2000, to the present, provided to defendants from the U.S. Department of Education, Office of Special Education Programs ("OSEP"), about

DCPS's IDEA activities for children aged two through five years old, including reports, assessments, evaluations, reviews, monitoring, correspondence and recommendations to DCPS from OSEP.

13.     All documents created from January 1, 2000, to the present, provided by defendants to OSEP about DCPS's IDEA activities for children aged two through five years old, including reports, assessments, evaluations, reviews, monitoring, correspondence, and recommendations. This includes all documents provided by defendants to OSEP in response to documents identified in Document Request 12, above.

14.     All documents created from January 1, 2000, to the present related to coordination and collaboration between DCPS and other agencies within the District of Columbia regarding Child Find and transition services for children ages two through five years old with disabilities, including all memoranda of agreements or memoranda of understanding, all documents referred to in those agreements or memoranda, and all documents developed or maintained pursuant to those agreements or memoranda.

15.     All documents created from January 1, 2000, to the present, related to coordination and collaboration between DCPS and other non-profit or private groups, including contractors, within the District of Columbia regarding Child Find and transition services for children with disabilities aged two through five years old, including all memoranda of agreements, memoranda of understanding, all documents referred to in those agreements or memoranda, and all documents developed or maintained pursuant to those agreements or memoranda.

16.     All documents created from January 1, 2000, to the present, that include recommendations made to defendants in the form of a letter, report, analysis, or the like by private

or non-profit contractors with respect to enhancements, improvements, and changes to defendants' Child Find activities or programs.

17. The Transition Tracking Log report referred to in the Memorandum of Agreement between DCPS and DHS, dated July 13, 2004 (hereafter "MOA"), for each month beginning in January 2000 and continuing each month thereafter through the present. This request encompasses any predecessor report to the Transition Tracking Log report.

18. All documents that reflect actions taken (or not taken) by DCPS to perform its responsibilities under the MOA, including under Sections III.C and III.E, and under paragraphs 5, 6, 9, 12, 14-18 of Attachment A to the MOA.

19. All documents containing the information referred to in Attachment B of the MOA, including the reports and information that the Part C Child Find Coordinator provides to the Part B Child Find Coordinator.

20. All documents, including any computer databases, created from January 1, 2000, to the present, that contain data or information about intake requests received by DCPS on the Child Find hotline or through other means regarding children aged two through five years old regarding special education and related services. This request encompasses information about the number of requests, the dates of these requests, and the outcome of these requests. This request encompasses intake requests made by any party, including by parents, teachers, DCPS staff, staff at day care centers, physicians, and other community members.

21. All documents, including any computer databases, created from January 1, 2000, to the present, that contain data or information about screenings conducted by DCPS of children aged two through five years old. This document request encompasses documents that contain information

on the number of screenings, the dates of these screenings, the method of screenings, and the actions taken by DCPS following such screenings, including the dates of such actions.

22. All documents, including any computer databases, created from January 1, 2000, to the present, that contain data or information about referrals made to DCPS for children aged two through five years old. This document request encompasses documents with information about the numbers of referrals made, the dates of these referrals, the basis for making such referrals, and whether these referrals resulted in an evaluation or IEP and, if so, the dates of such referrals or IEPs. This request encompasses information about referrals made by any party, including by parents, teachers, DCPS staff, guardian ad litems, staff of the Child and Family Services Agency ("CFSA"), staff at day care centers, physicians, professionals associated with the D.C. Superior Court, and other community members.

23. All documents, including any computer databases, created from January 1, 2000, to the present, that contain data or information about evaluations requested and/or conducted by DCPS (or review of evaluations conducted by DCPS) of children aged two through five years old for special education and related services. This document request encompasses documents that provide the number of evaluations, the dates of such evaluations, the types of evaluations conducted, whether these evaluations resulted in an eligibility determination, and the actions taken by DCPS following such evaluations, including the dates on which such actions were taken.

24. All documents with information about the number of children aged two through five years old who were found to be eligible for special education and related services for each year since January 1, 2000, including documents that contain information about the dates of their eligibility, of their referral for evaluations, and of the "Notice of Placement" or "Notice of Prior Action."

25. All documents with information about the number of children aged three through five years old who were found ineligible for special education and related services each year since January 1, 2000.

