UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL [1] *et al.*, on behalf of themselves
and others similarly situated,

    Plaintiffs,

v.

THE DISTRICT OF COLUMBIA, *et al.*

    Defendants.

Civil Action No. 05-1437 (RCL)

PLAINTIFFS' SECOND SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiffs hereby request that defendants forward copies of the documents requested below to plaintiffs' attorneys within 30 days of service.

I

DEFINITIONS AND INSTRUCTIONS

1. Plaintiff's hereby incorporate the definitions and instructions set forth in their First Set of Requests for Production of Documents, served on December 28, 2005.

II

REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All documents that refer or relate to any changes defendants have made in their Child

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

**Plaintiffs' Exhibit B**

Find policies, programs or activities since 2003 for children aged two through five years old who have resided in or are wards of the District of Columbia, including documents that explain the reasons for these changes.

2. All documents that identify children ages two through five years old who were identified in the course of any lead abatement program administered by the District of Columbia since 2000.

3. All documents that contain demographic information regarding the number of children two through five years of age who reside in or are wards of the District of Columbia, that has been maintained or used by defendants each year since 2000 to plan for (1) general elementary school enrollment; (2) special education enrollment for young children; (3) Head Start programs, and; (4) child care or day care services for young children funded or provided by any agency within the District of Columbia.

4. All documents that refer or relate to the number of programs slots or placements available each year since 2000 for children ages two years through five years for the following categories: (1) inclusion, preschool classroom slots, where the child with a disability is placed in a regular education class with his or her typically developing age peers in the majority and where, in addition to the regular teacher, there is a special-education teacher or where a child with a disability is supported full time in a general education class with a dedicated aide; (2) self-contained special education slots or placements where a child is removed from the general school population and placed in a small controlled setting with a special-education teacher and possibly other support staff for most of the school day; (3) combination slots or placements that combine inclusion and pull-out services some of the time; and (4) the equivalent of those categories in earlier years when different

terms were used to describe the different levels of program intensity.

    5.    All letters of complaint that have been received about the CARE Center received by defendants.

                                  /s/
                        BRUCE J. TERRIS (D.C. Bar No. 47126)
                        SHINA MAJEED (D.C. Bar No. 491725)
                        Terris, Pravlik & Millian, LLP
                        1121 12th Street, N.W.
                        Washington, DC 20005-4632
                        (202) 682-2100 (tel)

                        JEFFREY S. GUTMAN (D.C. Bar No. 416954)
                        The George Washington
                        University Law School
                        2000 G Street, N.W.
                        Washington, DC 20052
                        (202) 994-7463

                        MARGARET A. KOHN (D.C. Bar No. 174227)
                        Attorney at Law
                        1320 19th Street, N.W., Suite 200
                        Washington, DC 20036
                        (202) 667-2330
                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I served Plaintiffs' Second Requests for Production of Documents by electronic mail to:

Daniel A. Rezneck
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Daniel.Rezneck@dc.gov

                                            /s/
                               SHINA MAJEED
                               TERRIS, PRAVLIK & MILLIAN, LLP
                               1121 12th Street, N.W.
                               Washington, DC 20005