January 27, 2006

Shina Majeed
Terris, Pravlik & Millian, LLP
1121-12th Street, N.W.,
Washington, D.C. 20005-4632

Re: D.L. v. District of Columbia, Civ. Act. No. 05-1437

Dear Ms. Majeed:

      I am faxing over and e-mailing our response to plaintiffs' first request for production of documents.

      These will be available to you for inspection and copying at our offices. In view of their volume and the fact that you have already collected a large number of documents, including some in response to FOIA requests to the District, you may wish to review them and select some but not all for copying. Please call me to arrange a convenient time for inspection.

      Sincerely yours,

      Daniel A. Rezneck
      Counsel for defendants

Plaintiffs' Exhibits
E