UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 05-1437 (RCL) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

In accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure, the Defendants, through the undersigned counsel, here provides responses to the Plaintiffs' Third Set of Requests for Production of Documents.

### GENERAL OBJECTIONS

1. The Defendants object to the requests to the extent that they seek production of documents before January 1, 2003.

2. The Defendants object to the requests to the extent that they seek production of documents containing information as to individuals other than the children who are named plaintiffs.

3. The Defendants object to the requests to the extent that they seek documents protected from disclosure by the Defendants' deliberative process privilege for intra-agency and inter-agency communications. The Defendants hereby claim such privileges, immunities, and protections to the extent implicated by each request. Inadvertent production of any documents so privileged does not

Plaintiffs' Exhibits
H

constitute a waiver of such a privilege, immunity, or protection or any other ground for objecting to the discovery request.

4. The Defendants object to the requests to the extent that they seek documents that are protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, immunity or protection. The Defendants hereby claim such privileges, immunities, and protection to the extent implicated by each request. Inadvertent production of any documents so privileged, immune, or protected does not constitute a waiver of such a privilege, immunity, or protection or any other ground for objecting to the discovery request.

5. The Defendants object to the requests to the extent that they require the Defendants to search for and produce documents that are not relevant to the claim or defense of any party or to the subject matter of the action, are neither admissible nor reasonably calculated to lead to the discovery of admissible evidence, or otherwise exceed the scope of discoverable matters under the Federal Rules of Civil Procedure.

6. The Defendants object to the requests to the extent that they conflict with or purport to expand the Defendants' obligations under the Federal Rules of Civil Procedure, the local rules, and any order in this case.

7. The Defendants object to the requests to the extent that they seek documents not in existence or not in the Defendants' possession, custody, or control.

8. The Defendants object to the requests to the extent that they seek confidential information and will provide such information only pursuant to the protective order governing discovery in this action.

9. The Defendants object to the requests to the extent that they are unduly broad or unreasonably burdensome.

10. The Defendants object to the requests to the extent that they are vague, ambiguous, and/or not sufficiently particularized to permit defendants to determine what documents are sought and to make a meaningful response.

11. The Defendants object to the requests to the extent that they request documents that are within the possession, custody or control of plaintiffs or their attorneys and/or are as readily or more readily obtainable from a source other than defendants.

13. In responding to the Plaintiffs' Third Set of Requests for the Production of Documents, the Defendants do not concede or admit any premise or proposition contained in any Request or the complaint herein.

## SPECIFIC RESPONSES

1. **Request:** All documents referred to or encompassed by defendant's answers to Interrogatories 1-16.

   **Response: See each response to Interrogatories 1-16.**

2. **Request:** All correspondence between the Department of Human Services, Part C Program, and DCPS regarding the transitioning of children from Part C to Part B, including, but not limited to, all correspondence regarding any meetings held during the transition process, as well as correspondence regarding referrals,

3

evaluations, eligibility determinations, IEP's, and provision of special education services.

**Response: See documents produced by the Defendants at Bates Numbers 3299-3301, 5743-5799, 5922-5943, 5979-5992, 6095, 6136, 6204-6222.**

3. **Request:** All documents, including, but not limited to, case files, that pertain to any inquiry made to defendants by parents or others made on behalf of a disabled preschool child prior to the time that such parent signed the "consent to evaluate" form. This includes any documentation of communication such as telephone calls, in-person visits, faxes, correspondence, meetings, e-mails, and the like regarding special education services.

**Response: See General Objection 1, 2, 8, and 9. See also documents produced by the Defendants at Bates Numbers 4528-4531, 5920-5921, 5944-5978.**

4. **Request:** All case files, and any documentation therein, corresponding to the following student identification numbers: (a) 9229147, (b) 9208269, (c) 9229147, (d) 9228470, (e) 9212150, (f) 9215187, (g) 9215951, (h) 9215589, (i) 9215652, (j) 9200705, (k) 9128222, (l) 9120444, (m) 9118867, (n) 9117117, (o) 9083987, (p) 9083333, (q) 9105145, (r) 9106648, (s) 9094116, (t) 9091998, (u) 9084324, (v) 9082289, (w) 9081422, (x) 9080685, and (y) 9069085.

**Response: See General Objection 2. The students with the above-listed student identification numbers are not named class members.**

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

October 29, 2007