Plaintiffs' Exhibits L

**EXHIBIT L**

**DEFENDANTS' OUTSTANDING DOCUMENT PRODUCTION RESPONSIVE TO PLAINTIFFS' FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Based upon past document production, references in produced documents, and information and belief, the documents enumerated in the following chart are in the defendants' custody or control and should have been, but were not, produced in response to Plaintiffs' First, Second, and Third Sets of Requests for the Production of Documents.[1]

| | Documents Responsive to Plaintiffs' Document Requests | Plaintiffs' Relevant Document Request(s) |
|---|---|---|
| 1. | District of Columbia Public Schools (DCPS) Special Education Program Budgets similar to those produced at Bates Nos. 2710-2810, 4532-3 for FY 2000, 2001, 2002, 2007, and 2008 and a key explaining the meaning of the codes relating to budget allocations therein. | First Document Requests 9, 19 |
| 2. | DCPS Child Find Budgets similar to that produced at Bates No. 4718 for FY 2000-2006 and 2008. | First Document Requests 1, 19 |
| 3. | Request for Proposals ("RFP") for, and any reports from, Part B or Part C contractors. | First Document Request 15 |
| 4. | Memorandum of Agreement or Understanding predating 2004 between Department of Human Services (DHS) and DCPS, referenced during the deposition of Badiyah Mushirah-Sharif. (Transcript, Pl. Ex. O, p. 122) | First Document Requests 14, 15 |

---

[1] Documents in cell numbers 1, 2, 4, 7, 8, 11, 13-19, 21, 22, 26-29, 31, 32, 40, and 41 were also specifically requested in correspondence to defendants. *See* Pl. Ex. J.

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 2

| | | |
|---|---|---|
| 5. | All documents related to the Mayors' Advisory Committee on Early Childhood Development "strategic planning and capacity building for children with disabilities and special health needs," referenced at Bates 7667. | Second Document Request 1 |
| 6. | Status reports, referenced at Bates No. 2513, on implementation of Memorandum of Understanding between DHS and Department of Health. | First Document Requests 14, 15 |
| 7. | Complaints to or about the CARE Center, including e-mails from service coordinators and any documentation of complaints from parents, as described during the deposition of Badiyah Mushirah-Sharif (Transcript, Pl. Ex. O, pp. 78-79, 90) and Zondra Johnson (Transcript, Pl. Ex. K, pp. 177-181). | First Document Request 10; Second Document Request 5 |
| 8. | Any record of complaints about early intervention staff, Child Find practices, special education or transition from Part C to Part B as described during the deposition of Badiyah Mushirah-Sharif (Transcript, Pl. Ex. O, pp. 78-83). | First Document Request 3; Third Document Request 2 |
| 9. | Any evidence of parents exercising the right to complain about Child Find or special education services described on a flyer produced at Bates No. 1257. | First Document Requests 3, 10; Second Document Request 5 |
| 10. | Any unusual incident reports using the form described at Bates No. 2367 from contractors or RFP grantees that work with children aged two years, eight months to five years of age. | First Document Request 15 |
| 11. | Documents describing best practices or the defendants' attempts to improve Child Find and special education services for children aged two years, eight months, to five years, including recommendations from Georgetown University, referenced in the deposition of Joan Christopher (Transcript, Pl. Ex. Q, pp. 66-68), and any actions taken in response to those recommendations. | First Document Request 3 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 3

| | | |
|---|---|---|
| 12. | Any correspondence between the U.S. Department of Health and Human Services ("HHS") and defendants regarding Head Start and children aged two years, eight months, to five years including any follow up or response to deficiencies cited by HHS at Bates Nos. 3661-3666. | First Document Request 16 |
| 13. | Any correspondence between defendants and OSEP, including letters, attachments, reports, special conditions reports, annual state applications, performance plans, annual performance reports, and the documents which were reviewed for the purpose of submitting reports, such as the Part B Annual State Application and Enclosures for FY 2000-2004 and 2008; Enclosures to Annual State Application FY 2006 and 2007; Part B Performance Plans for FY 2000-2005; updated Part B Performance Plan for FY 2005-2010 (like those produced at Bates Nos. 1128-1204, 4415-4506); Part B Annual State Performance Report ("APR") for FY 2000, 2001, 2002, 2004, 2007, 2008; all APR Response Tables for FY 2000, 2001, 2002, 2004, 2007, 2008 and Response Tables 2-3 for FY 2006; Part C State Performance Plan for FY 2000-2004, 2006-2008, and response tables for each; Part C Annual Performance Report for FY 2000-2004, 2006-2008, and response tables for each; Part C Report on Infant and Toddlers exiting Part C for FY 2000, 2001, 2002, 2003, 2007. | First Document Requests 4, 5, 11, 12, 13 |
| 14. | All compliance studies, including those referenced in the deposition of Badiyah Mushirah-Sharif (Transcript, Pl. Ex. O, pp. 39-41). | First Document Requests 7, 8 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 4

