# Emily A. Benfer

**From:** Miller, Eden (OAG) [eden.miller@dc.gov]
**Sent:** Friday, January 18, 2008 10:20 AM
**To:** Emily A. Benfer
**Cc:** Rezneck, Daniel (OAG)
**Subject:** DL Class Action: ICSIC Documents

Hi, Emily:

I have been working with my client to provide relevant ICSIC materials. So far, I have received a slide show from the August meeting, notes from that meeting regarding Goal 1, and the final, unsigned version of the MOA. I was informed yesterday that providing all drafts and emails about the MOA would be very burdensome and time-consuming, as many people were involved. Do you require all such documents? If so, we will need more time to provide those materials to you.

Also, I understand that you need to reschedule the second part of Zondra's deposition. Please send me some dates that will work for you.

Thank you,
Eden

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Plaintiffs' Exhibits
N

1/31/2008

## Emily A. Benfer

**From:** Emily A. Benfer
**Sent:** Friday, January 18, 2008 1:45 PM
**To:** 'Miller, Eden (OAG)'
**Subject:** RE: DL Class Action: ICSIC Documents

Hi Eden -

To answer your first question, we would like the emails and drafts related to the MOA. Emails and correspondence between attendees or their staff related to the August meeting or Goal 1 would also fall under the request. Please send us the documents you have already received at this time and a supplemental production once the defendants provide you with additional materials.

Second, we would like to schedule Zondra's deposition on one of the following dates:

Friday, February 8, 9-1
Monday, February 11, 2008, 9-1 or 1-5
Tuesday, February 12, 2008, 9-1 or 1-5
Wednesday, February 13, 2008, 9-1 or 1-5
Thursday, February 14, 2008, 9-1 or 1-5
Monday, February 18, 2008, 9-1 or 1-5
Tuesday, February 19, 2008, 9-1 or 1-5

Please let me know if any of these dates are convenient for you.

Thank you again for your assistance.

Sincerely,

Emily

---

**From:** Miller, Eden (OAG) [mailto:eden.miller@dc.gov]
**Sent:** Friday, January 18, 2008 10:55 AM
**To:** Emily A. Benfer
**Subject:** RE: DL Class Action: ICSIC Documents

Thanks!

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or

otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Emily A. Benfer [mailto:ebenfer@tpmlaw.com]
**Sent:** Friday, January 18, 2008 10:55 AM
**To:** Miller, Eden (OAG)
**Subject:** RE: DL Class Action: ICSIC Documents

Hi Eden -

I just wanted to let you know that I received this email. I will get back to you shortly with an answer to both questions.

Take care,

Emily

---

**From:** Miller, Eden (OAG) [mailto:eden.miller@dc.gov]
**Sent:** Friday, January 18, 2008 10:20 AM
**To:** Emily A. Benfer
**Cc:** Rezneck, Daniel (OAG)
**Subject:** DL Class Action: ICSIC Documents

Hi, Emily:

I have been working with my client to provide relevant ICSIC materials. So far, I have received a slide show from the August meeting, notes from that meeting regarding Goal 1, and the final, unsigned version of the MOA. I was informed yesterday that providing all drafts and emails about the MOA would be very burdensome and time-consuming, as many people were involved. Do you require all such documents? If so, we will need more time to provide those materials to you.

Also, I understand that you need to reschedule the second part of Zondra's deposition. Please send me some dates that will work for you.

Thank you,
Eden

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

**Confidentiality Notice**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.