```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3      _____
 4      DL, et al., on behalf of themselves  x
 5      and others similarly situated,       :
 6                                           :
 7                  Plaintiffs,              :
 8         vs.                               : Civil Action
 9                                           : No. 05-1437
10      THE DISTRICT OF COLUMBIA, et al.,    :
11                                           :
12                  Defendants.              x
13      _____
14
15                       Washington, D.C.
16                       Friday, November 16, 2007
17      DEPOSITION OF:
18            BADIYAH MUSHIRAH-SHARIF,
19      a witness, was called for examination by counsel for
20      the plaintiffs in the above-entitled matter,
21      pursuant to Notice and agreement of the parties as
22      to time and date, taken at the law offices of
23      Terris, Pravlik & Millian, Esquires, 1121 12th
24      Street, N.W., Washington, D.C. 20005, convened at
25      approximately 9:07 o'clock, a.m., before Catherine
26      B. Crump, a court reporter and Notary Public in and
27      for the District of Columbia, when were present on
28      behalf of the respective parties:
```

Plaintiffs' Exhibit
O

1   just know that there are number of meetings that we
2   normally had that we did not have in this last
3   fiscal year.
4        Q.   Have you gone back to the regularity of
5   the earlier period as far as meetings are concerned?
6        A.   We're scheduling that to get back on
7   track with the regular meetings.  I think we were
8   fortunate in that we were not dealing with new
9   contractors.  So these were contractors that already
10  knew the rules and had policies and procedures in
11  place and new timelines.
12       Q.   Is the monitoring function an important
13  function?
14       A.   Yes, it is.
15       Q.   Could you explain that for me?
16       A.   As a Part C State office, we're
17  responsible for making sure everything that should
18  be done in the federal regulations is actually
19  happening within the District of Columbia.  We
20  monitor through a number of means.  So some of it is
21  on site.  Some of it is with the contractors meeting
22  with us, but a lot of it also has to do with

1   documents that come into our office and we monitor
2   through that.  So timelines, documents, we're able
3   to monitor as things are turned into the main office
4   to determine whether or not they're in compliance
5   with content and timelines and provide feedback for
6   the contractor for whatever they need to do.
7           So a good amount of what we do in terms
8   of monitoring actually sometimes happens through
9   paperwork.  So if we receive a document that's off
10  the timeline, we make a phone call to ask what
11  happened and request the documents to support why
12  we're off the timeline for the document.  If we
13  receive a family service plan that is missing
14  something, we can make a phone call and ask what
15  happened and actually do a request for corrective
16  action through print means as opposed to meeting
17  with the vendor.
18          We will often call a meeting with a
19  particular contractor if there's concerns on either
20  side.  So we've done a lot of individual meetings as
21  opposed to pulling all of the contractors together
22  at the same time.  Essentially, we do whatever we

1   need to do to keep up with the contractors and make
2   sure we know what's going on.  All of our
3   contractors invoice and there are requirements that
4   they must -- there are documents they must submit in
5   order to be able to invoice.  They also submit
6   monthly reports so that we're able to get a snapshot
7   that tells us what they're doing with each child
8   that they're currently serving, any documents that
9   we're able to peek and see what has happened, and
10  anything that actually needed to be submitted to our
11  office, we do not pay unless the document is in our
12  office.  So we're able to monitor through the
13  invoice process as well.
14          We are in the process of preparing to do
15  our annual monitoring, which will happen somewhere
16  in the new year where we actually do more on-site
17  monitoring observations, paper reviews, document
18  reviews, personnel reviews for all of the
19  contractors that are linked to us.
20      Q.  I think you mentioned a moment ago that
21  the vacancies did have an affect on the monitoring.
22  In what way did that occur?

```
 1     CARE Center.  Correct?
 2          A.   Yes.
 3          Q.   And so the parents that you're dealing
 4     with, are also now beginning to come into contact
 5     with the CARE Center.  Correct?
 6          A.   Yes.
 7          Q.   In that process, do parents complain to
 8     your office about problems that they're having in
 9     that transition and that interface with the CARE
10     Center?
11          A.   Some have.
12          Q.   What kind of complaints do you hear?
13          A.   Most recently, this week, I sat in on
14     one of those -- I went with the family to walk
15     through their process for the CARE Center, and I
16     came back for the MDT meeting in the afternoon, the
17     Multi-Disciplinary Team meeting, where they were
18     discussing the Student Education Plan, and the
19     family had a lot of questions at the table.
20     Afterwards, we talked, and this is a well-educated
21     family.  They were totally confused about what was
22     going to happen next even though there was a lot of
```

1  discussion at the table.
2           What they told me was they weren't sure
3  why the word "evaluation" kept being used when they
4  came to the table with evaluations.
5       Q.   What kind of evaluation?
6       A.   They came to the table -- they brought
7  occupational, speech, and educational evaluations to
8  the CARE Center that day as part of the children --
9  they had twins, as part of the twins' documents.
10  The afternoon meeting was with a team that the
11  parents had never seen before.  Only one person in
12  the morning group that did the screening was present
13  at the table.  All the rest of the people at the
14  table were strangers.  That concerned them.
15           They had reviewed the documents and they
16  had determined that the children failed their
17  screening.  That concerned the family as well.  DCPS
18  did a screening in the morning for the children and
19  determined that they had failed the screening, and
20  they didn't understand why they even screened
21  because they came from Part C, which clearly says
22  they're children with delays and disabilities.

