```
1                         VOLUME II
2          IN THE UNITED STATES DISTRICT COURT
3            FOR THE DISTRICT OF COLUMBIA
4    _____
5    DL, et al., on behalf of themselves  x
6    and others similarly situated,       :
7                                         :
8                   Plaintiffs,           :
9       vs.                               : Civil Action
10                                        : No. 05-1437
11   THE DISTRICT OF COLUMBIA, et al.,    :
12                                        :
13                  Defendants.           x
14   _____
15
16              Washington, D.C.
17              Monday, November 19, 2007
18   CONTINUED DEPOSITION OF:
19           BADIYAH MUSHIRAH-SHARIF,
20   a witness, was re-called for further examination by
21   counsel for the plaintiffs in the above-entitled matter,
22   pursuant to continuance from Friday, November 16, 2007,
23   and agreement of the parties as to time and date, taken
24   at the law offices of Terris, Pravlik & Millian,
25   Esquires, 1121 12th Street, N.W., Washington, D.C.
26   20005, convened at approximately 9:13 o'clock, a.m.,
27   before Catherine B. Crump, a court reporter and Notary
28   Public in and for the District of Columbia, when were
```

Plaintiffs' Exhibit P

```
 1     present on behalf of the respective parties:

 2

 3     APPEARANCE OF COUNSEL:

 4         On behalf of the Plaintiffs:

 5             TERRIS, PRAVLIK & MILLIAN, ESQUIRES

 6             BY:  BRUCE TERRIS, ESQUIRE

 7                  EMILY BENFER, ESQUIRE

 8             1121 12th Street, N.W.

 9             Washington, D.C.  20005-4632

10             (202) 682-2100

11         On behalf of the Defendants:

12             OFFICE OF THE ATTORNEY GENERAL FOR THE

13                 DISTRICT OF COLUMBIA

14             BY:  DANIEL REZNECK, ESQUIRE

15                  EDEN MILLER, ESQUIRE

16                  ROBERT WARREN, ESQUIRE

17             One Judiciary Square

18             441 4th Street, N.W., Suite 600 South

19             Washington, D.C.  20001

20             (202) 724-6614

21                       - 0 -

22
```

1      A.   That's correct.

2      Q.   And then if they are put into the annual

3  performance plan, then you will implement them after

4  that point.  Correct?

5      A.   That's correct.

6      Q.   Now, looking in the middle of the page,

7  MCSEAM, Midsouth, RRC, and NECTAC --

8      A.   Those are acronyms.

9           MR. REZNECK:  I'm sorry.  That's in the

10  paragraph that leads into those?

11          MR. TERRIS:  Yes.

12          BY MR. TERRIS:

13     Q.   Are those consulting firms that are

14  assisting you?

15     A.   Yes, they are.  These are agencies that

16  have federal grants through the Office of Special

17  Education Programs.  They are technical assistance

18  grants.  So the MCSEAM -- if I get all the words

19  right, is National Child System for Education

20  Accountability Monitoring, if I remember

21  correctly -- Midsouth Regional Resource Center, and

22  the National Early Childhood Technical Assistance

1    Centers are all T.A. firms that have specific jobs

2    related to Part C and Part B compliance and

3    monitoring.

4              MR. TERRIS:  We would like the

5    documentation between these three consulting firms

6    and the District on this project -- projects,

7    probably.

8              MR. REZNECK:  For the three consultants.

9              BY MR. TERRIS:

10         Q.   You said you put a grid into your

11   current practices?

12         A.   Yes.  One of these grantees actually

13   helped us to identify all of the documents that

14   we're using, the processes we're currently using,

15   how they might also be part of our monitoring

16   process at this point.  It does not mean we're going

17   to use them.  We're looking to see how much we're

18   already doing that we may not be aware of that

19   contributes to our monitoring.

20             MR. TERRIS:  We would like to have that

21   grid.

22             MR. REZNECK:  The grid?