```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3      _____
 4      DL, et al., on behalf of         x
 5      themselves and others            :
 6      similarly situated,              :
 7                                       :
 8                  Plaintiffs,          :
 9         vs.                           : Civil Action
10                                       : No. 05-1437 (RCL)
11      THE DISTRICT OF COLUMBIA,        :
12      et al.,                          :
13                  Defendants.          x
14      _____
15                    Washington, D.C.
16                    Tuesday, November 13, 2007
17      DEPOSITION OF:
18              GENEVIEVE JOHNSON,
19      a witness, was called for examination by counsel
20      for the plaintiffs, pursuant to Notice and
21      agreement of the parties as to time and date,
22      beginning at approximately 9:15 o'clock, a.m.,
23      taken at the law offices of Terris, Pravlik &
24      Millian, Esquires, 1121 12th Street, N.W.,
25      Washington, D.C., before Okeemah S. Henderson,
26      Licensed Shorthand Reporter and Notary Public in
27      and for The District of Columbia, when were
28      present on behalf of the respective parties:
```

Plaintiffs' Exhibits
R

1    public early childhood facilities.

2        Q.    Do you investigate those facilities?

3        A.    Not me personally.

4        Q.    Does The Care Center investigate them?

5        A.    They very much have knowledge of the

6    on site -- they do.

7        Q.    The investigator is supposed to have a

8    knowledge of them?

9        A.    I don't know if you talk investigate

10   or if they have knowledge of how those programs

11   are run and the number of children that they serve

12   who the administrator is of the particular program

13   investigate -- I wouldn't know if we investigate

14   or if we have knowledge and keep knowledge of what

15   kinds of program -- what kind of program it may

16   be.

17            Take, for instance, a number of charter, a

18   number of early childhood charter schools came

19   into being within I guess a period of a year and

20   there was feedback about some of those programs

21   not being up to par.

22       Q.    You say school profile captivate these

1     facilities?

2          A.   We do have a listing of those

3     programs.  When you say profile, we have where

4     they're located, the number of children they

5     serve, the number of teachers, there is a profile

6     in the office.  There is a listing of charter

7     schools.  There's a listing of that.

8               MR. TERRIS:  We would like to have

9     those profiles produced.  I assume you'll take

10    that under advisement as well.

11              MR. REZNECK:  Yes.  Yes.

12              BY MR. TERRIS:

13         Q.   Would you look at the fourth the duty

14    of wages intake and exit conferences.  What is

15    done to carry out that duty by The Care Center?

16         A.   This is when a child goes through the

17    special education process and placed in a program.

18    Again, when you look at there's a staff that is

19    assigned to a particular school to monitor the

20    progress of the child going through Special Ed in

21    that particular program.

22              Each year on an annual basis, the IEP gets