UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

**ORDER**

Upon consideration of the Plaintiffs' Motion for an Extension of Time to File Plaintiffs' Motion to Compel Discovery Responses, and the entire record here in, it is hereby

ORDERED, that Plaintiffs' Motion to Compel is due on February 5, 2008; and it is further

ORDERED, that Defendants' Opposition to Plaintiffs' Motion to Compel continues to be due on March 1, 2008.


\_\_02/04/2008_____                    _____/s/_____
DATE                                                      JUDGE ROYCE C. LAMBERTH

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.