**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' CONSENT MOTION TO ENLARGE THE TIME TO FILE THEIR OPPOSITION TO THE PLAINTIFFS' MOTION TO COMPEL

Defendants, by their counsel and with the consent of plaintiff's counsel, respectfully move this Court for an extension of one week, to and including March 8, 2008, in which to file their opposition to plaintiffs' motion to compel.

Eden Miller, one of the two attorneys from the Office of the Attorney General assigned to this case, suffered the death of a close relative in Florida yesterday. She leaves today for the funeral and will be absent from the office for the next 5 days.

Ms. Miller has been closely involved in handling discovery in this case and is drafting large sections of the defendants' memorandum in opposition. Her absence during the next week will make it impossible for the defendants to complete their opposition to the motion under the present schedule. The brief extension we seek will accommodate Ms. Miller and the defendants, while not appreciably slowing the progress of this litigation.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
 Civil Litigation Division

**/s/ Ellen Efros**
Ellen Efros
Chief, Equity I Section
Bar Number 250746

**/s/Daniel A. Rezneck**
DANIEL A. REZNECK
Senior Assistant Attorney General
Bar Number 31625
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20001
(202) 724-5691

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)

## POINTS AND AUTHORITIES

1. Rule 6(b) of the Federal Rules of Civil Procedure; and

2. The inherent power of the Court.