UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DL,** *et al.*

      **v.**

**DISTRICT OF COLUMBIA** *et al.*

**Civ. Act. No. 05-1437 (RCL))**

ORDER

Defendants having moved for an extension of time to and including March 8 2008, with the consent of plaintiffs" counsel, for defendants to file their opposition to plaintiffs' motion to compel, it is hereby ORDERED that:

1. The motion is granted.

2. Defendants' time to file their opposition to plaintiffs' motion to compel is extended to and including March 8, 2008..

Dated: _____

                                                                             United States District Judge

Copies to:

Daniel A. Rezneck
Assistant Attorney General
For the District of Columbia
441-4th St., N.W., Sixth Floor South
Washington, D.C. 20001

Bruce J. Terris
Terris, Pravlik & Millian, LLP
1121-12th St., N.W.
Washington, D.C. 20005-4632