UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the submissions of the parties with respect to defendants' motion to compel discovery filed February 27, 2008, and the entire record in this case, it is hereby:

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' objections to producing documents requested by defendants in Document Requests Nos. 5, 27, 30, 31, and 35 of their Rule 34 Request for production of documents are **OVERRULED**, and plaintiffs' shall produce any documents responsive to these requests within 14 days from the date of this order.

Date: _____                                    _____
                                                                                    ROYCE C. LAMBERTH
                                                                                    UNITED STATES DISTRICT JUDGE