UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DL**, *et al.*

      **v.**

**DISTRICT OF COLUMBIA** *et al.*

Civ. Act. No. 05-1437 (RCL))

**ORDER**

Defendants having moved for an extension of time to and including March 8 2008, with the consent of plaintiffs" counsel, for defendants to file their opposition to plaintiffs' motion to compel, it is hereby ORDERED that:

1. The motion is granted.

2. Defendants' time to file their opposition to plaintiffs' motion to compel is extended to and including March 8, 2008.

Dated:   3/3/2008               _____/s/_____
                                U.S. District Judge Royce C. Lamberth