UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Compel, the Opposition and Reply thereto and the record herein, it is, on this _____ day of _____, 2008, hereby:

**ORDERED** that, the Plaintiffs' Motion is **DENIED**.

United States District Judge Royce C. Lamberth