# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF LAURA KIESLER

I, Laura Kiesler, do hereby declare and state as follows:

1. I am the Coordinator of the Interagency Collaboration and Services Integration Commission ("ICSIC"). I am also a policy analyst in the Office of Victor Reinoso, Deputy Mayor for Education of the District of Columbia. A copy of my resume is attached hereto as Exhibit A.

2. ICSIC was established last year under Title V of the Public Education Reform Amendment Act of 2007. Its membership includes the Mayor, the Chair of the Council of the District of Columbia, the Chief Judge of the Family Court of the Superior Court of the District of Columbia, and representatives of every agency of the District government concerned with the provision of services to children in the District of Columbia.

3. Its purposes are stated as follows:

   "[T]o address the needs of children and youth at risk by reducing juvenile and family violence and by promoting social and emotional skills of children and youth with the development of a comprehensive and integrated service delivery system."

4. A chart describing the functions of ICSIC is attached hereto as Exhibit B.

5. A Memorandum of Agreement ("MOA") Regarding Provision of Information for ISCIC was finalized in late 2007. To date, all but two members have signed the MOA. The MOA, as indicated in the text of the document, will be implemented in stages over time. A copy is attached hereto as Exhibit C.

6. This MOA was the first successful effort to effectuate the exchange and sharing of information among all agencies of the District government concerned with the provision of services to children. This is an exceptionally sensitive program because of the confidentiality and privacy concerns and considerations surrounding information relating to children. Previous efforts at implementing such a program have all failed. Never before have so many District agencies agreed to share information of such a sensitive and confidential nature.

7. I understand that a copy of the final version of the MOA, which is a public document, has been turned over to the plaintiffs in the above-captioned litigation. I further understand that defendants have objected to the production of drafts of the MOA and documents relating to its formulation during the process of deliberation that preceded its adoption and promulgation, as violative of the deliberative process privilege. This Declaration supports that objection.

8. As Coordinator of ICSIC, I know that the MOA went through numerous drafts before it was promulgated by ICSIC, which was the final decision-maker. Virtually every general counsel of the District government agencies enumerated in the MOA reviewed the drafts and commented on them, as did many of the program people in the various agencies responsible for the provision of services to children. These comments included opinions, evaluations and recommendations for changes in the MOA.

9. Hundreds of pages of comments were received, in many cases including drafts tracked with suggestions for changes. I responded in detail to the persons making recommendations and suggesting changes in the MOA. These comments and recommendations were an important part of the deliberations of the parties to the MOA before ICSIC decided to promulgate it in final form. ICSIC did not adopt all of the recommendations it received.

10. All comments received were and have been regarded by ICSIC as confidential so as to promote and assure candor in the comments and deliberations on the MOA. ICSIC wanted to encourage responders to make recommendations and to give their opinions freely on what was proposed.

11. Likewise, these documents have been held in confidence by ICSIC since received. They were of great assistance to ICSIC in formulating and promulgating an MOA acceptable to all of these agencies, which are widely diverse in their jurisdiction, missions, and activities.

12. If changes are needed or proposed in the future regarding the MOA, I, as ICSIC Coordinator, want to be able to give the same assurances of confidentiality to promote candor in the deliberative process that have proved so successful in the promulgation of this MOA.

2

13. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on: February 20, 2008**

/s/ Laura Kiesler
Laura Kiesler
Coordinator of ICSIC

Declaration Exhibit A

# Laura Kiesler

3801 Connecticut Ave. NW Apt. 720                                    (734) 330-6466
Washington, DC  20008                                               lmkiesler@netzero.net

---

**OBJECTIVE**     To apply my skills and experience in **organizational development, policy analysis,** and **budgeting** in a public sector position that serves the citizens of the District of Columbia.

---

**EDUCATION**

**May 2006**          **American University,** School of Public Affairs                    **Washington, DC**
-    Masters in Public Administration, Concentration in Policy
-    GPA: 3.7/4.0

**April 2002**        **University of Michigan,** Residential College                       **Ann Arbor, MI**
-    BA in Organizational Studies
-    GPA: N/A

---

**WORK HISTORY**

**July 2006 to Current**     **Capital City Fellow, District of Columbia Government**        **Washington, DC**
*Second Rotation – Office of the Deputy Mayor for Education*
-    Staff city-wide Reconnecting Disconnected Youth Initiative
-    Research and review policy options for connecting out of work/out of school youth
-    Facilitate cross-agency collaboration and data sharing
-    Coordinate city-wide inventory of youth-serving programs
*First Rotation – Office of Budget and Planning*
-    Reviewed and analyzed budget submissions and formulation process for six economic development and government operations agencies
-    Analyzed and reported on status of current fiscal year budget execution including expenditures, special-purpose revenue, and end-of-year projections
-    Assisted in oversight of Homeland Security Grants and Federal Payments

**Spring 2006**       **Research Associate, National Academy of Public Administration**   **Washington, DC**
-    Researched financial operations of federal agencies
-    Wrote issue and policy analysis papers
-    Tracked project budget and coordinated project timeline

**Fall 2005**         **Program Intern, Coalition for Economic Empowerment**              **Washington, DC**
-    Developed and implemented evaluation plan
-    Provided support and programming to under-privileged community

**2004- 2005**        **Executive Assistant,  Global Justice**                            **Washington, DC**
-    Tracked budget and financial systems for growing non-profit
-    Coordinated foundation and funding proposals

**2003-2004**         **Development Director, Conductors Retreat at Medomak**              **Ann Arbor, MI**
-    Organized fundraising plan to include individuals, foundations, and corporations
-    Built community partnerships in rural areas

**2002-2003**         **Development Associate, Fund for Public Interest Research**         **Chicago, IL**
-    Raised over $63,000 for public interest lobbying and research
-    Participated in lobby days and press conferences in Chicago and Washington, D.C.

---

**LEADERSHIP EXPERIENCE**

**2006**              **Mayor-Elect Fenty's Environment and Infrastructure Transition Team**   **Washington, DC**
-    Worked with Secretary Slater to develop environmental policy recommendations for DC

**2006**              **Community Arts Program Volunteer Consultant**                      **Guatemala**
-    Led community discussions on development of arts program

**2006**              **Organizational Development Consultant**                            **Washington, DC**
-    Analyzed structure and programs for small non profit
-    Provided feedback and offered solutions to organizational challenges

**2001-2002**         **SPARK Leadership Team -** Project SERVE                            **Ann Arbor, MI**
-    Planned one-day advocacy and services events for University students

---

**HONORS**

American University Graduate Honor Award, August 2004
Ginsberg Center Outstanding Service Award, April 2002
University Honors, April and December 2000, April and December 2001

---

**SKILLS**

Proficient in Microsoft Word, Excel, Access, Power Point, and Publisher
Group Facilitation and Planning skills
Development and Grant Writing skills

Declaration Exhibit B

# THE INTERAGENCY COORDINATION FUNCTION SUPPORTS THE ICSIC

## INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION

**Coordinator of ICSIC**
- Monitor, align, and support education related child and youth initiatives

**Priority setting**
- Develop goals and determine priorities for young people district-wide

**Program development**
- Pilot new early intervention initiative by working with schools, consultant and other agencies



**City wide goals**

| Goal No. 1 | Goal No. 2 | Goal No. 3 | Goal No. 4 | Goal No. 5 | Goal No. 6 |
|---|---|---|---|---|---|
| Children are ready for school | Children and youth succeed in school | Children and youth are healthy and practice healthy behaviors | Children and youth engage in meaningful activities | Children and youth live in healthy, stable, and supportive families | All youth make a successful transition into adulthood |
| **Sample indicators only**<br>• Percent of low birth weight infants*<br>• Participants in pre-k<br>• Immunization rate<br>• Participation in Parent and Child visitation programs<br>• School readiness | • Academic performance by 4th and 8th grade<br>• Truancy rate<br>• Drop out rate<br>• Graduation rate<br>• Attendance rate | • Child and adolescent obesity rate<br>• Pregnancy rate<br>• Substance abuse rates<br>• Sexually transmitted diseases<br>• Participation in health promotion programs | • Participant rate in out of school time activities<br>• Employment rate<br>• Juvenile crime rules<br>• Participation rate in community service<br>• Arrest rate | • Children and youth living in poverty<br>• Child abuse and child neglect substantiated cases<br>• Out-of-home placements<br>• Permanency rate | • High school students taking college entrance exams<br>• Percent of youth certified employable<br>• Percent of youth not attending school and not working<br>• Percent completing college within 5 years |

