# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 05-1437 (RCL) |

### DECLARATION OF JOSEPH YOUNGER

I, Joseph Younger, do hereby declare and state as follows:

1. My name Joseph Younger. I am a Risk Assessor for the District Department of the Environment ["DDOE"]. I have held this position since 2001.

2. My job responsibilities include, but are not limited to, responding to FOIA requests for lead-based management program records, outreach and education, and responding to citizen's complaints.

3. In my position, I am responsible for coordinating retrieval, copying, and as appropriate, redaction of relevant program records in response to FOIA requests, subpoenas, and other official requests for District lead-based paint records.

4. The Lead Management Program maintains two types of records for its program. One set of records consists of investigation reports which are on-site investigations that have been conducted by District agencies or their contractors to determine the nature, severity, and location of a lead-based paint hazards in a property. These records are maintained primarily by their case number (either "EBL number" assigned by the Department of Health, or by "FSC number" in the case of investigations conducted on behalf of Child and Family Services Administration ("CFSA")).

5. If no "EBL number" or "FSC number" is assigned, then records are filed by address. The records are not kept or filed by the number of children residing in the property; rather, our program focuses on oversight of remediation of lead hazards in properties.

6. The other files maintained by the Lead-Based Paint Management program are for our certification and abatement program. These files are 1) for the applications and credentials for individuals who apply to the program for certification to conduct lead-based paint activities, and 2) the abatement permit files. The abatement permit files are the only records maintained by DDOE that show whether abatement has been performed at a given property. Abatement permit records are maintained by address and are not linked with the investigation reports maintained by DDOE. Abatement Records do not include consistently document whether children reside in the property, their ages, or identities.

7. To provide specific information on children who may have been exposed to lead and the property with children has been subject to abatement, would require a DDOE staff person review both types of records maintained by DDOE -- approximately 2,000+ records which, on average contain approximately 60 pages of documentation.

8. We estimate that it would take a minimum of 1,500 hours (which is 45 minutes per record) of staff time to retrieve the records, sort and compile the information, copy relevant records, and re-file the records..

9. To gather and produce these records would require DDOE to devote a significant amount of staff and would drain DDOE's already strained resources. This would be unduly burdensome to our limited staff.

10. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct.
**Executed on:** _____.

/s/ *[signature]*
Joseph Younger
Risk Assessor, DDOE          3/4/08

2