# Exhibit F



1

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____
                                        x
DL, et al., on behalf of                :
themselves and others                   :
similarly situated,                     :
                                        :
              Plaintiffs,               :
     vs.                                :  Civil Action
                                        :  No. 05-1437 (RCL)
THE DISTRICT OF COLUMBIA,               :
et al.,                                 :
              Defendants.               x
_____

                    Washington, D.C.

                    Tuesday, November 13, 2007

DEPOSITION OF:

              GENEVIEVE JOHNSON,

a witness, was called for examination by counsel

for the plaintiffs, pursuant to Notice and

agreement of the parties as to time and date,

beginning at approximately 9:15 o'clock, a.m.,

taken at the law offices of Terris, Pravlik &

Millian, Esquires, 1121 12th Street, N.W.,

Washington, D.C., before Okeemah S. Henderson,

Licensed Shorthand Reporter and Notary Public in

and for The District of Columbia, when were

present on behalf of the respective parties:
```



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

85

1    Q.   Since The Care Center has opened, have
2  there been any complaints about the services?
3    A.   I think initially. Yes. I think it
4  had to do with not having the staff initially for
5  some services. I imagine there have been some
6  complaints about not having the staff to do the
7  process, I guess, in a timely manner, but since we
8  have the increase of staff, I think because I have
9  been in the system a long time, I have seen a
10  tremendous change in terms of I would say
11  improvement in terms of getting things completed.
12    Q.   When was the staff enlarged?
13    A.   I guess at the beginning of this year.
14    MR. REZNECK: Please, don't guess.
15    A.   Well, I don't know.
16    BY MR. TERRIS:
17    Q.   You have no idea when the staff
18  increased?
19    A.   Well, you could see people -- I guess
20  maybe this year the staff increased.
21    Q.   Now, you said that there were
22  previously complaints. Were those complaints in

```
 1    writing?
 2         A.    I'm not sure if they were all in
 3    writing.  We heard them in terms of parents
 4    voicing their opinions.  I do not know if
 5    everything was written about the complaints.
 6         Q.    Were oral complaints made to staff
 7    members of the center?
 8         A.    Parents would complain to us.
 9         Q.    Were records kept of those complaints?
10         A.    I don't know if records were kept
11    about the complaints.
12         Q.    Why would records not be kept?
13         A.    I don't know.
14         Q.    Were any complaints ever made to you?
15         A.    Yes.  There were complaints made about
16    cases that we weren't doing in a timely manner and
17    parents may have written complaints to Ms. Johnson
18    about, Sandra Johnson about cases that were not
19    being done in a timely manner.
20         Q.    Did you keep records of the oral
21    complaints that were made to you?
22         A.    I don't know if I kept -- no, I did
```

```
 1     not, but I did share them with Ms. Johnson about
 2     the complaints.
 3          Q.   And you say you shared them with
 4     Ms. Johnson.  Does that mean you told Ms. Johnson
 5     orally about them?
 6          A.   Yes, I did.
 7          Q.   So does that mean the center does not
 8     have files that indicate, that include documents
 9     reflecting the complaints that were made?
10          A.   I think we're doing that now.  And
11     again, written complaints have come into the
12     office and Ms. Johnson keeps -- there are written
13     complaints kept in the child's file and a letter
14     may be sent about a particular case, it's in the
15     child's file.
16          When we note that a parent, now in the case
17     file there is a form in the case file that's logs
18     in when a parent may call, when that parent, what
19     the complaint was, that there was concern.  It's
20     written in the file about that and usually it goes
21     to the case manager about the complaint in the
22     case log.
```

88

1    Q.  So that description you have just
2  given about how complaints are logged in the case
3  file, is that done for oral complaints?
4    A.  Yes.  If they have a conversation with
5  a parent -- now there's, I would say from previous
6  to up to, it may not have been a complete file, I
7  would say written information, but now there is.
8  They're in the file.
9    The files now have a log where the case
10  manager calls a parent is logged in the case file
11  and information what the parent said and what the
12  case manager did in terms of that correspondence
13  are kept in the log now.  Letters are kept in the,
14  I'm sorry, in the file about any correspondence,
15  any information going back between the parent and
16  the case manager.  That is kept in the file.
17    The files are, we have a file like I guess
18  you see medical files that the files are done that
19  way now so you will know when an HOD is in there,
20  when there is a correspondence sent to the parent
21  and things of that nature.  It's kept in the file.
22    Q.  When did this method that you just

Case 1:05-cv-01437-RCL    Document 97-8    Filed 03/10/2008    Page 7 of 8

89

1   described begin?

2   A.   It may be -- when we started changing
3   the files over to make sure we were in compliance
4   with merging of records, it may have started.  I'm
5   not sure, but I'm for certain it began in January
6   of this year or maybe a little bit of last year,
7   I'm not sure.

8   Q.   And the complaints that you said that
9   were made to you, were they then recorded and put
10  in the case files?

11  A.   I basically referred the complaints to
12  the case manager because that was the person who
13  was going to see the process or talk to the
14  parents about that.  I would indicate on a sticky
15  note this parent called, please call this parent
16  back.  This is what the parent is concerned about.
17  That's how I would do it because I would not take
18  hold of a case and call a parent back and
19  intervene.  I gave the information to the case
20  manager.

21  Q.   And the case manager put that in the
22  files?

1      A.    Yes.  It's in the file.  Mine was on a
2  sticky note, call this parent back, make contact
3  because this is not done, that is not done.
4         MR. TERRIS:  We would like also the
5  recordings of those complaints that have been
6  made.
7         MR. REZNECK:  I think you asked for
8  that.  Right?
9         BY MR. TERRIS:
10     Q.    What is Child Find?
11         MR. REZNECK:  Object to the form of the
12  question.  I don't think she's here to give legal
13  or expert testimony.
14         BY MR. TERRIS:
15     Q.    That's not a legal question.
16     A.    To identify or locate or to locate,
17  identify and evaluate a child who is suspected of
18  having a disability.
19     Q.    When did the District first start
20  engaging in child find activities?
21     A.    Now, I do not know the year, sir.  I
22  do not know.