# Exhibit G

COPY

1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2    _____

 3    DL, et al., on behalf of themselves,x
      and others similarly situated,      :
 4                                        :
                         Plaintiffs,      :
 5        vs.                             :Civil Action #
                                          :05-1437 (RCL)
 6    THE DISTRICT OF COLUMBIA, et al.    :
                                          :
 7                         Defendants.    x

 8    _____

 9                   WASHINGTON, D.C.

10                   Thursday, December 13, 2007

11    DEPOSITION OF:

12                   CHANDA WHITAKER,

13    a witness, called for examination by counsel on

14    behalf of the plaintiffs, pursuant to Notice and

15    agreement of the parties as to time and date, taken

16    at the law offices of Terris, Pravlik & Millian,

17    Esquires, 1121 12th Street, N.W., Washington, D.C.,

18    beginning at approximately 9:15 o'clock, a.m.,

19    before Raakeebah L. Henderson, a court reporter and

20    Notary Public and court reporter in and for the

21    District of Columbia, when were present on behalf

22    of the respective parties:
```



**CAROL J. THOMAS STENOTYPE
REPORTING SERVICES, INC.**
3162 MUSKET COURT
FAIRFAX, VIRGINIA 22030
(703) 273-9221

```
 1   upon at the end of that meeting; is that right?
 2       A.   That finishes it, yes.
 3       Q.   Is there a procedure at the CARE Center to
 4   handle complaints that parents have about any of
 5   the procedures or activities of the center?
 6       A.   That's not a written procedure, no.
 7       Q.   What happens if somebody, if a parent did
 8   make a complaint?
 9       A.   Usually what happens they'll speak to
10   their case manager.  If there's a complaint that
11   person will speak with the supervisor.
12       Q.   You said there's no actual procedures to
13   how that's supposed to be handled; is that correct?
14       A.   No.
15       Q.   There's no -- is there any procedure for
16   that being that the complaint being put into
17   writing?
18       A.   The parent receives their procedural
19   safeguards manual.  If there's something that we
20   weren't able to resolve at the CARE Center then
21   they have rights to move forward with the
22   information that's provided to them in their
```

```
 1    procedural safeguard.
 2         Q.   That manual provides procedures -- am I
 3    right that that provides procedures if the parent
 4    doesn't think the services being provided to the
 5    child are not appropriate; is that right?
 6         A.   I mean if the parent has a complaint about
 7    anything that information is provided for them
 8    within the procedure safeguards manual.
 9         Q.   I'm trying to distinguish between two
10    different things.  One is that a parent says I
11    haven't been treated right or a parent said --
12    that's one possibility.
13              The other says that the particular services
14    being offered to my child I think are the wrong
15    services.  I think my child needs something
16    different.
17              Now the manual you're talking about does it
18    deal with the second situation?
19         A.   Yes, if the parent has a complaint about
20    their child's IEP and the services, yes, it does.
21         Q.   What if the parent has a complaint they
22    think that they way they're treated at the
```

1    center is not -- let's -- just to make something
2    up.  The parent says I was treated rudely.  Is
3    there a complaint process at the center for
4    handling that kind of a complaint?
5        A.   No.
6        Q.   Has that ever happened that somebody makes
7    that kind of a complaint?
8        A.   That they weren't being treated properly?
9        Q.   Correct.
10       A.   Not to my knowledge.
11       Q.   After the IEP meeting that you described
12   how long is it after that before the child starts
13   receiving services that have been prescribed in the
14   IEP?
15       A.   I don't know.
16       Q.   So the child that is moving from Part C to
17   Part B how is eligibility determined in that
18   transition?
19       A.   Some students that come from Part C may
20   already have evaluations.  And the team will review
21   those evaluations still to determine if the child
22   needs any further evaluations to help them