# Exhibit I

# DEFENDANTS' RESPONSE TO PLAINTIFFS' EXHIBIT L

| Plaintiffs' February 4, 2008, Motion to Compel, Exhibit L | Defendants' Response to Exhibit L |
|---|---|
| Plaintiffs' Exhibit L, #1<br>First Document Request 9, 19 (hereinafter "FDR") | -Objection to DCPS Special Program Budgets for FY 2000, 2001 and 2002 since they predate January 1, 2003.<br>-Defendants produced Bates Stamp 4718 DCPS Child Find Expenditures for FY 2007.<br>-Defendants also produced Bates Stamp 9612-9613 (DCPS Special Education Budgets for FY 2007) and Bates Stamp 9614 (DCPS Special Education Budget for FY 2008 with Expenditure Information through 2/12/08). |
| Plaintiffs' Exhibit L, #2<br>FDR 1, 19 | -No such Child Find Budgets exist, with the exception of Bates Stamp 4718, because Special Education Budgets do not breakout Child Find (or the CARE Center; rather, it is all absorbed into "Special Education".<br>-Objection to the Child Find Budgets from 2000, 2001 and 2002 since they predate January 1, 2003. |
| Plaintiffs' Exhibit L, #3<br>FDR 15 | -FDR 15 does not include the language used by the Plaintiffs in Exhibit L, #3 on their chart.<br>-However, defendants supplied documents pertaining to Part B and Part C contractors including private and religious schools, Head Start Program and others, including Bates Stamp 1680-1727 (Directory of therapeutic services from contractors), 2354-2361 (Radio One commercial broadcasting information), 3761-3763 (DCPS, OSE Statement of services agreement for private-religious schools), 9323-9325 (GUMC and DUCCHD, Child Find Monthly Report, dated 9/9/03), 9326-9328 (Mary's Center Child Development, Child Find Report, dated 10/8/03) and 9329-9331 (Children's National Medical Center, Monthly Report for 10/03, dated 11/10/03). |
| Plaintiffs' Exhibit L, #4<br>FDR 14, 15 | -No such document found after search.<br>-Objection to MOU between DHS and DCPS predating 2004 (mentioned once in Badiyah Mushirah-Sharif's deposition) since it is from before January 1, 2003. |

| | |
|---|---|
| Plaintiffs' Exhibit L, #5<br>Second Document Request 1 (hereinafter "SDR") | -Documents relating to plaintiffs' excerpt taken from Bates Stamp 7667 may not exist, since the excerpt was part of a page taken from a document with goals for 2007-2008, made in August of 2007.<br>-All the documents surrounding it, Bates Stamp 7653-7713, were given. |
| Plaintiffs' Exhibit L, #6<br>FDR 14, 15 | -No such status reports have been found. |
| Plaintiffs' Exhibit L, #7<br>FDR 10; SDR 5 | -Defendants produced available complaint documents including Bates Stamp 9061 (Email Complaint from Parents of Gabriel Gauvin to Zondra Johnson, dated 1/16/08) and 9062-9063 (Complaint Letter from Attorney for Imiya Christian to CARE Center School Psychologist, dated 1/9/08)<br>-The pages referenced by the plaintiffs in the Sharif and Johnson depositions do not support the claim that there are a number of complaints against the CARE center.  As explained in the depositions, there is no formal procedure for handling complaints. However, complaints received orally are referred to the supervisor or case manager, and may or may not have been documented in student files. |
| Plaintiffs' Exhibit L, #8<br>FDR 3; Third Document Request 2 (hereinafter "TDR") | -The pages referenced by the plaintiffs in the Sharif deposition do not support the claim that any records were kept of parents complaining about Child Find practices, special education or transition. |
| Plaintiffs' Exhibit L, #9<br>FDR 3, 10; SDR 5 | -See response to #7 and #8 above. |
| Plaintiffs' Exhibit L, #10<br>FDR 15 | -FDR 15 does not request this information. |
| Plaintiffs' Exhibit L, #11<br>FDR 3 | -Defendants produced many documents describing attempts to improve and best practices of Child Find and special education services including Bates Stamp 4404-4410 (3/30/06 letter about state performance plan, including issues, indicators and action to improve), 4507-4528 (Preschool Assessment Process), 4545-4670 (DCPS Office of Special Education Policies and Procedures Manual from 5/29/01 (esp. Chapter one 4546-4548 on philosophy, goals and objectives), 5743-5778 (DC Office of the State Superintendent of Education "OSSE" Comprehensive Child Find Guide: Policy and Procedures August 2007), 5880-5900 (5/30/2007 Child Find presentation by Johnson about current practices), 5901-5919 (DCSEA Preschool Special Education Presentation by |

