# Exhibit J

Case 1:05-cv-01437-RCL   Document 97-12   Filed 03/10/2008   Page 1 of 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

### **DEFENDANTS' INITIAL DISCLOSURES**

Defendants respectfully submit their initial disclosures, pursuant to Fed. R. Civ. Pro. 26(a):

**District of Columbia Public Schools ("DCPS") Employees Who May Have Discoverable information:**

1. Zondra Johnson, Director of DCPS Child Find
   Jenny Johnson, Transition Specialist of DCPS Child Find
   Chandra King, Transition Specialist of DCPS Child Find

   C.A.R.E. ("Centralized, Assessment, Referral, and Evaluation") Center
   Child Find Office of DCPS Office of Special Education
   Shaw Junior High School
   925 Rhode Island Ave., N.W.
   Washington, D.C. 20001
   (202) 671-0882
   Child Find generally

2. Karen Griffin, Direct of State Education Agency/Local Education Agency Affairs
   DCPS Office of Special Education
   District of Columbia Public Schools, 8th Floor
   825 North Capitol Street, N.E.
   Washington, D.C. 20002
   (202) 442-4800
   Child Find generally, prior to Ms. Zondra Johnson's appointment as Director

**District of Columbia Department of Human Services ("DHS") Employees Who May Have Discoverable information:**

1. Barbara Kamara, Director of DHS Office of Early Childhood Development ("OECD")
   Ellen M. Yung-Fatah, Deputy Director of DHS OECD
   Tammy Proctor, Child Find Coordinator of DHS OECD

   DHS Office of Early Childhood Development
   717 14th Street, N.W., 12th Floor
   Washington, D.C. 20005
   (202) 727-1839
   Child Find generally

2. Joan Christopher, former Program Manager of OECD
   1100 Dale Drive
   Silver Spring, M.D. 20910
   (301) 495-9328
   Child Find generally

**Categories of DCPS Documents**

1. Outreach Documents
   Office of Special Education
   District of Columbia Public Schools, 8th Floor
   825 North Capitol Street, N.E.
   Washington, D.C. 20002

2. Student Records (identified for assessment or identified and receiving services)
   C.A.R.E. [Centralized, Assessment, Referral, and Evaluation] Center
   Shaw Junior High School
   925 Rhode Island Ave., N.W.
   Washington, D.C. 20001

3. Student Records (identified for assessment or identified and receiving services)
   Maintained at each student's school

4. Child Find policies, procedures, manuals, and training materials
   Office of Special Education
   District of Columbia Public Schools, 8th Floor
   825 North Capitol Street, N.E.
   Washington, D.C. 20002

5. Student Support Teams ("SSTs") policies, procedures, manuals, and training materials
   Office of Special Education
   District of Columbia Public Schools, 8th Floor
   825 North Capitol Street, N.E.
   Washington, D.C. 20002

6. Documents furnished to Plaintiffs' counsel in response to Freedom of Information Act Requests

**Categories of DHS Documents**

All of the below-listed documents are maintained at:

DHS Office of Early Childhood Development
717 14th Street, N.W., 12th Floor
Washington, D.C. 20005

1. Early Intervention Outreach Materials;

2. Child Find Screening Materials;

3. Early Intervention Program Child Find Policies and Procedures;

4. Identification and Referral Materials; and

5. Records of Children (identified or referred for assessment or identified and receiving services).

Defendants reserve the right to supplement and/or amend these disclosures as additional information becomes available. Further, in providing the above information, Defendants do not waive any applicable privileges or objections.

            Respectfully submitted,

            ROBERT J. SPAGNOLETTI
            Attorney General of the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General
            Civil Litigation Division

            EDWARD P. TAPTICH
            Chief, Equity Section 2

|  |  |
|---|---|
|  | **/s/ Daniel A. Rezneck** |
|  | DANIEL A. REZNECK [#31625] |
|  | Senior Assistant Attorney General |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
|  |  |
|  | **/s/ Eden I. Miller** |
|  | EDEN I. MILLER [#483802] |
|  | Assistant Attorney General |
|  | 441 4th Street, N.W., 6th Floor South |
|  | Washington, D.C. 20001 |
| October 25, 2005 | (202) 724-6614 |

4