# Exhibit K

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL, *et al.*,  )
            )
      Plaintiffs,  )
            )
   v.       )   Civil Action No. 05-1437 (RCL)
            )
DISTRICT OF COLUMBIA, *et al.*,  )
            )
      Defendants.  )
_____)

### DECLARATION OF KAREN GRIFFIN

I, Karen Griffin, do hereby declare and state as follows:

1. My name is Karen Griffin. I am the Special Assistant of the District of Columbia Public Schools ("DCPS") Office of Special Education. I have held this position since July 6, 1999.

2. My job responsibilities include, but are not limited to, state reports, focusing on duties as contact point with United States Department of Education ("DOE").

3. I have provided all documents in my possession in response to the request for discovery in the above-captioned case.

4. Specifically, I have searched my files extensively to respond to those requests in Plaintiffs' December 28, 2005, First Set of Requests for Production of Documents that pertain to DOE and DCPS communications (including letters and reports).

5. All documents responsive to such requests which have been located have been produced to Plaintiffs.

6. Further, I have seen the letter from Plaintiffs' counsel, dated March 16, 2006, requesting certain DOE documents that I was unable to produce.

7. Around the time of that letter, during the middle of March, 2006, I searched my files again, and did not find any further documentation.

8. Subsequent to the March 16, 2006, letter from Plaintiffs' counsel, I did produce a draft of the Annual State Application Under Part B of IDEA for FY 2006; a March 30, 2006, Letter from DOE to DCPS, Re: DCPS' Part B State

      Performance Plan for 2005-2010; and the final version of DCPS' Part B State Performance Plan for 2005-2010.

9. There are no other documents that I have retained or received which have not already been provided. Any additional documents from the Department of Education that were once in my possession have been lost or destroyed.

10. Further, as I am the primary DOE contact person, no other DCPS employees would have maintained such documents in their possessions.

11. I make this declaration upon personal knowledge, information and belief. I would testify consistent herewith if called to testify.

I declare under penalty of perjury that the foregoing is true and correct. **Executed on July 26, 2006.**

*[signature]*
Karen Griffin
Special Assistant, Office of Special Education

2