UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) ) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Defendants' Motion to Compel Discovery Production of Documents by Plaintiffs, plaintiffs' opposition, and the entire record herein, it is hereby

ORDERED, that Defendants' Motion is denied.

_____                             _____
DATE                                                                        ROYCE C. LAMBERTH
                                                                                  UNITED STATES DISTRICT JUDGE