UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) THE DISTRICT OF COLUMBIA, *et al.* ) ) Defendants. ) ) | Civil Action No. 05-1437 (RCL) |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY BRIEF
IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiffs hereby move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to submit plaintiffs' reply with respect to Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and Plaintiffs' First Set of Interrogatories.

Defendants filed their opposition brief on March 10, 2008. Therefore, pursuant to Rule 6(a), (e) of the Federal Rules of Civil Procedure and Local Rule 7(d) of this Court, plaintiffs' reply brief is due on March 20, 2008. Plaintiffs request additional time to prepare their reply so that it will be due on March 25, 2008.

Plaintiffs request the extension of time in order to have adequate time to prepare their reply. On March 6, 2008, one month after being served with plaintiffs' motion to compel and only four days before filing their opposition, defendants produced approximately 6000 pages of documents.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

1

*See* Def. Ex. A (Defendants' Eleventh Supplemental Document Index). Defendants cite these documents repeatedly in their opposition. *See* Def. Opp. 1, 6, 15, 18, 22, 25; Def. Ex. I (Defendants' Response to Plaintiffs' Exhibit L). In addition, defendants have submitted three new declarations. *See* Def. Exs. C (Decl. of Phyllis Harris, dated Feb. 20, 2008), D (Decl. of Laura Kiesler, dated Feb. 20, 2008), E (Decl. of Joseph Younger, dated Mar. 4, 2008). These recently produced documents and three new declarations raise many factual issues. Due to the number of these issues, plaintiffs' counsel require more time to provide a full rebuttal to defendants' arguments. Therefore, plaintiffs request an additional five days to prepare their reply brief.

Plaintiffs consulted with defendants' counsel on March 18, 2008, regarding this motion. Defendants consent to this motion. Therefore, plaintiffs submit that the delay will not prejudice defendants.

### STATEMENT PURSUANT TO RULE 7(m)

Plaintiffs' counsel has conferred with defendants' counsel, Daniel Rezneck, about this motion and he consents to the extension of time.

A proposed order is attached.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005-4632
(202) 682-2100

2

                                                        /s/
                                          JEFFREY S. GUTMAN
                                          (D.C. Bar No. 416954)
                                          The George Washington
                                          University Law School
                                          2000 G Street, N.W.
                                          Washington, DC 20052

                                                        /s/
                                          MARGARET A. KOHN
                                          (D.C. Bar No. 174227)
                                          Attorney at Law
                                          1320 19th Street, N.W., Suite 200
                                          Washington, DC 20036
                                          *Attorneys for Plaintiff*

March 18, 2008