UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) ) | |
| Defendants. ) ) | |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to File Plaintiffs' Reply Brief in Support of Their Motion to Compel Discovery Responses, and the entire record herein, it is hereby

ORDERED, that Plaintiffs' Reply Brief is due on March 25, 2008.

_____         _____
DATE                                              ROYCE C. LAMBERTH
                                                         UNITED STATES DISTRICT JUDGE