**Emily A. Benfer**

| | |
|---|---|
| **From:** | Miller, Eden (OAG) [eden.miller@dc.gov] |
| **Sent:** | Monday, February 04, 2008 5:42 PM |
| **To:** | Emily A. Benfer; Bruce J. Terris |
| **Subject:** | DL Class Action: Objection to Production |
| **Importance:** | High |

Plaintiffs' Exhibits
T

Dear Emily and Bruce:

The District objects to providing the following documents pursuant to the deliberative work product privilege, the attorney client privilege, and the attorney work product privilege, as well as on the basis of undue burden:

1. Any and all drafts of the August, 2007, Draft Office of the State Superintendent of Education Comprehensive Child Find Guide not previously produced to opposing counsel (5743-5778), as well as all emails with edits and discussions about the Draft Guide;

2. Any and all drafts of the August, 2007, Draft Memorandum of Agreement ("MOA") regarding Child Find not previously produced to opposing counsel (5779-5796), as well as all emails with edits and discussions about the Draft MOA; and

3. Any and all drafts of the Interagency Collaboration and Services Integration Commission MOA, dated fall of 2007, not previously produced to opposing counsel (7672-7713), as well as all emails with edits and discussions regarding the MOA.

Please note that the versions of the Draft Guide and the Draft MOA regarding Child Find which were produced to opposing counsel were "final" in that the drafting participants approved the documents for the purpose of settlement negotiations. Neither document is currently fully in effect.

This objection was conveyed to you at least with regard to the Draft Guide on January 15, 2008, at the deposition of Zondra Johnson.

Respectfully,
Dan (through Eden) and Eden

Eden I. Miller, Esq.
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Civil Litigation Division, Equity 2 Section
441 Fourth St., N.W. Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (phone)
(202) 727-3625 (facsimile)

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

2/5/2008