**Plaintiffs' Exhibit U**

October 29, 2007

Bruce J. Terris
Emily A. Benfer
Terris, Pravlik & Millian, LLP
1121 12th St., N.W.
Washington, D.C. 20005-4632

Re: D.L. v. District of Columbia, Civ. Act. No. 05-1437 (RCL)

Dear Mr. Terris and Ms. Benfer,

Enclosed are documents bates-stamped 5743-6223 which may be responsive to your Second Request for Documents and other documentary requests. We have also enclosed an index to the documents.

We are giving careful consideration to your letter of October 23, 2007. We are always ready and willing to meet and confer with you on these matters, as you have a duty to do under Rule 37 of the Federal Rules of Civil Procedure and Rule 7(m) of the Rules of the District Court before filing a motion to compel discovery.

Sincerely yours,

Daniel A. Rezneck

Cc: Eden Miller
    Stephanie Ramjohn