## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D.L., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please withdraw the appearance of Assistant Attorney

General Eden I. Miller as counsel on behalf of Defendant District of Columbia, and enter

the appearance of Assistant Attorney General Jayme B. Kantor as counsel on behalf of

Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Ellen A. Efros**
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK [#31625]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691

**/s/ Jayme B. Kantor**
Jayme B. Kantor [488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6627 (direct line)
(202) 727-3625 (facsimile)

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614 (direct line)
(202) 727-3625 (facsimile)
Eden.Miller@dc.gov

May 8, 2008