UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D.L., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT CONSENT MOTION TO AMEND THE**
**OCTOBER 31, 2005 PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties here move the Court to amend the October 31, 2005 Protective Order. Specifically, the parties would like to expand the Protective Order to include *any* children whose records and information may be relevant to this lawsuit.[1]

This case is a class action filed on behalf of disabled children who are between the ages of three and five years old who seek access to special education and related services pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 *et seq*. The case involves the exchange of confidential information about minor children and their parents or guardians. The current Protective Order does not clearly apply to records of children who are not class members.

The parties have attached here a proposed amended protective order. The parties request that the amended protective order apply both retroactively and prospectively to this case.

---

[1] The Defendants have applied the current Protective Order liberally to many discovery documents without objection by the Plaintiffs, but in an abundance of caution and in respect of the sensitive nature of the documents involved in this case, the parties seek an amended protective order to clearly protect all relevant documents identifying minor children.

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      This Court's October 31, 2005 Protective Order;

2.      Rule 26(c) of the Federal Rules of Civil Procedure; and

3.      The inherent powers of the Court.

Respectfully submitted,

**/s/ Bruce J. Terris**
BRUCE J. TERRIS (D.C. Bar No. 47126)
KATHLEEN L. MILLIAN (D.C. Bar No. 412350)
ALEXANDER R. KARAM (D.C. Bar No. 978703)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

MARGARET A. KOHN (D.C. Bar No. 174227)
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330

JEFFREY S. GUTMAN (D.C. Bar No. 416954)
Jacob Burns Community Legal Clinics
George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052
(202) 994-7463

*Counsel for Plaintiffs*

PETER J. NICKLES
Interim Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General Civil Litigation Division

**/s/ Ellen Efros**
ELLEN EFROS
Chief, Equity Section 1

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK (D.C. Bar No. 31625)
Assistant Attorney General

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691

**/s/ Jayme B. Kantor**
JAYME B. KANTOR (D.C. Bar No. 488502)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6627

*Counsel for Defendants*

May 23, 2008