**EXHIBIT A**
**Privacy Protection Statement for Confidential Information in**
*DL et al., v. District of Columbia, et al.*, **Civ. Action No. 05-1437 (RCL)**

My name is _____.   I reside at

_____

_____.

I am:

_____          An employee or student working for Terris, Pravlik & Millian, LLP.

_____          An employee or student working for Margaret A. Kohn, Esq.

_____          An employee or student working for Jeffrey S. Gutman of the George
                 Washington University Law School.

_____          An expert retained by plaintiffs' counsel in *DL et al. v. District of
                 Columbia*.

_____           An expert retained by defendants' counsel in *DL et al. v. District of
                 Columbia*.

_____          Other (specify) _____.

I have read and received a copy of the Protective Order in *DL et al. v. District of
Columbia,* and I agree to be bound by the requirements of that Order.

Pursuant to the Protective Order, I agree to protect all confidential information provided
by defendants in the course of the lawsuit. I understand that I may not disclose or make
public such information during the course of the litigation and after the litigation has
concluded, unless plaintiffs' counsel (or if applicable, defendants' counsel) has received
the written consent of the parent or legal guardian.

I understand that this agreement and others like it will be maintained in a notebook by
plaintiffs' counsel (or if applicable, defendants' counsel), which will be available to the
Court and to all counsel in this case. In addition, I understand that any consent received
from a parent or guardian will also be reviewed by the Court and defendants' or
plaintiffs' counsel.

I understand that the U.S. District Court has the authority to enforce the Protective Order.


_____                    _____
Date                                       Signature