UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.L., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT CONSENT MOTION FOR AN ORDER TO PRODUCE DOCUMENTS
SUBJECT TO THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT**

Pursuant to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g ("FERPA"), the parties hereby move the Court to authorize defendants' production of individual education records that contain information relevant to this lawsuit.

FERPA is a federal statute designed to protect the confidentiality of student records. It applies to all schools that receive federal funding, including those schools within the District of Columbia Public Schools system. Generally, schools cannot release any personally identifiable information in a child's education records without parental consent. 20 U.S.C. § 1232g(b)(2)(A). However, a court may order the release of the documents, provided that notification is sent to the child's parent or guardian prior to compliance with the order. 20 U.S.C. § 1232g(b)(2)(B).

Therefore, the parties request that this Court issue an order authorizing defendants to release children's educational records after notification to the children's parent or guardian. The order would require Defendants to notify the parent or guardian of each individual student whose records are to be produced at least 20 calendar days before the records are to be produced and would prohibit Defendants from releasing the records of any child whose parent or guardian

objected to their release within 20 calendar days of the date of notification.  Notice would be provided in English and Spanish, and include information for obtaining additional translation assistance in Vietnamese, Farsi, Korean, Chinese, and Amharic.  The parties request that this order be both retroactive, *i.e., nunc pro tunc*, and prospective.   The records produced by defendants pursuant to this order would be subject to the Amended Protective Order.[1]  A proposed order and letter to the parent or guardian are attached hereto.

Through the course of discovery, defendants inadvertently provided some student records to plaintiffs' counsel without first obtaining parental consent.  Counsel for defendants contacted plaintiffs' counsel about this error, and plaintiffs' counsel agreed that FERPA applies to the release of these records and that they would cease reviewing those documents already produced by defendants until the matter is resolved.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. FERPA, 20 U.S.C. § 1232g; and
2. The inherent powers of the Court.

Respectfully submitted,

**/s/ Bruce J. Terris**
BRUCE J. TERRIS (D.C. Bar No. 47126)
KATHLEEN L. MILLIAN (D.C. Bar No. 412350)
ALEXANDER R. KARAM (D.C. Bar No. 978703)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

MARGARET A. KOHN (D.C. Bar No. 174227)
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330

---

[1] The parties are simultaneously filing a joint motion to amend the protective order.

JEFFREY S. GUTMAN (D.C. Bar No. 416954)
Jacob Burns Community Legal Clinics
George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052
(202) 994-7463

*Counsel for Plaintiffs*

PETER J. NICKLES
Interim Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General Civil Litigation Division

**/s/ Ellen Efros**
ELLEN EFROS
Chief, Equity Section 1

**/s/ Daniel A. Rezneck**
DANIEL A. REZNECK (D.C. Bar No. 31625)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-5691

**/s/ Jayme B. Kantor**
JAYME B. KANTOR (D.C. Bar No. 488502)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6627

*Counsel for Defendants*

May 23, 2008