## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the parties' Joint Consent Motion for an Order to Produce Documents Subject to the Family Educational Rights and Privacy Act, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendants are authorized to produce to plaintiffs records of individual students that may be relevant to this class action, subject to notification to the parent or guardian of each individual student whose records are to be produced at least 20 calendar days before the records are to be produced; and it is

**FURTHER ORDERED** that notification shall be accomplished by sending to each parent or guardian the attached letter in both English and Spanish, accompanied by the attached information for obtaining additional translation assistance in Vietnamese, Farsi, Korean, Chinese, and Amharic; and it is

**FURTHER ORDERED** that no records of an individual student shall be produced if the parent or guardian objects orally or in writing within 20 calendar days of the date of the notification letter.

_____          _____
Date                                   United States District Judge Royce C. Lamberth