

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

OFFICE OF THE CHANCELLOR
825 North Capitol Street, NE, 9TH Floor
Washington, D.C., 20002-1994
(202) 442-5885 – fax: (202) 442-5026

[insert date]

Dear [insert parent or guardian's name here]:

A class action lawsuit, *D.L. v. District of Columbia*, Civil Action No. 05-1437 (Judge Lamberth), has been filed in federal court in the District of Columbia, on behalf of all current and former preschool children who have been denied or delayed in getting access to special education services from the District of Columbia Public Schools ("DCPS") in violation of federal and District of Columbia law. The children and parents in this lawsuit are represented by a group of lawyers, who are called "class counsel." If you would like to learn more about the lawsuit, you can reach the lawyers for the parents and children by contacting Alex Karam of Terris, Pravlik & Millian, LLP, at (202) 682-2100 ext. 8470, or akaram@tmplaw.com.

Class counsel has asked the District of Columbia for a group of student records, including the records of your child, [insert child's name here]. They will use these records to see how DCPS has handled requests for special education services. The lawyers -- with the help of experts in data analysis, special education services for young children, and the best systems for improving the delivery of special education services -- will explain to the Court what they believe is wrong with the current system and how to improve the system so that it can better meet the needs of the children and their families.

The records that class counsel has requested are those kept by DCPS, the Department of Human Services' early intervention program, and/or the children's schools. Depending on the student, these records may include evaluation reports, service plans, special education plans, progress notes, school reports, and documents related to a due process hearing. These types of records are protected by the Family Educational Rights and Privacy Act, 20 U.S.C. 1232g.

The Court has ordered that the District of Columbia to notify a child's parent or guardian before providing the child's records to class counsel. We have enclosed a copy of the Court's order.

The Court has also ordered class counsel to keep all student records that they receive confidential. This means that class counsel will not share your child's records with

anyone other than the experts unless you give them written permission.  If class counsel decides to submit part of your child's records to the Court, they will file those records under seal, in a section of the court records that is not open to the public, so that the public will not be able to see them.  We have also enclosed a copy of that order.

<u>You have the right to prevent class counsel from receiving your child's records.</u>
If you do not want class counsel to receive your child's records, please contact the attorney listed below within 20 calendar days of the date of this letter.  If we do not hear from you by [insert date which is 20 days from the date of this letter], your child's student records will be provided to class counsel with the protections described above.

Sincerely,
**/s/**_____
DCPS Attorney Advisor [insert name here]
District of Columbia Public Schools Office of the General Counsel
825 North Capitol Street, NE
Ninth Floor
Washington, DC 20002
(202) 442-5000 (phone)
(202) 442-5098 (facsimile)