## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,            ) | |
|         Plaintiffs,    ) | |
| v.                       ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
|         Defendants.   ) | |

## ORDER

Upon consideration of the parties' Joint Consent Motion for an Order to Produce Documents Subject to the Family Educational Rights and Privacy Act, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendants are authorized to produce to plaintiffs records of individual students that may be relevant to this class action, subject to notification to the parent or guardian of each individual student whose records are to be produced at least 20 calendar days before the records are to be produced; and it is

**FURTHER ORDERED** that notification shall be accomplished by sending to each parent or guardian the attached letter in both English and Spanish, accompanied by the attached information for obtaining additional translation assistance in Vietnamese, Farsi, Korean, Chinese, and Amharic; and it is

**FURTHER ORDERED** that no records of an individual student shall be produced if the parent or guardian objects orally or in writing within 20 calendar days of the date of the notification letter.

SO ORDERED

Signed June 2, 2008                              /s/
                                            Royce C. Lamberth, Chief Judge

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHANCELLOR
825 North Capitol Street, NE, 9TH Floor
Washington, D.C., 20002-1994
(202) 442-5885 – fax: (202) 442-5026

[insert date]

Dear [insert parent or guardian's name here]:

A class action lawsuit, *D.L. v. District of Columbia*, Civil Action No. 05-1437 (Judge Lamberth), has been filed in federal court in the District of Columbia, on behalf of all current and former preschool children who have been denied or delayed in getting access to special education services from the District of Columbia Public Schools ("DCPS") in violation of federal and District of Columbia law. The children and parents in this lawsuit are represented by a group of lawyers, who are called "class counsel." If you would like to learn more about the lawsuit, you can reach the lawyers for the parents and children by contacting Alex Karam of Terris, Pravlik & Millian, LLP, at (202) 682-2100 ext. 8470, or akaram@tmplaw.com.

Class counsel has asked the District of Columbia for a group of student records, including the records of your child, [insert child's name here]. They will use these records to see how DCPS has handled requests for special education services. The lawyers -- with the help of experts in data analysis, special education services for young children, and the best systems for improving the delivery of special education services -- will explain to the Court what they believe is wrong with the current system and how to improve the system so that it can better meet the needs of the children and their families.

The records that class counsel has requested are those kept by DCPS, the Department of Human Services' early intervention program, and/or the children's schools. Depending on the student, these records may include evaluation reports, service plans, special education plans, progress notes, school reports, and documents related to a due process hearing. These types of records are protected by the Family Educational Rights and Privacy Act, 20 U.S.C. 1232g.

The Court has ordered that the District of Columbia to notify a child's parent or guardian before providing the child's records to class counsel. We have enclosed a copy of the Court's order.

The Court has also ordered class counsel to keep all student records that they receive confidential. This means that class counsel will not share your child's records with

1

2

anyone other than the experts unless you give them written permission. If class counsel decides to submit part of your child's records to the Court, they will file those records under seal, in a section of the court records that is not open to the public, so that the public will not be able to see them. We have also enclosed a copy of that order.

<u>You have the right to prevent class counsel from receiving your child's records.</u>
If you do not want class counsel to receive your child's records, please contact the attorney listed below within 20 calendar days of the date of this letter. If we do not hear from you by [insert date which is 20 days from the date of this letter], your child's student records will be provided to class counsel with the protections described above.

Sincerely,
**/s/**_____
DCPS Attorney Advisor [insert name here]
District of Columbia Public Schools Office of the General Counsel
825 North Capitol Street, NE
Ninth Floor
Washington, DC 20002
(202) 442-5000 (phone)
(202) 442-5098 (facsimile)