UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND TIME TO FILE
PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiffs hereby move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to submit plaintiffs' request for an amount of reasonable attorneys' fees and expenses incurred in filing plaintiffs' motion to compel discovery.

On June 27, 2008, this Court issued a Memorandum Opinion, stating (p. 21) that "plaintiffs' request for an award of reasonable expenses, including attorney's fees, shall be granted and plaintiffs shall file a request for an amount within 10 days. The District shall have 10 days from the filing of plaintiffs' request to file its opposition." On the same date, this Court entered an Order directing (p. 5) plaintiffs to file their request "within 10 business days of this order" and defendants to file their opposition "within 10 business days of the filing of plaintiffs' request" (emphases added). Also on the same date, a "Set/Reset Deadlines" docket entry was issued by this Court via the Electronic Case Filing system ("ECF") stating: "Plaintiffs' request for attorneys' fee[s] and expenses due by 7/7/2008. Defendants' opposition to Plaintiffs' request due by 7/17/2008."

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Therefore, plaintiffs' request is due either on July 7 (according to the ECF docket entry), July 14 (according to the Order), or July 17 (according to the Memorandum Opinion and Rule 6(a), (d) of the Federal Rules of Civil Procedure). In any event, plaintiffs request additional time to prepare their attorneys' fees and expenses request so that it will be due on July 25, 2008.

Plaintiffs request the extension of time in order to have adequate time to prepare their attorneys' fees and expenses request. This request will involve reviewing the time and expense records of plaintiffs' counsel, preparing an attorney affidavit explaining those records, and preparing a memorandum of law on those issues – including the appropriate rate for attorneys' fees. Plaintiffs estimate that they will need two to three weeks to complete these tasks. However, the associate who is most familiar with this case, Alexander R. Karam, will be out of the office from July 4 through 14 on a previously scheduled vacation. Therefore, plaintiffs request additional time to prepare their attorneys' fees and expenses request.

If this Court grants plaintiffs' request for additional time, defendants request additional time to prepare their opposition to plaintiffs' attorneys' fees and expenses request so that it will be due on August 13, 2008.

### STATEMENT PURSUANT TO RULE 7(m)

Plaintiffs' counsel has conferred with defendants' counsel, Daniel Rezneck, about this motion and he consents to the extension of time.

A proposed order is attached.

       Respectfully submitted,

                /s/
       BRUCE J. TERRIS
       (D.C. Bar No. 47126)
       Terris, Pravlik & Millian, LLP
       1121 12th Street, N.W.
       Washington, DC  20005-4632
       (202) 682-2100

                /s/
       JEFFREY S. GUTMAN
       (D.C. Bar No. 416954)
       The George Washington
       University Law School
       2000 G Street, N.W.
       Washington, DC 20052

                /s/
       MARGARET A. KOHN
       (D.C. Bar No. 174227)
       Attorney at Law
       1320 19th Street, N.W., Suite 200
       Washington, DC 20036

       *Attorneys for Plaintiffs*

July 2, 2008