UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DL, *et al.*, on behalf of themselves   )
and others similarly situated,          )
                                        )
        Plaintiffs,                     )
                                        )
    v.                                  )      Civil Action No. 05-1437 (RCL)
                                        )
THE DISTRICT OF COLUMBIA, *et al.*      )
                                        )
        Defendants.                     )
_____ )

**ORDER**

Upon consideration of the Consent Motion to Extend Time to File Plaintiffs' Request for

Attorneys' Fees and Expenses, and the entire record herein, it is hereby

ORDERED, that the Consent Motion to Extend Time to File Plaintiffs' Request for

Attorneys' Fees and Expenses is granted; and it is further

ORDERED, that Plaintiffs' Request for Attorneys' Fees and Expenses is due on July 25,

2008; and it is further

ORDERED, that defendants' opposition to Plaintiffs' Request for Attorneys' Fees and

Expenses is due on August 13, 2008.


_____          _____
DATE                                    ROYCE C. LAMBERTH
                                    UNITED STATES DISTRICT JUDGE