UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1/] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) THE DISTRICT OF COLUMBIA, *et al.* ) ) Defendants. ) | Civil Action No. 05-1437 (RCL) |

**ORDER**[2/]

Upon consideration of Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs' Motion to Compel Discovery, and the briefs and exhibits submitted by the parties in support and opposition thereto, it is this ___ day of _____ 2008;

ORDERED, that counsel for the plaintiff class are awarded a total of $208,839.04 for their attorneys' fees and expenses based on the following computations:

| | |
|---|---|
| Attorneys' Fees to Terris, Pravlik & Millian, LLP | $203,409.91 |
| Attorneys' Fees to Margaret A. Kohn | $408.60 |
| Attorneys' Fees to The George Washington University Law School Community Legal Clinics (Jeffrey S. Gutman) | $2,247.30 |
| Out-of-Pocket Expenses | $2,773.23 |

---

[1/] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

[2/] Plaintiffs will be filing an up-dated proposed order with their reply brief, which will include their time and expenses in completing the papers accompanying their motion for an award of litigation costs and preparing their reply brief. The up-dated proposed order will replace this proposed order.

and it is further

ORDERED, that defendants shall pay Terris, Pravlik & Millian, LLP, the total amount of $208,839.04 plus interest in accordance with 28 U.S.C. 1961 and accruing from the date of this Order, within 30 days of this Order; and it is further

ORDERED, that Terris, Pravlik & Millian, LLP, shall be wholly responsible for disbursing the funds in accordance with this Court's Order.

IT IS this ___ day of _____, 2008,

SO ORDERED.

---
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE