
**U.S. Department of Labor**
Bureau of Labor Statistics
*Bureau of Labor Statistics Data*



**www.bls.gov**

Advanced Search | A-Z Index

**BLS Home** | **Programs & Surveys** | **Get Detailed Statistics** | **Glossary** | **What's New** | **Find It! In DOL**

Data extracted on: June 16, 2008 (08:33 AM)

Plaintiffs' Exhibit 2

### Consumer Price Index-All Urban Consumers

**Series Catalog:**

Series ID : CUUR0000SEGD01

Not Seasonally Adjusted
Area : U.S. city average
Item : Legal services
Base Period : DECEMBER 1986=100

**Data:**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Ann |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2007** | 255.961 | 256.503 | 258.069 | 259.058 | 260.499 | 260.772 | 260.822 | 261.368 | 262.509 | 262.493 | 262.315 | 262.910 | 260.273 |
| **2008** | 266.221 | 266.634 | 267.350 | 268.828 | 270.892 | | | | | | | | |

**Back to Top**                                                                                                                                          **www.dol.gov**

Frequently Asked Questions | Freedom of Information Act | Customer Survey | Important Web Site Notices
Privacy & Security Statement | Linking and Copyright Information | ">Technical (web) question | ">Other comments

**U.S. Bureau of Labor Statistics**
Postal Square Building
2 Massachusetts Avenue, NE Washington, DC 20212-0001
**www.bls.gov** | Telephone: (202) 691-5200
Do you have a **">Data question**?