**Adjustments to 1988-89 *Laffey* Matrix Rates Using Legal Services Component of Consumer Price Index[1/]**



Plaintiffs' Exhibit 3

| Years Out of Law School | 06/01/88-05/31/89[2/] | 06/01/89-05/31/90 | 06/01/90-05/31/91 | 06/01/91-05/31/92 | 06/01/92-05/31/93 | 06/01/93-05/31/94 | 06/01/94-05/31/95 | 06/01/95-05/31/96 | 06/01/96-05/31/97 | 06/01/97-05/31/98 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $265 | $279 | $306 | $320 | $336 | $354 | $363 | $375 | $390 | $400 |
| 11th - 19th | $220 | $232 | $254 | $265 | $279 | $294 | $301 | $311 | $324 | $332 |
| 8th - 10th | $195 | $206 | $225 | $235 | $247 | $261 | $267 | $276 | $287 | $295 |
| 4th - 7th | $135 | $142 | $156 | $163 | $171 | $180 | $185 | $191 | $199 | $204 |
| 1st - 3rd | $110 | $116 | $127 | $133 | $140 | $147 | $151 | $156 | $162 | $166 |
| Paralegal/ Law Clerk | $60 | $63 | $69 | $72 | $76 | $80 | $82 | $85 | $88 | $91 |
| Adjustment Factor[3/] | | 1.054256 | 1.094942 | 1.045381 | 1.051163 | 1.053835 | 1.023793 | 1.033493 | 1.040344 | 1.026701 |

---

[1/]*Laffey* refers to *Laffey v. Northwest Airlines, Inc.,* 572 F. Supp. 354 (D.D.C. 1983), affirmed, 746 F.2d 4 (D.C. Cir. 1984), overruled in part on other grounds, *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988)(*en banc*).

[2/]The rates in this column represent the 1989 update to the *Laffey* matrix rates for Washington, D.C.  *See Covington v. District of Columbia*, 839 F. Supp. 894, 904 (D.D.C. 1993).

[3/]The Adjustment Factor refers to the legal services component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Deportment of Labor.  Each Adjustment Factor is calculated by dividing the legal services component for May of the current year by the component for May of the previous year.

| Years Out of Law School | 06/01/97-05/31/98 [4] | 06/01/98-05/31/99 | 06/01/99-05/31/00 | 06/01/00-05/31/01 | 06/01/01-05/31/02 | 06/01/02-05/31/03 | 06/01/03-05/31/04 | 06/01/04-05/31/05 | 06/01/05-05/31/06 | 06/01/06 - 05/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $406 | $430 | $452 | $474 | $494 | $530 | $557 | $582 | $609 | $623 |
| 11th - 19th | $337 | $357 | $375 | $394 | $410 | $440 | $462 | $483 | $505 | $517 |
| 8th - 10th | $299 | $317 | $333 | $349 | $364 | $390 | $410 | $429 | $448 | $459 |
| 4th - 7th | $207 | $219 | $230 | $242 | $252 | $270 | $284 | $297 | $310 | $318 |
| 1st - 3rd | $168 | $178 | $187 | $196 | $205 | $219 | $230 | $241 | $252 | $258 |
| Paralegal/ Law Clerk | $92 | $97 | $102 | $107 | $112 | $120 | $126 | $132 | $138 | $141 |
| Adjustment Factor |  | 1.059443 | 1.049679 | 1.050668 | 1.041865 | 1.072737 | 1.049787 | 1.045619 | 1.045788 | 1.023544 |

---

[4]/Column repeated from page 1.

| Years Out of Law School | 06/01/06-5/31/07 | 06/01/07-5/31/08 | 06/01/08-05/31/09 |
|---|---|---|---|
| 20th+ | $623 | $655 | $681 |
| 11th - 19th | $517 | $543 | $565 |
| 8th - 10th | $459 | $483 | $502 |
| 4th - 7th | $318 | $334 | $348 |
| 1st - 3rd | $258 | $271 | $282 |
| Paralegal/ Law Clerk | $141 | $148 | $154 |
| Adjustment Factor[5/] | | 1.051247 | 1.039897 |

---

[5/]The Adjustment Factor refers to the legal services component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Deportment of Labor. Each Adjustment Factor is calculated by dividing the legal services component for May of the current year by the component for May of the previous year.