## DL v. District of Columbia
Civil No. 05-1437 (RCL)
Summary of Fees and Expenses - Updated through July 18, 2008



Plaintiffs' Exhibit 4

| | | | |
|---|---|---|---:|
| **FEES** | Terris, Pravlik & Millian, LLP | Negotiation re Motion to Compel | $38,202.00 |
| | | Pl Mot to Compel - Initial Br | $31,107.26 |
| | | Pl Mot to Compel - Opp'n | $510.75 |
| | | Pl Mot to Compel - Reply | $22,110.03 |
| | | Sched Order - Pl Mot to Compel | $719.32 |
| | | Pl 2d Mot to Compel - Initial Br | $81,426.09 |
| | | Pl 2d Mot to Compel - Rev Br | $10,909.73 |
| | | Pl 2d Mot to Compel - Opp'n | $3,714.74 |
| | | Pl 2d Mot to Compel - Reply | $32,500.94 |
| | | Pl Initial Application (Fees) | $22,922.09 |
| | | 50% Reduction to Pl 2d Mot to Compel - Initial Br [1] | ($40,713.05) |
| | **Subtotal Fees** | | $203,409.91 |
| | | | |
| | Margaret A. Kohn | Plaintiffs' First Motion to Compel | $408.60 |
| | Jeffrey S. Gutman | Plaintiffs' First and Second Motion to Compel | $2,247.30 |
| | **Subtotal Fees** | | $2,655.90 |
| | | | |
| | **Total Fees** | | $206,065.81 |
| | | | |
| **EXPENSES** | Terris, Pravlik & Millian, LLP | Negotiation re Motion to Compel | $6.40 |
| | | Pl Mot to Compel | $735.76 |
| | | Pl 2d Mot to Compel | $3,003.46 |
| | | 28% Reduction to Lexis and Westlaw expenses [2] | ($972.39) |
| | **Total Expenses** | | $2,773.23 |
| | | | |
| **FEES AND EXPENSES** | **Total Fees and Expenses** | | $208,839.04 |

---

[1] *See* Affidavit of Bruce J. Terris, paras. 8,9 (Pl. Ex. 1) for an explanation of the reduction.

[2] *See id.*, para. 20(e) and Pl. Ex. 7, 8 for an explanation of the reduction.