# DL v. District of Columbia

### Civil No. 05-1437 (RCL)
Terris, Pravlik & Millian, LLP
Summary of Fees by Subcategory and Rate

**Plaintiffs' Exhibit 5**

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Child Find** | **Plaintiffs' Discovery** | | | | | | |
| | | **Negotiation re Motion to Compel** | | | | | |
| | | | SSM | 4.08 | $502.00 | $2,049.67 | |
| | | | BJT | 12.20 | $681.00 | $8,308.20 | |
| | | | | | **Sub-Total:** | | **$38,202.00** |

Friday, July 25, 2008

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl Mot to Compel - Initial Br** | | | | | |
| | | | SSM | 84.33 | $348.00 | $29,348.23 | |
| | | | BJT | 2.58 | $681.00 | $1,759.02 | |
| | | | | | | **Sub-Total:** | **$31,107.26** |
| | | **Pl Mot to Compel - Opp'n** | | | | | |
| | | | BJT | 0.75 | $681.00 | $510.75 | |
| | | | | | | **Sub-Total:** | **$510.75** |
| | | **Pl Mot to Compel - Reply** | | | | | |
| | | | SSM | 56.75 | $348.00 | $19,749.00 | |
| | | | BJT | 3.47 | $681.00 | $2,361.03 | |
| | | | | | | **Sub-Total:** | **$22,110.03** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Sched Order - Pl Mot to Compel** | | | | | |
| | | | SSM | 2.07 | $348.00 | $719.32 | |
| | | | | | | **Sub-Total:** | **$719.32** |
| | | **Pl 2d Mot to Compel - Initial Br** | | | | | |
| | | | AL | 2.92 | $154.00 | $449.22 | |
| | | | EAB | 101.78 | $282.00 | $28,703.09 | |
| | | | ARK | 0.93 | $348.00 | $325.03 | |
| | | | JDG | 143.01 | $348.00 | $49,768.87 | |
| | | | BJT | 3.20 | $681.00 | $2,179.88 | |
| | | | | | | **Sub-Total:** | **$81,426.09** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl 2d Mot to Compel - Rev Br** | | | | | |
| | | | EAB | 25.70 | $282.00 | $7,247.40 | |
| | | | ARK | 0.70 | $348.00 | $243.60 | |
| | | | JDG | 0.33 | $348.00 | $115.88 | |
| | | | BJT | 4.52 | $681.00 | $3,076.08 | |
| | | | KLM | 0.33 | $681.00 | $226.77 | |
| | | | | | | Sub-Total: | $10,909.73 |
| | | **Pl 2d Mot to Compel - Opp'n** | | | | | |
| | | | ARK | 8.07 | $348.00 | $2,806.97 | |
| | | | BJT | 1.33 | $681.00 | $907.77 | |
| | | | | | | Sub-Total: | $3,714.74 |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl 2d Mot to Compel - Reply** | | | | | |
| | | | EAB | 0.42 | $282.00 | $117.59 | |
| | | | ARK | 83.58 | $348.00 | $29,087.23 | |
| | | | JDG | 1.42 | $348.00 | $493.12 | |
| | | | BJT | 3.87 | $681.00 | $2,632.75 | |
| | | | KLM | 0.25 | $681.00 | $170.25 | |
| | | | | | | **Sub-Total:** | **$32,500.94** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Child Find Fees** | **Plaintiffs' 2008 Application** | | | | | | |
| | | **Pl Initial Application** | | | | | |
| | | | ARK | 32.98 | $348.00 | $11,478.43 | |
| | | | JDG | 27.67 | $348.00 | $9,628.12 | |
| | | | BJT | 0.10 | $681.00 | $68.10 | |
| | | | CSP | 0.43 | $681.00 | $294.87 | |
| | | | KLM | 2.13 | $681.00 | $1,452.57 | |
| | | | | | **Sub-Total:** | | **$22,922.09** |
| | | | | | **Grand Totals:** | | **$244,122.95** |

Note: Figures in the hours column appear with only two places after the decimal point. However, calculations are preformed by the software using three places after the decimal point.