## DL v. District of Columbia
### Civil No. 05-1437 (RCL)
#### Terris, Pravlik and Millian, LLP
#### Time Records by Subcategory

**Plaintiffs' Exhibit 6**

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | ARK | 2/26/2008 | Draft letter to Dan Rezneck re documents referenced in February 13 deposition of Zondra Johnson. | 1.52 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | ARK | 2/27/2008 | Revise and sent letter to Dan Rezneck re documents referenced in deposition of Z. Johnson. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | ARK | 3/10/2008 | Review documents from defendants' 11th supplemental production; draft letter response to opposing counsel; discuss same with BJT. | 2.08 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | ARK | 3/11/2008 | Draft letter to Dan Rezneck re defendants' eleventh supplemental document production. | 1.83 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | ARK | 3/12/2008 | Revise and send letter to Dan Rezneck re defendants 11th supp. document production. | 0.52 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/13/2006 | Letter to def re inadequacies in production; edit. | 0.12 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/14/2006 | Letter to def re inadequacies in production; edit. | 0.18 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/24/2006 | Letter to def; edit. | 0.55 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 3/2/2006 | Confer with SSM re def letter re failure to produce documents on time; read federal rules. | 0.28 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 3/7/2006 | Meeting with def.; read SSM memo and respond. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 3/15/2006 | Read SSM memos and prepare for conference with def; talk to def. and co-counsel. | 1.20 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 3/16/2006 | Letter to def.; edit. | 0.22 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 11/1/2006 | Read e-mail from def. and memo from SSM re discovery disputes between the parties; draft memo to SSM re same. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/22/2007 | Letter to def. re data; edit. | 0.23 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 9/15/2007 | Edit letter to def. seeking information re discovery. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/1/2007 | Edit letter to def re discovery issues and talk with EAB. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/11/2007 | Edit letter to def re outstanding discovery. | 0.48 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/19/2007 | Edit letter to def. re deficiencies in def. response to pl. 2nd request for documents. | 1.52 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/21/2007 | Edit e-mail to def. re inadequate response. | 2.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/22/2007 | Edit letter to def re inadequate responses; talk with EAB about letter. | 2.45 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/23/2007 | Edit letter to def re inadequate responses and talk to EAB about it; talk to def. | 0.98 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 10/31/2007 | Talk to EAB re def incomplete response to 3d document request. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 12/17/2007 | Edit letter to defendant re document requests at depositions. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 1/30/2008 | Edit letter to defs re failure to produce. | 0.12 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/14/2008 | Edit letter to defendant re request for documents. | 0.08 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | BJT | 2/27/2008 | Edit letter to def. re previously requested documents. | 0.12 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/1/2007 | Review discovery documents, letter to opposing counsel re outstanding discovery documents. | 8.17 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/10/2007 | Draft letter to opposing counsel about substituting defendants and outstanding discovery matters. | 0.67 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/21/2007 | Incorporate BJT edits to letter to Def re Def Response to Pl 2nd Request for the Production of Documents. | 1.58 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/22/2007 | Edits to letter to Rezneck. | 2.82 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/22/2007 | Draft and research letter in reply to Def response to Pl 2nd Request for Production of Documents | 2.77 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/22/2007 | Meeting with BJT to discuss letter in reply to Def Response to Pl 2nd Request for Production of Documents. | 0.87 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/23/2007 | Edit reply to def response to pl 2nd request for production of documents. | 1.13 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/31/2007 | Phone call to Dan Rezneck to arrange a meeting prior to motion to compel and re status conference. | 0.08 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 10/31/2007 | Meeting with BJT re motion to compel and adding to letter in response to def response to pl 3rd request for documents. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 11/19/2007 | Draft letter to defendants re documents requested during depositions. | 2.28 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 12/14/2007 | Write letter to Rezneck re discovery items requested during deposition of Chanda Whitaker and other discovery items. | 0.62 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 12/18/2007 | Edit letter to Rezneck re discovery issues and add requests made during Joan Christopher's deposition. | 1.50 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 12/19/2007 | Draft letter to Rezneck re outstanding interrogatory responses. | 0.80 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 12/20/2007 | Edit and send letter to Rezneck re outstanding responses to interrogatories. | 0.98 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 12/20/2007 | Edit and send letter to Rezneck re discovery requested during depositions and other discovery matters. | 1.02 | Billable |

