Plaintiffs' Exhibit 7

# DL v. DISTRICT OF COLUMBIA

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Expense Summary by Subcategory

**Negotiation re Motion to Compel**

| Client | Category | Expense |
|---|---|---|
| Child Find | Photocopying (In-house) | $6.40 |

# *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Expense Summary by Subcategory

**Pl Mot to Compel**

| Client | Category | Expense |
|---|---|---:|
| Child Find | Brief Covers | $2.00 |
|  | Fax | $23.00 |
|  | Lexis | $638.76 |
|  | Photocopying (In-house) | $69.00 |
|  | Velobinding | $3.00 |
|  | **Total Expenses:** | $735.76 |

# *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Expense Summary by Subcategory

**Pl 2d Mot to Compel**

| **Client** | **Category** | **Expense** |
|---|---|---|
| Child Find | Facsimile Transmission | $8.00 |
| | Messenger Delivery Fees | $8.20 |
| | Photocopying (In-house) | $86.00 |
| | Scanning - Internal | $53.70 |
| | Scanning - Internal | $13.50 |
| | Westlaw | $2,834.06 |
| | **Total Expenses:** | $3,003.46 |