## *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Expense Records by Subcategory



### Negotiation re Motion to Compel

| Date | Category | Name | Description | Quantity | Price | Expense |
|---|---|---|---|---|---|---|
| 2/23/2007 | Photocopying (In-house) | SM | 2/22/07 Letter to Rezneck | 26.00 | $0.20 | $5.20 |
| 10/1/2007 | Photocopying (In-house) | Expenses | 10/1/07 Discovery Letter to Rezneck | 6.00 | $0.20 | $1.20 |
| | | | **Total Expenses:** | | | $6.40 |

# *DL v. DISTRICT OF COLUMBIA*

Civil No. 05-1437 (RCL)

Terris, Pravlik & Millian, LLP

Expense Records by Subcategory

### Pl Mot to Compel

| Date | Category | Name | Description | Quantity | Price | Expense |
|---|---|---|---|---|---|---|
| 7/11/2006 | Brief Covers | Expenses | Pls' Motion to Compel | 2.00 | $1.00 | $2.00 |
| 8/17/2006 | Fax | BJT | Fax received at hotel from office re: pls' reply to def's opp to pls' motion to compel | 1.00 | $23.00 | $23.00 |
| 2/28/2006 | Lexis | Expenses | Lexis Charges February 1, 2006 through February 28, 2006, Invoice No. 0602116352, Invoice Date: 02-28-06 | 1.00 | $276.47 | $276.47 |
| 4/30/2006 | Lexis | Expenses | Lexis Charges April 1, 2006 - April 30, 2006, Invoice No. 0604122659, Invoice Date: 04-30-06 | 1.00 | $43.51 | $43.51 |
| 6/30/2006 | Lexis | Expenses | Lexis Charges June 1, 2006 through June 30, 2006, INvoice No. 0606104933, Invoice Date: 6/30/06 | 1.00 | $60.89 | $60.89 |
| 8/31/2006 | Lexis | Expenses | Lexis charges August 1, 2006 through August 31, 2006; Invoice No. 0608133435; Invoice Date: 8/31/06 | 1.00 | $257.89 | $257.89 |
| 7/11/2006 | Photocopying (In-house) | Expenses | Pls' Motion to Compel | 216.00 | $0.20 | $43.20 |
| 8/2/2006 | Photocopying (In-house) | SM | Def's Opp to Pls' Motion to Compel | 129.00 | $0.20 | $25.80 |
| 7/11/2006 | Velobinding | Expenses | Pls' Motion to Compel | 2.00 | $1.50 | $3.00 |
| | | | **Total Expenses:** | | | $735.76 |

# DL v. DISTRICT OF COLUMBIA
## Civil No. 05-1437 (RCL)
Terris, Pravlik & Millian, LLP

Expense Records by Subcategory

### Pl 2d Mot to Compel

| Date | Category | Name | Description | Quantity | Price | Expense |
|---|---|---|---|---|---|---|
| 8/1/2006 | Facsimile Transmission | SM | Fax to BJT | 10.00 | $0.50 | $5.00 |
| 3/11/2008 | Facsimile Transmission | ARK | Fax to: BJT re draft letter to Rezneck re Def. 11th Supp. Document Production | 6.00 | $0.50 | $3.00 |
| 2/5/2008 | Messenger Delivery Fees | FDH | Messenger to US Courthouse 3rd & Constitution Ave; Invoice #0467309; Invoice Date 3/1/08; Reference #4236402; Fee - $7.75 + $0.45 (tax). | 1.00 | $8.20 | $8.20 |
| 2/7/2008 | Photocopying (In-house) | EAB | Pl Motion to Compel | 430.00 | $0.20 | $86.00 |
| 1/10/2008 | Scanning - Internal | EAB | Pl 2nd motion to compel | 4.00 | $0.15 | $0.60 |
| 1/30/2008 | Scanning - Internal | EAB | Discovery\Motions and Status Reports\Motion to Compel 07\Exhibits | 314.00 | $0.15 | $47.10 |
| 1/31/2008 | Scanning - Internal | EAB | Motions and status Reports\Motion to compel 07\Exhibits | 8.00 | $0.15 | $1.20 |
| 2/4/2008 | Scanning - Internal | EAB | Discovery\motions and status reports\motions to compel07\exhibits includes Ex L, N, O, P, Q, R & J | 90.00 | $0.15 | $13.50 |
| 3/18/2008 | Scanning - Internal | ARK | Child Find\Discovery\Motions and Status Reports\Motion to Compel 08\Pl Reply Motion\Pl Ex T | 1.00 | $0.15 | $0.15 |
| 3/18/2008 | Scanning - Internal | ARK | Child Find\Discovery\Motions and Status Reports\Motion to Compel 08\Pl Reply Motion \Pl Ex U | 1.00 | $0.15 | $0.15 |
| 3/24/2008 | Scanning - Internal | ARK | Child Find\Discovery\Motions and Status Reports\Motion to Compel 08\Pl Reply Motion \Pl Ex S | 30.00 | $0.15 | $4.50 |
| 11/1/2007 | Westlaw | EAB | Westlaw charges November 1, 2007 - November 30, 2007 | 1.00 | $467.21 | $467.21 |
| 12/1/2007 | Westlaw | EAB | Westlaw charges 12/1/07 - 12/31/07 | 1.00 | $470.41 | $470.41 |
| 1/1/2008 | Westlaw | EAB | Date Range: 1/1/08 - 1/31/08 | 1.00 | $427.65 | $427.65 |
| 2/1/2008 | Westlaw | ARK | Westlaw charges for 2/1/08 - 2/29/08 | 1.00 | $608.22 | $608.22 |
| 3/1/2008 | Westlaw | ARK | Westlaw bill for 3/1/08 - 3/31/08 | 1.00 | $860.57 | $860.57 |

| Date | Category | Name | Description | Quantity | Price | Expense |
|------|----------|------|-------------|----------|-------|---------|
|      |          |      |             | **Total Expenses:** |       | $3,003.46 |