UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Plaintiffs' Exhibit 9

)
DL [1]/ *et al.*, on behalf of themselves )
and others similarly situated, )
                                          )
            Plaintiffs, )
                                          )
    v.                                    )   Civil Action No. 05-1437 (RCL)
                                          )
THE DISTRICT OF COLUMBIA, *et al.*        )
                                          )
            Defendants. )
                                          )

## AFFIDAVIT OF MARGARET A. KOHN

1. I make this affidavit in support of plaintiffs' request for an amount of reasonable attorneys' fees and expenses incurred in filing plaintiffs' motion to compel discovery. I am a solo practitioner specializing in special education and disability discrimination law. My resume setting forth my education and experience is attached.

2. I request that the Court award me fees at the rate of $681/hour (the *Laffey* rate) for my work on plaintiffs' motion to compel.

3. The following is a chronological account of the hours claimed by me in this litigation related to plaintiffs' motion to compel. This account is taken from my daily time records and activity logs which together constitute a contemporaneous record of time and activity spent on this litigation.

**Plaintiffs' First Motion to Compel (filed 7/10/06)**

| Date | Activity | Time |
|---|---|---|
| 8/17/06 | Read draft reply and respond with concerns about docs produced, data base. | 0.6 |
| **TOTAL HOURS** | | **0.6** |
| **TOTAL FEE REQUEST AT $681 PER HOUR** | | **$408.60** |

4. I request fees for my work on plaintiffs' motion to compel in the amount of $408.60. This amount is calculated by multiplying my *Laffey* rate of $681/hour for 0.6 hours of work.

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Pursuant to 42 U.S.C. 1746, I declare under the penalty of perjury that the foregoing is true. Signed this 24th day of July, 2008, in Washington, D.C.

/s/ Margaret A. Kohn

_____

MARGARET A. KOHN

## MARGARET A. KOHN

HOME:
6007 Forest Rd.
Cheverly, MD 20785
301-322-3134

OFFICE:
1320 19th Street NW #200
Washington, D.C. 20036
(202) 667-2330
fax (202)-667-2302
Makohn@aol.com

### EMPLOYMENT

**Solo Law Practice**
April, 2001 to present
      Specializing in special education and disability discrimination

**Kohn & Einstein**, partner
October, 1993 to April, 2001

      Specializing in special education and disability discrimination

**Solo Law Practice**
November, 1990 to October, 1993

      Specializing in disability and special education law

**Associate**
Bogin & Eig
July 1988 - November 1990

      Represented children needing special education by assisting parents in evaluations, representation in meetings with school officials, administrative due process hearings, federal court litigation and related work.  Represented parents seeking placements for adult children with mental retardation in D.C. Superior Court.

**Teacher**
D.C. Public Schools
1987-88 School Year

      Classroom teacher for a 4-5 Grade combination class of gifted children at Shepherd Elementary School, Washington, D.C.

**Consultant**
July 1985-December 1986

    ABA Child Support Project, National Legal Resource Center for Child Advocacy and Protection:

-2-

Report on Young Unwed Fathers and Child Support Enforcement

National Women's Law Center, Washington, D.C.
Proposal writing

MANNA, INC./For Love of Children (FLOC), Washington, D.C.
Sales of condominiums and single family homes to low and moderate income buyers for young, non-profit housing developer

**National Women's Law Center**
Washington, D.C.

1981   **Co-founder**
1981-83 **Attorney**
1984-85 **Managing Attorney**

    Created independent not-for-profit public interest law office with staff of 15 and annual budget of $650,000+. Responsible for precedent setting decisions in education and employment law. As a senior attorney, litigated in federal courts, testified before the U.S. Congress and worked with organizations and coalitions so that federal policies would better serve women and girls. Developed and administered multi-year nationwide training program for lawyers and educators on sex discrimination in education. Responsible for raising government and foundation funds as well as securing donations from individuals.

**Women's Rights Project**
**Center for Law and Social Policy**
Washington, D.C.

1975-81 **Attorney**

    Litigated cases to improve federal enforcement of laws protecting and advancing women's rights in employment, education and health. Monitored federal enforcement of federal sex discrimination prohibitions in education and employment. Worked with coalitions to improve opportunities for women in nontraditional jobs and increase sex equity in schools and colleges. Won and monitored implementation of 1975 court order in precedent setting quality of care lawsuit to improve the District's only public hospital.

**Legal Services Bureau of the Correctional**
**Association of New York**
New York, N.Y.

1973-75 **Staff Attorney**

-3-

**Center for Law and Social Policy**
Washington, D.C.

1972-73 **Fellow**

**EDUCATION**

J.D. 1972      **Columbia University Law School**
                 New York, N. Y.
                  Award:  Beck Prize for best first-year Real Property exam

B.A. 1969      **Swarthmore College**
                 Swarthmore, Pa.

           Major:  Sociology-Anthropology:  Degree awarded with Distinction

1986-87        **University of the District of Columbia**

           48 credits for D.C. teacher certification;  Dean's List

**OTHER ORGANIZATIONAL ACTIVITIES**

Advocates for Justice and Education, Board member, Spring, 2002-March 2008

Disability Rights Council, Member Board of the Directors, July 1997 to 2002

National Women's Law Center:  Member of the Board of Directors
1984-1994: Treasurer, 1991-94

Women's Legal Defense Fund: President, 1979-1980; Board of Directors, 1978-79; Nominating Committee 1977; Screening Committee 1975-77

National Coalition for Women and Girls in Education:  Enforcement Task Force Chair, July 1978-July 1985

Women's Equity Action League, Member of the Board of Directors and Legal Committee, 1986-1991

District of Columbia Bar:  Member, Judicial Evaluation Committee, 1980-83, Member: Membership Benefits Committee, 1992-94

Disability Rights Education Defense Fund: Advisory Board, 1983-86

D.C. Commission on Licensure to Practice the Healing Arts:  Consumer member, 1980-83

-4-

Bancroft Elementary School, Washington, D.C.: Volunteer Tutor 1976, 1977, 1985-86; Student teacher, 6th Grade, 1987

**PUBLICATIONS**

| | |
|---|---|
| Author | School Health Services and Nurse Practitioners: A Survey of State Laws, April 1979 |
| Author | Child Support Enforcement and Young Unwed Fathers, Spring 1987 |
| Co-author | Sex Discrimination in Education: Legal Rights and Remedies, 1983 |

**ADMITTED TO PRACTICE BY THE FOLLOWING COURTS:**

New York Appellate Division First Department
District of Columbia Court of Appeals
Court of Appeals of Maryland
United States Supreme Court
U.S. Court of Appeals for the District of Columbia
   Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Tenth
   Circuit, and Eleventh Circuit
U.S. District Court for the District of Columbia, the Eastern
   District of New York and the Southern District of New York