

Plaintiffs' Exhibit 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL [1]/ *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JEFFREY S. GUTMAN

　　1. I make this affidavit in support of plaintiffs' request for an amount of reasonable attorneys' fees and expenses incurred in filing plaintiffs' motion to compel discovery. I am Professor of Clinical Law and Associate Dean for Academic Affairs at The George Washington University Law School. My resume setting forth my education and experience is attached.

　　2. I request that the Court award The George Washington University Law School Community Legal Clinics fees at the rate of $681/hour (the *Laffey* rate) for my work on plaintiffs' motion to compel.

　　3. The following is a chronological account of the hours claimed by The George Washington University Law School Community Legal Clinics in this litigation related to plaintiffs' motion to compel. This account is taken from my daily time records and activity logs which together constitute a contemporaneous record of time and activity spent on this litigation.

**Plaintiffs' First Motion to Compel (filed 7/10/06)**

| Date | Activity | Time |
|---|---|---|
| 6/14/06 | Review and edit draft motion to compel. | 1.0 |
| 6/30/06 | Review and edit revised draft motion to compel. | 1.0 |
| 8/12/06 | Review and edit draft reply. | 1.0 |

---

　　[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

**Plaintiffs' Second Motion to Compel (filed 2/4/08)**

| | | |
|---|---|---|
| 1/19/08 | Review draft motion to compel. | 0.3 |

**TOTAL HOURS**                                                                                          **3.3**

**TOTAL FEE REQUEST AT $681 PER HOUR**                                      **$2,247.30**

      4.  The George Washington University Law School Community Legal Clinics request fees for my work on plaintiffs' motion to compel in the amount of $2,247.30.  This amount is calculated by multiplying my *Laffey* rate of $681/hour for 3.3 hours of work.

      Pursuant to 42 U.S.C. 1746, I declare under the penalty of perjury that the foregoing is true.  Signed this 7th day of July, 2008, in Washington, D.C.

/s/ Jeffrey S. Gutman

_____
JEFFREY S. GUTMAN

# Jeffrey Stuart Gutman

2000 G St., N.W.  
Washington, D.C. 20052  
(202) 994-5797  
jgutman@law.gwu.edu

1712 Hobart St., N.W.  
Washington, D.C. 20009  
(202) 265-5999  
gutmanbrustin@verizon.net

## LEGAL EXPERIENCE

**The George Washington University Law School**, Washington, D.C.

*Professor of Clinical Law*, July 1, 2000 to present  
*Associate Professor of Clinical Law*, July, 1996 to June 30, 2000  
*Visiting Associate Professor of Law*, July, 1994 to June, 1996

*Associate Dean for Academic Affairs*, January 1, 2003 to Summer, 2008  
*Assistant Dean for Academic Affairs*, May, 2000 to December, 2002  
*Acting Assistant Dean of Students,* November, 1998 to April, 1999

Course load includes teaching Civil Procedure and serving as Director, Public Justice Advocacy Clinic.

Clinic caseload has included federal, local, administrative and appellate litigation in the areas of constitutional law, civil rights, public benefits, employment law, probate and guardianship.  Representative cases include:

D.L. v. District of Columbia (D.D.C.) - federal class action challenging government's failure to offer special education services to children aged three through five.

Lightfoot v. District of Columbia (D.D.C. and D.C. Cir.) - federal class action challenging government's termination of disability compensation benefits on Due Process and D.C. Administrative Procedure Act grounds.

Gunn v. SDH Services East (D.C. Court of Appeals) – appeal of denial of unemployment compensation benefits.

Robinson v. Smith (D.C. Court of Appeals) – appeal of determination of non-residency for purposes of D.C. Public Schools tuition.

Martin v. Apfel, Stackhouse v. Barnhart (D.D.C.) – appeals of determinations by SSA that claimants were not entitled to disability benefits.

Administrative responsibilities have included curriculum planning and development, recruitment, mentoring and supporting 200+ upper-level adjunct faculty, oversight of Outside Placement Program, chairing Curriculum, Journal Advisory and Enrichment Program Series Committees and completing special projects related to the academic program of the law school.

