# Bruce J. Terris

Plaintiffs'
Exhibit
11

Office:

1121 12th Street, N.W.
Washington, D.C. 20005
(202) 682-2100

Born:        Detroit, Michigan

Birthdate:   August 3, 1933

Education:   A.B. Summa Cum Laude     Harvard (1954) Phi Beta Kappa

             LL.B. Magna Cum Laude    Harvard (1957) Article Editor
                                          Harvard Law Review

             Post Graduate Study      Georgetown University
                                          Political Science

Honors:      Honorary Fellowship      University of Pennsylvania
                and Commencement          Law School 1977
                Speaker

             Conservation Law Award   National Wildlife Federation 1981

Professional Experience:

        1957-1958        Attorney, Internal Security Division
                         Appellate Section, U.S. Department of Justice

        1958-1959        Personal Assistant to Solicitor General, J. Lee Rankin, Department
                         of Justice

        1959-1965        Assistant to the Solicitor General,
                         Department of Justice

                         Argued 16 Supreme Court cases on behalf of the
                         government, including Wesberry v. Sanders (the
                         Congressional redistricting case); Schneider v. Rusk and
                         Kennedy v. Mendoza-Martinez (the constitutionality of two
                         federal statutes relating to the expatriation of citizens)
                         (subsequently argued an additional 3 Supreme Court cases)

Wrote or extensively reviewed approximately 70 Supreme Court briefs, including Abel v. United States (a Soviet espionage case); Baker v. Carr and the 1964 reapportionment cases; and a large number of civil rights and criminal cases

Prepared Attorney General Kennedy for his only appearance in the Supreme Court

1965      Co-Chairman, National Conference on Law and Poverty sponsored by the Attorney General and the Director of the Office of Economic Opportunity -- this conference had a major part in starting OEO legal services for the poor.

1965-1967      Assistant Director, National Crime Commission -- supervised all work on police/community relations and early work on narcotics and dangerous drugs

1965      Consultant, Community Relations Service, Department of Justice, on police/community relations

1965      Consultant, University Research Corporation -- wrote proposals relating to crime and training the poor to be lawyer's aides

1967-1968      Assistant to the Vice President for the District of Columbia -- worked on youth programs and the District's problems generally -- developed a detailed program to coordinate all activities of SBA, EDA, and other government agencies relating to minority business

1967-1968      Visiting Professor of Law, Catholic University (teaching two sections of constitutional law

1968      Campaign staff of Senator Robert Kennedy, doing research on urban problems

1968-1969      Executive Director, Anacostia Assistance Corporation, a non-profit organization of businessmen and others, to provide financial and technical assistance relating to economic development, housing and education to community groups in a poverty area of Washington, D.C. -- established a center for packaging black businesses, started a local development company, worked on beginning a community electronics plant (which never came to fruition), and wrote an elaborate proposal for a special impact grant

2

1969-1970       Co-founder and Senior Attorney, Center for Law and Social policy, a non-profit organization which represented consumers, the poor, and other usually unrepresented persons before federal administrative agencies and in the courts concerning consumer, environment, health, and other problems and which had law students who came to the Center for five months and received a semester's credit -- personally represented the California farm workers union in a suit to prevent Mexican nationals from entering the United States to work in the fields, which was lost, 5-4, in the Supreme Court (<u>Bustos v. Mitchell</u>) -- represented physicians at D.C. General Hospital and the District of Columbia chapter of the Medical Committee on Human Rights in legal actions to improve the care at the hospital; represented the American Public Health Association and the National Council of Senior Citizens in a suit which resulted in an order requiring the Federal Drug Administration to speed procedures to get several thousand ineffective drugs off the market; represented Ralph Nader in proceedings before the Federal Trade Commission -- ran educational program

1970       Attorney, private practice, Washington, D.C. -- became Terris & Sunderland in 1980, Terris, Edgecombe, Hecker & Wayne in 1986, Terris, Pravlik & Wagner in 1990, and Terris, Pravlik & Millian in 1998 -- presently has 10 attorneys -- principally engaged in public interest law, including environmental and employment cases

Representative cases include:

<u>Sierra Club v. Fri</u>, 412 U.S. 541 (1973), in which the Supreme Court held, by affirming the court of appeals, 4-4, that the Clean Air Act prevented significant deterioration of air quality in clean air areas

<u>Sierra Club v. Butz</u>, 3 ELR 20071 (N.D. Cal. 1972), in which the court granted, under the National Environmental Policy Act, a preliminary injunction against the development of 50 million acres and ordered the Forest Service to prepare environmental impact statements before allowing development of roadless areas in national forests

