UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINES IN THE COURT'S JUNE 27, 2008, ORDER UNTIL AUGUST 15, 2008**

Defendants hereby move the Court to extend the deadlines in the Court's June 27, 2008, order by one week. This motion is made for good cause as set forth in the attached memorandum of points and authorities. Pursuant to Local Rule 7(m), counsel for defendants contacted counsel for plaintiffs on July 30, 2008, to determine plaintiffs' position on the motion. Counsel for plaintiffs informed counsel for defendants that plaintiffs consent to the relief sought. In support of this motion, defendants submit the attached memorandum of points and authorities. A proposed order is also attached.

Dated:  July 31, 2008                                   Respectfully submitted,

                                                        PETER J. NICKLES
                                                        Acting Attorney General of the District of
                                                        Columbia

                                                        GEORGE C. VALENTINE
                                                        Deputy Attorney General
                                                        Civil Litigation Division

                                                        /s/ Samuel C. Kaplan
                                                        SAMUEL C. KAPLAN [#463350]
                                                        Assistant Deputy Attorney General
                                                        Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE IN THE COURT'S JUNE 27, 2008, ORDER UNTIL AUGUST 15, 2008**

On June 27, 2008, this Court granted plaintiffs' motion to compel in part, and entered an order requiring that the District complete a number of tasks within 30 business days of the Court's order or by August 5, 2008. *See generally* Order, June 27, 2008 ("Order"). Specifically, the Court ordered that "defendants shall produce all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information responsive to Plaintiffs' First Set of Interrogatories within 30 business days of this Order" (*i.e.*, August 8, 2008). *See* Order at 3.[1] The Court also ordered the plaintiffs to prepare a number of certifications, including but not limited to a certification that defendants have fully responded to plaintiffs' requests and a separate certification stating that defendants have produced all documents responsive to Exhibit L from plaintiffs' motion to compel. Order at 2-4.

---

[1] A docket entry states that the responses are due on July 27, 2008. The parties agree that the docket entry is mistaken because it counted 30 calendar days from the date of the Court's order, rather than 30 business days. The Court's order also states that defendants are to file "new responses" to plaintiffs' discovery requests by August 5, 2008, while the actual documents and information responsive to plaintiffs' document requests and interrogatories are due within 30 business days of the Court's order. Order at 2-3. Defendants interpret the part of the Court's order dealing with "responses" to refer to the written responses to document requests that generally accompany the produced documents.

Since the entry of the Court's order, defendants have been working diligently to comply with its requirements. As a result, defendants are prepared to produce at least 8,000 pages of documents by August 5, 2008. In addition, defendants intend to produce thousands of e-mails – the results of a search of well over 100 mailboxes using 40 search terms or search-term combinations – on or very shortly after that date and no later than August 8, 2008. Defendants also intend to produce all interrogatory responses by the August 8, 2008, deadline. Although not yet finalized, the current interrogatory responses are extremely detailed and more than five times as long as the original responses.

However, to ensure that defendants have produced all responsive documents and all information responsive to plaintiffs' interrogatories, defendants request that the Court extend all of the deadlines in the Court's order until August 15, 2008. Plaintiffs consent to this requested extension, which is necessitated by the large number of document requests (53), the resultant involvement of various agencies and a large number of individuals, the expansion of the search to include 2000-2003 documents and recently generated documents, the large amount of time that has been required to respond to defendants' request on lead paint exposure, and defendants' efforts to provide as much information in response to plaintiffs' interrogatories as possible. Primarily, the requested extension will help defendants to ensure that all details are taken care of to ensure full compliance with the Court's order.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court grant the requested relief.

Dated: July 31, 2008                                Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN [#463350]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001