**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**ORDER**

On June 27, 2008, this Court entered an order requiring defendants to complete various tasks in connection with their responses to plaintiffs' discovery requests. Defendants have moved with the plaintiffs' consent to extend all deadlines in the Court's order until August 15, 2008. Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that all deadlines in the Court's June 27, 2008, order are extended until August 15, 2008.

Dated: _____          _____
                        Hon. Royce C. Lamberth
                        United States District Judge