UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DL[1]**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 27, 2008, this Court entered an order [108] requiring defendants to complete various tasks in connection with their responses to plaintiffs' discovery requests. On July 25, 2008, defendants filed a motion [111] requesting clarification and/or partial reconsideration as to the Court's order requiring defendants to respond to plaintiffs' discovery requests "without withholding any information on the basis of privilege." Defendants further requested that plaintiffs be prohibited from publicly disclosing e-mails that are unrelated to the subject matter of this case, for 45 days following production. Defendants' motion also informed the Court that plaintiffs do not oppose the relief sought by the motion [111]. Accordingly, upon consideration of defendants' motion, all applicable law and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that this Court's determination concerning waiver of privilege does not apply

---

[1] Pursuant to Local Civil Rule 5.4(f)(2), minors are identified by their initials in the Amended Complaint.

1

to (1) otherwise privileged documents generated after the date of plaintiffs' motion to compel; (2) documents generated by litigation counsel in the course of evaluating the case and preparing for and engaging in settlement discussions; and (3) notes taken by an agency Special Assistant at an internal April 1, 2008, meeting between litigation counsel and various agency officials, so long as defendants submit a privilege log for this document by August 5, 2008; and it is further

ORDERED that, for 45 days, plaintiffs may not disclose non-responsive material in the e-mails that defendants expect to produce. Plaintiffs do not oppose any of the relief sought.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, July 31, 2008.