UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1/] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

**PARTIES' SECOND JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties respectfully move this Court for a two-month extension of time for completion of fact discovery and request that all subsequent deadlines set forth in the Court's January 3, 2008 scheduling order (Docket No. 89) (hereafter "the January 3 order") be adjusted accordingly. This is the parties' second joint motion to amend the scheduling order.

I

HISTORY OF CURRENT SCHEDULING ORDER

On August 9, 2007, this Court issued a scheduling order (Docket No. 82)(hereafter "the August 9 order") setting forth the following deadlines (pp. 1-2):

| | |
|---|---|
| Status Conference | 9:30 a.m. November 8, 2007 |
| Close of Fact Discovery | December 28, 2007 |
| Plaintiffs' Expert Report | January 29, 2008 |
| Defendants' Expert Report | February 28, 2008 |

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

| | |
|---|---|
| Status Conference | 9:30 a.m. March 10, 2008 |
| Close of Expert Discovery | March 28, 2008 |
| Summary Judgment Motions | May 2, 2008 |
| Oppositions | June 2, 2008 |
| Replies | July 2, 2008 |
| Pretrial Conference | 4:30 p.m. September 3, 2008 (Joint Pretrial Statement & Motions in Limine due 11 days prior to pretrial conference) |
| Trial | November 3, 2008 |

On December 20, 2007, the parties filed their first Joint Motion to Amend the Scheduling Order (Docket No. 88), requesting (p. 2) changes to the August 9 order "as to the dates for completion of fact and expert discovery and the submission of expert reports" due to plaintiffs' anticipated motion to compel discovery. At the time of filing, the parties believed that the requested changes would give them sufficient time to complete discovery without affecting their ability to comply with the remaining deadlines set forth in the August 9 order.

On January 3, 2008, this Court issued an order (Docket No. 89) granting the parties' joint motion, directing plaintiffs to file their motion to compel by January 31, 2008, and directing defendants to file their opposition by March 1, 2008. The order further stated (p. 1): "If Plaintiffs' Motion to Compel is granted, defendants shall produce the ordered documents within 30 days and fact discovery shall close 60 days after either defendants have produced documents responsive to the Court's order or Plaintiffs' Motion to Compel has been denied." As the parties had requested, the Court also reset (p. 2) the deadlines for the close of expert discovery, plaintiffs' expert reports, and defendants' experts reports to 90, 40, and 80 days after the

close of fact discovery, respectively.  The other deadlines set forth in the August 9 order remained unchanged.

The parties subsequently requested, and received, several extensions to brief plaintiffs' motion to compel and the motion to compel that defendants subsequently filed.  *See* Docket Nos. 90, 94, 100 (consent motions for extensions of time); docket entries dated 1/4/08, 2/5/08, 3/4/08, and 4/7/08 (orders to reset deadlines).  The two motions were fully briefed by March 25, 2008.  *See* Docket Nos. 99 (Def. Reply), 101 (Pl. Reply).

On June 27, 2008, this Court issued an order (Docket No. 108)(hereafter "the June 27 order'), granting in part and denying in part plaintiffs' motion to compel, denying defendants' motion to compel, and ordering (p. 3) that "defendants' responses to all of plaintiffs' discovery requests shall be due on our before August 5, 2008."  Defendants subsequently moved the Court for an extension of that deadline (Docket No. 113) to August 15, 2008.  If the Court grants that motion, according to the terms of the January 3 order, fact discovery will close on October 14, 2008 (60 days after defendants' document production), expert discovery will close on January 12, 2009 (90 days after the close of fact discovery), plaintiffs' expert reports will be due on November 23, 2008 (40 days after the close of fact discovery), and defendants' expert reports will be due on January 2, 2008 (80 days after the close of fact discovery).  These deadlines will necessarily postdate the current November 3, 2008 trial date.

II

REQUEST TO AMEND SCHEDULING ORDER

The parties request a two-month extension of time for completion of fact discovery from October 14, 2008, to December 15, 2008, and request that all subsequent deadlines set forth in the

3

January 3 order be adjusted accordingly.  The reasons for the extension are as follows:

1. The extension of time for fact discovery will allow plaintiffs to complete their depositions.  Since plaintiffs believe that many of the previously withheld documents in defendants' possession are relevant to the remaining depositions, two depositions and the Rule 30(b)(6) deposition have not yet been scheduled.  The requested extension will enable plaintiffs to review any documents produced as a result of this Court's June 27 order, plan and take the depositions, and make allowance for the schedules of the witnesses.

2. The other requested extensions will make necessary adjustments to the deadlines set forth in the January 3 order that will have passed by the time that fact and expert discovery is currently scheduled to close.

For these reasons, the parties respectfully request the Court to grant the extension.  A proposed order accompanies this motion.

                                                             Respectfully submitted,


_____/s/_____
BRUCE J. TERRIS (D.C. Bar No. 47126)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632
(202) 682-2100


_____/s/_____
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052

PETER J. NICKLES
Acting Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
ELLEN EFROS
(D.C. Bar No. 250746)
Chief, Equity I Section

| | |
|---|---|
| /s/<br>MARGARET A. KOHN<br>(D.C. Bar No. 174227)<br>Attorney at Law<br>1320 19th Street, N.W., Suite 200<br>Washington, DC 20036<br><br>*Counsel for Plaintiffs* | /s/<br>DANIEL A. REZNECK<br>(D.C. Bar No. 31625)<br>Senior Assistant Attorney General<br><br>/s/<br>JAYME KANTOR<br>(D.C. Bar No. 488502)<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001<br><br>*Counsel for Defendants* |

July 31, 2008