UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Parties' Second Joint Motion to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED, that the Parties' Second Joint Motion to Amend the Scheduling Order is GRANTED; and it is further

ORDERED, that the following schedule shall apply to this matter:

| | |
|---|---|
| Close of Fact Discovery | December 15, 2008 |
| Close of Expert Discovery | March 16, 2009 |
| Plaintiffs' Expert Reports | January 26, 2009 |
| Defendants' Expert Reports | March 5, 2009 |
| Summary Judgment Motions | April 20, 2009 |
| Oppositions | May 20, 2009 |
| Replies | June 20, 2009 |

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

| | |
|---|---|
| Pretrial Conference | August 20, 2009<br>(Joint Pretrial Statement & Motions in Limine due 11days prior to pretrial conference) |
| Trial | October 20, 2009 |

_____                                             _____
DATE                                                                          JUDGE ROYCE C. LAMBERTH