UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL,[1] *et al.*, on behalf of themselves )
and others similarly situated, )
)
      Plaintiffs, )
)
    v. ) Civil Action No. 05-1437 (RCL)
)
THE DISTRICT OF COLUMBIA, *et al.* )
)
      Defendants. )

**ORDER**

Upon consideration of the Parties' Second Joint Motion to Amend the Scheduling Order and the entire record herein, it is hereby

ORDERED, that the Parties' Second Joint Motion to Amend the Scheduling Order is GRANTED; and it is further

ORDERED, that the following schedule shall apply to this matter:

| | |
|---|---|
| Close of Fact Discovery | December 15, 2008 |
| Close of Expert Discovery | March 16, 2009 |
| Plaintiffs' Expert Reports | January 26, 2009 |
| Defendants' Expert Reports | March 5, 2009 |
| Summary Judgment Motions | April 20, 2009 |
| Oppositions | May 20, 2009 |
| Replies | June 20, 2009 |

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

A status conference will be scheduled after any dispositve motions are decided, at which time dates for pretial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 6, 2008.