UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DL, *et al.* | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1437 (RCL) |
| v, | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| *et al.*,    . | ) | |
| | ) | |
|     Defendants | ) | |
| _____ | ) | |

**DEFENDANTS' CONSENT MOTION TO ENLARGE THE TIME WITHIN WHICH THEY MAY RESPOND TO PLAINTIFFS' MOTION FOR FEES AND COSTS**

NOW COME Defendants by and through counsel the Office of the Attorney General of the District of Columbia and move the Court to enlarge the time within which they may respond to Plaintiffs' motion for fees and costs by one week, to and including August 20, 2008.  Defendants' response is currently due August 13, 2008. The reasons for this request are set forth below and in the memorandum in support which is incorporated herein by reference.   Because of other pressing matters, and the size and complexity of plaintiffs' fee request, the District requests an enlargement to and including August 20, 2008 in order to prepare an adequate response.[1]

Undersigned counsel has discussed this matter with counsel for plaintiffs and he graciously consents to the relief requested.

WHEREFORE, defendants request that the Court enlarge the time within which they may respond to plaintiffs' fee petition to and including August 20, 2008.

---

[1] Plaintiffs' seek more than $200,000 in fees for successfully litigating their motion to compel discovery in this matter.

Points and Authorities

1. F.R.Civ.P 6(b)(1)

2. The Inherent power of the Court.

Respectfully submitted,

PETER J NICKLES
Interim Attorney General of the
District of Columbia

GEORGE C. VALANTINE
Deputy Attorney General
For Civil Litigation

/s/ Robert C. Utiger
ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy
For Civil Litigation
P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v,  )<br>)<br>THE DISTRICT OF COLUMBIA,  )<br>*et al.*,  .  )<br>)<br>Defendants  )<br>_____) | Civil Action No. 05-1437 (RCL) |

**ORDER**

This matter is before the Court on Defendants motion to enlarge the time within which they may oppose Plaintiffs' motion for fees and costs. After careful consideration of the Defendants' motion, plaintiffs' consent thereto, and the record herein, defendants' motion is **GRANTED** for the reasons set forth in Defendants' motion and it is

**ORDERED** that defendants shall have to and including August 20, 2008 in which to oppose plaintiffs' motion for fees and costs

**SO ORDERED**

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE