UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*,                ) | |
|                               ) | |
|     Plaintiffs,    ) | |
|                               ) | |
|     v.             ) | Civil Action No. 05-1437 (RCL) |
|                               ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
|                               ) | |
|     Defendants.    ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE TIME TO PRODUCE
A SMALL SUBSET OF DOCUMENTS AND CERTAIN CERTIFICATIONS
UNTIL SEPTEMBER 12, 2008**

Defendants hereby move the Court to extend the deadlines for producing a small subset of documents responsive to plaintiffs' requests – specifically, complaints about the CARE Center and other topics – and for producing all but two certifications required by the Court, until September 12, 2008.  Defendants will still produce their interrogatory responses, all documents other than complaints, a certification that the interrogatory responses are complete, and a certification that the records of designated students have been produced, on August 15, 2008.  This motion is made for good cause as set forth in the attached memorandum of points and authorities.  Pursuant to Local Rule 7(m), counsel for defendants contacted counsel for plaintiffs on August 8, 2008, to determine plaintiffs' position on the motion.  Counsel for plaintiffs informed counsel for defendants that plaintiffs consent to the relief sought.  In support of this motion, defendants submit the attached memorandum of points and authorities.  A proposed order is also attached.

| | |
|---|---|
| Dated:  August 11, 2008 | Respectfully submitted, |// 

Dated:  August 11, 2008                                         Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN [#463350]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DL, *et al.*,  )<br>             )<br>        Plaintiffs,   )<br>             )<br>   v.        )<br>             )<br>THE DISTRICT OF COLUMBIA, *et al.*  )<br>             )<br>        Defendants.   )<br>             ) | Civil Action No. 05-1437 (RCL) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND THE TIME TO PRODUCE A SMALL SUBSET OF DOCUMENTS AND CERTAIN CERTIFICATIONS UNTIL SEPTEMBER 12, 2008**

On June 27, 2008, this Court granted plaintiffs' motion to compel in part, and entered an order requiring that the District complete a number of tasks within 30 business days of the Court's order or by August 5, 2008. *See generally* Order, June 27, 2008 ("Order"). Specifically, the Court ordered that "defendants shall produce all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information responsive to Plaintiffs' First Set of Interrogatories within 30 business days of this Order" (*i.e.*, August 8, 2008). *See* Order at 3. The Court also ordered the plaintiffs to prepare a number of certifications, including but not limited to a certification that defendants have fully responded to plaintiffs' requests and a separate certification stating that defendants have produced all documents responsive to Exhibit L from plaintiffs' motion to compel. Order at 2-4. On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008.

Defendants seek in this motion, with the plaintiffs' consent, an extension of the Court's order as to a small subset of documents requested by plaintiffs – specifically, complaints concerning the CARE Center and other topics – and as to the certifications required by the Court's order (with two exceptions discussed below).  Defendants do not seek an extension as to the deadline for responding to plaintiffs' interrogatories, producing all responsive documents other than complaints, or certifying that defendants' interrogatory responses are complete and that all records of designated students have been produced.

Defendants seek the extension for complaints because of the amount of time that will be required to conduct a complete search for documents responsive to this request. In order to ensure that defendants have conducted a complete search for such documents, defendants will need to examine the individual files of children at the CARE Center and Early Intervention Program.  Officials at OSSE and the CARE Center estimate that the total number of files that will have to be examined could reach between 2,500 and 3,000. An additional four weeks is a reasonable estimate of the time that will be required to search those files and produce any responsive documents that defendants locate. Defendants seek an extension of the certification deadlines (with the exceptions noted above) because the remaining documents that will not have been produced generally will prevent defendants from completing the certifications on August 15th.  In addition, extending these deadlines enables defendants to focus entirely on ensuring the completeness of the interrogatory responses and remaining document production.

As a final note, defendants regret that they have had to file two separate motions for extension, rather than a consolidated motion.  The seriatim nature of the motions,

however, results from defendants' efforts to complete this project with as little additional time requested as possible and from the fact that defendants only recently appreciated the enormity of the task of ensuring that all responsive complaints have been produced.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court grant the requested relief.

Dated:  August 11, 2008                                Respectfully submitted,

 

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN [#463350]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

3