UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On June 27, 2008, this Court entered an order requiring defendants to complete various tasks in connection with their responses to plaintiffs' discovery requests. On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008.

Defendants have moved with the plaintiffs' consent to extend the deadline for producing all documents responsive to plaintiffs' request for complaints concerning the CARE Center and other topics until September 12, 2008. Defendants have further moved to extend the deadline for submitting the certifications required by the Court's order until the same date, with two exceptions. First, defendants would still be required to certify that their interrogatory responses are complete by August 15, 2008. Second, defendants would be required to certify by that date that all records of the designated students have been produced. Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

2

ORDERED that the deadline for producing documents responsive to plaintiffs' request for complaints and other topics is extended until September 12, 2008; and it is further

ORDERED that the deadline for submitting the certifications required by the Court's order is extended until September 12, 2008, except for (1) a certification that defendants' interrogatory responses are complete and (2) a certification that all records of the designated students have been produced. Those two certifications remain due on August 15, 2008.

Dated: _____                              _____
                                             Hon. Royce C. Lamberth
                                             United States District Judge