UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1/] *et al.*, on behalf of themselves and others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE DISTRICT OF COLUMBIA, *et al.* )<br><br>Defendants. ) | Civil Action No. 05-1437 (RCL) |

**CORRECTED MOTION FOR AN AWARD OF LITIGATION COSTS, INCLUDING ATTORNEYS' FEES AND OUT-OF-POCKET EXPENSES, FOR PLAINTIFFS' MOTION TO COMPEL DISCOVERY, PLAINTIFFS' EXHIBIT 5**

On July 25, 2008, pursuant to the terms of this Court's Order of June 27, 2008 (Docket No. 108), plaintiffs filed their Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs' Motion to Compel Discovery. Docket No. 110. Defendants subsequently requested, and were granted, an extension to file their response. Defendants' response is now due on August 20, 2008. *See* Minute Order dated August 12, 2008.

Today, plaintiffs discovered that there was in error in the PDF conversion of Plaintiffs' Exhibit 5 ("Summary of Fees and Expenses – Updated through July 18, 2008"), resulting in the omission of three lines of text on the first page of that document. There appear to be no other conversion errors.

Accordingly, plaintiffs hereby submit a corrected copy of Plaintiffs' Exhibit 5 and ask the

---

[1/] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

Court to substitute it for the previously submitted document.[2/] Plaintiffs have notified defendants of the error and have provided them a separate copy of the corrected document. Since defendants' response to plaintiffs' motion is not due until August 20, 2008, defendants will not be prejudiced by this Court's acceptance of the corrected Plaintiffs' Exhibit 5.

Respectfully submitted,

/s/
BRUCE J. TERRIS (D.C. Bar No. 47126)
TERRIS, PRAVLIK & MILLIAN, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

/s/
JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052

/s/
MARGARET A. KOHN (D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036

*Counsel for Plaintiffs*

August 13, 2008

---

[2/]Except for the changes described above, the only difference between the two documents is the date displayed in the lower left hand corner of each page. That date – August 13, 2008, on the corrected document – reflects the date on which the report was printed and converted to PDF.