UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND UNTIL SEPTEMBER 12, 2008, THE TIME TO SEARCH THE E-MAILS OF A SMALL SUBSET OF INDIVIDUALS**

Defendants hereby move the Court to extend until September 12, 2008, the deadlines for searching, reviewing, and producing or identifying on a privilege log, the e-mail of litigation counsel and individuals from the Department of Mental Health. Defendants still intend to produce their interrogatory responses, all documents other than complaints, and two certifications on August 15, 2008. This motion is made for good cause as set forth in the attached memorandum of points and authorities. Pursuant to Local Rule 7(m), counsel for defendants contacted counsel for plaintiffs on August 14, 2008, to determine plaintiffs' position on the motion. Counsel for plaintiffs informed counsel for defendants that plaintiffs consent to the relief sought. A proposed order is attached.

Dated: August 15, 2008                    Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND UNTIL SEPTEMBER 12, 2008, THE TIME TO SEARCH THE E-MAILS OF A SMALL SUBSET OF INDIVIDUALS**

On June 27, 2008, this Court granted plaintiffs' motion to compel in part, and entered an order requiring that the District complete a number of tasks within 30 business days of the Court's order or by August 5, 2008. *See generally* Order, June 27, 2008 ("Order"). Specifically, the Court ordered that "defendants shall produce all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information responsive to Plaintiffs' First Set of Interrogatories within 30 business days of this Order" (*i.e.*, August 8, 2008). *See* Order at 3. The Court also ordered the plaintiffs to prepare a number of certifications, including but not limited to a certification that defendants have fully responded to plaintiffs' requests and a separate certification stating that defendants have produced all documents responsive to Exhibit L from plaintiffs' motion to compel. Order at 2-4. In addition, on July 31, 2008, the Court entered an order that, *inter alia*, provided for a 45-day confidentiality period after e-mails are produced during which time defendants could request and obtain the return of non-responsive e-mails that were inadvertently produced.

On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008. On August 12, 2008, the Court granted defendants' consent motion to extend until September 12, 2008, the deadlines for producing complaints responsive to plaintiffs' requests and for completing all but two of the certifications required by the court's order.

Defendants seek in this motion, with the plaintiffs' consent, an extension of the Court's order as to the e-mails of litigation counsel and individuals from the Department of Mental Health. These individuals represent a small subset of the well over 100 individuals whose e-mails the defendants have searched and intend to produce on August 15, 2008. Defendants seek the extension because they did not obtain the e-mails of the small subset of individuals until recently and because, in between the search of the e-mails of virtually all of the individuals searched and the search of the e-mails of the individuals at issue here, the license for the software used to effect the search expired and prevented the completion of the search. The requested extension will allow time to complete the search and review the e-mails of the individuals, most of which in the case of litigation counsel, are likely to be privileged. The deadline of September 12, 2008, is an appropriate deadline because it is the deadline for the remaining production and certifications and because the parties have agreed that defendants will produce their privilege log on that date. Plaintiffs have requested, and defendants agree, that the 45-day period referred to above will run from August 15, 2008, not from September 22, 2008.

Defendants again regret the need to file separate motions for extension on various aspects of the production. In this case, however, the inability to search these e-mails in a

timely fashion was unforeseen at the time the prior motion was filed, and defendants continue to attempt to complete this project with as little additional time requested as possible.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court grant the requested relief.

Dated:  August 15, 2008                                 Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001