**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**ORDER**

On June 27, 2008, this Court entered an order requiring defendants to complete various tasks in connection with their responses to plaintiffs' discovery requests. On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008, and on August 12, 2008, the Court granted defendants' consent motion to extend the deadlines for submitting all but two certifications and for producing complaints responsive to plaintiffs' requests.

Defendants have moved with the plaintiffs' consent to extend the August 15, 2008, deadline until September 12, 2008, for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and then producing responsive e-mails or identifying withheld e-mails on a privilege log. In addition, the parties agree that the confidentiality period that the Court imposed to enable defendants to request the return of non-responsive material, would end for these individuals on the same day that it ends for all other e-mails. Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that the deadline for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and then producing responsive e-mails or identifying withheld e-mails on a privilege log is extended until September 12, 2008; and it is further

ORDERED that the confidentiality period imposed by the Court's July 31, 2008, order will run for such e-mails from August 15, 2008, not September 12, 2008.


Dated: _____                                              _____
                                                               Hon. Royce C. Lamberth
                                                               United States District Judge