UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CONSENT MOTION TO EXTEND UNTIL AUGUST 22, 2008,
THE TIME TO SEARCH AND PRODUCE ALL BUT A SUBSET OF
RESPONSIVE E-MAILS**

Defendants hereby move the Court to extend until August 22, 2008, the deadlines for searching, reviewing, and producing or identifying on a privilege log, the e-mails of the more than 100 individuals that have been searched for responsive material (excluding the small subset of individuals addressed in a motion filed earlier today). Defendants still intend to produce their interrogatory responses, all paper documents other than complaints, and two certifications on August 15, 2008. This motion is made for good cause as set forth in the attached memorandum of points and authorities. Pursuant to Local Rule 7(m), counsel for defendants contacted counsel for plaintiffs on August 15, 2008, to determine plaintiffs' position on the motion. Counsel for plaintiffs informed counsel for defendants that plaintiffs consent to the relief sought. For the Court's convenience, defendants have attached a proposed order that encompasses the relief sought by both motions that defendants have filed today.

Dated:  August 15, 2008                                  Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DL, *et al.*,                           )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )    Civil Action No. 05-1437 (RCL)
                                        )
THE DISTRICT OF COLUMBIA, *et al.*      )
                                        )
          Defendants.                   )
_____)

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION TO EXTEND UNTIL AUGUST 22, 2008, THE TIME TO SEARCH AND PRODUCE ALL BUT A SUBSET OF RESPONSIVE E-MAILS**

On June 27, 2008, this Court granted plaintiffs' motion to compel in part, and entered an order requiring that the District complete a number of tasks within 30 business days of the Court's order or by August 5, 2008. *See generally* Order, June 27, 2008 ("Order"). Specifically, the Court ordered that "defendants shall produce all documents responsive to Plaintiffs' First, Second, and Third Sets of Requests for Production of Documents and all information responsive to Plaintiffs' First Set of Interrogatories within 30 business days of this Order" (*i.e.*, August 8, 2008). *See* Order at 3. The Court also ordered the plaintiffs to prepare a number of certifications, including but not limited to a certification that defendants have fully responded to plaintiffs' requests and a separate certification stating that defendants have produced all documents responsive to Exhibit L from plaintiffs' motion to compel. Order at 2-4. In addition, on July 31, 2008, the Court entered an order that, *inter alia*, provided for a 45-day confidentiality period after e-mails are produced during which time defendants could request and obtain the return of non-responsive e-mails that were inadvertently produced.

On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008. On August 12, 2008, the Court granted defendants' consent motion to extend until September 12, 2008, the deadlines for producing complaints responsive to plaintiffs' requests and for completing all but two of the certifications required by the Court's order. Earlier this morning, the defendants moved for an extension as to a small subset of e-mail boxes. As stated in the motion, defendants previously intended to produce all other responsive e-mails today per the previously established deadline.

Defendants seek in this motion, with the plaintiffs' consent, an extension of the deadline as to the remaining e-mails until August 22, 2008. The reason for this extension is that defendants need additional time to review the e-mails to remove non-responsive e-mails that are so sensitive that they should not be produced to anyone outside of the agencies, even under the terms of the Court's prior confidentiality order. Such e-mails include discussion of litigation strategy in other cases and high-level discussions on sensitive policy matters involving the heads of agencies. Defendants believe they will be able to complete this task within a week.

Because much of the review for sensitive non-responsive material will take place in the next week, defendants will not require as much time for such review after the e-mails are produced. The parties have therefore agreed that the confidentiality period should end on September 12, 2008 (the same date that the complaints and certifications will be produced), not at the end of September as previously ordered by the Court. The schedule would therefore be August 15, 2008 (interrogatories, two certifications, paper documents other than complaints), August 22, 2008 (e-mails other than from DMH and

2

litigation counsel), September 12, 2008 (end of confidentiality period, complaints and the remaining subset of e-mails, remaining certifications, and privilege log).

Defendants greatly regret the need to file this motion at this late date as well as the fact that defendants have now filed two motions for extension in the same day. The reasons for the timing of the motion are (1) the time required to search the e-mails of over 100 individuals, including the time required to gather individual archived files off the individuals' computers; (2) the time required to establish a mechanism that allowed for efficient review of the e-mails; (3) the focus of attorneys on, and considerable time devoted to, the document production and interrogatory responses; and (4) the broadness of defendants' search (both in number of individuals searched and number of terms used), which captured a sufficient amount of non-responsive material that it made this extension necessary. As a result, counsel did not become aware of the scope of the problem until late last evening, and counsel with responsibility for filing the earlier motion did not receive notice of this problem until after the filing of that motion; otherwise, defendants would have filed a consolidated motion.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court grant the requested relief.

4

Dated:  August 15, 2008                             Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001