UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| DL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

On June 27, 2008, this Court entered an order requiring defendants to complete various tasks in connection with their responses to plaintiffs' discovery requests. On August 6, 2008, the Court granted defendants' consent motion to extend the deadlines in the Court's order until August 15, 2008, and on August 12, 2008, the Court granted defendants' consent motion to extend the deadlines for submitting all but two certifications and for producing complaints responsive to plaintiffs' requests.

Defendants have, in two separate motions, moved with the plaintiffs' consent to extend the August 15, 2008, deadline until September 12, 2008, for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and then producing responsive e-mails or identifying withheld e-mails on a privilege log. In addition, defendants have moved for a one-week extension of the deadline for searching all other e-mails until August 22, 2008. Finally, defendants and plaintiffs agree that the 45-day confidentiality period previously imposed by the Court should now end on September 12, 2008.

Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motions are GRANTED; and it is further

ORDERED that the deadline for completing the review and production or identification on a privilege log, of all e-mails other than those of litigation counsel and individuals from the Department of Mental Health is extended until August 22, 2008;

ORDERED that the deadline for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and then producing responsive e-mails or identifying withheld e-mails on a privilege log shall be September 12, 2008; and it is further

ORDERED that the confidentiality period imposed by the Court's July 31, 2008, order will end for all e-mails on September 12, 2008, reducing the 45-day period previously imposed by the Court.

Dated: _____                          _____
                                          Hon. Royce C. Lamberth
                                          United States District Judge