UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL [1] *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* ) ) | |
| Defendants. ) ) | |

NOTICE OF ENTRY OF APPEARANCE

Plaintiffs respectfully request that the Clerk of Court enter the appearance of Alexander R. Karam, District of Columbia Bar number 978703, as co-counsel for plaintiffs in the above-captioned case. Mr. Karam will represent plaintiffs along with plaintiffs' other counsel who have previously entered appearances in this case.

Respectfully submitted,

/s/ Alexander R. Karam

BRUCE J. TERRIS (D.C. Bar No. 47126)
ALEXANDER R. KARAM (D.C. Bar No. 978703)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

                                        JEFFREY S. GUTMAN (D.C. Bar No. 416954)
                                        The George Washington University Law School
                                        2000 G Street, N.W.
                                        Washington, DC 20052
                                        (202) 994-7463

                                        MARGARET A. KOHN (D.C. Bar No. 174227)
                                        1320 19th Street, N.W., Suite 200
                                        Washington, DC 20036
                                        (202) 667-2330

August 19, 2008                          *Counsel for Plaintiffs*