**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DL, *et al.*,

Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

Defendants.

Civil Action No. 05-1437 (RCL)

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE SEARCH AND PRODUCTION OF E-MAILS**

Defendants respectfully request this Court to extend the time in which to complete their search for and production of e-mails which may be responsive to plaintiffs' discovery requests to and including September 12, 2008. Plaintiffs consent to the grant of this motion. A proposed order is attached.

The reasons for the grant of this motion are as follows:

1. On August 15, 2008, this Court entered an Order on consent providing that the deadline for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and producing responsive e-mails or identifying withheld e-mails on a privilege log should be September 12, 2008.

2. In that same Order, the Court extended the deadline for completing the review and production or identification on a privilege log of all e-mails other than those of litigation counsel and individuals from the Department of mental health until August 22, 2008.

3. Pursuant to the latter provision of the Order of August 15, 2008, defendants have today produced to plaintiffs thousands of pages of e-mails and attachments and a privilege log. However, counsel for Defendants first was were informed today by representatives of the District's Office of the Chief Technology Officer ("OCTO") that, for technical reasons relating to the software employed in the search, they could not be certain at this time that the production was all-inclusive. OCTO needs to take further steps to assure that the production is all-inclusive and the remaining necessary review by OCTO and the impacted agencies simply cannot be completed by August 22, 2008.

4. Accordingly, the District Defendants request that the date for completion of the production of these e-mails or identification on a privilege log be extended to September 12, 2008, which is the same date already agreed to and ordered by the Court with respect to the e-mails of litigation counsel and individuals from the Department of Mental Health. Conforming the two dates should not work any hardship or inconvenience on plaintiffs' counsel, since defendants' production of documents under the several Orders of the Court already amounts to many thousands of pages. The extension gives defendants the opportunity to assure that production is made in accordance with the Court's Orders.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DL, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al*.,<br><br>Defendants. | Civil Action No. 05-1437 (RCL) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE SEARCH AND PRODUCTION OF E-MAILS**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. The entire record herein.

4. Consent of the parties.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General

/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001