UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants have moved with the plaintiffs' consent to extend the deadline for completing the review and production or identification on a privilege log of all e-mails other than those of litigation counsel and individuals from the Department of Mental Health to and including September 12, 2008.

Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED, and it is further

ORDERED that the deadline for completing the review and production or identification on a privilege log of all e-mails other than those of litigation counsel and individuals from the Department of Mental Health is extended to and including September 12, 2008.

All other provisions of the Court's Order of August 15, 2008, shall remain in effect.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August \_\_\_\_, 2008.