UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR AN AWARD OF LITIGATION COSTS, INCLUDING ATTORNEYS' FEES AND OUT-OF-POCKET EXPENSES, FOR PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs hereby move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to submit plaintiffs' reply with respect to Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs' Motion to Compel Discovery.

Defendants filed their opposition brief on August 20, 2008. Therefore, pursuant to Rule 6(a), (d) of the Federal Rules of Civil Procedure and Local Rule 7(d) of this Court, plaintiffs' reply brief is due on September 2, 2008. Plaintiffs request an additional two weeks to prepare their reply so that it will be due on September 16, 2008.

Plaintiffs request the extension of time in order to have adequate time to prepare their reply. In their opposition, defendants cited this Court's recent lengthy attorneys' fees decision in *Miller v.*

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

*Holzmann*, ___ F. Supp. 2d ___, 2008 WL 3319032 (D.D.C. Aug. 12, 2008)(Lamberth, J.). This decision was issued more than two weeks after plaintiffs filed their initial brief on July 25, 2008. Accordingly, plaintiffs could not have anticipated the arguments that defendants would make based on this decision. Plaintiffs need additional time to prepare their response to defendants' arguments.

Plaintiffs request a two-week extension of time so that they have adequate time to prepare their reply and continue reviewing defendants' recent document production. In response to this Court's June 27, 2008 order, defendants have produced approximately 17,000 pages of documents and several data disks, and have made thousands of additional pages available for plaintiffs' inspection. Plaintiffs need to continue reviewing these documents in order to prepare for their anticipated deposition of two of defendants' potential fact witnesses and defendants' Rule 30(b)(6) witness. An extension of less than two weeks would require plaintiffs to stop their document review in order to prepare a timely reply.

Plaintiffs consulted with defendants' counsel on August 27, 2008, regarding this motion. Defendants consent to this motion. Therefore, plaintiffs submit that the delay will not prejudice defendants.

**STATEMENT PURSUANT TO RULE 7(m)**

Plaintiffs' counsel has conferred with defendants' counsel, Daniel Rezneck, about this motion and he consents to the extension of time.

A proposed order is attached.

       Respectfully submitted,

       _____/s/_____
       BRUCE J. TERRIS (D.C. Bar No. 47126)
       ALEXANDER R. KARAM (D.C. Bar No. 978703)
       Terris, Pravlik & Millian, LLP
       1121 12th Street, N.W.
       Washington, DC  20005-4632
       (202) 682-2100


       _____/s/_____
       JEFFREY S. GUTMAN
       (D.C. Bar No. 416954)
       The George Washington
       University Law School
       2000 G Street, N.W.
       Washington, DC 20052

       _____/s/_____
       MARGARET A. KOHN
       (D.C. Bar No. 174227)
       Attorney at Law
       1320 19th Street, N.W., Suite 200
       Washington, DC 20036

       *Counsel for Plaintiffs*

August 28, 2008