UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| DL, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1437 (RCL) |
| THE DISTRICT OF COLUMBIA, *et al.* | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to File Plaintiffs' Reply Brief in

Support of Their Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-

Pocket Expenses, for Plaintiffs' Motion to Compel Discovery, and the entire record herein, it is

hereby

ORDERED, that Plaintiffs' Reply Brief is due on September 16, 2008.


_____                    _____
DATE                                              ROYCE C. LAMBERTH
                                                     UNITED STATES DISTRICT JUDGE