UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, *et al.*, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Consent Motion to Extend Time to File Plaintiffs' Reply Brief in Support of Their Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs' Motion to Compel Discovery, and the entire record herein, it is hereby

ORDERED, that Plaintiffs' Reply Brief is due on September 16, 2008.


___9/4/2008_____                                   _____/s/_____
　　　DATE                                                          ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE