UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO
COMPLETE SEARCH, REVIEW AND PRODUCTION OF E-MAILS**

Defendants respectfully request this Court to extend the time in which to complete their search, review and production of all remaining e-mails which may be responsive to plaintiffs' discovery requests to and including October 14, 2008. Plaintiffs consent to the grant of this motion. A proposed order is attached.

The reasons for the grant of this motion are as follows:

1. On August 15, 2008, this Court entered an Order on consent providing that the deadline for searching the e-mails of litigation counsel and individuals from the Department of Mental Health and producing responsive e-mails or identifying withheld e-mails on a privilege log should be September 12, 2008.

2. In that same Order, the Court extended the deadline for completing the review and production or identification on a privilege log of all e-mails other than those of litigation counsel and individuals from the Department of Mental Health until August 22, 2008.

3. On August 26, 2008, the Court entered another Order on Consent, pursuant to a Consent Motion filed on August 22, 2008, extending the deadline for completing the review and production or identification on a privilege log of all e-mails other than those of litigation counsel and individuals from the Department of Mental Health until September 12, 2008.

4. As defendants advised the Court in the Consent Motion of August 22, 2008 pursuant to prior Orders, defendants have produced to plaintiffs thousands of pages of e-mail and attachments. Additional e-mails pursuant to the Consent Order of August 26, 2008, are being produced this week.

5. As defendants also advised the Court in the Consent Motion of August 22, 2008 they were first informed that day by representatives of the District's Office of Chief Technology Officer ("OCTO") that, for technical reasons relating to the software employed in the search, they could not be certain that the production of e-mails was all inclusive. OCTO stated that further steps were necessary to assure that the production was all inclusive.

6. Defendants instructed OCTO to take all such further steps. OCTO's further steps resulted in the discovery of many thousands of additional e-mails which had not been previously reviewed by the defendants.

7. The review of these newly discovered emails cannot be completed by September 12, the current deadline under the two Consent Orders of August 15, 2008 and August 26, 2008. The time of a number of lawyers and non-legal personnel will be required to complete the review and production. The period of time will unavoidably be lengthened by the Jewish holidays at the end of this month and early next month,

since several of defendants' attorneys observe those holidays and will be out of their offices at that time.

8. Accordingly, with the consent of plaintiffs, defendants respectfully request that their time to complete their search, review and production of all remaining e-mails which may be responsive to plaintiff's discovery requests, or to identify withheld e-mails in a privilege log, be extended to and including October 14, 2008. A certification that defendants have fully responded to plaintiff's request for e-mails will also be served by that date.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division


    /s/ Ellen Efros
    ELLEN EFROS [#250746]
    Assistant Deputy Attorney General
    Civil Litigation Division and
    Chief, Equity Section 1

    /s/ Daniel A. Rezneck
    DANIEL A. REZNECK [#31625]
    Senior Assistant Attorney General

    /s/ Jayme Kantor
    JAYME KANTOR [#488502]
    Assistant Attorney General
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE SEARCH, REVIEW AND PRODUCTION OF E-MAILS**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. The entire record herein.

4. Consent of the parties.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General of the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS [#250746]
Assistant Deputy Attorney General
Civil Litigation Division and
Chief, Equity Section 1

2

/s/ Daniel A. Rezneck
DANIEL A. REZNECK [#31625]
Senior Assistant Attorney General


/s/ Jayme Kantor
JAYME KANTOR [#488502]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001

2