UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DL,[1] *et al.*, on behalf of themselves        )
and others similarly situated,                  )
                                                )
            Plaintiffs,                         )
                                                )
    v.                                          )        Civil Action No. 05-1437 (RCL)
                                                )
THE DISTRICT OF COLUMBIA, *et al.*              )
                                                )
            Defendants.                         )
_____)

**CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
EXCEEDING THE COURT'S PAGE LIMITATION**

Plaintiffs hereby move this Court for leave to file a reply brief in support of their Motion for

an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs'

Motion to Compel Discovery (Docket No. 110) that exceeds the 25-page limitation set forth in Local

Rule 7(e).  Plaintiffs seek leave to file a reply brief of approximately 30 pages, excluding the

signature page and list of supplemental exhibits.

Plaintiffs need the approximately 5 additional pages in order to respond adequately to

defendants' arguments in opposition and to discuss this Court's recent lengthy attorneys' fees

decision in *Miller v. Holzmann*, 2008 WL 3319032 (D.D.C. Aug. 12, 2008) (Lamberth, J.).

Plaintiffs consulted with defendants' counsel on September 12, 2008, regarding this motion.

Defendants consent to this motion.  Therefore, plaintiffs submit that defendants will not be

prejudiced.

_____

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

## STATEMENT PURSUANT TO RULE 7(m)

Plaintiffs' counsel conferred with defendants' counsel, Daniel Rezneck, about this motion, and he consents to the relief that plaintiffs' seek.

Respectfully submitted,

_____/s/_____
BRUCE J. TERRIS (D.C. Bar No. 47126)
ALEXANDER R. KARAM (D.C. Bar No. 978703)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632
(202) 682-2100


_____/s/_____
JEFFREY S. GUTMAN
(D.C. Bar No. 416954)
The George Washington
University Law School
2000 G Street, N.W.
Washington, DC 20052
(202) 994-5797


_____/s/_____
MARGARET A. KOHN
(D.C. Bar No. 174227)
Attorney at Law
1320 19th Street, N.W., Suite 200
Washington, DC 20036
(202) 667-2330

*Counsel for Plaintiffs*

September 12, 2008

2