UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DL, *et al.*, on behalf of themselves )
and others similarly situated, )
)
      Plaintiffs, )
)
    v. )  Civil Action No. 05-1437 (RCL)
)
THE DISTRICT OF COLUMBIA, *et al.* )
)
      Defendants. )

**ORDER**

Upon consideration of the Consent Motion for Leave to File a Reply Memorandum Exceeding the Court's Page Limitation, and the entire record herein, it is hereby

ORDERED, that the Consent Motion for Leave to File a Reply Memorandum Exceeding the Court's Page Limitation is GRANTED.

_____                                             _____
DATE                                                            ROYCE C. LAMBERTH
                                                             UNITED STATES DISTRICT JUDGE