UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1437 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF FILING**

The District of Columbia, through counsel, hereby notifies the Court of the filing submitted herewith in compliance with the Court Order of June 27, 2008. *Docket # 108*. This filing is comprised of certifications regarding Defendants' document production subsequent to and prior to the Court's June 27, 2008 Order.[1]

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      ____/s/ Ellen A. Efros_____
                                      ELLEN A. EFROS [250746]
                                      Chief, Equity I Section
                                      Civil Litigation Division

---

[1] Pending before the Court is Defendant's Consent Motion to Extend time to produce emails responsive to the Plaintiffs' discovery requests to October 14, 2008, for the reasons stated therein. Thus, the only outstanding certification, which will be for the email search and retrieval, cannot be produced prior to the completion of the email production. The pending motion requests an extension for this one certification.

    /s/  Jayme B. Kantor
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 715-7721