UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 05-1437 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants have moved with the plaintiffs' consent to extend the deadline for completing the review and production or identification on a privilege log of all remaining e-mails to and including October 14, 2008.

Upon consideration of defendants' motion and the entire record herein, it is hereby

ORDERED that defendants' motion is GRANTED, and it is further

ORDERED that the deadline for defendants' completing the review and production or identification on a privilege log of all remaining e-mails and serving a certification that defendants have done so, is extended to and including October 14, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 15, 2008.