UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL,[1] *et al.*, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1437 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for Plaintiffs' Motion to Compel Discovery, and the briefs and exhibits submitted by the parties in support and opposition thereto, it is this ___ day of _____ 2008;

ORDERED, that counsel for the plaintiff class are awarded a total of $287,146.17 for their attorneys' fees and expenses based on the following computations:

| | |
|---|---|
| Attorneys' Fees to Terris, Pravlik & Millian, LLP | $281,349.11 |
| Attorneys' Fees to Margaret A. Kohn | $408.60 |
| Attorneys' Fees to The George Washington University Law School Community Legal Clinics (Jeffrey S. Gutman) | $2,247.30 |
| Out-of-Pocket Expenses | $3,141.16 |

and it is further

ORDERED, that defendants shall pay Terris, Pravlik & Millian, LLP, the total amount of

---

[1] Pursuant to Local Rule 5.4(f)(2), minors are identified by their initials.

$287,146.17, plus interest in accordance with 28 U.S.C. 1961 and accruing from the date of this Order, within 30 days of this Order; and it is further

ORDERED, that Terris, Pravlik & Millian, LLP, shall be wholly responsible for disbursing the funds in accordance with this Court's Order.

IT IS  this ___ day of _____, 2008,

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE