B2                              THE NATIONAL LAW JOURNAL/WWW.NLJ.COM                              Monday, December 10, 2007

# A nationwide sampling of law firm billing rates

The National Law Journal *asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information—including some firms that are not in the NLJ 250—are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

## A B C

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305)
   (median $300)
Associates $165-$255 (average $198)
   (median $197)
Firmwide (average $278) (median $275)

**Andrews Kurth (396)**
(Houston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325)
   (median $320)
Associates $160-$315 (average $205)
   (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350)
   (median $355)
Associates $180-$295 (average $225)
   (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575
Associates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275)
   (median $390)
Associates $160-$350 (average $203)
   (median $235)
Firmwide (average $212) (median $265)

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294)
   (median $295)
Associates $140-$250 (average $179)
   (median $175)
Firmwide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335)
   (median $330)
Associates $180-$280 (average $211)
   (median $205)
Firmwide (average $258)
   (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391)
   (median $395)
Associates $195-$325 (average $233)
   (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479)
   (median $485)
Associates $180-$410 (average $273)
   (median $250)
Firmwide (average $365)
   (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361)
   (median $360)
Associates $165-$310 (average $232)
   (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373)
   (median $390)
Associates $170-$270 (average $219)
   (median $217.5)
Firmwide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493)
   (median $490)
Associates $165-$495 (average $295)
   (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285)
   (median $275)
Associates $150-$350 (average $240)
   (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)
Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)
Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
Partners $280-$600 (average $406)
   (median $405)
Associates $190-$375 (average $243)
   (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

**Covington & Burling (608)**
(Washington)
Partners $510-$800
Associates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420)
   (median $425)
Associates $155-$530 (average $283)
   (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666)
   (median $685)
Associates $280-$560 (average $361)
   (median $360)
Firmwide (average $396) (median $480)

## D E F

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430)
   (median $422)
Associates $170-$390 (average $257)
   (median $250)
Firmwide (average $375)
   (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472)
   (median $465)
Associates $210-$525 (average $306)
   (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**Dickstein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552)
   (median $550)
Associates $225-$440 (average $336)
   (median $360)
Firmwide (average $438) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342)
   (median $340)
Associates $155-$285 (average $199)
   (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**
(Minneapolis)
Partners $220-$750 (average $463)
   (median $463)
Associates $145-$470 (average $274)
   (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**
(Philadelphia)
Partners $315-$705 (average $475)
   (median $470)
Associates $150-$465 (average $310)
   (median $305)
Firmwide (average $416)
   (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**Edwards Angell Palmer & Dodge (564)**
(Boston)
Partners $350-$700 (average $515)
   (median $513)
Associates $170-$450 (average $293)
   (median ($280)
Firmwide (average $407)
   (median $400)

**Epstein Becker & Green (384)**
(New York)
Partners $280-$675 (average $471)
   (median $475)
Associates $155-$440 (average $290)
   (median $280)
Firmwide (average $380)
   (median $395)

**Fenwick & West (223)**
(Mountain View, Calif.)
Partners $500-$775 (average $590)
   (median $600)
Associates $245-$500 (average $360)
   (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387)
   (median $375)
Firmwide $185-$855
   (average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (209)**
(Tampa, Fla.)
Partners $230-$500 (average $345)
   (median $340)
Associates $150-$325 (average $217)
   (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
(Cincinnati)
Partners $225-$455 (average $303)
   (median $295)
Associates $145-$255 (average $180)
   (median $170)
Firmwide (average $256) (median $255)

## G H I

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472)
   (median $475)
Associates $220-$425 (average $292)
   (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**
(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490)
   (median $500)
Associates $175-$505 (average $311)
   (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (172)**
(Syracuse, N.Y.)
Partners $220-$375 (average $278)
   (median $280)
Associates $160-$250 (average $185)
   (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $215-$645 (average $337)
   (median $350)
Associates $155-$395 (average $219)
   (median $205)
Firmwide (average $254)
   (median $250)

