

**Comparison of Firm Billing Rates by City Based on 2007 NLJ Survey[1]**
**Plaintiffs' Exhibit 16**

| City | Firm Name | Partner Low | Partner High | Assoc. Low | Assoc. High |
|---|---|---|---|---|---|
| Washington, D.C. | Arent | $395 | $675 | $240 | $440 |
| | Covington | $510 | $800 | $240 | $525 |
| | Dickstein | $425 | $825 | $225 | $440 |
| | Hogan | $300 | $850 | $150 | $525 |
| | Patton | $320 | $920 | $205 | $520 |
| | Wilmer | $475 | $1,000 | $215 | $495 |
| | *Average* | $404 | $845 | $213 | $491 |
| New York | Curtis | $635 | $735 | $280 | $560 |
| | Epstein | $280 | $675 | $155 | $440 |
| | Greenberg | $300 | $1,000 | $175 | $505 |
| | Hughes | $595 | $825 | $240 | $560 |
| | Kelley | $400 | $800 | $255 | $500 |
| | McKee | $635 | $920 | $375 | $595 |
| | Schulte | $650 | $850 | $235 | $585 |
| | Thatcher | $525 | $785 | $275 | $495 |
| | *Average* | $503 | $824 | $249 | $530 |
| Philadelphia | Cozen | $230 | $750 | $155 | $530 |
| | Duane | $315 | $705 | $150 | $465 |
| | Fox | $240 | $595 | $190 | $440 |
| | Marshall | $135 | $400 | $120 | $300 |
| | Montgomery | $320 | $575 | $195 | $320 |

---

[1]National Law Journal, December 10, 2007 (Pl. Ex. 15), pp. B2-B4.

1

| City | Firm Name | Partner Low | Partner High | Assoc. Low | Assoc. High |
|---|---|---|---|---|---|
| | Morgan | $375 | $850 | $200 | $575 |
| | Pepper | $335 | $750 | $200 | $425 |
| | Paul | $315 | $750 | $200 | $425 |
| | Schneider | $240 | $750 | $175 | $385 |
| | *Average* | $278 | $681 | $176 | $429 |
| **Chicago** | Brinks | $300 | $650 | $180 | $410 |
| | Jenner | $450 | $900 | $275 | $425 |
| | Lord | $335 | $690 | $200 | $410 |
| | Vedder | $335 | $650 | $205 | $410 |
| | Winston | $400 | $845 | $200 | $590 |
| | *Average* | $364 | $747 | $212 | $449 |
| **Dallas** | Gardner | $350 | $715 | $220 | $425 |
| | Locke | $375 | $900 | $190 | $390 |
| | Strasburger | $225 | $560 | $200 | $395 |
| | Thompson | $370 | $730 | $205 | $370 |
| | Winstead | $345 | $620 | $180 | $360 |
| | *Average* | $333 | $705 | $199 | $388 |
| **San Francisco** | Howard | $495 | $775 | $275 | $485 |
| | | | | | |
| *National Average* | | $396 | $763 | $221 | $462 |
| *D.C. Average* | | $404 | $845 | $213 | $491 |
| *% difference* | | 2.02 | 10.79 | -3.65 | 6.23 |