**Comparison of Plaintiffs' Updated *Laffey* Matrix,[1] USAO *Laffey* Matrix, WilmerHale Rates, and 2007 NLJ Survey**
**Plaintiffs' Exhibit 19**



Plaintiffs' Exhibit 19

|  | Plaintiffs[2] | USAO[3] | WilmerHale[4] | Dickstein[5] | Hogan[6] | Patton[7] | Wilmer[8] |
|---|---|---|---|---|---|---|---|
| 20th+ | $681 | $465 | $625-$750 | $425-$825 | $300-$850 | $320-$920 | $475-$1000 |
| 11th - 19th | $565 | $410 | $495-510 | | | | |
| 8th - 10th[9] | $502 | $330 | $485 | $400-440 | $475 | $455 | $485 |
| 4th - 7th | $348 | $270 | $350-$385 | $320-440 | $370-$445 | $350-$430 | $385-$470 |
| 1st - 3rd | $241 | $225 | $275-$315 | $225-360 | $270-$340 | $275-$325 | $275-$350 |
| Paralegal | $282 | $130 | $175-$210 | | | | |

---

[1]*Laffey* refers to *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), affirmed, 746 F.2d 4 (D.C. Cir. 1984), overruled in part on other grounds, *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988)(*en banc*).

[2]Pl. Ex. 3 (rates for 2008-2009).

[3]Pl. Ex. 13 (rates for 2008-2009).

[4]"WilmerHale" refers to the rates sought by that firm in *Miller v. Holtzman*, Civ. No. 95-1231 (Lamberth, J.), for the specific attorneys and paralegals working on the case. This information is listed in the Declaration of Stephen K. Davidson, para. 21 (Pl. Ex. 18).

[5]National Law Journal, December 10, 2007, pp. B2, B5 (Pl. Ex. 15).

[6]*Id.*, pp. B3, B5 (Pl. Ex. 15).

[7]*Id.*, pp. B4, B6 (Pl. Ex. 15).

[8]*Id.*, pp. B4, B6 (Pl. Ex. 15).

[9]The National Law Journal survey on associates rates provides information only through the eighth year.