

Plaintiffs' Exhibit 20

## DL v. District of Columbia
Civil No. 05-1437 (RCL)
Summary of Fees and Expenses - Updated through September 15, 2008

|  |  |  | Fees Using Pl. Rates[1] | Fees Using USAO Rates[2] |
|---|---|---|---|---|
| **FEES** | Terris, Pravlik & Millian, LLP | Negotiation re Motion to Compel | $38,202.00 | $28,804.85 |
|  |  | Pl Mot to Compel - Initial Br | $31,107.26 | $23,971.28 |
|  |  | Pl Mot to Compel - Opp'n | $510.75 | $348.75 |
|  |  | Pl Mot to Compel - Reply | $22,110.03 | $16,934.66 |
|  |  | Sched Order - Pl Mot to Compel | $719.32 | $558.09 |
|  |  | Pl 2d Mot to Compel - Initial Br | $81,426.09 | $63,635.04 |
|  |  | Pl 2d Mot to Compel - Rev Br | $10,909.73 | $8,316.66 |
|  |  | Pl 2d Mot to Compel - Opp'n | $3,714.74 | $2,797.67 |
|  |  | Pl 2d Mot to Compel - Reply | $32,500.94 | $24,958.04 |
|  |  | June 27, 2008 Order - Pl Mot to Compel | $9,358.24 | $7,052.69 |
|  |  | Pl Initial Application (Fees) through July 18, 2008 | $22,922.09 | $17,615.46 |
|  |  | Pl Initial Application (Fees) after July 18, 2008 | $20,173.85 | $15,416.67 |
|  |  | Def Opposition Brief (Fees) | $2,562.28 | $1,883.43 |
|  |  | Pl Reply Brief (Fees) | $45,844.83 | $34,545.39 |
|  |  | 50% Reduction to Pl 2d Mot to Compel - Initial Br[3] | ($40,713.05) | ($31,817.52) |
|  | **Subtotal Fees** |  | $281,349.11 | $215,021.16 |
|  |  |  |  |  |
|  | Margaret A. Kohn | Plaintiffs' First Motion to Compel | $408.60 | $279.00 |
|  | Jeffrey S. Gutman | Plaintiffs' First and Second Motion to Compel | $2,247.30 | $1,534.50 |
|  | **Subtotal Fees** |  | $2,655.90 | $1,813.50 |
|  |  |  |  |  |
|  | **Total Fees** |  | $284,005.01 | $216,834.66 |

---

[1] Refers to rates produced by plaintiffs' updated *Laffey* matrix (Pl. Ex. 3).

[2] Refers to rates produced by the U.S. Attorneys' Office update of the *Laffey* matrix (Pl. Ex. 13).

[3] *See* Affidavit of Bruce J. Terris, paras. 8, 9 (Pl. Ex. 1) for an explanation of the reduction.

| EXPENSES | Terris, Pravlik & Millian, LLP | Negotiation re Motion to Compel | $6.40 | |
|---|---|---|---|---|
| | | Pl Mot to Compel | $735.76 | |
| | | Pl 2d Mot to Compel | $3,003.46 | |
| | | Pl Initial Application (Fees) | $300.77 | |
| | | Pl Reply Brief (Fees) | $67.16 | |
| | | 28% Reduction to Lexis and Westlaw expenses[4] | ($972.39) | |
| | **Total Expenses** | | $3,141.16 | $3,141.16 |
| | | | | |
| FEES AND EXPENSES | **Total Fees and Expenses** | | $287,146.17 | $219,975.82 |

---

[4] *See id.*, para. 20(e) and Pl. Ex. 7, 8 for an explanation of the reduction.

2