## DL v. District of Columbia

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Supplemental Summary of Fees by Subcategory and Rate Using Plaintiffs' Updated Laffey Matrix

Plaintiffs' Exhibit 21

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | | | | | | |
| | | June 27 2008 Order - Pl Mot to Compel | | | | | |
| | | | ARK | 20.47 | $348.00 | $7,122.52 | |
| | | | BJT | 2.90 | $681.00 | $1,974.90 | |
| | | | KLM | 0.38 | $681.00 | $260.82 | |
| | | | | | **Sub-Total:** | | **$9,358.24** |

Tuesday, September 16, 2008

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Child Find Fees** | **Plaintiffs' 2008 Application** | | | | | | |
| | | **Pl Initial Application** | | | | | |
| | | | ACA | 10.63 | $348.00 | $3,700.28 | |
| | | | ARK | 37.15 | $348.00 | $12,927.85 | |
| | | | JDG | 2.92 | $348.00 | $1,015.12 | |
| | | | BJT | 3.00 | $681.00 | $2,043.00 | |
| | | | CSP | 0.58 | $681.00 | $397.02 | |
| | | | KLM | 0.13 | $681.00 | $90.57 | |
| | | | | | | **Sub-Total:** | **$20,173.85** |
| | | **Def Opposition Brief** | | | | | |
| | | | ARK | 4.13 | $348.00 | $1,438.63 | |
| | | | BJT | 1.48 | $681.00 | $1,009.92 | |
| | | | KLM | 0.17 | $681.00 | $113.73 | |
| | | | | | | **Sub-Total:** | **$2,562.28** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl Reply Brief** | | | | | |
| | | | SMO | 2.37 | $154.00 | $364.52 | |
| | | | ACA | 5.05 | $348.00 | $1,757.40 | |
| | | | ARK | 93.25 | $348.00 | $32,451.00 | |
| | | | BJT | 11.27 | $681.00 | $7,673.51 | |
| | | | CSP | 3.83 | $681.00 | $2,610.95 | |
| | | | KLM | 1.45 | $681.00 | $987.45 | |
| | | | | | **Sub-Total:** | | **$45,844.83** |
| | | | | | **Grand Totals:** | | **$77,939.20** |

Note: Figures in the hours column appear with only two places after the decimal point. However, calculations are preformed by the software using three places after the decimal point.