**Plaintiffs' Exhibit 22**

# DL v. District of Columbia
## Civil No. 05-1437 (RCL)
### Terris, Pravlik and Millian, LLP
### Supplemental Time Records by Subcategory

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 6/30/2008 | Review Court's decision on cross-motions to compel; confer with BJT and Margy Kohn re same. | 2.55 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/1/2008 | Telephone conversation with Dan Rezneck re production of student records in compliance with June 2 FERPA order and June 27 discovery order; review orders; prepare memo to BJT. | 1.95 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/2/2008 | Review memo from BJT re production of 25 sample student records; telephone call to Dan Rezneck and Jayme Kantor re same; draft e-mail to Dan Rezneck re same. | 1.23 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/3/2008 | Revise and send e-mail to Dan Rezneck re production of student records; confer with JDG re same to follow up as necessary. | 0.27 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/17/2008 | Telephone conversation with Dan Rezneck re pl interrogatory request for residence addresses; confer with KLM re same; confer with BJT and KLM re same. | 0.20 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/18/2008 | Telephone call to Dan Rezneck re interrogatory responses; draft letter to Dan Rezneck re same and memo to BJT. | 1.05 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/21/2008 | Confer with BJT re defendants' anticipated motion for clarification of June 27 order; telephone conversation with opposing counsel re same and anticipated motion to revise scheduling order; revised letters to opposing counsel re answers to interrogatories and documents created by State Advisory Panel. | 0.95 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/22/2008 | Send letters to opposing counsel re answers to interrogatories and documents created by State Advisory Panel. | 0.10 | Billable |

