Plaintiffs' Exhibit 23

# *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Supplemental Expense Summary by Subcategory

## Pl Initial Application

| Client | Category | Expense |
|---|---|---:|
| Child Find Fees | Messenger Delivery Fees | $8.64 |
|  | Westlaw | $292.13 |
|  | **Total Expenses:** | $300.77 |

# *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Supplemental Expense Summary by Subcategory

## Pl Reply Brief

| Client | Category | Expense |
|---|---|---|
| Child Find Fees | Scanning - Internal | $0.30 |
|  | Westlaw | $66.86 |
|  | **Total Expenses:** | $67.16 |

## *DL v. DISTRICT OF COLUMBIA*
**Civil No. 05-1437 (RCL)**
Terris, Pravlik & Millian, LLP
Summary of Expenses

| **Client** | **Category** | **Expense** |
|---|---|---|
| Child Find Fees | Messenger Delivery Fees | $8.64 |
| | Scanning - Internal | $0.30 |
| | Westlaw | $358.99 |
| | **Total Expenses:** | $367.93 |