**Plaintiffs' Exhibit 24**

# DL v. DISTRICT OF COLUMBIA

### Civil No. 05-1437 (RCL)

Terris, Pravlik & Millian, LLP

Supplemental Expense Records by Subcategory

## Pl Initial Application

| Date | Category | Name | Description | Quantity | Price | Expense |
|---|---|---|---|---|---|---|
| 8/1/2008 | Messenger Delivery Fees | ARK | Messenger to 333 Constitution Ave NW Invoice date: 8/1/08; Invoice no: 0475614; Ref no: 4314343 ($7.75 + .89 tax) - Delivery date: 7/25/08 - (Note: Tax divided between $1.77 re Ref no: 4314340 re Child Find). | 1.00 | $8.64 | $8.64 |
| 7/1/2008 | Westlaw | ARK | Westlaw charges for JDG from 7/1/08 - 7/31/08 | 1.00 | $240.30 | $240.30 |
| 7/1/2008 | Westlaw | ARK | Westlaw charges from 7/1/08 - 7/31/08 | 1.00 | $51.83 | $51.83 |
|  |  |  |  | **Total Expenses:** |  | $300.77 |

# *DL v. DISTRICT OF COLUMBIA*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Supplemental Expense Records by Subcategory

## Pl Reply Brief

| Date | Category | Name | Description | Quantity | Price | Expense |
|---|---|---|---|---|---|---|
| 9/8/2008 | Scanning - Internal | ARK | National Law Journal pages (December 10, 2007) re NLJRates 2007 - H:\Chld Find Fees\Pl Reply\exhibits | 2.00 | $0.15 | $0.30 |
| 8/1/2008 | Westlaw | ARK | Westlaw charges from 8/1/08 - 8/31/08 | 1.00 | $66.86 | $66.86 |
| | | | **Total Expenses:** | | | $67.16 |