**Plaintiffs' Exhibit 25**

# *DL v. District of Columbia*

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Summary of Fees by Subcategory and Rate through July 18, 2008, Using USAO Laffey Matrix

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | | | | | | |
| | | *Negotiation re Motion to Compel* | | | | | |
| | | | EAB | 29.20 | $225.00 | $6,570.23 | |
| | | | ARK | 6.28 | $270.00 | $1,696.41 | |
| | | | SSM | 50.07 | $270.00 | $13,517.82 | |
| | | | SSM | 4.08 | $330.00 | $1,347.39 | |
| | | | BJT | 12.20 | $465.00 | $5,673.00 | |
| | | | | | **Sub-Total:** | | **$28,804.85** |

Tuesday, September 16, 2008

Page 1 of 6

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl Mot to Compel - Initial Br** | | | | | |
| | | | SSM | 84.33 | $270.00 | $22,770.18 | |
| | | | BJT | 2.58 | $465.00 | $1,201.10 | |
| | | | | | | **Sub-Total:** | **$23,971.28** |
| | | **Pl Mot to Compel - Opp'n** | | | | | |
| | | | BJT | 0.75 | $465.00 | $348.75 | |
| | | | | | | **Sub-Total:** | **$348.75** |
| | | **Pl Mot to Compel - Reply** | | | | | |
| | | | SSM | 56.75 | $270.00 | $15,322.50 | |
| | | | BJT | 3.47 | $465.00 | $1,612.16 | |
| | | | | | | **Sub-Total:** | **$16,934.66** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Sched Order - Pl Mot to Compel** | | | | | |
| | | | SSM | 2.07 | $270.00 | $558.09 | |
| | | | | | | **Sub-Total:** | **$558.09** |
| | | **Pl 2d Mot to Compel - Initial Br** | | | | | |
| | | | AL | 2.92 | $130.00 | $379.21 | |
| | | | EAB | 101.78 | $225.00 | $22,901.40 | |
| | | | ARK | 0.93 | $270.00 | $252.18 | |
| | | | JDG | 143.01 | $270.00 | $38,613.78 | |
| | | | BJT | 3.20 | $465.00 | $1,488.47 | |
| | | | | | | **Sub-Total:** | **$63,635.04** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl 2d Mot to Compel - Rev Br** | | | | | |
| | | | EAB | 25.70 | $225.00 | $5,782.50 | |
| | | | ARK | 0.70 | $270.00 | $189.00 | |
| | | | JDG | 0.33 | $270.00 | $89.91 | |
| | | | BJT | 4.52 | $465.00 | $2,100.41 | |
| | | | KLM | 0.33 | $465.00 | $154.85 | |
| | | | | | | **Sub-Total:** | **$8,316.66** |
| | | **Pl 2d Mot to Compel - Opp'n** | | | | | |
| | | | ARK | 8.07 | $270.00 | $2,177.82 | |
| | | | BJT | 1.33 | $465.00 | $619.85 | |
| | | | | | | **Sub-Total:** | **$2,797.67** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl 2d Mot to Compel - Reply** | | | | | |
| | | | EAB | 0.42 | $225.00 | $93.83 | |
| | | | ARK | 83.58 | $270.00 | $22,567.68 | |
| | | | JDG | 1.42 | $270.00 | $382.59 | |
| | | | BJT | 3.87 | $465.00 | $1,797.69 | |
| | | | KLM | 0.25 | $465.00 | $116.25 | |
| | | | | | **Sub-Total:** | | **$24,958.04** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Child Find Fees** | **Plaintiffs' 2008 Application** | | | | | | |
| | | **Pl Initial Application** | | | | | |
| | | | ARK | 32.98 | $270.00 | $8,905.68 | |
| | | | JDG | 27.67 | $270.00 | $7,470.09 | |
| | | | BJT | 0.10 | $465.00 | $46.50 | |
| | | | CSP | 0.43 | $465.00 | $201.35 | |
| | | | KLM | 2.13 | $465.00 | $991.85 | |
| | | | | | **Sub-Total:** | | **$17,615.46** |
| | | | | | **Grand Totals:** | | **$187,940.47** |

Note: Figures in the hours column appear with only two places after the decimal point. However, calculations are preformed by the software using three places after the decimal point.

Tuesday, September 16, 2008