Plaintiffs' Exhibit 26

## DL v. District of Columbia

**Civil No. 05-1437 (RCL)**

Terris, Pravlik & Millian, LLP

Supplemental Summary of Fees by Subcategory and Rate Using USAO Laffey Matrix

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| Child Find | Plaintiffs' Discovery | | | | | | |
| | | June 27 2008 Order - Pl Mot to Compel | | | | | |
| | | | ARK | 20.47 | $270.00 | $5,526.09 | |
| | | | BJT | 2.90 | $465.00 | $1,348.50 | |
| | | | KLM | 0.38 | $465.00 | $178.10 | |
| | | | | | Sub-Total: | | $7,052.69 |

Tuesday, September 16, 2008

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Child Find Fees** | **Plaintiffs' 2008 Application** | | | | | | |
| | | **Pl Initial Application** | | | | | |
| | | | ACA | 10.63 | $270.00 | $2,870.91 | |
| | | | ARK | 37.15 | $270.00 | $10,030.23 | |
| | | | JDG | 2.92 | $270.00 | $787.59 | |
| | | | BJT | 3.00 | $465.00 | $1,395.00 | |
| | | | CSP | 0.58 | $465.00 | $271.10 | |
| | | | KLM | 0.13 | $465.00 | $61.85 | |
| | | | | | | **Sub-Total:** | **$15,416.67** |
| | | **Def Opposition Brief** | | | | | |
| | | | ARK | 4.13 | $270.00 | $1,116.18 | |
| | | | BJT | 1.48 | $465.00 | $689.60 | |
| | | | KLM | 0.17 | $465.00 | $77.66 | |
| | | | | | | **Sub-Total:** | **$1,883.43** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Pl Reply Brief** | | | | | |
| | | | SMO | 2.37 | $130.00 | $307.71 | |
| | | | ACA | 5.05 | $270.00 | $1,363.50 | |
| | | | ARK | 93.25 | $270.00 | $25,177.50 | |
| | | | BJT | 11.27 | $465.00 | $5,239.62 | |
| | | | CSP | 3.83 | $465.00 | $1,782.81 | |
| | | | KLM | 1.45 | $465.00 | $674.25 | |
| | | | | | **Sub-Total:** | | **$34,545.39** |
| | | | | | **Grand Totals:** | | **$58,898.18** |

Note:  Figures in the hours column appear with only two places after the decimal point.  However, calculations are preformed by the software using three places after the decimal point.