

Plaintiffs' Exhibit 27

**ALICIA CLARK ALCORN**
767 Glen Avenue, Ellicott City, MD 21043
(410) 461-5391

## EDUCATION

***George Mason University School of Law***, Arlington, Virginia
*J.D.*, May 2004
GPA: 3.31, 26th percentile
Member of the Association for Public Interest Law, officer 2002-2004

***Hobart and William Smith Colleges***, Geneva, New York
*B.A.*, June 1997
Major: ***Environmental Studies***    Minor: ***Biology***
*Dean's List Academic Honors 1995-1997*

## LEGAL EXPERIENCE

**Terris, Pravlik & Millian, LLP**                                              Washington, D.C.
*Associate*                                                              *August 2004 - Present*
- Complex litigation in federal courts involving environmental and civil rights laws
- Clean Water Act litigation - experience with jurisdictional issues, including constitutional standing, statutory standing, and mootness; fact and expert discovery; remedies, including injunctive relief and civil penalties; settlement; and attorneys' fees
- Resource Conservation and Recovery Act litigation - experience with fact and expert discovery; remedies; trial preparation; and settlement
- Settlement negotiations and mediation in complex environmental litigation under the Clean Water Act
- Monitor and enforce federal court Consent Decrees resulting from the settlement of Clean Water Act and Resource Conservation and Recovery Act litigation
- Supervise support staff assisting with litigation

**Terris, Pravlik & Millian, LLP**                                              Washington, D.C.
*Law Clerk*                                                                *May 2002 - June 2004*
- Monitor the District of Columbia's compliance with court order in a class action suit regarding Medicaid services
- Assist individuals eligible for D.C. Medicaid to obtain reimbursement for monies spent out-of-pocket for medical services that should have been paid for by Medicaid
- Assist children eligible for D.C. Medicaid to obtain Early, Periodic, Screening, Diagnostic, and Treatment (E.P.S.D.T.) services
- Represent D.C. Medicaid class members in fair hearings and draft briefs and other papers required by the District of Columbia fair hearing regulations

**Terris, Pravlik & Millian, LLP**                                              Washington, D.C.
*Legal Assistant*                                                        *March 1998 - August 2001*
- Assist with monitoring defendants' compliance with Consent Decrees in settled environmental suits and the District of Columbia's compliance with court order regarding Medicaid services

- Conduct research into case law, federal and state regulations, factual information, and environmental permit compliance information
- Draft affidavits and correspondence, and communicate with plaintiffs, members of plaintiff organizations, and class action clients
- Environmental permit compliance monitoring
- Worked on preparation of case pending before the Supreme Court by conducting factual research, interviewing members of plaintiff organizations, gathering information necessary for oral argument, and assisting in final edit of briefs

## BAR ADMISSIONS

- Admitted to Maryland Bar 2004
- Admitted to District of Columbia Bar 2005