**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DL, *et al.*,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA, *et al.*,** <br> **Defendants.** | ) | **Civil Action No. 05-1437 (RCL)** |

**ORDER**

Before the Court is plaintiffs' oral motion to compel all e-mails responsive to plaintiffs' discovery requests that defendants have not yet produced. Upon consideration of the motion and the oral representations of the parties, and as the Court ruled in open court, it is hereby

ORDERED that the motion is GRANTED; and it is furthermore

ORDERED that all privileges and objections are deemed WAIVED; and it is furthermore

ORDERED that defendants shall produce all responsive e-mails to plaintiffs' counsel on or before April 14, 2011; and it is furthermore

ORDERED that plaintiffs may move to re-open the record to admit these e-mails on or before May 16, 2011.

It is furthermore

ORDERED that that both parties shall submit proposed findings of fact and conclusions of law on or before May 16, 2011; and it is furthermore

ORDERED that plaintiffs shall file their oppositions to defendants' Motion to Decertify Class [214] and defendants' Motion for Relief from Judgment and Judgment as a Matter of Law [221] on or before April 22, 2011; and it is furthermore

ORDERED that defendants shall file any replies to those oppositions on or before May 16, 2011.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on April 7, 2011.