**Adjustments to the 1988-1989 *Laffey* Matrix Rates Using the Legal Services Index**[1]

**Plaintiffs' Exhibit 23**
Civ. No. 05-1437 (RCL)

| Years Out of Law School | 06/01/88-05/31/89 [2] | 06/01/89-05/31/90 | 06/01/90-05/31/91 | 06/01/91-05/31/92 | 06/01/92-05/31/93 | 06/01/93-05/31/94 | 06/01/94-05/31/95 | 06/01/95-05/31/96 | 06/01/96-05/31/97 | 06/01/97-05/31/98 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $265 | $284 | $306 | $320 | $336 | $355 | $363 | $375 | $389 | $406 |
| 11th - 19th | $220 | $235 | $254 | $265 | $279 | $294 | $301 | $311 | $323 | $337 |
| 8th - 10th | $195 | $209 | $225 | $235 | $247 | $261 | $267 | $276 | $287 | $299 |
| 4th - 7th | $135 | $144 | $156 | $163 | $171 | $181 | $185 | $191 | $198 | $207 |
| 1st - 3rd | $110 | $118 | $127 | $133 | $139 | $147 | $151 | $155 | $162 | $168 |
| Paralegal/Law Clerk | $60 | $64 | $69 | $72 | $76 | $80 | $82 | $85 | $88 | $92 |
| Adjustment Factor[3] | | 1.070028 | 1.079406 | 1.044462 | 1.051083 | 1.055228 | 1.023726 | 1.032038 | 1.039630 | 1.041931 |

---

[1] *Laffey* refers to *Laffey v. Northwest Airlines*, 572 F. Supp. 354 (D.D.C. 1983), affirmed in part and reversed in part on other grounds, 746 F.2d 4 (D.C. Cir. 1984), overruled in part on other grounds, *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988)(en banc).

[2] The rates in this column represent the 1989 update to the *Laffey* matrix rates for Washington, D.C. *See Covington v. District of Columbia*, 839 F. Supp. 894, 904 (D.D.C. 1993).

[3] The Adjustment Factor refers to the legal services component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor. Each Adjustment Factor is calculated by dividing the legal services component for June of the current year by the component for June of the previous year.

| Years Out of Law School | 06/01/97-05/31/98 [4] | 06/01/98-05/31/99 | 06/01/99-05/31/00 | 06/01/00-05/31/01 | 06/01/01-05/31/02 | 06/01/02-05/31/03 | 06/01/03-05/31/04 | 06/01/04-05/31/05 | 06/01/05-05/31/06 | 06/01/06-05/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $406 | $424 | $445 | $468 | $487 | $523 | $549 | $574 | $599 | $614 |
| 11th - 19th | $337 | $352 | $369 | $389 | $404 | $434 | $456 | $477 | $497 | $510 |
| 8th - 10th | $299 | $312 | $327 | $345 | $359 | $385 | $404 | $423 | $441 | $452 |
| 4th - 7th | $207 | $216 | $227 | $239 | $248 | $266 | $280 | $293 | $305 | $313 |
| 1st - 3rd | $168 | $175 | $184 | $194 | $202 | $216 | $227 | $238 | $248 | $254 |
| Paralegal/Law Clerk | $92 | $96 | $101 | $106 | $110 | $118 | $124 | $130 | $136 | $139 |
| Adjustment Factor[3] |  | 1.043902 | 1.049065 | 1.052895 | 1.040719 | 1.072663 | 1.050687 | 1.045537 | 1.042691 | 1.025641 |

_____

[4]Column repeated from previous page.

| Years Out of Law School | 06/01/06-05/31/07[5] | 06/01/07-05/31/08 | 06/01/08-05/31/09 | 06/01/09-05/31/10 | 06/01/10-05/31/11 | 06/01/11-05/31/12 | 06/01/12-05/31/13 | 06/01/13-05/31/14 | 06/01/14-05/31/15 | 06/01/15-05/31/16 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $614 | $646 | $672 | $686 | $709 | $734 | $753 | $772 | $790 | $797 |
| 11th - 19th | $510 | $536 | $558 | $570 | $589 | $610 | $626 | $641 | $656 | $662 |
| 8th - 10th | $452 | $475 | $494 | $505 | $522 | $541 | $554 | $568 | $581 | $586 |
| 4th - 7th | $313 | $329 | $342 | $350 | $362 | $374 | $384 | $393 | $403 | $406 |
| 1st - 3rd | $254 | $267 | $278 | $284 | $293 | $304 | $312 | $319 | $327 | $330 |
| Paralegal/Law Clerk | $139 | $146 | $152 | $155 | $161 | $166 | $171 | $175 | $179 | $180 |
| Adjustment Factor[3] |  | 1.051500 | 1.040127 | 1.021848 | 1.033724 | 1.035168 | 1.025790 | 1.024383 | 1.023459 | 1.008873 |

---

[5]Column repeated from previous page.

| Years Out of Law School | 06/01/15-05/31/16 [6] | 06/01/16-05/31/17 | 06/01/17-05/31/18 | 06/01/18-05/31/19 | 06/01/19-05/31/20 | 06/01/20-05/31/21 | 06/01/21-05/31/22 | 06/01/22-05/31/23 | 06/01/23-05/31/24 | 06/01/24-05/31/25 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th+ | $797 | $826 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 11th - 19th | $662 | $686 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 8th - 10th | $586 | $608 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 4th - 7th | $406 | $421 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 1st - 3rd | $330 | $342 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Paralegal/Law Clerk | $180 | $187 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Adjustment Factor[3] |  | 1.036943 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |

---

[6]Column repeated from previous page.