UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DL, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | Case No: 05-cv-1437-RCL |

## ORDER

On August 25, 2017, the Court issued an order granting in part and denying in part Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 579. The Court further ordered Plaintiffs to submit a revised calculation of their fee award in compliance with the Court's Memorandum Opinion, issued the same day, and the following instructions:

1. Plaintiffs' fees shall be calculated using current USAO Matrix rates.

2. Plaintiffs shall deduct 101.64 hours, which the Court has identified as non-compensable clerical work, from the hours billed by paralegals.

3. Plaintiffs shall reduce their remaining fees—after the 101.64 hour reduction—by 5%.

4. Plaintiffs shall calculate their costs for travel, telephone, and Westlaw/Lexis expenses.

5. Plaintiffs shall deduct costs expended on overnight delivery and overtime services.

6. Plaintiffs shall deduct 50% of their printing costs.

7. Plaintiffs shall be reimbursed $121,207.82 in expert fee expenses.

The Court also instructed that Plaintiffs' submission of revised calculations include a chart with the following information: 1) the individual timekeeper; 2) a description of each task (including the categories and subcategories already employed); 3) the date of each task; 4) the hours billed on each task; 5) the timekeeper's rate (using current USAO rates); 6) the fees due for that task; and 7) subtotals and totals. The Court ordered Defendants to respond to Plaintiffs' submission, if necessary, and granted Plaintiffs an opportunity to reply.

Now before the Court are Plaintiffs' submission, ECF No. 585, Defendants' response, ECF No. 587, and Plaintiffs' reply, ECF No. 588. The Court finds that Plaintiffs complied with the Court's Order and Opinion, filed on August 25, 2017, both in substance and in form. Defendants had ample opportunity to confer with Plaintiffs regarding the billing records if they had trouble understanding them. In their response, they failed to object to a single line item or calculation in Plaintiffs' submission. Instead, Defendants aver that they are unable to understand Plaintiffs' submission and that the submission fails to conform with the Court's August 25 Order.

The Court does not agree with Defendants' that "plaintiffs[] fail[ed] to format their records as the Court ordered." ECF No. 587. Plaintiffs submitted line-by-line time entry exhibits in tables that include all the information requested by the Court in its August 25 order except for the subtotals. *See* ECF Nos. 585-5, 585-10. The subtotals, per subcategory, were provided in separate exhibits. *See* ECF Nos. 585-4, 585-9. The Court agrees that "[t]ogether, plaintiffs' exhibits provide all of the data points requested by the Court." *See* ECF No. 585 at 3 n.3. Furthermore, the Court does not take issue, as Defendants appear to, with the fact that Plaintiffs' billing records are not chronological. The Court never required that of Plaintiffs and has no trouble reviewing the billing records as presented.

Upon consideration of Plaintiffs' Motion for an Award of Litigation Costs filed September 28, 2016, ECF No. 537, the briefing in support of and in opposition thereto, this Court's Memorandum Opinion and Order, ECF Nos. 579, 580, Plaintiffs' Calculation of Fees and Expenses Pursuant to the Court's Fees Decision, and all further briefing in support and in opposition thereto, the Court **ORDERS** that Defendants pay Plaintiffs a total of $6,961,480.45 for their attorney's fees and expenses based on the following computations:

1. Attorney's Fees of Terris, Pravlik & Millian, LLP:  $6,344,745.62

2. Attorney's Fees of Jeffrey Gutman and his law students on behalf of The George Washington University: $96,832.06

3. Attorney's Fees of Margaret A. Kohn:  $262,458.09

4. Attorney's Fees of Cyrus Mehri: $14,307.24

5. Expenses accrued by Terris, Pravlik & Millian, LLP:  $241,409.83

6. Expenses accrued by Margaret Kohn: $1,727.61

It is **SO ORDERED**.

Date: December 15, 2017

_____
Royce C. Lamberth
United States District Judge