26. All documents created from January 1, 2000, to the present, referring or relating to the number of children aged three through five years old who received or are receiving special education services from DCPS or with DCPS funding, including information relating to the dates of referral, the dates of evaluation, the dates of eligibility, and the dates of Notice of Placement or Notice of Prior Action for these children.

27. All documents created from January 1, 2000, to the present, referring or relating to the reasons why any children aged two through five years old who were referred to DCPS or whose parents consented to evaluations were found to be ineligible for special education and related services.

28. All documents created from January 1, 2000, to the present, referring or relating to the reasons why any children aged two through five years old who were referred to DCPS or whose parents consented to evaluations were not or are not receiving special education and related services.

29. All documents created from January 1, 2000, to the present, referring or relating to the training and supervision of staff of defendants regarding Child Find programs, activities and efforts for children aged two through five years old.

30. All documents created from January 1, 2000, to the present, referring or relating to the training, outreach, or instruction of staff of DCPS, private or parochial schools, preschools, day care centers, or other locations or programs providing care for children aged two through five years old on the identification of potential disabilities.

31. All documents created from January 1, 2000, to the present, referring or relating to the training, outreach, or instruction of staff of DCPS, private or parochial schools, preschools, day care centers, or other locations or programs providing care for children aged two through five years old on the process for making a referral to DCPS for evaluations for children suspected of having disabilities.

32. All documents created from January 1, 2000, to the present, referring or relating to public awareness activities undertaken by defendants in order to identify, locate, evaluate and offer special education and related services to children aged three through five year olds.

33. All documents created from January 1, 2000, to the present, referring or relating to DCPS' referral and intake processes for children with disabilities aged two through five years old, including but not limited to, all directives issued by defendants to special education coordinators or their equivalents, principals, school counselors (public and private), private school administrators, day care providers, and CFSA staff.

34. All documents created from January 1, 2000, to the present, referring or relating to DCPS' screening and identification process for children aged two through five years old with delays or disabilities.

35. All documents, including reports generated from SETS, ENCORE, and any other database, maintained by defendants referring or relating to defendants' tracking of students aged two through five years old who have been screened, referred, identified, evaluated, or found eligible for special education and related services from January 1, 2000, to the present.

36. All documents created from January 1, 2000, to the present, referring or relating to the number of staff members involved in implementing defendants' Child Find activities for children

11

aged two through five years old, including staff employed by DCPS, DHS, and DOH.

37. All documents created from January 1, 2000, to the present, referring or relating to the job descriptions, responsibilities, and qualifications of all staff members involved in implementing defendants' Child Find activities for children aged two through five years old, including positions at DCPS, DHS, and DOH.

38. All documents referring or relating to the transitioning of children from the Part C, Early Intervention Program, to Part B, including any documents with data on the numbers of children who have been transitioned each year since 2000.

39. A list of children from January 1, 2000, to the present, residing in or wards of the District of Columbia who receive or received Medicaid based on disability status or who receive or received Supplemental Security Income ("SSI"), including documents that indicate their dates of births, whether they are receiving special education services from DCPS, the dates each parent applied for services, the dates DCPS found them eligible for services, and the dates on which each child began receiving services.

40. A list of children from January 1, 2000, residing in or wards of the District of Columbia entered in the D.C. Linkage and Tracking System for each year beginning on January 1, 2000, to the present.

41. All documents created from January 1, 2000, to the present, which identify the dates of birth of each child listed in the D.C. Linkage and Tracking system and the rationale for their entry into the system.

42. All documents which identify whether and when each child listed in the D.C. Linkage and Tracking System from January 1, 2000, to the present, was referred to any District of Columbia

12

office, department, or agency for (a) screening, (b) intakes or (c) evaluations for special education; and whether and when such child was (d) offered special education services and (e) started receiving such services.

43. All documents created from January 1, 2000, to the present, referring or relating to any communication between the D.C. Linkage and Tracking System and DCPS.

44. A list of children from January 1, 2000, to the present, who have received services from the DHS Early Intervention Program, including their dates of births and whether these children are receiving special education services from DCPS. If they are receiving services, please provide the date of referral or the date on which the parent provided consent transition, the date of eligibility, and the date on which services began.

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
SHINA MAJEED (D.C. Bar No. 491725)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005-4632
(202) 682-2100 (tel)

JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052
(202) 994-7463

MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2005, I served Plaintiffs' First Set of Requests for Production of Documents by electronic mail and by First Class Mail to:

Daniel A. Rezneck
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

_____/s/_____
SHINA MAJEED
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005