| | | |
|---|---|---|
| 15. | All documents pertaining to the training and supervision by defendants of staff of DCPS, District agencies, preschools, day care centers, and other organizations or entities in the area of special education services for children aged two years, eight months to five years, including all materials related to a grant from Georgetown University to DHS for the training of early childhood employees, referenced during an ICSIC training on December 4, 2007; DHS' grant application and proposal to Georgetown University; the plan, required at Bates No. 2185 for educating and jointly training DCPS and DHS staff, contract service providers, and other agencies; training materials for training hosted by contractors such as HSC Health Care System, referenced at Bates Nos. 2333-2338; training materials for Local Education Agencies predating those described at Bates Nos. 5880-5900. | First Document Requests 10, 15, 29, 30, 36 |
| 16. | Staff member listings for Part B for the years 2000-2007 and for Part C for the years 2000-2003 and 2006 to the present. | First Document Request 36 |
| 17. | All job descriptions for Part B and Part C employees, including positions that are currently being advertised or were advertised but not filled (During the deposition of Zondra Johnson, deponent stated that defendants did not produce job descriptions that were advertised but not yet filled. Transcript, Pl. Ex. K, pp. 126-131). | First Document Requests 36, 37 |
| 18. | Interagency Coordinating Council (ICC) meeting minutes and agendas, including the meetings that, according at Bates Nos. 6434 and 6487, were scheduled for April 10, 2003, January 24, 2007, and April 25, 2007. | First Document Request 38 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 5

| | | |
|---|---|---|
| 19. | Agenda and meeting minutes from meetings for service or transition coordinators (responsible for the transition of children from Part C to Part B) between 2000 and 2003, 2007, 2008. | First Document Requests 14, 38; Second Document Request 1 |
| 20. | Agendas and sign-in sheets for transition orientation for families and completed transition orientation feedback forms as described at Bates Nos. 1259-1338. | First Document Requests 14, 38 |
| 21. | Part B and Part C employee closing reports, including Joan Christopher's closing report described during the deposition of Joan Christopher (Transcript, Pl. Ex. Q, pp. 246-248). | First Document Request 16 |
| 22. | Profiles of charter and public schools, including those referenced during the deposition of Genevieve Johnson (Transcript, Pl. Ex. R, pp. 31-32) and used by the CARE Center and child care profiles supplementing the 2004 profiles at Bates Nos. 1867-1893. | First Document Request 30 |
| 23. | Listing of children screened for birth defects described in the MOU between DHS and Department of Health at Bates No. 2511. | First Document Requests 34, 35 |
| 24. | Data sharing protocol required by the MOU between DHS and Department of Health at Bates No. 2511. | First Document Requests 14, 35 |
| 25. | The number of special education program seats available for children aged two years, eight months, to five years for FY 2000-2005 | Second Document Request 4 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 6

| | | |
|---|---|---|
| 26. | Employee requests and recommendations related to data collection for Part C and Part B in addition to those made by Joan Christopher (produced on January 30, 2008 at Bates 7635-7652), described during the deposition of Joan Christopher (Transcript, Pl. Ex. Q, pp. 213-217). | First Document Request 16 |
| 27. | Reports, contracts, and correspondence between defendants and consultants including NCSEAM, MidSouth RRC, and NECTAC relating to Part C data collection, improving the internal and external quality assurance system, and monitoring, described during the deposition of Badiyah Mushirah-Sharif (Transcript, Pl. Ex. P, pp. 82-83), including the grid developed by consultants documenting Part C and Part B's current processes and potential practices. | First Document Request 15 |
| 28. | Key explaining the codes used in the columns entitled "Risk Factor" and "Assessment" at Bates Nos. 5741-5742, | First Document Request 35 |
| 29. | Transition from Part C to Part B logs, like those produced at Bates Nos. 3299-3301, for the years 2000-2003 and 2006 to the present for plaintiffs and non-named plaintiffs; transition logs, like the April 2006 log produced at Bates No. 6095, for the years 2000 to the present; and Child Find - Transition telephone logs, like those produced at Bates Nos. 5901-5919. | First Document Requests 3, 14, 17, 38 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 7