1          So from this particular family, the

2    impression I got was they were very confused about

3    possible what they referred to as duplication of

4    efforts.  There was discussion about the additional

5    evaluations when I think what the team intended was

6    to review the existing documentation and to do

7    observation, but they used terminology that confused

8    the family.

9          The timing for this particular family,

10   they were told that DCPS had 120 days to complete

11   the process, and that concerned the family because

12   we actually had a transition conference back in

13   September, and the family called DCPS for an

14   appointment that same day, got an appointment for

15   November 14th.

16       Q.   They called in September?

17       A.   They called in September while we were

18   sitting at our transition conference, called DCPS,

19   got their appointment for November the 14th.  So

20   they're a little confused about how much longer this

21   process will take.  Their children have been in

22   therapy since they were probably three months old.

```
1    So it's clear that they have delays and that they
2    have very specific needs.
3              Their other probably second largest
4    concern at this point in time is that they have
5    children from the perspective of the therapists and
6    myself that are functioning to close to being to
7    their chronological age.  They failed miserably with
8    the snapshot screening.  So the picture that the
9    team has of them based on that visit is very
10   different from what other people know about these
11   children, and the family was concerned that this was
12   going to follow them, that this information that
13   doesn't look anything like their children was going
14   to follow them.
15             So the team was good.  They reassured
16   the family that the reason they wanted to do
17   additional observation is that they recognize the
18   disconnect between the morning screening and the
19   documentation they had in front of them.  They
20   wanted to do additional observation to try to figure
21   out -- to get an accurate picture of where the
22   children were developing.
```

1    Q.   Could you give me any other examples of
2    that general kind of -- -
3    A.   The majority of concerns or complaints
4    from families have been around what the families
5    believe was a disconnect between Part C and Part B,
6    meaning that the families have said we had a
7    transition conference four months ago, six months
8    ago and they already have all our documentation and,
9    we're sitting at the table as brand new strangers in
10   the process.  So the person who does our transition
11   conference, that is present at the transition
12   conference, is not a part of the team or has not
13   been in recent -- in the last year, is not a part of
14   the team that sits at the table and does the
15   Multi-Disciplinary Team meeting.
16   Q.   You're talking about the DCPS person
17   that was at the transition conference is not on the
18   team when they --
19   A.   No.
20   Q.   -- when the child gets to the screening
21   evaluation at the child care center; is that
22   correct?

1       A.   That's correct.  They're not there, and
2  so families have expressed concern that that feels
3  like there's a disconnect because they were linked
4  to this person.  They might have called them with
5  questions about the process, documents they needed
6  to bring, but when they get to the care center and
7  actually complete the process, that person is not a
8  part of the team.
9            So the other complaints or concerns that
10 I've heard is just around what families have
11 perceived to be a duplication of effort.  They've
12 spent all of this time in Part C.  They have all
13 this documentation that says what their child's
14 needs are and they have verbalized that they feel
15 like they've starting over when they arrive at Part
16 B for the screening process.
17      Q.   Do most of the children in Part C when
18 at the point of transitioning, do they have up to
19 date evaluations?
20      A.   That is a requirement from Part C.
21      Q.   I'm not looking around for, you know,
22 requirements in the sense of the Federal Government

1   some cases but in the condition that DCPS would not
2   find eligible, meaning it did not impact their
3   education.
4       Q.   What do the service coordinators do if
5   they receive complaints about the -- like the ones
6   you indicated before about the relationship with the
7   CARE Center?
8       A.   The service coordinators are a fairly
9   confident group, and they develop relationships with
10  the Part B staff as well.  So in a lot of cases,
11  they would just call over to the CARE Center and
12  speak to the person that -- their liaison at the
13  CARE Center.  Each service coordinator has one
14  person assigned to them in the CARE Center that is
15  their liaison, sets all the transition conferences
16  and participates in their meetings.  So they have
17  one person they can go to to ask questions.  Quite
18  often, they will also call our office or E-mail us
19  about something that has happened related to a
20  family in transition and then we'll address it from
21  that point.
22      Q.   Your office has responsibility for

1    early intervention specialists have been

2    participating in those meetings as well.  So the

3    meeting can vary from maybe 10 to 20 people

4    depending on what our plan is for that particular

5    meeting.

6         Q.   Has that always been essentially the

7    size of the meeting or is this just for the present

8    time?

9         A.   No.  It's always been the size.

10        Q.   When were the first MOUs developed with

11   other agencies as part of the transition process?

12        A.   I have no idea, no memory of how long

13   ago those first MOUs were.  The only one I'm aware

14   of is this one here that you have here.  I know

15   there was a MOU previous, prior to this, and the

16   language in there was about child find.  There was

17   not specific language about transition from Part C.

18   So there are two that I know of.

19             MR. REZNECK:  You are referring, I take

20   it, to Sharif Exhibit No. 8?

21             THE WITNESS:  The one for 2004 and there

22   was one prior to that.