**Interagency groups**

| | | | | | |
|---|---|---|---|---|---|
| • Mayor's Advisory Committee on Early Childhood Development (MACED) | • Truancy taskforce<br>• Double the numbers<br>• Special Ed advisory panel | • Wraparound (medicaid)<br>• Interagency substance abuse taskforce<br>• Child fatality review committee<br>• Mayor's Taskforce on HIV/AIDS | • Project my time<br>• MACED – OST<br>• Serve DC<br>• Partnership for success<br>• JDAI<br>• Wraparound (medicaid)<br>• DC summer fun team<br>• JJAG | • MACAN<br>• Wraparound (medicaid)<br>• Interagency council on homelessness<br>• PINS group<br>• Commission on Poverty | • Double the numbers<br>• WIC – youth council<br>• Reconnecting disconnected youth |

12

Declaration Exhibit C

# MEMORANDUM OF AGREEMENT
## REGARDING PROVISION OF INFORMATION
### for the
### INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION
### (ICSIC)

**WHEREAS:** Title V of the Public Education Reform Amendment Act of 2007 ("the Act") establishes an ICSIC ("the Commission"); and

**WHEREAS:** Pursuant to Title V, Section 506(a) of the Act, the following are members of the Commission:

1. Mayor, Chair of the Commission;
2. Chairman of the Council of the District of Columbia;
3. Chair of the Committee on Human Services;
4. Chief Judge, Family Court, Superior Court of the District of Columbia;
5. Deputy Mayor for Education;
6. City Administrator;
7. State Superintendent of Education;
8. Chancellor of the District of Columbia Public Schools;
9. Chair of the Public Charter School Board;
10. Director of the Department of Human Services;
11. Director of the Child and Family Services Agency;
12. Director of the Department of Youth Rehabilitation Services;
13. Director of the Department of Corrections;
14. Director of the Department of Health;
15. Director of the Department of Mental Health;
16. Chief of the Metropolitan Police Department;
17. Director of the Court Social Services Agency;
18. Attorney General for the District of Columbia;
19. Director of the Criminal Justice Coordinating Council;
20. Director of the Department of Parks and Recreation;
21. Director of the District of Columbia Public Library; and

**WHEREAS:** The purposes of the Commission, set forth in Title V of the Act, are to address the needs of children and youth at risk by reducing juvenile and family violence and by promoting social and emotional skills of children and youth with the development of a comprehensive and integrated service delivery system; and

**WHEREAS:** In order to achieve these purposes, the Commission will:

1. work to ensure that comprehensive, multi-disciplinary assessments of children and youth are provided by school-based clinicians;
2. maintain authority over an interagency data management information system that will promote assessment and service integration activities and support the ongoing assessment of programs implemented or supported by the Commission, while protecting the privacy rights of families;
3. facilitate resource sharing and inter-agency collaboration on multi-disciplinary projects;

1

4. foster the development and implementation of proven, evidence-based preventive and early intervention programs for children, youth, and families;

5. promote the development of integrated service plans for children and families that promote the delivery of services that are comprehensive, implemented without interruption, and free from duplication or redundancy;

6. ensure that the programs developed pursuant to, or in accordance with Title V of the Act are subject to an independent evaluation to determine their impact on academic performance, levels of violence by and against children truancy, delinquency, cost effectiveness, and the extent to which the Commission has developed the capacity to sustain programs and activities; and

WHEREAS: All members of the Commission are committed to the preservation of the confidentiality of information and the protection of an individual's and family's right to privacy and will adhere to all applicable provisions of federal and District of Columbia laws and professional standards regarding confidentiality, including, but not limited to:

1. 42 U.S.C. §§ 290dd-3, § 290ee-3, and 42 C.F.R. Part 2 ("Confidentiality of Alcohol and Drug Abuse Patient Records");

2. 20 U.S.C. § 1232g and 34 C.F.R. Part 99 (Family Education Rights and Privacy Act, or "FERPA");

3. 42 U.S.C. § 1320d *et seq.*, 45 C.F.R. Parts 160 & 164 (Health Insurance Portability and Accountability Act of 1996, or "HIPAA")

4. the following provisions of the D.C. Code: §§ 4-209.04; 4-754.11; 4-1302.03; 4-1303.06; 4-1405; 7-131(b); 7-1202; 7-1203; 7-1231.14; 7-1305.12; 16-2331(b); 16-2332(b); 16-2333(b); 39-108; and

WHEREAS: All members of the Commission further recognize that "School-based Clinicians" referred to in this Memorandum of Agreement, as defined in Title V, Section 502(6) of the Act, require access to certain confidential information concerning an individual or a family in order to conduct comprehensive, multi-disciplinary assessments, to provide treatment where appropriate, and to create and implement integrated service plans; and

WHEREAS: In accordance with Title V, Section 505(a)(1) and (2) of the Act, the Commission has developed Consent and Waiver forms to be signed by participants and/or the parents or legal guardians of participants which will permit School-based Clinicians to obtain information from agencies participating in this Memorandum of Agreement, as well as other agencies, and to facilitate comprehensive multi-disciplinary assessments and the development and implementation of integrated service plans; including a Consent and Waiver form applicable for children under the age of eighteen and a Consent and Waiver form applicable to youth who have attained the age of eighteen, which are included in this Memorandum of Understanding as Attachment A; and

WHEREAS: The School-based Clinician taking primary responsibility for the case must explain, to the fullest extent possible, the Consent and Waiver form to the potential signatories, reviewing the purpose of the form, its contents, and rights regarding confidentiality; and

WHEREAS: The School-based Clinicians will provide copies of Consent and Waiver forms to all those who sign them, and the School-based Clinicians will maintain copies of each Consent and Waiver form, as well as assessment and service plan information, for six years from their expiration date or for three years after the child reaches the age of majority, whichever is longer; and

2

WHEREAS: In according with Title V, Section 505(a)(2) of the Act, the Commission has developed policies and procedures for safeguarding confidential and other participant-related information, documents, files, electronic communications, and computer data, which are included in this Memorandum of Agreement as Attachment B and referred to hereinafter as "Security Protocols"; and

WHEREAS: Information provided pursuant to this Memorandum of Agreement may be disclosed by a School-based Clinician to other ICSIC Commission staff to be designated by the Commission or to a supervisor or another clinician subject to confidentiality by them, to enable their input and consultations regarding assessments, treatment, service integration, and discharge planning and to ensure that any information obtained is properly stored and protected. Information provided pursuant to this Memorandum of Agreement may otherwise be disclosed only by a court order or with a written consent which is signed and dated by those who have signed the Consent and Waiver form and which:

    a. identifies the School-based Clinician as the person permitted to make the disclosure;

    b. includes the name or title of the individual or the name of the organization to which the disclosure is to be made;

    c. identifies the person or persons about whom the disclosure is to be made;

    d. limits the disclosure for the sole and exclusive purposes of furthering the process of conducting assessments, referrals, treatment, service integration, and/or discharge planning;

    e. indicates that the consent to disclosure is subject to revocation at any time, except to the extent that the School-based Clinician has already acted on it; and

    f. includes a date, event, or condition upon which the consent to disclosure will expire if not previously revoked; and