|  |  |
|---|---|
|  | Johnson), 6224-6334 (The transition process and guidelines and obligations), 7118-7163 (DCPS Early Childhood Special Education Strategic Plan establishing 3 year goals: 2006-2009 with current statistics and analysis), 7202-7217 (Issues, improvement activities, data and targets, and grant info), 7653-7670 (8/15/07 Interagency collaboration and services integration commission: statistics, regulations, plans, goals and recommendations) and 9084-9184 (Correspondence between DC Early Intervention Program and at times OSSE and DCPS and the National Center for Special Education Accountability Monitoring (NECSEAM) and National Early Childhood Technical Assistance Center (NECTAC), dated end of 2006 to early 2008). |
| Plaintiffs' Exhibit L, #12<br>FDR 16 | -Defendants produced documents pertaining to HHS and DCPS and the Head Start program. These include Bates Stamp 3082-3085 (DCPS and Head Start Collaboration), 3302-3634 (HHS Head Start performance standards and other regulations), 3635-3659 (DCPS Head Start Program Procedures, Framework and Operational Procedures from HHS), 3660-3691 (HHS On-site review with a 4/11/05 Head Start Review Report, and a letter 10/03/05 to DCPS) and 13779-13785 (Head Start and DCPS MOA, dated 3/8/06). |
| Plaintiffs' Exhibit L, #13<br>FDR 4, 5, 11, 12, 13 | -Defendants produced many correspondences between DCPS and OSEP including Bates Stamp 1019-1115 (DCPS Special Conditions Report to OSEP 2005), 1116-1127 (Annual State Application Under Part B of IDEA for 2005), 1128-1204 (Part B State Performance Plan for 2005-2010 draft), 3887-3899 (Annual State Application Under Part B of IDEA for 2006 draft), 4415-4506 (DCPS Part B State Performance Plan for 2005-2010 final version), 6571-6576 (Letter from Stephanie Smith Lee of OSEP to Yvonne Gilchrist of DHS regarding an OSEP verification visit under CIFMS 12/12/03), 6577-6583 (Letter from Stephanie Smith LEE of OSEP to Yvonne Gilchrist of DHS responding to DC's 2001 IDEA Part C Annual Performance Report 2/27/04), 6584-6591 (Letter from Troy Justesen of OSEP to Yvonne Gilchrist of DHS 2003 IDEA Part C Annual Performance Report 8/29/05), 6592-6593 (Letter from Troy Justesen of OSEP to |