| *Client* | *Category* | *Subcategory* | *Individual* | *Date* | *Description* | *Hours* | *Slip Type* |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 1/29/2008 | Draft letter to defendants re documents requested during deposition of Zondra Johnson. | 0.67 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 2/12/2008 | Draft letter to defendants re documents requested during depositions. | 0.63 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | EAB | 2/14/2008 | Draft letter to defendants re documents requested during Zondra Johnson's Deposition; incorporate BJT's edits; send letter to Defendants' edit Zondra Johnson's Deposition questions for recalling the deponent | 2.45 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/6/2006 | Conference call with opposing counsel about discovery issues for discovery hearing and about J. Friedman's discovery order. Discussion with BJT. Notes about conference call. Draft letter to opposing counsel confirming contents of call. | 2.52 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/9/2006 | Research and draft letter to opposing counsel regarding their respones to our discovery requests. | 1.78 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/10/2006 | Draft and revise letter to opposing counsel laying out areas of deficient discovery responses. | 2.68 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/14/2006 | Revise and edit letter re Motion to Compel to opposing counsel. Review and incorporate substantive comments from co-counsel. | 1.70 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/15/2006 | Final edits and revisions to letter to opposing counsel regarding discovery inadequacies; draft e-mail and send letter to opposing counsel. | 0.90 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/22/2006 | Review letter from opposing counsel. Write e-mails to co-counsel re letter and memo to BJT. | 0.20 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/23/2006 | Discuss with BJT letter to opposing counsel and motion to compel. Draft notes on discussion. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/23/2006 | Draft letter to opposing counsel. | 0.60 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/24/2006 | Edit and revise letter to opposing counsel. Discuss with Margy Kohn strategy for discovery and named plaintiffs. E-mails to co-counsel regarding discovery issues and next steps. | 3.10 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/2/2006 | Review letter from opposing counsel, and spoke to BJT about response; e-mail to co-counsel to organize conference call. | 0.52 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/6/2006 | Memo to BJT re discovery meet and confer with Dan Rezneck and March 2, 2006 Letter from Dan Rezneck; e-mails to co-counsel re discovery meet and confer; legal research related to discovery meet and confer; e-mails to opposing counsel about scheduling meet and confer. | 2.95 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/7/2006 | Reivew BJT's memo; e-mail co-counsel about discovery meet and confer; e-mail to opposing counsel about discovery meet and confer. | 0.23 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/15/2006 | Read documents produced by defendants; take notes on documents that should have been produced by defendants; telephone meet and confer with Bruce, Margy, Eden and Dan Rezneck from DCPS; draft letter to opposing counsel regarding meet and confer telephone call; meet with Margy to review and discuss missing documents. | 6.68 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/16/2006 | Revise letter to opposing counsel; send letter with cover e-mail; draft e-mail to co-counsel summarizing contents of conference call and document production thus far. | 0.97 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 3/20/2006 | Reviewed voicemail from opposing counsel re objections to discovery and discovery dates; write memo on voicemail; write letter/e-mail to opposing counsel; write e-mail to co-counsel explaining opposing cousel's positions and our possible responses. | 0.53 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 9/6/2006 | Draft e-mail to opposing counsel regarding meet and confer per J. Lamberth's August 25th Order. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 10/24/2006 | Talk to BJT about motion for extension of time for discovery; draft e-mail to opposing counsel regarding our position on outstanding discovery issues; telephone call to opposing counsel. | 0.50 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 10/31/2006 | Review memo from BJT; draft letter to opposing counsel re discovery responses and our intent to file a motion to compel; send letter to opposing counsel; review response from opposing counsel; draft memo to BJT regarding response from opposing counsel on discovery issues. | 0.80 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 11/1/2006 | Telephone call to BJT and e-mail re discovery responses from defendant. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 11/6/2006 | Draft discovery letter to opposing counsel re defendants' and plaintiffs' motions to compel. | 2.50 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 1/25/2007 | Review documents produced by defendants in Dec. 2006 in response to Pl. 1st Set Doc Requests; draft memo for meet and confer re adequacy of responses related to database discovery requests; telephone call to to Eden Miller about meet and confer; meet with co-counsel to discuss discovery issues. | 3.25 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 1/29/2007 | Telephone call to opposing counsel and co-counsel re discovery call; e-mail to co-counsel and opposing counsel re discovery meet and confer scheduling; telephone call notes in log. | 0.37 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/14/2007 | Meet and confer with opposing counsel on discovery and database issues; meeting with co-counsel on discovery issues; confer with BJT about discovery issues. | 2.53 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/15/2007 | Draft letter on database discovery issues; create tables with queries and data fields we want answered in discovery. | 3.50 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/16/2007 | Revise and create tables with data points and data fields that we want in response to our document requests and that we want for settlement purposes; draft e-mail to co-counsel about database discovery. | 4.50 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/20/2007 | Review of two memos from co-counsel on letter to opposing counsel and on data issues and plaintiff's database discovery requests; edit and revise correspondence and exhibits to be sent to opposing counsel regarding the data we want tracked for purposes of discovery and settlement; telephone call to Margy Kohn re tracking of child find data. | 2.50 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/21/2007 | Finalize exhibits and tables with data points to accompany letter to opposing counsel re database discovery and data tracking issues. | 2.58 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 2/22/2007 | Revise, edit and finalize discovery letter and exhibit tables for opposing counsel; send letter and exhibit tables to opposing counsel. | 1.00 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 8/31/2007 | Draft discovery letter to opposing counsel re depositions, status of def. responses to plaintiffs' first set of document requests, and other discovery matters. | 3.00 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 9/14/2007 | Revise and complete letter to opposing counsel re discover matters, depositions, etc. | 0.50 | Billable |
| Child Find | Plaintiffs' Discovery | Negotiation re Motion to Compel | SSM | 9/17/2007 | Revise discovery and deposition letter; send to opposing counsel via e-mail. | 0.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | BJT | 7/2/2006 | Edit brief. | 2.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | BJT | 7/7/2006 | Edit brief. | 0.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 2/27/2006 | Final edits on letter to opposing counsel re discovery. Cover e-mail to opposing counsel re letter. Conduct legal research on motion to compel. | 5.55 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 2/27/2006 | Legal research on lexis on 2 objections re motion to compel. | 4.97 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 4/26/2006 | Legal research for motion to compel. E-mails to opposing counsel regarding MTC and discovery hearing. | 2.30 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 4/27/2006 | Review and exchang e-mails with opposing counsel regarding call to chambers re discovery. Review documents produced in discovery and make notes to prepare motion to compel. Research for motion to compel. | 3.65 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/1/2006 | Legal research related to plaintiffs' motion to compel and to prepare for call to the court regarding motions to compel. | 0.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/2/2006 | Prepare for call to court by reading correspondence, complaint, discovery responses, cases, treatises. Conf. call with opposing counsel. Call to court. Notes on call. Read cases to draft motion to compel. | 4.65 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/3/2006 | Research and draft motion to compel. | 5.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/4/2006 | Research and draft motion to compel. | 5.18 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/5/2006 | Research and draft motion to compel. | 4.60 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/9/2006 | Research and draft motion to compel first set of documents. | 3.85 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/10/2006 | Research and draft motion to compel | 5.30 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 5/12/2006 | Research and draft motion to compel. | 2.78 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/9/2006 | Edit motion to compel. | 0.67 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/13/2006 | Complete draft of motion to compel. | 6.75 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/21/2006 | Review co-counsel's annotations. Revise brief. | 1.43 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/22/2006 | Revise motion to compel. Conduct legal research on discovery issues. | 3.50 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/23/2006 | Revise and research on motion to compel. Draft sections for brief. | 2.95 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/26/2006 | Revisions to brief; legal research; complete 2nd draft; e-mails to co-counsel regarding brief. | 4.