**U.S. Department of Justice, Civil Division, Federal Programs Branch**
November, 1987 - June, 1994
*Trial Attorney*

Litigation of federal constitutional and administrative law cases.  Personal responsibility for developing case strategy, drafting memoranda of law, conducting pre-trial discovery, delivering oral argument and examining witnesses in federal district courts. Representative examples include:

AAPS v. Clinton (D.D.C. and D.C. Cir.) - defended Federal Advisory Committee Act challenge to President's Task Force on National Health Care Reform.

NTEU v. United States (D.D.C., D.C. Cir. and U.S. Supreme Court) - defended constitutionality of Ethics in Government Act provision barring federal employees from receiving honoraria for speeches, articles and appearances.

Specter v. Garrett (E.D. Pa., 3d. Cir. and U.S. Supreme Court) - defended challenges to military base closures under Defense Base Closure and Realignment Act of 1990.

NRA v. Brady (D.S.C., 4th Cir.) - defended challenges to ATF regulations implementing amendments to Gun Control Act and claim for attorney's fees under the Act.

Illinois v. Cheney (C.D. Ill.) and NFFE v. Cheney (D.D.C., D.C. Cir.) - defended constitutional  challenges to 1988 Base Closure and Realignment Act.

*Awards*

Department of Justice Special Achievement Award (1993, 1991, 1990, 1988)
Department of Justice Meritorious Award (1992, 1989)

**The Hon. Earl B. Gilliam, U.S. District Judge for the Southern District of California**
San Diego, Califormia   August, 1986 to August, 1987
*Judicial Law Clerk*

Drafted opinions, orders and bench memoranda recommending disposition of pending civil and criminal motions for federal district judge.

2

## EDUCATION

**Harvard Law School**, Class of 1986
J.D., *cum laude*

    Notes Editor, <u>Harvard Civil Rights - Civil Liberties Law Review</u>
    Associate Editor, <u>Harvard International Law Journal</u>

**Stanford University**, Class of 1983
B.A. with distinction in Political Science and Economics
Phi Beta Kappa

    Director, Stanford Committee on Political Education
    Teaching Assistant, Seminar on Presidential Decision-making

## PROFESSIONAL AND PUBLIC SERVICE

Trustee, District of Columbia Bar Clients' Security Fund, appointed by D.C. Court of Appeals, April, 2007.

Complaint Examiner, District of Columbia Office of Police Complaints, 2007.

Editor-in-Chief, <u>Federal Practice Manual for Legal Aid Attorneys</u> (2nd edition, 2004); (3rd edition, 2006) available at [www.povertylaw.org.](www.povertylaw.org.)

Co-Chair, Steering Committee, District of Columbia Bar Administrative Law and Agency Practice Section, 1999-2000.

Member, Steering Committee, District of Columbia Bar Administrative Law and Agency Practice Section, 1997-1999, 2000-2003.

Editor, Administrative Procedure chapter, <u>The District of Columbia Practice Manual</u> (6th, 7th, 8th and 12th eds.).

Chairman, Board of Directors, D.C. Law Students in Court Program, 1998-99.

Member, Board of Directors, D.C. Law Students in Court Program, 1996-98, 1999-2001.

Member, Board of Trustees, Temple Sinai, 1999-2001.

Member, Board of Directors, Sinai Assisted Housing Foundation, 1995-99.

Occasional speaking at attorney training programs, testimony before D.C. City Council and consulting.

## BAR ADMISSIONS

California, 1986
District of Columbia, 1989

## PERSONAL

Resided in Pozuelo de Alarcon, Madrid, Spain from August, 2005-July, 2006 while on sabbatical leave. Proficient in Spanish.

Nominated by D.C. Judicial Nomination Commission as one of three nominees to serve as an Associate Judge, District of Columbia Superior Court, July, 2003.

Married to Stacy L. Brustin, Associate Dean for Academic Affairs and Associate Professor of Clinical Law, Catholic University of America, Columbia School of Law.

Two children: Benjamin, born January 12, 1996, and Julia, born June 15, 1998.