<u>West Virginia Division of the Izaak Walton League of America v. Butz</u>, 522 F.2d 945 (4th Cir. 1975), in which the court of appeals declared that the Forest Service practice of clearcutting in national forests violated the Organic Act of 1897

3

<u>Sierra Club v. Morton</u>, 427 U.S. 390 (1976), in which the Supreme Court held that the National Environmental Policy Act required preparation of a regional environmental impact statement for subregions of the Northern Great Plains but not the entire area

<u>Regina M. Nunes-Correia v. Alexander Haig</u>, 543 F. Supp. 817 (D.D.C. 1982), in which the district court held that the plaintiff was illegally discharged and the plaintiff recovered $125,000 in back pay and $98,000 in attorneys' fees

<u>Palmer v. Shultz</u>, 815 F.2d 84 (1987), in which the court of Appeals held that the Department of State had discriminated against female Foreign Service Officers in numerous personnel areas - previously in the same case, the Department of State agreed to hire 75 additional female Foreign Service Officers to settle allegations of discrimination in hiring

<u>Public Interest Research Group v. Powell Duffryn Terminals, Inc.</u>, 720 F. Supp 1158 (D.N.J. 1989), affirmed in part, 913 F.2d 64 3d Cir. 1990 in which the court imposed a penalty of over $4 million (the largest ever imposed in a citizen suit) and injunctive relief for violations of the Federal Water Pollution Control Act

<u>FOE v. Laidlaw Envtl. Services</u> (TOC), Inc., 528 U.S. 167 (2000), a Clean Water Act citizen suit in which the Supreme Court found that the Fourth Circuit erred in finding the case moot due to availability of only civil penalty relief and not injunctive relief. Supreme Court also held that the citizens had constitutional standing to pursue their claims. Lower court decisions are found at 890 F. Supp. 470 (D.S.C. 1995) and 956 F. Supp. 588 (D.S.C. 1997), and 149 F.3d 303 (4th Cir. 1998).

Publications:             Author of article in November 1968 issue of Annals of the American Academy of Political Science, "The Role of the Police," reprinted in <u>Violence in the Streets</u>, edited by Shalom Endelman (Quadrangle Books, Chicago, 1969); Livingston Hall, <u>et al.</u>, <u>Modern Criminal Procedure</u> (West Publishing Co., 1969, 3d ed.); and <u>The Ambivalent Force:  Perspectives on the Police</u>, edited by Abraham Niederhoffer and S. Blumberg (Ginn and Co., N.Y. 1970)

Author of article in February 1968 issue of <u>New Jersey Municipalities</u>, "The Responsibility of City Government; Win the War or Preserve the Peace"

Author of article in Winter 1968 issue of <u>Legal Issue</u> (Catholic University), "Black Versus Blue:  The Crisis in Police Community Relations"

Author of chapter on "The Chain-Independent Retail Store" in Practicing Law Institute; <u>The Local Economic Development Corporation:  Legal and Financial Guidelines</u> (GPO, 1970)

Speech at the National Institute on New Techniques in Regulating Business:  The Ash Council's Recommendations, April 16-17, 1971, in 23 Administrative Law Review 445 (1971)

Author of <u>Legal Services for the Elderly</u> (National Council on the Aging, 1972)

Speech at the American Bar Association National Institute, Law of the Environment, November 1-2, 1973, "Air Quality Control in the 70s: Environmental Critique," in 7 Natural Resources Lawyer 217 (1974)

Author of article in July-August 1974 issue of <u>Juris Doctor</u>, "Hard Times Ahead for Public Interest Law"

Co-Author of article, the Leasing of Federal Land for Coal Production, <u>Natural Resources Defense Council v. Hughes</u>, 15 Houston Law Review 1175 (1978)

Speech on "Environmentalists' Citizen Suits" in "The Private Assumption of Previously Public Responsibilities: The Expanding Role of Private Institutions in Public Environmental Decisionmaking," Fifteenth Annual Conference on the Environment, American Bar Association, Standing Committee on Environmental Law (1986)