**Hogan & Hartson (1,092)**
(Washington)
Partners $300-$850 (average $600)
    (median $590)
Associates $150-$525 (average $385)
    (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388)
    (median $385)
Associates $165-$345 (average $269)
    (median $275)
Firmwide (average $335)
    (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412)
    (median $410)
Associates $195-$420 (average $284)
    (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
Partners $190-$425 (average $297)
    (median $295)
Associates $130-$260 (average $179)
    (median $175)
Firmwide (average $248) (median $245)

# J K L

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562)
    (median $525)
Associates $275-$425 (average $327)
    (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
(Seattle)
Partners $300-$515 (average $370)
    (median $370)
Associates $205-$300 (average $255)
    (median $255)
Firmwide (average $345)
    (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300)
    (median $300)
Associates $140-$300 (average $185)
    (median $185)
Firmwide (average $215)
    (median $260)

**Leonard, Street and Deinard (199)**
(Minneapolis)
Partners $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488)
    (median $490)
Associates $190-$390 (average $281)
    (median $280)
Firmwide (average $399) (median $425)

**Loeb & Loeb (280)**
(Los Angeles)
Partners $425-$875 (average $606)
    (median $600)
Associates $240-$500 (average $384)
    (median $400)
Firmwide (average $505)
    (median $500)

**Lord, Bissell & Brook (290)**
(Chicago)
Partners $335-$690 (average $473)
    (median $475)
Associates $200-$410 (average $299)
    (median $300)
Firmwide (average $410)
    (median $415)

**Lowenstein Sandler (271)**
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

**Luce, Forward, Hamilton & Scripps (186)**
(San Diego)
Partners $325-$725 (average $465)
    (median $475)
Associates $220-$450 (average $281)
    (median $280)
Firmwide (average $381)
    (median $395)

# M N O

**Manatt, Phelps & Phillips (320)**
(Los Angeles)
Partners $520-$785 (average $600)
    (median $590)
Associates $265-$480 (average $395)
    (median $415)
Firmwide (average $518)
    (median $550)

SEE 'RATES' PAGE



EPSTEINBECKERGREEN

EpsteinBeckerGreen is a national law firm with global reach that takes a "boutique approach" to five complementary areas of practice:

Business Law
Health Care and Life Sciences
Labor and Employment
Litigation
Real Estate

EBG
EPSTEIN BECKER & GREEN, P.C.
ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEW YORK · NEWARK · SAN FRANCISCO · STAMFORD · WASHINGTON, DC

WWW.EBGLAW.COM                    ATTORNEY ADVERTISING

# Billing rates as reported by the nation's law firms

'RATES' FROM PAGE B3

**Marshall, Dennehey, Warner, Coleman & Goggin (379)**
(Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (400)**
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

**McElroy, Deutsch, Mulvaney & Carpenter (238)**
(Morristown, N.J.)
Partners $295-$450 (average $250)
   (median $235)
Associates $135-$225 (average $180)
   (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (224)**
(New York)
Partners $635-$920 (average $760)
   (median $755)
Associates $375-$595 (average $446)
   (median $455)
Firmwide (average $489) (median $475)

**Michael Best & Friedrich (224)**
(Milwaukee)
Partners $225-$550 (average $363)
   (median $350)
Associates $185-$300 (average $234)
   (median $235)
Firmwide (average $321)
   (median $325)

**Miles & Stockbridge (212)**
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $400)
   (median $400)
Associates $160-$340 (average $225)
   (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338)
   (median $340)
Associates $160-$295 (average $201)
   (median $195)
Firmwide (average $306) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**Moore & Van Allen (284)**
(Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436)
   (median $395)
Associates $180-$400 (average $285)
   (median $310)
Firmwide (average $380)
   (median $440)

**Nexsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

## P Q R

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536)
   (median $525)
Associates $205-$520 (average $375)
   (median $385)
Firmwide (average $456)
   (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