| *Client* | *Category* | *Subcategory* | *Individual* | *Date* | *Description* | *Hours* | *Slip Type* |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/25/2008 | Telephone conversation with opposing counsel re production of student records; memo to FH re messenger service to pick-up records from opposing counsel's offices. | 0.25 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/25/2008 | Telephone conversation with opposing counsel re anticipated motion for clarification of June 27 order; confer with BJT re same. | 0.27 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/28/2008 | Review defendants' motion for clarification of June 27 order re waiver of privilege; telephone conversation with opposing counsel re lead abatement docs; prepare memo to BJT re same. | 1.07 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/29/2008 | E-mail correspondence with co-counsel Margy Kohn re defendants' production of documents related to lead abatement programs; review notes from BJT re same; telephone conversations with opposing counsel re lead abatement documents and plaintiffs' interrogatory 10; confer with BJT re same. | 1.25 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/30/2008 | Telephone conversation with opposing counsel re defendants' anticipated document production, disclosure of information regarding District employee salararies, and extension of deadlines in June 27 order; confer with BJT re extension; memo to BJT re salary information. | 2.08 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 7/31/2008 | Review BJT comments to memo re conversation with opposing counsel; review court's order on def mot for clarification; review def mot for extension of deadlines; telephone conversation with opposing counsel re orders and waiver of privilege; e-mail to opposing counsel confirming same. | 1.35 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/5/2008 | Telephone conversations with opposing counsel and Court re extension of defendants' deadline to produce documents; telephone conversation with opposing counsel re providing DCPS contractor information. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/6/2008 | Review Court's minute order re extension; telephone conversation with opposing counsel re answer to interrogatory 1. | 0.13 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/8/2008 | Telephone conversation with opposing counsel re production of complaints to CARE Center and DCPS; confer with BJT re same; memo to file re same. | 0.77 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/11/2008 | Telephone conversation with opposing counsel re extension to produce CARE Center and Part C complaints; review defendants' motion for extension. | 0.50 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/12/2008 | Telephone conversation with opposing counsel re production of CARE Center and Part C complaints, privilege logs; review Court's order on defendants' motion for extension. | 0.42 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/13/2008 | Review Part C document produced to date to estimate how many complaints may be found in all of Part C files; prepare for meeting with BJT re defendants' proposal to search sample of Part C files; confer with BJT re same; telephone conversation with opposing counsel re production of Part C complaints. | 0.90 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/14/2008 | Telephone conversation with opposing counsel re status of e-mail search; confer with BJT re same. | 0.32 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/15/2008 | Review defendants' motion for extension of time to produce e-mails; telephone conversation with opposing counsel re additional extension; review defendants' motion for additional extension; telephone conversation with opposing counsel re same; telephone conversation with opposing counsel and the Court re filing requirements of June 27 order. | 1.13 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 8/25/2008 | Telephone conversation with opposing counsel re request for another extension to produce e-mails (10 min); review defendants' motion for extension (5 min); review e-mail from opposing counsel re missing student records (5 min); reply re same (35 min); review e-mail from opposing counsel re production of missing student records (2 min); review ENCORE data re student in question (10 min); telephone conversation with opposing counsel re same (3 min). | 1.18 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | ARK | 9/11/2008 | Review def mot for extension to produce e-mails and email from def counsel re same (7 min); memo to BJT re same (6 min). | 0.22 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 6/30/2008 | Talk AK re decision and next steps | 0.82 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/1/2008 | Read AK memo on production of student records and respond. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/2/2008 | Edit e-mail to defendants re production student records | 0.15 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/21/2008 | Talk to defendant and ARK re defendant response to court order. | 0.50 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/21/2008 | Read ARK memo and edit letter to defendant re businesses addresses in interrogatory responses. | 0.15 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/25/2008 | Talk to ARK re communications with defendant re court order. | 0.13 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/28/2008 | Read ARK memo and response re defendant response to court order on motion to compel. | 0.15 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/29/2008 | Talk to ARK re conversation with defendant about lead issues re court order on motion to compel; read defendant motion for clarification. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 7/30/2008 | Read memo from ARK re conversations with defendant and respond. | 0.17 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | BJT | 8/13/2008 | Talk to ARK re defendant responses. | 0.33 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | KLM | 6/27/2008 | Read decision on motion to compel | 0.30 | Billable |
| Child Find | Plaintiffs' Discovery | June 27 2008 Order - Pl Mot to Compel | KLM | 7/17/2008 | Confer with ARK and then with BJT about defendants' request re home addresses of employees | 0.08 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ACA | 7/21/2008 | Discuss fee petition with CSP and ARK; Review fee report issues with ARK; Develop report queries | 1.75 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ACA | 7/22/2008 | Develop queries and reports for exhibits; discuss same with ARK. | 1.75 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | ACA | 7/23/2008 | Develop queries and create reports for exhibits; discuss same with ARK. | 5.38 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ACA | 7/24/2008 | Edit fee queries and reports for exhibits; discuss same with ARK. | 1.75 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 7/21/2008 | Organize and format exhibits to fees application; confer with CSP and ACA re format of time and expense record reports; draft Terris affidavit. | 8.22 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 7/22/2008 | Revise exhibits to fees application; revise BJT affidavit; draft memo in support of fees application. | 5.38 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 7/23/2008 | Draft memo; revise BJT affidavit; confer with JDG re defendants' fee cap argument; revise exhibits to fees application; confer with CSP re rates issues and exhibits; confer with BJT and KLM re amount of fees. | 11.63 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 7/24/2008 | Revise Terris affidavit, memo, and exhibits; confer with ACA re time and expense reports. | 7.03 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 7/25/2008 | Revise and finalize memo and exhibits; file via ECF. | 3.13 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 8/13/2008 | Corrected Ex 5 for error in PDF conversion; telephone call to opposing counsel re same; submitted to Court via ECF. | 1.38 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | ARK | 8/14/2008 | Telephone conversation with clerk of court re corrected Ex. 5; re-file via ECF as errata. | 0.37 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | BJT | 7/21/2008 | Read ARK memo and talk to ARK re fees application. | 0.18 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | BJT | 7/22/2008 | Edit BJT affidavit. | 0.62 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | BJT | 7/23/2008 | Talk to KLM and ARK re amount of fees. | 0.13 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | BJT | 7/24/2008 | Edit various papers. | 2.07 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | CSP | 7/21/2008 | Conversation with ARK and ACA re: preparation of exhibits for fee application | 0.33 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | PI Initial Application | CSP | 7/23/2008 | Conversation with ARK re: various rates issues and exhibits for application. | 0.25 | Billable |