| | | |
|---|---|---|
| 30. | DCPS Child Find referrals and referral outcomes, like those in documents produced at Bates Nos. 4679-4705, for the years 2000-2003 and 2006 to the present; DCPS total special education assessments, like that produced at Bates No. 4704, for the years 2000-2003 and 2006 to the present; Individual Education Placement special education review meetings, like that produced at Bates No. 4709 for FY 2000-2004 and 2006 to the present; the number of children who receive Medicaid reimbursements, like in the document produced at Bates No. 4717, for the years 2000-2003 and 2006 to the present; a list of total special education students, like those produced at Bates Nos. 4678-4727, prior for the years 2000-2003 and 2006 to the present. | First Document Requests 10, 20, 22, 26, 33, 39 |
| 31. | Child Find Registration Tracking log for plaintiffs and non-named plaintiffs, like those produced at Bates Nos. 6805-6846, from 2000-2006 and 2007 to the present. | First Document Request 17 |
| 32. | Schedule for CARE Center Screenings/Observations Log for plaintiffs and non-named plaintiffs, like those produced at Bates Nos. 4530-4531, for the years 2000 to the present. | First Document Requests 17, 21, 34 |
| 33. | Updated version of the Child Find Eligibility Screening: Parent Interview Questionnaire/Classroom Observation, like that produced at Bates No. 2174. | First Document Requests 21, 34; Second Document Request 1 |
| 34. | Child Find statistics, like those produced at Bates Nos. 2327-2329, 2331, for 2002 to the present, including Child Find screenings completed during the years 2000 to 2002 and 2005 to the present and Child Find outreach during the years 2000 to 2003 and 2005 to the present. | First Document Requests 3, 21, 32, 34, 35 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 8

| | | |
|---|---|---|
| 35. | Final version of Draft Early Childhood Screening/Assessment Process (Bates Nos. 3095-3096) (The Preschool Assessment Process, Bates Nos. 4507-4527, is not a parallel document). | First Document Requests 21, 34 |
| 36. | Part C Reports, referenced at Bates No. 2194 in Attachment B to the 2004 MOA between DHS and DCPS and pertaining to children identified as having delays and the children who have been evaluated but have no delays. | First Document Requests 10, 25 |
| 37. | Monthly reports of diagnosed children for reporting to DCPS as required by DCPS' agreement with Head Start at Bates No. 3085. | First Document Requests 15, 25 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 9

| | | |
|---|---|---|
| 38. | Updated Child Find manuals, including changes to Draft Child Find Manual referenced during August 9, 2007 Status Conference before this Court; Post-2005 version of the Guides and Action Plans at Bates Nos. 1128-1204; updated version of manual on transition services for families and transition orientation for families at Bates Nos. 1245-1338; updated Transition Training for Early Intervention Providers at Bates Nos. 1339-1453; updated version of Training and Capacity Building for Early Identification and Referral at Bates Nos. 1454-1513; updated Child Find Reference Guide at Bates Nos. 1587-1595, 1896-1904, 1905-1939; updated Procedure Manuals for Parents (version produced at Bates Nos. 2041-2118 was dated August 28, 2001); updated CARE Center package at Bates Nos. 2148-2157; updated CARE Center procedures (version produced at Bates Nos. 2161-2180 was dated 2005); updated Office of Special Education Policy and Procedure Manual (version produced at Bates Nos. 2205-2217 and 4545-4670 was dated May 29, 2001); updated DCEIP Policy and Procedure Manual (version produced at Bates Nos. 2303-2305 was dated January 30, 2004); updated DC Early Intervention Program Intake Process and Child Find (version produced at Bates Nos. 1213-1240 is dated FY 2005). | First Document Requests 1, 2, 3, 5, 6, 7, 8, 10, 14, 18, 19, 29, 30, 31, 32, 33, 38; Second Document Request 1 |
| 39. | Public Awareness Annual Report, like those produced at Bates Nos. 4672-4673, for DCEIP for the years 2000-2005, 2007 to the present and for DCPS for the years 2000 to the present describing Child Find outreach. | First Document Request 10 |
| 40. | Child Find Public Outreach materials, including flyers in multiple languages, in addition to those produced at Bates Nos. 2707-2708 and 3709-3760. For example, Bates No. 4672 listed an "IIDO flyer" in multiple languages which defendants have not produced. | First Document Request 32 |

EXHIBIT L
Plaintiffs' Motion to Compel, February 4, 2008
Page 10

| | | |
|---|---|---|
| 41. | Outreach and public awareness activities conducted by DCPS pertaining to Child Find for preschool children, including website pages for the years 2000 to 2006, and a Child Find Distribution List like that produced at Bates No. 2332. Plaintiffs have received documents pertaining to public awareness and outreach conducted by DHS (e.g., Bates Nos. 1454-1513). If DCPS has also conducted public awareness and outreach to preschool children, these documents should be produced. | First Document Requests 3, 10, 32, 42 |
| 42. | Documents pertaining to Section 504 of the Rehabilitation Act, including the updated Section 504 training manual from (version produced at Bates No. 2605 is dated May 18, 2001); data on students aged two years, eight months to five years, with 504 Plans that are on file with the DCPS Office of Employee Services, Human Resources (as described in TAT Section 504 Transmittal Form, Bates No. 2679); any documentation of 504 Plans created for children in Head Start programs pursuant to Bates No. 3646. | First Document Request 29 |