WHEREAS: All members of the Commission further recognize that "ICSIC Staff" referred to in this Memorandum of Agreement are employees of the Executive Office of the Mayor/Deputy Mayor for Education which are assigned to the Commission for the purposes research, analysis and project management; and

WHEREAS: The Commission agrees that the refusal to sign by one member does not invalidate this Memorandum of Agreement as to all other members; and

NOW THEREFORE, the members of the Commission do hereby agree to do the following:

1) Upon receipt of a completed, signed, and current Consent and Waiver form, provide the School-based Clinician named in the Consent and Waiver form all relevant data as permitted by federal and state confidentiality and disclosure laws that will further the school-based clinician's efforts to conduct comprehensive assessments of the person or persons identified in the Consent and Waiver form, to develop and implement integrated case plans for them, including referrals for services, to provide appropriate treatment, and to promote the purposes of the Commission as delineated in Title V, Section 503 of the Act; and

2) Pursuant to Title V, Section 505(c)(1), support, to the extent that it is practicable and feasible, Commission efforts to develop an interagency database to store data gathered pursuant to Title V of the Act; and

3) Encourage, where appropriate and practicable, parents or guardians of children and/or, as

5) Pursuant to Title V, Section 505(c)(2), provide such data that will assist the efforts of Commission to assess the efficacy and cost effectiveness of the programs supported, facilitated, or overseen by the Commission; and

6) Monitor the extent to which confidentiality of records gathered pursuant to Title V are maintained by the Commission in accordance with all federal and state confidentiality and disclosure laws; and

7) Provide comprehensive itemizations of the types of confidential information that can be provided by each member upon submission of a duly completed Consent and Waiver form. Such itemization will be used to compile a list of types of information that persons signing Consent and Waiver forms may permit the school-based clinicians to access for the purposes of conducting comprehensive assessments of the person or persons identified in the Consent and Waiver form, developing and implementing integrated case plans for them, including referrals for services, and providing appropriate treatment.

8) In the event that the provision or release of information pursuant to this Memorandum of Agreement is deemed by a member of the Commission to be prohibited by federal or state law, notice will be made to the Commission, identifying the grounds for such prohibition. The Commission shall develop a procedure by which such notice shall be made.

Signatures:

| | |
|---|---|
| The Hon. Adrian Fenty,                                 Date | The Hon. Vincent Gray,                                  Date |
| Mayor of the District of Columbia | Chairman of the Council for the District of Columbia |

| | |
|---|---|
| The Hon. Tommy Wells                              Date | The Hon. Anita Josey-Herring                        Date |
| Chair of the Committee on Human Services | Chief Judge, Family Court |
| | Superior Court of the District of Columbia |

| | |
|---|---|
| Victor Reinoso                                        Date | Dan Tangherlini                                        Date |
| Deputy Mayor for Education of the District of Columbia | City Administrator |

| | |
|---|---|
| Deborah A. Gist                    10-5-07      Date | Michelle A. Rhee                                      Date |
| State Superintendent of Education | Chancellor of the District of Columbia Public Schools |

| | |
|---|---|
| Tom Nida                                                Date | Clarence Carter                                        Date |
| Chair of the Public Charter School Board | Director of the Department of Human Services |

4

5) Pursuant to Title V, Section 505(c)(2), provide such data that will assist the efforts of Commission to assess the efficacy and cost effectiveness of the programs supported, facilitated, or overseen by the Commission; and

6) Monitor the extent to which confidentiality of records gathered pursuant to Title V are maintained by the Commission in accordance with all federal and state confidentiality and disclosure laws; and

7) Provide comprehensive itemizations of the types of confidential information that can be provided by each member upon submission of a duly completed Consent and Waiver form. Such itemization will be used to compile a list of types of information that persons signing Consent and Waiver forms may permit the school-based clinicians to access for the purposes of conducting comprehensive assessments of the person or persons identified in the Consent and Waiver form, developing and implementing integrated case plans for them, including referrals for services, and providing appropriate treatment.

8) In the event that the provision or release of information pursuant to this Memorandum of Agreement is deemed by a member of the Commission to be prohibited by federal or state law, notice will be made to the Commission, identifying the grounds for such prohibition. The Commission shall develop a procedure by which such notice shall be made.

Signatures:

The Hon. Adrian Fenty,                    Date
Mayor of the District of Columbia

The Hon. Vincent Gray                     Date
Chairman of the Council for the District of Columbia

The Hon. Tommy Wells                      Date
Chair of the Committee on Human Services

The Hon. Anita Josey-Herring,             Date
Chief Judge, Family Court
Superior Court of the District of Columbia

Victor Reinoso                            Date
Deputy Mayor for Education of the District of Columbia

Dan Tangherlini                           Date
City Administrator

Deborah A. Gist                           Date
State Superintendent of Education

Michelle A. Rhee                          Date
Chancellor of the District of Columbia Public Schools

Tom Nida                                  Date
Chair of the Public Charter School Board

Clarence Carter                           Date
Director of the Department of Human Services

4

allowed by law, children themselves, to sign the Consent and Waiver form of the Commission; and

4) Ensure that training is provided and that their staff are available to be trained in the provisions of this MOA and the administration and utilization of the Consent and Waiver forms; and

5) Pursuant to Title V, Section 505(c)(2), provide such data that will assist the efforts of Commission to assess the efficacy and cost effectiveness of the programs supported, facilitated, or overseen by the Commission; and

6) Monitor the extent to which confidentiality of records gathered pursuant to Title V are maintained by the Commission in accordance with all federal and state confidentiality and disclosure laws; and

7) Provide comprehensive itemizations of the types of confidential information that can be provided by each member upon submission of a duly completed Consent and Waiver form. Such itemization will be used to compile a list of types of information that persons signing Consent and Waiver forms may permit the school-based clinicians to access for the purposes of conducting comprehensive assessments of the person or persons identified in the Consent and Waiver form, developing and implementing integrated case plans for them, including referrals for services, and providing appropriate treatment.

8) In the event that the provision or release of information pursuant to this Memorandum of Agreement is deemed by a member of the Commission to be prohibited by federal or state law, notice will be made to the Commission, identifying the grounds for such prohibition. The Commission shall develop a procedure by which such notice shall be made.

Signatures:

_____    _____    _____    _____
The Hon. Adrian Fenty,    Date    The Hon. Vincent Gray    Date
Mayor of the District of Columbia    Chairman of the Council for the District of Columbia

_____    _____    _____    _____
The Hon. Tommy Wells    Date    The Hon. Anita Josey-Herring    10/16/07
Chair of the Committee on Human Services    Chief Judge, Family Court    Date
    Superior Court of the District of Columbia

_____    10/16/07    _____    _____
Victor Reinoso    Date    Dan Tangherlini    Date
Deputy Mayor for Education of the District of Columbia    City Administrator

_____    _____    _____    10/16/07
Deborah A. Gist    Date    Michelle A. Rhee    Date
State Superintendent of Education    Chancellor of the District of Columbia Public Schools

4

_____    _____
Sharlynn E. Bobo                    Date          Vincent Schiraldi                    Date
Acting Director of the Child and Family Services Agency    Director of the Department of Youth Rehabilitation Services


_____    _____
Devon Brown                         Date          Gregg A. Pane, MD                     Date
Director of the Department of Corrections    Director of the Department of Health


_____    _____
Stephen T. Baron, LCSW-C            Date          Cathy L. Lanier                      Date
Director of the Department of Mental Health    Chief of the Metropolitan Police Department


_____    _____
Terri Odom                          Date          Linda Singer                         Date
Director of the Court Social Services Agency    Attorney General for the District of Columbia