|  | Yvonne Gilchrist of DHS approving DC's Part C State Performance Plan 3/15/06), 6594-6607 (Letter from Stephanie Smith LEE of OSEP to Yvonne Gilchrist of DHS responding to DC's 2002 IDEA Part C Annual Performance Report 12/22/04), 6608-6610 (Letter from Patricia J. Guard of OSEP to Yvonne Gilchrist of DHS on timeliness of DC's filing 2005 Part C Annual Performance Report and State Performance Plans 6/15/07), 6611-6683 (Part C Revised SPP for 2005-2010), 6684-6715 (Part C State Annual Performance Report for 2005), 6716-6722 (DC Part C State Performance Plan for 2005 and Annual Performance Report Response Table), 6727-6739 (Annual State Application Under Part B of IDEA for 2006), 6740-6753 (Annual State Application Under Part B of IDEA for 2007), 7714-7749 (DCPS Annual Performance Report 05-06 School Year) and 9545-9611 (FFY 2002 Annual Performance Report for Part C, dated 3/29/04 as submitted by DHS to OSEP).<br>-Objection to Part B Annual State Application and Enclosure for FY 2000, 2001, and 2002 as predating 2003.<br>-Objection to Part B Performance Plans for FY 2000, 2001 and 2002 as predating 2003.<br>-Objection to Part B Annual State Performance Report for FY 2000, 2001, and 2002 as before 2003.<br>-Objection to APR response tables for 2000, 2001 and 2002 as predating 2003.<br>-Many of the documents for 2007, 2008 and later did not exist at the time of document requests.<br>-Objection to Part C State Performance Plan for FY 2000, 2001 and 2002 due to pre-2003 status.<br>-Objection to Part C Annual Performance Reports for FY 2000, 2001, 2002 as predating 2003.<br>-Objection to Part C Report on Infant and Toddlers exiting Part C for FY 2000, 2001 and 2002 as predating 2003.<br>-See also Declaration of Karen Griffin, exhibit of the present opposition and of defendants' prior opposition to Plaintiffs' 2006 Motion to Compel, which addresses missing documents prior to 2006. |

| | |
|---|---|
| Plaintiffs' Exhibit L, #14<br>FDR 7, 8 | -Defendants produced compliance documents including Bates Stamp 9493-9505 (Letter from Joan Christopher of DHS to Leonard McPherson of Phoenix Therapeutic Services regarding DC Early Intervention Compliance, dated 6/24/04), 9506-9507 (Letter from Joan Christopher of DHS to Dr. Penny Glass of Children's National Medical Center regarding DC EIP Intervention Compliance, dated 6/24/04), 9508-9511 (Letter from Joan Christopher of DHS to Christie Mc Kay of Mary's Center for Maternal and Child Care regarding DC EIP compliance, dated 6/28/04), 9512-9529 (Non-Compliance Identified through Child Find Contractor Desk Audits), 9532 (Transition Conference Compliance Report 10/02-9/03) and 9533 (Transition Conference Compliance Report 10/03-6/04).<br>- In her deposition, Badiyah Mushirah-Sharif did not reference "Compliance Studies" as plaintiffs suggest.<br>-Bates Stamp 6566-6570 (DC Infants and Toddlers with Disabilities: List of Contracts and Consultants dated 9/19/07) |
| Plaintiffs' Exhibit L, #15<br>FDR 10, 15, 29, 30, 36 | -Defendants produced documents pertaining to the training of DCPS staff on special education services, including Bates Stamp 1339-1453 (Transition Training for Early Intervention Providers), 1454-1513 (Training and Capacity Building for Early Identification and Referral), 5880-5900 (D.C. State Education Office Child Find Presentation by Zondra Johnson for LEA's, including Charter Schools, dated 5/30/07-5/31/07), 5901-5919 (D.C. State Education Agency, Preschool Special Education Presentation by Zondra Johnson for LEA's, including Charter Schools, dated June 2007), 6224-6334 (DHS and DCPS Transition Training Manual for Providers, current version, 2007.  This manual had been used since 1997.  2005 version is provided at 1342-1449), 6847-6871 (Administrations of the Battelle Development Inventory, 2nd Edition," training slideshow presented by Zondra Johnson of the CARE Center for Special Education Teacher Staff Development, dated 1/5/07) and 9056-9060 (DCPS Early Childhood Professional Development, dated January 2-4, 2008). |