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 6/30/2006 | Complete another draft of motion; incorporate co-counsel's comments; write memo to BJT. | 5.02 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 7/6/2006 | Edit and revise motion to compel; select and prepare exhibits; cite check brief. | 4.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 7/7/2006 | Final edits on motion to compel; select and prepare exhibits. | 1.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Initial Br | SSM | 7/10/2006 | Revise brief; final edits; select exhibits; file via ECF pl. motion to compel. | 5.35 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Opp'n | BJT | 7/31/2006 | Def. Opp.; read and notate. | 0.75 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | BJT | 8/4/2006 | Pl. Reply Br.; Pl. Motion for Extension of Time; edit. | 0.13 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | BJT | 8/16/2006 | Pl. Reply Brief; edit. | 1.42 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | BJT | 8/17/2006 | Pl. Reply Brief; talk with SSM and edit. | 1.92 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/3/2006 | Research on reply for opposition to motion to compel; e-mail to co-counsel re same. | 2.10 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/4/2006 | Draft motion for extension of time to file reply; legal research, read and review documents, and draft reply brief in support of motion to compel; draft e-mails to co-counsel re same. | 4.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/6/2006 | Read and review documents in order to draft reply in support of motion to compel. | 4.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/7/2006 | Research and draft reply brief. | 5.48 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/14/2006 | Fact and internet research for reply brief; draft reply brief. | 3.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/15/2006 | Research and draft reply brief. | 3.50 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/16/2006 | Research and draft reply brief; memo to BJT and co-counsel re same. | 10.67 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/17/2006 | Research and revise reply brief; research for exhibit listing documents not produced by defendants; confer with co-counsel re reply brief. | 12.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl Mot to Compel - Reply | SSM | 8/18/2006 | Revise reply brief and exhibits; filed same via ECF. | 10.00 | Billable |
| Child Find | Plaintiffs' Discovery | Sched Order - Pl Mot to Compel | SSM | 8/29/2006 | Memo to BJT re child find opinions and next steps in discovery process. | 0.40 | Billable |
| Child Find | Plaintiffs' Discovery | Sched Order - Pl Mot to Compel | SSM | 9/18/2006 | Draft motion to extend deadline to file renewed motions to compel in light of settlement discussions. Draft e-mail to opposing counsel regarding filing of motion to extend deadline. | 1.00 | Billable |
| Child Find | Plaintiffs' Discovery | Sched Order - Pl Mot to Compel | SSM | 9/20/2006 | E-mail correspondence and telephone call with opposing counsel re motion to extend time re compliance with 8/25/06 court order concerning both parties motions to compel in light of settlement discussions; review message from BJT. | 0.50 | Billable |
| Child Find | Plaintiffs' Discovery | Sched Order - Pl Mot to Compel | SSM | 9/21/2006 | Review, final edits and file via ECF Joint Motion Extension of Time to file renewed motions to compel pursuant to court's 8/25/06 Order. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | AL | 1/30/2008 | Confer with EAB re motion to compel; proof read motion to compel; confer with JDG re motion to compel. | 2.92 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | ARK | 1/28/2008 | Confer with EAB re motion to compel. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | ARK | 2/5/2008 | Review filed motion to compel and supporting documents. | 0.77 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | BJT | 12/8/2007 | Read JDG memo and respond re issues in motion. | 0.42 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | BJT | 1/25/2008 | Edit motion, proposed order, and memorandum. | 0.42 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | BJT | 1/29/2008 | Edit brief and other papers. | 2.37 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 11/20/2007 | Discuss motion to compel with JDG; Review Pl document requests and Def response. | 4.55 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 11/27/2007 | Reviewi documents and document requests to determine what documents are still needed from defendants | 6.97 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 11/29/2007 | Discussions with JDG and AL re Pl 2nd Motion to Compel. | 0.75 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 12/6/2007 | Meeting with JDG to discuss motion to compel outline. | 0.93 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 12/10/2007 | Read notes from BJT and JDG re motion to compel. | 0.52 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 12/14/2007 | Review email from JDG and reply. | 0.28 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/7/2008 | Confer with JDG re motion to compel. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/9/2008 | Meeting with JDG re motion to compel; review BJT's instructions on motion to compel. | 0.