<u>Other Activities</u>

| | |
|---|---|
| 1960 | Co-founder of a credit union in the slums, one of the first organized on a geographic basis |

| | |
|---|---|
| 1961-1965 | Co-founder and President of Better Homes, Inc., a non-profit corporation with the purpose of buying and improving housing in slum areas in Washington (the corporation was the model for approximately half a dozen other similar non-profit organizations in Washington, and was the recipient of the first funds in Washington under the Federal Housing Act of 1961 for the rehabilitation of houses for low-income families) |
| 1961-1966 | Co-organizer of the 1500 Block Club, an organization of the people living in two blocks of the slums of Washington (the organization had a small community center, women's and men's clubs, and a large tutoring program) |
| 1965-1979 | Co-founder of the Housing Development Corporation, later chairman of the board -- wrote the proposal for the creation of this large, well-financed, non-profit real estate development corporation to provide housing for low-income families throughout the Washington area -- the first of its kind in the country, it originally received over $300,000 a year from the Office of Economic Opportunity -- OEO used it as a model elsewhere |
| 1965-1966 | Member, Coalition of Conscience, a coalition of organizations to promote civil rights in the District of Columbia |
| 1968-1972 | Chairman and Member, District of Columbia Democratic Central Committee |
| 1968-1972 | President and Member of the Board, Project Share -- this organization raised over $100,000 in funds for non-profit housing for low and moderate income people |
| 1968-1974 | Member of the Board, District of Columbia Home Rule Committee |
| 1970-1971 | Member of the Board, Anacostia Citizens and Merchants, a broadly representative citizens group with the purpose of improving the Anacostia area |
| 1974-1977 | Member of the Board and Secretary, District of Columbia Development Corporation, a non-profit corporation intended to develop housing for low and moderate income people and support business ownership by minorities |

| 1976-1978 | Co-chairman, Air Quality Task Force, National Coal Policy Project |
| 1976-1981 | Member of the Board, Council for Public Interest Law, a national organization encouraging the expansion of public interest law |
| 1977-1978 | Member, Litigation Committee, Friends of the Earth |
| 1978-1980 | Member, Litigation Committee, Environmental Defense Fund |
| 1979-1980 | Member, Advisory Panel on Synthetic Fuels, Committee on Science and Technology of the House of Representatives |

# CAROLYN SMITH PRAVLIK

**Bar Memberships:**

> District of Columbia Bar
> U.S. District Court for the District of Columbia
> U.S. Court of Appeals for the Third Circuit
> U.S. Court of Appeals for the Fourth Circuit
> U.S. Supreme Court

**Education:**

> Law School:   Catholic University Law School, J.D., 1980
> Undergraduate: College of Notre Dame of Maryland, B.A., cum laude, 1977

**Professional Experience:**

1981-Present             Managing Partner (1990-Present), Partner (1987-Present), Associate (1981-1987), Terris, Pravlik & Millian, LLP Washington, D.C. -- principally public interest litigation in the federal courts including environmental, civil rights and employment litigation for such clients as:

> American Canoe Association
> Friends of the Earth
> The Public Interest Research Group of New Jersey
> Indiana Public Interest Research Group
> Sierra Club

**Representative Cases:**

> *FOE v. Laidlaw Envtl. Services (TOC), Inc.,* 528 U.S. 167 (2000), a Clean Water Act citizen suit in which the Supreme Court found that the Fourth Circuit erred in finding the case moot due to availability of only civil penalty relief and not injunctive relief.  Supreme Court also  held that the citizens had constitutional standing to pursue their claims.  Lower court decisions are found at 890 F. Supp. 470 (D.S.C. 1995) and 956 F. Supp. 588 (D.S.C. 1997), and 149 F.3d 303 (4th Cir.  1998).

> *American Canoe Assn v. Murphy Farms, Inc.*, 326 F.3d 505 (4th Cir. 2003), a citizen suit under the Clean Water Act where the court ordered the defendant hog farm (a concentrated animal feeding operation (CAFO)) to apply for a National Pollutant Discharge

Elimination System Permit (NPDES). The resulting permit was the first NPDES permit issued to a CAFO in North Carolina.

*Interfaith Community Organization v. Shinn*, No. 93-4774, slip op. (D.N.J. Nov. 24, 1998), a citizen suit under RCRA's imminent and substantial endangerment provision, in which the court found that the contaminants in Liberty State Park present an imminent and substantial endangerment to park visitors. Almost 300 acres of the park have been fenced and closed to the public as a result.

*PIRG v. Hercules, Inc.*, 830 F. Supp. 1525 (D.N.J. 1993), *rev'd in part and remanded,* 50 F.3d 1239 (3d Cir. 1995), in which the courts addressed the scope of a notice of intent to sue under the Clean Water Act.

*PIRG v. Powell Duffryn Terminals, Inc.*, 720 F. Supp. 1158 (D.N.J. 1989), *aff'd in part, rev'd in part and remanded*, 913 F.2d 64 (3rd Cir. 1990), *certiorari denied*, 498 U.S. 1109 (1991), in which the court enjoined the defendant violation of the Clean Water Act and imposed a penalty of $4.085 million.

*PIRG v. Monsanto Co.*, 600 F. Supp. 1479 (D.N.J. 1985), in which the court found the defendant liable for numerous violations of the Clean Water Act. The first summary judgment on the issue of liability in a citizen suit under the Act.