**Perkins Coie (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

**Phelps Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)
Associates $130-$205 (average $174)
   (median $175)
Firmwide (average $184)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $245-$435 (average $309)
   (median $300)
Associates $140-$300 (average $205)
   (median $205)
Firmwide (average $223)
   (median $215)

**Polsinelli Shalton Flanigan Suelthaus (316)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

**Quarles & Brady (472)**
(Milwaukee)
Partners $260-$575 (average $377)
   (median $375)
Associates $185-$335 (average $233)
   (median $235)
Firmwide (average $319) (median $325)

**Reed Smith (1,447)**
(Pittsburgh)
Partners $350-$825 (average $558)
   (median $525)
Associates $200-$510 (average $374)
   (median $350)
Firmwide (average $395)
   (median $385)

**Robinson & Cole (209)**
(Hartford, Conn.)
Partners $340-$575 (average $424)
   (median $420)
Associates $200-$325 (average $295)
   (median $280)
Firmwide (average $328) (median $330)

**Roetzel & Andress (221)**
(Akron, Ohio)
Partners $210-$460 (average $302)
   (median $300)
Associates $110-$275 (average $198)
   (median $200)
Firmwide (average $264)
   (median $260)

**Rutan & Tucker (149)**
(Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

## S T U

**Saul Ewing (247)** (Philadelphia)
Partners $315-$750 (average $426)
   (median $415)
Associates $180-$485 (average $273)
   (median $255)
Firmwide (average $357) (median $365)

**Schnader Harrison Segal & Lewis (184)**
(Philadelphia)
Partners $240-$750
Associates $175-$385

**Schulte Roth & Zabel (461)** (New York)
Partners $650-$850 (average $724)
   (median $745)
Associates $235-$585 (average $435)
   (median $440)

**Sheppard, Mullin, Richter & Hampton (428)**
(Los Angeles)
Partners $425-$795
Associates $260-$550

**Shughart Thomson & Kilroy (172)**
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

**Shumaker, Loop & Kendrick (171)**
(Toledo, Ohio)
Partners $200-$465 (average $311)
   (median $305)
Associates $180-$360 (average $221)
   (median $220)
Firmwide (average $289)
   (median $300)

**Sills Cummis Epstein & Gross (178)**
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

**Smith, Gambrell & Russell (185)** (Atlanta)
Partners $250-$575
Associates $175-$345

**Snell & Wilmer (438)** (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

**Steptoe & Johnson PLLC (180)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (352)**
(Kansas City, Mo.)
Partners $230-$600 (average $333)
   (median $365)
Associates $175-$250 (average $207)
   (median $225)
Firmwide (average $295)
   (median $285)

**Stoel Rives (342)** (Portland, Ore.)
Partners $275-$500 (average $379)
   (median $375)
Associates $160-$350 (average $231)
   (median $230)
Firmwide (average $324) (median $330)

**Strasburger & Price (178)** (Dallas)
Partners $225-$560 (average $367)
   (median $363)
Associates $200-$395 (average $234)
   (median $223)
Firmwide (average $326)
   (median $322)

**Sullivan & Worcester (170)** (Boston)
Partners $415-$700 (average $550)
   (median $540)
Associates $245-$420 (average $309)
   (median $290)
Firmwide (average $438) (median $440)

**Sutherland Asbill & Brennan (511)**
(Atlanta)
Partners $375-$715 (average $511)
   (median $500)
Associates $215-$415 (average $292)
   (median $280)
Firmwide (average $335) (median $305)

**Thacher Proffitt & Wood (310)**
(New York)
Partners $525-$785 (average $674)
   (median $700)
Associates $275-$495 (average $353)
   (median $365)
Firmwide (average $428)
   (median $395)

**Thompson Coburn (320)**
(St. Louis)
Partners $265-$580
Associates $170-$370

**Thompson & Knight (414)**
(Dallas)
Partners $370-$730 (average $496)
   (median $485)
Associates $205-$370 (average $295)
   (median $310)
Firmwide (average $415)
   (median $400)