| *Client* | *Category* | *Subcategory* | *Individual* | *Date* | *Description* | *Hours* | *Slip Type* |
|---|---|---|---|---|---|---|---|
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | JDG | 7/23/2008 | Confer with ARK re exhibits to fee petition; legal research regarding applicability of fee cap to Federal Rules of Civil Procedure. | 2.92 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Initial Application | KLM | 7/23/2008 | Confer with BJT and ARK re amount of fees. | 0.13 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | ARK | 8/11/2008 | Telephone conversation with Bob Utiger re extension to file opposition; review motion filed by defendants. | 0.10 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | ARK | 8/21/2008 | Review defendants' opposition to fees application and attached case. | 2.52 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | ARK | 8/25/2008 | Memo to BJT re defendants' opposition and Judge Lamberth's recent decision on atty fees (1 hr); confer with BJT re same (10 min); review BJT comments on opp'n (10 min). | 1.35 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | ARK | 8/26/2008 | Confer with KLM re opposition (10 min) | 0.17 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | BJT | 8/25/2008 | Read brief and draft memo concerning it (1 hr 19 min); talk to ARK about defendant brief (10 min). | 1.48 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Def Opposition Brief | KLM | 8/26/2008 | Confer with ARK re defendants' arguments (10 min). | 0.17 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ACA | 8/7/2008 | Assist with updating fee and expense reports. | 1.75 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ACA | 9/9/2008 | Discuss fees and expense exhibits with ARK (10 min); Create new databases and develop exhibits (2 hr 41 min). | 2.87 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ACA | 9/10/2008 | Prepare resume exhibit (26 min). | 0.43 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/19/2008 | Review expense records for update. | 0.28 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/25/2008 | Research on adequacy of time record descriptions, block billing, and Laffey rates (5 hr 28 min) | 5.48 | Billable |

| *Client* | *Category* | *Subcategory* | *Individual* | *Date* | *Description* | *Hours* | *Slip Type* |
|---|---|---|---|---|---|---|---|
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/26/2008 | Legal research on Laffey rates, block billing, adequate descriptions (6 hr 35 min); confer with CSP re exhibits to reply using US Atty rates (15 min); confer with BJT re use of Kavanaugh affidavit and other evidence of DC rates (15 min); confer with BJT and KLM re Miller decision (35 min); confer with SMO re review of time records for block billing (10 min); telephone conversation with Kavanaugh re affidavit in support of reply and prepare e-mail re same (26 min) | 8.28 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/27/2008 | Confer with CSP re reply brief (30 min); legal research on block billing and Laffey rates (3 hr 22 min); review slips submitted with application for potential block billing issues (24 min); convo with BJT, CSP, KLM re Miller and brief (37 min); e-mail correspondence with expert re anticipated affidavit (17 min); telephone conversation with opposing counsel re extension to file reply (2 min); draft consent motion for extension and memo to BJT re same (55 min). | 6.13 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/28/2008 | Revise motion for extension and file via ECF (20 min); confer with CSP re adequacy of time records issue (14 min); conduct legal research re market rates (1 hr 5 min) | 1.65 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 8/29/2008 | Review draft expert affidavit and prepare memo (37 min); e-mail correspondence with CSP re same (8 min); conduct legal research on establishing market rates (1 hr 25 min); analysis of market rate data (1 hr 11 min). | 3.37 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/2/2008 | Review BJT edits to draft expert affidavit, revise same (1 hr 40 min); confer with KLM re edits (5 min); telephone conversation with expert re revised affidavit (8 min). | 1.97 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/3/2008 | Review BJT comments to expert affidavit and revise (21 min); e-mail to expert re same (20 min). | 0.70 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/4/2008 | Review revised affidavit from expert and prepare memo to BJT re same (21 min). | 0.37 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/5/2008 | Draft reply brief (6 hr). | 6.02 | Billable |