_____    _____
Nancy Ware                          Date          Clark Ray                            Date
Director of the Criminal Justice Coordinating Council    Director of the Department of Parks and Recreation


_____    10/11/07
Ginnie Cooper                       Date
Director of the District of Columbia Public Library

5

_____    _____
Sharlynn E. Bobo                     Date
Acting Director of the Child and Family Services Agency

_____    _____
Vincent Schiraldi                    Date
Director of the Department of Youth Rehabilitation Services

_____    _____
Devon Brown                          Date
Director of the Department of Corrections

_____    _____
Gregg A. Pane, MD                    Date
Director of the Department of Health

_____    _____
Stephen T. Baron, LCSW-C             Date
Director of the Department of Mental Health

_____    _____
Cathy L. Lanier                      Date
Chief of the Metropolitan Police Department

_____    _____
Terri Odom                           Date
Director of the Court Social Services Agency

_____    _____
Linda Singer                         Date
Attorney General for the District of Columbia

_____    _____
Nancy Ware                           Date
Director of the Criminal Justice Coordinating Council

_____    _____
Clark Ray                            Date
Director of the Department of Parks and Recreation

_____    _____
Ginnie Cooper                        Date
Director of the District of Columbia Public Library

7679

Sharlynn E. Bobo                    Date
Acting Director of the Child and Family Services Agency

Vincent Schiraldi                    Date
Director of the Department of Youth Rehabilitation Services

Devon Brown                    Date
Director of the Department of Corrections

Gregg A. Pane, MD                    Date
Director of the Department of Health

Stephen T. Baron, LCSW-C                    Date
Director of the Department of Mental Health

Cathy L. Lanier                    Date
Chief of the Metropolitan Police Department

Terri Odom                    Date
Director of the Court Social Services Agency

Linda Singer                    Date
Attorney General for the District of Columbia

Nancy Ware                    Date
Director of the Criminal Justice Coordinating Council

Clark Ray                    Date
Director of the Department of Parks and Recreation

Ginnie Cooper                    Date
Director of the District of Columbia Public Library

7680

Nov-01-2007 04:28pm   From-Exec Office of Police Chief          202 727 9524       T-213  P.002/002  F-989

| | |
|---|---|
| Sharlynn E. Bobo                                    Date | Vincent Schiraldi                                    Date |
| Acting Director of the Child and Family Services Agency | Director of the Department of Youth Rehabilitation Services |

| | |
|---|---|
| Devon Brown                                         Date | Gregg A. Pane, MD                                    Date |
| Director of the Department of Corrections | Director of the Department of Health |

| | |
|---|---|
| Stephen T. Baron, LCSW-C                            Date | Cathy L. Lanier                                      Date |
| Director of the Department of Mental Health | Chief of the Metropolitan Police Department |

| | |
|---|---|
| Terri Odom                                          Date | Linda Singer                                         Date |
| Director of the Court Social Services Agency | Attorney General for the District of Columbia |

| | |
|---|---|
| Nancy Ware                                          Date | Clark Ray                                            Date |
| Director of the Criminal Justice Coordinating Council | Director of the Department of Parks and Recreation |

| | |
|---|---|
| Ginnie Cooper                                       Date | |
| Director of the District of Columbia Public Library | |

5

Tom Nida                                          Date
Chair of the Public Charter School Board

_Sharlynn E. Bobo_                    10/17/07
Sharlynn E. Bobo                                  Date
Acting Director of the Child and Family Services Agency

Devon Brown                                       Date
Director of the Department of Corrections

_Stephen T. Baron_                    10/17/07
Stephen T. Baron, LCSW-C                           Date
Director of the Department of Mental Health

Terri Odom                                        Date
Director of the Court Social Services Agency

Nancy Ware                                        Date
Director of the Criminal Justice Coordinating Council

Ginnie Cooper                                     Date
Director of the District of Columbia Public Library

_Clarence H. Carter_                  10/12/07
Clarence Carter                                   Date
Director of the Department of Human Services

Vincent Schiraldi                                 Date
Director of the Department of Youth Rehabilitation Services

Gregg A. Pane, MD                                 Date
Director of the Department of Health

Cathy L. Lanier                                   Date
Chief of the Metropolitan Police Department

Linda Singer                                      Date
Attorney General for the District of Columbia

Clark Ray                                         Date
Director of the Department of Parks and Recreation

5

Tom Nida                                      Date
Chair of the Public Charter School Board

Clarence Carter                               Date
Director of the Department of Human Services

Sharlynn E. Bobo                              Date
Acting Director of the Child and Family Services Agency

Vincent Schiraldi                             Date
Director of the Department of Youth Rehabilitation Services

Devon Brown                                   Date
Director of the Department of Corrections

Gregg A. Pane, MD                             Date
Director of the Department of Health

Stephen T. Baron, LCSW-C                      Date
Director of the Department of Mental Health

Cathy L. Lanier                               Date
Chief of the Metropolitan Police Department

Terri Odom                                    Date
Director of the Court Social Services Agency

Linda Singer                                  Date
Attorney General for the District of Columbia

Nancy Ware                                    Date
Director of the Criminal Justice Coordinating Council

Clark Ray                                     11/5/07
Director of the Department of Parks and Recreation     Date

Ginnie Cooper                                 Date
Director of the District of Columbia Public Library

5

7683

Tom Nida                                     Date
Chair of the Public Charter School Board

Clarence Carter                             Date
Director of the Department of Human Services

Sharlyn E. Bobo                             Date
Acting Director of the Child and Family Services Agency

Vincent Schiraldi                           Date
Director of the Department of Youth Rehabilitation Services

Devon Brown                                 Date
Director of the Department of Corrections

Gregg A. Pane, MD                           Date
Director of the Department of Health

Stephen T. Baron, LCSW-C                     Date
Director of the Department of Mental Health

Cathy L. Lanier                             Date
Chief of the Metropolitan Police Department

Terri Odom                                   Date
Director of the Court Social Services Agency

Linda Singer                                Date
Attorney General for the District of Columbia

Nancy Ware                                   Date
Director of the Criminal Justice Coordinating Council

Clark Ray                                   Date
Director of the Department of Parks and Recreation

Ginnie Cooper                                Date
Director of the District of Columbia Public Library

5

Tom Nida                                    Date
Chair of the Public Charter School Board

Clarence Carter                            Date
Director of the Department of Human Services


Sharlynn E. Bobo                           Date
Acting Director of the Child and Family Services Agency

Vincent Schiraldi                          Date
Director of the Department of Youth Rehabilitation Services


*Devon Brown* 11/8/07                       Date
Devon Brown
Director of the Department of Corrections

Gregg A. Pane, MD                          Date
Director of the Department of Health


Stephen T. Baron, LCSW-C                    Date
Director of the Department of Mental Health

Cathy L. Lanier                            Date
Chief of the Metropolitan Police Department


Terri Odom                                 Date
Director of the Court Social Services Agency

Linda Singer                               Date
Attorney General for the District of Columbia


Nancy Ware                                 Date
Director of the Criminal Justice Coordinating Council

Clark Ray                                  Date
Director of the Department of Parks and Recreation


Ginnie Cooper                              Date
Director of the District of Columbia Public Library


5

# ATTACHMENT A

## Consent & Waiver Forms

1. For parents/guardians of children under the age of 18 referred to
   school-based clinicians for assessment, treatment, service integration....... pp 7-18

2. For young adults 18 and older who are referred or self-refer to
   school-based clinicians for assessment, treatment, service integration....... pp 19-30

6

*(Note: Waiver and Consent for Persons under the age of 18)*

# INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION (ICSIC COMMISSION)

## PARENT/GUARDIAN CONSENT FOR ASSESSMENT AND TREATMENT AND WAIVER OF CONFIDENTIALITY

### WHAT IS THE INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION (ICSIC)?

ICSIC (or "the Commission") is comprised of District agencies and public leaders concerned with the welfare of children and families. It does not provide services. The Commission is dedicated to promoting the healthy development of children and youth in the community -- academically, socially, emotionally, and physically. Member agencies of this Commission will work together to make sure that there are more high quality programs and services available to reduce juvenile and family violence, to promote educational success, and to address mental health and substance abuse problems before they become serious and hard to resolve.