5

| | |
|---|---|
| Plaintiffs' Exhibit L, #16<br>FDR 36 | -Objection to pre-2003 Part B and Part C staff listings for FY 2000, 2001 and 2002.<br>-Defendants produced Bates Stamp 1241-1244 (Staff lists for DC EIP FY 2003, 2004, and 2005), 4673-4676 (Letter Explaining DHS ECEA Changes with Chart) and 6768-6769 (Early Childhood Special Education Staff at CARE Center (Child Find Team), through 11/8/07). |
| Plaintiffs' Exhibit L, #17<br>FDR 36, 37 | -Contrary to assertions in Plaintiffs' Exhibit L, #17, Zondra Johnson stated in her deposition (Plaintiffs' Exhibit K at 124-131) that Exhibit 37 referred to all staff, and at that point, there were no educational program specialists on her staff, which is why she had not originally produced the announcement (Bates Stamp 7164-7165) for the educational program specialist position.<br>-Defendants produced available job descriptions Bates Stamp 3089-3090 (DCPS Job Description for Education Coordinator- Zondra Johnson), 3091-3092 (DCPS Job Description for Education Specialist), 3093-3094 (DCPS Job Description for Special Education Coordinator), 7164-7165 (DCPS Job Announcement for Education Program Specialist, current position of Chanda Whitaker of CARE Center) and 13776-13778 (Job Announcement for OSSE Early Childhood Special Education Specialist, dated 12/19/07). |
| Plaintiffs' Exhibit L, #18<br>FDR 38 | -No such official meeting minutes exist.<br>-Defendants produced documents relating to DC Interagency Coordinating Council ("ICC") at Bates Stamp 6424-6487.<br>-No other ICC documents were found after search. |
| Plaintiffs' Exhibit L, #19<br>FDR 14, 38; SDR 1 | -No such official meeting minutes exist.<br>-Objection to producing documents that predate January 1, 2003.<br>-Defendants produced at Bates Stamp 6204-6217 (Transition Coordination and Planning Meetings- Agendas and Attendance Sheets), 6531-6556 (Joint DCPS and DHS Transition Coordinators' Meeting Records), and 6557-6558 (Sample of new 2007 form attached to the Transition Conference Meeting Notes). |
| Plaintiffs' Exhibit L, #20<br>FDR 14, 38 | -Defendants produced documents including Bates Stamp 1245-1338 (Transition Services for Families and Transition Orientation for Families), 5922-5943 (Part C to Part B Transition Invitations to parents, |

6

| | |
|---|---|
| | dated 2007), 6204-6217 (Transition Coordination and Planning Meetings- Agendas and Attendance Sheets), 6221-6222 (DC EIP Transition Orientation for Families- Attendance Sheets for 11/10/05 and 4/13/06) and 9530-9531 (DC EIP Transition Log, June 2004). |
| Plaintiffs' Exhibit L, #21<br>FDR 16 | -After searching, only a portion of requested closing report by Joan Christopher was found and has been produced at Bates Stamp 7635-7652.<br>-Plaintiffs request Part B and Part C employee closing reports, based on Joan Christopher's deposition testimony. (Plaintiffs' Exhibit Q, Transcript at 247-248). However, no closing reports are required by exiting employees. |
| Plaintiffs' Exhibit L, #22<br>FDR 30 | -No such documents found after search. |
| Plaintiffs' Exhibit L, #23<br>-FDR 34, 35 | -Plaintiffs' request for a list of all children screened for birth defects is based on a description in an MOU, Bates Stamp 2511. Bates Stamp 2511 makes no reference to children screened at birth for defects, let alone any list of children screened. As such, there is no responsive document.<br>-However, defendants have already produced documents on how children become a part of the special education system including Bates Stamp 3095-3096 (DCPS Early Childhood Screening and Assessment Process), 1896-1904 (Child Find Reference Guide), 2322-2323 (DC EIP Child Find Outreach and Identification Policies) and 2704 (DC Linkage and Tracking System). |
| Plaintiffs' Exhibit L, #24<br>FDR 14, 35 | -Defendants produced information about data sharing policies including Bates Stamp 2538-2580 (Guide to DC EIP Management Information System Database) and 9534-9542 (Memo of Understanding Between The District, DHS, OECD and DCPS to Improve Interagency Collaboration, Data Sharing, and Referral Linkages in Support of Children and Families 6/21/04). |
| Plaintiffs' Exhibit L, #25<br>SDR 4 | -DCPS must accommodate all children found eligible for special education services; thus, there is no set number of seats available for such children.<br>-Objection to producing the record for the years 2000, 2001 and 2002, since they predate 2003.<br>-Defendants produced information on the number of children who have been in various special education programs including: Bates Stamp 6561-6563 (Report |