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/11/2008 | Review documents for motion to compel. | 7.65 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/14/2008 | Meeting with JDG re motion to compel. | 1.22 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/18/2008 | Review documents for motion to compel. | 8.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/21/2008 | Review documents and create chart for motion to compel. | 7.53 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/22/2008 | Review documents and create chart for motion to compel. | 8.67 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/23/2008 | Review documents; finalize document chart; draft motion. | 11.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/24/2008 | Edit motion to compel. | 8.33 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/25/2008 | Edit motion to compel. | 8.40 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/28/2008 | Confer with ARK re motion to compel. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/28/2008 | Meeting with JDG; edit motion to compel. | 8.82 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/29/2008 | Edit motion to compel; send copy to co-counsel. | 6.90 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 1/30/2008 | Edit motion to compel; draft and send message to BJT re defendants' document production and motion edits. | 9.27 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 2/5/2008 | Telephone call to opposing counsel re request for copy of motion to compel and non-named class member case files. | 0.05 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | EAB | 2/5/2008 | Prepare and send hard copy of motion to compel to Court and opposing counsel. | 0.95 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 11/12/2007 | Review discovery documents for motion to compel. | 3.63 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 11/20/2007 | Discuss work for motion to compel with EAB; analyze defendants' objection to time period of document requests; legal research re time periods for document requests. | 3.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 11/26/2007 | Legal research re defendants' objections to time period for document requests and request for information re unnamed plaintiffs. | 2.95 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 11/29/2007 | Confer with EAB re review of defendants' document production. | 0.42 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/3/2007 | Review correspondence re document production; legal research re failure to conduct diligent search for documents; review chart re responses to document requests. | 2.45 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/4/2007 | Legal research re inadequate production of documents; organize tasks for drafting motion to compel. | 3.68 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/5/2007 | Analyze defendants' objections to plaintiffs' document requests. | 2.13 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/6/2007 | Legal research re objections to document responses; confer with EAB re contents of motion to compel. | 3.22 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/7/2007 | Discuss timing and contents of motion to compel with EAB; compose message to BJT re timing and contents of motion to compel. | 1.92 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/9/2007 | Review BJT message re work for motion to compel. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/12/2007 | Legal research re defendants' objections to document requests. | 6.38 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/13/2007 | Legal research re defendants' objections to document requests. | 3.48 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/14/2007 | Legal research re defendants' objection to documents created prior to 2003. | 4.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/17/2007 | Legal research re defendants' objection to production of documents that pre-date 2003; draft argument for motion to compel re objection. | 6.43 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/18/2007 | Draft motion to compel. | 5.20 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 12/27/2007 | Draft motion to compel. | 0.38 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/2/2008 | Draft motion to compel responses to plaintiffs' discovery requests. | 4.85 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/3/2008 | Draft motion to compel responses to plaintiffs' discovery requests. | 6.48 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/7/2008 | Draft motion to compel. | 2.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/8/2008 | Draft motion to compel. | 1.27 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/9/2008 | Confer with EAB re motion to compel; draft motion to compel; legal research re responses to interrogatories. | 4.43 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/10/2008 | Legal research re responses to interrogatories. | 1.92 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/11/2008 | Legal research re interrogatories; analyze defendants' response to plaintiffs' interrogatories. | 5.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/14/2008 | Draft motion to compel; confer with EAB re motion to compel. | 3.65 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/15/2008 | Draft motion to compel. | 6.05 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/16/2008 | Draft motion to compel. | 5.98 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/17/2008 | Draft motion to compel. | 6.