*PIRG v. Monsanto Co.*, 600 F. Supp. 1474 (D.N.J. 1985), in which the court upheld the constitutionality of the citizen suit provision of the Clean Water Act, 33 U.S.C. 1365.

*PIRG v. Fritzsche, Dodge & Olcott, Inc.*, 579 F. Supp. 1528 (D.N.J. 1984), *aff'd*, 759 F.2d 1131 (3d Cir. 1985), court held that agency level enforcement by the U.S. Environmental Protection Agency did not bar plaintiffs' citizen suit under the Clean Water Act.

| | |
|---|---|
| Oct. 1980- Apr. 1981 | Attorney in the Solicitor's Honors Program, U.S. Department of the Interior -- involved providing legal advice to a number of the department's organizations: the Secretary's Office, the National Park Service, the Fish and Wildlife Service, and the Office of Surface Mining |
| June 1978 - June 1980 | Law Clerk in the Office of the Solicitor, Division of Surface Mining, U.S. Department of the Interior -- time spent researching and writing |

portions of several briefs filed in federal district courts.  Among the cases were: *Union Carbide v. Andrus*, No. 79-2142 (S.D. W. Va. July 17, 1979) and *Star Coal v. Andrus*, 14 ERC 1325 (S.D. Iowa 1980)

**KATHLEEN L. MILLIAN**
1121 12th Street, N.W.
Washington, D.C.  20005
(202) 682-2100, ext. 8478

Education:    Stanford Law School          J.D., June 1985

             Cornell University           B.S., Public Policy,
                                          May 1982

Experience:

1992-Date    Partner
1987-1991    Attorney
             Terris, Pravlik & Millian, LLP (formerly Terris, Pravlik & Wagner)
             Washington, DC
             Represent the plaintiff class in a Medicaid class action against the District of
             Columbia government.  Represent environmental groups in Clean Water Act
             and RCRA citizen enforcement suits.  Also represent and counsel the
             Ministry of the Environment of the Province of Ontario regarding
             international environmental issues.

1985-1986    Judicial Clerk, Judge James K. Singleton, Alaska Court of Appeals
             Anchorage, AK
             Researched and wrote bench memoranda on criminal and evidentiary issues.
             Critiqued opinions substantively and technically.  Also served as Acting
             Magistrate for Third Judicial District of Alaska, handling small claims and
             traffic court calendar.


Representative Cases:

             *Interfaith Community Organization, et al. v. Honeywell International
             Inc.*,263 F.Supp.2d 796 (D.N.J. 2003), affirmed, 399 F.3d 248 (3d Cir. 2005),
             certiorari denied, 125 S.Ct. 2951 (2005), in which the district court found
             liability under RCRA and ordered the excavation and removal of 1.5 million
             tons of toxic hexavalent chromium waste from a 34-acre site in Jersey City,
             NJ, and a clean-up of the deep ground water and sediments in the Hackensack
             River.

             *Michigan, et al. v. EPA*, 213 F.3d 663 (2000), in which the court of appeals
             upheld EPA's Clean Air Act rule requiring midwestern states to control
             emissions of nitrogen oxides which harm air quality in downwind states.

             *Friends of the Earth, et al., v. Gaston Copper Recycling Corp.*, 204 F.3d 149
             (2000)(*en banc*), in which the court of appeals found that the plaintiff
             environmental groups had standing to proceed with their suit under the Clean
             Water Act.

*Salazar, et al. v. District of Columbia*, 954 F. Supp. 278 (D.D.C. 1996), in which the district court found the government liable to the plaintiff class of Medicaid applicants and recipients under Section 1983 for failing to comply with the federal Medicaid statute.

*Public Interest Research Group of New Jersey, et al. v. Powell Duffryn Terminals Inc.*, 720 F. Supp. 1158 (D.N.J. 1989), in which the court granted a permanent injunction and imposed civil penalties of $3.2 million under the Clean Water Act on a polluter, affirmed in part and reversed in part on appeal, 913 F.2d 64 (3d Cir. 1990), penalty increased to $4.085 million, certiorari denied, 111 S. Ct. 1018 (1991).