**Ulmer & Berne (174)**
(Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $212)
Firmwide (average $280)

## V W

**Vedder, Price, Kaufman & Kammholz (255)**
(Chicago)
Partners $335-$650 (average $430)
   (median $425)
Associates $205-$410 (average $281)
   (median $370)
Firmwide (average $372)
   (median $365)

**Wiggin and Dana (146)**
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

**Williams Mullen (314)**
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

**Wilmer Cutler Pickering Hale and Dorr (1,051)**
(Washington)
Partners $475-$1,000
Associates $215-$495

**Winstead (306)**
(Dallas)
Partners $345-$620
Associates $180-$360

**Winston & Strawn (912)**
(Chicago)
Partners $400-$845 (average $608
   capital partner/$515 income partner)
   (median $640 capital partner/$585
   income partner)
Associates $200-$590 (average $365)
   (median $395)
Firmwide (average $455)
   (median $523)

**Womble Carlyle Sandridge & Rice (510)**
(Winston-Salem, N.C.)
Partners $290-$575 (average $426)
   (median $425)
Associates $195-$370 (average $268)
   (median $265)
Firmwide (average $355)
   (median $360) NLJ

# Firms report their billing rates by associate class

*The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each law firm is followed by its number of attorneys and the location of its principal or largest office. The firms reported the data as part of* The National Law Journal's *2007 survey of the nation's largest law firms.*

**Andrews Kurth (396) (Houston)**
| | | | |
|---|---|---|---|
| 1st | $210-$240 | 5th | $320-$330 |
| 2d | $250-$270 | 6th | $325 |
| 3d | $270-$305 | 7th | $345-$360 |
| 4th | $295-$305 | 8th | $375-$395 |

**Bradley Arant Rose & White (242) (Birmingham, Ala.)**
| | | | |
|---|---|---|---|
| 1st | $185 | 5th | $215 |
| 2d | $185 | 6th | $230 |
| 3d | $190 | 7th | $250 |
| 4th | $205 | | |

**Briggs and Morgan (178) (Minneapolis)**
| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $250 |
| 2d | $210 | 6th | $265 |
| 3d | $220 | 7th | $275 |
| 4th | $230 | | |

**Brinks Hofer Gilson & Lione (158) (Chicago)**
| | | | |
|---|---|---|---|
| 1st | $225 | 5th | $320 |
| 2d | $250 | 6th | $345 |
| 3d | $270 | 7th | $370 |
| 4th | $295 | 8th | $385 |

**Curtis, Mallet-Prevost, Colt & Mosle (221) (New York)**
| | | | |
|---|---|---|---|
| 1st | $280 | 5th | $440 |
| 2d | $320 | 6th | $480 |
| 3d | $360 | 7th | $520 |
| 4th | $400 | 8th | $560 |

**Davis Wright Tremaine (449) (Seattle)**
| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $291 |
| 2d | $234 | 6th | $309 |
| 3d | $258 | 7th | $319 |
| 4th | $264 | 8th | $338 |
(average rates)

**Day Pitney (400) (Florham Park, N.J.)**
| | | | |
|---|---|---|---|
| 1st | $210-$240 | 5th | $275-$380 |
| 2d | $230-$290 | 6th | $280-$405 |
| 3d | $245-$325 | 7th | $295-$430 |
| 4th | $260-$350 | 8th | $295-$450 |

**Dickstein Shapiro (388) (Washington)**
| | | | |
|---|---|---|---|
| 1st | $225-$250 | 5th | $360-$400 |
| 2d | $275-$320 | 6th | $360-$400 |
| 3d | $320-$360 | 7th | $400-$440 |
| 4th | $320-$360 | 8th | $400-$440 |

**Dinsmore & Shohl (316) (Cincinnati)**
| | | | |
|---|---|---|---|
| 1st | $165 | 5th | $210 |
| 2d | $175 | 6th | $220 |
| 3d | $190 | 7th | $230 |
| 4th | $200 | 8th | $240 |