| *Client* | *Category* | *Subcategory* | *Individual* | *Date* | *Description* | *Hours* | *Slip Type* |
|---|---|---|---|---|---|---|---|
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/7/2008 | Draft reply brief (2 hr 49 min). | 2.83 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/8/2008 | Prepare exhibits to reply brief (2 hr 55 min); draft reply brief (8 hr 34 min). | 11.50 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/9/2008 | Confer with ACA re exhibits (10 min); prepare exhibits to reply brief (1 hr 45 min); draft reply brief (8 hr 16 min). | 10.20 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/10/2008 | Draft Terris supplemental affidavit (6 hr 12 min); draft reply brief (4 hr 50 min); revise exhibits (6 min). | 11.15 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/11/2008 | Draft reply brief (5 hr 32 min); draft Terris supplemental affidavit (4 hr 4 min). | 9.62 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/12/2008 | Revise Terris supplemental affidavit (1 hr), revise reply brief (3 hr 57 min); telephone conversations with Dan Rezneck re motion to file excess pages (4 min); draft motion, proposed order, and memo to BJT re same (41 min); revise and file via ECF (12 min). | 5.90 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/13/2008 | Revise reply brief and supplemental Terris affidavit (4 hr). | 4.02 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | ARK | 9/15/2008 | Review time slips for accuracy (1 hr 41 min); review BJT comments to draft reply brief and Terris supplemental affidavit and revise (1 hr 54 min); confer with BJT re revisions (11 min). | 3.78 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 8/26/2008 | Talk to ARK re rates (15 min); talk to KLM and ARK re block billing issue (35 minutes). | 0.83 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 8/27/2008 | Edit consent motion seeking extension of time for reply brief (10 min). | 0.17 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 8/27/2008 | Discussion with CSP, KLM and ARK re Miller case (37 min). | 0.62 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 8/29/2008 | Edit Kavanaugh affidavit (47 min). | 0.78 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 9/3/2008 | Review revised Kavanaugh affidavit (43 min). | 0.72 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 9/11/2008 | Revise draft reply brief, supporting affidavit, and exhibit (4 hr 45 min). | 4.75 | Billable |

| Client | Category | Subcategory | Individual | Date | Description | Hours | Slip Type |
|---|---|---|---|---|---|---|---|
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 9/12/2008 | Edit motion for leave to exceed page limitation (10 min). | 0.17 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 9/14/2008 | Edit brief and BJT affidavit (2 hr 49 min). | 2.82 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | BJT | 9/15/2008 | Revise reply brief (25 min). | 0.42 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | CSP | 8/26/2008 | Read and analyze Miller decision (37 min); confer with ARK re use of US Attorneys' Office rates (15 min). | 0.87 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | CSP | 8/27/2008 | Read and analyze Miller decision, finish this work (1 hr 2 min); email to ARK re: materials from Miller application that we should obtain (15 min); conversation with ARK re: rates argument in response to Miller (30 min); conversation with BJT, KLM and ARK re: strategy with regard to various arguments in reply brief (37 min). | 2.40 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | CSP | 8/28/2008 | Conversation with ARK re: analysis of adequacy of time records issue and how to structure the argument using the case law (14 min). | 0.57 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | KLM | 8/26/2008 | Confer with BJTand ARK re arguments in reply based on Miller v. Holzmann recent decision (35 min). | 0.58 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | KLM | 8/27/2008 | Confer with BJT, CSP & ARK re arguments and evidence for reply brief to meet the court's decision in Miller v. Holzmann. | 0.62 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | KLM | 9/2/2008 | Review Mike Kavanaugh's affidavit (10 min); confer with ARK re next steps on edits (5 min). | 0.25 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | SMO | 8/26/2008 | Confer with ARK re block billing (10 min), reviewing time records for block billing (26 min). | 0.60 | Billable |
| Child Find Fees | Plaintiffs' 2008 Application | Pl Reply Brief | SMO | 8/27/2008 | Pulling plaintiffs' briefs in support of attorney fees motion in Miller (1 hr); reviewing time records for block billing (45min). | 1.77 | Billable |