The Commission is working to ensure that children and youth who are at-risk receive thorough and complete assessments of their needs and strengths. These assessments are being conducted by qualified, professional clinicians based in schools. The Commission is also simplifying the process by which children at risk and their families get help. Once they have conducted the assessment, the clinician will form a plan of services that, depending on the strengths and needs, may involve several agencies. This plan will be specifically designed to meet the needs of a particular child's and family's needs.

7

## MEMBERS OF THE ICSIC COMMISSION

The following agencies make up the Interagency Collaboration and Services Integration Commission of Washington, D.C.:

- Mayor of the District of Columbia, who is Chair of the Commission;
- Chairman of the Council of the District of Columbia;
- Chair of the Committee on Human Services;
- Chief Judge, Family Court, Superior Court of the District of Columbia;
- Deputy Mayor for Education;
- City Administrator;
- State Superintendent of Education;
- Chancellor of the District of Columbia Public Schools;
- Chair of the Public Charter School Board;
- Director of the Department of Human Services;
- Director of the Child and Family Services Agency;
- Director of the Department of Youth Rehabilitation Services;
- Director of the Department of Corrections;
- Director of the Department of Health;
- Director of the Department of Mental Health;
- Chief of the Metropolitan Police Department;
- Director of the Court Social Services Agency;
- Attorney General for the District of Columbia;
- Director of the Criminal Justice Coordinating Council;
- Director of the Department of Parks and Recreation;
- Director of the District of Columbia Public Library.

## WHAT CAN THE COMMISSION DO FOR ME AND MY FAMILY?

Children often have complicated problems that can interfere with their ability to reach their full potential. These problems can come from many sources – family, school, community, and children themselves. Solutions can, and often do, come from many sources. It is often difficult for families seeking solutions to navigate among the many agencies where they can find help.

The ICSIC Commission is designed to assist families in obtaining help for their children as problems are developing without having to go to several agencies. By providing a way for the agencies to work together, the Commission helps families get to the correct resources quickly, before problems become more serious. The Commission does not provide services itself. Instead, Commission member agencies work together to ensure that high quality assessment and services are provided to families.

8

You are being asked to sign this Consent and Waiver form by a school-based clinician. When the form is signed, the clinician will be able to fully assess your child's needs and develop the best possible service plan. To do so, the clinician must be able to fully understand the kinds of help that will best serve your family. We are asking your permission to speak with you, your child, and other family/household members. We also are asking for your permission to collect information from services agencies. Once needs are assessed, the clinician will work with you and your family members to write a plan for addressing the problems. You will be a part of both the assessment and treatment plan, and no services will be provided unless you agree.

All the Commission agencies are committed to protecting all of your rights under federal and District of Columbia laws, including your rights to notice, privacy, and confidentiality.

We are asking you to sign this form, which will allow any of the ICSIC Commission members listed above, and any agency or individual listed below which you may add to this form, to provide the necessary information for assessment, planning, and treatment. All this information will be carefully protected by the Commission to preserve your confidentiality. If you do not agree to permit the school-based clinician to collect information from services agencies, it will be more difficult to fully assess your child's needs, to develop the best possible service plan, and to provide services in the most effective manner possible.

## WHAT WILL ICSIC DO WITH INFORMATION IT RECEIVES?

The school-based clinician explaining this Consent and Waiver will use the information in the assessment to develop with you the best possible plan of services for your child and family. The clinician must keep your information confidential. This Consent and Waiver form generally does not allow the clinician to share information gathered with anyone without your permission. Information gathered by the clinician may not be provided to law enforcement authorities without a court order. Further, the information gathered by the clinician is not subject to Freedom of Information Act ("FOIA") requests served upon the government and will not be disclosed to the public.

The clinician may share information with other ICSIC Commission staff or with a supervisor or another clinician to consult with them to make sure you have the highest quality of services and to ensure that any information obtained is properly stored and protected. These other professionals must also maintain your confidentiality.

9

## PARENT/GUARDIAN CONSENT AND WAIVER

Name of parent/guardian: _____
Date of birth: _____
Address: _____
Telephone: _____

Name of parent/guardian: _____
Date of birth: _____
Address: _____
Telephone: _____

Name of child of parent/guardian signing this form: _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of child of parent/guardian signing this form: _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of child of parent/guardian signing this form: _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of other adult in the household (18 and over): _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

*Note to clinician*: Please add additional names of persons subject to this Consent and Waiver as necessary.

**NOTE: The person or persons providing consent may cross out any sections that do not apply. This Consent and Waiver may apply to one or more children.**

1) I hereby give consent to the school-based clinician who is working with the ICSIC Commission to assess my child, to develop a coordinated plan of services for my child and family, and to provide or arrange for treatment for my child, if appropriate.

10

*Initials of Persons signing the Consent & Waiver form:* _____

Information regarding my child:

2) I hereby consent to the collection of information about my child for the purposes of assessment, planning, and treatment. I understand that the clinician may assess my child, form a plan of services for my child and family, and provide treatment for my child, if appropriate. Information may be requested from the agencies and organizations that are members of the ICSIC Commission, and from other sources as I may list separately.

3) I understand that the members of the ICSIC Commission include:

- Mayor of the District of Columbia;
- Chairman of the Council of the District of Columbia;
- Chair of the Committee on Human Services;
- Chief Judge, Family Court, Superior Court of the District of Columbia;
- Deputy Mayor for Education;
- City Administrator;
- State Superintendent of Education;
- Chancellor of the District of Columbia Public Schools;
- Chair of the Public Charter School Board;
- Director of the Department of Human Services;
- Director of the Child and Family Services Agency;
- Director of the Department of Youth Rehabilitation Services;
- Director of the Department of Corrections;
- Director of the Department of Health;
- Director of the Department of Mental Health;
- Chief of the Metropolitan Police Department;
- Director of the Court Social Services Agency;
- Attorney General for the District of Columbia;
- Director of the Criminal Justice Coordinating Council;
- Director of the Department of Parks and Recreation;
- Director of the District of Columbia Public Library.

Information regarding myself and my other family members:

4) I also agree that the school-based clinician may obtain confidential information about me and other persons listed above from the agencies and organizations that are members of ICSIC Commission, and from other sources as I may list below.

5) I understand that it is the intention of ICSIC Commission that I may participate in the assessment and case planning process if I choose and that I may invite a support person or advocate to attend meetings with me.

6) I understand that this Consent and Waiver remains in effect until the following date _____ and that I may choose to renew it.

11

Initials of Persons signing the Consent & Waiver form: _____

7) The clinician may collect mental health information for only 60 days after this Consent and Waiver is signed. I understand that I have the right to see the mental health record for which I am granting access to the clinician. I understand that a copy of this Consent and Waiver form shall be included with the mental health record.

8) I understand I may ask any questions or make any comments about this Consent and Waiver. I also understand that I may cancel this Consent and Waiver at any time by contacting the ICSIC Commission office in writing at the following address:

> Consent and Waivers
> Interagency Collaboration and Services Integration Commission (ICSIC)
> _____(TBD)_____
> _____(TBD)_____
> Washington, D.C.

ICSIC Commission staff will mail the cancellation notice to all agencies or individuals who have received this Consent and Waiver.

9) I understand that, if I cancel this Consent and Waiver, any disclosures made before I cancelled this consent are not violations of confidentiality.