| | |
|---|---|
| | on Infants and Toddlers Exiting Part C Programs for 2004-2005), 6564-6565 (Report on Infants and Toddlers Exiting Part C Programs for 2005-2006), 6570 (Report on Infants and Toddlers Exiting Part C Program for 2006-2007), 6767 (Early Childhood Special Education Program Seats through 11/8/07- informal data collected by Zondra Johnson of the CARE Center), 7368-7409 (Internal DCPS Early Childhood Office Registration Tracking Log) and 7750-7760 (Part B Child Count DATA for 2005, dated 2/1/06). |
| Plaintiffs' Exhibit L, #26<br>FDR 16 | -Defendants produced the available documents related to data collection made by Joan Christopher (Bates Stamp 7635-7652) described in her deposition.<br>-No other responsive documents found after search. |
| Plaintiffs' Exhibit L, #27<br>FDR 15 | -Defendants produced the reports and documents between DC Early Intervention Program and consultants on Bates Stamp 7635-7652 (Information regarding Database for DHS DC EIP, compiled by Joan Christopher and given to her successor in the fall of 2004), 9084-9184 (Correspondence between DC EIP and at times OSSE and DCPS and the National Center for Special Education Accountability Monitoring- NECSEAM and National Early Childhood Technical Assistance Center- NECTAC, dated end of 2006- to early 2008. |
| Plaintiffs' Exhibit L, #28<br>FDR 35 | -FDR 35 does not require defendants to make a key for the CD produced. |
| Plaintiffs' Exhibit L, #29<br>FDR 3, 14, 17, 38 | -Objection to producing Transition Logs for the years 2000, 2001 and 2002.<br>-Defendants produced Bates Stamp 7445-7457 (Report generated from DHS Services and DCPS Transition Database, current through 10/24/07- redacted version previously produced at 5979-5992), 7458-7609 (DHS DC Early Intervention Program Transition Log, 2003-2006- previously produced only with regard to named plaintiffs) and 9530-9531 (DC EIP Transition Log, June 2004). |
| Plaintiffs' Exhibit L, #30<br>FDR 10, 20, 22, 26, 33, 39 | -Objection to producing the requested documents for the years 2000, 2001 and 2002.<br>-Defendants produced cumulative information to plaintiffs, and object to burdensomeness of providing information for all non-plaintiffs. However, defendants have agreed to provide information for 24 non-plaintiffs. As such, |

| | |
|---|---|
| | defendants produced records for those children at Bates Stamp 7787-9050, and continues to search for more responsive documents. |
| Plaintiffs' Exhibit L, #31<br>FDR 17 | -Objection to producing Child Find Registration Tracking Logs for the years 2000, 2001 and 2002.<br>-Further, the CARE Center did not open until late 2004, therefore there are no earlier tracking logs. Defendants provided plaintiffs with all responsive documents.<br>-Defendants produced all Registration Tracking Logs through mid-November of 2007 in existence at Bates Stamp 6805-6846 and 7368-7409.<br>-Requested information about plaintiffs is included in their files and records at Bates Stamp 1- 1018, 5993-6203, 12256-13774 and at 7368-7409 (Registration Tracking Logs). |
| Plaintiffs' Exhibit L, #32<br>FDR 17, 21, 34 | -Objection to producing the schedule for CARE Center Screening/Observation Logs for the years 2000, 2001 and 2002.<br>- The CARE Center did not open until late 2004, therefore there would not be any documents earlier than that date.  Defendants produced Bates Stamp 9615-12255 and will be producing more once they are collected. |
| Plaintiffs' Exhibit L, #33<br>FDR 21, 34; SDR 1 | -No such document has yet been found.<br>-Defendants produced Updated Child Find information at Bates Stamp 9066-9082 (Email from newly hired DHGS ITDD Child Find/Family Support Specialist Wanda Tyler to Child Find Community with Updated Child Find Documents, dated 2/7/08). |
| Plaintiffs' Exhibit L, #34<br>FDR 3, 21, 32, 34, 35 | -Objection to producing Child Find statistics and screenings for the years 2000, 2001 and 2002.<br>-Plaintiffs' requested outreach materials have been enumerated in this chart in response to Plaintiffs' Exhibit L, #41. |
| Plaintiffs' Exhibit L, #35<br>FDR 21, 34 | -No such document exists.  Bates Stamp 4507-4527 is the final version. |
| Plaintiffs' Exhibit L, #36<br>FDR 10, 25 | -No such documents have been found. |
| Plaintiffs' Exhibit L, #37<br>FDR 15, 25 | -Defendants produced Internal DCPS Early Childhood Office Registration Tracking Log, Bates Stamp 7368-7409, which includes information on children who have been found eligible for services and placed in a Head Start program. |