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/18/2008 | Research requirements for seeking sanctions in connection with motion to compel; research duty to preserve evidence. | 5.50 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/23/2008 | Draft motion to compel and proposed order; confer with EAB re motion to compel. | 4.33 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/23/2008 | Draft motion to compel; confer with EAB re documents defendants have not produced. | 6.70 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/24/2008 | Review chart; confer with EAB; draft motion to compel. | 6.80 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/25/2008 | Review edited motion to compel; research local rules; confer with EAB re motion to compel. | 2.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/28/2008 | Edit motion to compel; confer with EAB re motion to compel. | 4.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/29/2008 | Review revised motion to compel; review local rules; edit motion to compel; cite check motion to compel. | 5.92 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/30/2008 | Cite check and proofread motion to compel; review and proofread proposed order; confer with EAB re motion to compel. | 7.73 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Initial Br | JDG | 1/31/2008 | Proofread motion to compel; edit table of authorities in motion to compel. | 1.20 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | ARK | 2/1/2008 | Confer with EAB re status of document production; review draft motion to compel. | 0.70 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | BJT | 1/30/2008 | Edit brief and proposed order. | 1.10 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | BJT | 1/31/2008 | Edit Motion for Extension of time to file motion; talk to EAB. | 0.72 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | BJT | 1/31/2008 | Read EAB memo and respond re defendants' new document production. | 0.30 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | BJT | 2/3/2008 | Edit brief. | 2.27 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | BJT | 2/4/2008 | Edit brief. | 0.13 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | EAB | 1/31/2008 | Edit plaintiffs' motion to compel based on defendants' document production. | 6.93 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | EAB | 1/31/2008 | Read message from BJT re motion to compel; draft motion for extension of time to file motion to compel; e-mail to co-counsel re same; memo to BJT re same. | 3.02 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | EAB | 2/1/2008 | Edit motion to compel. | 6.00 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | EAB | 2/2/2008 | Edit motion to compel. | 2.67 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | EAB | 2/4/2008 | Edit and file motion to compel. | 7.08 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | JDG | 2/4/2008 | Proofread motion to compel. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | KLM | 1/30/2008 | Confer with EAB re defendants' last minute production of documents to be compelled. | 0.08 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Rev Br | KLM | 1/31/2008 | Read EAB memo and BJT response re strategy in light of defendants' last minute production of documents to be compelled; email to EAB in response to issue on motion. | 0.25 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Opp'n | ARK | 2/21/2008 | Telephone conversation with Dan Rezneck re consent motion for extension to file defendants' opposition. | 0.08 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Opp'n | ARK | 2/22/2008 | Telephone conversation with Dan Rezneck re consent motion for extension of time to file defendants' opposition; note to file. | 0.08 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Opp'n | ARK | 3/7/2008 | Review defendants' 3/6/08 document production to determine whether responsive to plaintiffs' second motion to compel. | 1.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Opp'n | ARK | 3/10/2008 | Review defendants' opposition to plaintiffs' second motion to compel and documents related to same; confer with BJT re same. | 6.65 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Opp'n | BJT | 3/10/2008 | Read defendant opposition brief and made notes; confer with ARK re same; confer with ARK re defendant latest document production. | 1.33 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/11/2008 | Review documents cited in defendants' opposition to plaintiffs' 2d motion to compel; draft reply. | 9.68 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/12/2008 | Review defendants' opposition and supporting documents; draft reply. | 6.87 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/13/2008 | Confer with BJT and KLM re documents cited in defendants' opposition; review production related to defendants' opposition; draft reply. | 4.52 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/14/2008 | Legal research re issues raised in defendants' opposition; draft reply. | 6.68 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/16/2008 | Legal research re issues raised in defendants' opposition; draft reply. | 5.75 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/17/2008 | Legal research re issues raised in defendants' opposition; draft reply. | 11.77 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/18/2008 | Prepare consent motion for extension of time to file reply; telephone conversation with Dan Rezneck re same; legal research re issues raised in defendants' opposition; draft reply brief. | 9.18 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/19/2008 | Legal research re issues raised