*Public Interest Research Group of New Jersey, et al. v. Ferro Merchandising Equipment Corp.*, 680 F. Supp. 692 (D.N.J. 1987), in which the court imposed contempt penalties for a polluter's failure to comply with an injunction to comply with the Clean Water Act.

| | |
|---|---|
| <u>Bar Memberships</u>: | State of New York, District of Columbia, United States Courts of Appeals for the District of Columbia, Third, Fourth, Fifth, and Eleventh Circuits, United States District Court for the District of Columbia, and the United States Supreme Court. |
| <u>Honors</u>: | Listed in 2005-2006 edition of *Who's Who in American Law.* |
| <u>References</u>: | Available upon request. |

2

# SAMEENA SHINA MAJEED

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY, J.D., *cum laude,* 2000
**Honors**:        Eric Dean Bender Prize for Public Service
              Hays Civil Liberties Fellow, 1999-2000
              McKay Scholar
              *New York University Review of Law and Social Change,* Senior Articles Editor
              Teaching Assistant, Civil Procedure I, Professor Helen Hershkoff, Fall 1999

**YALE COLLEGE**, New Haven, CT, B.A., *cum laude*, May 1995
**Honors**:        Distinction in the Sociology and Women's Studies major
              Steere Prize in Women's Studies for the outstanding senior thesis,
              "Feminist Consciousness in Urban Pakistani Women"

## LEGAL EXPERIENCE

**Terris, Pravlik, and Millian, LLP,** Washington, DC
       *Associate.*  Litigate civil rights and complex litigation in the federal courts *(Feb 2005 -Sept 2007).*

**Legal Aid Society for the District of Columbia,** Washington, DC
       *Skadden Law Fellow and Staff Attorney.*  Represented individuals in government benefit, family law, and housing cases.  Established off-site legal clinic in South East D.C. for government benefit cases.  Engaged in policy advocacy and community outreach on government benefit issues, including immigrant access *(Nov 2003 - Jan 2005).*

**Urban Justice Center,** New York, NY
       *Skadden Law Fellow.*  Represented individuals in government benefit cases.  Established three off-site legal clinics.  Substantially assisted in two class-action cases on behalf of welfare recipients.  Conducted trainings and outreach *(Oct 2002 - Oct 2003).*

**United States District Court for the District of Columbia, The Honorable Gladys Kessler**
       *Law Clerk*.  Substantially assisted judge in drafting opinions and orders and in managing civil cases *(2000 - 2002).*

**Koob & Magoolaghan,** New York, NY
       *Legal Intern.*  Drafted sections of briefs and handled discovery in prisoner's rights cases *(2000).*

**Civil Rights Clinic, NYU School of Law**, New York, NY
       *Student Practitioner.*  Represented female inmates in federal class-action against NYS Department of Corrections in constitutional challenge to cross-gender pat-frisk policy *(Fall 1999-Spring 2000).*

**Legal Aid Society, Civil Appeals and Law Reform Unit,** New York, NY
       *Legal Intern.*  Wrote memoranda for class action lawsuits, including Medicaid class-action and a challenge to  NYC's workfare program. Advocated for SSI and welfare recipients *(Summer 1999).*

**NAACP Legal Defense Fund,** New York, NY
*Legal Intern.* Wrote legal memoranda for cases on affirmative action in higher education, desegregation of public schools and employment discrimination *(Summer-Fall 1998).*

**Research, Education and Advocacy to Combat Homelessness (REACH),** New York, NY
*Co-Chair.* Directed student homeless advocacy group; supervised walk-in legal clinics for clients with government benefit cases *(Fall 1997-Spring 2000 ).*

**Urban Justice Center Workfare Worker's Clinic,** New York, NY
*Advocate.* Represented indigent clients in fair hearings in public benefits cases *(1998-1999).*

**NOW Legal Defense and Education Fund, New York, NY**
*Intake Coordinator.* Coordinated department that responded to inquires for assistance from the public. Assisted with drafting Legal Resource Kits and conducted outreach to domestic violence groups *(1995-1997).*

## BAR MEMBERSHIPS
Admitted in New York and the District of Columbia. Member of the United States District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia Circuit

## OTHER
Basic proficiency in Spanish. Working knowledge of spoken Urdu.

# EMILY A. BENFER

3039 Macomb Street, NW Apartment 32 ▪ Washington, DC 20008 ▪ emily.benfer@gmail.com ▪ (202) 580-5581

## EXPERIENCE

**Terris, Pravlik & Millian, LLP, Washington, D.C.,** *Associate*                    **Sept. 2007 - Apr. 2008**
- Litigated special education class action in federal court.