**Gardere Wynne Sewell (284) (Dallas)**
| | | | |
|---|---|---|---|
| 1st | $220 | 5th | $315 |
| 2d | $240 | 6th | $335 |
| 3d | $265 | 7th | $355 |
| 4th | $290 | 8th | $360 |

**Hiscock & Barclay (172) (Syracuse, N.Y.)**
| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $170 |
| 2d | $160 | 6th | $180 |
| 3d | $170 | 7th | $180 |
| 4th | $170 | 8th | $195 |

**Hogan & Hartson (1,092) (Washington)**
| | | | |
|---|---|---|---|
| 1st | $270 | 5th | $395 |
| 2d | $310 | 6th | $420 |
| 3d | $340 | 7th | $445 |
| 4th | $370 | 8th | $475 |

**Holland & Hart (347) (Denver)**
| | | | |
|---|---|---|---|
| 1st | $205 | 4th | $265 |
| 2d | $225 | 5th | $285 |
| 3d | $245 | 6th | $295 |

**Jenner & Block (495) (Chicago)**
| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $375 |
| 2d | $300 | 6th | $375 |
| 3d | $325 | 7th | $400 |
| 4th | $350 | 8th | $425 |

**Kelley Drye & Warren (390) (New York)**
| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $385 |
| 2d | $300 | 6th | $405 |
| 3d | $325 | 7th | $425 |
| 4th | $365 | 8th | $450 |

**Knobbe, Martens, Olson & Bear (208) (Irvine, Calif.)**
| | | | |
|---|---|---|---|
| 1st | $220 | 4th | $305 |
| 2d | $250 | 5th | $330 |
| 3d | $280 | | |

**Lathrop & Gage (271) (Kansas City, Mo.)**
| | | | |
|---|---|---|---|
| 1st | $165 | 5th | $210 |
| 2d | $185 | 6th | $215 |
| 3d | $195 | 7th | $220 |
| 4th | $205 | 8th | $225 |

**Lewis, Rice & Fingersh (165) (St. Louis)**
| | | | |
|---|---|---|---|
| 1st | $155 | 5th | $260 |
| 2d | $185 | 6th | $280 |
| 3d | $215 | 7th | $290 |
| 4th | $240 | 8th | $295 |

**Lindquist & Vennum (174) (Minneapolis)**
| | | | |
|---|---|---|---|
| 1st | $165 | 5th | $235 |
| 2d | $185 | 6th | $250 |
| 3d | $215 | 7th | $260 |
| 4th | $220 | 8th | $280 |

**Locke Liddell & Sapp (421) (Dallas)**
| | | | |
|---|---|---|---|
| 1st | $190 | 5th | $280 |
| 2d | $200 | 6th | $300 |
| 3d | $220 | 7th | $320 |
| 4th | $250 | 8th | $340 |

**Loeb & Loeb (280) (Los Angeles)**
| | | | |
|---|---|---|---|
| 1st | $275-$300 | 5th | $400-$425 |
| 2d | $300-$335 | 6th | $425-450 |
| 3d | $335-$375 | 7th | $450-$475 |
| 4th | $375-$400 | | |

**Lord, Bissell & Brook (290) (Chicago)**
| | | | |
|---|---|---|---|
| 1st | $245 | 4th | $300 |
| 2d | $260 | | |
| 3d | $275 | | |

**Manatt, Phelps & Phillips (320) (Los Angeles)**
| | | | |
|---|---|---|---|
| 1st | $265 | 5th | $415 |
| 2d | $305 | 6th | $435 |
| 3d | $345 | 7th | $450 |
| 4th | $385 | | |

**McElroy, Deutsch, Mulvaney & Carpenter (238) (Morristown, N.J.)**
| | | | |
|---|---|---|---|
| 1st | $135 | 5th | $180 |
| 2d | $165 | 6th | $185 |
| 3d | $170 | 7th | $190 |
| 4th | $175 | 8th | $195 |

**McKee Nelson (224) (New York)**
| | | | |
|---|---|---|---|
| 1st | $375 | 5th | $525 |
| 2d | $390 | 6th | $550 |
| 3d | $455 | 7th | $580 |
| 4th | $475 | 8th | $595 |