10) I understand that neither the signing nor the canceling of this Consent and Waiver restricts the obligation of any person to disclose information if required to do so by law.

11) I understand that information disclosed according to this Consent and Waiver will be kept confidential by the school-based clinician. It will not be redisclosed to any other person, agency or organization, including ICSIC Commission agencies, without my additional consent in writing except, as noted above, for case consultation, supervision, and administrative purposes.

11) I understand that I am not required to consent to the disclosure of any information, to give permission to the school-based clinician working with the ICSIC Commission to assess or develop a case plan for my child, or to accept any treatment. The specific types of information that I agree the clinician may obtain are listed at the end of this form. I also understand that I may discontinue involvement at any time.

12) I understand that this Consent and Waiver means that the agencies or individuals covered by this consent will release information to the school-based clinician based on their opinion that the information is relevant. As a result, my consent may not result in the release of all information maintained by an agency or individual.

13) The school-based clinician working with the ICSIC Commission has reviewed this form with me, explained its purpose, answered any questions I had. I have also been offered the opportunity to have this form in another language or read

12

*Initials of Persons signing the Consent & Waiver form:* _____

to me. The clinician has also informed me that I may choose a person to assist me with this Consent and Waiver form.

14) By signing this document, I confirm that I am the parent or legal guardian of the child who is the subject of this Consent and Waiver form.

15) If my child is between the ages of 14 and 18, I understand that my child who is the subject of this Consent and Waiver must also sign the form.

Parent's/guardian's signature                    Child's signature if 14 years or over

Date:_____                     Date:_____

Printed Name of clinician explaining form         Printed Name of clinician explaining form

Signature of clinician explaining the form        Signature of clinician explaining the form

Parent's/guardian's signature                    Child's signature if 14 years or over

Date:_____                     Date:_____

Printed Name of clinician explaining form         Printed Name of clinician explaining form

Signature of clinician explaining the form        Signature of clinician explaining the form

*Additional signatures of persons who are subject to this Consent and Waiver:*

Parent's/guardian's signature                    Child's signature if 14 years or over

Date:_____                     Date:_____

Printed Name of clinician explaining form         Printed Name of clinician explaining form

Signature of clinician explaining the form        Signature of clinician explaining the form

13

_____
Signature of other adult in the household

Date: _____

_____
Printed Name of clinician explaining form

_____
Signature of clinician explaining the form

_____
Signature of other adult in the household

Date: _____

_____
Printed Name of clinician explaining form

_____
Signature of clinician explaining the form

14

## OTHER SOURCES OF INFORMATION

In addition to the member agencies of ICSIC Commission who will be providing information regarding my child, I also consent to the release of information by the following agencies and individuals:

Name of Agency/Individual

Address/Telephone Number

Parent's/guardian's signature

Child's signature if 14 years or over

Date:

Witness:

Name of Agency/Individual

Address/Telephone Number

Parent's/guardian's signature

Child's signature if 14 years or over

Date:

Witness:

---

Name of Agency/Individual

Address/Telephone Number

Parent's/guardian's signature

Child's signature if 14 years or over

Date:

Witness:

Name of Agency/Individual

Address/Telephone Number

Parent's/guardian's signature

Child's signature if 14 years or over

Date:

Witness:

15

Name of Agency/Individual

Address/Telephone Number

Other adult (over 18) in the household

Date: _____

Witness: _____

Name of Agency/Individual

Address/Telephone Number

Other adult (over 18) in the household

Date: _____

Witness: _____

16

## <u>CONSUMER CONSENT TO DISCLOSURE OF ALCOHOLISM OR SUBSTANCE ABUSE TREATMENT INFORMATION (42 CFR Part 2)</u>

As a child/adolescent who is the subject of this assessment, I authorize release to the school-based clinician working with the ICSIC Commission the following alcoholism and substance abuse treatment information:

Name of Alcoholism or Substance Abuse Agency: _____

| Type of Information | Release (yes/no) | Obtained (yes/no) |
|---|---|---|
| The type of chemical use or dependence, frequency of use, duration of use | | |
| Information concerning the intake disposition/enrollment | | |
| My plans for treatment (e.g. short and long term goals and planned services) | | |
| My progress and degree of participation in any alcoholism or substance abuse treatment, including related services/activities, dates, and results of urinalysis and other AOD/toxicology related tests | | |
| Termination or completion of my treatment | | |

This information is provided for the purpose of allowing the school-based clinician working with the ICSIC Commission to:

_____ Conduct an assessment

_____ Develop and manage a treatment plan

_____ Make referrals and coordinate services with other service and treatment providers

_____ Develop and implement a discharge plan

_____ Enable judges, attorneys, probation/parole officers to support treatment goals or make legal decisions on my behalf.

I understand that the above information is protected by Federal Regulation 42 CFR, Part 2: "Confidentiality of Alcohol and Drug Abuse Patient Records" and can only be disclosed with my written consent unless otherwise provided for in the regulations. The duration of this authorization is one year, or the duration of the above Consent and Waiver, whichever is shorter. I understand that I may revoke this consent at any time by following the procedures outlined in the Consent and Waiver, above. I understand that the school-based clinician must treat the above-cited information as confidential and may share the information only as indicated in Section 10 of the Consent and Waiver.

_____          _____
Child's signature if 14 years or over    (Date)          Signature of Parent/Guardian          (Date)

_____          _____
Signature of Clinician Explaining Form  (Date)          Signature of Parent/Guardian          (Date)

17

## TYPES OF INFORMATION THAT MAY BE OBTAINED BY THE CLINICIAN

*Please Cross Out Any Type of Information You Do Not Want Disclosed to the Clinicians*

| Type of Information Obtained by the Clinician | Agency Providing the Information |
|---|---|
| *This table will be completed once the appropriate information is provided by ICSIC members. At that point the Consent and Waiver form will be available for administration by school-based clinicians* e.g mental health records, school records ... | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

18

(Note: Waiver and Consent for Persons 18 years and over)

## INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION (ICSIC COMMISSION) CONSENT FOR ASSESSMENT AND TREATMENT AND WAIVER OF CONFIDENTIALITY

### WHAT IS THE INTERAGENCY COLLABORATION AND SERVICES INTEGRATION COMMISSION (ICSIC)?

ICSIC (or "the Commission") is comprised of District agencies and public leaders concerned with the welfare of children and families. It does not provide services. The Commission is dedicated to promoting the healthy development of children, youth, and young adults in the community – academically, socially, emotionally, and physically. Member agencies of this Commission will work together to make sure that there are more high quality programs and services available to reduce juvenile and family violence, to promote educational success, and to address mental health and substance abuse problems before they become serious and hard to resolve.

The Commission is working to ensure that that children, youth, and young adults who are at-risk receive thorough and complete assessments of their needs and strengths. These assessments are being conducted by qualified, professional clinicians based in schools. The Commission is also simplifying the process by which children at risk and their families get help. Once they have conducted the assessment, the clinician will form a plan of services that, depending on the strengths and needs, may involve several agencies. This plan will be specifically designed to meet the needs of a particular child's and family's needs.

19

## MEMBERS OF THE ICSIC COMMISSION

The following agencies make up the Interagency Collaboration and Services Integration Commission of Washington, D.C.:

- Mayor of the District of Columbia, who is Chair of the Commission;
- Chairman of the Council of the District of Columbia;
- Chair of the Committee on Human Services;
- Chief Judge, Family Court, Superior Court of the District of Columbia;
- Deputy Mayor for Education;
- City Administrator;
- State Superintendent of Education;
- Chancellor of the District of Columbia Public Schools;
- Chair of the Public Charter School Board;
- Director of the Department of Human Services;
- Director of the Child and Family Services Agency;
- Director of the Department of Youth Rehabilitation Services;
- Director of the Department of Corrections;
- Director of the Department of Health;
- Director of the Department of Mental Health;
- Chief of the Metropolitan Police Department;
- Director of the Court Social Services Agency;
- Attorney General for the District of Columbia;
- Director of the Criminal Justice Coordinating Council;
- Director of the Department of Parks and Recreation;
- Director of the District of Columbia Public Library.