9

| | |
|---|---|
| Plaintiffs' Exhibit L, #38<br>FDR 1, 2, 3, 5, 6, 7, 8, 10, 14, 18, 19, 29, 30, 31, 32, 33, 38; SDR 1 | -Defendants produced the most recent documents falling within this request. Some examples include Bates Stamp 4507-4527 (DCPS CARE Center Preschool Assessment Process, finalized 4/18/06 and currently in effect), 6224-6334 (DHS and DCPS Transition Training Manual for Providers, current version. This manual has been used since 1997. 2005 version is provided at 1342-1449), 6335-6423 (DHS and DCPS Transition Orientation Manual for Families, current version. This manual has been used since 1997. 2005 version is provided at 1260-1334), 6488-6523 (Current Transition Policies and Procedures). |
| Plaintiffs' Exhibit L, #39<br>FDR 10 | -Objection to Public Awareness Reports for the years 2000, 2001 and 2002 since they predate 2003.<br>-Plaintiffs' requested outreach materials have been enumerated in this chart in response to Plaintiffs' Exhibit L, #41. |
| Plaintiffs' Exhibit L, #40<br>FDR 32 | -Plaintiffs' requested outreach materials (including those documents in multiple languages) have been enumerated in this chart in response to Plaintiffs' Exhibit L, #41. |
| Plaintiffs' Exhibit L, #41<br>FDR 3, 10, 32, 42 | -Objection to producing the website pages for the years 2000, 2001 and 2002 since they predate 2003.<br>-Defendants produced numerous documents regarding public awareness and outreach pertaining to Child Find for preschool children including: multilingual phone lines, city-wide screening, flyers, brochures, radio ads, bus and metro ads and websites.<br>-These produced documents include Bates Stamp 1582-1595 (DC Child Find and Child Find Reference Guide), 1595-1634 (DC Child Find, Phone Line, Screening and Media Outreach, Part B and Part C Collaborations), 1635-1802 (A Universe of Services 2003-2004 Directory) 1804-1815 (Is Your Baby Blooming- in Spanish and English), 1842-1852 (Brochure of Early Intervention), 1855-1866 (Brochure on Early Intervention), 1958-1959 (DCPS and DHS Flyer for monthly Transition Orientation for Families), 2195-2200 (DCPS and DHS Child Find Poster), 2201-2202 (DCPS Child Find Information on DCPS website), 2203-2204 (DCPS and DHS Child Find Pamphlet), 2322-2323 (DC EIP Child Find Outreach Identification Policies), 2330-2331 (DC EIP Child Find Public |

|  | Awareness Accomplishments for FY2003 and 2004), 2339 (DC EIP Media Outreach Coversheet), 2342-2353 (DC EIP Outreach on WJLA/ABC 7), 2354-2361 (DC EIP Outreach on Radio One, Washington D.C.), 2364 (DC EIP Mailing and Information Distribution Coversheet), 2366 (DCPS and DHS Child Find Poster), 2368-2408 (DC EIP Distribution/Mailing Lists with Letters), 3079-3080 (DCPS Press Briefing, Re: DCPS Outreach to Latino Communities), 3707-3708 (DCPS Parents' Special Education Service Center Flyer, in English and Spanish) and 4671-4672 (Public Awareness Annual Report FY 2006). |
|---|---|
| Plaintiffs' Exhibit L, #42 FDR 29 | -FDR 29 does not call for documents relating to Section 504 of the Rehabilitation Act. |

11