in defendants' opposition; draft reply brief. | 12.70 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/20/2008 | Legal research re issues raised in defendants' opposition; draft reply brief. | 6.87 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/21/2008 | Revise reply brief. | 3.47 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/24/2008 | Revise reply brief; confer with BJT re same; e-mail correspondence with co-counsel re same. | 3.07 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 3/25/2008 | Revise reply brief and prepare for submission to Court; prepare courtesy copy for Court for messenger delivery. | 1.60 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | ARK | 6/24/2008 | Legal research re sanctions for defendants' discovery failures. | 1.43 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/13/2008 | Confer with KLM and ARK re defendants' opposition and our response. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/17/2008 | Edit exhibit to plaintiffs' reply. | 0.67 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/18/2008 | Edit plaintiffs' motion for extension of time for reply brief. | 0.03 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/20/2008 | Edit reply brief. | 1.75 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/22/2008 | Edit reply brief. | 0.58 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/24/2008 | Confer with ARK re plaintiffs' reply brief. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | BJT | 3/30/2008 | Read article on sanctions. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | EAB | 3/5/2008 | Phone call with ARK re reply brief. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | EAB | 3/11/2008 | Confer with ARK re motion to compel and notes of telephone conversations with opposing counsel. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | JDG | 3/14/2008 | Review defendant's opposition to plaintiffs' motion to compel; review research re sanctions. | 1.42 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | Pl 2d Mot to Compel - Reply | KLM | 3/13/2008 | Plaintiffs' Reply Brief - Confer with BJT and ARK re response to defendants' brief. | 0.25 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 6/30/2008 | Review time and expense slips; confer with KLM re fee rates; confer with co-counsel re time spent working on motion to compel. | 4.80 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/1/2008 | Review time records; confer with KLM re organization of time records into exhibit; confer with JDG re legal research tasks for memorandum. | 4.65 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/2/2008 | Review time records; draft affidavit for co-counsel Jeff Gutman; memo to BJT re affidavit. | 4.87 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/3/2008 | Confer with KLM re time records; review time records; revise draft affidavit for Jeff Gutman. | 4.65 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/16/2008 | Review time records of co-counsel and e-mail co-counsel re same. | 0.90 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/17/2008 | Review and organize time and expense records; confer with KLM and BJT re same. | 6.90 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ARK | 7/18/2008 | Review and organize time and expense records; draft expense report; revise draft affidavits of co-counsel; memo to BJT re fees application. | 6.22 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | BJT | 7/2/2008 | Edit Gutman draft affidavit. | 0.10 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | CSP | 7/18/2008 | Telephone conversation with ARK re organization of expense data for calculation of various subtotals for motion to compel fee application. | 0.43 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/1/2008 | Discuss tasks for plaintiffs' initial fee application with ARK; research law regarding District of Columbia fee rates. | 3.05 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/2/2008 | Legal research re use of Laffey rates in District of Columbia fee cases. | 1.70 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/7/2008 | Legal research re use of Laffey rates in District of Columbia fee cases. | 1.45 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/8/2008 | Legal research re use of Laffey rates in District of Columbia fee cases; draft section of application regarding Laffey rates. | 5.27 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/9/2008 | Draft section of application regarding fee rates. | 0.95 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/10/2008 | Draft section of application regarding fee rates. | 3.73 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/11/2008 | Draft section of application regarding fee rates. | 0.50 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/14/2008 | Draft section of fee petition regarding fee rates; research fee cap issue. | 3.72 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/15/2008 | Research DC fee cap on IDEA attorney fees. | 4.02 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/16/2008 | Legal research re application of fee cap to Rule 37 sanctions. | 3.28 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | KLM | 7/1/2008 | Confer with ARK re issues for fee petition. | 0.50 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | KLM | 7/3/2008 | Confer with ARK re issues for plaintiffs' opening brief. | 0.80 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | KLM | 7/17/2008 | Confer with ARK re issues on fee application; confer with BJT and ARK re same. | 0.83 | Billable |