**Washington Legal Clinic for the Homeless, Washington, D.C.**                    **Aug. 2005 – Aug. 2007**
*Awarded Arnold & Porter Equal Justice Works Fellowship*
- Designed and implemented *DC HEART*; a project created to Defeat Child and youth Homelessness through Education, legal Advocacy, creative Resources, and community Teamwork to improve shelter conditions, case management, access to education, and increase services available to youth.
- **Litigation and Client Representation**
  - Drafted and implemented a strategy to improve conditions in D.C. homeless shelters by filing housing code violation cases and created coalitions with city administrators and shelter-tenant associations.
  - Represented clients in the first challenges under the newly enacted Homeless Services Reform Act to enforce client rights including the receipt of case management and referral services.
  - Represented clients in emergency evictions from shelter, terminations from public benefits programs, and school expulsions or enrollment denials related to homelessness.
- **Policy Work**
  - Drafted, introduced and implemented City Council legislation that removed barriers and increased access to education and resources for homeless children.
  - Gave presentations, lobbied and built relationships with City Council and Board of Education members to compel the D.C. to apply for McKinney-Vento Homeless Assistance Act funding for the first time in eleven years and increased funding to support education of homeless youth.
- **Client Outreach, Mobilizing and Training**
  - Designed and conducted workshops for homeless parents and runaway youth on rights in education, shelter, housing, and advocacy skills.

**Chambers of the Honorable David Hamilton, Indianapolis, IN**                    **Aug. - Dec. 2004**
**United States District Court, Southern District of Indiana,** *Court Extern*
- Researched and drafted opinions on cases under the Social Security and Family Medical Leave Act.

**Lawyers' Committee for Civil Rights, Washington, D.C.,** *Law Clerk*                    **May - Aug. 2004**
- Wrote sections of a voting rights manual preventing disenfranchisement of ex-felons, college students, and people who are homeless for the Voting Rights Project and Election Protection campaign.
- Identified legal issues facing African American women for presentation at United Nations Beijing + 10.
- Researched and wrote memoranda on legal issues for the Housing and Community Development Project.

**Washington Legal Clinic for the Homeless, Washington, D.C.**, *Law Clerk*          May - Aug. 2003
- Investigated and wrote legal complaints, briefs, and memoranda on housing conditions, criminalization of homelessness, landlord-tenant, and public benefits.
- Designed and administered a survey of shelter residents and created a report used to support passage of the Homeless Services Reform Act. Investigated and wrote legal complaints, briefs, and memoranda.

**New Haven Legal Assistance Association, New Haven, CT**, *Law Clerk*          Jan. - Aug. 2002
- Assisted attorneys in divorce, domestic violence, child custody, public benefits, and landlord-tenant cases.
- Assisted clients in their employment and housing search, relocation, and educational attainment.
- Conducted and analyzed Community Needs Survey and reported findings to the Board of Directors.
- Planned the school outreach section of the Connecticut Bar Association's annual Law Day activities.
- Initiated 911-cell phone drive for victims of domestic violence.

**United States Peace Corps, Thailand, Belize & Zimbabwe,** *Volunteer*          Jan. 2000 – Dec. 2001
- Identified local needs and worked with villagers to improve rural areas, farming techniques and nutrition.
- Organized trainings for teachers to improve technique and expand knowledge basis.
- Spearheaded a scholarship program for rural students, which funded clothing, books, and transportation.

## EDUCATION

**J.D.** *cum laude* **Indiana University School of Law, Indianapolis, IN, GPA 3.58, top 13%    May 2005**
- *Indiana International and Comparative Law Review,* Student Note Editor
- Moot Court, Order of the Barristers, ABA Appellate Advocacy Competition Advocate (2004, 2005)
- Indiana University Equal Justice Works: President (2004-2005), Executive Board (2003)
- Equal Justice Works (National): Council Vice President (2002-2003)
- Voting Rights Campaign, Chairperson (2004)
- American Constitution Society member, conference attendee (2003-2005)
- Indiana University Loan Repayment Assistance Program, Founder, Co-Chair (2002-2005)

**B.A. English and Writing** *cum laude* **Providence College, Providence, RI, GPA 3.8 May 1999**
- Cowl Newspaper Staff Writer, Alembic Literary Magazine Editor, Social Justice President, Habitat for Humanity Trip Leader, Urban Action, Women's Shelter Volunteer, Friar's Club

**Cambridge University - Cambridge, UK, Junior Year Abroad (1997-1998)**
**University of Iowa - Iowa City, IA, Graduate Fiction Program (1998)**

## PUBLICATIONS AND PUBLIC SPEAKING

- *In the Best Interests of the Child?: An International Human Rights Analysis of the Treatment of Unaccompanied Minors in Australia and the United States*, 14.3 IND. INT'L & COMP. L. REV. 729 (2004).
- *Shaking a Cup: Panhandling in Indianapolis*, NUVO, Mar. 3, 2004.
  - *Society of Professional Journalists Award* (2005)
- Stand Up For Kids Community Summit, Panel Speaker (2006)
- Pro Bono Advisory Council & Program, Panel Speaker, Participant (2002-2005)