**Miles & Stockbridge (212) (Baltimore)**
| | | | |
|---|---|---|---|
| 1st | $205 | 4th | $240 |
| 2d | $215 | 5th | $250 |
| 3d | $225 | 6th | $260 |

SEE 'ASSOCIATE' PAGE B6



At Econ One we see things differently. We look below the surface to find the core issues because economics is more than simple statistics. It is insight, understanding and power created by thorough research, thoughtful analysis and effective presentation. Time and time again, we give our clients the clearly communicated answers they're looking for.

www.econone.com

Antitrust • Intellectual Property • Damages Analysis • Employment Issues



# Meet Your Expert Partner.

● Anchin, Block & Anchin LLP provides expert accounting and advisory services for business owners and individuals. Anchin partners and professionals are adept at addressing the challenges of our clients' industries and in meeting our clients' unique needs. Outside experts agree: We've just been named one of the "Best of the Best" Top 25 accounting firms in America by *Inside Public Accounting.*

● Anchin is pleased to introduce our updated public face, which conveys the energy and forward thinking spirit of our firm. Our new identity reflects the way we connect clients with expert partners who provide them with industry knowledge and innovative insights.

● To learn more about how Anchin can benefit you, please contact us. We'll connect you with *Your Expert Partner.*

**Anchin, Block & Anchin LLP**   Accountants & Advisors

1375 Broadway, New York, NY 10018       212 840-3456
777 Zeckendorf Blvd., Garden City, NY 11530   516 794-4455
3 Barker Avenue, White Plains, NY 10601    914 694-2900
*www.anchin.com*

# Billable hours aren't the only game in town anymore

*Below is a sample of law firms that provided information about the alternative billing methods that they use most often. We asked firms to differentiate between variations on the traditional billable hour (discounted and blended hourly rates, for example) and true alternatives to the billable hour (such as fixed or flat fees, contingency fees, hybrid fees and retrospective fees based on value).*

*The percentages given below denote the estimated portions of the firms' revenues obtained through each of these two categories. The percentages are followed by the billing methods that the firms reported using within the two categories. The number given after each firm's name indicates its total number of attorneys. The firms provided the information in response to* The National Law Journal's *2007 survey of the nation's 250 largest law firms. This list includes firms that were not among the NLJ 250.*

**Adams and Reese (256).** Variations: 2.5%—discounted rate, blended rate. Alternatives: 2.5%—fixed or flat fee, contingency fee, hybrid fee.

**Akerman Senterfitt (465).** Variations: 48%—discounted rate, blended rate. Alternatives: 4%—fixed or flat fee, contingency fee, hybrid fee.

**Andrews Kurth (396).** Variations: 15%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, other.

**Armstrong Teasdale (279).** Variations: 12%—discounted rate, blended rate, other. Alternatives: 12%—fixed or flat fee, contingency fee, retrospective fee based on value.

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523).** Variations: 54%—discounted rate, blended rate. Alternatives: 5%—contingency fee, hybrid fee, retrospective fee based on value.

**Best Best & Krieger (195).** Variations: 5%—blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, other.

**Bond, Schoeneck & King (167).** Variations: 4%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Brownstein Hyatt Farber Schreck (177).** Variations: 25%—discounted rate, blended rate. Alternatives: 25%—fixed or flat fee, contingency fee, other.

**Bullivant Houser Bailey (160).** Variations: 8%—discounted rate, blended rate, other. Alternatives: 7%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Burr & Forman (182).** Variations: 35%—discounted rate. Alternatives: 6%—fixed or flat fee, contingency fee.

**Butzel Long (232).** Variations: 10%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Curtis, Mallet-Prevost, Colt & Mosle (221).** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, hybrid fee.

**Day Pitney (400).** Variations: 85%—discounted rate, blended rate, other. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Dorsey & Whitney (649).** Variations: 20%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Duane Morris (612).** Variations: 2%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, contingency fee.