## WHAT CAN THE COMMISSION DO FOR ME AND MY FAMILY?

Young adults often have complicated problems that can interfere with their ability to reach their full potential. These problems can come from many sources – family, school, community, and youth themselves. Solutions can, and often do, come from many sources. It is often difficult for those seeking solutions to navigate among the many agencies where they can find help.

The ICSIC Commission is designed to assist you and your family in obtaining help to address problems that are developing without having to go to several agencies. By providing a way for the agencies to work together, the Commission helps young adults and their families get to the correct resources quickly, before problems become more serious. The Commission does not provide services itself. Instead, Commission member agencies work together to ensure that high quality assessment and services are provided.

You are being asked to sign this Consent and Waiver form by a school-based clinician. When the form is signed, the clinician will be able to fully assess your needs and develop the best possible service plan. To do so, the clinician must be able to fully understand the

20

kinds of help that will best serve you and your family. We are asking your permission to speak with you and other family/household members. We also are asking for your permission to collect information from service agencies. Once needs are assessed, the clinician will work with you and your family members to write a plan for addressing the problems. You will be a part of both the assessment and treatment plan, and no services will be provided unless you agree.

All the Commission agencies are committed to protecting all of your rights under federal and District of Columbia laws, including your rights to notice, privacy, and confidentiality.

We are asking you to sign this form, which will allow any of the ICSIC Commission members listed above, and any agency or individual listed below which you may add to this form, to provide the necessary information for assessment, planning, and treatment. All this information will be carefully protected by the Commission to preserve your confidentiality. If you do not agree to permit the school-based clinician to collect information from services agencies, it will be more difficult to fully assess your needs, to develop the best possible service plan, and to provide you services in the most effective manner possible.

## WHAT WILL ICSIC DO WITH INFORMATION IT RECEIVES?

The school-based clinician explaining this Consent and Waiver will use the information in the assessment to develop with you the best possible plan of services for your child and family. The clinician must keep your information confidential. This Consent and Waiver form generally does not allow the clinician to share information gathered with anyone without your permission. Information gathered by the clinician may not be provided to law enforcement authorities without a court order. Further, the information gathered by the clinician is not subject to Freedom of Information Act ("FOIA") requests served upon the government and will not be disclosed to the public.

The clinician may share information with other ICSIC Commission staff or with a supervisor or another clinician to consult with them to make sure you have the highest quality of services and to ensure that any information obtained is properly stored and protected. These other professionals must also maintain your confidentiality.

21

## CONSENT AND WAIVER

My Name: _____
Date of birth: _____
Address: _____
Telephone: _____

Name of parent/guardian/other adult in the household (18 or over): _____
Date of birth: _____
Address: _____
Telephone: _____

Name of parent/guardian/other adult in the household (18 or over): _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of parent/guardian/ other adult in the household (18 or over): _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of child of parent/guardian signing this form: _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

Name of child of parent/guardian signing this form: _____
Date of birth: _____
Address: _____
Telephone: _____
School: _____

*Note to clinician:* Please add additional names of persons subject to this Consent and Waiver as necessary.

## NOTE: The person or persons providing consent may cross out any sections that do not apply.

1) I hereby give consent to the school-based clinician who is working with the ICSIC Commission to assess me, to develop a coordinated plan of services for me and for others in my family/household if they consent, and to provide or arrange for treatment for me, if appropriate.

22

*Initials of Persons Signing the Consent & Waiver form:* _____

2) I hereby consent to the collection of information about me for the purposes of assessment, planning, and treatment. I understand that the clinician may assess me, form a plan of services for me and for others in my family/household if they consent, and provide treatment for me, if appropriate. Information may be requested from the agencies and organizations that are members of the ICSIC Commission, and from other sources as I may list separately.

3) I understand that the members of the ICSIC Commission include:

- Mayor of the District of Columbia;
- Chairman of the Council of the District of Columbia;
- Chair of the Committee on Human Services;
- Chief Judge, Family Court, Superior Court of the District of Columbia;
- Deputy Mayor for Education;
- City Administrator;
- State Superintendent of Education;
- Chancellor of the District of Columbia Public Schools;
- Chair of the Public Charter School Board;
- Director of the Department of Human Services;
- Director of the Child and Family Services Agency;
- Director of the Department of Youth Rehabilitation Services;
- Director of the Department of Corrections;
- Director of the Department of Health;
- Director of the Department of Mental Health;
- Chief of the Metropolitan Police Department;
- Director of the Court Social Services Agency;
- Attorney General for the District of Columbia;
- Director of the Criminal Justice Coordinating Council;
- Director of the Department of Parks and Recreation;
- Director of the District of Columbia Public Library.

4) I also agree that the school-based clinician may obtain confidential information about other persons listed above from the agencies and organizations that are members of ICSIC Commission, and from other sources as I may list below.

5) I understand that it is the intention of ICSIC Commission that I may participate in the assessment and case planning process if I choose and that I may invite a support person or advocate to attend meetings with me.

6) I understand that this Consent and Waiver remains in effect until the following date _____ and that I may choose to renew it.

7) The clinician may collect mental health information for only 60 days after this Consent and Waiver is signed. I understand that I have the right to see the mental health record for which I am granting access to the clinician. I

23

Initials of Persons Signing the Consent & Waiver form: _____

understand that a copy of this Consent and Waiver form shall be included with the mental health record.

8) I understand I may ask any questions or make any comments about this Consent and Waiver. I also understand that I may cancel this Consent and Waiver at any time by contacting the ICSIC Commission office in writing at the following address:

> Consent and Waivers
> Interagency Collaboration and Services Integration Commission (ICSIC)
> _____(TBD)_____
> _____(TBD)_____
> Washington, D.C.

**ICSIC Commission staff will mail the cancellation notice to all agencies or I understand that, if I cancel this Consent and Waiver, any disclosures made before I cancelled this consent are not violations of confidentiality.**

9) I understand that, if I cancel this Consent and Waiver, any disclosures made before I cancelled this consent are not violations of confidentiality.

10) I understand that neither the signing nor the canceling of this Consent and Waiver restricts the obligation of any person to disclose information if required to do so by law.

11) I understand that information disclosed according to this Consent and Waiver will be kept confidential by the school-based clinician. It will not be redisclosed to any other person, agency or organization, including ICSIC Commission agencies, without my additional consent in writing except, as noted above, for case consultation, supervision, and administrative purposes.

12) I understand that I am not required to consent to the disclosure of any information, to give permission to the school-based clinician working with the ICSIC Commission to assess or develop a case plan for me, or to accept any treatment. The specific types of information that I agree the clinician may obtain are listed at the end of this form. I also understand that I may discontinue involvement at any time.

13) I understand that this Consent and Waiver means that the agencies or individuals covered by this consent will release information to the school-based clinician based on their opinion that the information is relevant. As a result, my consent may not result in the release of all information maintained by an agency or individual

14) The school-based clinician working with the ICSIC Commission has reviewed this form with me, explained its purpose, answered any questions I had. I have also been offered the opportunity to have this form in another language or read

24

_Initials of Persons Signing the Consent & Waiver form:_ _____

to me. The clinician has also informed me that I may choose a person to assist me with this Consent and Waiver form.

15) By signing this document, I confirm that I am eighteen years of age and the person who is the subject of this Consent and Waiver form.