- Homelessness Awareness Panel, Moderator, Planning Committee Chairperson (2004)
- Protective Order Pro Bono Program Training, Panel Speaker, Volunteer (2002-2005)
- Equal Justice Works Career Fair and Conference, Panel Speaker (2004)
- Norman Amaker Midwest Public Interest Law Retreat, Panel Speaker, Organizer (2003)

## AWARDS AND SCHOLARSHIPS

**National Awards**: National Association of Women Lawyers Outstanding Law Student (2005); American Bar Association Judy M. Weightman Memorial Public Interest (2004); Equal Justice Works Martindale Hubbell Exemplary Public Service (2003)

**District of Columbia Award:** Frederick B. Abramson Fellowship for advancing the public interest in law (2005)

*Pro Bono Awards:* Dean Norman Lefstein Award of Excellence for over 800 hours of pro bono service (2005); John  Paul Berlon Pro Bono Award, Class of 2005 (2005); Indianapolis Bar Association Bar Foundation Pro Bono Award (2004); Heartland Pro Bono Council Law Student Pro Bono Award (2003)

*Law School Awards:*  Indiana University School of Law Faculty Prize, the only award granted by faculty and presented during graduation ceremony in recognition of outstanding scholarship, leadership, and service (2005)*;* Indiana International & Comparative Law Review Outstanding Student Note Editor Award (2005)

*Law School Scholarships:* Eli Lilly Alumni Scholarship for superior academic achievement, character, and leadership (2004); Velma Dobbins Scholarship for academic achievement, integrity, compassion, and commitment (2004); Honorable William E. Steckler Scholarship for outstanding achievements in the law (2004); Honorable Robert H. Staton Scholarship for commitment to public service (2004); John J. Dillon Memorial Scholarship for academic promise and character (2003, 2004); Indiana University School of Law Alumni Scholarship (2002); Indiana University School of Law Merit Scholarship (2002-2005)

## COMMUNITY SERVICE

- Washington Council of Lawyers, Board of Directors (2006-present)
- Washington Council of Lawyers Mentoring Program Facilitator (2006-present)
- District of Columbia McKinney Vento Homeless Assistance Advisory Board (2006-present)
- Homeless Children's Playtime Project, Volunteer (2005-present)
- Equal Justice Works Board of Directors (2002-2003), National Advisory Committee (2004-2005)

## BAR ADMISSIONS

State of New York, April 2006; District of Columbia, December 2006

# JANICE GORIN

1301 20th Street, NW, Apt. # 505
Washington, DC 20036
Jgorin@post.harvard.edu
(202) 296-1051

## EDUCATION

**Harvard Law School**, J.D., *cum laude*, June 2004
    *Harvard Environmental Law Review*, Managing Editor
    *Harvard Negotiation Law Review*, Member
    Environmental Law Society

**University of Florida,** B.A., *High Honors*, in History and Political Science, May 2001
    Valedictorian of College of Liberal Arts and Sciences , Phi Beta Kappa

## EXPERIENCE

**Terris, Pravlik & Millian, LLP**, Washington, DC, *Associate*       September 2007 to present

    Represent clients in public interest environmental and civil rights cases, including prosecution of citizen suits under Clean Water Act, investigation of potential RCRA claim, post-judgment monitoring of consent decree in case involving Clean Water Act and RCRA claims, and litigation of class action concerning special education requirements.

**Steptoe & Johnson LLP**, Washington, DC*, Associate*       September 2004 to August 2007

    Represented clients in civil litigation and regulatory matters, including opposition by environmental  organization to construction of ICC highway in Maryland, challenge by Indian tribe partially on NEPA and NHPA grounds to ski area expansion on tribe's sacred mountain, successful action in D.C. Circuit to overturn FCC rule mandating that television sets receive "broadcast flag" signal, and challenges under dormant Commerce Clause to state taxes imposed on satellite television companies.   Concentrated in areas of telecommunications and transportation.  Drafted litigation briefs for district and appellate court actions.  Performed legal research and analysis.

**United States Department of Justice, Environment and Natural Resources Division,**
**Appellate Section**, Washington, DC, *Law Clerk*       Summer 2003

    Drafted sections of appellate briefs defending United States against claims under Takings Clause of Constitution and CERCLA statute.

**Steptoe & Johnson LLP,** Washington, DC, *Summer Associate*       Summer 2003

**Hale and Dorr Legal Services Center,** Jamaica Plain, MA, *Student Advocate*       Spring 2003

    Advocated for low-income clients on public benefits matters.  Conducted intake interviews.