**Dykema Gossett (338).** Variations: 82%—discounted rate, blended rate. Alternatives: 18%—fixed or flat fee, contingency fee, hybrid fee.

**Edwards Angell Palmer & Dodge (564).** Variations: 10%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee.

**Fowler White Boggs Banker (209).** Variations: 90%—discounted rate, blended rate. Alternatives: 10%—fixed or flat fee, contingency fee, hybrid fee.

**Gibbons (220).** Variations: 30%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Greenebaum Doll & McDonald (173).** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee.

**Hinshaw & Culbertson (480).** Variations: 5%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee.

**Hiscock & Barclay (172).** Variations: 65%—discounted rate, blended rate. Alternatives: 28%—fixed or flat fee, contingency fee, hybrid fee.

**Hodgson Russ (229).** Variations: 25%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Holland & Hart (347).** Variations: 40%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Holme Roberts & Owen (224).** Variations: 15%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee.

**Honigman Miller Schwartz and Cohn (232).** Variations: 3%—discounted rate, blended rate. Alternatives: 1%—fixed or flat fee, contingency fee, hybrid fee.

**Husch & Eppenberger (332).** Variations: 97%—discounted rate, blended rate. Alternatives: 3%—fixed or flat fee, hybrid fee, contingency fee.

**Jackson Lewis (416).** Variations: 10%—blended rate. Alternatives: 15%—fixed or flat fee.

**Jenner & Block (495).** Variations: 53%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee.

**Lane Powell (175).** Variations: 48%—discounted rate, blended rate. Alternatives: 11%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**LeClairRyan (173).** Variations: 1%—discounted rate, other. Alternatives: 10%—fixed or flat fee, contingency fee.

**Leonard, Street and Deinard (199).** Variations: 5%—blended rate. Alternatives: 5%—fixed or flat fee, contingency fee, hybrid fee, other.

**Lewis, Rice & Fingersh (165).** Variations: 35%—discounted rate, blended rate. Alternatives: 35%—fixed or flat fee, contingency fee, hybrid fee.

**Locke Liddell & Sapp (421).** Variations: 80%—discounted rate, blended rate. Alternatives: 20%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Loeb & Loeb (280).** Variations: 20%—discounted rate, blended rate. Alternatives: 15%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Luce, Forward, Hamilton & Scripps (186).** Variations: 10%—discounted rate, blended rate, other. Alternatives: 5%—fixed or flat fee, contingency fee.

**Marshall, Dennehey, Warner, Coleman & Goggin (379).** Variations: 20%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee.

**McElroy, Deutsch, Mulvaney & Carpenter (238).** Variations: 5%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee.

**McKee Nelson (224).** Variations: 50%—discounted rate. Alternatives: 50%—fixed or flat fee.

**Michael Best & Friedrich (224).** Variations: 10%—discounted rate, blended rate. Alternatives: 12%—fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Miller & Martin (185).** Variations 35%—discounted rate, blended rate. Alternatives: 5%—fixed or flat fee, contingency fee.

**Morris, Manning & Martin (170).** Variations: 10%—discounted rate, blended rate. Alternatives: 2%—fixed or flat fee, contingency fee, hybrid fee.

# Hourly billing rates from junior to senior associates

'ASSOCIATE' FROM PAGE B5

**Montgomery, McCracken, Walker & Rhoads (136) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $270 |
| 2d | $215 | 6th | $285 |
| 3d | $235 | 7th | $300 |
| 4th | $250 | 8th | $305 |

**Morris, Manning & Martin (170) (Atlanta)**

| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $330 |
| 2d | $245 | 6th | $345 |
| 3d | $295 | 7th | $375 |
| 4th | $310 | 8th | $395 |

**Patton Boggs (518) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $385 |
| 2d | $300 | 6th | $405 |
| 3d | $325 | 7th | $430 |
| 4th | $350 | 8th | $455 |