_____         _____
My signature                    My date of birth

Date:_____

_____
Name and signature of clinician explaining form


_____         _____
Parent's/guardian's signature    Child's signature if 14 or older but less than 18

Date:_____     Date:_____

_____         _____
Name and signature of clinician explaining form    Name and signature of clinician explaining form


_____         _____
Parent's/guardian's signature    Child's signature if 14 or older but less than 18

Date:_____     Date:_____

_____         _____
Name and signature of clinician explaining form    Name and signature of clinician explaining form

25

_____
Signature of other adult in the household

Date:_____

_____
Name and signature of clinician explaining form

_____
Signature of other adult in the household

Date:_____

_____
Name and signature of clinician explaining form

26

## OTHER SOURCES OF INFORMATION

In addition to the member agencies of ICSIC Commission who will be providing information regarding me, I also consent to the release of information by the following agencies and individuals:

_____

_____       _____
Name of Agency/Individual                   Name of Agency/Individual

_____       _____
Address/Telephone Number                  Address/Telephone Number

_____       _____
My signature                         Parent's/guardian's signature

_____       _____
Child's signature if 14 or older but less than 18    Child's signature if 14 or older but less than 18

Date:_____       Date: _____

Witness: _____    Witness: _____

_____

_____       _____
Name of Agency/Individual                   Name of Agency/Individual

_____       _____
Address/Telephone Number                  Address/Telephone Number

_____       _____
Parent's/guardian's signature              Parent's/guardian's signature

_____       _____
Child's signature if 14 or older but less than 18    Child's signature if 14 or older but less than 18

Date:_____       Date: _____

Witness: _____    Witness: _____

_____

27

_____

Name of Agency/Individual

Address/Telephone Number

Other adult (over 18) in the household

Date: _____

Witness: _____

Name of Agency/Individual

Address/Telephone Number

Other adult (over 18) in the household

Date: _____

Witness: _____

28

## CONSUMER CONSENT TO DISCLOSURE OF ALCOHOLISM OR SUBSTANCE ABUSE TREATMENT INFORMATION (42 CFR Part 2)

As the person who is the subject of this assessment, I authorize release to the school-based clinician working with the ICSIC Commission the following alcoholism and substance abuse treatment information:

Name of Alcoholism or Substance Abuse Agency: _____

| Type of Information | Release (yes/no) | Obtained (yes/no) |
|---|---|---|
| The type of chemical use or dependence, frequency of use, duration of use | | |
| Information concerning the intake disposition/enrollment | | |
| My plans for treatment (e.g. short and long term goals and planned services) | | |
| My progress and degree of participation in any alcoholism or substance abuse treatment, including related services/activities, dates, and results of urinalysis ar other AOD/toxicology related tests | | |
| Termination or completion of my treatment | | |

This information is provided for the purpose of allowing the school-based clinician working with the ICSIC Commission to:

_____ Conduct an assessment

_____ Develop and manage a treatment plan

_____ Make referrals and coordinate services with other service and treatment providers

_____ Develop and implement a discharge plan

_____ Enable judges, attorneys, probation/parole officers to support treatment goals or make legal decisions on my behalf.

I understand that the above information is protected by Federal Regulation 42 CFR, Part 2: "Confidentiality of Alcohol and Drug Abuse Patient Records" and can only be disclosed with my written consent unless otherwise provided for in the regulations. The duration of this authorization is one year, or the duration of the above Consent and Waiver, whichever is shorter. I understand that I may revoke this consent at any time by following the procedures outlined in the Consent and Waiver, above. I understand that the school-based clinician must treat the above-cited information as confidential and may share the information only as indicated in Section 10 of the Consent and Waiver.

_____    _____    _____    _____
My Signature                        (Date)              Witness                              (Date)

# TYPES OF INFORMATION THAT MAY BE OBTAINED BY THE CLINICIAN

*Please Cross Out Any Type of Information You Do Not Want Disclosed to the Clinicians*

| Type of Information Obtained by the Clinician | Agency Providing the Information |
|---|---|
| *This table will be completed once the appropriate information is provided by ICSIC members. At that point the Consent and Waiver will be available for administration by school-based clinicians* | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

30

# ATTACHMENT B

## Security Protocols for School-Based Clinicians, their supervisors, and designated Staff Engaged in Work (staff) with the Interagency Collaboration and Services Integration Commission (ICSIC)

### Use and Storage of Confidential Information:

I.  Paper files

    a)  Confidential information will be stored in locked filing cabinets within a centralized and locked storage room when not in use. All filing cabinets as well as doors to storage rooms will remain locked except when staff are accessing files.

    b)  Confidential files will be reviewed by authorized staff behind closed doors and will not be removed from the premises where they are normally stored.

    c)  Confidential files will not be left unattended at any time.

    d)  Unnecessary or duplicate paper copies will be destroyed using a cross-cutting paper shredder. All paper records will be destroyed on a regular basis, except those required for evaluation or research purposes or which must be maintained according to federal or state laws, rules, and regulations.

    e)  Staff will not transfer confidential information by fax.

II.  Computer files

    a)  Access and storage
       1.  Computerized information will be stored centrally within a secure office, the location of which will be determined by the ICSIC Commission.
       2.  Only those ICSIC staff with a need for the information, as designated by the Chairman, will have access to the portion of the computer where confidential information is stored.
       3.  Each school-based clinician will have access only to those cases assigned to him or her.
       4.  Files that contain confidential data will by encrypted and password protected when not in use.
       5.  Each individual and family will be assigned a non-identifying code; cases will be referred to by this code, rather than by name, whenever possible.

    b)  Workstation security

1. Each computer with access to the ICSIC database will have the following security measures:
   a. Hardware boot-up password protection.
   b. Staff specific passwords and permissions for entry and access to the computer network
   c. Password protected screen-saves will be automatically launched after a workstation has been left idle for 10 minutes.
   d. Virus protection software will be updated on a regular basis.
   e. Staff members will turn off their computers when not in use.

c) Network security
   1. Remote access to the computer network will be restricted to only those with access to confidential information.
   2. The ICSIC Commission will ensure that state of the art hardware firewall protection is used to protect the computer network from unauthorized access via the Internet.
   3. Access to the computer system will be by password identification only.

III. Phone conversations and meetings

   a) Staff will conduct conversations regarding confidential information in private and not in front of those with no authorization to receive the information.

   b) Participants in planning meetings will be only those included in the Consent and Waiver form.

IV. Transfer of information

   a) When information cannot be transferred by means of a secure computer transfer, Staff will collect or provide information in person whenever possible and as soon as is practicable.

   b) Staff will encrypt and password protect any files which are provided electronically.

   c) Each program that supplies ICSIC with data will have a unique password, which will be restricted only to those individuals who are involved in the transfer of data.

Other ICSIC confidentiality policies:

I. Staff must become familiar with the confidentiality requirements incorporated in the Memorandum of Agreement Regarding Provision of Information, with the federal and state legal confidentiality requirements, and with the relevant professional standards regarding confidentiality.

II. Staff will be held individually responsible for abiding by the requirements delineated in the Memorandum of Agreement Regarding Provision of Information, with the federal and state

32

legal confidentiality requirements, and with the relevant professional standards regarding confidentiality. Failures to abide by such requirements and improper or unauthorized disclosures may be subject sanctions, including civil or criminal penalties.

III. In the event that confidential information is improperly disclosed, staff involved will take all possible steps to minimize the harm that might have occurred or may occur, including taking all possible measures to retrieve the information and to prevent any additional disclosure from occurring.

IV. No information will be provided for law enforcement purposes except under Court order. If the Commission receives a subpoena, court order or request for information under the Freedom of Information Act (FOIA), ICSIC will immediately notify the Office of Attorney General to review the request for information to determine whether the confidentiality provisions of the statute, policy and consent forms permit release and or whether the City should challenge or appeal any court order or subpoena purported to order the release of information in the possession of ICSIC.

33