**Center for International Environmental Law (CIEL),** Washington, DC, *Intern*                Summer 2002

    Co-authored paper on international trade law implications of environmental labeling programs and article on international pollution law.  Edited publication on intellectual property rights of indigenous peoples.  Researched initiatives connecting human rights and environmental issues.


**Office of U.S. Senator Bob Graham (D-FL),** Tallahassee, FL, *Intern*                Summer 2000

    Responded to constituent inquiries.  Secured information from federal agencies for constituents.


## BAR MEMBERSHIP

District of Columbia and Virginia

## PUBLICATION

*Caught Between Action and Inaction: Public Participation Rights in Voluntary Approaches to Environmental Policy*, 24 Stanford Environmental Law Journal 151 (2004)

# ALEXANDER R. KARAM

## *EDUCATION*

**COLUMBIA UNIVERSITY SCHOOL OF LAW**, *Juris Doctor, 2004*
Honors:   Columbia Law Review, Articles Editor (2002-2003)
            Lowenstein Public Interest Fellowship (one of three honored in graduating class)

**COLUMBIA UNIVERSITY SCHOOL OF SOCIAL WORK**, *Master of Science in Social Work, 2004*

**HARVARD UNIVERSITY**, *A.B. magna cum laude in Government, 2000*
Honors:   Certificate in Latin American Studies; Foreign Language Citation in Spanish

## *LEGAL EXPERIENCE*

**TERRIS, PRAVLIK & MILLIAN, LLP**, Washington, DC                    September 2007 – Present
*Associate* – Litigate class actions in state and federal court, including suit against District of Columbia for failure to comply with state and federal special education requirements. Represented individual Medicaid beneficiaries in administrative fair hearings challenging denial of benefits.

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**, Brooklyn, NY
August 2006 – August 2007
*Law Clerk* to the Honorable Frederic Block, Senior United States District Judge.

**SANCTUARY FOR FAMILIES**, New York, NY                    September 2004 – August 2006
*Staff Attorney* – Represented battered mothers in child neglect, family offense, and custody proceedings in Family Court.  Advocated with officials from housing and welfare offices, law enforcement, and public school system to increase the safety and well-being of clients and their children.  Coordinated legal services for agency's clinical clients and shelter residents.  Provided support to 20 agency lawyers on cases involving the New York City Administration for Children's Services.  Supervised law students on intake, research, and writing.  Developed outreach and training materials.

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**, Los Angeles, CA          Summer 2003
*Law Clerk* – Researched and wrote legal memoranda on issues of voting rights, employment discrimination in hiring and job assignment decisions, and equal access to public transportation for low-income commuters.

**LEGAL AID SOCIETY, JUVENILE RIGHTS DIVISION**, Brooklyn, NY          Fall 2002 – Spring 2003
*Legal Intern* – Assisted representation of children in Family Court proceedings to review foster care placement.  Performed factual and legal research to develop case strategies.

**SANCTUARY FOR FAMILIES**, New York, NY                    June 2002 – May 2003
*Legal Intern* – Drafted and filed Violence Against Women Act self-petitions for lawful permanent residency. Assisted representation of client in child neglect proceeding and advocated for client's needs upon return of her children from foster care.  Responsible for all Spanish-language intakes and referrals during summer internship.

**MIGRANT FARMWORKER JUSTICE PROJECT**, Belle Glade, FL                    Summer 2001
*Legal Intern* – Researched and drafted portions of briefs filed in class action lawsuits on behalf of tree planters under the Fair Labor Standards Act and Migrant and Seasonal Agricultural Worker Protection Act. Conducted outreach to Mexican and Central American farmworkers to identify health and safety violations in the fields and in labor camps.

**THE WORKPLACE PROJECT**, Hempstead, NY                    Fall 2000 – Spring 2001
*Legal Intern* – Educated Spanish-speaking service industry workers about basic labor rights.  Facilitated organization of day laborers against non-paying contractors and assisted negotiation and protest efforts.

## *OTHER EXPERIENCE*

**PROJECT RENEWAL, HOLLAND HOUSE**, New York, NY                    Fall 2003 – Spring 2004
*Case Manager* – Provided case management services, public benefits advocacy, and short-term counseling for SRO tenants presenting needs related to mental illness, HIV/AIDS status, and/or chemical dependency.

**ROBERTO CLEMENTE FAMILY GUIDANCE CENTER**, New York, NY          Fall 2001 – Spring 2002
*Family Therapist* – Provided family-oriented, culturally sensitive psychotherapy services to Lower East Side community residents.

## *BAR MEMBERSHIPS*

Admitted in New York and the District of Columbia.  Member of the United States District Court for the District of Columbia.

## *LANGUAGES*

Fluent in Spanish.