**Phelps Dunbar (280) (New Orleans)**

| | | | |
|---|---|---|---|
| 1st | $146 | 4th | $171 |
| 2d | $147 | 5th | $172 |
| 3d | $161 | | |
| (average rates) | | | |

**Phillips Lytle (173) (Buffalo, N.Y.)**

| | | | |
|---|---|---|---|
| 1st | $140 | 5th | $185 |
| 2d | $155 | 6th | $200 |
| 3d | $160 | 7th | $210 |
| 4th | $170 | 8th | $215 |

**Reed Smith (1,447) (Pittsburgh)**

| | |
|---|---|
| 1st | $230-$285 |
| 2d | $240-$320 |
| 3d | $255-$330 |

**Robinson & Cole (209) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $200-$220 | 5th | $240-$275 |
| 2d | $210-$230 | 6th | $250-$280 |
| 3d | $220-$240 | 7th | $260-$280 |
| 4th | $230-$250 | 8th | $270-$300 |

**Rutan & Tucker (149) (Costa Mesa, Calif.)**

| | | | |
|---|---|---|---|
| 1st | $210 | 5th | $280 |
| 2d | $225 | 6th | $300 |
| 3d | $240 | 7th | $325 |
| 4th | $265 | | |

**Saul Ewing (247) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $185-$215 | 5th | $220-$290 |
| 2d | $195-$215 | 6th | $245-$290 |
| 3d | $195-$225 | 7th | $235-$275 |
| 4th | $195-$230 | 8th | $260-$295 |

**Schulte Roth & Zabel (461) (New York)**

| | | | |
|---|---|---|---|
| 1st | $340* | 5th | $495 |
| 2d | $390 | 6th | $515 |
| 3d | $440 | 7th | $535 |
| 4th | $475 | 8th | $550 |

(* $235 for the associate's first four months)

**Sheppard, Mullin, Richter & Hampton (428) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $260 | 5th | $365 |
| 2d | $290 | 6th | $390 |
| 3d | $315 | 7th | $410 |
| 4th | $340 | 8th | $425 |

**Snell & Wilmer (438) (Phoenix)**

| | | | |
|---|---|---|---|
| 1st | $180 | 4th | $225 |
| 2d | $195 | 5th | $260 |
| 3d | $210 | | |

**Steptoe & Johnson PLLC (180) (Clarksburg, W.Va.)**

| | |
|---|---|
| 1st | $170 |

**Sullivan & Worcester (170) (Boston)**

| | | | |
|---|---|---|---|
| 1st | $245 | 4th | $300 |
| 2d | $260 | 5th | $320 |
| 3d | $280 | | |

**Thacher Proffitt & Wood (310) (New York)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $430 |
| 2d | $325 | 6th | $455 |
| 3d | $365 | 7th | $485 |
| 4th | $395 | 8th | $495 |

**Thompson & Knight (414) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $205 | 5th | $330 |
| 2d | $255 | 6th | $350 |
| 3d | $285 | 7th | $370 |
| 4th | $310 | 8th | $370 |

**Vedder, Price, Kaufman & Kammholz (255) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $205 | 5th | $270 |
| 2d | $220 | 6th | $290 |
| 3d | $235 | 7th | $310 |
| 4th | $255 | | |

**Wiggin and Dana (146) (New Haven, Conn.)**

| | |
|---|---|
| 1st | $195 |

**Wilmer Cutler Pickering Hale and Dorr (1,051) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $420 |
| 2d | $315 | 6th | $455 |
| 3d | $350 | 7th | $470 |
| 4th | $385 | 8th | $485 |

**Winstead (306) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $210 | 5th | $300 |
| 2d | $235 | 6th | $315 |
| 3d | $250 | 7th | $330 |
| 4th | $275 | 8th | $350 |

**Winston & Strawn (912) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $255-$280 | 5th | $385-$435 |
| 2d | $290-$335 | 6th | $405-$460 |
| 3d | $320-$380 | 7th | $415-$495 |
| 4th | $360-$400 | 8th | $435-$510 |